UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HEAD KANDY LLC,

    Plaintiff,

vs.                                          Case No. 0:23-cv-60345-RAR

KAYLA MARIE MCNEILL,

    Defendant.

_____/

**NOTICE OF INTENT TO USE SUMMARIES**

Plaintiff, Head Kandy, LLC ("**HK**") through its undersigned counsel provides notice of its intent to, pursuant to Federal Rule of Evidence 1006, offer into evidence at the Evidentiary Hearing on June 28, 2023, the attached summaries of the comments posted to the below listed Facebook and Tik Tok postings:

| EXHIBIT | DATE POSTED | LINK |
|---|---|---|
| A. | 02/16/23 | https://www.facebook.com/fullcirclewithkayla/videos/1698849380532171 |
| B. | 02/24/23 | https://www.facebook.com/fullcirclewithkayla/videos/537374021795383 |
| C. | 03/13/23 | https://www.facebook.com/fullcirclewithkayla/videos/1327492714492426 |
| D. | 03/14/23 | https://www.facebook.com/watch/live/?ref=watch_permalink&v=886610359298178 |
| E. | 03/17/23 | https://www.facebook.com/watch/?v=1410577376365300 |
| F. | 03/18/23 | https://www.facebook.com/fullcirclewithkayla/videos/1172746026732615 |
| G. | 03/23/23 | https://www.facebook.com/fullcirclewithkayla/videos/2377299179087741 |
| H. | 03/30/23 | https://www.facebook.com/fullcirclewithkayla/videos/950890086089737 |
| I. | 03/31/23 | https://www.facebook.com/fullcirclewithkayla/videos/1228556357777607 |

{00068987:3}

| | | |
|---|---|---|
| J. | 04/03/23 | https://www.facebook.com/fullcirclewithkayla/videos/166015646356871 |
| K. | 04/04/23 | https://www.facebook.com/fullcirclewithkayla/videos/578189194280455 |
| L. | 04/05/23 | https://www.facebook.com/fullcirclewithkayla/videos/199184339512732 <br><br> https://www.facebook.com/fullcirclewithkayla/videos/1998892807108566 |
| M. | 04/06/23 | https://www.tiktok.com/@kaylasmusthaves/video/7218960626155064622?lang=en <br><br> https://www.tiktok.com/@kaylasmusthaves/video/7218962581376044330?lang=en |
| N. | 04/07/23 | https://www.facebook.com/fullcirclewithkayla/videos/160426409948130 |
| O. | 04/07/23 | https://www.tiktok.com/@kaylasmusthaves/video/7219256238054411566?lang=en |
| P. | 04/08/23 | https://www.tiktok.com/@kaylasmusthaves/video/7219685047362702634?lang=en |
| Q. | 04/11/23 | https://www.facebook.com/fullcirclewithkayla/videos/739841494289101 |
| R. | 04/11/23 | https://www.facebook.com/fullcirclewithkayla/videos/3599064880382388/ |
| S. | 04/11/23 | https://www.tiktok.com/@kaylasmusthaves/video/7220871415103229226 |
| T. | 04/14/23 | https://www.facebook.com/fullcirclewithkayla/videos/1208676506441915 |
| U. | 04/14/23 | https://www.tiktok.com/@kaylasmusthaves/video/7221948172141120810?lang=en |
| V. | 04/17/23 | https://www.tiktok.com/@kaylasmusthaves/video/7223005166579010858?lang=en |
| W. | 04/18/23 | https://www.facebook.com/fullcirclewithkayla/videos/929239255167136 |
| X. | 04/25/23 | https://www.facebook.com/fullcirclewithkayla/videos/775587453856820 |
| Y. | 05/15/23 | https://www.tiktok.com/@kaylasmusthaves/video/7233505796129131822?lang=en |
| Z. | 05/24/23 | https://www.facebook.com/fullcirclewithkayla/videos/6289776957783777 |
| AA. | 05/30/23 | https://www.facebook.com/fullcirclewithkayla/videos/1240160513277961/ |

| | | |
|---|---|---|
| BB. | 06/01/23 | https://www.facebook.com/fullcirclewithkayla/videos/244195538256075 |
| CC. | 06/06/23 | https://www.facebook.com/fullcirclewithkayla/videos/101652289629789 |
| DD. | 06/07/23 | https://www.facebook.com/fullcirclewithkayla/videos/111075338661269 |
| EE. | 06/09/23 | https://www.facebook.com/fullcirclewithkayla/videos/6222803901129358 |
| FF. | 06/14/23 | https://www.facebook.com/watch/live/?ref=watch_permalink&v=972434680686907 |
| GG. | 06/14/23 | https://www.facebook.com/watch/live/?ref=watch_permalink&v=216098544596406 |
| HH. | 06/16/23 | https://www.facebook.com/fullcirclewithkayla/videos/2437691396404870 |
| II. | 06/20/23 | https://www.facebook.com/watch/live/?ref=watch_permalink&v=946078486684326 |
| JJ. | 06/20/23 | https://www.facebook.com/watch/live/?ref=watch_permalink&v=770163018124128 |

The originals of each comment may be reviewed at the website address identified above.

/s/ Ethan J. Loeb
ETHAN J. LOEB
FL Bar #668338
ethanl@blhtlaw.com
loisf@blhtlaw.com
EDWARD C. THOMPSON
FL Bar #684929
colint@blhtlaw.com
heatherw@blhtlaw.com
ELLIOT P. HANEY
FL Bar #1018829
ellioth@blhtlaw.com
lynseyh@blhtlaw.com
**BARTLETT LOEB HINDS
& THOMPSON, PLLC**
100 N. Tampa Street, Suite 2050
Tampa, FL 33602
Telephone: 813-223-3888
Facsimile: 813-228-6422

*Counsel for Plaintiff Head Kandy LLC*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 23, 2023 I filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send notice of this filing to: Laura E. Burgess, Esquire, laura@leburgesslaw.com, L.E. Burgess, P.A., 5966 S. Dixie Highway, Suite 300, Miami, Florida 33143, *Counsel for Defendant*; Antonio L. Converse, Esquire, anthony@converselawgroup.com, Converse Law Group, P.C., 600 17th Street, Denver, Colorado 80202, *Counsel for Defendant;* and Jed Ferdinand, Esquire, jferdinand@fiplawgroup.com, Kathleen B. Moore, Esquire, kmoore@fiplawgroup.com, Ferdinand IP Law Group, 450 Seventh Avenue, Suite 2300, New York, New York 10123, *Counsel for Plaintiff*.

/s/ Ethan J. Loeb
ETHAN J. LOEB
FL Bar #668338

{00068987:3}