**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**JUDGE JARED M. STRAUSS**

**Defendant's Exhibit List**
**Expedited Preliminary Injuction Hearing**

Case No. 23-cv-60345-RUIZ/STRAUSS

Caption: Head Kandy, LLC v. Kayla Marie McNeill

| Exhibit | Witness | Brief Description | Stipulated | Offered | Admitted | Refused | Ruling Reserved | Comments |
|---------|---------|-------------------|------------|---------|----------|---------|-----------------|----------|
| A | | Email string last sent August 26, 2022 by K. Petri (with attachment) | | | | | | |
| B | | May 13, 2019 Text String Between K. McNeill and B. Feldman | | | | | | |
| C | | August 24, 2023 Text string between K. McNeill and J. Rosenbaum | | | | | | |
| D | | August 31, 2023 text string between K. McNeill and J. Rosenbaum | | | | | | |
| E | | Bottle of Evoque Professional Reconstructive Leave In Conditioner | | | | | | |
| F | | Text string between K. McNeill and J. Falic re: Closing HK | | | | | | |
| G | | Text string between K. McNeill and B. Feldman re: Closing HK | | | | | | |
| H | | February 21, 2023 letter from A. Converse | | | | | | |
| I | | Email string last sent May 26, 2023 by E. Thompson | | | | | | |
| J | | December 1, 2022 letter from Ferdinand | | | | | | |
| K | | December 16, 2022 letter from Ferdinand | | | | | | |
| L | | January 10, 2023 letter from Ferdinand | | | | | | |
| M | | January 30, 2023 letter from Ferdinand | | | | | | |
| N | | HK February 17, 2023 Resolution | | | | | | |
| O | | HK Operating Agreement | | | | | | |
| P | | HK Purchase Agreement | | | | | | |
| Q | | Text string between McNeill and Falic re: scope of non-compete | | | | | | |
| R | | Text string between K. McNeill and B. Feldman | | | | | | |
| S | | Text string between K. McNeill and J. Rosenbaum | | | | | | |
| U | | Pic of WhipiCo Facebook Home Page | | | | | | |
| V | | Pic of McNeill Facebook Home Page | | | | | | |
| W | | Pic of K. McNeill Instagram Home Page | | | | | | |
| X | | February 4, 2023 HK Facebook video by M. McDermaid (link subsequently deleted) | | | | | | |
| Y | | May 1, 2023 TikTok video by K. Sarno (https://www.tiktok.com/t/ZT8JWoNuf) | | | | | | |
| Z | | A. Porta voice messages to R. Gibson (audio files) | | | | | | |
| AA | | September 2018 Reimbursement Request | | | | | | |
| BB | | February 4, 2023 McNeill Facebook video (https://fb.watch/loeKw9l6rM/?mibextid=DqYSjB) | | | | | | |
| CC | | February 5, 2023 McNeill Facebook video (https://fb.watch/lofjeO5-jt/?mibextid=DqYSjB) | | | | | | |
| DD | | February 16, 2023 McNeill Facebook video (https://fb.watch/lofrlcV7IR/?mibextid=DqYSjB) | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| EE | | February 19, 2023 McNeill Facebook video (https://fb.watch/lofu9ri780/?mibextid=DqYSjB) | | | | | |
| FF | | February 24, 2023 McNeill Facebook video (https://fb.watch/logdxBeish/?mibextid=DqYSjB) | | | | | |
| GG | | March 10, 2023 McNeill Facebook video (https://fb.watch/lofy20z4nK/?mibextid=DqYSjB) | | | | | |
| HH | | April 6, 2023 McNeill Facebook video (https://fb.watch/lpzJ8Dfn-g/?mibextid=DqYSjB) | | | | | |
| II | | May 30, 2023 McNeill Facebook video (https://fb.watch/lofISAIOEv/?mibextid=DqYSjB) | | | | | |
| JJ | | June 1, 2023 McNeill Facebook video (https://fb.watch/log8zEL5bH/?mibextid=DqYSjB) | | | | | |
| KK | | June 9, 2023 McNeill Facebook video (https://fb.watch/lofEqXllpV/?mibextid=DqYSjB) | | | | | |
| LL | | February 24, 2023 Kuhn Facebook video (https://m.facebook.com/groups/11392118700 57386/permalink/1169264213718818/?mibexti d=Nif5oz) | | | | | |
| MM | | Declaration of P. Bozelle | | | | | |
| NN | | Declaration of A. Fisher | | | | | |
| OO | | Declaration of S. Branscum | | | | | |
| PP | | Declaration of S. Carlson | | | | | |
| QQ | | Affidavit of C. Masten | | | | | |
| RR | | Declaration of M. Carelock | | | | | |
| SS | | Declaration of R. Gibson | | | | | |
| TT | | Declaration of S. Weaver | | | | | |
| UU | | Declaration of E. Cavanaugh | | | | | |
| VV | | Declaration of J. Lynn Kuhn | | | | | |
| WW | | Declaration of J. Shea | | | | | |
| XX | | Declaration of G. Gazzaniga | | | | | |
| YY | | Affidavit of H. McNeill | | | | | |
| ZZ | | Declaration of Andi Luca | | | | | |
| AAA | | Declaration of Lisa Stephens | | | | | |
| BBB | | Notarized Declaration of Angela Parker | | | | | |
| CCC | | Declaration of Patricia Parquette | | | | | |
| DDD | | Declaration of Karen Edgell | | | | | |
| EEE | | Declaration of Kathleen Gjendem | | | | | |