

DEFENDANT'S EXHIBIT C