

**DEFENDANT'S EXHIBIT D**