

**DEFENDANT'S EXHIBIT S**