UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CV-60345-RUIZ/STRAUSS

**HEAD KANDY, LLC,**

    Plaintiff,

v.

**KAYLA MARIE MCNEILL,**

    Defendant.

_____/

## **DISCOVERY ORDER**[1]

**THIS MATTER** came before the Court for a hearing on August 22, 2023, upon the Court's Order to Show Cause and Notice of Hearing [DE 122] and Plaintiff's *Ore Tenus* Motion to Compel (the "Motion") responses to Plaintiff's First, Second, and Third Requests for Production to Defendant, Plaintiff's subpoena for documents to White Pineapple, Inc., and Plaintiff's subpoena for documents to Lashed Out, LLC.  For the reasons stated on the record at the hearing, it is **ORDERED** and **ADJUDGED** that:

1. The Motion is **GRANTED-IN-PART** and **DENIED-IN-PART**.

2. As to Plaintiff's subpoena for documents to Lashed Out, LLC, the Motion is **DENIED** as moot.

3. As to Plaintiff's First, Second, and Third Requests for Production to Defendant and Plaintiff's subpoena for documents to White Pineapple, Inc., the Motion is **GRANTED**. Defendant must complete production of documents responsive to the Requests on or before **September 8, 2023**.  White Pineapple, Inc., must similarly complete production of

---

[1] All discovery matters have been referred to me pursuant to 28 U.S.C. § 636 [DE 23].

      documents responsive to the subpoena by **September 8, 2023**. Defendant (and White Pineapple, LLC) must produce documents responsive to the above discovery requests as they become available. In this regard, Defendant should be aware of Southern District of Florida Local Rule 26.1(e)(7), which requires "[a] party responding to a request for production of documents or materials [to] serve a Notice of Completion of Production at the time that party produces (or otherwise makes available) the last of the documents or other materials that are responsive to the request that are not being withheld pursuant to an objection."

4.    As to the screenshots of text messages or social media message that Plaintiff has requested by Plaintiff but have not yet been produced by Defendant (despite being obtained) because they are not in native format, Defendants must produce those screenshots by **August 29, 2023**.

      **DONE** and **ORDERED** in Fort Lauderdale, Florida, this 22nd day of August 2023.

                                                                           *Jared Strauss*
                                                                       Jared M. Strauss
                                                                       United States Magistrate Judge