UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HEAD KANDY LLC,

    Plaintiff,

vs.                                                     Case No. 0:23-cv-60345-RAR/JMS

KAYLA MARIE MCNEILL,

    Defendant.
_____/

## JOINT DISCOVERY STATUS REPORT

Plaintiff, Head Kandy LLC (**"Head Kandy"**) and Defendant, Kayla Marie McNeill (**"McNeill"**), through undersigned counsel and pursuant to paragraph II.D of the Court's Discovery Procedures Order [ECF No. 24] and the Court's Order Setting Discovery Hearing [ECF No. 137] file this Joint Discovery Status Report.

| | |
|---|---|
| Request No. Head Kandy's First through Sixth Requests for Production to Defendant McNeil; Head Kandy's Subpoena for documents to White Pineapple, Inc.; Head Kandy's Subpoena for documents to Lashed Out, LLC (the "Discovery Requests")[1] | |
| Defendant's Response:[2] In response to Head Kandy's request for Ms. McNeill to perform additional searches for responsive email correspondence, Ms. McNeill agrees to perform the search and will supplement her production. | |
| **Movant's Position:** Ms. McNeill has acknowledged | **Opponent's Position**: On September 20, 2023, Head Kandy, for the first time, requested that Ms. McNeill review emails |

---

[1] Ms. McNeill's position is this Request does not comply with the Discovery Procedures Order [ECF No. 24] in that it does not adequately identify the specific requests at issue for Ms. McNeill and the Court.

[2] Head Kandy understands this section of the Court's Form Joint Discovery Status Report to require the parties to insert the verbatim response to the specific requests that are to be identified above. Because this dispute does not relate to any particular individual requests, verbatim responses cannot be inserted and, therefore, Head Kandy believes this section is inapplicable for the present dispute and that Defendant's position is to be identified only below. Defendant believes her response inserted here is appropriate.

| | |
|---|---|
| that despite confirming she had produced all documents responsive to the Discovery Requests [*See* ECF 135-1], she did not produce, and is still reviewing for production, e-mails that the Court ordered her to produce by September 8, 2023 [ECF 129]. Ms. McNeil also has not produced text messages responsive to the Discovery Requests known to exist | for additional responsive documents and produce any identified.  Ms. McNeill agreed.  Ms. McNeill produced an initial tranche of emails on September 29, 2023 and notified Head Kandy all additional emails would be produced by October 6, 2023.  No known issue exists concerning text messages.  No specific request or issue concerning production of texts was identified in the preceding section or provided when requested by Ms. McNeill's counsel.  Additionally, the Parties have not met and conferred in accordance with the Discovery Procedures Order for all Requests referred to in the preceding section.  Due to the foregoing, the Discovery Hearing requested by Head Kandy is unnecessary and not in conformance with the Discovery Procedures Order.  Finally, Ms. McNeill is not aware of any issues raised with the production of non-parties White Pineapple or Lashed Out and no issues are identified within "Movant's Position."  Ms. McNeill is not taking a position on behalf of the non-parties. |

/s/ *Ethan J. Loeb*
ETHAN J. LOEB
FL Bar #668338
ethanl@blhtlaw.com
loisf@blhtlaw.com
EDWARD C. THOMPSON
FL Bar #684929
colint@blhtlaw.com
heatherw@blhtlaw.com
ELLIOT P. HANEY
FL Bar #1018829
ellioth@blhtlaw.com
lynseyh@blhtlaw.com
BARTLETT LOEB HINDS
THOMPSON & ANGELOS
100 N. Tampa Street, Suite 2050
Tampa, FL 33602
Telephone: 813-223-3888
Facsimile: 813-228-6422

**Counsel for Plaintiff Head Kandy LLC**

/s/ *Laura E. Burgess*
LAURA E. BURGESS
FL Bar # 0105073
L.E. Burgess P.A.
5966 South Dixie Highway
Suite 300
Miami, FL 33143
Laura@leburgesslaw.com
Office: (305) 942-8044
Direct: (713) 818 - 5055

ANTONIO L. CONVERSE
*Admitted Pro Hac Vice*
Converse Law Group, P.C.
600 17th Street
Denver, CO  80202
anthony@converselawgroup.com
Office: (303) 228-9471
Direct: (303) 990-3157

**Counsel for Defendant, Kayla M. McNeill**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that October 6, 2023, I filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send notice of this filing to: Laura E. Burgess, Esquire, laura@leburgesslaw.com, L.E. Burgess, P.A., 5966 S. Dixie Highway, Suite 300, Miami, Florida 33143, *Counsel for Defendant*; Antonio L. Converse, Esquire, anthony@converselawgroup.com, Converse Law Group, P.C., 600 17th Street, Denver, Colorado 80202, *Counsel for Defendant;* and Jed Ferdinand, Esquire, jferdinand@fiplawgroup.com, Kathleen B. Moore, Esquire, kmoore@fiplawgroup.com, Ferdinand IP Law Group, 450 Seventh Avenue, Suite 2300, New York, New York 10123, *Counsel for Plaintiff*.

/s/ Ethan J. Loeb
ETHAN J. LOEB
FL Bar No. 668338