UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CV-60345-RAR

**HEAD KANDY LLC**,

    Plaintiff,

v.

**KAYLA MARIE MCNEILL**,

    Defendant.
_____/

**AMENDED ORDER SCHEDULING MEDIATION**

The mediation conference in this matter shall be held with Stanford Blake on **November 2, 2023** at **10:00 A.M.** at Olender Legal Solutions, 101 NE Third Avenue, Suite 1500, Ft. Lauderdale, FL 33301.  A report of the mediation must be filed **within seven (7) days** thereafter.

**DONE AND ORDERED** in Miami, Florida, this 10th day of October, 2023.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**