UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CV-60345-RUIZ/STRAUSS

**HEAD KANDY, LLC,**

    Plaintiff,

v.

**KAYLA MARIE MCNEILL,**

    Defendant.

_____/

## DISCOVERY ORDER

**THIS MATTER** came before the Court for a hearing on October 10, 2023, upon Plaintiff's *Ore Tenus* Motion to Compel (the "Motion") responses to Plaintiff's First, Second, Third, Fourth, Fifth, and Sixth Requests for Production to Defendant. For the reasons stated on the record at the hearing, it is **ORDERED** and **ADJUDGED** that:

1. The Motion is **DENIED**.

2. The parties shall continue to confer regarding missing text messages and attachments to text messages that Defendant has been unable to produce. The parties are to explicitly discuss which specific messages and attachments may be missing and the ways those messages and attachments may be documented, extracted, and/or produced (to the extent they are responsive to Plaintiff's requests). While considering the ways Defendant may document, extract, and/or produce those items, the parties must consider the cost and proportionality of any further efforts they believe should be taken to identify and produce said items. The parties shall complete this conferral by **October 20, 2023**.

**DONE** and **ORDERED** in Fort Lauderdale, Florida, this 10th day of October 2023.



Jared M. Strauss
United States Magistrate Judge