UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:23-cv-60345-RAR

**HEAD KANDY LLC,**

    Plaintiff,

vs.

                                  NOTICE O FIMPASSE

**KAYLA MARIE MCNEILL,**

    Defendant.
_____/

**PLEASE TAKE NOTICE** that this full-day mediation ended in an impasse:

MEDIATOR:   STANFORD BLAKE

LOCATION:   Olender Legal Solutions @ Quest Workspaces

101 NE Third Avenue

Suite 1500

Ft. Lauderdale, FL 33301

DATE/TIME:   THURSDAY, NOVEMBER 2, 2023 AT 10:00 AM

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished on the 2ND day of NOVEMBER 2023 via email to:

| | |
|---|---|
| Ethan J. Loeb, Esq. ethanl@blhtlaw.com, loisf@blhtlaw.com<br>E. Colin Thompson, Esq. colint@blhtlaw.com, heatherw@blhtlaw.com<br>Elliot P. Haney, Esq. ellioth@blhtlaw.com, lynseyh@blhtlaw.com<br>Bartlett, Loeb, Hinds & Thompson, PLLC<br>100 N. Tampa Street, Suite 2050<br>Tampa, Florida 33602<br><br>*Counsel for Plaintiff* | Laura E. Burgess, Esq.<br>laura@leburgesslaw.com<br>L.E. Burgess, P.A.<br>5966 Dixie Highway, Suite 300<br>Miami, FL 33143<br><br><br><br><br>*Counsel for Defendant* |

| | |
|---|---|
| Jed Ferdinand, Esq.<br>jferdinand@fipalawgroup.com<br>Kathleen B. Moore, Esq.<br>kmoore@fipalawgroup.com<br>Ferdinand IP Law Group,<br>450 Seventh Avenue, Suite 2300<br>New York, New York 10123, c<br><br>*Co-counsel for Plaintiff* | Antonio L. Converse, Esq.<br>anthony@converselawgroup.com<br>Converse Law Group, P.C.<br>600 17th St.<br>Denver, CO 80202<br><br><br><br><br>*Counsel for Defendant* |
| | |

Respectfully submitted,

*[signature]*

_____
STANFORD BLAKE, MEDIATOR
2 GROVE ISLE DRIVE #203
MIAMI, FL 33133
Tel: (305) 890-6331
Email: stan@stanfordblakemediation.com