**United States District Court**
**Southern District of Florida**

FILED BY_____R_____D.C.

NOV 21 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

Case Number: 23-cv-60345

# SUPPLEMENTAL ATTACHMENT(S)

Please refer to supplemental "file" in the division where the Documents/Exhibits were submitted and filed.

Division Document/Exhibits Submitted and Filed: __Ft. Laud.__

These Documents/Exhibits must **not** be placed in the "temp chron file".

| Documents/Exhibits Retained in Supplemental Files (**Scanned**) |
|---|
| ___ • Poor quality scanned images (i.e. Handwritten, Photographs) |
| _X_ • Surety bonds |
| ___ • Bound extradition papers |

| Documents/Exhibits Retained in Supplemental Files (**Not Scanned**) |
|---|
| ___ • CD, DVD, USB drive. (i.e. Audio/Visual) |

** All other documents and documentary exhibits are part of the CM/ECF Case Record in pdf format.

Date: 11/21/23

Revised: 2/20/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HEAD KANDY LLC,

    Plaintiff,

vs.                                                    Case No. 0:23-cv-60345-RAR

KAYLA MCNEILL,

    Defendant.
_____/

**PLAINTIFF'S NOTICE OF FILING BOND**

Plaintiff, Head Kandy LLC ("HK"), through its undersigned attorneys hereby gives notice of filing the attached original Surety Bond in compliance with the Court's Order Adopting Report and Recommendation, Granting Plaintiff's Expedited Motion for Preliminary Injunction, and Setting Bond [ECF No. 152].

                                                     /s/ Ethan J. Loeb
                                                     ETHAN J. LOEB
                                                     FL Bar No. 668338
                                                     ethanl@blhtlaw.com
                                                     loisf@blhtlaw.com
                                                     EDWARD C. THOMPSON
                                                     FL Bar No. 684929
                                                     colint@blhtlaw.com
                                                     heatherw@blhtlaw.com
                                                     ELLIOT P. HANEY
                                                     FL Bar No. 1018829
                                                     ellioth@blhtlaw.com
                                                     **BARTLETT LOEB HINDS**
                                                     **THOMPSON & ANGELOS**
                                                     100 N. Tampa Street, Suite 2050
                                                     Tampa, FL 33602
                                                     Telephone: 813-223-3888
                                                     Facsimile: 813-228-6422
                                                     *Counsel for Plaintiff Head Kandy LLC*

{00075089:1}

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 21, 2023, I filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send notice of this filing to Jed Ferdinand, Esquire, jferdinand@fiplawgroup.com, Kathleen B. Moore, Esquire, kmoore@fiplawgroup.com, Ferdinand IP Law Group, 450 Seventh Avenue, Suite 2300, New York, New York 10123, *Counsel for Plaintiff*; Laura E. Burgess, Esquire, laura@leburgesslaw.com, L.E. Burgess, P.A., 5966 S. Dixie Highway, Suite 300, Miami, Florida 33143, *Counsel for Defendant*; and Antonio L. Converse, Esquire, anthony@converselawgroup.com, Converse Law Group, P.C., 600 17th Street, Denver, Colorado 80202, *Counsel for Defendant*.

/s/ *Ethan J. Loeb*
Attorney

{00075089:1}

| | |
|---|---|
| **HEAD KANDY LLC**, | IN THE UNITED STATES |
| Plaintiff, | DISTRICT COURT SOUTHERN |
| Vs. | DISTRICT OF FLORIDA |
| | Bond No.: 3508946 |
| **KAYLA MARIE MCNEILL**, | |
| Defendant. | Case No.: 0:23-CV-60345-RAR |
| _____/ | |

## INJUNCTION BOND

KNOW ALL MEN BY THESE PRESENTS, that we, **HEAD KANDY LLC**, as Principal, and **SURETEC INSURANCE COMPANY**, a corporation duly licensed to do business in the State of Florida as Surety, are held and firmly bound unto the above named Defendant(s) in the aggregate sum of **THREE HUNDRED SEVENTY EIGHT THOUSAND AND 00/100 DOLLARS** ($ 378,000.00), lawful money of the United States, to the payment of which well and truly to be made we hereby bind ourselves and our heirs, administrators, successors, and assigns, jointly and severally, firmly by these presents.

WHEREAS, the above named Plaintiff has duly applied to this court for an injunction against the Defendant in this action, according to the statute in such cases provided.

