**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 23-CV-60345-RAR**

**HEAD KANDY LLC**,

Plaintiff,

v.

**KAYLA MARIE MCNEILL**,

Defendant.

_____/

## ORDER SCHEDULING SECOND MEDIATION

The mediation conference in this matter shall be held with the Honorable Stanford Blake

(Ret.) on **January 19, 2024** at **2:00 P.M.** via Zoom.  A report of the mediation must be filed **within**

**seven (7) days** thereafter.

**DONE AND ORDERED** in Miami, Florida, this 29th day of November, 2023.

_____

**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**