## E. Colin Thompson

| | |
|---|---|
| **From:** | Antonio L. Converse <anthony@converselawgroup.com> |
| **Sent:** | Tuesday, September 19, 2023 4:45 PM |
| **To:** | Lois K. Floyd; laura@leburgesslaw.com |
| **Cc:** | Ethan J. Loeb; E. Colin Thompson; Heather A. Wilfong; Kathryn E Saienni |
| **Subject:** | RE: Head Kandy v. McNeill | Notice & Demand |

Ethan – I have reviewed your letter dated September 15, 2023 concerning Magistrate Strauss' Report and Recommendation.  In your letter, you demand that Ms. McNeill "comply" with the Report, yet you do not provide any authority requiring Ms. McNeill to comply with the Report.  If you would like Ms. McNeill to consider the request, please provide the authority on which it is based.  It should go without saying, and I can confirm, that Ms. McNeill will fully comply with all orders entered by the Court, subject to applicable objection and appeal rights.

*Antonio L. Converse, Esq.*
600 17th Street, Suite 2800 South
Denver, CO 80202
P  | 303.228.9471
D | 303.990.3157
anthony@converselawgroup.com

The contents of this email, including attachments, are confidential and/or privileged and may not be disseminated without permission. Please notify the sender immediately if this email has been received in error. PLEASE NOTE: Emails are not a secure method of communication and could be intercepted improperly by an unintended third-party. If you are a client, the Firm is sending an email as a result of your consent. If you no longer wish for communications to be sent in this manner, please notify the Firm or the sender immediately.

**From:** Lois K. Floyd <LoisF@blhtlaw.com>
**Sent:** Friday, September 15, 2023 8:26 AM
**To:** Antonio L. Converse <anthony@converselawgroup.com>; laura@leburgesslaw.com
**Cc:** Ethan J. Loeb <EthanL@blhtlaw.com>; E. Colin Thompson <ColinT@blhtlaw.com>; Heather A. Wilfong <heatherw@blhtlaw.com>; Kathryn E Saienni <KathrynS@blhtlaw.com>
**Subject:** Head Kandy v. McNeill | Notice & Demand

Please see attached correspondence from Ethan Loeb.


*Lois K. Floyd (Mrs./She/Her)*
Legal Assistant to Ethan Loeb, Colin Thompson,
Cynthia Angelos, Steven Gieseler, Nicholas Gieseler
Sean McCleary & Kathryn Saienni
**Bartlett Loeb Hinds Thompson & Angelos**
100 N. Tampa Street, Suite 2050
Tampa, FL 33602
Tel. 813-223-3888
Direct: 813-865-1379
Email: LoisF@BLHTLaw.com

1
**EXHIBIT B**

www.blhtlaw.com



**The page(s) comprising this e-mail transmission contain(s) CONFIDENTIAL INFORMATION from Bartlett Loeb Hinds Thompson & Angelos.  This information is intended solely for the use by the individual entity named as recipient hereof.  If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this transmission is prohibited.  If you have received this message in error, please notify the sender immediately by telephone (813-223-3888) or by return e-mail to the sender.**

*IRS Circular 230 Disclosure.  New Treasury Regulations require us to inform you of the following:  to ensure compliance with requirements imposed by the Internal Revenue Service, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, by any person for the purpose of (i) avoiding tax-related penalties or (ii) promoting, marketing or recommending to another person any transaction or matter addressed in this communication. To obtain penalty protection, the new Regulations require attorneys, accountants and other tax advisors to perform increased due diligence to verify all relevant facts and to format the written tax advice in a lengthy number of separately enumerated sections with numerous disclosures.  If you would like written tax advice designed to provide penalty protection, please contact us and we will need to discuss the matter with you in more detail.*