# E. Colin Thompson

| | |
|---|---|
| **From:** | Ethan J. Loeb |
| **Sent:** | Tuesday, November 28, 2023 1:07 PM |
| **To:** | Antonio L. Converse |
| **Cc:** | E. Colin Thompson; Lois K. Floyd; laura@leburgesslaw.com; Heather A. Wilfong; Kathryn E Saienni |
| **Subject:** | Re: Head Kandy v. McNeill | Notice & Demand |

Anthony

We have hit a dead end with the attorneys. We have called two firms who we dealt with previously on facebook issues, and they do not handle these issues. And, when asked if there was a possibility to speak with someone who might know at Facebook, we hit a wall.

I would suggest that the efforts to preserve the videos and data be undertaken immediately so that the videos can be taken down. If you want to call me, I am on the cell so we can try to walk though the best approach to preserve the evidence and get the material off the internet.

Ethan J. Loeb | Attorney

## Bartlett Loeb Hinds Thompson & Angelos

100 N. Tampa Street
Suite 2050
Tampa, Florida 33602
ethanl@blhtlaw.com
(813) 223-3888 office
(813) 789-4860 cell
www.blhtlaw.com
Assistant: Mrs. Lois Floyd | LoisF@blhtlaw.com
Paralegal: Ms. Heather Wilfong | HeatherW@blhtlaw.com

> On Nov 28, 2023, at 12:43 PM, Antonio L. Converse <anthony@converselawgroup.com> wrote:
>
> Good morning Colin – when we last spoke, I informed you that Ms. McNeill had removed the TikTok videos quite some time ago by making them private. I will review the additional ones you've highlighted. With regard to the Facebook videos, I explained that Ms. McNeill was not able to make those videos private. I assume your below explanation refers to a private FB account because the option menu you included is not the same for a public figure account, which is what Ms. McNeill owns. I've attached a screenshot of the option menu available to Ms. McNeill on her account. As I explained on our call, the only options are "Public" and "Top Fans." There is no "Private" or "Only Me" option available to her. I also explained on our call that removing the FB videos would permanently delete the associated comments. I also informed you that editing the videos was now possible, but we did not know how or if that would affect the comments and their metadata. You and Ethan both agreed that these were issues that would need to be resolved before any action could be taken. Ethan offered to contact legal counsel for FB, with whom he had previously worked, to ask about a potential solution. We have been waiting to hear of the outcome of that discussion. Will you please give me an update? Was Ethan informed of any options we have not yet explored? Did the confirmation

1

**EXHIBIT C**

you reference concerning the viewing options come from FB's counsel or was that an independent determination you made?  This information would be extremely helpful in finding a reasonable solution.  Despite the tone and content of your email, it was my understanding that we understood the issues and were working together towards a resolution.  It appears, from all the information presently available to me, that the principal impediment we discussed on our call remains.  Namely, Ms. McNeill cannot comply with your client's removal demand and her preservation obligations.  Again, I welcome any additional information that would help resolve this fundamental issue.  Thanks in advance.

Anthony


***Antonio L. Converse, Esq.***
600 17th Street, Suite 2800 South
Denver, CO 80202
P  | 303.228.9471
D | 303.990.3157
anthony@converselawgroup.com

---

**From:** E. Colin Thompson <ColinT@blhtlaw.com>
**Sent:** Monday, November 27, 2023 12:13 PM
**To:** Antonio L. Converse <anthony@converselawgroup.com>
**Cc:** Lois K. Floyd <LoisF@blhtlaw.com>; laura@leburgesslaw.com; Ethan J. Loeb <EthanL@blhtlaw.com>; Heather A. Wilfong <heatherw@blhtlaw.com>; Kathryn E Saienni <KathrynS@blhtlaw.com>
**Subject:** RE: Head Kandy v. McNeill | Notice & Demand

Anthony and Laura:

I write in follow up to our below correspondence, its attached letter, and our subsequent phone call regarding the posts that remain on Ms. McNeill's various social media pages that violate the Preliminary Injunction.  When we spoke earlier this month regarding this issue you indicated that Ms. McNeill was working on pulling down from public view all those social media posts, but that she was having trouble removing  from public view prior Facebook posts.  As of today, it does not appear that Ms. McNeil has removed from public view any additional Facebook posts that violate the Preliminary Injunction.  There remain posts on Tik Tok that are in violation of the Preliminary Injunction as well.  For example, each of the posts highlighted in yellow on the attached Exhibit List remain viewable by the public.

