UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CV-60345-RAR

HEAD KANDY LLC,

    Plaintiff,

v.

KAYLA MARIE MCNEILL,

    Defendant.
_____/

## ORDER REFERRING MOTION

Pursuant to 28 U.S.C. section 636(b)(1)(A) and the Magistrate Judge Rules of the Local Rules of the Southern District of Florida, the above-styled case is referred to United States Magistrate Judge Jared M. Strauss to take all action as required by law on Plaintiff's Motion to Compel Defendant's Compliance with the Court's Preliminary Injunction and Contempt for Sanctions, [ECF No. 162]. It shall be the responsibility of the parties in this case to note the name of Magistrate Judge Strauss on all motions and submissions pertaining to the referenced motion.

**DONE AND ORDERED** in Miami, Florida, this 4th day of December, 2023.

_____
RODOLFO A. RUIZ II
UNITED STATES DISTRICT JUDGE