# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CV-60345-RUIZ/STRAUSS

HEAD KANDY, LLC,
a Delaware limited liability company,

    Plaintiff,

v.

KAYLA MARIE MCNEILL,

    Defendant.

_____/

### CORRECTED CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(3) PERTAINING TO DEFENDANT'S EMERGENCY MOTION TO RESET EVIDENTIARY HEARING ON PLAINTIFF'S MOTION TO COMPEL DEFENDANT'S COMPLIANCE WITH THE COURT'S PRELIMINARY INJUNCTION AND FOR CONTEMPT SANCTIONS

Pursuant to Local Rule 7.1(a)(3), undersigned counsel certifies that due to the limited time available she was unable to confer with Plaintiff's counsel concerning the requested relief. However, given Plaintiff's prior stated position on extensions related to its Contempt Motion, it is anticipated that Plaintiff will oppose the relief requested.

                                                                                                             /s/ Laura E. Burgess

### CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and through that filing served all counsel of record.

                                                                                                             /s/ Laura E. Burgess