UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CV-60345-RUIZ/STRAUSS

**HEAD KANDY, LLC,**

    Plaintiff,

v.

**KAYLA MARIE MCNEILL,**

    Defendant.
_____/

## ORDER

**THIS MATTER** came before the Court for a hearing on January 3, 2024, upon Plaintiff's Motion to Compel Defendant's Compliance with the Court's Preliminary Injunction and for Contempt Sanctions ("Motion"). [DE 162]. For the reasons stated on the record at the hearing, it is **ORDERED** and **ADJUDGED** that:

1. The Motion is **GRANTED-IN-PART** to the extent Plaintiff seeks to compel Defendant's compliance with this Court's preliminary injunction.

   a. By **January 16, 2024**, Defendant shall remove (by deleting or otherwise blocking public access to) all videos and posts from her Facebook page that contain "any defamatory, disparaging, or otherwise negative or degrading comments, remarks, or statements concerning Plaintiff, or its affiliates, or their businesses or any of their respective employees, officers, existing and prospective clients, suppliers, investors, and other associated third parties" or otherwise violate the Court's preliminary injunction [DE 152].

   b. To the extent that deletion of any of the videos or posts described above would prevent the parties from authenticating evidence at trial, the parties shall confer on a possible

stipulation regarding the content or authenticity of any data that the parties agree is subject to deletion but cannot be recorded or documented (i.e., preserved).  The parties are to begin their conferral efforts, by telephone or video conferencing, before the end of business tomorrow, **January 4, 2024**.  The parties shall thereafter continue their conferral efforts until they have exhausted reasonable measures to both assure compliance with the preliminary injunction and avoidance of spoliation of evidence.

2. The Court defers ruling on the Motion to the extent it seeks to hold Defendant in contempt and for sanctions.

    a. The Court hereby sets an evidentiary hearing on the contempt and sanctions aspects of the Motion for 9:30 AM on **January 23, 2024**, at the United States Courthouse 299 E. Broward Boulevard, Fort Lauderdale, Florida 33301.[1]

    b. If, by **January 18, 2024**, the parties have resolved their authenticity concerns and Defendant has deleted the videos and posts described above (or, alternatively, Defendant has satisfied Plaintiff that the videos and posts are sufficiently restricted such that no members of the public can access them), Plaintiff shall file a notice with the Court confirming there has been a resolution.  The Court will thereafter cancel the January 23, 2024, hearing and subsequently deny the Motion as it pertains to seeking contempt and sanctions.

    c. Should the parties fail to reach a resolution (as described in paragraph 2.b above), by **January 18, 2024,** the parties shall file a joint notice identifying stipulated facts for purposes of the contempt hearing and identifying in detail material disputed facts to be

---

[1] The Court will provide the parties with a specific courtroom at a later date prior to the hearing.

resolved at the hearing. At the hearing, the Court will not allow testimony or presentation of evidence on topics outside the identified material disputed issues.

**DONE** and **ORDERED** in Fort Lauderdale, Florida, this 3rd day of January 2024.

*Jared Strauss*
Jared M. Strauss
United States Magistrate Judge