UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:23-cv-60345-RAR

**HEAD KANDY LLC,**

      Plaintiff,

vs.

                                     NOTICE OF IMPASSE

**KAYLA MARIE MCNEILL,**

      Defendant.

_____/

**PLEASE TAKE NOTICE** that this 1/2-day mediation ended in an impasse:

MEDIATOR:      STANFORD BLAKE

ZOOM:        Join Zoom Meeting
https://us02web.zoom.us/j/86487333434?pwd=U3BoeHg4STFTU2dkeUU5NGhhalZGZz09

Meeting ID: 864 8733 3434
Passcode: 467498

DATE/TIME:       FRIDAY, JANUARY 19, 2024 AT 2:00 PM

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished on the 21ST day of

JANUARY 2024 via email to:

| Ethan J. Loeb, Esq. ethanl@blhtlaw.com, loisf@blhtlaw.com<br>E. Colin Thompson, Esq. colint@blhtlaw.com, heatherw@blhtlaw.com<br>Elliot P. Haney, Esq. ellioth@blhtlaw.com, lynseyh@blhtlaw.com<br>Bartlett, Loeb, Hinds & Thompson, PLLC<br>100 N. Tampa Street, Suite 2050<br>Tampa, Florida 33602 | Laura E. Burgess, Esq.<br>laura@leburgesslaw.com<br>L.E. Burgess, P.A.<br>5966 Dixie Highway, Suite 300<br>Miami, FL 33143 |
|---|---|
| *Counsel for Plaintiff* | *Counsel for Defendant* |

| | |
|---|---|
| Jed Ferdinand, Esq.<br>jferdinand@fipalawgroup.com<br>Kathleen B. Moore, Esq.<br>kmoore@fipalawgroup.com<br>Ferdinand IP Law Group,<br>450 Seventh Avenue, Suite 2300<br>New York, New York 10123, c<br><br>*Co-counsel for Plaintiff* | *Antonio L. Converse, Esq.*<br>*anthony@converselawgroup.com*<br>*Converse Law Group, P.C.*<br>*600 17th St.*<br>*Denver, CO 80202*<br><br><br>*Counsel for Defendant* |
| | |

Respectfully submitted,

_____
STANFORD BLAKE, MEDIATOR
2 GROVE ISLE DRIVE #203
MIAMI, FL 33133
Tel: (305) 890-6331
Email: stan@stanfordblakemediation.com