UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HEAD KANDY LLC,

    Plaintiff,

vs.                                                    Case No. 0:23-cv-60345-RAR

KAYLA MARIE MCNEILL,

    Defendant.
_____/

**PLAINTIFF'S NOTICE OF DISCOVERY DISPUTE**

Plaintiff, Head Kandy LLC ("**Head Kandy**"), through undersigned counsel and pursuant to the Court's Discovery Procedures Order [ECF No. 24] provides notice of the discovery disputes described below and requests a hearing before the Court.

**Brief Description of the nature of the disputes:**

Defendant Kayla Marie McNeill, and entities she controls, have failed to produce complete text message/iMessage communications, including attachments thereto, which are responsive to one or more of the following discovery requests propounded by Head Kandy:

    (i)      First Request for Production to Ms. McNeill (served June 9, 2023);

    (ii)     Second Request for Production to Ms. McNeill (served June 21, 2023);

    (iii)    Third Request for Production to Ms. McNeill (served June 30, 2023);

    (iv)    Subpoena for documents to White Pineapple, Inc. (served July 7, 2023);

    (v)     Subpoena for documents to Lashed Out, LLC (served July 7, 2023);

    (vi)    Fourth Request for Production to Ms. McNeill (served July 26, 2023); and

    (vii)   Sixth Request for Production to Ms. McNeill (served August 29, 2023).

Counsel for Head Kandy has provided Ms. McNeill multiple extensions of time to respond and produce documents responsive to the discovery requests and has had an ongoing dialog with counsel for Ms. McNeill regarding the incompleteness of Ms. McNeill's production. Specifically, while Ms. McNeill has produced some responsive text message chains, thousands of attachments, including images, are missing from those chains. As directed by the Court, Head Kandy identified to Ms. McNeill the specific attachments which Head Kandy believes to be most relevant and necessary to be produced, including creating charts identifying the requested attachments and messages. To date, counsel for Ms. McNeill has not responded Head Kandy's requests, including Head Kandy's renewed requests made after the parties' second mediation was unsuccessful, nor produced the requested communications.

**Discovery Deadline:**

May 10, 2024

**Availability of Counsel for a hearing during the next two weeks:**

Counsel for Head Kandy is available February 29, March 1 (am only), and March 5.

Counsel for Ms. McNeill has not provided availability.

**Conferral:**

The undersigned hereby certifies that counsel for Head Kandy has attempted to confer with opposing counsel regarding all issues identified herein, including as described above. After an unsuccessful second mediation, Head Kandy's counsel attempted to obtain the information requested by follow up email on February 13, 2024, but received no response. Head Kandy's counsel followed up again on February 23, 2024, and sent a draft of this Notice, requesting dates of availability for a hearing, and advised they would file by Tuesday, February 29th (sic). Opposing counsel did not respond. On February 27, 2024, Head Kandy's counsel followed up again seeking

a response and stating that they would file this Motion today. As of the time of this filing (close of business), McNeill's counsel has still not responded.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 27, 2024, I filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send notice of this filing to: Laura E. Burgess, Esquire, laura@leburgesslaw.com, L.E. Burgess, P.A., 5966 S. Dixie Highway, Suite 300, Miami, Florida 33143, *Counsel for Defendant*; Antonio L. Converse, Esquire, anthony@converselawgroup.com, Converse Law Group, P.C., 600 17th Street, Denver, Colorado 80202, *Counsel for Defendant;* and Jed Ferdinand, Esquire, jferdinand@fiplawgroup.com, Kathleen B. Moore, Esquire, kmoore@fiplawgroup.com, Ferdinand IP Law Group, 450 Seventh Avenue, Suite 2300, New York, New York 10123, *Counsel for Plaintiff*.

/s/ *Ethan J. Loeb*
ETHAN J. LOEB
FL Bar No. 668338
ethanl@blhtlaw.com
KerriR@blhtlaw.com
EDWARD C. THOMPSON
FL Bar No. 684929
colint@blhtlaw.com
heatherw@blhtlaw.com
JALEN A. LARUBBIO
FL Bar No. 1039258
JalenL@blhtlaw.com
eservice@blhtlaw.com
ELLIOT P. HANEY
FL Bar No. 1018829
ellioth@blhtlaw.com
**BARTLETT LOEB HINDS THOMPSON & ANGELOS**
100 N. Tampa Street, Suite 2050
Tampa, FL 33602
Telephone: 813-223-3888
Facsimile: 813-228-6422
**Counsel for Plaintiff Head Kandy LLC**