**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

HEAD KANDY LLC,

     Plaintiff,

vs.   Case No. 0:23-cv-60345-RAR

KAYLA MARIE MCNEILL,

     Defendant.

_____/

**PLAINTIFF'S NOTICE OF CONFERRAL**

Plaintiff, Head Kandy LLC ("**Head Kandy**"), through undersigned counsel and pursuant to the Court's February 27, 2024 Order [ECF No. 192], hereby notifies the Court that on February 29, 2024, the parties conferred via telephone conference regarding the discovery disputes identified in Head Kandy's Notice of Discovery Dispute [ECF No. 190]. The parties agreed to continue conferring over the next 48 business hours to see whether a resolution can be reached, and to update the Court by the close of business Monday, March 4, 2024, whether a hearing on the discovery dispute referenced in Head Kandy's Notice of Discovery Dispute [ECF No. 190] will be necessary.

                                                    */s/ Ethan J. Loeb*
                                                    ETHAN J. LOEB
                                                    FL Bar No. 668338
                                                    ethanl@blhtlaw.com
                                                    KerriR@blhtlaw.com
                                                    EDWARD C. THOMPSON
                                                    FL Bar No. 684929
                                                    colint@blhtlaw.com
                                                    heatherw@blhtlaw.com
                                                    JALEN A. LARUBBIO
                                                    FL Bar No. 1039258
                                                    JalenL@blhtlaw.com
                                                    eservice@blhtlaw.com
                                                    ELLIOT P. HANEY
                                                    FL Bar No. 1018829
                                                    ellioth@blhtlaw.com
                                                    **BARTLETT LOEB HINDS**

**THOMPSON & ANGELOS**
100 N. Tampa Street, Suite 2050
Tampa, FL 33602
Telephone: 813-223-3888
Facsimile: 813-228-6422
***Counsel for Plaintiff Head Kandy LLC***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 29, 2024, I filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send notice of this filing to: Laura E. Burgess, Esquire, laura@leburgesslaw.com, L.E. Burgess, P.A., 5966 S. Dixie Highway, Suite 300, Miami, Florida 33143, *Counsel for Defendant*; Antonio L. Converse, Esquire, anthony@converselawgroup.com, Converse Law Group, P.C., 600 17th Street, Denver, Colorado 80202, *Counsel for Defendant;* and Jed Ferdinand, Esquire, jferdinand@fiplawgroup.com, Kathleen B. Moore, Esquire, kmoore@fiplawgroup.com, Ferdinand IP Law Group, 450 Seventh Avenue, Suite 2300, New York, New York 10123, *Counsel for Plaintiff*.

*/s/ Ethan J. Loeb*
ETHAN J. LOEB
FL Bar No. 668338

{00078950:1}