UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

In the matter of: Case Transfers to
**District Judge Jacqueline Becerra**

Top Tracking Sys. v. Castellanos, *et al.*, Case No. 1:23-cv-24891

Vidales v. StonCor Group, Inc., Case No. 1:23-cv-24011

Alonso v. Sunbelt Rentals, Inc., Case No. 1:23-cv-22629

Cornwell v. City of Miami, Case No. 1:23-cv-24180

Cole v. Raytheon Tech. Corp., Case No. 0:22-cv-62225

Head Kandy LLC v. McNeill, Case No. 0:23-cv-60345

Metalonis, *et al.* v. City of Miami Gardens, Case No. 1:23-cv-23574

David v. Carnival Corp., Case No. 1:22-cv-24155

Pantazis v. United HealthCare, *et al.*, Case No. 1:23-cv-24927

Blansett v. ABB Inc., *et al.*, Case No. 1:23-cv-24586

Fichera v. Zoetop, *et al.*, Case No. 1:23-cv-20417

Eox Technology Solutions v. Galasso, Case No. 0:23-cv-60448

United States v. Fiallos, *et al.*, Case No. 1:23-cr-20339-RAR

United States v. Bootle, *et al.*, Case No. 1:24-cr-20052-RAR

**ORDER OF REASSIGNMENT**

The above-styled cases have been selected by the Clerk of Court utilizing a random selection procedure to insure the fair and impartial reassignment of cases from the undersigned District Judge to the newly appointed **District Judge Jacqueline Becerra.**

Prior to executing this Order, the undersigned has reviewed the files and has ruled upon all pending ripe motions that have not been referred to the paired Magistrate Judge, and which are fully briefed, in accordance with the policy established by the Judges of the Southern District of Florida, *see* Internal Operating Procedures, Section 2.05.03–2.05.04. Accordingly, it is hereby

**ORDERED** that the above-styled actions are hereby **REASSIGNED** to the calendar of the **Honorable Jacqueline Becerra** as of **February 29, 2024** for all further proceedings. It is further

**ORDERED** that all currently pending hearings set before the undersigned Judge are hereby **TERMINATED** and are to be rescheduled by **District Judge Jacqueline Becerra.** It is further

**ORDERED** all deadlines will **REMAIN IN EFFECT** unless altered by **District Judge Jacqueline Becerra**. It is further

**ORDERED** that all papers hereafter filed shall bear the assigned case number followed by the initials **JB** in lieu of the present initials.

**DONE AND ORDERED** in Miami, Florida, this 29th day of February, 2024.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**

CC:  All counsel of record/*pro se* parties