UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HEAD KANDY LLC,

      Plaintiff,

vs.                                                    Case No. 0:23-cv-60345-RAR

KAYLA MARIE MCNEILL,

      Defendant.
_____/

## PLAINTIFF'S NOTICE OF CONTINUED CONFERRAL

Plaintiff, Head Kandy LLC ("**Head Kandy**"), through undersigned counsel and pursuant to the Court's February 27, 2024 Order [ECF No. 192], and Head Kandy's February 29, 2024 Notice of Conferral [ECF No. 193], hereby notifies the Court that the parties have continued to confer regarding the discovery disputes identified in Head Kandy's Notice of Discovery Dispute [ECF No. 190]. While proposals for resolution of the issues have been exchanged, the parties remain in disagreement on key aspects. Accordingly, it appears that a hearing will be necessary. Head Kandy delayed filing this Notice of Continued Conferral beyond the close of business on March 4, 2024, as it was awaiting a response from Defendant's counsel as to their availability for a hearing. Presently, the parties are still working on coordinating their availability for an in-person hearing, including looking to move calendared events to accommodate, and will update the Court by tomorrow. If the Court is amenable, the parties would each agree to a Zoom hearing to accommodate a hearing sooner than the parties would be able to both participate in-person.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 5, 2024, I filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send notice of this filing to: Laura E. Burgess, Esquire, laura@leburgesslaw.com, L.E. Burgess, P.A., 5966 S. Dixie Highway, Suite 300, Miami, Florida 33143, *Counsel for Defendant*; Antonio L. Converse, Esquire,

anthony@converselawgroup.com, Converse Law Group, P.C., 600 17th Street, Denver, Colorado 80202, *Counsel for Defendant;* and Jed Ferdinand, Esquire, jferdinand@fiplawgroup.com, Kathleen B. Moore, Esquire, kmoore@fiplawgroup.com, Ferdinand IP Law Group, 450 Seventh Avenue, Suite 2300, New York, New York 10123, *Counsel for Plaintiff*.

/s/ *Ethan J. Loeb*
**ETHAN J. LOEB**
FL Bar No. 668338
ethanl@blhtlaw.com
KerriR@blhtlaw.com
**EDWARD C. THOMPSON**
FL Bar No. 684929
colint@blhtlaw.com
heatherw@blhtlaw.com
**JALEN A. LARUBBIO**
FL Bar No. 1039258
JalenL@blhtlaw.com
eservice@blhtlaw.com
**ELLIOT P. HANEY**
FL Bar No. 1018829
ellioth@blhtlaw.com
**BARTLETT LOEB HINDS THOMPSON & ANGELOS**
100 N. Tampa Street, Suite 2050
Tampa, FL 33602
Telephone: 813-223-3888
Facsimile: 813-228-6422

**Counsel for Plaintiff Head Kandy LLC**