UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HEAD KANDY LLC,

    Plaintiff,

vs.                                                     Case No. 0:23-cv-60345-RAR

KAYLA MARIE MCNEILL,

    Defendant.

_____/

## PLAINTIFF'S SECOND NOTICE OF CONTINUED CONFERRAL

Plaintiff, Head Kandy LLC ("**Head Kandy**"), through undersigned counsel and pursuant to the Court's February 27, 2024 Order [ECF No. 192], Head Kandy's February 29, 2024 Notice of Conferral [ECF No. 193], and Head Kandy's March 5, 2024 Notice of Continued Conferral [ECF No. 197], hereby notifies the Court that the parties continue to remain in disagreement as to the discovery disputes identified in Head Kandy's Notice of Discovery Dispute [ECF No. 190]. Accordingly, Head Kandy believes that a hearing is necessary.

Head Kandy has now been able to obtain dates for both in-person and Zoom availability from Defendant's counsel. The parties' availability for an **in-person** hearing over the next two weeks is as follows:

- Head Kandy's counsel is available 3/29, 4/1, 4/2, and 4/3.
- For Defendant:
  - Mr. Converse is available 4/2
  - Ms. Burgess is available 3/28.

The parties remain amenable to scheduling a hearing via Zoom instead of in-person if the Court is inclined to do so. **In addition to the above dates**, the parties' availability for a **Zoom** hearing is as follows:

- Head Kandy's counsel is also available 3/26 (afternoon only), 3/27 (morning only), or 4/4.
- For Defendant:
    - Mr. Converse is also available 4/4,
    - Ms. Burgess is also available 3/25, 3/26 (afternoon only), or 4/4.

If the Court requires an in-person hearing, Defendant has requested it be set on a date Mr. Converse is available and requests that Ms. Burgess be permitted to attend on that date via Zoom. Head Kandy does not object.

For the Court's convenience, counsels' availability for an in-person and Zoom Hearing is set out in the below chart:

| Date | In-Person | Zoom |
| --- | --- | --- |
| 3/26 |  | HK (afternoon) <br> Def – Burgess (afternoon) |
| 3/27 |  | HK (morning only) |
| 3/28 | Def – Burgess | Def – Burgess |
| 3/29 | HK | HK |
| 4/1 | HK | HK |
| 4/2 | HK <br> Def – Converse | HK <br> Def – Converse |
| 4/3 | HK | HK |
| 4/4 |  | HK <br> Def – Converse <br> Def- Burgess |
| 4/5 |  |  |

## CERTIFICATE OF SERVICE

       I HEREBY CERTIFY that on March 25, 2024, I filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send notice of this filing to: Laura E. Burgess, Esquire, laura@leburgesslaw.com, L.E. Burgess, P.A., 5966 S. Dixie Highway, Suite 300, Miami, Florida 33143, *Counsel for Defendant*; Antonio L. Converse, Esquire, anthony@converselawgroup.com, Converse Law Group, P.C., 600 17th Street, Denver, Colorado 80202, *Counsel for Defendant;* and Jed Ferdinand, Esquire, jferdinand@fiplawgroup.com, Kathleen B. Moore, Esquire, kmoore@fiplawgroup.com, Ferdinand IP Law Group, 450 Seventh Avenue, Suite 2300, New York, New York 10123, *Counsel for Plaintiff*.

       /s/ E. Colin Thompson
ETHAN J. LOEB
FL Bar No. 668338
ethanl@blhtlaw.com
KerriR@blhtlaw.com
EDWARD C. THOMPSON
FL Bar No. 684929
colint@blhtlaw.com
heatherw@blhtlaw.com
JALEN A. LARUBBIO
FL Bar No. 1039258
JalenL@blhtlaw.com
eservice@blhtlaw.com
ELLIOT P. HANEY
FL Bar No. 1018829
ellioth@blhtlaw.com
**BARTLETT LOEB HINDS THOMPSON & ANGELOS**
100 N. Tampa Street, Suite 2050
Tampa, FL 33602
Telephone: 813-223-3888
Facsimile: 813-228-6422
***Counsel for Plaintiff Head Kandy LLC***