**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 23-CV-60345- BECERRA/STRAUSS

HEAD KANDY, LLC,
a Delaware limited liability company,

 Plaintiff,

v.

KAYLA MCNEILL,

 Defendant.

_____/

**DEFENDANT'S WITNESS LIST FOR APRIL 12, 2024 HEARING**

 Defendant, Kayla McNeill ("Ms. McNeill"), by and through her undersigned counsel, and pursuant to the Order dated March 29, 2024 [ECF No. 207], hereby files Defendant's Witness List:

 [Continued on Following Page.]

|   | Witness | Contact Information | Will Call | May Call |
|---|---|---|---|---|
| 1 | Kaylin Culp | 178 HD Meadows Lane Lexington, NC 27292 | X | |
| 2 | Amber Teaster | 165 Rocky Pt Cleveland, NC 27013 | X | |
| 3 | Jerome Falic | Contact through Plaintiff's counsel | | X |
| 4 | Bryan Feldman | Contact through Plaintiff's counsel | | X |
| 5 | Jonathan Rosenbaum | Contact through Plaintiff's counsel | | X |
| 6 | Any person necessary to impeach or rebut the testimony of any witness called by another party | | | |
| 7 | Any witness necessary to lay a foundation for the admission of documents, demonstrative exhibits, or other evidence | | | |
| 8 | Any witness listed by another party in its witness list | | | |
| 9 | Any witness endorsed by another party | | | |

**DATED** this 10th day of April, 2024.

Respectfully Submitted,

By: _/s/ Laura E. Burgess_
Laura E. Burgess, Esq.
Florida Bar No. 0105073
L.E. Burgess P.A.
5966 S Dixie Highway, Suite 300
Miami, FL 33143
Tel.: 305.942.8044
Alt. Tel.: 713.818.5055
laura@leburgesslaw.com

       AND

       By:  /s/ Antonio L. Converse
       Antonio L. Converse, Esq.
       Admitted *Pro Hac Vice*
       Converse Law Group, P.C.
       600 17th Street, Suite 2800 South
       Denver, CO 80202
       Tel: 303.228.9471
       anthony@converselawgroup.com

       AND

       Jennifer A. Tiedeken, Esq.
       Admitted *Pro Hac Vice*
       Davis & Ceriani, P.C.
       1600 Stout Street, Suite 1710
       Denver, CO 80202
       Tel:  303.534.9000
       jtiedeken@davisandceriani.com

       COUNSEL FOR KAYLA MCNEILL

## **CERTIFICATE OF SERVICE**

  I hereby certify that on April 10th, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and through that filing served all counsel of record.

               /s/ Laura E. Burgess

3