UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 23-cv-60345-JB

HEAD KANDY LLC,

    Plaintiff,
v.

KAYLA MARIE McNEILL,

    Defendant.
_____/

## ORDER REFERRING DEFENDANT'S MOTION TO PARTIALLY VACATE PRELIMINARY INJUNCTION AND PARTIAL MOTION TO DISMISS TO MAGISTRATE JUDGE

**THIS CAUSE** came before the Court upon a *sua sponte* review of the record. On April 8, 2024, Defendant, Kayla McNeill, filed a Motion to Partially Vacate Preliminary Injunction and Partial Motion to Dismiss (the "Motion"), ECF No. [214]. Accordingly, it is **ORDERED AND ADJUDGED** that the Motion is hereby **REFERRED** to United States Magistrate Jared M. Strauss to take all necessary and proper action as required by law. It shall be the responsibility of the parties in this case to note the name of Magistrate Judge Strauss on all filings and submissions pertaining to the Motion.

**DONE AND ORDERED** in Miami, Florida, this 11th day of April, 2024.

_____
JACQUELINE BECERRA
UNITED STATES DISTRICT JUDGE