**Head Kandy LLC.**
**New Hire /Rehire Data Sheet**
(For New Hires & Rehires only)

## SECTION 1: TO BE COMPLETED BY ASSOCIATE – PLEASE FILL OUT THIS FORM COMPLETELY AND LEGIBLY.

*Social Security Number: 652-07-[redacted]  
Date of Birth: 04-13-[redacted]

*Last Name: (As shown on Social Security Card) Batchelor  
First: Rhanda  
Middle: M

Address: 10381 Colt Way  
Apt #: 202  
City: Thorton  
State: CO  
Zip: 80229

Gender: ☐ Male ☒ Female  
Marital Status: ☒ Single ☐ Married  
# of dependents: 0

Contact Information: Phone #: 719-321-0928  
Cell #: (Optional)

Emergency Contact Name: Linda Caputh  
Relationship: Mother  
Daytime Phone #: 719-942-4180  
Evening Phone #: 719-530-1691

Education Level: ☐ GED ☒ High School ☐ Technical ☐ Some College  
☐ Associate's Degree ☐ Bachelor's Degree ☐ Master's Degree

Hire source: ☐ Website ☐ Newspaper ☐ School ☐ Agency _____ ☐ Other _____  
☒ Associate – Referred by: _____

## SECTION 2: TO BE COMPLETED BY MANAGER
PLEASE MAKE SURE TO FILL IN ALL INFORMATION.

DATE EFFECTIVE:

Company Code: ☐ KF/A51  
Dept.#:  
Org. Code:

Classification: ☒ Full Time ☐ Part Time ☐ Seasonal ☐ Temporary ☐ *Rehire  
If Re-hire please indicate if re-hired within 90 days ____ OR over 90 Days ____

Position: Photographer  
Reports to: Ryan / Kayla  
Job Code:  
Workers Comp Code:

☐ Non-exempt (Hourly) Pay Grade: ____ Hourly: ____ Bi-weekly: ____  
☒ Exempt (Salaried) Pay Grade: ____ Annually: 40,000 Bi-weekly: ____

____ Replacement  Name of associate replaced: ____  
X Addition to Staff: (approval required)  Approved by: Kayla / Bryan

Additional Comments:

## SECTION 3: APPROVALS

Manager Signature: [signature]  
Next Level (As Needed):  
Human Resources:

PAYROLL: File # [signature]  
Processed By:  
Week #:

**COMPOSITE EXHIBIT 1**

**Head Kandy LLC.**
**New Hire / Rehire Data Sheet**
(For New Hires & Rehires only)

## SECTION 1: TO BE COMPLETED BY ASSOCIATE – PLEASE FILL OUT THIS FORM COMPLETELY AND LEGIBLY.

**Social Security Number:** 524 67 [redacted]
**Date of Birth:** 06 13 [redacted]

**Last Name:** (As shown on Social Security Card) Lynchard
**First:** Alyssa
**Middle:** Jantel

**Address:** 15345 Len Ln
**Apt #:**

**City:** Buena Vista
**State:** C0
**Zip:** 81211

**Gender:** ☐ Male ☒ Female
**Marital Status:** ☒ Single ☐ Married
**# of dependents:** 1

**Contact Information:**
**Phone #:** (719) 207-6682
**Cell #:** (Optional)

**Emergency Contact Name:**
**Relationship:**

**Daytime Phone #:**
**Evening Phone #:**

**Education Level:**
☐ GED  ☒ High School  ☐ Technical  ☐ Some College
☐ Associate's Degree  ☐ Bachelor's Degree  ☐ Master's Degree

**Hire source:**
☐ Website  ☐ Newspaper  ☐ School  ☐ Agency ___  ☐ Other ___
☐ Associate – Referred by: ___

## SECTION 2: TO BE COMPLETED BY MANAGER
PLEASE MAKE SURE TO FILL IN ALL INFORMATION.

**DATE EFFECTIVE:**

**Company Code:** ☐ KF/A5I
**Dept.#:**
**Org. Code:**

**Classification:** ☐ Full Time ☒ Part Time ☐ Seasonal ☐ Temporary ☐ *Rehire
If Re-hire please indicate if re-hired within 90 days ___ OR over 90 Days  X

**Position:** Facebook Help
**Reports to:** Ryan + Kayla
**Job Code:**
**Workers Comp Code:**

☒ **Non-exempt (Hourly)** **Pay Grade:**  **Hourly:** 15.00 hr.  **Bi-weekly:**
☐ **Exempt (Salaried)** **Pay Grade:**  **Annually:**  **Bi-weekly:**

___ Replacement  **Name of associate replaced:**
✓ Addition to Staff: (approval required)  **Approved by:** Kayla / Ryan

**Additional Comments:**

## SECTION 3: APPROVALS

**Manager Signature:** [signature]
**Next Level (As Needed):**
**Human Resources:**

**PAYROLL:**  **File #:**  **Processed By:**  **Week #:**

**Head Kandy LLC.**
**New Hire /Rehire Data Sheet**
(For New Hires & Rehires only)

| SECTION 1: TO BE COMPLETED BY ASSOCIATE – PLEASE FILL OUT THIS FORM COMPLETELY AND LEGIBLY. |||
|---|---|---|
| *Social Security Number: | | Date of Birth: 9/30/ |
| *Last Name: Woodruff | First: Damion | Middle: Douglas |
| Address: 9960 W Cheyenne Cir | | Apt #: |
| City: Salida | State: CO | Zip: 81201 |
| Gender: ☒ Male ☐ Female | Marital Status: ☒ Single ☐ Married | # of dependents: 2 |
| Contact Information: Phone #: 719-968-7787 | Cell #: (Optional) | |
| Emergency Contact Name: | Relationship: | |
| Daytime Phone #: | Evening Phone #: | |
| Education Level: ☒ GED ☐ High School ☐ Technical ☐ Some College ☐ Associate's Degree ☐ Bachelor's Degree ☐ Master's Degree |||
| Hire source: ☐ Website ☐ Newspaper ☐ School ☐ Agency ☐ Other ☐ Associate - Referred by: |||

| SECTION 2: TO BE COMPLETED BY MANAGER – PLEASE MAKE SURE TO FILL IN ALL INFORMATION. || DATE EFFECTIVE: |
|---|---|---|
| Company Code: ☐ KF/A5I | Dept.#: | Org. Code: |
| Classification: ☒ Full Time ☐ Part Time ☐ Seasonal ☐ Temporary ☐ *Rehire  If Re-hire please indicate if re-hired within 90 days ___ OR over 90 Days ___ |||
| Position: Shipping | Reports to: Amy | |
| Job Code: | Workers Comp Code: | |
| ☒ Non-exempt (Hourly)  Pay Grade: | Hourly: 14.50 | Bi-weekly: |
| ☐ Exempt (Salaried)  Pay Grade: | Annually: | Bi-weekly: |
| ___ Replacement  Name of associate replaced: |||
| ✓ Addition to Staff: (approval required)  Approved by: Kayla + Ryan |||
| Additional Comments: |||

| SECTION 3: APPROVALS |||
|---|---|---|
| Manager Signature: | Next Level (As Needed): | Human Resources: |
| PAYROLL:   File # | Processed By: | Week #: |