

EXHIBIT 2



**Kayla**

> I'm a horrible human. We flew to Tennessee today to buy a new motorhome. We will be home Tuesday. I am so sorry. We booked plane tickets last night, I never know if I'm coming or going, I'm so sorry. Clock in tomorrow and Tuesday just don't tell Kaylin you don't have tay 😂 I'm so sorry. I'm so glad you text me

> So Wednesday she will see you.

> Please don't kill me

It's ok!

> Also my schedule is going to change for March, I'm going to fly home with her a few of the weeks so you'll have her in March! I'll know more when I book my plane tickets

> I promise I'm not a total shit show all the time. I just can't keep up 😭

It totally fine! I'll just make sure to keep track of the time. I forgot to clock in when my mom watched her because I wasn't here so I'll tell Kaylin. Are we still doing the salary thing you mentioned or is it just the hourly? I just want to make sure I'm keeping track the right

10:53

  5      KM     

Kayla

> It totally fine! I'll just make sure to keep track of the time. I forgot to clock in when my mom watched her because I wasn't here so I'll tell Kaylin. Are we still doing the salary thing you mentioned or is it just the hourly? I just want to make sure I'm keeping track the right way.

 👍

So I told Kaylin I wanted to salary you and she said they didn't approve it, however I feel bad because I need your help' so let's do this (this is just between us 😂 don't tell her) just clock in on the days you don't have her from 10-3 is that fair?

That way you get paid still because that's what I committed to you. 

Plus when I'm home I really do need hour help. It's been so nice having you. 

Your^

> That works for me. I won't say anything.

Lol she won't care but I don't want

   iMessage   

