UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HEAD KANDY LLC,

    Plaintiff,

vs.                                            Case No. 0:23-cv-60345-JB

KAYLA MARIE MCNEILL,

    Defendant.
_____/

## PLAINTIFF'S NOTICE OF FILING

Plaintiff, Head Kandy LLC ("Head Kandy"), pursuant to the Court's instruction during the hearing held on April 12, 2024, and in support of Plaintiff's Expedited Motion to Enforce the Preliminary Injunction and for an Order to Show Cause [ECF 199], gives notice of filing the Declaration of Alexis Burke, with its exhibits as follows:

Exhibit A:    Screenshots of a screen recording video by Ms. Burke showing entire exchange of messages between Ms. Burke and Kayla McNeill/@whipinlifewithkayla as further shown the video attached as Exhibit B

Exhibit B:    Screen recording video by Ms. Burke of her accessing her Tik Tok showing the entire message between Ms. Burke and Kayla McNeill/@whipinlifewithkayla [provided to the Court and clerk on a thumb drive]

Exhibit C:    Direct messages from Tik Tok marked and introduced as Exhibit 8 during the April 12, 2024 Show Cause Hearing before Magistrate Judge Strauss.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 17, 2024 I filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send notice of this filing to: Laura E. Burgess,

{00080890:2}

...

Esquire, laura@leburgesslaw.com, L.E. Burgess, P.A., 5966 S. Dixie Highway, Suite 300, Miami, Florida 33143, *Counsel for Defendant*; Antonio L. Converse, Esquire, anthony@converselawgroup.com, Converse Law Group, P.C., 600 17th Street, Denver, Colorado 80202, *Counsel for Defendant;* Jennifer Tiedeken, Esquire, jat@davisandceriani.com, Davis & Ceriani, P.C., 1600 Stout Street, Ste. 1710, Denver, CO 80202 *(pro hac vice admission pending), co-counsel for Defendant;*. and Jed Ferdinand, Esquire, jferdinand@fiplawgroup.com, Kathleen B. Moore, Esquire, kmoore@fiplawgroup.com, Ferdinand IP Law Group, 450 Seventh Avenue, Suite 2300, New York, New York 10123, *Counsel for Plaintiff*.

/s/ *Ethan J. Loeb*
ETHAN J. LOEB
FL Bar No. 668338
ethanl@blhtlaw.com
KerriR@blhtlaw.com
eservice@blhtlaw.com
EDWARD C. THOMPSON
FL Bar No. 684929
colint@blhtlaw.com
heatherw@blhtlaw.com
JALEN A. LARUBBIO
FL Bar No. 1039258
JalenL@blhtlaw.com
UniqueA@blhtlaw.com
ELLIOT P. HANEY
FL Bar No. 1018829
ellioth@blhtlaw.com
susanm@blhtlaw.com
**BARTLETT LOEB HINDS THOMPSON & ANGELOS**
100 N. Tampa Street, Suite 2050
Tampa, FL 33602
Telephone: 813-223-3888
Facsimile: 813-228-6422

*Counsel for Plaintiff Head Kandy LLC*