## DECLARATION OF ALEXIS BURKE

I, Alexis Burke, declare, under penalties of perjury and based on my personal knowledge, as follows:

1. On March 13, 2024, I received direct messages to my TikTok account (AlexisChristine/@alexis_christinexo) from "Kayla McNeill/@whipinlifewithkayla." A true and correct copy of screenshots from a screen recording of the messages with Kayla McNeill/@whipinlifewithkayla are attached hereto as Exhibit A. I created the screen recording on my phone on April 16, 2024 and saved the screen recording under file name tiktok screen record.mp4. That screen recording is attached hereto as Exhibit B.

2. I previously provided screenshots of the messages from Kayla McNeill/@whipinlifewithkayla to Hard Candy. I am attaching those previously produced screenshots as Exhibit C.

3. The screen recording reflects the full conversation with Kayla McNeill/@whipinlifewithkayla before I blocked the account. I have not altered that conversation or screen recording in any way.

**Under penalties of perjury, I declare that I have read the foregoing and that the facts stated are true, to the best of my knowledge.**

*Alexis Burke*

**Alexis Burke**
**Dated: April ___, 2024**
04 / 16 / 2024

1