

EXHIBIT A





