# EXHIBIT B

Native File: tiktok screen record.mp4

Doc ID: 1bdc5cc8642fa27fd25a55d61c9d238a35b2152c