

EXHIBIT_C



Doc ID: 1bdc5cc8642fa27fd25a55d61c9d238a35b2152c



**Dropbox Sign**                                                                                          Audit trail

| | |
|---|---|
| Title | Decl of Burke 4.15.202413844 updated - Final |
| File name | Decl of Burke 4.1...dated - Final.pdf |
| Document ID | 1bdc5cc8642fa27fd25a55d61c9d238a35b2152c |
| Audit trail date format | MM / DD / YYYY |
| Status | • Signed |

## Document History

**SENT**
**04 / 16 / 2024**
21:35:13 UTC

Sent for signature to Alexis Burke ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ from allisond@blhtlaw.com
IP: 162.125.63.44

**VIEWED**
**04 / 16 / 2024**
21:42:06 UTC

Viewed by Alexis Burke ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
IP: 104.62.138.68

**SIGNED**
**04 / 16 / 2024**
23:24:55 UTC

Signed by Alexis Burke ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
IP: 104.62.138.68

**COMPLETED**
**04 / 16 / 2024**
23:24:55 UTC

The document has been completed.

Powered by **Dropbox Sign**