**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

HEAD KANDY LLC,

      Plaintiff,

vs.

                                        Case No. 0:23-cv-60345-JB

KAYLA MARIE MCNEILL,

      Defendant.

_____/

```
FILED BY _____ D.C.

     APR 1 8 2024

   ANGELA E. NOBLE
 CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.
```

**PLAINTIFF'S NOTICE OF FILING**

Plaintiff, Head Kandy LLC ("Head Kandy"), pursuant to the Court's instruction during the hearing held on April 12, 2024, and in support of Plaintiff's Expedited Motion to Enforce the Preliminary Injunction and for an Order to Show Cause [ECF 199], gives notice of filing the Declaration of Alexis Burke, with its exhibits as follows:

Exhibit A:    Screenshots of a screen recording video by Ms. Burke showing entire exchange of messages between Ms. Burke and Kayla McNeill/@whipinlifewithkayla as further shown the video attached as Exhibit B

Exhibit B:    Screen recording video by Ms. Burke of her accessing her Tik Tok showing the entire message between Ms. Burke and Kayla McNeill/@whipinlifewithkayla [provided to the Court and clerk on a thumb drive]

Exhibit C:    Direct messages from Tik Tok marked and introduced as Exhibit 8 during the April 12, 2024 Show Cause Hearing before Magistrate Judge Strauss.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 17, 2024 I filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send notice of this filing to: Laura E. Burgess,

{00080890:2}

Esquire, laura@leburgesslaw.com, L.E. Burgess, P.A., 5966 S. Dixie Highway, Suite 300, Miami, Florida 33143, *Counsel for Defendant*; Antonio L. Converse, Esquire, anthony@converselawgroup.com, Converse Law Group, P.C., 600 17th Street, Denver, Colorado 80202, *Counsel for Defendant;* Jennifer Tiedeken, Esquire, jat@davisandceriani.com, Davis & Ceriani, P.C., 1600 Stout Street, Ste. 1710, Denver, CO 80202 *(pro hac vice admission pending),* *co-counsel for Defendant;*. and Jed Ferdinand, Esquire, jferdinand@fiplawgroup.com, Kathleen B. Moore, Esquire, kmoore@fiplawgroup.com, Ferdinand IP Law Group, 450 Seventh Avenue, Suite 2300, New York, New York 10123, *Counsel for Plaintiff.*

/s/ *Ethan J. Loeb*
ETHAN J. LOEB
FL Bar No. 668338
ethanl@blhtlaw.com
KerriR@blhtlaw.com
eservice@blhtlaw.com
EDWARD C. THOMPSON
FL Bar No. 684929
colint@blhtlaw.com
heatherw@blhtlaw.com
JALEN A. LARUBBIO
FL Bar No. 1039258
JalenL@blhtlaw.com
UniqueA@blhtlaw.com
ELLIOT P. HANEY
FL Bar No. 1018829
ellioth@blhtlaw.com
susanm@blhtlaw.com
**BARTLETT LOEB HINDS**
**THOMPSON & ANGELOS**
100 N. Tampa Street, Suite 2050
Tampa, FL 33602
Telephone: 813-223-3888
Facsimile: 813-228-6422

***Counsel for Plaintiff Head Kandy LLC***

{00080890:2}

## DECLARATION OF ALEXIS BURKE

I, Alexis Burke, declare, under penalties of perjury and based on my personal knowledge, as follows:

1.      On March 13, 2024, I received direct messages to my TikTok account (AlexisChristine/@alexis_christinexo) from "Kayla McNeill/@whipinlifewithkayla." A true and correct copy of screenshots from a screen recording of the messages with Kayla McNeill/@whipinlifewithkayla are attached hereto as Exhibit A. I created the screen recording on my phone on April 16, 2024 and saved the screen recording under file name tiktok screen record.mp4. That screen recording is attached hereto as Exhibit B.

