**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 23-CV-60345-BECERRA/STAUSS

HEAD KANDY LLC,

    Plaintiff,

vs.

KAYLA MARIE MCNEILL,

    Defendant.

_____/

**DEFENDANT'S NOTICE OF DISCOVERY DISPUTE**

Defendant Kayla McNeill ("Ms. McNeill"), by and through her undersigned counsel, pursuant to Magistrate Judge Strauss's Discovery Procedures, hereby provides notice of the discovery disputes described below and requests a hearing before the Court:

**Brief Description of the Nature of the Disputes:**

On November 17, 2023, the Court entered its Order Amending Trial Date and Pre-Trial Deadlines (the "Order"). [ECF No. 157]. The two issues related to this discovery dispute are:

1.  Pursuant to the Order, the parties were ordered to "exchange expert witness summaries or reports" in accordance with F.R.C.P. 26(a)(2) by March 29, 2024. [Order at 2]. On March 29, 2024, Head Kandy identified retained experts it seeks to endorse at trial; however, Head Kandy did not provide any reports for such experts in accordance with F.R.C.P. 26(a)(2)(B). In addition, Head Kandy did not provide any opinions, methodologies or supporting data for its retained experts. Ms. McNeill asserts that Head Kandy's expert disclosures are fatally deficient and she would suffer significant prejudice if they are not stricken.

2.  Pursuant to the Order, the parties were ordered to "exchange rebuttal expert witness

summaries or reports" in accordance with F.R.C.P. 26(a)(2) by On April 19, 2024. [Order at 2]. On April 19, 2024, Head Kandy identified retained rebuttal experts it seeks to endorse at trial; however, Head Kandy did not provide any reports for such experts in accordance with F.R.C.P. 26(a)(2)(B). In addition, Head Kandy did not provide any opinions, methodologies or supporting data for its retained rebuttal experts. Ms. McNeill asserts that Head Kandy's rebuttal expert disclosures are fatally deficient and she would suffer significant prejudice if they are not stricken.

**Discovery Deadline:**

May 10, 2024

**Availability of Counsel for a Hearing During the Two Weeks Following this Notice:**

Counsel for Ms. McNeill is available April 26, April 29 and May 1.

Counsel for Head Kandy did not confer (please see below section on conferral).

**Anticipated Time Necessary for Hearing:**

1 to 2 hours.

**Conferral on Identified Issues:**

Counsel for Ms. McNeill has attempted multiple times, beginning on April 15, 2024, to schedule a meeting with Plaintiff's counsel and discuss the above-identified issues. Counsel for Ms. McNeill conveyed the urgency of the subject issues given the imminent deadlines for rebuttal expert disclosures (subsequently passed) and discovery. Furthermore, when contacted to confer about Plaintiff's recently filed Motion to Modify Scheduling Order and Extend Deadline to Provide Rebuttal Expert Summaries or Opinions and for a Case Management Conference (the "Motion") [ECF No. 234], Ms. McNeill's counsel notified counsel for Plaintiff that the present discovery dispute would have to be discussed as part of the conferral, as it is integral to the issues

raised in the Motion. Rather than confer on any issues, Plaintiff simply filed its Motion.

## CERTIFICATE OF SERVICE

I hereby certify that on April 23, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and through that filing served all counsel of record.

By: */s/ Laura E. Burgess*
Laura E. Burgess, Esq.
Florida Bar No. 0105073
L.E. Burgess P.A.
5966 S Dixie Highway, Suite 300
Miami, FL 33143
Tel.: 305.942.8044
Alt. Tel.: 713.818.5055
laura@leburgesslaw.com

AND

Antonio L. Converse, Esq.
Admitted *Pro Hac Vice*
Converse Law Group, P.C.
600 17th Street, Suite 2800 South
Denver, CO 80202
Tel: 303.228.9471
anthony@converselawgroup.com

AND

Jennifer A. Tiedeken, Esq.
*Pro Hac Vice* Pending
Davis & Ceriani, P.C.
1600 Stout Street, Suite 1710
Denver, CO 80202
Tel: 303.534.9000
jtiedeken@davisandceriani.com

COUNSEL FOR KAYLA MCNEILL