UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CV-60345-BECERRA/STAUSS

HEAD KANDY LLC,

    Plaintiff,

vs.

KAYLA MARIE MCNEILL,

    Defendant.

_____/

**DEFENDANT'S NOTICE OF DISCOVERY DISPUTE**

Defendant Kayla McNeill ("Ms. McNeill"), by and through her undersigned counsel, pursuant to Magistrate Judge Strauss's Discovery Procedures, hereby provides notice of the discovery disputes described below and requests a hearing before the Court:

**Brief Description of the Nature of the Disputes:**

    1.    Plaintiff's compliance with Discovery Order entered April 3, 2024 [ECF No. 212] ("Order"). Pursuant to the Order, discovery vendor Sylint Group was to provide Ms. McNeill's counsel with a searchable set of text message data from her phone and a report regarding the extraction. The Order provides: "Sylint will provide the results of the examination to Defendant and her counsel only (and specifically not to Plaintiff or its counsel)." Plaintiff did not inform the Court it had attempted to designated Sylint's Chairman and founding partner, John Jorgensen as an expert witness two business days prior to the hearing to "testify to his review and analysis of electronically stored information of Ms. McNeill." The undersigned has learned Sylint and Plaintiff's counsel have engaged in ex-parte communications regarding Sylint's data extraction, including what Ms. McNeill believes qualifies as information regarding the results of the examination. Plaintiff's counsel refuses to provide those communications to the undersigned and

{01106103.DOCX; 1}

1

will not provide any detail about what was discussed during those communications. Given the apparent conflict of interest of Sylint and Plaintiff's refusal to disclose communications regarding Ms. McNeill's data extraction to Ms. McNeill, Ms. McNeill is seriously concerned about the integrity of the data collection and to what extent the Court's Order has been violated.

**Discovery Deadline:**

May 10, 2024

**Availability of Counsel for a Hearing During the Two Weeks Following this Notice:**

Counsel for both parties are available to discuss the identified issues at the discovery dispute hearing currently scheduled for May 1, 2024.

**Anticipated Time Necessary for Hearing:**

2 - 3 hours, total, for all issues.

**Conferral on Identified Issues:**

Counsel for the parties have exchanged extensive email correspondence on the disputed issues which culminated in a meet-and-confer conference via Zoom on April 29, 2024.

## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and through that filing served all counsel of record.

By: */s/ Laura E. Burgess*
Laura E. Burgess, Esq.
Florida Bar No. 0105073
L.E. Burgess P.A.
5966 S Dixie Highway, Suite 300
Miami, FL 33143
Tel.: 305.942.8044
Alt. Tel.: 713.818.5055
laura@leburgesslaw.com

{01106103.DOCX; 1}

AND

Antonio L. Converse, Esq.
Admitted *Pro Hac Vice*
Converse Law Group, P.C.
600 17th Street, Suite 2800 South
Denver, CO 80202
Tel: 303.228.9471
anthony@converselawgroup.com

AND

Jennifer A. Tiedeken, Esq.
Admitted *Pro Hac Vice*
Davis & Ceriani, P.C.
1600 Stout Street, Suite 1710
Denver, CO 80202
Tel:  303.534.9000
jtiedeken@davisandceriani.com

COUNSEL FOR KAYLA MCNEILL