UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HEAD KANDY LLC,

    Plaintiff,

vs.                                                            Case No. 0:23-cv-60345-JB

KAYLA MARIE MCNEILL,

    Defendant.
_____/

## JOINT PROPOSED MODIFICATIONS TO SCHEDULING ORDER

Plaintiff, Head Kandy LLC (**"Head Kandy"**) and Defendant, Kayla Marie McNeill (**"McNeill"**), through undersigned counsel and pursuant to the Court's instructions at the May 1, 2024 Status Conference, have agreed to the following deadlines and further agree that this agreement and the entry of a Modified Scheduled Order by the Court moots Head Kandy's pending Motion to Modify Scheduling Order and Extend Deadline to Provide Rebuttal Expert Summaries or Opinions and for a Case Management Conference [ECF No. 234]:

| | |
|---|---|
| Deadline for rebuttal expert reports on currently filed claims | **May 31, 2024** |
| Deadline for McNeill to file an amended answer, counterclaims, and third-party complaint limited to (1) the existing proposed counterclaims and third-party claims and (2) the Florida Civil Rights Act ("FCRA") claim she has presented to the Florida Commission on Human Relations ("FCHR"), if the FCHR so permits | **June 10, 2024** |
| Deadline for affirmative expert reports on counterclaims, third party claims, and, if filed, affirmative defenses to counterclaims and third-party claims | **July 15, 2024** |

| Deadline for rebuttal expert reports on counterclaims, third party claims, and, if filed, affirmative defenses to counterclaims and third-party claims | **August 15, 2024** |
|---|---|
| Discovery deadline | **September 10, 2024** |
| Mediation deadline | **September 20, 2024** |
| Deadline for dispositive and *Daubert* motions, and Motions in *Limine* | **October 25, 2024** |
| Trial | **February 24, 2025** (or as soon as possible thereafter, with the *exception* of the weeks of March 17 and March 24, 2025, when the parties are not available) |

/s/ *Ethan J. Loeb*
ETHAN J. LOEB
FL Bar No. 668338
ethanl@blhtlaw.com
KerriR@blhtlaw.com
eservice@blhtlaw.com
EDWARD C. THOMPSON
FL Bar No. 684929
colint@blhtlaw.com
heatherw@blhtlaw.com
JALEN A. LARUBBIO
FL Bar No. 1039258
JalenL@blhtlaw.com
UniqueA@blhtlaw.com
**BARTLETT LOEB HINDS THOMPSON & ANGELOS**
100 N. Tampa Street, Suite 2050
Tampa, FL 33602
Telephone: 813-223-3888
Facsimile: 813-228-6422

**Counsel for Plaintiff Head Kandy LLC**

/s/ *Laura E. Burgess*
Laura E. Burgess, Esq.
FL Bar No. 0105073
L.E. Burgess P.A.
5966 S Dixie Highway, Suite 300
Miami, FL 33143
Tel: 305.942.8044
Alt. Tel: 713.818.5055
laura@leburgesslaw.com
           AND
Antonio L. Converse, Esq.
Admitted *Pro Hac Vice*
Converse Law Group, P.C.
600 17th Street, Suite 2800 South
Denver, CO  80202
Tel: 303.228.9471
anthony@converselawgroup.com
           AND
Jennifer A. Tiedeken, Esq.
Admitted Pro Hac Vice
Davis & Ceriani, P.C.
1600 Stout Street, Suite 1710
Denver, CO 80202
Tel: 303.534.9000
jtiedeken@davisandceriani.com

**Counsel for Defendant Kayla McNeill**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 3, 2024 I filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send notice of this filing to: Laura E. Burgess, Esquire, laura@leburgesslaw.com, L.E. Burgess, P.A., 5966 S. Dixie Highway, Suite 300, Miami, Florida 33143, *Counsel for Defendant*; Antonio L. Converse, Esquire, anthony@converselawgroup.com, Converse Law Group, P.C., 600 17th Street, Denver, Colorado 80202, *Counsel for Defendant;* Jennifer Tiedeken, Esquire, jat@davisandceriani.com, Davis & Ceriani, P.C., 1600 Stout Street, Ste. 1710, Denver, CO 80202, *Counsel for Defendant.* and Jed Ferdinand, Esquire, jferdinand@fiplawgroup.com, Kathleen B. Moore, Esquire, kmoore@fiplawgroup.com, Ferdinand IP Law Group, 450 Seventh Avenue, Suite 2300, New York, New York 10123, *Counsel for Plaintiff*.

> */s/ Ethan J. Loeb*
> ETHAN J. LOEB
> FL Bar No. 668338