## EXHIBIT A

June 3, 2024 Facebook Video Post

https://fb.watch/stF4O9bXbc/