## DECLARATION OF ETHAN J. LOEB

I, Ethan J. Loeb, declare, under penalties of perjury and based on my personal knowledge, as follows:

1. I am a Partner at Bartlett, Loeb, Hinds, Thompson & Angelos. My firm represents Head Kandy, LLC ("**Head Kandy**") in the matter styled *Head Kandy LLC v. Kayla Marie McNeill*, S.D. Fla. Case No. 0:23-cv-60345-JB (the "**Lawsuit**").

2. Head Kandy obtained a preliminary injunction against Ms. McNeill, which (among other things) prohibits Ms. McNeill from disparaging Head Kandy or its employees.

3. The preliminary injunction was based in part on Ms. McNeill's social media "Lawsuit Update" videos posted by Ms. McNeill on her account entitled "Whipin Life With Kayla," in which she routinely disparaged Head Kandy and made other statements in violation of her Executive Employment Agreement under the guise of providing her followers with updates about the Lawsuit.

4. On June 3, 2024, my firm became aware that Ms. McNeill had created another social media video (the "**Video**") similar to her previous "Lawsuit Updates."

5. The Video was posted to the Facebook page "Whipin Life With Kayla," which I know from prior proceedings in the Lawsuit to be affiliated with Ms. McNeill, at 9:56 A.M. eastern time on June 3, 2024.

6. I viewed the Video directly on Ms. McNeill's "Whipin Life With Kayla" Facebook page, where it remains as of the date of this Declaration.

7. I recognize Ms. McNeill from previous proceedings in the Lawsuit and from viewing countless other videos and photographs of her in connection with the Lawsuit.

{00082641:1}

## EXHIBIT B

8.      The Video, like the previous "Lawsuit Updates," depicts Ms. McNeill speaking to the camera and to her followers who watched the Facebook Live video in real time.

9.      The Video submitted to the Court via a mailed USB drive and referenced as "Exhibit A" to Head Kandy's *Plaintiff's Expedited Motion to Enforce The Preliminary Injunction, for an Order to Show Cause, and for Civil Contempt Sanctions* is a true and correct copy of the Video as it appears on Ms. McNeill's "Whipin Life With Kayla" Facebook page.

10.     The Video has not been altered in any way.

**Under penalties of perjury, I declare that I have read the foregoing and that the facts stated are true, to the best of my knowledge.**

/s/ Ethan J. Loeb
**Ethan J. Loeb**

**Dated:  June 4, 2024**

{00082641:1}