UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HEAD KANDY LLC,

     **Plaintiff,**                              Case No.: 0:23-cv-60345-RAR

v.

KAYLA MARIE MCNEILL,

     **Defendant.**

_____/

## SECOND DECLARATION OF NICOLE COOK

     I, Nicole Cook, declare, under penalties of perjury and based on my personal knowledge, as follows:

1. I was an employee of Head Kandy LLC "Head Kandy" from January 13, 2021 through March 5, 2021. Although someone at Head Kandy's front office listed my position as "Facebook" on my New Hire Data Sheet, my sole job duty was to provide childcare for Kayla McNeill's child, Hayzlee McNeill. I never performed work for Head Kandy while getting paid by Head Kandy.

2. On May 9, 2024, I provided testimony at a deposition swearing to these facts and their circumstances.

3. Within 30 days of my deposition, I received a text message from Jessica McNeill concerning a Facebook Live. On June 3, 2024, Jessica McNeill informed me that Kayla McNeill was "live" on Facebook from her page "Whipin Life With Kayla" (the "Page") making comments about my family as seen below:

**EXHIBIT C**



4.  I viewed the video posted by Kayla McNeill on the Page the morning of June 3, 2024, and observed Kayla McNeill making defamatory, disparaging, and negative comments about my family members and Head Kandy, LLC ("Head Kandy"). My sister, Keli-Lyn Cook was employed with Head Kandy as an office manager from August 19, 2010 through March 3, 2021.

5.  On the live video, Kayla McNeill stated that the office manager was having an affair with the warehouse manager. The office manager referenced by Kayla McNeill in the video is my sister, Keli-Lyn Cook.

6.  Kayla McNeill continued to state that this alleged affair resulted in the employee cutting themselves and writing the name of a female Head Kandy employee in blood on the wall.

7.  Kayla McNeill stated that the Head Kandy warehouse was filled with constant drama and the employees were "adults who could not get their lives together."

{00082631:1}

8.  Kayla McNeill's continued attacks against my family have negatively affected me
    and my family.

**Under penalties of perjury I declare that I have read the foregoing and that the
facts stated are true to the best of my knowledge.**

**Nicole Cook**

**Dated:** 6/3/24

3