## AFFIDAVIT OF KAYLIN CULP

I, Kaylin Culp, being first duly sworn, depose and state as follows:

1. I started as an affiliate coordinator with Head Kandy in 2020, and eventually developed into a managerial role, doing tasks such as helping run the warehouse and assisting with payroll.

2. I have known Kayla for most of my life. Kayla was my mother's hairdresser in Salida, Colorado, and would do my hair too.

3. Kayla was the best leader I have ever had. She was never afraid. She would tell workers that she wouldn't let them do something that she had never done or was not willing to do. Kayla would do bottom of the pole work with employees—she would spend time in the warehouse helping with shipping, moving pallets, and so on. She was a quick problem-solver and ever-optimistic. Kayla was superwoman—nothing could stop her. She always had the attitude of taking life one step at a time.

4. When Jon Rosenbaum started working with Head Kandy, the whole atmosphere changed. Mr. Rosenbaum would frequently yell at both Kayla and myself, though more at Kayla. I could hear all of Mr. Rosenbaum's conversations because he was loud and in a nearby office, and I heard him frequently screaming at Kayla. After Mr. Rosenbaum started yelling and demeaning Kayla, Kayla would come into my office in states of severe self-doubt, saying maybe she actually was dumb, maybe she didn't know what she was doing. Kayla stopped trusting herself. It was difficult to watch her shut down.

5. My first interaction with Mr. Rosenbaum occurred during an informal meeting with Brandi, Mindy, Rachel, Dusty, Kayla, Ryan, and Mr. Rosenbaum in order get to know each other. When breaking afterwards, I remember Mr. Rosenbaum standing up, walking into Kayla's office, and, without shutting any doors in jack-and-jill bathroom located between my and Kayla's office, peed. No one made a fuss, and just said that "this is how Jon is."

6. Shortly after Mr. Rosenbaum came, he brought on Klei Pedri to correct Head Kandy's financials. I told her of the Mr. Rosenbaum's harassing behavior, and was again met with "that's just how Jon is."

7. I noticed fairly soon after Mr. Rosenbaum arrived the significant toll that Mr. Rosenbaum was taking on Kayla's mental health. Kayla began having anxiety each time Mr. Rosenbaum called or texted her.

8. The only times Mr. Rosenbaum didn't scream at Kayla or me was when he wanted something from us, whether that be inappropriate requests, such as doing yoga with him, or company tasks such as pulling reports. However, I cannot say that he was ever nice for a full day.

9. Mr. Rosenbaum would tell me that I was a woman and that I should not be working in the warehouse. He said that Head Kandy should hire a man to work in the warehouse. Mr. Rosenbaum made similar comments to Kayla, indicating that women should not hold leadership positions. He told us that we were stupid and that businesses should not be run by women.

10. Mr. Rosenbaum would make inappropriate sexual comments to me and Kayla. He would comment on how sexy our legs were, how nice our asses were, that girl and girl action would be hot (suggesting sexual acts between Kayla and I), and so on. Mr. Rosenbaum made

## EXHIBIT A

sexually inappropriate comments about 90% of the time he visited the warehouse.

11. Mr. Rosenbaum would also make comments to a co-worker, Mindy McDermaid, such as comments about her Mormon underwear.

12. Mr. Rosenbaum made many inappropriate comments towards myself as well—he would call me "his" 12-year old girl, "his" baby, and other similar names, in a manner that in some way suggested possession over me.

13. Mr. Rosenbaum would sometimes touch Kayla, rubbing his hands on her thighs while in the conference room, or rubbing my and Kayla's thighs when we were hanging wallpaper. I know Mr. Rosenbaum touched Kayla multiple times.

14. On one occasions, I was have a having a conversion with Kayla in the conference room area. I told Kayla I always had cold hands that my hands felt frozen. Mr. Rosenbaum then walked over from his office, agreeing with me that it was kind of cold. Mr. Rosenbaum then put his hand on my chin, then brushed his hand down my neck to the top of my chest. Dusty walked around from the showroom area and saw this. Mr. Rosenbaum removed hand very quickly when he saw Dusty. Dusty then put himself between Mr. Rosenbaum and me. Mr. Rosenbaum walked back to his office and brushed off the incident like nothing happened, but it was clear that he knew that he had gotten caught.

