UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CV-60345-BECERRA/STRAUSS

HEAD KANDY, LLC,
a Delaware limited liability company,

    Plaintiff,

v.

KAYLA MCNEILL,

    Defendant.

_____/

**NOTICE OF CHANGE OF ADDRESS**

Attorney, Jennifer Tiedeken, Esq., hereby gives notice of and files this Notice of Change of Address in the above captioned case. All future pleadings, memoranda, correspondence orders, etc., shall be sent to:

    Law Firm:    Massey, Kelly & Priebe, PLLC

    Address:    125 S. Howes Street, Suite 1100
                     Fort Collins, CO 80521
                     Tel: (970) 482-5058
                     jennifer@lawfortcollins.com

Dated this 11th day of June, 2024.

Respectfully Submitted,

By: _/s/ Laura E. Burgess_
Laura E. Burgess, Esq.
Florida Bar No. 0105073
L.E. Burgess P.A.
5966 S Dixie Highway, Suite 300
Miami, FL 33143
Tel.: 305.942.8044
Alt. Tel.: 713.818.5055
laura@leburgesslaw.com

AND

Antonio L. Converse, Esq.
Admitted *Pro Hac Vice*
Converse Law Group, P.C.
600 17th Street, Suite 2800 South
Denver, CO 80202
Tel: 303.228.9471
anthony@converselawgroup.com

AND

Jennifer A. Tiedeken, Esq.
Admitted *Pro Hac Vice*
Massey, Kelly & Priebe, PLLC
125 S. Howes Street, Suite 1100
Fort Collins, CO 80521
Tel: (970) 482-5058
jennifer@lawfortcollins.com

COUNSEL FOR KAYLA MCNEILL

## CERTIFICATE OF SERVICE

I hereby certify that on June 11, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and through that filing served all counsel of record.

_/s/ Laura E. Burgess_