## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

HEAD KANDY LLC,

     Plaintiff,

vs.                                                     Case No. 0:23-cv-60345-JB

KAYLA MARIE MCNEILL,

     Defendant.

_____/

## PLAINTIFF'S UNOPPOSED MOTION TO SUBMIT ELECTRONIC EXHIBIT

Plaintiff Head Kandy LLC ("**Head Kandy**") moves for an order allowing it to submit for the Court's consideration "Exhibit A" to its Expedited Motion to Enforce the Preliminary Injunction, for an Order to Show Cause, and for Civil Contempt Sanctions (the "**Contempt Motion**") [ECF 266], and in support states:

On June 4, 2024, Head Kandy filed its Contempt Motion, the basis for which was a June 3, 2024, Facebook Live video post (the "**Video**") by Defendant Kayla Marie McNeill ("**Ms. McNeill**"). In the Video, Ms. McNeill makes a host of disparaging statements about Head Kandy, its ownership and management, and its employees, all in violation of the Court's Order Adopting Report and Recommendation, Granting Plaintiff's Expedited Motion for Preliminary Injunction, and Setting Bond (the "**Preliminary Injunction**") [ECF 152]. Head Kandy referenced the Video throughout the Contempt Motion as "Exhibit A."

Because video exhibits cannot be uploaded or filed through PACER, contemporaneously with the filing of its Contempt Motion, counsel for Head Kandy attempted to send via Fedex a USB drive containing the Video to the Court, so that the Court may refer to the Video when reviewing and ruling on Head Kandy's Contempt Motion. Head Kandy has submitted multimedia

evidence to the Court in this manner before.  *See, e.g.*, ECF 237 (Exhibit B to which was a video screen recording provided via USB drive).  On June 12, 2024, however, counsel for Head Kandy received correspondence from the Clerk of Court (the "**Clerk**"), along with the returned USB drive, stating that the Clerk cannot accept documents in multimedia format without a court order permitting such a submission.

Accordingly, Head Kandy now respectfully requests that the Court issue an Order permitting Head Kandy to submit the Video ("Exhibit A" to Head Kandy's Contempt Motion) to the Court via a physical USB drive for the Court's consideration.  Alternatively, if the Court would prefer to receive the Video in another way, Head Kandy will comply with the Court's preference.

### CERTIFICATE OF CONFERRAL

Pursuant to Local Rule 7.1(a)(3), counsel for Head Kandy conferred with counsel for Ms. McNeill, via telephone conference on June 17, 2024 and was advised on June 18, 2024 by electronical mail that counsel for Ms. McNeill has no objection to the relief requested in this Motion.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 18, 2024 I filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send notice of this filing to: Laura E. Burgess, Esquire, laura@leburgesslaw.com, L.E. Burgess, P.A., 5966 S. Dixie Highway, Suite 300, Miami, Florida 33143, *Counsel for Defendant*; Antonio L. Converse, Esquire, anthony@converselawgroup.com, Converse Law Group, P.C., 600 17th Street, Denver, Colorado 80202, *Counsel for Defendant;* Jennifer Tiedeken, Esquire, jennifer@lawfortcollins.com, Massey, Kelly & Priebe, PLLC, 125 S. Howes Street, Suite 1100, Fort Collins, CO 80521*, co-counsel for Defendant;*. and Jed Ferdinand, Esquire, jferdinand@fiplawgroup.com, Kathleen B. Moore,

Esquire, kmoore@fiplawgroup.com, Ferdinand IP Law Group, 450 Seventh Avenue, Suite 2300,

New York, New York 10123, *Counsel for Plaintiff*.

/s/ *Ethan J. Loeb*

**ETHAN J. LOEB**
FL Bar No. 668338
ethanl@blhtlaw.com
KerriR@blhtlaw.com
eservice@blhtlaw.com
**EDWARD C. THOMPSON**
FL Bar No. 684929
colint@blhtlaw.com
heatherw@blhtlaw.com
**JALEN A. LARUBBIO**
FL Bar No. 1039258
JalenL@blhtlaw.com
UniqueA@blhtlaw.com
**CARSON A. SADRO**
FL Bar No. 1026159
KerriR@blhtlaw.com
**BARTLETT LOEB HINDS**
**THOMPSON & ANGELOS**
100 N. Tampa Street, Suite 2050
Tampa, FL 33602
Telephone: 813-223-3888
Facsimile: 813-228-6422

*Counsel for Plaintiff Head Kandy LLC*