UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HEAD KANDY, LLC,

    Plaintiff/Counterclaim Defendant,

v.                                                CASE NO. 23-CV-60345-JB/JMS

KAYLA MARIE MCNEILL,

    Defendant/Counterclaimant/Third-Party Claimant,

v.

JEROME FALIC and JONATHAN ROSENBAUM,

    Third-Party Defendants.

    _____/

### MOTION FOR APPROVAL TO DEPOSIT FUNDS INTO COURT REGISTRY

Defendant/Counterclaimant/Third-Party Claimant Kayla McNeill ("Ms. McNeill"), by and through her undersigned counsel, respectfully moves the Court, pursuant to Fed. R. Civ. P. 67, for entry of an Order authorizing Ms. McNeill to deposit funds into the Court's Registry, and states as follows:

1.    On November 7, 2023, the Court entered its Order Adopting Report and Recommendation, Granting Plaintiff's Expedited Motion for Preliminary Injunction, and Setting Bond [ECF No. 152], which, among other things, imposed a Preliminary Injunction upon Ms. McNeill.

2.    On June 3, 2024, Ms. McNeill posted a Facebook live video to her personal Facebook account (the "Live Video").

3.    On June 4, 2024, Plaintiff/Counterclaim Defendant Head Kandy, LLC ("HK") filed an Expedited Motion to Enforce the Preliminary Injunction, for an Order to Show Cause, and for Civil Contempt Sanctions (the "Sanctions Motion") [ECF No. 266].

4. HK's counsel did not attempt to confer with the undersigned when they learned of the activity that is the subject of the Sanctions Motion or during the 30-hour period between the activity taking place and the filing of the Sanctions Motion.

5. On June 5, 2024, Ms. McNeill removed the entire Live Video.

6. Also on June 5, 2024, counsel for Ms. McNeill contacted Plaintiff's attorneys to resolve the Sanctions Motion and obviate the need for further Court involvement concerning the Preliminary Injunction. *See* Email string last sent June 6, 2024 by Ethan J. Loeb, Esq. at 2, attached hereto as **Exhibit A**.

7. Ms. McNeill requested the amount of attorneys' fees incurred by HK at that time related to the Sanctions Motion so she could remit payment to HK. *Id*.

8. HK refused to provide the requested information or accept the funds. *Id*.

9. Previously, on April 17, 2024, HK filed billing records associated with prosecuting a motion related to enforcement of the Preliminary Junction involving more complex issues than the Sanctions Motion (the "Billing Records"). [ECF Nos. 233, 233-1, 233-2].

10. Pursuant to the Billing Records, reasonable attorneys' fees for drafting the Sanctions Motion should not exceed $4,500. *See* Exhibit A to Affidavit of Ethan Loeb at 1 [ECF No. 233-2].

11. Consequently, Ms. McNeill seeks, through this Motion, approval from the Court to deposit $4,500 into the Registry of the Court to satisfy any and all damages necessarily incurred by HK related to the Sanctions Motion and guarantee payment of any monetary sanctions the Court may impose against Ms. McNeill related to the Sanctions Motion.

12. Rule 67, Fed. R. Civ. P., provides, in relevant part: "If any part of the relief sought is . . . the disposition of a sum of money . . . a party–on notice to every other party and by leave of

court–may deposit with the court all or part of the money . . . whether or not that party claims any of it." F.R.C.P. 67(a).

**WHEREFORE**, Ms. McNeill respectfully requests an order from the Honorable Court authorizing Ms. McNeill to deposit the sum of $4,500 into the Registry of the Court as a guarantee of payment of reasonable attorney expenses to HK for any and all necessary work performed related to the Sanctions Motion, and for such additional relief the Court deems just and proper.

**DATED** this 20th day of June, 2024.

    Respectfully Submitted,

By: */s/ Laura E. Burgess*
Laura E. Burgess, Esq.
Florida Bar No. 0105073
L.E. Burgess P.A.
5966 S Dixie Highway, Suite 300
Miami, FL 33143
Tel.: 305.942.8044
Alt. Tel.: 713.818.5055
laura@leburgesslaw.com

AND

By: */s/ Antonio L. Converse*
Antonio L. Converse, Esq.
Admitted *Pro Hac Vice*
Converse Law Group, P.C.
600 17th Street, Suite 2800 South
Denver, CO 80202
Tel: 303.228.9471
anthony@converselawgroup.com

AND

By: /s/ Jennifer A. Tiedeken
Jennifer A. Tiedeken, Esq.
Admitted *Pro Hac Vice*
Massey, Kelly & Priebe, PLLC
125 S. Howes Street, Ste 1100
Fort Collins, CO 80521
Tel: 970.482.5058
jennifer@fortcollinslaw.com

**Counsel for Kayla McNeill**

### CERTIFICATE COMPLIANCE WITH LOCAL RULE 7.1(a)(3)

Pursuant to Local Rule 7.1(a)(3), undersigned counsel certifies that counsel for Ms. McNeill conferred with Plaintiff's attorneys on June 5, 2024 concerning the payment of funds and was rebuffed. Additionally, on June 20, 2024, Ms. McNeill's counsel attempted to confer with Plaintiff's attorneys on payment of the funds into the Court's Registry, but did not receive a response. It is anticipated that Plaintiff will oppose the requested relief.

/s/ Laura E. Burgess

### CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and through that filing served all counsel of record.

By: /s/ Laura E. Burgess
Laura E. Burgess, Esq.