**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

HEAD KANDY, LLC,

    Plaintiff/Counterclaim Defendant,

v.                                                                                                                      CASE NO. 23-CV-60345-JB/JMS

KAYLA MARIE MCNEILL,

    Defendant/Counterclaimant/Third-Party Claimant,

v.

JEROME FALIC and JONATHAN ROSENBAUM,

    Third-Party Defendants.

_____/

**[PROPOSED] ORDER GRANTING MOTION
FOR APPROVAL TO DEPOSIT FUNDS INTO COURT REGISTRY**

    This matter comes before the Court on Defendant/Counterclaimant/Third-Party Claimant Kayla McNeill's Motion for Approval to Deposit Funds into Court Registry (the "Motion"). Having considered the Motion, the file and otherwise being fully informed, the Court hereby:

    ORDERS that the Motion is GRANTED.

    FURTHER ORDERS that the Clerk of the Court shall accept funds from Ms. McNeill in the amount of $4,500 for deposit into the Court Registry. The funds may only be distributed upon further order of the Court and solely for the purpose of resolving Plaintiff/Counterclaim Defendant Head Kandy, LLC's Expedited Motion to Enforce the Preliminary Injunction, for an Order to Show Cause, and for Civil Contempt Sanctions [ECF No. 266].

    **DONE AND ENTERED** this _____ day of _____, 2024, *nunc pro tunc*, June 20, 2024.

BY THE COURT:

_____
Jared M. Strauss
United States Magistrate Judge