**Re: Show Cause Motion Filed Yesterday**

Ethan J. Loeb <EthanL@blhtlaw.com>

Thu 6/6/2024 1:47 PM

To:Antonio L. Converse <anthony@converselawgroup.com>
Cc:E. Colin Thompson <ColinT@blhtlaw.com>;paralegals@davisandceriani.com <paralegals@davisandceriani.com>;Laura Burgess <laura@leburgesslaw.com>;Jennifer A. Tiedeken <jat@davisandceriani.com>;Jalen LaRubbio <JalenL@blhtlaw.com>;Kerri Rick <kerrir@blhtlaw.com>;Carson Sadro <carsons@blhtlaw.com>;Heather A. Wilfong <heatherw@blhtlaw.com>

Antonio

Thank you for reaching out.  Unfortunately, we cannot agree to what your client proposes.  At the last hearing, you assured the Court that this would not happen again and pleaded for a nominal sanction because Ms. McNeill would comply with her obligations going forward.  This is the third time that Ms. McNeill has engaged in conduct requiring court intervention, and we can no longer tolerate it.  Also, it is not our job (no disrespect to you) to learn of intentional violations and then call you up to ask that Ms. McNeill stop or pull down the offensive materials.  There is an injunction in place, and it is incumbent on Ms. McNeill to respect the order, process, and court proceedings.

 Moreover, your client's FaceTime Live Video went far beyond a separate violation of the injunction and the executive employment agreement.  She undertook efforts to intimidate witnesses and people who are just trying to provide information in a proceeding.  A review of the video shows that Ms. McNeill elected to go live and target specific people who have testified at a deposition and to shame their families.

As the motion lays out, we intend to ask that the Court take action to prevent Ms. McNeill from further engaging in actions that would intimidate a witness and to take actions to force her to comply with the executive employment agreement and the injunction that is in place.

If your client wishes to enter into a consent order with significant deterrents to avoid another problem, I am willing to entertain such a proposal.  But, we cannot simply agree to the payment of fees as a resolution to this dispute.

Thank you and let me know if you would like to chat on the phone about it.  Happy to do so.

Ethan J. Loeb | Attorney

## Bartlett Loeb Hinds Thompson & Angelos

100 N. Tampa Street
Suite 2050
Tampa, Florida 33602
ethanl@blhtlaw.com
(813) 223-3888 office
(813) 789-4860 cell
www.blhtlaw.com
Assistant: Kerri Rick | kerrir@blhtlaw.com
Paralegal: Ms. Heather Wilfong | HeatherW@blhtlaw.com

**EXHIBIT B**

On Jun 5, 2024, at 11:47 PM, Antonio L. Converse <anthony@converselawgroup.com> wrote:

Hello Ethan - I've had an opportunity to review the Motion to Enforce and for an Order to Show Cause.  I wish you would have contacted me before filing the Motion.  On several occasions you've told me that you will reach out directly if something arises and now you've filed two separate motions for orders to show cause without first attempting to confer.  I've talked with Kayla and she wishes to resolve this immediately.  She has already removed the subject video.  In addition, she's willing to pay the fees incurred by your client in drafting the latest Motion.  Would you please provide your relevant billing records prior to our Response deadline so we can resolve this before either party has to incur additional fees or expenses?  Thank you,

Anthony

***Antonio L. Converse, Esq.***
600 17th Street, Suite 2800 South
Denver, CO 80202
P  | 303.228.9471
D | 303.990.3157
anthony@converselawgroup.com

The contents of this email, including attachments, are confidential and/or privileged and may not be disseminated without permission. Please notify the sender immediately if this email has been received in error. PLEASE NOTE: Emails are not a secure method of communication and could be intercepted improperly by an unintended third-party. If you are a client, the Firm is sending an email as a result of your consent. If you no longer wish for communications to be sent in this manner, please notify the Firm or the sender immediately.