UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CV-60345-BECERRA/STRAUSS

HEAD KANDY, LLC,
a Delaware limited liability company,

      Plaintiff,

v.

KAYLA MCNEILL,

      Defendant.
_____/

**DEFENDANT'S AMENDED[1] UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO REPORT AND RECOMMENDATION**

      Defendant/Counterclaimant Kayla McNeill ("Ms. McNeill"), by and through her undersigned counsel, respectfully requests an extension through and including July 9, 2024[2] to file her Objections to the Report and Recommendation entered by the court on June 11, 2024 [ECF No. 271] ("Report"), and in support states:

      1.    On June 11, 2024, the Report granting Plaintiff's Expedited Motion to Enforce the Preliminary Injunction and for an Order to Show Cause, and denying Defendant's Motion to Partially Vacate the Preliminary Injunction and Partial Motion to Dismiss was filed [ECF No. 271]. Currently, the deadline for Ms. McNeill to file her Objections to the Report is June 25, 2024.

      2.    Counsel for Ms. McNeill have certain pressing matters during the time period of response, including deadlines with this present court that occurred June 20, 2024 and undersigned counsel Laura Burgess, Esq. being unavailable June 21, 2024 and June 25, 2024, and need

---

[1] Amended to update correct date requested.
[2] Corrected from July 8, 2024.

additional time in order to finalize the Objection to the Report.

3. Counsel for Ms. McNeill, conferred with Counsel for Plaintiff on June 21, 2024, regarding the relief requested with counsel for Plaintiff, for the two-week extension of time to file her objection to the Report, and the relief requested is unopposed.

4. No party will be prejudiced by the extension of time. This Motion is being filed in good faith and not for the purpose of delay.

5. Plaintiff does not oppose the requested extension.

WHEREFORE, Defendant respectfully requests that the Court grant this Motion for Extension of Time to Respond permitting Defendant until July 9, 2024 to file her Objection to the Report [ECF No. 271].

Dated this 24th day of June, 2024.

Respectfully Submitted,

By: */s/ Laura Burgess*
Laura E. Burgess, Esq.
Florida Bar No. 0105073
L.E. Burgess P.A.
5966 S Dixie Highway, Suite 300
Miami, FL 33143
Tel.: 305.942.8044
Alt. Tel.: 713.818.5055
laura@leburgesslaw.com

and

By: */s/ Antonio L. Converse*
Antonio L. Converse, Esq.
Admitted *Pro Hac Vice*
Converse Law Group, P.C.
600 17th Street, Suite 2800 South
Denver, CO 80202
Tel: 303.228.9471
anthony@converselawgroup.com

and

By: */s/ Jennifer A. Tiedeken*
Jennifer A. Tiedeken, Esq.
Admitted *Pro Hac Vice*
125 S. Howes Street, Suite 1100
Fort Collins, CO 80521
Tel: 970.482.5058
jennifer@fortcollinslaw.com

COUNSEL FOR KAYLA MCNEILL

## CERTIFICATE COMPLIANCE WITH LOCAL RULE 7.1(a)(3)

Pursuant to Local Rule 7.1(a)(3), counsel certifies that counsel for Defendant, Ms. McNeill, conferred with counsel for Plaintiff on June 21, 2024, and that the relief requested herein for an extension of time is not opposed.

*/s/ Laura E. Burgess*

## CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and through that filing served all counsel of record.

*/s/ Laura E. Burgess*