**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 23-CV-60345-BECERRA/STRAUSS

HEAD KANDY, LLC,
a Delaware limited liability company,

 Plaintiff,

v.

KAYLA MCNEILL,

 Defendant.

_____/

**[PROPOSED] ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO REPORT AND RECOMMENDATION**

 This matter comes before the Court on Defendant Kayla McNeill's Motion for Extension of Time to file her to file her Objections to the Report and Recommendation entered by the court on June 11, 2024 ("Report") [ECF No. 271].  Having considered the Motion, its file, and otherwise being fully informed, the Court hereby:

 ORDERS that the Motion is GRANTED.

 Defendant Ms. McNeill will have a two-week extension of time to respond to the Report, up to and including July 9, 2024.

 DATED this ____ day of _____, 2024.

                  _____