**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

HEAD KANDY LLC,

      Plaintiff,

vs.                                                                                      Case No. 0:23-cv-60345-JB

KAYLA MARIE MCNEILL,

      Defendant.
_____/

**PLAINTIFF'S NOTICE OF DISCOVERY DISPUTE**

Plaintiff, Head Kandy LLC ("**Head Kandy**"), through undersigned counsel and pursuant to the Court's Discovery Procedures Order [ECF No. 24] provides notice of the discovery disputes described below and requests a hearing before the Court.

**Brief Description of the nature of the disputes:**

Defendant Kayla Marie McNeill, and entities she controls, have issued a *Subpoena to Testify at a Deposition in a Civil Action* to Deborah Falic. Ms. Falic is a non-party to this action and has no knowledge of the relevant issues. On June 13, 2024, counsel for Head Kandy conferred with Ms. McNeill's counsel and requested that counsel withdraw the subpoena. The parties have not been able to come to an agreement concerning the deposition of Deborah Falic.

**Discovery Deadline:**

September 10, 2024

**Availability of Counsel for a hearing during the next two weeks:**

Counsel for Head Kandy is available July 3rd, 8th, 9th, 10th, 11th, and 15th. Counsel for Head Kandy provided this availability to counsel for Ms. McNeill and requested their availability via email on June 24th, in person on June 27th, and again via email on June 30th, but have not received a response as of this filing.

{00083682:1}                                                                  1

**Conferral:**

The undersigned hereby certifies that the parties conferred regarding all issues identified herein via video conference at 2:30 P.M. on June 13, 2024, and again in person in Salt Lake City, Utah on June 27, 2024, and were unable to reach a resolution. The parties could not confirm a mutually agreed upon date for availability because counsel for Ms. McNeill has not responded to counsel for Head Kandy's request for their availability.

/s/ Ethan J. Loeb
**ETHAN J. LOEB**
FL Bar No. 668338
ethanl@blhtlaw.com
KerriR@blhtlaw.com
eservice@blhtlaw.com
**EDWARD C. THOMPSON**
FL Bar No. 684929
colint@blhtlaw.com
heatherw@blhtlaw.com
**JALEN A. LARUBBIO**
FL Bar No. 1039258
JalenL@blhtlaw.com
UniqueA@blhtlaw.com
**CARSON A. SADRO**
FL Bar No. 1026159
KerriR@blhtlaw.com
**BARTLETT LOEB HINDS THOMPSON & ANGELOS**
100 N. Tampa Street, Suite 2050
Tampa, FL 33602
Telephone: 813-223-3888
Facsimile: 813-228-6422

*Counsel for Plaintiff Head Kandy LLC*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 2, 2024 I filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send notice of this filing to: Laura E. Burgess, Esquire, laura@leburgesslaw.com, L.E. Burgess, P.A., 5966 S. Dixie Highway, Suite 300, Miami, Florida 33143, *Counsel for Defendant*; Antonio L. Converse, Esquire, anthony@converselawgroup.com,

Converse Law Group, P.C., 600 17th Street, Denver, Colorado 80202, *Counsel for Defendant;* Jennifer Tiedeken, Esquire, jennifer@lawfortcollins.com, Massey, Kelly & Priebe, PLLC, 125 S. Howes Street, Suite 1100, Fort Collins, CO 80521*, co-counsel for Defendant;.* and Jed Ferdinand, Esquire, jferdinand@fiplawgroup.com, Kathleen B. Moore, Esquire, kmoore@fiplawgroup.com, Ferdinand IP Law Group, 450 Seventh Avenue, Suite 2300, New York, New York 10123, *Counsel for Plaintiff*.

                                */s/ Ethan J. Loeb*
                                **ETHAN J. LOEB**
                                FL Bar No. 668338