UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HEAD KANDY LLC,

    Plaintiff,

vs.                                          Case No. 0:23-cv-60345-RAR

KAYLA MCNEILL,

    Defendant.
_____/

## PLAINTIFF'S NOTICE OF FILING

Plaintiff, Head Kandy LLC ("HK"), through its undersigned attorneys hereby gives notice of filing Exhibit "A" to Plaintiff Head Kandy LLC's Expedited Motion for Enforce the Preliminary Injunction, for an Order to Show Cause and for Civil Contempt Sanctions [ECF No. 266], pursuant to the Court's Order Granting Plaintiff's Unopposed Motion to Submit Electronic Exhibit [ECF No. 287].

                                      */s/ Ethan J. Loeb*
                                      **ETHAN J. LOEB**
                                      FL Bar No. 668338
                                      ethanl@blhtlaw.com
                                      KerriR@blhtlaw.com
                                      eservice@blhtlaw.com
                                      **EDWARD C. THOMPSON**
                                      FL Bar No. 684929
                                      colint@blhtlaw.com
                                      heatherw@blhtlaw.com
                                      **JALEN A. LARUBBIO**
                                      FL Bar No. 1039258
                                      JalenL@blhtlaw.com
                                      UniqueA@blhtlaw.com
                                      **CARSON A. SADRO**
                                      FL Bar No. 1026159
                                      KerriR@blhtlaw.com
                                      **BARTLETT LOEB HINDS**
                                      **THOMPSON & ANGELOS**

{00083683:1}

100 N. Tampa Street, Suite 2050
Tampa, FL 33602
Telephone: 813-223-3888
Facsimile: 813-228-6422

*Counsel for Plaintiff Head Kandy LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 2, 2024 I filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send notice of this filing to: Laura E. Burgess, Esquire, laura@leburgesslaw.com, L.E. Burgess, P.A., 5966 S. Dixie Highway, Suite 300, Miami, Florida 33143, *Counsel for Defendant*; Antonio L. Converse, Esquire, anthony@converselawgroup.com, Converse Law Group, P.C., 600 17th Street, Denver, Colorado 80202, *Counsel for Defendant;* Jennifer Tiedeken, Esquire, jennifer@lawfortcollins.com, Massey, Kelly & Priebe, PLLC, 125 S. Howes Street, Suite 1100, Fort Collins, CO 80521*, co-counsel for Defendant;*. and Jed Ferdinand, Esquire, jferdinand@fiplawgroup.com, Kathleen B. Moore, Esquire, kmoore@fiplawgroup.com, Ferdinand IP Law Group, 450 Seventh Avenue, Suite 2300, New York, New York 10123, *Counsel for Plaintiff*.

*/s/ Ethan J. Loeb*
**ETHAN J. LOEB**
FL Bar No. 668338