UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HEAD KANDY, LLC,

    Plaintiff/Counterclaim Defendant,

v.                                                          CASE NO. 23-CV-60345-JB/JMS

KAYLA MARIE MCNEILL,

    Defendant/Counterclaimant/Third-Party Claimant,

v.

JEROME FALIC and JONATHAN ROSENBAUM,

    Third-Party Defendants.

_____/

## NOTICE OF AVAILABILITY FOR PROPOSED DISCOVERY HEARING

Defendant/Counterclaimant/Third-Party Claimant Kayla McNeill ("Ms. McNeill"), by and through her undersigned counsel, respectfully submits this notice of availability for the requested discovery dispute hearing pursuant to the Court's Paperless Order entered on July 2, 2024 [ECF No. 290].

1. To provide background for the Court, Ms. McNeill notifies the Court that she made a request to counsel for Head Kandy, LLC ("HK") for additional time to confer concerning scheduling of the discovery hearing due to the potential need to include additional disputes and consider additional dates for the hearing.

2. With regard to scheduling the hearing, nearly all of the proposed dates for the hearing that were offered by HK, are either the day of or the day before a scheduled deposition in this matter.

3. Ms. McNeill can appear, through counsel, on July 8, 2024 and provided the hearing is conducted via Zoom, July 15, 2024 as HK has scheduled the deposition of Ms. McNeill's

husband for July 16, 2024.

**DATED** this 2nd day of July, 2024.

        Respectfully Submitted,

        By: __/s/ Laura E. Burgess__
        Laura E. Burgess, Esq.
        Florida Bar No. 0105073
        L.E. Burgess P.A.
        5966 S Dixie Highway, Suite 300
        Miami, FL 33143
        Tel.: 305.942.8044
        Alt. Tel.: 713.818.5055
        laura@leburgesslaw.com

        AND

        By: __/s/ Antonio L. Converse__
        Antonio L. Converse, Esq.
        Admitted *Pro Hac Vice*
        Converse Law Group, P.C.
        600 17th Street, Suite 2800 South
        Denver, CO 80202
        Tel: 303.228.9471
        anthony@converselawgroup.com

        AND

        By: __/s/ Jennifer A. Tiedeken__
        Jennifer A. Tiedeken, Esq.
        Admitted *Pro Hac Vice*
        Massey, Kelly & Priebe, PLLC
        125 S. Howes Street, Ste 1100
        Fort Collins, CO 80521
        Tel: 970.482.5058
        jennifer@fortcollinslaw.com

        *Counsel for Kayla McNeill*

## CERTIFICATE OF SERVICE

3

I hereby certify that on July 2, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and through that filing served all counsel of record.

By: */s/ Laura E. Burgess*
Laura E. Burgess, Esq.