United States District Court
Southern District of Florida

Case Number: 23-CV-60345

# SUPPLEMENTAL ATTACHMENT(S)

Please refer to supplemental "file" in the division where the Documents/Exhibits were submitted and filed.

Division Document/Exhibits Submitted and Filed: __Fort Lauderdale__

These Documents/Exhibits must **not** be placed in the "temp chron file".

| Documents/Exhibits Retained in Supplemental Files  (Scanned) |
|---|
| ___ • Poor quality scanned images (i.e. Handwritten, Photographs) |
| ___ • Surety bonds |
| ___ • Bound extradition papers |

| Documents/Exhibits Retained in Supplemental Files  (Not Scanned) |
|---|
| ☒ • CD, DVD, (USB drive) (i.e. Audio/Visual) |

** All other documents and documentary exhibits are part of the CM/ECF Case Record in pdf format.

Date: 7/3/24

Revised: 2/20/2019



**BARTLETT LOEB**
HINDS THOMPSON & ANGELOS

100 North Tampa Street
Suite 2050
Tampa, FL 33602

819 SW Federal Hwy
Suite 300
Stuart, FL 34994

P: 813-223-3888
F: 813-228-6422
E: HeatherW@blhtlaw.com

July 2, 2024

**VIA FEDERAL EXPRESS**

Clerk of the Court, US District Court
Southern District of Florida
299 East Broward Blvd #108
Ft. Lauderdale, Florida 33301

    Re:    Head Kandy, LLC vs. Kayla MacNeill
            Case No. 23-CV-0600345-JB

Dear Sir/Madam:

    Pursuant to the Court's Order Granting Plaintiff's Unopposed Motion for Submit Electronic Exhibit [ECF No. 287], enclosed is a copy of Plaintiff's Notice of Filing and a thumb-drive containing Exhibit A to Plaintiff's Motion to Enforce the Preliminary Injunction, for an Order to Show Cause, and for Civil Contempt Sanctions filed on June 4, 2024 [ECF 266], a copy of which is also enclosed.

    If you have any questions, please do not hesitate to contact me. Thank you,

                              For the firm,

                              **BARTLETT LOEB HINDS**
                              **THOMPSON & ANGELOS**

                              By:/s/ *Heather A. Wilfong*
                                   Senior Paralegal

cc:    Antonio Converse, Esq.
       Laura Burgess, Esq.
       Jennifer Tiedeken, Esq.

{00083688:1}

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HEAD KANDY LLC,

    Plaintiff,

vs.                                       Case No. 0:23-cv-60345-RAR

KAYLA MCNEILL,

    Defendant.

_____/

## PLAINTIFF'S NOTICE OF FILING

Plaintiff, Head Kandy LLC ("HK"), through its undersigned attorneys hereby gives notice of filing Exhibit "A" to Plaintiff Head Kandy LLC's Expedited Motion for Enforce the Preliminary Injunction, for an Order to Show Cause and for Civil Contempt Sanctions [ECF No. 266], pursuant to the Court's Order Granting Plaintiff's Unopposed Motion to Submit Electronic Exhibit [ECF No. 287].

                                                  */s/ Ethan J. Loeb*
                                                  **ETHAN J. LOEB**
                                                  FL Bar No. 668338
                                                  ethanl@blhtlaw.com
                                                  KerriR@blhtlaw.com
                                                  eservice@blhtlaw.com
                                                  **EDWARD C. THOMPSON**
                                                  FL Bar No. 684929
                                                  colint@blhtlaw.com
                                                  heatherw@blhtlaw.com
                                                  **JALEN A. LARUBBIO**
                                                  FL Bar No. 1039258
                                                  JalenL@blhtlaw.com
                                                  UniqueA@blhtlaw.com
                                                  **CARSON A. SADRO**
                                                  FL Bar No. 1026159
                                                  KerriR@blhtlaw.com
                                                  **BARTLETT LOEB HINDS**
                                                  **THOMPSON & ANGELOS**

{00083683:1}

100 N. Tampa Street, Suite 2050
Tampa, FL 33602
Telephone: 813-223-3888
Facsimile: 813-228-6422

*Counsel for Plaintiff Head Kandy LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 2, 2024 I filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send notice of this filing to: Laura E. Burgess, Esquire, laura@leburgesslaw.com, L.E. Burgess, P.A., 5966 S. Dixie Highway, Suite 300, Miami, Florida 33143, *Counsel for Defendant*; Antonio L. Converse, Esquire, anthony@converselawgroup.com, Converse Law Group, P.C., 600 17th Street, Denver, Colorado 80202, *Counsel for Defendant;* Jennifer Tiedeken, Esquire, jennifer@lawfortcollins.com, Massey, Kelly & Priebe, PLLC, 125 S. Howes Street, Suite 1100, Fort Collins, CO 80521, *co-counsel for Defendant;*. and Jed Ferdinand, Esquire, jferdinand@fiplawgroup.com, Kathleen B. Moore, Esquire, kmoore@fiplawgroup.com, Ferdinand IP Law Group, 450 Seventh Avenue, Suite 2300, New York, New York 10123, *Counsel for Plaintiff.*

/s/ Ethan J. Loeb
**ETHAN J. LOEB**
FL Bar No. 668338

{00083683:1}



After printing this label:
CONSIGNEE COPY - PLEASE PLACE IN FRONT OF POUCH
1. Fold the printed page along the horizontal line.
2. Place label in shipping pouch and affix it to your shipment.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

