UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HEAD KANDY LLC,

    Plaintiff,

vs.                                        Case No. 0:23-cv-60345-JB

KAYLA MARIE MCNEILL,

    Defendant.
_____/

**PLAINTIFF'S UNOPPOSED MOTION FOR THE
THE INDEPENDENT MEDICAL EXAMINATION OF KAYLA McNEILL**

Plaintiff Head Kandy LLC ("**Head Kandy**") requests this Court enter an order compelling the Independent Medical Examination ("**IME**") of Kayla McNeill. In support, Head Kandy states:

On June 11, 2024, McNeill filed her Answer, Counterclaims, Third-Party Complaint and Jury Demand ("**Counterclaims**"). [ECF 268]. In her Counterclaims, McNeill alleges claims for "Intentional" and "Negligent" "Infliction of Emotional Distress," "Extreme and Outrageous Conduct," and "Negligent Hiring/Supervision/Retention" against Head Kandy, Jerome Falic, and Jonathan Rosenbaum (collectively, the "**Counter-Defendants**") McNeill placed her mental health at issue in this lawsuit by alleging these claims and damages "at least in an amount equivalent to the amount Ms. McNeill has spent on therapy trying to cope with her extreme emotional distress." [ECF 268 at 41]. As such, good cause for an IME is shown under Federal Rule of Civil Procedure 35.

FRCP 35 requires that the Court specify "the time, place, manner, conditions, and scope of the examination, as well as the person or persons who will perform it." Head Kandy, without opposition from Kayla McNeill, proposes the requirements to the Court as follows:

{00084514:1}

(a) Time: The exam is set to take place over the course of two (2) days:

    a. August 13, 2024, from 11:00 AM to 3:00 PM EST, and

    b. August 14, 2024, from 10:00 AM to 3:00 PM EST.

(b) Place: The offices of Dr. Sally Russell located at Town Center One Building, 8950 SW 74th Court, Suite 2221, Miami, FL 33156.

(c) Manner: in a manner consistent with generally accepted psychological methods of evaluation and testing which may include a clinical interview, an IQ test, an evaluation of cognitive functioning, and objective psychological testing. Both Dr. Russell and her colleague, Daniel Zuckerman, M.S. Ed. will conduct their respective portions of the evaluation.[1]

(d) Conditions: no other parties shall be present in the testing room other than Kayla McNeill, Dr. Sally Russell, and Daniel Zuckerman. The IME shall not be videotaped or audio recorded. Kayla McNeill will participate in the entirety of the IME as outlined in this Motion.

(e) Scope: to include examination of Kayla McNeill in regards to any mental health issues identified in her Counterclaims or expert disclosures. The examination may include the cause of such issues, the impact of such issues on Ms. McNeill in relation to the claims asserted in her Counterclaims and the harm or damages suffered by Ms. McNeill. The time period at issue which covers the time period in which Ms. McNeill was employed with Head Kandy, LLC along with the years prior necessary to establish psychological

---

[1] Ms. McNeill does not take a position as to Head Kandy's representation that the examination will be conducted "in a manner consistent with generally accepted psychological methods of evaluation and testing" and cannot know whether this statement is true at this time. Ms. McNeill expressly reserves all objections with regard to the medical examination, including, but not limited to those under FRE 702 and FRCP 26, including objections as to whether the examination was conducted "in a manner consistent with generally accepted psychological methods of evaluating and testing" and relevance.

    baselines. It shall include examination of other circumstances in Ms. McNeill's personal, social, and work life which may or may not have also contributed to the alleged symptoms and conditions described by Ms. McNeill. Finally, the examination will include appropriate psychological tests.

(f) Medical Professional: Dr. Sally Russell is a board certified is board certified in assessment psychology. Attached as Exhibit A is a copy of Dr. Russell's curriculum vitae.

## Conclusion

Head Kandy has demonstrated that McNeill placed her mental condition in controversy and that there is good cause for the examination. Head Kandy has further established that the time, place, manner, conditions, and scope of the examination are reasonable, and that the person proposed to conduct the IME is fully qualified to do so. For those reasons, Head Kandy respectfully requests that the Court grant this Motion and enter an Order Compelling Kayla McNeill to Undergo an Independent Medical Examination as outlined by the proposed terms in this Motion and order such other and further relief that the Court deems appropriate.

## CERTIFICATE OF CONFERRAL

Pursuant to Local Rule 7.1(a)(3), counsel for Head Kandy conferred with counsel for Ms. McNeill on this Motion and Ms. McNeill does not oppose the Motion and entry of Order.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 25, 2024 I filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send notice of this filing to: Laura E. Burgess, Esquire, laura@leburgesslaw.com, L.E. Burgess, P.A., 5966 S. Dixie Highway, Suite 300, Miami, Florida 33143, *Counsel for Defendant*; Antonio L. Converse, Esquire, anthony@converselawgroup.com, Converse Law Group, P.C., 600 17th Street, Denver, Colorado 80202, *Counsel for Defendant;* Jennifer Tiedeken, Esquire, jennifer@lawfortcollins.com, jamie@lawfortcollins.com, Massey, Kelly & Priebe, PLLC, 125 S. Howes Street, Suite 1100, Fort

{00084514:1}

Collins, CO 80521, *co-counsel for Defendant;.* and Jed Ferdinand, Esquire, jferdinand@fiplawgroup.com, Kathleen B. Moore, Esquire, kmoore@fiplawgroup.com, Ferdinand IP Law Group, 450 Seventh Avenue, Suite 2300, New York, New York 10123, *Counsel for Plaintiff*.

/s/ *Ethan J. Loeb*
**ETHAN J. LOEB**
FL Bar No. 668338
ethanl@blhtlaw.com
KerriR@blhtlaw.com
eservice@blhtlaw.com
**EDWARD C. THOMPSON**
FL Bar No. 684929
colint@blhtlaw.com
heatherw@blhtlaw.com
**JALEN A. LARUBBIO**
FL Bar No. 1039258
JalenL@blhtlaw.com
UniqueA@blhtlaw.com
**CARSON A. SADRO**
FL Bar No. 1026159
KerriR@blhtlaw.com
**BARTLETT LOEB HINDS THOMPSON & ANGELOS**
100 N. Tampa Street, Suite 2050
Tampa, FL 33602
Telephone: 813-223-3888
Facsimile: 813-228-6422

***Counsel for Plaintiff Head Kandy LLC***

{00084514:1}