**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 23-CV-60345-BECERRA/STRAUSS**

**HEAD KANDY, LLC,**

    Plaintiff,

v.

**KAYLA MARIE MCNEILL,**

    Defendant.

_____/

**ORDER**

**THIS CAUSE** is before the Court upon Plaintiff's Unopposed Motion for the Independent Medical Examination of Kayla McNeil ("Motion"). [DE 316]. Having reviewed the Motion and applicable law, I hereby **GRANT** the Motion as explained further herein.

Under Federal Rule of Civil Procedure 35(a), the Court "may order a party whose mental or physical condition . . . is in controversy to submit to a physical or mental examination by a suitably licensed or certified examiner" upon a showing of good cause. Fed. R. Civ. P. 35(a)(1)–(2). According to the Supreme Court, "[a] plaintiff in a negligence action who asserts mental or physical injury . . . places that mental or physical injury clearly in controversy and provides the defendant with good cause for an examination to determine the existence and extent of such asserted injury." *Schlagenhauf v. Holder*, 379 U.S. 104, 119 (1964). Here, there is no dispute that Defendant's mental health is at issue, and Plaintiff has shown good cause under Rule 35(a) for the exam. Further, the Motion states that the parties have agreed to the relief sought therein, and the Motion sets forth the date, time, and place of the examination, the person who will perform the examination, and the conditions that will apply. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Defendant, Kayla McNeil, shall submit to a mental examination as follows:

A. **TYPE OF EXAMINATION REQUESTED** – a psychological examination with **Sally Russell, Ph.D.**, who is board certified in assessment psychology. **Daniel Zuckerman, M.S. Ed.**, will also conduct a portion of the examination.

B. **DATE, TIME, AND LOCATION OF EXAMINATION** – August 13, 2024, from 11:00 a.m. to 3:00 p.m. EST, and August 14, 2024, from 10:00 a.m. to 3:00 p.m. EST at 8950 SW 74th Court, Suite 2221, Miami, FL 33156. at 10:00 a.m. at 800 East Cypress Creek Road, Suite 304, Fort Lauderdale, FL 33334.

C. **SCOPE OF EXAMINATION** – The scope shall be limited as set forth in the Motion or as otherwise agreed upon by the parties.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 26th day of July 2024.

*Jared Strauss*
Jared M. Strauss
United States Magistrate Judge