UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HEAD KANDY, LLC,

     Plaintiff/Counterclaim Defendant,

v.                                         CASE NO. 23-CV-60345-JB/JMS

KAYLA MARIE MCNEILL,

     Defendant/Counterclaimant/Third-Party Claimant,

v.

JEROME FALIC and JONATHAN ROSENBAUM,

     Third-Party Defendants.

_____/

## HEAD KANDY'S UNOPPOSED MOTION FOR ENLARGEMENT OF PAGE LIMIT

Plaintiff/Counterclaim Defendant Head Kandy LLC moves for an enlargement of the page limit for its upcoming Motion to Dismiss, and in support states:

1.      On June 10, 2024, Defendant/Counterclaimant/Third-Party Claimant Kayla Marie McNeill ("**Ms. McNeill**") filed her Answer, Counterclaims, Third-Party Complaint and Jury Demand (the "**First Complaint**") [ECF 268].

2.      On July 22, 2024, Head Kandy and Third-Party Defendants Jerome Falic ("**Mr. Falic**") and Jonathan Rosenbaum ("**Mr. Rosenbaum**") each moved to dismiss the First Complaint. [*See* ECF Nos. 311, 312, 313].  While Messrs. Falic and Rosenbaum's motions were well under the page limit imposed by Local Rule 7.1(c)(2), Head Kandy used its full allotment of pages for its motion to dismiss.

3.      On August 27, 2024, pursuant to this Court's Order [ECF 336], Ms. McNeill filed her Amended Answer, Counterclaims, Third-Party Complaint and Jury Demand (the "**Operative Complaint**") [ECF 337].

4.      The Operative Complaint is 41 pages longer than the First Complaint, comprises more than 400 numbered paragraphs, and contains a total of 22 claims for relief against the three named parties.

5.      Five of the claims for relief in the Operative Complaint are newly added and were not asserted in the First Complaint, while the remaining 17 claims are the same.

6.      Local Rule 7.1(c)(2) imposes a twenty (20) page limit applicable to a motion and its incorporated memorandum of law.

7.      Head Kandy, Mr. Falic, and Mr. Rosenbaum[1] each intend to file motions to dismiss the Operative Complaint.  Under Local Rule 7.1(c)(2), each could file a motion to dismiss up to 20 pages in length, for a total of 60 pages.

8.      As with their previously filed motions to dismiss [ECF Nos. 312, 313], Messrs. Falic and Rosenbaum do not anticipate that they will require the full 20 pages.

9.      However, because the five newly asserted claims in the Operative Complaint are asserted against Head Kandy in addition to the same preexisting 17 claims found in the First Complaint, and because Head Kandy's motion to dismiss the First Complaint is already at 20 pages in length, Head Kandy will require additional pages for its forthcoming motion to dismiss.

---

[1]  Mr. Rosenbaum intends to move to dismiss the Operative Complaint for lack of personal jurisdiction.  By this filing, Mr. Rosenbaum does not submit himself to the jurisdiction of the Court for any other purpose.

10.     Therefore, Head Kandy requests leave to file an additional 12 pages of briefing on its motion to dismiss, for a total of 30 pages.

11.     Because Mr. Falic's and Mr. Rosenbaum's motions to dismiss will remain under their respective 20-page limits, Head Kandy anticipates that the total pages filed for the three motions to dismiss will remain under the 60 total pages theoretically permitted under Local Rule 7.1(c)(2).

12.     Ms. McNeill will not be prejudiced by the relief requested herein.

WHEREFORE, Head Kandy respectfully requests that the Court grant this Motion and permit Head Kandy to file a motion to dismiss the Operative Complaint of up to 32 pages in length.

## CERTIFICATE OF LOCAL RULE 7.1(A)(3) CONFERRAL

I HEREBY CERTIFY that on September 5, 2024, I conferred with counsel for Ms. McNeill, and Ms. McNeill does not object to the relief requested herein.

/s/ Edward Colin Thompson
**ETHAN J. LOEB**
FL Bar No. 668338
ethanl@blhtlaw.com
KerriR@blhtlaw.com
eservice@blhtlaw.com
**EDWARD C. THOMPSON**
FL Bar No. 684929
colint@blhtlaw.com  heatherw@blhtlaw.com
**JALEN A. LARUBBIO**
FL Bar No. 1039258
JalenL@blhtlaw.com
**CARSON A. SADRO**
FL Bar No. 1026159
CarsonS@blhtlaw.com
**BARTLETT LOEB HINDS
THOMPSON & ANGELOS**
1001 Water Street, Suite 475
Tampa, FL 33602
Telephone: 813-223-3888
Facsimile: 813-228-6422

*Counsel for Plaintiff Head Kandy, LLC, Jerome Falic and Jonathan Rosenbaum*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 5, 2024 I filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send notice of this filing to: Laura E. Burgess, Esquire, laura@leburgesslaw.com, L.E. Burgess, P.A., 5966 S. Dixie Highway, Suite 300, Miami, Florida 33143, *Counsel for Defendant*; Antonio L. Converse, Esquire, anthony@converselawgroup.com, Converse Law Group, P.C., 600 17th Street, Denver, Colorado 80202, *Counsel for Defendant;* Jennifer Tiedeken, Esquire, jennifer@lawfortcollins.com, jamie@lawfortcollins.com, Massey, Kelly & Priebe, PLLC, 125 S. Howes Street, Suite 1100, Fort Collins, CO 80521*, co-counsel for Defendant;.* and Jed Ferdinand, Esquire, jferdinand@fiplawgroup.com, Kathleen B. Moore, Esquire, kmoore@fiplawgroup.com, Ferdinand IP Law Group, 450 Seventh Avenue, Suite 2300, New York, New York 10123, *Counsel for Plaintiff*.

/s/ Edward Colin Thompson
**Attorney**