UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HEAD KANDY, LLC,

    Plaintiff/Counterclaim Defendant,

v.                                            CASE NO. 23-CV-60345-JB/JMS

KAYLA MARIE MCNEILL,

    Defendant/Counterclaimant/Third-Party Claimant,

v.

JEROME FALIC and JONATHAN ROSENBAUM,

    Third-Party Defendants.
_____/

## HEAD KANDY'S RESPONSE IN OPPOSITION TO
## MOTION TO STRIKE NOTICE OF DISCOVERY DISPUTE

Plaintiff Head Kandy LLC ("**Head Kandy**") opposes Defendant Kayla Marie McNeill's ("**Ms. McNeill**") Motion to Strike Notice of Discovery Dispute (the "**Motion**") [ECF 406], and in support states:

Head Kandy properly filed its Notice of Discovery Dispute (the "**Notice**") [ECF 405] in accordance with the Court's Discovery Procedures Order (the "**Order**") [ECF 24]. The Court's Order states a non-party *may* file a motion to resolve disputes under Rule 26 or Rule 37, and accordingly does not require a non-party to resolve its discovery dispute through a notice of discovery dispute, but also does not prohibit a non-party from following the Court's notice of discovery dispute procedures. [ECF 24 at n.2, n.3]. Indeed, the parties previously followed the Court's discovery dispute notice procedures when resolving their dispute concerning the deposition of Deborah Falic, also a non-party. [*See* ECF 288, 338]. Most recently, Head Kandy filed a notice on behalf of Mrs. Falic and addressed Mrs. Falic's unavailability to testify on the

{00086772:1}

date unilaterally noticed by Ms. McNeill [*see* ECF 338], just as has occurred now with respect to Dr. Russell. The Court heard oral argument arising out of that notice, and the same procedure is appropriate here. Dr. Russell, while not a party, is an expert which Head Kandy has disclosed and will rely on to provide an opinion regarding McNeill's alleged emotional damages, and is permitted to utilize the discovery dispute procedure just as Mrs. Falic did.

Further, Head Kandy, by its Notice, does not seek to modify the Court's May 8, 2024, Order Setting Trial, Calendar Call, Reference to Magistrate Judge, Pretrial Deadlines and Pretrial Procedures ("**Scheduling Order**") [ECF 259] or the Court's Order modifying the deadline for expert witness depositions [ECF 308]. Rather, Head Kandy requests on behalf of Dr. Russell a protective order excusing Dr. Russell from a deposition noticed on a day she has already conveyed to Ms. McNeill, through Head Kandy's counsel, she is not available, and now due to a medical emergency and complications from a contemporaneous Category 4 hurricane creating unimaginable flooding throughout the Southeast, is certainly unavailable.[1]

For these reasons and the reasons set forth in the Notice, Head Kandy respectfully requests that the Court set Head Kandy's Notice of Discovery Dispute for hearing and order such other and further relief the Court deems appropriate.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 4, 2024 I filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send notice of this filing to: Laura E. Burgess,

---

[1] Attempting to alleviate Ms. McNeill's purported scheduling concerns, Head Kandy confirmed it would not oppose Ms. McNeill's ability to take the deposition of Dr. Russell beyond the October 10, 2024, expert witness deposition deadline and offered to agree to a concomitant extension of the deadline for any *Daubert* motion Ms. McNeill may file with respect to Dr. Russell. Head Kandy also provided written confirmation to Ms. McNeill that it would not utilize Dr. Russell's opinions in support of any Motion for Summary Judgment filed by Head Kandy, Mr. Falic, or Mr. Rosenbaum. Ms. McNeill nonetheless refused to reschedule Dr. Russell's deposition, requiring Head Kandy to bring the dispute to the Court's attention.

Esquire, laura@leburgesslaw.com, L.E. Burgess, P.A., 5966 S. Dixie Highway, Suite 300, Miami, Florida 33143, *Counsel for Defendant*; Antonio L. Converse, Esquire, anthony@converselawgroup.com, Converse Law Group, P.C., 600 17th Street, Denver, Colorado 80202, *Counsel for Defendant;* Jennifer Tiedeken, Esquire, jat@davisandceriani.com, Paralegals@davisandceriani.com, Davis & Ceriani, P.C., 1600 Stout Street, Ste. 1710, Denver, CO 80202 *(pro hac vice admission pending), co-counsel for Defendant;.* and Jed Ferdinand, Esquire, jferdinand@fiplawgroup.com, Kathleen B. Moore, Esquire, kmoore@fiplawgroup.com, Ferdinand IP Law Group, 450 Seventh Avenue, Suite 2300, New York, New York 10123, *Counsel for Plaintiff*.

/s/ *Ethan J. Loeb*
**ETHAN J. LOEB**
FL Bar No. 668338
ethanl@blhtlaw.com
KerriR@blhtlaw.com
eservice@blhtlaw.com
**EDWARD C. THOMPSON**
FL Bar No. 684929
colint@blhtlaw.com
heatherw@blhtlaw.com
**JALEN A. LARUBBIO**
FL Bar No. 1039258
JalenL@blhtlaw.com
UniqueA@blhtlaw.com
**CARSON A. SADRO**
FL Bar No. 1026159
KerriR@blhtlaw.com
**BARTLETT LOEB HINDS THOMPSON & ANGELOS**
1001 Water Street, Suite 475
Tampa, FL 33602
Telephone: 813-223-3888
Facsimile: 813-228-6422

*Counsel for Plaintiff Head Kandy LLC*