## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

HEAD KANDY, LLC,

      Plaintiff/Counterclaim Defendant,

v.                               CASE NO. 23-CV-60345-JB/JMS

KAYLA MARIE MCNEILL,

      Defendant/Counterclaimant/Third-Party Claimant,

v.

JEROME FALIC and JONATHAN ROSENBAUM,

      Third-Party Defendants.

_____/

## HEAD KANDY'S UNOPPOSED MOTION
## TO RESCHEDULE DISCOVERY DISPUTE HEARING

Plaintiff/Counterclaim Defendant Head Kandy, LLC ("**Head Kandy**"), moves to reschedule the discovery dispute hearing currently scheduled for Wednesday, October 9, 2024, at 2:30 P.M., and in support states:

1.      Head Kandy's counsel's office and homes are now under mandatory evacuation orders as a result of approaching Major Hurricane Milton and, therefore, will not be able to attend the Discovery Dispute hearing set for October 9, 2024, the day the storm is set to make landfall and impact the entire state of Florida.

2.      On October 3, 2024, Head Kandy filed its Notice of Discovery Dispute (the "**Notice**") [ECF 405] concerning the deposition of its expert Dr. Sally Russell. That same day, Ms. McNeill filed her Motion to Strike Notice of Discovery Dispute (the "**Motion to Strike**"). [ECF 406]. The following day, Head Kandy filed its opposition to the Motion to Strike. [ECF 407].

3.      On October 5, 2024, the Court entered its Paperless Order [ECF 411] granting Head Kandy's request for a discovery hearing, denying Ms. McNeill's Motion to Strike, and setting a discovery hearing for Wednesday, October 9, 2024, at 2:30 P.M., via Zoom.

4.      Because of preparations for and the anticipated landfall of Hurricane Milton on October 9, 2024, Head Kandy's counsel will be unable to appear for the discovery dispute hearing on that date.

5.      For these reasons, Head Kandy respectfully requests that the Court reschedule the discovery dispute hearing currently set for Wednesday, October 9, 2024, at 2:30 P.M., via Zoom.

## CERTIFICATE OF LOCAL RULE 7.1(A)(3) CONFERRAL

I HEREBY CERTIFY that the parties conferred regarding the relief requested in this Motion via email on October 6 and 7 2024 and counsel for Ms. McNeill advised that Ms. McNeill does not object to the relief requested in this motion.  As soon as practicable after the storm passes, the parties will continue to confer regarding Dr. Russell's deposition and other scheduling items that are being impacted by the storm.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 7, 2024, I filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send notice of this filing to: Laura E. Burgess, Esquire, laura@leburgesslaw.com, L.E. Burgess, P.A., 5966 S. Dixie Highway, Suite 300, Miami, Florida 33143, *Counsel for Defendant*; Antonio L. Converse, Esquire, anthony@converselawgroup.com, Converse Law Group, P.C., 600 17th Street, Denver, Colorado 80202, *Counsel for Defendant;* Jennifer Tiedeken, Esquire, jennifer@lawfortcollins.com, jamie@lawfortcollins.com, Massey, Kelly & Priebe, PLLC, 125 S. Howes Street, Suite 1100, Fort Collins, CO 80521*, co-counsel for Defendant;.* and Jed Ferdinand, Esquire,

jferdinand@fiplawgroup.com, Kathleen B. Moore, Esquire, kmoore@fiplawgroup.com, Ferdinand IP Law Group, 450 Seventh Avenue, Suite 2300, New York, New York 10123, *Counsel for Plaintiff*.

/s/ Ethan J. Loeb
**ETHAN J. LOEB**
FL Bar No. 668338
ethanl@blhtlaw.com
KerriR@blhtlaw.com
eservice@blhtlaw.com
**EDWARD C. THOMPSON**
FL Bar No. 684929
colint@blhtlaw.com
heatherw@blhtlaw.com
**JALEN A. LARUBBIO**
FL Bar No. 1039258
JalenL@blhtlaw.com
UniqueA@blhtlaw.com
**CARSON A. SADRO**
FL Bar No. 1026159
CarsonS@blhtlaw.com
**BARTLETT LOEB HINDS THOMPSON & ANGELOS**
1001 Water Street, Suite 475
Tampa, FL 33602
Telephone: 813-223-3888
Facsimile: 813-228-6422

*Counsel for Plaintiff Head Kandy LLC*