UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HEAD KANDY, LLC,

    Plaintiff/Counterclaim Defendant,

v.                                                                                          CASE NO. 23-CV-60345-JB/JMS

KAYLA MARIE MCNEILL,

    Defendant/Counterclaimant/Third-Party Claimant,

v.

JEROME FALIC,

    Third-Party Defendants.

_____/

## NOTICE OF MEDIATION

PLEASE TAKE NOTICE that mediation has been scheduled in the above-styled case for December 9, 2024 at 11:00 a.m. with mediator Patricia Thompson. This mediation is scheduled for a full day and will be conducted via Zoom.

                      */s/ E. Colin Thompson*
                      **ETHAN J. LOEB**
                      FL Bar No. 668338
                      ethanl@blhtlaw.com
                      KerriR@blhtlaw.com
                      eservice@blhtlaw.com
                      **EDWARD C. THOMPSON**
                      FL Bar No. 684929
                      colint@blhtlaw.com
                      heatherw@blhtlaw.com
                      **JALEN A. LARUBBIO**
                      FL Bar No. 1039258
                      JalenL@blhtlaw.com
                      **CARSON A. SADRO**
                      FL Bar No. 1026159
                      CarsonS@blhtlaw.com
                      **BARTLETT LOEB HINDS**
                      **THOMPSON & ANGELOS**
                      1001 Water Street, Suite 475

       Tampa, FL 33602
       Telephone: 813-223-3888
       Facsimile: 813-228-6422

*Counsel for Plaintiff/Counter-Claim Defendant
Head Kandy, LLC and
Third-Party Defendant, Jerome Falic*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on ____, 2024 I filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send notice of this filing to: Laura E. Burgess, Esquire, laura@leburgesslaw.com, L.E. Burgess, P.A., 5966 S. Dixie Highway, Suite 300, Miami, Florida 33143, *Counsel for Defendant*; Antonio L. Converse, Esquire, anthony@converselawgroup.com, Converse Law Group, P.C., 600 17th Street, Denver, Colorado 80202, *Counsel for Defendant;* Jennifer Tiedeken, Esquire, jennifer@lawfortcollins.com, jamie@lawfortcollins.com, Massey, Kelly & Priebe, PLLC, 125 S. Howes Street, Suite 1100, Fort Collins, CO 80521*, co-counsel for Defendant;.* and Jed Ferdinand, Esquire, jferdinand@fiplawgroup.com, Kathleen B. Moore, Esquire, kmoore@fiplawgroup.com, Ferdinand IP Law Group, 450 Seventh Avenue, Suite 2300, New York, New York 10123, *Counsel for Plaintiff.*

       */s/ E. Colin Thompson*
       **EDWARD C. THOMPSON**
       FL Bar No. 684929