UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HEAD KANDY, LLC,

      Plaintiff/Counterclaim Defendant,

v.                                  CASE NO. 23-CV-60345-JB/JMS

KAYLA MARIE MCNEILL,

      Defendant/Counterclaimant/Third-Party Claimant,

v.

JEROME FALIC and JONATHAN ROSENBAUM,

      Third-Party Defendants.

_____/

## EXPERT WITNESS SUMMARIES AND REPORTS ON
## KAYLA McNEILL'S COUNTERCLAIMS AND THIRD-PARTY CLAIMS

Plaintiff Head Kandy, LLC ("Head Kandy"), and Third-Party Defendant Jerome Falic, [1]

through undersigned counsel and pursuant the Court's July 16, 2024, Order Modifying the Order

Setting Trial, Calendar Call, Reference to Magistrate Judge, Pretrial Deadlines, and Pretrial

Procedures, identifies the below expert witnesses who Head Kandy and Mr. Falic intend to call at

trial regarding counterclaims and third party claims, to the extent any survive the Motions to

Dismiss filed on July 22, 2024, and without prejudice to the arguments asserted therein:

1. **David DeRamus, Ph.D.**
   **Bates White Economic Consulting**
   **c/o Ethan J. Loeb**

---

[1] Head Kandy, Mr. Falic, and Third-Party Defendant Jonathan Rosenbaum are each represented by undersigned counsel and have filed Motions to Dismiss the claims Ms. McNeill has attempted to assert against them.  [ECF Nos. 311, 312, 313].  As a basis for his Motion to Dismiss, Mr. Rosenbaum has argued, among other things, the Court lacks personal jurisdiction over him.  [ECF No. 313].  Accordingly, Mr., Rosenbaum has not participated in any affirmative discovery and is not joining in this disclosure.  Should the Court find it has jurisdiction over Mr. Rosenbaum and otherwise allows to stand claims asserted against him, Mr. Rosenbaum may adopt these disclosures.

**EXHIBIT A**

**Bartlett Loeb Hinds Thompson & Angelos**
**1001 Water Street, Suite 475**
**Tampa, FL 33602**

Dr. DeRamus is expected to testify as previously disclosed in Plaintiff's Rebuttal Expert Witness Summaries served on April 19, 2024, and Plaintiff's Amended Rebuttal Expert Witness Summaries served on May 31, 2024.

2. **Kleitias Petri**
   **c/o Ethan J. Loeb**
   **Bartlett Loeb Hinds Thompson & Angelos**
   **1001 Water Street, Suite 475**
   **Tampa, FL 33602**

Ms. Petri is a non-retained expert, and is an accounting and finance professional with degrees in accounting, finance, and economics.  Ms. Petri came to work as a consultant at Head Kandy in July of 2022 and has been previously disclosed as a fact witness to testify with knowledge of accounting related to Ms. McNeill's use of company credit card for personal expenses.  Ms. Petri is expected to testify in rebuttal to opinions disclosed to be offered by Ms. McNeill's expert, Sergio Negreira, C.P.A., specifically his opinion Ms. McNeill "overpaid American Express for Head Kandy's business expenses in the amount of $138,790.48."  As Ms. Petri testified to during her deposition, based on her review of the American Express statements submitted for reimbursement, records of Ms. McNeill's and Head Kandy's payments to American Express, Head Kandy's reimbursements to Ms. McNeill for payments to American Express, other documentation provided by Ms. McNeill and Ryan Thompson, meetings with Ms. McNeill, Ms. McNeill's communications regarding personal charges to the American Express Card, and deposition testimony concerning personal charges to the American Express card, Ms. Petri will opine that Ms. McNeill did not "overpay" American Express for Head Kandy business expenses, and instead, Ms. McNeill failed to document or provide receipts for the expenses she charged to the American Express card in 2018-2021, causing Head Kandy to pay for those expenses, in the net amount of $256,732.80, as reflected in Ms. Petri's attached Exhibit 1.  Ms. Petri will offer testimony and opinions as testified during her August 12, 2024, deposition, including explaining that her August 26, 2022 "summary" of bonus amounts "owed" to Ms. McNeill was calculated based on the limited information available at the time and on information provided by Ms. McNeill that the inventory was good and saleable.  Ms. Petri will opine that based on information provided by Ms. McNeill, Head Kandy did not write off inventory during the years 2018-2022, but that unsalable inventory should have been written off and when doing so, increases Head Kandy's expenses for each year, thereby decreasing Head Kandy's profit each year during 2018-2022, and/or resulting in a loss instead of a profit for such years, reducing or eliminating the bonus determined from the bonus calculation formula each year.

