**R&K** RUSSELL & KOLITZ, LC                     Clinical and Neuropsychology | Adults and Children

Sally L. Kolitz Russell, Ph.D.
Brent P. Kolitz  Ph.D.

Town Center One Building
8950 SW 74th Court, Suite 2221
Miami, FL 33156-3171

(305) 670-2284

offices@rk-lc.com

www.rk-lc.com

### PSYCHOLOGICAL EVALUATION
### CONFIDENTIAL: FOR PROFESSIONAL USE ONLY

EXAMINEE NAME:      **Kayla McNeill**
DATE OF BIRTH:      11/17/1986
AGE:                37 years
DATES OF TESTING:   08/13; 08/14/2024
DATE OF REPORT:     08/19/2024

**REASON FOR REFERRAL:** Kayla McNeill was referred for a psychological evaluation by attorney Carson Sedro in order to assess her emotional functioning.

**REVIEW OF RECORDS:** Some of the most salient records, provided by the referral source, are reviewed here. However, the following discussion in no way represents an exhaustive recitation of all pertinent records reviewed in this case. (***Text in bold italics represents my own comments.***)

**List of records reviewed:**

        Second Amended Complaint
        United District Court Southern District of Florida
        Remote Video-recorded Deposition of Kayla McNeill (7/12/24)
        McNeill Expert Disclosures
        Genesis Health and Wellness
        James Wigington MD

**Second Amended Complaint:**

"23. When confronted with her misdeeds, McNeill (after admitting in writing to Head Kandy's ownership that her conduct was unethical) began to, and succeeded in, intentionally harming Head Kandy."

**EXHIBIT B**

"26. As the consultant continued to discover more and more and question McNeill about the mismanagement of Head Kandy by McNeill, McNeill began to see the consultant's work as a threat to her management role, and she began to plot a course to cause further harm to, and for her exit from, Head Kandy."

"32. Days later, as shown in the screenshots below, on November 23, 2022, McNeill posted in the 'My Story' portion of Head Kandy's Kandylifewithkayla Instagram page an announcement that it was 'Time for a change' and that she would be forming a new company, White Pineapple."

**"McNeill caused Head Kandy to pay individuals to perform personal services for her and her other business interests."**

"39. In or around November 2022, Head Kandy discovered that McNeill had abused this control to arrange for unauthorized payroll expenses for employees and contractors at Head Kandy's expense who were performing personal services for McNeill and her family."

"83. Accordingly, as a result of McNeill's continuing wrongful actions, Head Kandy was left with no choice but to formally terminate her employment by and ownership in Head Kandy through the following actions..."

"92. On February 22, 2023, Head Kandy filed its initial Complaint in this matter. Immediately thereafter, McNeill began to ratchet up even more her attacks on the Head Kandy by defaming and disparaging it on social media, by intimidating its affiliates, and by promoting competing haircare products, in flagrant violation of her obligations under the Executive Employment Agreement 5. Her deliberate and continuing wrongful conduct constitutes a targeted campaign to destroy Head Kandy's customer base and good will, while falsely portraying herself as a victim in a calculated effort to divert Head Kandy customers to her new e-commerce beauty and apparel business."

"179. Head Kandy had been damaged by McNeill's actions in amount to be proven at trial. Because these personal credit card expense and payroll expenses were paid from Head Kandy's Florida bank account, and because these improper expenses harmed Head Kandy, a

NEUROPSYCHOLOGICAL EVALUATION
Examinee Name: **McNeill, Kayla**

Florida citizen, and harmed the value of the investment of Head Kandy members who are citizens and residents of Florida this damage was occurred in Florida."

**"Re: Notice of Material Breech of Executive Employment Agreement, Notice of Breech of Fiduciary Duty of Obligations to Head Kandy, LLC"** This document was produced by outside legal counsel to Head Kandy. And outlined the requirements for Ms. McNeill to continue in good standing with the Head Kandy company. The date of the document was November 28, 2022.

On January 10, 2023, another document from Ferdinand IB Law Group noted "Head Kandy is aware of the following serious violations of the Employment Agreement and operating agreement:..."

On January 30, 2023, there was a **Termination of Employment of Kayla Marie McNeill for Cause.**

The for cause grounds for Ms. McNeill's termination included "intentional harm to company business; Unauthorized Use of Discount Codes; disparagement of company and Falic family; interference with company affiliates; unauthorized payroll expenses; and unauthorized personal expenses on American Express Card paid by company."

