

9/20/24

Neuropsychological Sciences, LLC was retained by Ms. Kayla McNeill to analyze the Psychological Evaluation drafted by Dr. Sally Kolitz Russell and dated August 19, 2024[1] (the "Evaluation").  I have reviewed the Evaluation for the purpose of determining whether a professional analysis of the statements, views and opinions expressed in the Evaluation is possible. ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

---

[1] It has been represented to me by counsel for Ms. McNeill that the Evaluation was disclosed in the underlying litigation on August 30, 2024.
[2] Pages 1-5 of the Evaluation.

1

**EXHIBIT C**

███████████████████████████████████████████

████████

    ████████████████████████████████████████

████████████████████████████, ████████████████████

████████████████████████████████████████████

████████████████████████████████████████████ █████

████████████████████████████████████████████

████████████████████████████████

    ████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████

    ████████████████████████████████████

████████████████████████████████████████████

████████

    ████████████████████████████████████

████████████████████████████████████████████

██████████████████████   ██████████████████

████████████████████████████████████████████

████████████████████████████████████████████

---

[3] Pages 13-14 of the Evaluation.
[4] Pages 13-14 of the Evaluation.

██████████████████████████████████████ ████████████████████████

████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████

I reserve the right to supplement this Report if and when the raw data becomes available to me and as I develop additional opinions related to Dr. Russell's Evaluation (including, but not limited to, opinions based on Dr. Russell's deposition, any rebuttal reports provided by Dr. Russell, and anything else requiring a supplement).

                                                                         */s/ Jason A. Demery*
                                                                         Jason A. Demery, Ph.D., ABPP-CN

---

[5] Page 15 of the Evaluation.