NOW, THEREFORE, the condition of this obligation is such that, if the said Plaintiff shall pay the said Defendant such damages as he sustains by reason of said injunction, if the Court finally decides that the said Plaintiff is not entitled thereto (or to either or any of them, if more than one Defendant), then this obligation shall be void, otherwise to remain in full force and effect.

Signed, sealed and dated this **20TH** day of **NOVEMBER**, **2023**.

**HEAD KANDY LLC**
(Principal)

ATTEST _____ BY _____

SURETEC INSURANCE COMPANY
(Surety)

ATTEST _____ BY _____, Attorney-in-Fact
SONJA AMANDA FLOREE HARRIS

POA #: 910003

# SureTec Insurance Company
## LIMITED POWER OF ATTORNEY

*Know All Men by These Presents,* That SURETEC INSURANCE COMPANY (the "Company"), a corporation duly organized and existing under the laws of the State of Texas, and having its principal office in Houston, Harris County, Texas, does by these presents make, constitute and appoint

Jeffrey W. Reich, Susan L. Reich, Kim E. Niv, Teresa L. Durham, Cheryl A. Foley,
Robert P. O'Linn, Sarah K. O'Linn, Sonja Amanda Floree Harris

its true and lawful Attorney-in-fact, with full power and authority hereby conferred in its name, place and stead, to execute, acknowledge and deliver any and all bonds, recognizances, undertakings or other instruments or contracts of suretyship to include waivers to the conditions of contracts and consents of surety for, providing the bond penalty does not exceed

Five Million and 00/100 Dollars ($5,000,000.00)

and to bind the Company thereby as fully and to the same extent as if such bond were signed by the President, sealed with the corporate seal of the Company and duly attested by its Secretary, hereby ratifying and confirming all that the said Attorney-in-Fact may do in the premises. Said appointment is made under and by authority of the following resolutions of the Board of Directors of the SureTec Insurance Company:

*Be it Resolved,* that the President, any Vice-President, any Assistant Vice-President, any Secretary or any Assistant Secretary shall be and is hereby vested with full power and authority to appoint any one or more suitable persons as Attorney(s)-in-Fact to represent and act for and on behalf of the Company subject to the following provisions:

*Attorney-in-Fact* may be given full power and authority for and in the name of and of behalf of the Company, to execute, acknowledge and deliver, any and all bonds, recognizances, contracts, agreements or indemnity and other conditional or obligatory undertakings and any and all notices and documents canceling or terminating the Company's liability thereunder, and any such instruments so executed by any such Attorney-in-Fact shall be binding upon the Company as if signed by the President and sealed and effected by the Corporate Secretary.

*Be it Resolved,* that the signature of any authorized officer and seal of the Company heretofore or hereafter affixed to any power of attorney or any certificate relating thereto by facsimile, and any power of attorney or certificate bearing facsimile signature or facsimile seal shall be valid and binding upon the Company with respect to any bond or undertaking to which it is attached. *(Adopted at a meeting held on 20th of April, 1999.)*

*In Witness Whereof,* SURETEC INSURANCE COMPANY has caused these presents to be signed by its President, and its corporate seal to be hereto affixed this  1st  day of  November  , A.D.  2023  .



SURETEC INSURANCE COMPANY

By: _____
Michael C. Keimig, President

State of Texas       ss:
County of Harris

On this  1st  day of  November  , A.D.  2023  before me personally came Michael C. Keimig, to me known, who, being by me duly sworn, did depose and say, that he resides in Houston, Texas, that he is President of SURETEC INSURANCE COMPANY, the company described in and which executed the above instrument; that he knows the seal of said Company; that the seal affixed to said instrument is such corporate seal; that it was so affixed by order of the Board of Directors of said Company; and that he signed his name thereto by like order.


TANYA SNEED
Notary Public State of Texas
Commission # 128571231
Commission Expires 03/30/2027

Tanya Sneed, Notary Public
My commission expires March 30, 2027

I, M. Brent Beaty, Assistant Secretary of SURETEC INSURANCE COMPANY, do hereby certify that the above and foregoing is a true and correct copy of a Power of Attorney, executed by said Company, which is still in full force and effect; and furthermore, the resolutions of the Board of Directors, set out in the Power of Attorney are in full force and effect.

Given under my hand and the seal of said Company at Houston, Texas this  20TH  day of  NOVEMBER  ,  2023  , A.D.

_____
M. Brent Beaty, Assistant Secretary

Any instrument issued in excess of the penalty stated above is totally void and without any validity. 910003
For verification of the authority of this power you may call (713) 812-0800 any business day between 8:30 am and 5:00 pm CST.