Since we last spoke we have been unable to verify your statement that the Facebook posts cannot be set so that they cannot be viewed by followers or the public at large.  Instead, we have confirmed that posts can be set to "Only me" view so only the owner of the page can see the posts.  See below screenshot of this setting.

The Preliminary Inunction has now been in place for nearly 3 weeks.  That is plenty of time for Ms. McNeill to have figured out how to comply with it.  Please confirm that the violative social media posts (whether or not specifically identified on the attached list) will be removed from public view by tomorrow so that we may avoid having to bring the issue before the Court.

Best regards,
Colin

**From:** E. Colin Thompson
**Sent:** Tuesday, November 7, 2023 5:55 PM
**To:** Antonio L. Converse <anthony@converselawgroup.com>
**Cc:** Lois K. Floyd <LoisF@blhtlaw.com>; laura@leburgesslaw.com; Ethan J. Loeb <EthanL@blhtlaw.com>; Heather A. Wilfong <heatherw@blhtlaw.com>; Kathryn E Saienni <KathrynS@blhtlaw.com>
**Subject:** Re: Head Kandy v. McNeill | Notice & Demand

Anthony and Laura:

Now that the Court has entered the Injunction, I am reattaching our letter to you dated September 15, 2023. In your response below, you stated Mrs. McNeil had no obligation to comply with the Report and Recommendation. Now that the Report and Recommendation has been adopted as an Order and the recommended Preliminary Injunction has been entered by the District Court, we are reasserting our demands for compliance as outlined in the attached letter. Please confirm receipt of this correspondence and within three days please confirm that Mrs. McNeil has taken all steps set out in the letter to comply with the Court's injunction.

Best regards,
Colin


Sent from my iPad

> On Sep 19, 2023, at 4:44 PM, Antonio L. Converse <anthony@converselawgroup.com> wrote:
>
>
> Ethan – I have reviewed your letter dated September 15, 2023 concerning Magistrate Strauss' Report and Recommendation. In your letter, you demand that Ms. McNeill "comply" with the Report, yet you do not provide any authority requiring Ms. McNeill to comply with the Report. If you would like Ms. McNeill to consider the request, please provide the authority on which it is based. It should go without saying, and I can confirm, that Ms. McNeill will fully comply with all orders entered by the Court, subject to applicable objection and appeal rights.
>
>
> ***Antonio L. Converse, Esq.***
> 600 17th Street, Suite 2800 South
> Denver, CO 80202
> P | 303.228.9471
> D | 303.990.3157
> anthony@converselawgroup.com
>
> The contents of this email, including attachments, are confidential and/or privileged and may not be disseminated without permission. Please notify the sender immediately if this email has been received in error. PLEASE NOTE: Emails are not a secure method of communication and could be intercepted improperly by an unintended third-party. If you are a client, the Firm is

sending an email as a result of your consent. If you no longer wish for communications to be sent in this manner, please notify the Firm or the sender immediately.

**From:** Lois K. Floyd <LoisF@blhtlaw.com>
**Sent:** Friday, September 15, 2023 8:26 AM
**To:** Antonio L. Converse <anthony@converselawgroup.com>; laura@leburgesslaw.com
**Cc:** Ethan J. Loeb <EthanL@blhtlaw.com>; E. Colin Thompson <ColinT@blhtlaw.com>; Heather A. Wilfong <heatherw@blhtlaw.com>; Kathryn E Saienni <KathrynS@blhtlaw.com>
**Subject:** Head Kandy v. McNeill | Notice & Demand

Please see attached correspondence from Ethan Loeb.

***Lois K. Floyd (Mrs./She/Her)***
Legal Assistant to Ethan Loeb, Colin Thompson,
Cynthia Angelos, Steven Gieseler, Nicholas Gieseler
Sean McCleary & Kathryn Saienni
**Bartlett Loeb Hinds Thompson & Angelos**
100 N. Tampa Street, Suite 2050
Tampa, FL 33602
Tel. 813-223-3888
Direct: 813-865-1379
Email: LoisF@BLHTLaw.com
www.blhtlaw.com

The page(s) comprising this e-mail transmission contain(s) CONFIDENTIAL INFORMATION from Bartlett Loeb Hinds Thompson & Angelos.  This information is intended solely for the use by the individual entity named as recipient hereof.  If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this transmission is prohibited. If you have received this message in error, please notify the sender immediately by telephone (813-223-3888) or by return e-mail to the sender.