2.      I previously provided screenshots of the messages from Kayla McNeill/@whipinlifewithkayla to Hard Candy. I am attaching those previously produced screenshots as Exhibit C.

3.      The screen recording reflects the full conversation with Kayla McNeill/@whipinlifewithkayla before I blocked the account. I have not altered that conversation or screen recording in any way.

**Under penalties of perjury, I declare that I have read the foregoing and that the facts stated are true, to the best of my knowledge.**

*Alexis Burke*

_____
**Alexis Burke**
**Dated: April ___, 2024**
04 / 16 / 2024

1

Doc ID: 1bdc5cc8642fa27fd25a55d61c9d238a35b2152c

**9:21**

< 🔘 **Kayla McNeill** 🏳 ⋯

# Kayla McNeill

@whipinlifewithkayla
235 following · 9280 followers

Mar 13, 8:23 AM

Hi I have a question about hard
candy makeup

Mar 13, 8:44 AM

Message request accepted. You can start chatting.

Hey! What's up!?

Mar 13, 9:53 AM

Did they send you ⸲ ⸲ ⸥ package or
did you buy it? ⩒

🖤🖤   😂😂   👍👍   📁 Stickers   ▣ Share p(

Send a message...   😵   ◌

EXHIBIT A

Doc ID: 1bdc5cc8642fa27fd25a55d61c9d238a35b2152c

9:21

< Kayla McNeill ⚑ ...

Hear me out! Haha I promise on my life I'm a total normal person 😄 I have viral story for you if you're interested.... That is gonna blow your mind about hard candy.... And Girl Scouts of America

It was a pr package!

Did they pay you anything?

Nope! I just thought it was a cute package - I was under no obligation to share, not even sure how I got on the pr list. 😊

Can you call me?! I swear I'm not weird! 😄 7192072148

You can look me up

I have a direct tie to hard candy and a company called head Kandy

I started a multi million dollar Brand and my company was taken from me by the owners of hard candy

I was sexually hara  ⌄  and retaliated against and I'm in a federal

🖤🖤    😂😂    👍👍     Stickers     Share p

Send a message...      

dc5cc8642fa27fd25a55d61c9d238a35b2152c

**9:21**

**‹**   Kayla McNeill   ⚑   •••

I was sexually harassed and retaliated against and I'm in a federal lawsuit with the owners of hard candy

Who say they support little girls.... Entrepreneurship

So sorry if that happened to you but that doesn't sound like anything I want to get involved in.

I'll just stitch your video, I wanted you to hear it so you could see what you didn't realize you're supporting that was the point

That's all!

I'm not involving you negatively!

I want people to see being an influencer you if an obligation to do your due diligence to see what we support when it comes to doing PR

That's all.

Thanks for giving i ⌄ e chance! I 1000000% underst....d!

    Stickers    Share p

Send a message...    

0dc5cc8642fa27fd25a55d61c9d238a35b2152c

**9:22**

 

<  **Kayla McNeill** 🚩 •••

Thanks for giving me the chance! I 1000000% understand!

I wanted to give you the chance to educate yourself as an "influencer" to see the side you didn't realize you supported... that's all I meant in that

file:///var/mobile/Library/SMS/ Attachments/ 20/00/2B2439CB-34AA-4609- AF31-39BA81EC39EE/ Motion%20to%20Stay%20and%20 Exhibit.pdf

> I have the stitch option turned off on my videos so by using it you would be violating copyright laws. Very sorry if this happened to you 🤍

 Have a good day girl!

I'm in a federal lawsuit! I already asked my attorney about all of this! I just wanted to give you to see that supporting a brand like that, because it was sent to you, you don't do your due diligence because going viral means more to people! That's all! 🙃

           **Stickers**    Share p

Send a message...      

dc5cc8642fa27fd25a55d61c9d238a35b2152c

# EXHIBIT B

# Native File: tiktok screen record.mp4

Doc ID: 1bdc5cc8642fa27fd25a55d61c9d238a35b2152c

**11:26** 🔕                                          .ıll 🛜 82

✕    **alexischristine_xo**
                  11 minutes ago                          ↓

**10:14**                                          .ıll 🛜 🔋

‹    **Kayla McNeill**              🏳 ⋯

1000000% understand!