15. Mr. Rosenbaum made me do yoga with him twice, the first time with only him, Kayla, and myself. Mr. Rosenbaum instructed us that we were not allowed to wear socks, that we had to wear tight clothes, and that our nails needed to be painted. He had Amber Teaster and Silvana Tuveri set up the yoga area. While the initial setup was all yoga mats in a row, Mr. Rosenbaum pulled his mat behind Kayla and me, and this made us very uncomfortable. Mr. Rosenbaum was moaning as we did yoga.

16. After our yoga session was over, Mr. Rosenbaum tried to get Kayla and I to do more yoga poses. This request also made us uncomfortable. Mr. Rosenbaum told us that we should do yoga each time he visited, but we told him we did not want to.

17. When Mr. Rosenbaum visited again, he again insisted that Kayla and I do yoga with him. Kayla locked herself up in her office and said that she had a meeting, and that she could not do it. I tried to step into the warehouse to avoid it as well, but Mr. Rosenbaum caught me and insisted I do yoga.

18. I was very intimidated by Mr. Rosenbaum. I knew he had close connections with Jerome Falic, and I felt like I couldn't say no to him. I was super uncomfortable being around Mr. Rosenbaum, and I felt like he was always trying to come after me.

19. Mr. Rosenbaum and I ended up doing the yoga alone together. After it was done, Mr. Rosenbaum asked me to do a headstand. I was not wearing a tight shirt. He then did a handstand, his shirt fell over face, and I could see penis through his shorts. I felt extremely uncomfortable, said I had to go, and left the room.

20. Mr. Rosenbaum requested I give him rides from back to his hotel from the warehouse when he visited. I did not feel like I could say no to Mr. Rosenbaum's requests, even though this made me really uncomfortable. I often had my children with me during these rides, and Mr. Rosenbaum would nevertheless make in appropriate comments. He would say things like too bad my kids were there, otherwise he and I could go get a drink together.

21. After yoga, Mr. Rosenbaum was adamant about taking a shower at warehouse. I told him there was a shower upstairs, where a co-worker, Ryan Thompson, had previously showered when he came into town for work at the warehouse. Mr. Rosenbaum responded, "I am not showering where a faggot has showered. I don't want to get the gay disease." Kayla and I were

shocked by this.

22. Mr. Rosenbaum inquired about whether the shower in the jack-and-jill bathroom between my and Kayla's office worked. Kayla and I had only used this shower to test products, never to actually shower, and only infrequently.

23. We told Mr. Rosenbaum that we believed it worked, and he told us he was going to shower there. This made me very uncomfortable, so I went out to the warehouse. Kayla went into her office. All doors were closed when I left the area.

24. Soon after, I suddenly received texts from Kayla saying to go get Mr. Rosenbaum a towel. I went upstairs, received a towel, went to the jack-and-jill bathroom, knocked on the door, and hand Mr. Rosenbaum the towel. Kayla was nowhere nearby when I had reached the bathroom.

25. Upon handing him the towel, Mr. Rosenbaum asked me whether it would make me uncomfortable if he walked across in my towel.

26. I called Kayla to figure out where she was at. She answered hysterically crying, saying she was in her car and that Mr. Rosenbaum had exposed himself to her. I went out to car with Kayla, where she told me that Mr. Rosenbaum had opened the bathroom door fully naked.

27. I am a sexual assault survivor, and I understood the fear that I saw Kayla experiencing.

28. I told Kayla that she needed to tell her husband, Dustin ("Dusty") McNeill, who also worked with Head Kandy, but Kayla initially resisted this because she needed to process what had happened. Kayla told me she had told Amber Teaster and Jeni Shea about what had happened. Upon my continual insistence, Kayla told Dusty about a week after the incident occurred.

29. I also encouraged Kayla to speak about the harassment with Mr. Falic. Kayla eventually flew down to Florida to meet with Mr. Falic to tell him about Mr. Rosenbaum's horrid behavior.

30. When Kayla returned, she expressed that she thought Mr. Falic heard her, and she had hope that things would change. This was Kayla's personality—she was very much a glass half-full kind of person.