3. **Sally Kolitz Russell, Ph.D.**
   **Russell & Kolitz, LC**
   **c/o Ethan Loeb**
   **Bartlett Loeb Hinds Thompson & Angelos**

**1001 Water Street, Suite 475**
**Tampa, FL 33602**

**Dr. Russell is a licensed psychologist in the state of Florida and a diplomate of the American Board of Assessment Psychology. Prior to beginning practice in 1987, Dr. Russell obtained a bachelor's degree in psychology from Vanderbilt University, a master's degree in counseling psychology under NDEA Fellowship from the University of Florida, and ultimately a Ph.D. in clinical psychology from the University of Miami. She is a member of several professional organizations including the American College of Professional Neuropsychology, the Florida Psychological Association, and a Board Member for the Institute for Advanced Studies in Personology and Psychopathy. Additionally, she has been an invited speaker at national and international conferences and has published book chapters and articles in peer-reviewed scientific journals. Dr. Russell serves as an expert in cases involving psychological and/or neuropsychological damages for plaintiffs and defendants equally.**

**Attached as Exhibit 2 is a Declaration of Dr. Russell that sets out her potentially affirmative opinions, the facts and data on which she relied, and her compensation, regarding Ms. McNeill's counterclaims and third-party claims. Dr. Russell is also expected to offer opinions in rebuttal to experts and treating physicians Ms. McNeill has or will disclose and will disclose those rebuttal opinions by September 20, 2024, as required by the Court's July 16, 2024, Order Modifying the Order Setting Trial, Calendar Call, Reference to Magistrate Judge, Pretrial Deadlines, and Pretrial Procedures.**

**\* \* \***

As discovery is ongoing, Motions to Dismiss Ms. McNeill's claims remain pending, and Ms. McNeill has indicated she will seek leave to add additional claims, Head Kandy reserves the right to supplement and amend this expert summary, including adding additional experts who may testify on affirmative defenses to any surviving counterclaims and third party claims, and amending or supplementing the opinions to which each expert will testify and the basis therefore.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 20, 2024 a copy of the foregoing was served via electronic mail to: Laura E. Burgess, Esquire, laura@leburgesslaw.com, L.E. Burgess, P.A., 5966 S. Dixie Highway, Suite 300, Miami, Florida 33143, *Counsel for Defendant*; Antonio L. Converse, Esquire, anthony@converselawgroup.com, Converse Law Group, P.C., 600 17th Street, Denver, Colorado 80202, *Counsel for Defendant;* Jennifer Tiedeken, Esquire,

jennifer@lawfortcollins.com, jamie@lawfortcollins.com, Massey, Kelly & Priebe, PLLC, 125 S. Howes Street, Suite 1100, Fort Collins, CO 80521, *co-counsel for Defendant;*. and Jed Ferdinand, Esquire, jferdinand@fiplawgroup.com, Kathleen B. Moore, Esquire, kmoore@fiplawgroup.com, Ferdinand IP Law Group, 450 Seventh Avenue, Suite 2300, New York, New York 10123, *Counsel for Plaintiff*.

/s/ *Ethan J. Loeb*

**ETHAN J. LOEB**
FL Bar No. 668338
ethanl@blhtlaw.com
KerriR@blhtlaw.com
eservice@blhtlaw.com
**E. COLIN THOMPSON**
FL Bar No. 684929
colint@blhtlaw.com
heatherw@blhtlaw.com
**JALEN A. LARUBBIO**
FL Bar No. 1039258
JalenL@blhtlaw.com
SusanM@blhtlaw.com
**CARSON A. SADRO**
FL Bar No. 1026159
carsons@blhtlaw.com
KerriR@blhtlaw.com
**BARTLETT LOEB HINDS THOMPSON & ANGELOS**
1001 Water Street, Suite 475
Tampa, FL 33602
Telephone: 813-223-3888
Facsimile: 813-228-6422

*Counsel for Plaintiff /Counterclaim-Defendant Head Kandy LLC, and Third-Party Defendants Jerome Falic and Jonathan Rosenbaum*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**HEAD KANDY LLC,**

     **Plaintiff,**                                        **Case No.: 0:23-cv-60345-RAR**

**v.**

**KAYLA MARIE MCNEILL,**

     **Defendant.**

_____/

### <u>DECLARATION OF SALLY RUSSELL, Ph.D.</u>

I, Sally Kolitz Russell, Ph.D., declare, under penalties of perjury and based on my personal knowledge, as follows:

1. I am a licensed psychologist in the state of Florida and a diplomate of the American Board of Assessment Psychology. Prior to beginning practice in 1987, I obtained a bachelor's degree in psychology from Vanderbilt University, a master's degree in counseling psychology under NDEA Fellowship from the University of Florida, and ultimately a Ph.D. in clinical psychology from the University of Miami. I am a member of several professional organizations including the American College of Professional Neuropsychology, the Florida Psychological Association, and a Board Member for the Institute for Advanced Studies in Personology and Psychopathy. Additionally, I have been an invited speaker at national and international conferences and have published book chapters and articles in peer-reviewed scientific journals. I have previously served

1

**EXHIBIT 2**

as an expert in cases involving psychological and/or neuropsychological damages for plaintiffs and defendants equally. *See* attached curriculum vitae, **Exhibit A**.