The termination of employment was effective as of January 30, 2023.

**ANSWER, COUNTERCLAIMS, THIRD-PARTY COMPLAINT AND JURY DEMAND**

There followed an extensive list of denials by Ms. McNeill. As well as some admissions. **"WHEREFORE**, Ms. McNeill respectfully requests a judgment enter in her favor and against Head Kandy's remaining claims, and that Ms. McNeill be awarded all expenses incurred in defending against the claims, including litigation costs, attorney's fees, and such further and additional relief as the Court deems appropriate and equitable."

**COUNTERCLAIMS AND THIRD-PARTY COMPLAINT**

"25. At the beginning of July 2022, Ms. McNeill met Mr. Rosenbaum for the first time in person. During this first meeting, Mr.

NEUROPSYCHOLOGICAL EVALUATION                    Page 4 of 17
Examinee Name:  **McNeill, Kayla**

Rosenbaum began what would become a campaign of severe sexual harassment and abuse for the next 6 months, up until Ms. McNeill's wrongful and retaliatory termination. At the beginning of July, "Mr. Rosenbaum came to HK's office for the first time. During that first meeting, Mr. Rosenbaum:

   a. Told Ms. McNeill that she was "hotter in person."

   b. "Blonde's look so hot blue," when Ms. McNeill was wearing a blue jumpsuit;

   c. He leered at Ms. McNeill for the entire day;

   d. Later in the day told Ms. McNeill, "You have nice legs." There was a continuation of sexual accusations against Mr. Rosenbaum in the document."

"40. Thereafter, Ms. McNeill avoided Mr. Rosenbaum as much as she could. She would try to figure out when Mr. Rosenbaum would be in the office so that she could be there at different times. She confided in multiple co-workers that she became physically ill around Mr. Rosenbaum and would have panic attacks. Multiple Head Kandy employees witnessed this and will testify to their concern about Ms. McNeill and how she became a shell of a person after Mr. Rosenbaum's exposure."

"41. Ms. McNeill also suffered from severe anxiety about telling her husband about Mr. Rosenbaum's exposure. When Ms. McNeill finally told her husband, he immediately called Bryan Feldman to complain, telling Mr. Feldman the behavior had to stop. This was after Ms. McNeill also informed Mr. Feldman about the yoga. At the time, Mr. Feldman took no action on the harassment, which continued after he was informed."

"56. On January 30, 2022, while still under suspension, Ms. McNeill was provided formal notice of her termination by HK (the 'Termination Notice')."

"194. Ms. McNeill suffered severe emotional distress as a result of Mr. Falic's conduct."

NEUROPSYCHOLOGICAL EVALUATION
Examinee Name:  **McNeill, Kayla**

"195. Ms. McNeill has been injured and will continue to be injured as a result of Mr. Falic's conduct, in an amount to be proven at trial."

**REMOTE VIDEORECORDED DEPOSITION OF KAYLA M. MCNEILL; JULY 12, 2024**

During the deposition, Ms. McNeill stated, "At the time of me writing that, I didn't want to live, so I'm not going to state how my mental state was of how I felt, and I'm not going to say how -- I don't remember this time." (page 160, lines 4 through 7)

When questioned, Ms. McNeill stated that Mr. Rosenbaum had touched her two times that she could recall. When questioned as to whether she sustained any physical injuries as a result of the touching, she answered, "No." (page 200, line 4)

When asked if she went for therapy, she stated, "I started to try to do it." (page 206, line 4) Ms. McNeill related when asked when she started therapy, "Maybe, like, March or April of 2023, when I realized I really needed to try to deal with, like, these emotions." (page 206, lines 10 through 12) "I would say that I was put in a horrifically uncomfortable situation, where I was the owner of a company that I worked really hard to build. And I definitely had my heart in the right place with everything that I did. And I was dealing with someone who was so mentally abusive to me, and threatening to me, and telling me that he was going to liquidate the company and that I was going to lose my job, at the same time fighting for the company to just continue to survive, because people like Ryan, who was my friend, relied upon the job for -- to pay his bills..." (page 206, lines 15 through 25)(page 207, lines 1-2) "And I didn't know which battle was worth fighting. Like, I didn't know if I should fight the battle of letting Jon single-handedly tank the company or continue to sexually harass me so that it would just be easy for me.