IRS Circular 230 Disclosure.  New Treasury Regulations require us to inform you of the following:  to ensure compliance with requirements imposed by the Internal Revenue Service, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, by any person for the purpose of (i) avoiding tax-related penalties or (ii) promoting, marketing or recommending to another person any transaction or matter addressed in this communication. To obtain penalty protection, the new Regulations require attorneys, accountants and other tax advisors to perform increased due diligence to verify all relevant facts and to format the written tax advice in a lengthy number of separately enumerated sections with numerous disclosures.  If you would like written tax advice designed to provide penalty protection, please contact us and we will need to discuss the matter with you in more detail.

<FB Video Options.pdf>

# E. Colin Thompson

| | |
|---|---|
| **From:** | Ethan J. Loeb |
| **Sent:** | Thursday, November 30, 2023 6:15 AM |
| **To:** | Antonio L. Converse |
| **Cc:** | Jalen LaRubbio; Laura Burgess; E. Colin Thompson; Elliot P. Haney; Heather A. Wilfong |
| **Subject:** | Re: Archiving |

Ok. Then the only thing left is for her to take down the entire page and making active or for her to figure out a way to get it off the internet. She took the risk when she made the Facebook lives. We are going to move forward with the motion to the court if she doesn't get it off the internet by the close of business tomorrow.

She has the obligation to preserve the materials as well.

No disrespect to you, but this is not our problem to fix. We have tried to find solutions. It's now up to Kayla to get this issue fixed.

Ethan J. Loeb
Bartlett Loeb Hinds Thompson & Angelos
100 N. Tampa Street
Suite 2050
Tampa, Florida 33602
ethanl@blhtlaw.com
(813) 223-3888 office
(813) 789-4860 cell

> On Nov 29, 2023, at 10:34 PM, Antonio L. Converse <anthony@converselawgroup.com> wrote:
>
> Ethan – after talking with Kayla, archiving isn't an option available to her either. I've attached a screenshot of what her option menu looks like.
>
> ***Antonio L. Converse, Esq.***
> 600 17th Street, Suite 2800 South
> Denver, CO 80202
> P | 303.228.9471
> D | 303.990.3157
> anthony@converselawgroup.com
>
> **From:** Antonio L. Converse
> **Sent:** Wednesday, November 29, 2023 12:54 AM
> **To:** Ethan J. Loeb <EthanL@blhtlaw.com>; Jalen LaRubbio <JalenL@blhtlaw.com>; Laura Burgess <laura@leburgesslaw.com>; E. Colin Thompson <ColinT@blhtlaw.com>; Elliot P. Haney <ElliotH@blhtlaw.com>; Heather A. Wilfong <heatherw@blhtlaw.com>
> **Subject:** RE: Archiving

1

Thanks Ethan.  I'll get a response from Kayla tomorrow.

***Antonio L. Converse, Esq.***
600 17th Street, Suite 2800 South
Denver, CO 80202
P  | 303.228.9471
D | 303.990.3157
anthony@converselawgroup.com

---

**From:** Ethan J. Loeb <EthanL@blhtlaw.com>
**Sent:** Tuesday, November 28, 2023 11:39 AM
**To:** Antonio L. Converse <anthony@converselawgroup.com>; Jalen LaRubbio <JalenL@blhtlaw.com>; Laura Burgess <laura@leburgesslaw.com>; E. Colin Thompson <ColinT@blhtlaw.com>; Elliot P. Haney <ElliotH@blhtlaw.com>; Heather A. Wilfong <heatherw@blhtlaw.com>
**Subject:** Archiving

Antony

Have you tried asking her to "archive" the posts? It saves the post and the comments. Although, I'm not 100% sure this is an option for a "public figure" account. See screenshot below.

<image001.png>


Please advise.

Ethan J. Loeb | Attorney
# Bartlett Loeb Hinds Thompson & Angelos
100 N. Tampa Street
Suite 2050
Tampa, Florida 33602
ethanl@blhtlaw.com
(813) 223-3888 office
(813) 789-4860 cell
www.blhtlaw.com
Assistant: Mrs. Lois Floyd | LoisF@blhtlaw.com
Paralegal: Ms. Heather Wilfong | HeatherW@blhtlaw.com
<FB Video Options.jpg>