 I wanted to give you the chance to educate yourself as an "influencer" to see the side you didn't realize you supported... that's all I meant in that

 file:///var/mobile/Library/SMS/Attachments/20/00/2B2439CB-34AA-4609-AF31-39BA81EC39EE/Motion%20to%20Stay%20and%20Exhibit.pdf

I have the stitch option turned off on my videos so by using it you would be violating copyright laws. Very sorry if this happened to you ♡

 Have a good day girl!

I'm in a federal lawsuit! I already asked my attorney about all of this! I just wanted to give you to see that supporting a brand like that, because it was sent to you, you don't do your due diligence because going viral means more to people! That's all! 😊

        🟣 Stickers   📲 Share pc 

Send a message...                    😃 ◎ 

**EXHIBIT C**

Doc ID: 1bdc5cc8642fa27fd25a55d61c9d238a35b2152c

**11:26** 🔕                                               📶 🛜 **82**

✕   **alexischristine_xo**
      11 minutes ago                                          ⬇

**10:14**                                               📶 🛜 🔋

〈   **Kayla McNeill**                         🚩  •••

> Nope! I just thought it was a cute
> package ~ I was under no obligation
> to share, not even sure how I got on
> the pr list 😊

Can you call me?! I swear I'm not
weird! 😅 7192072148

You can look me up

I have a direct tie to hard candy and
a company called head Kandy

I started a multi million dollar Brand
and my company was taken from me
by the owners of hard candy

I was sexually harassed and
retaliated against and I'm in a federal
lawsuit with the owners of hard
candy

 Who say they support little girls....
Entrepreneurship

> So sorry if that happened to you but
> that doesn't sound like anything I
> want to ⬤ nvolved in
>            ⌄

 🖤🖤     😂😂    👍👍    🎨 Stickers    ▶ Share po

Send a message...                           😗   

Doc ID: 1bdc5cc8642fa27fd25a55d61c9d238a35b2152c

**11:26** 🔕                                    .ıll 🔋 **82**

✕   **alexischristine_xo**
              11 minutes ago                          ↓

---

10:14                                    .ıll 🔇 🔋

‹    **Kayla McNeill**                      🚩  •••

I'll just stitch your video, I wanted you to hear it so you could see what you didn't realize you're supporting that was the point

That's all!

I'm not involving you negatively!

I want people to see being an influencer you if an obligation to do your due diligence to see what we support when it comes to doing PR

That's all.

Thanks for giving me the chance! I 1000000% understand!

 I wanted to give you the chance to educate yourself as an "influencer" to see the side you didn't realize you supported... that's all I meant in that

 file:///var/mobile/Library/SMS/ Attachments/ 20/00/2B2439CB-34AA-4609- AF31-39BA81EC39EE/ Motion%20to%20Stay%20and%20 Exhibit.pdf

🖤🖤    😂😂    👏👏    Stickers    Share p

Send a message...                      🙂  

---

Doc ID: 1bdc5cc8642fa27fd25a55d61c9d238a35b2152c

**Dropbox** Sign                                                                                  Audit trail

| | |
|---|---|
| **Title** | Decl of Burke 4.15.202413844 updated - Final |
| **File name** | Decl of Burke 4.1...dated - Final.pdf |
| **Document ID** | 1bdc5cc8642fa27fd25a55d61c9d238a35b2152c |
| **Audit trail date format** | MM / DD / YYYY |
| **Status** | ⊙ Signed |