31. However, after Kayla's meeting with Mr. Falic, conditions progressively got worse. Mr. Rosenbaum continued to come into the warehouse and yell at use. Kayla started getting letters from Head Kandy's attorneys, and eventually Kayla was forced out of the company.

32. I put in my two weeks' notice at the end of December. I knew I needed to look for other work when Head Kandy started pushing out Kayla. I was afraid that if Kayla and Dusty left Head Kandy, Mr. Rosenbaum would sexually assault me.

33. I was surprised when Head Kandy brought up Kayla's card usage as an issue after Kayla left the company. The owners of Head Kandy used personal cards for business purposes and were not issued business cards. Bryan Feldman and Simon Falic each did the same. Kayla would use points to pay for her personal charges. Everybody knew that that the card Kayla used did not actually belong to Head Kandy, and there was no Heady Kandy-issued credit card.

34. Before the last year and a half, I had never seen Kayla break down. I had never heard Kayla say that that she was really sad. Mr. Rosenbaum's presence at Head Kandy had a severe toll on Kayla's mental health. I know that Kayla eventually went to a doctor to get on anti-

depressants, and I eventually had to do the same.

      35. I don't believe Head Kandy condemns or takes corrective action against workplace sexual harassment and would retaliate against anyone who comes forward with harassment complaints against Mr. Rosenbaum.

I declare under penalty of perjury under the laws of Florida and North Carolina that the foregoing is true and correct to the best of my personal knowledge, information, and belief.

Executed on the \_\_\_ day of _____, 2024.



At:_____
      (city or other location, and state or country)


_____
      (printed name)


_____
      (signature)

## AFFIDAVIT OF JENNIFER SHEA

I, Jennifer Shea, being first duly sworn, depose and state as follows:

1. I was an affiliate coordinator for Head Kandy starting in February 2021 through January 2023.

2. I met Kayla McNeill in the Fall of 2004 at the college and beauty school we attended together. We maintained contact through the years, and I was aware of her various business ventures throughout that time. When Kayla started Head Kandy, I offered to do some videos for her here and there. I became a formal affiliate coordinator for Head Kandy in February 2021, and I worked remotely from Ohio.

3. When Jon Rosenbaum started working with Head Kandy, he appeared to take complete control of the company and its operations. Policies were changing. When I received directions from my superiors, it was always because it was something Mr. Rosenbaum had directed be done.

4. I was aware that Mr. Rosenbaum frequently yelled and Kayla, and I was also aware of the yoga and shower incidents.

5. Kayla called me the day that Mr. Rosenbaum exposed himself to her. Kayla was extremely upset, crying, and expressed disbelief that Mr. Rosenbaum would do such a thing.

6. I could tell that Kayla's personality was different around this time. I interpreted this to be due to stress and discomfort in office. Kayla was much shorter with me on the phone when Mr. Rosenbaum was there. Sometimes I would call Kaylin Culp, another employee at Head Kandy, and I could hear Mr. Rosenbaum yelling at Kayla in the background of these calls.

7. Kayla is naturally a happy, bubbly, spunky go-getter who will chase an idea when she has one. Kayla was no longer herself when she was working with Mr. Rosenbaum. Kayla was badgered so much by Mr. Rosenbaum, told that she was useless at her job, that Head Kandy was never going to make money, and so on that Kayla became downhearted, sad, and lost her natural glow.

8. I noticed Kayla lose a lot of weight during this time—I believe Kayla was so stressed that she couldn't eat.

9. Kayla told me on November 19, 2022 that she was going to talk to Jerome Falic about the harassment she was enduring at the Head Kandy warehouse with Jon Rosenbaum.

10. Kayla told me that at the meeting with Mr. Falic, Kayla talked everything Head Kandy, including the harassment by Mr. Rosenbaum and how she could not take it anymore.

11. I quit Heady Kandy in January 2023 because of the horrible treatment of Kayla by Head Kandy leadership. Head Kandy's behavior does not align with my own morals, and I could not stand by and work for a company that treated a person I cared about so poorly.