2. I conducted an Independent Medical Examination ("IME") of Kayla Marie McNeill over the course of two days, August 13-14, 2024. This examination occurred in person in my office in Miami, Florida.

3. Prior to conducting the examination, I reviewed the following materials:

   a. Head Kandy's Second Amended Complaint;

   b. Kayla McNeill's Answer, Counterclaims, Third-Party Complaint and Jury Demand;

   c. Kayla McNeill's deposition testimony;

   d. Kayla McNeill's Expert Disclosures; and

   e. Kayla McNeill's medical records [KM 10057-10075].

4. I employed examinations of Ms. McNeill to assess the neuropsychological and psychological function of Ms. McNeill's cognitive functioning, behavior, and emotional condition. In connection with such examinations, I also was able to evaluate whether Ms. McNeill exhibited any physical manifestations related to the allegations of wrongdoing by others affiliated with Head Kandy.

5. The examinations I employed have been tested for reliability, peer reviewed, and generally accepted in the neuropsychological and psychological field. The examinations include, the Millon Clinical Inventory test-IV, the Minnesota Multiphasic Personality Inventory-2, a clinical interview, the Trauma Symptom Iventory-2, the Wechsler Adult Intelligence Scale-3 (partial), Wechsler Test of Adult Reading, the Miami Selective Learning Test, the TOMM, and the

2

Structured Interview of Malingered Symptomatology. I have previously performed this testing on others throughout the course of my professional career. I utilized the applicable standards to perform these tests on Ms. McNeill.

6. In my interactions with Ms. McNeill, I did not observe any physical manifestations of distress caused by the actions of Head Kandy or others affiliated with Head Kandy.

7. When reviewing the results of the psychological tests, I determined that Ms. McNeill greatly exaggerated her answers and answered similar questions in such an inconsistent manner that she failed, or invalidated for non-effort, the examinations.

8. The results of Ms. McNeill's initial examinations and reports seemed suspicious. So, I employed other accepted tests to detect whether Ms. McNeill was undertaking efforts to affect the outcome of the examinations in her favor. To determine Ms. McNeill's aptitude and memory as it pertains to the studies I performed, I administered a test for memory functioning to Ms. McNeill. I determined that her answers were significantly exaggerated. For example, Ms. McNeill reported that she lacked the ability to remember events from childhood. This report is only consistent with those who have suffered the most severe of brain injuries, which Ms. McNeill has not. Given those results, I further utilized an additional accepted examination to determine whether Ms. McNeill was making a good faith effort to willingly engage in the examinations and provide truthful answers. From those results I determined that Ms. McNeill intentionally

attempted to direct the results of her examination in a favorable manner to herself rather than answer the questions truthfully and honestly.

9. These objective examinations cannot be failed or invalidated accidentally. A failure or invalidation only occurs when the examinee, Ms. McNeill, gives untruthful or exaggerated responses or is in the late stages of dementia. Ms. McNeill did not disclose to me, or to her physicians in the records Ms. McNeill supplied, any complaints which would cause me to believe she was suffering from dementia or a severe brain injury.

10. Due to Ms. McNeill's schedule and my own, the IME was not able to be scheduled until August 13-14, 2024, at the earliest. Given the date of the IME, I have not yet been able to finalize my report, which will be consistent with this disclosure. The above statements reflect my opinions, which may be expanded upon, and the basis on which I made my determinations. I expect to have my report completed by August 30, 2024, and will supplement this declaration at that time. I will also provide my record of involvement in other cases at that time.

11. In reviewing Ms. McNeill's complaints, in both her legal filings as well as my clinical interview, a person should be cautious when listening to Ms. McNeill's recollections given her documented exaggeration, lack of effort, and malingering on the testing.

12. My compensation for my work in this matter is reflected in my fee schedule, attached as **Exhibit B**. I have currently been compensated $6,800.00 for the administration of the IME and for 6.25 hours of records review.

4

**Under penalties of perjury I declare that I have read the foregoing and that the facts stated are true to the best of my knowledge.**

**Sally Kolitz Russell, Ph.D.**

**Dated:  August 20, 2024**

**R&K RUSSELL & KOLITZ, LC**

Clinical and Neuropsychology | Adults and Children

Sally L. Kolitz Russell, Ph.D.
Brent P. Kolitz, Ph.D.

Town Center One Building
8950 SW 74th Court, Suite 2221
Miami, FL 33156-3171

(305) 670-2284

offices@rk-lc.com

www.rk-lc.com

## CURRICULUM VITAE

**Sally Lynn Kolitz Russell, Ph.D.**
**Diplomate, American Board of Assessment Psychology**
**State of Florida, License No. PY3918**

**EDUCATION:**

University of Miami, Ph.D. in Clinical Psychology (specialty area in medical/health psychology).