It wasn't until he really started doing it to Kaylin, too, that I just -- I know I didn't want to live like that anymore. I didn't want to be screamed at. I didn't want to be told I was hot by someone. I didn't want to be told that I needed to be topless. I didn't want to be told that I was dumb, and screamed at." (page 207, lines 3 through 14)

When asked, Ms. McNeill stated that she had attended counseling about four or five times, but was not mentally ready. She also stated that she had had Christian counseling over the phone, but did not remember the name of the counselor and continued with this for about two months, but did not feel like it was helping her. She then was administered Prozac by her family practice doctor and also went to a specialist for women's health. Ms. McNeill explained that she was still taking Prozac. "I mean I think any healthcare provider that would have seen me would have seen that I went through some pretty serious trauma, so, yes. I mean, I got the medication for -- I couldn't gain weight. I couldn't eat. I got down to 103 pounds. I cried every day for months. I couldn't get out of bed to feed my kids. So I don't know what diagnosis that would be, but I definitely needed some help." (page 214, lines 3-11) When asked if she was diagnosed with depression, she said that the doctor told her she was depressed. When asked if the specialist for women's health gave her a diagnosis, she answered, "Again, I don't have like a card, but she definitely said that I'm deficient in -- I had my blood drawn. I did a lot of work. Like, I wanted to make sure I was healthy, because I thought something was really wrong with me. And so she just, basically, tried to help me mentally get back to a good mindset. -- so she -- she didn't -- like I said, I don't have a card. She definitely said I'm depressed. She definitely said I have severe anxiety. It's pretty obvious." (page 216, lines 1 through 11).

Ms. McNeill then replied, "I mean, she definitely said it was trauma." (page 216, line 18) When asked if she were still in treatment with any of these doctors for her mental health, she said she was about every 4 months with someone whose name was Dawn who was the women's health physician. Ms. McNeill at one point stated, "I mean, it got to a point where I was shaking so bad inside and externally, like I couldn't even hardly write some days. I couldn't eat. I -- so, no, I didn't get a rash that would've been nice, actually because --" (pages 218, lines 24 to 25, and page 219, lines 1-3). Ms. McNeill also stated she thought her lifespan has definitely lessened. Additionally, she stated, "Yeah, definitely. I can -- everything about me is not normal anymore." (page 219, lines 21-22)

"I had finally felt like I had had enough of the way that Jon was treating me. I felt like I could avoid him for a while. So after

NEUROPSYCHOLOGICAL EVALUATION                          Page 7 of 17
Examinee Name:  **McNeill, Kayla**

the October 4th incident, where he showered in my office and exposed himself and asked for a towel, I didn't -- that's when my depression and everything really started to feel like I didn't know what to do, and that I didn't know what to say or how to handle any of it. Because I -- he kept threatening me that he was going to liquidate the company..." (page 239, lines 5-15) She later went on to explain that he had showered and entered the room naked. "And that's when my mental health and just everything started to just deteriorate really bad. I -- I didn't want to be there anymore. I wanted to avoid him. I didn't want to talk to him, but at the same time, it was my livelihood." (page 251, lines 4 through 10)

Ms. McNeill went on to explain that she felt Head Kandy had defamed her, had lied about paying for her weight loss surgeries, and had told other people that she was a thief.

**Genesis Health & Wellness**



**James Wigington, M.D.**

NEUROPSYCHOLOGICAL EVALUATION                    Page 8 of 17
Examinee Name:  **McNeill, Kayla**





NEUROPSYCHOLOGICAL EVALUATION

Examinee Name:  **McNeill, Kayla**



NEUROPSYCHOLOGICAL EVALUATION

Examinee Name:  **McNeill, Kayla**



NEUROPSYCHOLOGICAL EVALUATION
Examinee Name:  **McNeill, Kayla**

NEUROPSYCHOLOGICAL EVALUATION
Examinee Name:  **McNeill, Kayla**

NEUROPSYCHOLOGICAL EVALUATION                    Page 13 of 17
Examinee Name:  **McNeill, Kayla**



NEUROPSYCHOLOGICAL EVALUATION
Examinee Name:  **McNeill, Kayla**

NEUROPSYCHOLOGICAL EVALUATION
Examinee Name:  **McNeill, Kayla**



NEUROPSYCHOLOGICAL EVALUATION
Examinee Name:  **McNeill, Kayla**

NEUROPSYCHOLOGICAL EVALUATION
Examinee Name: **McNeill, Kayla**



SALLY L. KOLITZ RUSSELL, Ph.D.
Licensed Psychologist PY3918
Diplomate, American Board of Assessment Psychology