## Document History

**SENT**
**04 / 16 / 2024**
21:35:13 UTC

Sent for signature to Alexis Burke ▋▋▋▋▋▋▋▋ from
allisond@blhtlaw.com
IP: 162.125.63.44

**VIEWED**
**04 / 16 / 2024**
21:42:06 UTC

Viewed by Alexis Burke ▋▋▋▋▋▋▋▋
IP: 104.62.138.68

**SIGNED**
**04 / 16 / 2024**
23:24:55 UTC

Signed by Alexis Burke ▋▋▋▋▋▋▋▋
IP: 104.62.138.68

**COMPLETED**
**04 / 16 / 2024**
23:24:55 UTC

The document has been completed.

Powered by **Dropbox** Sign



**BARTLETT LOEB**
HINDS THOMPSON & ANGELOS

| 100 North Tampa Street | 819 SW Federal Hwy |
| Suite 2050 | Suite 300 |
| Tampa, FL 33602 | Stuart, FL 34994 |

P: 813-223-3888
F: 813-228-6422
E: HeatherW@blhtlaw.com

April 17, 2024

**VIA FEDERAL EXPRESS**

Clerk of the Court, US District Court
Southern District of Florida
299 East Broward Blvd #108
Ft. Lauderdale, Florida 33301

       Re:    Head Kandy, LLC vs. Kayla MacNeill
             Case No. 23-CV-0600345-JB

Dear Sir/Madam:

      Enclosed is a thumb-drive containing Exhibit C to Plaintiff's Notice of Filing [ECF 232], a copy of which is also enclosed.

      If you have any questions, please do not hesitate to contact me.  Thank you,

                For the firm,

                **BARTLETT LOEB HINDS**
                **THOMPSON & ANGELOS**

                By:*/s/ Heather A. Wilfong*
                   Senior Paralegal

cc:    Antonio Converse, Esq.
       Laura Burgess, Esq.
       Jennifer Tiedeken, Esq.

{00080910:1}

ORIGIN ID:KYOA     (813) 223-3888
ETHAN LOEB
BARTLETT LOEB HINDS & THOMPSON
100 N TAMPA STREET
SUITE 2050
TAMPA, FL 33602
UNITED STATES US

SHIP DATE: 17APR24
ACTWGT: 0.50 LB
CAD: 250967122/INET4730

BILL SENDER

TO  SOUTHERN DISTRICT OF FLORIDA
CLERK OF COURT, US DISTRICT COURT
299 EAST BROWARD BLVD #108

FORT LAUDERDALE FL 33301
(305) 523-5100          REF: 25073
INV:
PO:                              DEPT:

FedEx Ship Manager - Print Your Label(s)

FedEx
Express

THU - 18 APR 10:30A
PRIORITY OVERNIGHT

TRK#   7759 9301 1500
0201

XP HWOA

33301
FL-US   FLL



583J60FEC/9AE3

This envelope is only for
You can help us get your package safely to
ss® shipments.

B
RT 442 1
FZ   10:30
1500
04 18

4/17/24, 10:37 AM

◄ Insert shipping
document here.

United States District Court
Southern District of Florida

Case Number: 23-CV-60345-JB

# SUPPLEMENTAL ATTACHMENT(S)

Please refer to supplemental "file" in the division where the Documents/Exhibits were submitted and filed.

Division Document/Exhibits Submitted and Filed: _____FTL_____

These Documents/Exhibits must not be placed in the "temp chron file".

---

Documents/Exhibits Retained in Supplemental Files  (**Scanned**)

___ • Poor quality scanned images (i.e. Handwritten, Photographs)

___ • Surety bonds

___ • Bound extradition papers

---

Documents/Exhibits Retained in Supplemental Files  (**Not Scanned**)

√ • CD, DVD, USB drive. (i.e. Audio/Visual)

---

** All other documents and documentary exhibits are part of the CM/ECF Case Record in pdf format.

Date: 4/18/24

Revised: 2/20/2019