12. I believe Head Kandy does not condemn or take corrective action against workplace sexual harassment and would retaliate against anyone who comes forward with harassment complaints against Mr. Rosenbaum.

I declare under penalty of perjury under the laws of Florida and North Carolina that the foregoing is true and correct to the best of my personal knowledge, information, and belief.

Executed on the 8 day of May, 2024.

At: Medina, Ohio
(city or other location, and state or country)

Jennifer Shea
(printed name)

_(signature)_

{01108574.DOCX; 2}

{01108673.DOCX; 1}

# AFFIDAVIT OF CHRISTINE MURPHY

I, Christine Murphy, being first duly sworn, depose and state as follows:

1. I am the mother of Kayla McNeill, and I have personal knowledge of the matters set forth herein.

2. Kayla told me of her experiences with Jon Rosenbaum upon the start of his employment with Head Kandy. Kayla told me that at the time Mr. Rosenbaum started work with Head Kandy, he would work in the warehouse with Kayla about once or twice a week.

3. Initially, Mr. Rosenbaum would give Kayla uplifting feedback, telling her that he believed in her, that she was great, that he believed in Kayla, and that they "couldn't do this without her;" however, I became aware the Mr. Rosenbaum would also yell and scream at Kayla on a regular basis.

4. In September 2022, Kayla and I were on a trip to Cancun and Kayla was getting ready to do a live video stream. Before the stream started, Kayla showed me a text from Mr. Rosenbaum wherein he asked Kayla if she was going to do the stream in a bikini or topless. Kayla was bewildered as to why Mr. Rosenbaum would send such a message, and I could tell this made Kayla uncomfortable.

5. I was also made aware of the Mr. Rosenbaum requiring that Kayla and Kaylin Culp, a coworker, do yoga with him, and that this made Kayla uncomfortable given that it was only Kayla and Ms. Culp who were required to do yoga with Mr. Rosenbaum.

6. In early November 2022, Kayla and the family were visiting her father and I in Colorado. On this trip, Kayla told me some of the encounters she had had with Mr. Rosenbaum. She told me that Mr. Rosenbaum had exposed himself to her after taking a shower at work, and that she could not take his treatment in the workplace anymore. She told me she messaged Mr. Culp right away because she had asked Ms. Culp to get Mr. Rosenbaum a towel. I could see that Kayla was very upset when she was speaking with me about her experiences with Mr. Rosenbaum.

7. Kayla was vague with me about the harassment she was experiencing at work, and I got the impression that she did not want to tell me about all of her experiences.

{01108671.DOCX; 1}

8. Kayla told me that she had told Ms. Culp that she was not to do yoga with Mr. Rosenbaum anymore nor give Mr. Rosenbaum rides. Kayla expressed that she was afraid for both Ms. Culp and herself.

9. During Kayla's November 2022 Colorado trip, Kayla told me that she was going to fly to Miami to speak with Jerome Falic about her experiences with Mr. Rosenbaum, and that Dustin ("Dusty") McNeill, Kayla's husband, was going with her. Kayla called me the morning they were leaving, and told me they were flying to Miami.

10. After the meeting, Kayla told me that it had been needed and that it had gone okay.

11. Within a week after I had left North Carolina after visiting Kayla for Thanksgiving, Kayla had told me that Heady Kandy told her not to come into work.

12. Kayla did not see any of this coming, and it blind-sided her.

13. Kayla is naturally a bouncy and talkative person. However, from the time the lawsuit was filed, Kayla cried constantly and was unable to stop. I told her that this would negatively affect her kids, and I encouraged Kayla to get professional help. Kayla was so distraught that I worried she would harm herself. I tried to help in the ways I could. Kayla eventually finally got on medication which appeared to help, she found good supportive friends, and she is doing much better now.

14. Kayla blamed herself for what had happened to her. It took a lot of convincing that they did this to her, and that Kayla had just been doing her job.

15. At some point, Kayla told me that she believed that Mr. Rosenbaum had been grooming her, as he was continually lifting her up, then about-facing becoming abusive.

16. I am aware that Ms. Culp had gotten caught up in Mr. Rosenbaum's behavior too. Mr. Rosenbaum was also coming onto Ms. Culp, making inappropriate remarks, making her feel uncomfortable, and engaging in inappropriate touching.