University of Miami, graduate level courses in Counseling Psychology.

University of Florida, M.Ed. in Counseling Psychology under NDEA Fellowship.

Vanderbilt University, Nashville, Tennessee, B.A.
    Areas of study: Psychology, English, French, Education.

**PROFESSIONAL ORGANIZATIONS & BOARD MEMBERSHIPS:**

American College of Professional Neuropsychology *(Associate Member)*
Florida Psychological Association
Institute for Advanced Studies in Personology and Psychopathology *(Board Member)*
National Academy of Neuropsychology
The Reitan Society

**EXHIBIT A**

**Sally L. Kolitz Russell, Ph.D.**  (Curriculum Vitae, rev. 12/11/2017)                    Page 2 of 10

## EDITORIAL MEMBERSHIPS:

Member of Editorial Board: *Archives of Assessment Psychology* (a publication of the American Board of Assessment Psychology)

## HOSPITAL STAFF AFFILIATIONS:

Baptist Hospital of Miami (since 1990)

South Miami Hospital (since 1988)

## WORK EXPERIENCE:

1986-*present*   Private Practice: Neuropsychological and psychological assessment (adult, adolescent, child); defense and plaintiff forensic evaluations and consultations; disability evaluations; forensic consultations; assessment of learning disabilities and attention deficit disorders.

1985-87   Miami Veteran's Administration Medical Center - Staff Psychologist: Medical Rehabilitation Ward, medical rehabilitation multidisciplinary conferences.

Residency in Neuropsychology: Neuroanatomy and laboratory work at University of Miami Medical School; neuropsychological assessment, counseling neurology patients.

1984-85   Miami Veterans Administration Medical Center - Psychology internship in neuropsychology testing and analysis, medical rehabilitation and neuropsychological training.

Neurology rounds at Veterans Administration Medical Center; neuropathology autopsy observation at VA Medical Center and Jackson Memorial Hospital; grand rounds at Jackson Memorial Hospital.

1982-84   Psychology Clinic, University of Miami: counseling, community workshops and lectures, supervision of Doctoral candidates.

1981-82   South Miami Hospital Consultant: cardiac patients, medical rehabilitation education for nurses and physicians; stress reduction workshops, cardiology committee: emotional sequelae of medical patients.

1977-81   The American Heart Association and the Miami Heart Institute sponsored open heart surgery research project: counseled coronary bypass patients and families; administered psychological testing.

1973-77        Jewish Family and Children's Service (counselor and Director of Family Life Education Program - conducted community workshops, wrote and directed workshops, trained and supervised workshop leaders; directed group therapy program).

1968-69        The Gillette Safety Razor Company, Boston, Massachusetts: Industrial psychologist (counseled employees, conducted management training workshops, worked in personnel selection and hiring areas, vocational assessment).

1967-68        Chamberlayne Junior College, Boston, Massachusetts: Directed Guidance and Counseling Program (conducted workshops in interpersonal relationships, trained college faculty in group skills).

1965-66        Bronson High School, Bronson, Florida (taught English and French).


**PUBLICATIONS:**

Russell, E.W., Russell, S, Kolitz, B.P., & Boyle, G.J. (2023). Halstead-Russell Neuropsychological Evaluation System - Revised (HRNES-R): Historical overview. In Boyle, G.J, et al. (Eds.), The SAGE Handbook of Clinical Neuropsychology. SAGE Publications Ltd: Los Angeles.

Kolitz, B.P. & Kolitz Russell, S. (2012). The usefulness of a validated neuropsychological test battery in scientifically supporting and communicating forensic evaluation results. In E.W. Russell (Ed.), The Scientific Foundation of Neuropsychological Assessment: With Applications to Forensic Evaluation. Elsevier Publishing Company: London.

Kolitz Russell, S.L., & Russell, E.W. (2008). Using the MCMI-III in Neuropsychological Evaluations. In T. Millon & C. Bloom (Eds.), The Millon Inventories, Second Edition: A Practitioner's Guide to Personalized Clinical Assessment. New York: The Guilford Press.

Russell, E.W., Russell, S.L.K. & Hill, B.D. (2005). The fundamental psychometric status of neuropsychological batteries. Archives of Clinical Neuropsychology, 20, 785-794.

Kolitz Russell, S.L. & Kolitz, B.P. (2004). "Mental disorders" and the Mind-Body Connection. Hot Topics and Emerging Issues in Insurance, Benefits and Financial Services - 30th Annual CLE Midwinter Meeting of the Tort Trial and Insurance Practice Section of the American Bar Association: Orlando, FL.

Russell, E.W. & Kolitz Russell, S.L. (2003). Twenty ways and more of diagnosing brain damage when there is none. Journal of Controversial Medical Claims, 10(1), 1-14.