I declare under penalty of perjury under the laws of Florida and North Carolina that the foregoing is true and correct to the best of my personal knowledge, information, and belief.

Executed on the _8th__ day of __May_____, 2024.


At:___9145 CR 166, Salida, CO 81201
      (city or other location, and state or country)

Christine J. Murphy

_____
      (printed name)

*Christine J. Murphy*

_____
      (e-signature)

## **AFFIDAVIT OF CHARLES MURPHY**

I, Charles Murphy, being first duly sworn, depose and state as follows:

1. I am the father of Kayla McNeill.

2. I never met Mr. Rosenbaum. My knowledge of the harassment that Kayla endured was relayed to me through her mother (my wife), Christine Murphy.

3. Before Kayla met with Jon Rosenbaum, I was aware of Mr. Rosenbaum's belligerence and yelling at Kayla, and that Mr. Rosenbaum would then also be doting on her, telling her things like that they "couldn't do this without her."

4. I was also made aware that, during our trip to Cancun, Mr. Rosenbaum had made lewd comments to Kayla about whether she was going to do her live video streaming in a bikini or topless.

5. Kayla and Dustin ("Dusty") McNeill, her husband, flew back to North Carolina after visiting my wife and I in November. Kayla and Dusty called us and said they were going to Florida to meet with Jerome Falic. I did not know at the time that Mr. Rosenbaum had appeared nude in front of Kayla. I learned about this later from my wife around the time Kayla was let go from Head Kandy.

6. I did personally witness throughout this time that Kayla was struggling, even before I was made aware that Head Kandy was letting her go. I could tell she was stressed. When Kalya is stressed, she does not eat or sleep well, and I could also see she was on edge.

7. Kayla is normally a very bubbly person. I saw that she became somewhat withdrawn. It seemed like she was trying to put on a good front for others, but that this was covering up the struggles she was dealing with under the surface.

8. After being let go from Head Kandy and being sued by Head Kandy, Kayla's mental state became much worse. She entered a state of depression unlike any I had ever seen someone go through.

9. My wife and I stepped in to assist with Kayla's children. Her depression and seeing their mother in the state she was in was affecting them.

10. There were times where is seemed like Kayla could hardly get up. She wanted to just curl up and die and did not want to be going through any of it. My wife and I would spend time on the phone with her to try to reassure her and talk her down from her heightened states of depression. The experience was devastating for her. Kayla has had a long road to recovery, and still is not quite there.

11. Kayla has always been motivated and driven. For her to have taken the emotional turn she did in the last year and a half is not her. She is slowly coming back to herself.

I declare under penalty of perjury under the laws of _____ that the foregoing is true and correct to the best of my personal knowledge, information, and belief.

Executed on the ___ day of _____, 2024.

At:__9145 CR 166, Salida, CO 81201
  (city or other location, and state or country)

Charles K. Murphy
_____
  (printed name)

*Charles K. Murphy*
_____
  (e-signature)

## AFFIDAVIT OF AMBER TEASTER

I, Amber Teaster, being first duly sworn, depose and state as follows:

1. I first worked as an order processor with Head Kandy, then as a warehouse manager in Head Kandy's North Carolina warehouse May 2022 to March 29, 2024  Kaylin Culp was my supervisor.

2. I am aware of Jon Rosenbaum's abusive and harassing behavior towards Kayla both from witnessing this myself and from my interactions with other employees, including Kayla, regarding Mr. Rosenbaum's behavior.

3. The whole warehouse was aware that Mr. Rosenbaum would yell, and other employees would speak with me about this.

4. I personally have witnessed on a regular basis Mr. Rosenbaum complement Kayla's appearance—such as commenting on how he liked the length of her dress, telling Kayla she looked cute that day, etc.—and shortly thereafter yell at Kayla for being stupid and tell Kayla that she was running the company into the ground. It was a normal occurrence for Mr. Rosenbaum to complement Kayla and then engage in very negative and abusive communication with her.