Kolitz, S.L., & Russell, E.W. (1997). Using the MCMI in Neuropsychological Evaluations. In T. Millon (Ed.), <u>The Millon Inventories: Clinical and Personality Assessment</u>. New York: The Guilford Press.

Russell, E.W., & Russell, S.L.K. (1993). "Left Temporal Lobe Brain Damage on the WAIS, Addendum." <u>Journal of Clinical Psychology.</u>

Silver, Kolitz-Russell, Bordini and Fairbanks (1993). <u>Children's Executive Functions Scale</u>; unpublished rating scale under the auspices of the National Academy of Neuropsychology Research Consortium.

Kolitz, S.L.; Antoni, M. & Green, C.J. (1989). "Help Seeking Behaviors of the Myocardial Infarction Patient." <u>Journal of Health Psychology</u>. Holland Elsevier, New York & London.

Kolitz, S.L. Ph.D. Dissertation, "The Personality Style, Psychological and Physiological Sequelae of the Recuperating Myocardial Infarction Patient" (1986).

Pimm, J.B. & Kolitz, S.L. (1983) "Crisis Intervention Counseling." <u>The Psychological Risks of Open Heart Surgery</u>. Pimm & Feist, Plenum Press.


**PRESENTATIONS AND TEACHING EXPERIENCE:**

2017        Kolitz Russell, S.L. & Kolitz, B.P. (December 8) <u>Doctor's Insights on Auto Injuries</u>. (NBI Seminar - Auto Injury Litigation: The Ultimate Guide; Ft. Lauderdale, Florida).

2015        Kolitz Russell, S.L. & Kolitz, B.P. (August 28) <u>Neuropsychological Evaluation of Brain Injuries</u>. (NBI Seminar - Anatomy and Physiology 101 for Attorneys; Miami, Florida).

2014        Kolitz Russell, S.L. et al. (May 16). <u>Experts in the Sunshine State: Universal Issues in the Context of Resort, Tourism, and Cruise Line Cases</u>. (American Bar Association, Tort Trial and Insurance Practice Section - Spring Leadership Meeting; Boca Raton, Florida).

2013        Kolitz Russell, S.L. & Kolitz, B.P. (May 3). <u>How a scientifically-based neuropsychological examination can help you win your case</u>. ("Connectionology" Brain Injury Seminar; Melbourne, Florida).

2012        Kolitz, B.P. & Kolitz Russell, S.L. (September 25). <u>Attention-Deficit/Hyperactivity Disorder (ADHD)</u>. (Health, Life, and Community segment on WDNA 88.9 FM; Baptist Health South Florida).

2012        Kolitz Russell, S.L.; Kolitz, B.P. (May 31). <u>Attention-Deficit/Hyperactivity Disorder (ADHD): What Parents and Teachers Should Know</u>. (Baptist Children's Hospital Program).

2011        Kolitz Russell, S.L.; Kolitz, B.P. (January 27). <u>Helping Children with ADHD</u>. (Baptist Children's Hospital Program).

2009        Kolitz Russell, S.L.; Kolitz, B.P. (September 9). <u>Helping Children with ADHD</u>. (Baptist Children's Hospital Program).

2009        Kolitz Russell, S.L.; Kolitz, B.P. (February 26). <u>Helping Children with ADHD</u>. (Baptist Children's Hospital Program).

2007        Kolitz, B.P. & Kolitz Russell, S.L. (November 1). <u>Your Brain: Your Emotional Computer</u>. Baptist Health Systems: Miami, FL.

2007        Lambert, L. & Kolitz Russell, S.L. (October 19). <u>Third Party Observers</u>. Florida Defense Bar Regional Meeting: Jacksonville, FL.

2007        Kolitz Russell, S.L.; Kolitz, B.P. (April 26). <u>The Unfocused Child: How to Understand and Help Kids with ADHD</u>. (Baptist Children's Hospital Program).

2007        Russell, E.W., Kolitz Russell, S.L. & Kolitz, B.P. (January 12). Using the HRNES-R. <u>Coalition of Clinical Practitioners in Neuropsychology Annual Conference</u>: Orlando, FL.

2007        Kolitz Russell, S.L., McCaffrey, R.J., Lambert, L.M., Lippincott, E.T. & Deehl, D. (January 13). The Neuropsychological Expert Witness: A Mock Trial. <u>Coalition of Clinical Practitioners in Neuropsychology Annual Conference</u>: Orlando, FL.

2006        Kolitz Russell, S.L., Rubio, M. & Gonzalez, E. (October 19). Cross Examination of the Adverse Medical Expert. <u>Mock trial and panel presentation for the Dade County Trial Lawyers' Association</u>: Miami, FL.

2006        Kolitz Russell, S.L. & Kolitz, B.P. (February 15). Putting Your Expert Neuropsychologist to Use. <u>Invited address for the Dade County Defense Bar Association</u>: Miami, FL.