5. I am aware of the incidents with Mr. Rosenbaum, Kayla, and Kailyn Culp wherein Mr. Rosenbaum required Kayla and Ms. Culp to do yoga with him. I and another employee, Silvana Tuveri assisted in setting up the yoga area where this occurred.

6. Ms. Culp told me that Mr. Rosenbaum required her to take off her socks during yoga and paint her toenails. Ms. Culp painted her toenails in my office. Ms. Culp indicated that she felt like she would lose her job if she did not comply with Mr. Rosenbaum's requests.

7. I heard about the showering incident on a day where I had helped set up the yoga area. When removing the equipment used for the yoga session, I overheard others mention that Mr. Rosenbaum had taken a shower at the warehouse. I felt this was unusual, as Mr. Rosenbaum had gone on long runs and had been sweaty at the warehouse on many occasions, but had never showered there before.

8. The warehouse has an apartment-style area upstairs that has a bathroom area where individuals can shower privately. However, Mr. Rosenbaum expressed that he "[didn't] want to

shower where a faggot showers because [he didn't] want to catch gaybeties," referring to a gay Head Kandy employee who had used the upstairs bathroom area. Mr. Rosenbaum had apparently chosen to take a shower using the one near Kayla and Ms. Culp's offices.

9. After this, when I was finishing up a late lunch at a picnic table area, I saw Kayla come outside looking physically ill. When I asked what happened, Kayla told me that "Jon showed [her] his dick." Kayla then left the area.

10. When I returned to my office, Ms. Culp came in and asked if I had seen Kayla. I told her that Kayla had left the warehouse and was outside. Ms. Culp told me that Mr. Rosenbaum had taken a shower in the warehouse. Ms. Culp then left to go find Kayla. I did not at that time tell Ms. Culp what Kayla had told me she witnessed.

11. I later told Kayla that what was happening was not okay, and that she needed to tell someone about Mr. Rosenbaum's behavior. I was very concerned about Kayla.

12. Kayla would become physically ill and panic when the subject of Mr. Rosenbaum's harassment came up or when she heard Mr. Rosenbaum was going to be coming to the warehouse. At times, Mr. Rosenbaum would come to the warehouse without warning or on a day or time he said that he was not going to come in, and I believe this was to intimidate Kayla.

13. Shortly before Thanksgiving, Kayla told me that she had met with Jerome Falic in Miami and had spoken with him about Mr. Rosenbaum's behavior.

14. Following the meeting, Kayla appeared to become more herself again. She was smiling and enjoyed coming to work. I think that Kayla believed that everything would get better after her conversation with Mr. Falic.

15. Mr. Rosenbaum would tell me that I should put make-up on and wear better clothes. I also know that Mr. Rosenbaum would make suggestive comments to Ms. Culp when she drove him to and from his hotel, such as telling Ms. Culp that he would take her out on the days she did not have her child with her.

16. When Mr. Rosenbaum's behavior was brought up, we were told that "that's just how Jon is."

17. I know Mr. Rosenbaum treated women differently than men. Mr. Rosenbaum had made it clear to me and the warehouse that he did not approve of me being a warehouse manager, as he thought that men should be in leadership positions. A man was later brought in to take my position and who was paid more, though I continued to do all of the work of a warehouse manager.

18. I continued to work at Head Kandy after Kayla and Ms. Culp left the company. After their departure, Ms. Rosenbaum's visits to the warehouse became extraordinarily infrequent, only visiting a handful of times in the years after.

19. I am aware that Head Kandy had internal issues well before Kayla's departure, and I do not understand why Head Kandy is attributing many of the shortcomings and problems that have long existed at Heady Kandy to Kayla.

20. I believe Head Kandy would not condemn or take corrective action against workplace sexual harassment and would retaliate against anyone who comes forward with harassment complaints against Mr. Rosenbaum.

I declare under penalty of perjury under the laws of Florida and North Carolina that the foregoing is true and correct to the best of my personal knowledge, information, and belief.

Executed on the 8th day of May, 2024.