2006        Kolitz Russell, S.L.; Kolitz, B.P. (January 26). <u>The Unfocused Child: How to Understand and Help Kids with ADHD</u>. (Baptist Children's Hospital Program).

2006        Russell, E.W., Kolitz Russell, S.L. & Kolitz, B.P. (January 22). Neuropsychological Assessment Using the Halstead Russell Neuropsychological Evaluation System-Revised. <u>Coalition of Clinical Practitioners in Neuropsychology Annual Conference</u>: Las Vegas, NV.

**Sally L. Kolitz Russell, Ph.D.**   (Curriculum Vitae, rev. 12/11/2017)                    Page 6 of 10

2005        Kolitz Russell, S.L. & Kolitz, B.P. (April 14). The Brain: Your Emotional Computer. Baptist Health Systems: Miami, FL.

2005        Kolitz, B.P., Kolitz Russell, S.L. & Rubin, R.L. (January 19). Pediatric Multispecialty Review: ADHD and Learning Disabilities. Baptist Hospital Miami: Miami, FL.

2004        Kolitz Russell, S.L. & Kolitz, B.P. (December 8). Forensic Neuropsychology: Accountability in Court. Invited address at Hinshaw & Culbertson, LLP: Chicago, IL.

2004        Kolitz Russell, S.L., Lambert, L.M., Sims, D.C., Van Gorp, W.G. & Espy, K. (July 31). Neuropsychologist in Court – Mock Civil Trial. 112th Annual Convention of the American Psychological Association: Honolulu, HI.

2004        Russell, E.W., Kolitz Russell, S.L. & Kolitz, B.P. (July 16). The Halstead Russell Neuropsychological Evaluation System Method for Neuropsychological Assessment. 2004 Annual Florida Psychological Association Convention: Naples, FL.

2004        Kolitz Russell, S.L.; Greenberg, M., & Newell, L. (April 29). The Utilization of Clinical Resources in Defending Disability Claim Decisions. Panel discussion at the PDC 2004 Disability Experts Forum (Destin, Florida).

2004        Kolitz Russell, S.L. & Bush, D.S. (April 29). Evaluating Functional Impairment in Closed Head Injury and Psychiatric Conditions. Presentation at the PDC 2004 Disability Experts Forum (Destin, Florida).

2004        Kolitz Russell, S.L.; Kolitz, B.P. (April 22). The Unfocused Child: How to Help Kids with ADD/ADHD. (Baptist Children's Hospital Program).

2004        Kolitz Russell, S.L.; Kolitz, B.P. (January 17). "Mental Disorders" and the Mind-Body Connection. Presentation at the 30th Annual CLE Midwinter Meeting of the Tort Trial and Insurance Practice Section of the American Bar Association (Orlando, Florida).

2003        Kolitz Russell, S.L.; Kolitz, B.P. (October 28). Dreams: Your Own Personal Crystal Ball. (Baptist  Hospital Program).

2002        Kolitz Russell, S.L. (October). Forensic Uses of the Millon Inventories. Working meeting with Pearson Assessments at the 10th Annual Millon Clinical Inventories Conference (Miami, Florida).

2003        Kolitz Russell, S.L., van Gorp, W., Boyers, R.B., & Lambert L. (September 2003). Mock Trial. Presentation at the 2003 Conference of the International Bar Association: San Francisco, CA.

2003          Boyers, R.B., Kolitz Russell, S.L., & Kolitz, B.P. (September 2003). Lawyer and Expert: Managing the Process and Each Other. Presentation at the 2003 Conference of the International Bar Association: San Francisco, CA.

2003          Kolitz Russell, S.L.; Kolitz, B.P. (January 16). The Unfocused Child: How to Help Kids with ADD/ADHD. (Baptist Children's Hospital Program).

2002          Kolitz Russell, S.L.; Russell, E.W. (October 2002). What Every Psychologist Needs to Know About Neuropsychology. Presentation at the 9th Annual Millon Clinical Inventories Conference (Minneapolis, Minnesota).

2002          Kolitz Russell, S.L.; Russell, E.W. (October 2002). The Psychometric Status of the Flexible Battery. Presentation at the Third Annual Meeting of the Coalition of Clinical Practitioners in Neuropsychology (Miami Beach, Florida).

2002          Kolitz Russell, S.L.; Kolitz, B.P. (October 2002). Adult Forensic Assessment. Presentation at the 9th Annual Millon Clinical Inventories Conference (Minneapolis, Minnesota).

2001          Kolitz Russell, S.L.; Kolitz, B.P.; Russell, E.W.; Zuckerman, D.P.; Pennekamp, T.; Lippincott, T. (April 2001). Forensic Neuropsychology: Accountability in Court-Update. Office sponsored seminar.

2001          Kolitz Russell, S.L. & Kolitz, B.  (September, 2001). Accountability in Neuropsychology.  Presentation at the Dade County Defense Bar Association meeting.