At:_____Cleveland, North Carolina_____
(city or other location, and state or country)

Amber Teaster
_____
(printed name)

*Amber Teaster*
_____
(signature)

{01108678.DOCX; 1}

# AFFIDAVIT OF DUSTIN MCNEILL

I, Dustin McNeill, being first duly sworn, depose and state as follows:

1. I am Kayla McNeill's husband and I have personal knowledge of the matters set forth herein.

2. I was employed by Head Kandy during the time Jon Rosenbaum worked for Head Kandy. My responsibilities were varied, but involved improvement and upkeep of company equipment, which required me to be present at Head Kandy's offices/warehouse nearly every day. I did not have a job title. I regularly worked in the Head Kandy warehouse with Kayla and Jon Rosenbaum once he took over.

3. I am aware that my wife, Kayla, and Kaylin Culp unwillingly did yoga with Mr. Rosenbaum at his direction in Head Kandy's offices/warehouse.

4. On November 19, 2022, Kayla decided that she had to speak to Jerome Falic, Head Kandy's Managing Member, about the terrible working conditions at Head Kandy, including the harassment she endured from Mr. Rosenbaum. We flew to Miami, Florida the next day, November 20, 2022, and met with Mr. Falic for breakfast. I was physically present for the discussion between Kayla and Mr. Falic.

5. After speaking with Mr. Falic about business strategy for Head Kandy, Kayla began to address the issues she had been having with Mr. Rosenbaum.

6. Kayla requested that Mr. Rosenbaum not return to working at Head Kandy in order for her to be able to continue to work at the company.

7. Mr. Falic then inquired as to why Kayla did not want Mr. Rosenbaum to return. Kayla responded by detailing her discomfort and dislike of Mr. Rosenbaum's yelling and abuse, inappropriate texts, requiring she and Kaylin Culp (another female worker at Head Kandy) do yoga with Mr. Rosenbaum alone and with stipulations like being barefoot and having their toenails painted, and Mr. Rosenbaum's showering in the office and subsequent exposure of his genitals to Kayla after he was done showering.

8. In the midst of telling Mr. Falic about the working conditions she was enduring at due to Mr. Rosenbaum's conduct, Kayla became visibly upset and started crying. Mr. Falic's wife offered Kayla a tissue upon witnessing Kayla's distressed emotional state.

9. Kayla again pleaded with Mr. Falic for Mr. Rosenbaum to be prohibited from returning to Head Kandy's offices. Mr. Falic responded by suggesting that Kayla, Mr. Falic, and Mr. Rosenbaum all have a meeting in New York at some point in the future, possibly December.

10. Kayla then stated that if Mr. Rosenbaum's behavior did not change by the end of the year, she would be forced to quit.

11. I witnessed Mr. Rosenbaum running his hand down Ms. Culp's face to her décolletage while near the conference room in Head Kandy's offices. Mr. Rosenbaum's reaction when he saw me made it evident he knew what he was doing was inappropriate.

12. Upon learning of the other harassing behavior, I called another owner and manager of Head Kandy, Bryan Feldman I indicated that the sexual harassment that Mr. Rosenbaum was engaging in was not appropriate. Mr. Feldman stated that he had no control over Mr. Rosenbaum because Mr. Falic had brought in Mr. Rosenbaum to be a partner, and that I should speak to Kayla and Mr. Falic about it.

13. In my interactions with Mr. Rosenbaum, Mr. Rosenbaum would boast about his close personal relationship with Mr. Falic, would goad employees, and would then respond by expressing his untouchability due to his relationship with Mr. Falic.

14. I believe Head Kandy would not condemn or correct workplace sexual harassment and would retaliate against anyone who comes forward with harassment complaints against Mr. Rosenbaum.

[*Remainder of page intentionally left blank.  Signature page to follow.*]

I swear under penalty of perjury that the statements in the Rebuttal to Head Kandy, LLC's Position Statement are true and correct to the best of my knowledge, information, and belief.

By: _____

Dustin McNeill

STATE OF Colorado )
) ss.
COUNTY OF Chttr )

SUBSCRIBED AND SWORN TO, before me, the undersigned notary public, by Dustin McNeill this 8 day of may, 2024.

WITNESS my hand and official seal.

SUMMER BROWN
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20154011329
MY COMMISSION EXPIRES MARCH 19, 2027

_____
Notary Public

My commission expires: march 19, 2027

1