2000          Kolitz Russell, S.L.; Russell, E.W. (September 15 - 17). What Every Psychologist Needs To Know About Neuropsychology. Millon Clinical Inventories Conference (Scottsdale, Arizona).

2000          Kolitz Russell, S.L.; Russell, E.W. (March 28 - 30). The Scientific Foundation for Neuropsychological Assessment. (Lackland Air Force Base, Wilford Hall Medical Center).

2000          Kolitz Russell, S.L. (April 12). The Unfocused Child: How to Understand and Help Kids with ADD/ADHD. (Baptist Children's Hospital Program).

1999          Kolitz Russell, S.L.; Russell, E.W.; The Scientific Basis for Neuropsychological Assessment (Second Annual Assessment Psychology Conference sponsored by Nova Southeastern University, American Board of Assessment Psychology, American Academy of Assessment Psychology).

1999          Kolitz Russell, S.L.; Russell, E.W.; Schengber, S.P.; Brown, Robert III; Deehl, David; Kolitz, Brent (1999 November). Forensic Neuropsychology: Accountability in Court. In-office attorney seminar.

**Sally L. Kolitz Russell, Ph.D.**  (Curriculum Vitae, rev. 12/11/2017)                 Page 8 of 10

1999        Kolitz Russell, S.L.; Russell, E.W. (1999 October). The Use of Psychological Assessment in Neuropsychology. Millon Clinical Inventories Conference sponsored by National Computer Systems (New Orleans, LA).

1999        Kolitz Russell, S.L. (1999 November). Parenting the Special Needs Child. (Baptist Children's Hospital; Miami, Florida).

1999        Kolitz Russell, S.L. (1999 June). Parenting the Special Needs Child. (Baptist Children's Hospital; Miami, Florida).

1998        Kolitz Russell, S.L.; Russell, E.W. (1998 October). Neuropsychology Assessment. Millon Clinical Inventories Conference sponsored by National Computer Systems (Chicago, IL).

1998        Kolitz Russell, S.L.; Russell, E.W. (1998 April). State of the Art Neuropsychology: Accountability and Credibility. National Conference American Board of Assessment Psychology (Orlando, FL).

1998        Kolitz Russell, S.L., Chairman; Russell, E.W.; Vanderploeg, R.; Uzzell, B.; Gass, C. (1998 November). The Credibility and Pitfalls in Neuropsychological Practice: Update. The National Academy of Neuropsychology (Washington, D.C.).

1997        Kolitz Russell, S.L.; Russell, E.W. (1997 September). Neuropsychology Assessment. Millon Clinical Inventories Conference sponsored by National Computer Systems (San Diego, CA).

1996        Kolitz Russell, S.L.; Russell, Elbert W. (1996 September Miami; Tampa). The Use of Psychological Testing in Neuropsychological Evaluations. Symposium conducted for attorneys and psychologists under the auspices of National Computer Systems.

1996        Kolitz Russell, S.L.; Russell, Elbert W. (1996 October). MCMI-III in Neuropsychology. Third Annual Millon Clinical Inventories Conference (Philadelphia, PA).

1996        Kolitz Russell, S.L. (Chairman); Russell, E.W.; Vanderploeg, R.; Uzzell, B. (1996 November). The Credibility and Pitfalls in Neuropsychological Practice. The National Academy of Neuropsychology (New Orleans, LA).

1995        Russell, S.K.; Russell, E.W. Workshop presented for First Annual Barry University Seminar on Adult Learning Disabilities. Neurological Aspects of Learning Disabilities at Barry University, Miami, FL on April 7, 1995.

1995        Kolitz, S.L. (Chair), (1995 August). Neuropsychology Minefield-Misdiagnosis in Clinical Practice. Symposium conducted at the 98th Annual Convention of the American Psychological Association, New York.

1995    Deehl, D.; Russell, E.W.; Russell, S.K.; Barredo, V.; Schlanger, W. & Schlanger, J. <u>Brain Injury Cases and Trial Advocacy</u>. Seminar presented by Professional Education Systems, Inc. at Miami, FL.

1995    Deehl, D.; Russell, E.W.; Russell, S.K.; Barredo, V. <u>Brain Injury Cases and Trial Advocacy</u>. Seminar presented by Professional Education Systems, Inc. at Orlando, FL.

1995    Deehl, D.; Russell, E.W.; Russell, S.K.; Barredo, V. <u>Brain Injury Cases and Trial Advocacy</u>. Seminar presented by Professional Education Systems, Inc. at Tampa, FL.

1994    Miami Children's Hospital Benefit: Russell, E.W.; Russell, S.L.K.; Schlanger, Warren; Barredo, Victor; & Deehl, David. Symposium presented in conjunction with the Dade County Trial Lawyers Association. "What Attorneys Need to Know About Traumatic Brain Injury in Children and Adults."

1993    Department of Veterans Affairs Medical Center: Russell, E.W.; Russell, S.L.K.; & Gass, C.S. Workshop presented for psychologists of the State of Florida. Neuropsychological Assessment: Recent Developments and their Application.

1992    South Miami Hospital: Parent Education Services, "Children's Self-Esteem."

1992    Miami Children's Hospital: Russell, E.W.; Russell, S.L.K.; Gass, C.S.; & Schlanger, J.M. Workshop presented for the Dade County Trial Lawyers Associations and the Dade County Psychological Association. "Forensic Neuropsychology of Head Trauma: Accountability and Accuracy."

1991    Miami Children's Hospital: Supervision of interns in pediatric neuropsychology.

1987    Television series on emotions and the cardiac patient.

1986-88    University of Miami: Adjunct professor in clinical psychology.

1986-87    South Miami Hospital: Advisor to Young Hearts Club.

1983-84    University of Miami, Psychology Clinic: workshops in community on marital communication skills.

1981    South Miami Hospital, Nurses Continuing Education Program: series of classes on critical care patients and stress in nursing.

1975-77    Family Life Education Workshops (parent training, assertiveness training, communication skills, stress reduction, interpersonal relationships).

**Sally L. Kolitz Russell, Ph.D.** (Curriculum Vitae, rev. 12/11/2017)                    Page 10 of 10

1975        Miami Dade Community College: course in communications skills and interpersonal relationships.

1974        Florida International University, Adjunct Professor: Communications Skills Training Course, School of Social Work.

# R&K RUSSELL & KOLITZ, LC

Clinical and Neuropsychology | Adults and Children

Sally L. Kolitz Russell, Ph.D.
Brent P. Kolitz, Ph.D.

Town Center One Building
8950 SW 74th Court, Suite 2221
Miami, FL 33156-3171

(305) 670-2284

offices@rk-lc.com

www.rk-lc.com

**Tax ID # 41-2171137**

## FEE SCHEDULE

**NEUROPSYCHOLOGICAL EVALUATION**
  9 hours testing (includes Clinical Interview)
  2 hours scoring
  5 hours report writing
  **16 hours total** ................................................................................................. **$7,600.00** *^†

**PSYCHOLOGICAL EVALUATION**
  7 hours testing (includes Clinical Interview)
  2 hours scoring
  5 hours report writing
  **14 hours total** ................................................................................................. **$6,800.00** *^†

\* *nonrefundable retainer for reserving an evaluation*
^ *total fee and signed Contract for Retainer must be received before testing dates can be scheduled*
† *any additional testing time required will be billed at $475.00/hour*

**RETAINER FOR CONSULTATION / REVIEW OF RECORDS** ..................................................... **$4,000.00** *
\* *nonrefundable retainer which may be applied to review of records, conferences, depositions, court appearances, and testing*

**REVIEW OF RECORDS** ......................................................................................... **$800.00 /hour**

**CONFERENCES** ................................................................................................. **$200.00 /15 min**

**DEPOSITIONS** ................................................................................................. **$975.00 /hour** *^
\* *fees for depositions, as well as any outstanding balance, must be paid 10 full business days in advance*
^ *a minimum additional, nonrefundable fee of 3 hours preparation time will be charged at the same hourly rate and is also due in advance*

**COURT APPEARANCES** ........................................................................................ **$975.00 /hour** *^†
\* *fees for court appearances, as well as any outstanding balance, must be paid 10 full business days in advance*
^ *a minimum additional, nonrefundable fee of 3 hours preparation time will be charged at the same rate and is also due in advance*
† *8 hours minimum will be charged for each day's court appearance; any additional travel time and/or expenses will be billed as described below*

**TRAVEL** ........................................................................................................ **$475.00 /hour** *
\* *fees are portal to portal; an estimated total for the doctor's travel time, equipment set-up time, and pass-through expenses for conference and hotel rooms must be paid 10 full business days in advance of starting travel; charges for transportation (airfare, car rental, etc.), any unexpected additional travel time, and any miscellaneous travel expenses will be billed after the travel is complete and are due upon receipt; mileage will be charged at the IRS standard business mileage rate*

**INTERRUPTION FEES** *^†‡...**$375.00 /hour** (testing & travel time) ...**$575.00 /hour** (conferences) ...**$700.00 /hour** (depos & court)
\* *for cancellations between 5 and 1 full business days' notice (SE Florida) or between 10 and 1 full business days' notice (for services rendered elsewhere)*
^ *interruption fees will be charged at 100% of the regular service fees if notice of cancellation is not received by 9:00 AM, the prior business day*
† *if the doctor has already begun travel, interrupted hours will be charged at 100% of service fees, until he/she is able to return to the Miami office*
‡ *interruption fees for evaluations are due only in the event that the canceled service is rescheduled and must be paid prior to rescheduling*

**PHOTOCOPYING/SCANNING OF RECORDS** ......................................................................... **$1.00 /page**

## EXHIBIT B

*Fees subject to change without notice*