**HEAD KANDY, LLC. vs KAYLA MCNEILL**
**Melia Arnett-Archie, JD, CIPP/US, CIPM on 09/04/2024**

```
1                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
2                         FT. LAUDERDALE

3                    CASE NO: 0:23-cv-60345-JB

4    HEAD KANDY, LLC.,

5         Plaintiff,

6    vs.

7    KAYLA MCNEILL,

8         Defendant.

9    _____/

10                   VIDEOTAPED DEPOSITION OF
                     MELIA ARNETT-ARCHIE,
11                    JD, CIPP/US, CIPM

12

13        Taken on Behalf of the Plaintiff

14

15             DATE:     September 4, 2024

16             TIME:     11:00 a.m. to 4:05 p.m.

17             PLACE:    Zoom Video Conference

18        Examination of the witness taken before

19             Lori W. Pyron,
               Florida Professional Reporter
20             Notary Public

21

22

23

24

25

26
```

**EXHIBIT 1**

**HEAD KANDY, LLC. vs KAYLA MCNEILL**
**Melia Arnett-Archie, JD, CIPP/US, CIPM on 09/04/2024**

Page 2

```
 1                     A P P E A R A N C E S

 2

 3        For the Plaintiff:

 4              EDWARD COLIN THOMPSON, ESQUIRE
                Bartlett Loeb Hinds & Thompson PLLC
 5              1001 Water Suite 475
                Tampa, Florida 33602
 6              olint@blhtlaw.com
                tel:813-223-3888
 7
          For the Defendant:  Kayla McNeill
 8
                ANTONIO L. CONVERSE, ESQUIRE
 9              Converse Law Group, PC
                600 17th Street
10              Denver, Colorado 80202
                anthony@converselawgroup.com
11

12    and

13              JENNIFER TIEDEKEN, ESQUIRE
                Massy, Kelly & Priebe, PLLC
14              125 S, Howes Street
                Suite 1100
15              Fort Collins, Colorado 80521
                jennifer@lawfortcollins.com
16

17

18

19

20

21

22

23

24

25
```

**HEAD KANDY, LLC. vs KAYLA MCNEILL**
**Melia Arnett-Archie, JD, CIPP/US, CIPM on 09/04/2024**

```
 1                    I N D E X

 2     DIRECT EXAMINATION

 3           BY MR. THOMPSON.........        4

 4     CERTIFICATE OF OATH ............    162

 5     CERTIFICATE OF REPORTER .........   163

 6                 E X H I B I T S

 7
       DEFENDANT'S EXHIBITS:
 8
       1 - Subpoena Duces Tecum .......... 13
 9
       2 - K. McNeill engagement letter ... 14
10
       3 - Page 14 of 16 Scope of work .... 23
11
       4 - Expert Witness Report ......... 42
12
       5 - Melia Arnett-Archie, Esq
13         Curriculum Vitae .............. 84

14     6 - Article - Complete Guide to Regression
           Analysis ...................... 97
15
       7 - Article - Multiple regression analysis
16         of performance indicators in the ceramic
           industry  ..................... 100
17
       8 - Raiders of the Lost Correlation
18         Article ....................... 101

19     9 - Article User's guide to
           correlation coefficients ........ 103
20
      10 - Article - Conducting
21         correlation analysis ........... 104

22     11 - Article - Refresher on Regression
           Analysis ...................... 105
23
                    * * * * * * *
24

25
```

1    Q.    Okay.

2    A.    And I'm also part owner in my husband's  --

3  I don't know if this is relevant, but All Natural Pet

4  Food Franchise Group.

5    Q.    All right.  And what would you say is your

6  primary occupation?

7    A.    I manage and run my law firm, Modern Creators

8  Law Firm.

9    Q.    All right.  Can you give me a physical

10  address for the Modern Creators Law Firm?

11    A.    Yes.  901 South Federal Highway, Suite 102,

12  Fort Lauderdale, Florida 33316.

13    Q.    All right.  And what would be the best phone

14  number to reach you if that need ever arose?

15    A.    954-315-3880.

16    Q.    All right.  Ma'am, you've been identified and

17  produced a report as an expert witness for Ms. Kayla

18  McNeill in this lawsuit.  Are you aware of that?

19    A.    I am.

20    Q.    Have you ever before served as an expert

21  witness in any State or Federal Court proceedings,

22  regardless of whether you ever had to give testimony?

23    A.    I have not.

24    Q.    Do you know how it is you came to be

25  designated as an expert witness in this case?

Page 28

1     A.    Correct.

2     Q.    And you determined the continuing value of

3  what you called Ms. McNeill's personal page, correct?

4     A.    Correct.

5     Q.    And you determined from 2019 to 2024 the

6  consequential impact of social media engagement on the

7  Head Kandy's sales, correct?

8     A.    So to be clear, I only had full data through

9  2019 and 2022.  I think the scope would have been

10  between 2019 to 2024, but I was not provided full sales

11  data for 2023 or 2024.

12     So to answer your question, combing the sales data

13  for the years 2019 through the entirety of 2022, which

14  is what I had to evaluate, along with the correlation

15  analysis to quantify the strength and direction of

16  that page over that period of time as it relates to

17  Ms. McNeill's social media engagement and activity.

18     And then also using the Regression Analysis to

19  understand and predict future sales based on the

20  activity on that page over that time.

21     Q.    Okay.  Is there anything else that you were

22  asked to do and provide opinions on?

23     A.    No.

24     Q.    In your work did you review a copy of the

25  Executive Employment Agreement between Ms. McNeill and

1  Head Kandy?

2       A.    I did not.

3       Q.    Have you ever reviewed the operating

4  agreement for Head Kandy, LLC., of which Ms. McNeill was

5  a member?

6       A.    I have not.

7       Q.    Were you provided any information for how

8  Ms. McNeill was compensated by Head Kandy?

9       A.    I was not.

10       Q.    Okay.  Did you review any documents that

11  would show -- strike that.

12       Were you aware that Ms. McNeill formally operated

13  the Head Kandy business under a company that she owned

14  called Lashed Out, LLC.  Have you ever heard of that?

15       A.    I've not heard of Lashed Out, LLC., no.

16       Q.    Did you review any documents that would show

17  the ownership over the social media accounts that you

18  analyzed as part of your engagement?

19       A.    No.

20       Q.    Did you review any agreements between

21  Ms. McNeill and Head Kandy, LLC., regarding the

22  ownership of social media accounts?

23       A.    No, I don't believe so.

24       Q.    Did you review any documents between

25  Ms. McNeill and anyone, regarding the ownership of any

Page 32

1 activity on the page over a period of time, and what

2 likely would have been the model forward if that same

3 level of activity by Ms. McNeill had continued over

4 time.

5     And in using, from my area of expertise, with

6 respect to affiliate marketing, again not understanding

7 what the employment relationship was between Ms. McNeill

8 and Head Kandy, sort of what that average -- not

9 average, excuse me.

10    What that affiliate fee would have been for a page

11 at the same value from a following engagement

12 prospective of the Kandy Life page.

13    **Q.    Got it, okay.  So you don't know how or if**

14 **Ms. McNeill was compensated for her social media**

15 **engagement activities during her time with Head Kandy,**

16 **is that correct?**

17    A.    I do not know that, that's correct.

18    **Q.    So when you are calculating a value of lost**

19 **opportunities and wages after Ms. McNeill is no longer**

20 **with Head Kandy, are you assuming that Ms. McNeill had**

21 **rights to the Head Kandy page that you were analyzing?**

22    A.    I'm sorry.  I got lost somewhere in the

23 middle of that.  Can you repeat that for me?

24    **Q.    Sure.  As part of your opinions regarding**

25 **the lost opportunities and wages, are you assuming that**

Page 34

1  influencer negotiates with the company for a particular

2  compensation, is that correct?

3       A.    That's correct.

4       Q.    But do you know what compensation

5  Ms. McNeill negotiated for or with Head Kandy?

6             MR. CONVERSE:  Objection, form.

7             THE WITNESS:  I do not.

8  BY MR. THOMPSON:

9       Q.    I'm sorry.  I didn't hear your answer.

10      A.    I do not.

11      Q.    Okay.  And we'll get to that opinion.

12      All right.  We're going to go back to that

13  engagement letter that's been marked as Exhibit 2.

14      You've got the objectives as stated in this

15  document.  Is this an accurate listing of the objective

16 that you had for this engagement?

17      A.    Based on my understanding at the time of what

18 they asked for, yes.  This would be representative of

19 that.

20      Q.    Did those objectives ever change before you

21 issued your report?

22      A.    I'm just going to read them one by one, to

23 make sure that I'm answering --

24      Q.    -- yes, ma'am.

25      A.    Yes.

**HEAD KANDY, LLC. vs KAYLA MCNEILL**
**Melia Arnett-Archie, JD, CIPP/US, CIPM on 09/04/2024**

1  sure?

2      Q.    Please.

3      A.    Yeah.  So my conversations would have been

4  sort of for basic context, which is necessary to

5  understand what I'm looking at when I look at the social

6  media accounts, and then just a basic overview of how

7  she managed the page.

8      Q.    Okay.  So Ms. McNeill, did she -- can you

9  confirm whether she provided to you any documents?

10      A.    I don't see anything.  I believe everything I

11  received I would have received directly from the

12  attorneys.

13      Q.    Did Ms. McNeill explain to you what her

14  position was at Head Kandy up until the time she was

15  terminated?

16      A.    We didn't speak in a ton of specificity.  I

17  did understand that at one point she owned the company

18  and it was sold.  As well as at one point she was

19  primarily responsible for managing the pages, versus a

20  later point in time over the course of the relationship

21  I guess she was not managing the social media page, but

22  these are all things that I -- were made apparent in my

23  independent review of her social media accounts in terms

24  of the management of the page.

25      Q.    And did she, Ms. McNeill, explain to you how

**HEAD KANDY, LLC. vs KAYLA MCNEILL**
**Melia Arnett-Archie, JD, CIPP/US, CIPM on 09/04/2024**

Page 38

1   she was compensated by Head Kandy?

2       A.    No.

3       Q.    Did Ms. McNeill tell you any of the rights or

4   responsibilities she had under the Head Kandy, LLC.

5   Operating Agreement?

6       A.    No.

7       Q.    Did Ms. McNeill explain to you any of the

8   terms of the agreement by which she had sold the company

9   to Head Kandy?

10      A.    No.

11      Q.    Did Ms. McNeill explain to you any of the

12  terms of her executive employee agreement with

13  Head Kandy?

14      A.    No.

15      Q.    Previously you referred to, I think you said

16  the personal Facebook page.  Am I recalling that

17  correctly?

18      A.    That's correct.

19      Q.    All right.  Why -- well, first, what is the

20  personal Facebook page you referred to?

21      A.    I'm referring to the page that I reviewed,

22  which would have been Kandy Life,

23      Q.    Okay.  And why did you call it a personal

24  Facebook page?

25      A.    Because upon looking -- you know, you can go

Page 41

1        And then again, their ownership doesn't necessarily
2   -- it doesn't matter in terms of my assessment.  I'm
3   going to look at the data in the same way that I would
4   whether she was the owner, or whether she was not the
5   owner, because there's a direct relationship with
6   respect to engagement and sales.
7        Q.    All right.  Okay, I think I get it.
8        So you are looking at the value of the engagement
9   that Ms. McNeill's activities and presence caused and
10  contributed to Head Kandy, not the value of the page
11  itself, is that right?
12       A.    Correct.  You have to use the sales data from
13  Head Kandy to correlate to the activity, right?
14       So in that respect, those two are aligned, and you
15  see a steep decline in sales after a period of time
16  where engagement on the page of dropped.
17       Of course you can visually see sort of how the
18  content is changing over time.  So it is relevant in
19  terms of overall valuation of the page with respect to
20  following count an engagement as it correlates to Head
21  Kandy's sales data that I was given.  If that makes
22  sense.
23       Q.    Got it, okay.  But ultimately, you are not
24  offering an opinion as to the value of the page itself,
25  correct?

Page 42

1    A.    No.  Not absent the correlation to the sales

2  data.

3    **Q.    And not -- and you're valuating Ms. McNeill's**

4  **activities in driving engagement, that value it provided**

5  **to Head Kandy, correct?**

6    A.    Well, correct, but also you'd have to take

7  into account how -- it works the other way too.

8    How the engagement on the page is not only driving

9  sales, but the impact of the activity of Ms. McNeill, in

10  terms of driving that engagement, and that does impact

11  the overall value of the page, but that wasn't sort of

12  the scope of my analysis, per say.

13    My scope of the analysis is how was her activity

14  directly related to spikes in sales, increases in sales,

15  or not, or declining sales for that matter.

16    **Q.    Sure.  So your opinion is going to how her**

17  **activity is impacting the sales of Head Kandy, correct?**

18    A.    Correct.

19    **Q.    All right.  Let's go to what we're going to**

20  **mark as Exhibit 4.**

21    (Whereupon, Plaintiff's Exhibit No. 4 was marked

22  for identification.)

23  BY MR. THOMPSON:

24    **Q.    This is what is provided to me, titled the**

25  **Expert Witness Report, dated March 29, 2024.**

**HEAD KANDY, LLC. vs KAYLA MCNEILL**
**Melia Arnett-Archie, JD, CIPP/US, CIPM on 09/04/2024**

Page 48

1  right?  Let's start wit that.

2      So as I understand that, and I think you just

3  told me, if Ms. McNeill during 2019 to 2022 had an

4  agreement for Head Kandy to pay her a standard

5  affiliate commission on sales, she would have earned

6  $8,581,046.51, is that correct?

7      A.    That's correct.

8      Q.    But you don't know if Ms. McNeill did have an

9  agreement with Head Kandy for it to pay her affiliate

10  commissions in any amount, correct?

11      A.    No.  So because I don't have context into

12  her relationship with Head Kandy, from an employment

13  prospective, from an affiliate marketing prospective.

14      I'm looking at the page the way that you would

15  look across the industry at anyone providing the

16  services, and driving the level of engagement that

17  Ms. McNeill would have been driving over that period of

18  time, to determine how her twenty percent, which is the

19  standard affiliate marketing rate or the average.

20      How she would have benefited from the sales that

21  she was driving for the company.

22      Q.    Okay.  So this is -- I just want to make sure

23  I understand what this is.  You're just saying that for

24  the services that she provided in running that

25  particular Facebook page, an industry standard

HEAD KANDY, LLC. vs KAYLA MCNEILL
Melia Arnett-Archie, JD, CIPP/US, CIPM on 09/04/2024

1  earned profits of $8,581,046.50 from the time period

2  2019 to 2022?

3      A.    I'd have look at the sales data I was

4  provided to see if I knew that information at the time.

5  Off the top of my head, I can't route -- or set out to

6  you what the revenue would have been in 2019 to 2022.

7  I'd have to look.

8      Q.    Did Ms. McNeill ever tell you that she had

9  been promised affiliate commissions at the industry

10  standard rate for the time period 2019 through 2022?

11     A.    No.

12     Q.    Did anybody ever tell you that Ms. McNeill

13  was entitled to affiliate commissions at the standard

14  industry rate for the time period 2019 through 2022?

15     A.    No.

16     Q.    All right.  The second part of the other

17  component of approximately 11.4 million is $2,786,478 in

18  projected revenue from 2023 to 2024.

19     What is that projected revenue from 2023 to 2024

20  amounting in that approximately 2.8 million dollars?

21     A.    So this would have been the result of the

22  Regression Analysis when we're looking at sort of the

23  predicted model based on past trends in sales that are

24  directly correlated to the activity on the page, what

25  the revenue would have been for that page, and then

**HEAD KANDY, LLC. vs KAYLA MCNEILL**
Melia Arnett-Archie, JD, CIPP/US, CIPM on 09/04/2024

Page 73

1   or with the appropriate statistical measure would be to

2   evaluate its relevance to what I'm looking at.  I just

3   want to make that clear.  I'd have to see it to know.

4        Q.    Sure, okay.  All right.  Before we take a

5   break let's just finish up with this Exhibit A.

6        You've got on here Exhibit A to your report, Sales

7   Data and Engagement Data, and where did this chart come

8   from?

9        A.    So the sales data would have been data

10  deprived from the sales data that was provided to me by

11  Ms. McNeill's attorneys.

12       The social media metrics would have been data that

13  was pulled directly from the Kandy Life Facebook page.

14       Q.    All right.  And who -- so the Kandy Life

15  Facebook page looks like it's got a date, and then a

16  post.  How many posts were made on that day?  How many

17  total likes, comments, and shares, correct?

18       A.    Correct.

19       Q.    And who was it that went and looked at the

20  posts on these particular dates that are identified to

21  see how many posts were made, likes, comments, and

22  shares?

23       A.    I did that myself.

24       Q.    All right.  And how did you determine which

25  dates to look at for posts?

HEAD KANDY, LLC. vs KAYLA MCNEILL
Melia Arnett-Archie, JD, CIPP/US, CIPM on 09/04/2024

Page 74

1      A.    I was looking for outliers in the sales data,

2  or the variances and declines, steep declines in sales,

3  and steep increases in sales.

4      **Q.    Okay.  So then the dates that you have**

5  **identified are not -- in this Exhibit A to your report,**

6  **are not all the dates on which there was -- Ms. McNeill**

7  **had social media engagement through her -- through the**

8  **Kandy Life Facebook page?**

9      A.    No.

10     **Q.    Those are just ones that you identified**

11 **looking for increases or -- steep increases or decreases**

12 **in sales, correct?**

13     A.    Correct.

14     **Q.    All right.  So I want to make sure I get the**

15 **methodology.  So first you have the sales data for the**

16 **period, and you looked where -- what, from one day to**

17 **the next, and either went up a lot or down a lot.**

18     A.    Sometimes it would have been day to day.

19 Sometimes the activity would have been pretty consistent

20 throughout a period of days.  And so, you might look

21 from week to week.

22     So you'll see some variance in that based on the

23 activity on the page, and the corresponding sales data.

24     **Q.    And how did you -- did you have a definitive**

25 **metric for what you considered a steep increase or**

Page 76

1 felt were spikes or steep drop offs in sales from one

2 period to next, then you went to the Kandy Life Facebook

3 page, and looked to see if there was a post, and if so

4 determined how many likes, comments, and shares were on

5 that post, correct?

6     A.   Yes.

7     Q.   All right.

8     A.   And to be clear, in the evaluation of the

9 Facebook page, I looked at everything, right?

10     So whether or not it corresponded to what I was

11 seeing in spikes in sales or not, just to understand

12 overall engagement, and then taking a deeper dive to

13 then sort of marry up where I saw changes in the sales

14 data, and sort of what the activity would have been for

15 that day.

16     So I looked at the entire page, just to understand

17 sort of the overall approach in engagement rates, and

18 sort of the overall management of the page.  So there

19 was not one post that I did not evaluate.

20     Q.   Right.  And did you collect data anywhere on

21 daily sales and posts, and engagements in the form of

22 likes, comments, and shares for every single day there

23 were sales?

24     A.   I did not.

25     Q.   So in performing the Regression and Pearson

Page 79

1  continuing at 1:25 p.m.)

2          THE VIDEOGRAPHER:  The time is 1:25 p.m.

3     Eastern Standard time, and we are now back on

4     the video record.

5  BY MR. THOMPSON:

6     Q.    All right, Ms. Arnett-Archie.  I'm going to

7  go back to the report.  I'm in Exhibit B to it, Page 11.

8  I want to talk about again the affiliate commission.

9          So when you talk about the industry standard, the

10 standard affiliate marketer commission rate of twenty

11 percent.  First of all, what an affiliate marketer?

12    A.    So this would be someone who is contacted by

13 a brand to produce content, post content, and use their

14 following count to promote a product in the hopes of

15 driving sales towards a product.

16    Q.    And is it unusual for companies to have more

17 than one affiant marketer?

18    A.    No.

19    Q.    Is it common for companies to have more than

20 one affiliate marketer?

21    A.    I would say so.

22    Q.    And so in each affiliate marketer doesn't get

23 twenty percent of the company's total sales, do they?

24    A.    Not typically.  In cases where there are,

25 like this one, there was one person posting and managing

1  alone.

2      There would have been over the course of my four

3  year degree, a few classes that had statistics as a

4  component of a prior course.

5      I could not spout that off to you off of the top of

6  my head, in terms of exactly which courses they were, or

7  where in my four degree I would have taken those.

8      **Q.    Okay.  Let me ask it this way.  Do you**

9  **consider yourself to be an expert in statistical**

10  **analysis?**

11      A.    I consider myself to be an expert in the

12  application of statistical analysis to the evaluation

13  risks and of data, akin to the data that I was asked to

14  assess in this case, yes.

15      **Q.    And when you are representing clients in your**

16  **law practice, have you had opportunities to consider**

17  **analysis of data, so that you could then provide advice**

18  **to your clients?**

19      A.    So specifically going back to my time at

20  Striker Corporation, this was an applied skill that was

21  learned from sort of privacy engineering over the course

22  of course work and becoming certified as a Certified

23  Information Privacy Professional for the US, and I was

24  a privacy manager.

25      These are also components of that program where we

HEAD KANDY, LLC. vs KAYLA MCNEILL
Melia Arnett-Archie, JD, CIPP/US, CIPM on 09/04/2024

Page 87

1  use statistical methodologies like the Pearson

2  Correlation Coefficient.  And Regression modeling, to

3  work through the metrics and the development and

4  management of Global Privacy Programs, as well as our

5  evaluation and remediation of global data breaches,

6  which I led that Global Privacy practice.

7      And I was in charge with only applying these

8  skills, but I was in charge with educating and teaching

9  this to my global team.

10      Q.   Sure.

11      A.   And to answer your question more

12  specifically, yes, at a very high level in sort of

13  helping my clients to understand the overall valuation

14  of their page.

15      Where they should be spending time with respect to

16  engagement and driving engagement that impact their

17  business, and revenue for their business, we do apply

18  these statistical models and methodologies, excuse me.

19      Q.   When were you employed by Striker

20  Corporation?

21      A.   I would have started with Striker in 2012,

22  and I left late 2021.

23      Q.   And did Striker Corporation, when you were

24  there, did you work with any people who performed

25  statistical analysis?

HEAD KANDY, LLC. vs KAYLA MCNEILL
Melia Arnett-Archie, JD, CIPP/US, CIPM on 09/04/2024

Page 88

 1    A.    I did.  I worked in partnership with our

 2 Cyber Security Teams, with our Data Analytics Teams, and

 3 of course with my privacy team, which included privacy

 4 engineers.

 5    **Q.    Okay.  So the Data Analytics Team -- so did**

 6 **Striker Corporation -- it sounds like had a separate**

 7 **team or department that their job was data analytics, is**

 8 **that correct?**

 9    A.    That's correct.  For large data sets, but

10 specific to the management and implementation of the

11 privacy program, that would have been managed by my

12 team.

13    **Q.    And --**

14    A.    -- some times in conference with that team,

15 but most certainly did those evaluations.

16    **Q.    Okay.  And as part of that you and your team**

17 **had to perform some types of statistical analysis, is**

18 **that right?**

19    A.    We did.

20    **Q.    And how did you learn -- or did you**

21 **personally perform that statistical analysis, or did you**

22 **rely on others or work with others?**

23    A.    Both.  I performed some on my own.  For

24 the first three years of the program I was managing that

25 program, the global program, by myself.

HEAD KANDY, LLC. vs KAYLA MCNEILL
Melia Arnett-Archie, JD, CIPP/US, CIPM on 09/04/2024

1     So I would have been responsible for the day-to-day

2  operations and management and evaluation of programs

3  like our Data Analytics Program.

4     As the team grew, I again was responsible for

5  training, educating, and monitoring the activities of

6  the people on my team.

7     **Q.    Does your expertise -- what did you say?**

8  **I don't want to misquote you.  Did you say statistical**

9  **analysis, or data analytics?  What did you say your**

10 **expertise is what?**

11    A.    My expertise is in evaluating data, and

12 drawing correlations between data and activity, using

13 the Pearson Coefficient, Correlation Coefficient, and

14 Regression modeling.

15    Striker would use that to design and engineer our

16 privacy program to maintain it, as well as to evaluate

17 the relationship between our activities and the health

18 of our program, with trends in our data breach

19 management processes, and impacts.

20    **Q.    And would you say that your expertise in the**

21 **Pearson and Regression Analysis comes from your**

22 **knowledge, skill, experience, training, or education,**

23 **or combination of them?**

24    A.    I would say as a combination of them.

25 What I'm extremely adept at is what I do -- what I've

Page 90

1 done for Striker, for 3-M.  What I'm currently for my

2 customers is combining both the quantitative data and

3 insights from the data, to the qualitative data.

4      And so when you look at -- for example in this

5 case, it would be using those statistical models, but

6 also overlaying it with my expertise in evaluating

7 trends and data to be analyzing those to be able to draw

8 those -- to be able to draw the correlations between the

9 activity and what we see through a more qualitative

10 model, like the Pearson Model, or the Regression

11 modeling.

12      Q.   Have you had any formal education in where

13 you were taught Pearson or Regression Analysis?

14      A.   What do you mean by formal education?

15      Q.   Sure.  Did you take any class at a -- you

16 already said you didn't take any statistical class in

17 high school, right?

18      A.   Correct.

19      Q.   So after high school, did you take any

20 classes in college, or maybe you just paid for a class

21 outside of college, or anywhere?

22      Did you take any formal classes where you were

23 taught the Pearson and Regression Analysis?

24      A.   So again, Pearson and Regression Analysis,

25 and other statistical methodologies, would have been a

HEAD KANDY, LLC. vs KAYLA MCNEILL
Melia Arnett-Archie, JD, CIPP/US, CIPM on 09/04/2024

Page 91

1  part of some of my other core classes that I was taking.

2      It would not have been a statistics class.

3  Again, a full credit statistics class, either in

4  undergrad, law school, or thereafter in my formal

5  training as a Privacy Expert.

6      But certainly as a privacy expert, and in my

7  training in Cyber Security and Technology, that these

8  are components that would have been included in broader

9  training, yes.

10      Q.    Okay.  All right.  Let's start with the part

11  of the core classes.  What core classes did you take

12  where Pearson or Regression Analysis was involved?

13      A.    Sir, I can't -- let me explain something.

14  I cannot tell you what each component of my

15  undergraduate classes it would have been, other than I

16  was a psychology minor, and Statistical Analysis in

17  Psychology was a core part of our assessment and

18  evaluating training.

19      I can't point specifically as to which class that

20  would have occurred in or at what time, over my four

21  year degree that would have happened.  I just cannot

22  remember back that far.

23      Q.    Have you --

24      A.    -- go ahead.

25      Q.    Have you taken any classes, or participated

HEAD KANDY, LLC. vs KAYLA MCNEILL
Melia Arnett-Archie, JD, CIPP/US, CIPM on 09/04/2024

Page 92

1  in any training, where statistical analysis was the core

2  aspect of the class or training?

3      A.    I've already said, no.  That it was not --

4  it wouldn't have been the core aspect of the class or

5  training, but it would have been a part of a broader

6  education, and part of the curriculum with respect to

7  data analysis, threat and -- data breach and threat

8  analysis, which it would have been apart of my broader

9  training.

10      Q.    Okay.  Do you have certificates in

11  statistical analysis?

12      A.    No.  I have certificates as a Certified

13  Information Privacy Professional in the US, and in

14  program management, which both contain critical

15  components of data breach management, program

16  management, that apply these principles regularly.

17      Q.    So in the privacy context, and the classes

18  and the training's you've taken for privacy, if I'm

19  understanding right, there are components of that

20  training and education that encompassed Pearson and

21  Regression Analysis, is that right?

22      A.    Absolutely.

23      Q.    Okay.  So in --

24      A.    -- and to be clear, in other models these two

25  are the most relevant obviously, because these are the

**HEAD KANDY, LLC. vs KAYLA MCNEILL**
**Melia Arnett-Archie, JD, CIPP/US, CIPM on 09/04/2024**

1  sure.

2      Q.    Okay.  And in the past five years, do you

3  have a sense of how many times you've analyzed data

4  yourself performed a Regression Analysis?

5      A.    Probably a number akin to my use of the

6  Pearson Methodology.

7      Q.    Okay.  So it could be somewhere between

8  fifty and a hundred?

9      A.    Sir, I would not be able to tell you a

10  precise number.

11      Q.    Have you ever previously provided any sworn

12  testimony, whether it be a deposition, or in a court,

13  regarding any statistical analysis that you performed?

14      A.    I believe I've already answered that, no.

15      Q.    Other than the training that you had for

16  privacy certifications, were you taught anywhere else,

17  you know, even if it's just by a coworker an individual,

18  how to perform Pearson or Regression Analysis?

19      A.    So informally, for sure.  As I do with my

20  practice across the board, I read articles, and inform

21  myself on the different applications of the models.

22      For example, in my transition to social media to

23  understand how to extrapolate trends and data using

24  these models for social media, would have been something

25  that I read up on and learned, and been apart of

HEAD KANDY, LLC. vs KAYLA MCNEILL
Melia Arnett-Archie, JD, CIPP/US, CIPM on 09/04/2024

Page 95

1  conversations with colleagues, and more informally for

2  sure.

3      Q.    So with regards to your specific application

4  of Pearson and Regression Analysis, for evaluating

5  social media engagements and affects on sales, is that

6  something that you would consider kind of self-taught?

7      A.    What do you mean?  I don't understand what

8  you mean by self-taught versus what?

9      Q.    Sure.  You have ever taken any classes or

10 participated in any formal training where you were

11 taught how to use Regression or Pearson Analysis, for

12 evaluating social media engagement in any way?

13     A.    Sir, what I do is novel.  I don't know how

14 many social media lawyers you've met, but everything is

15 learned and applied based on -- in this niche, based on

16 doing.

17     Q.    Okay.

18     A.    And so applying what I have learned in my

19 training, my experience, my prior education to what I'm

20 providing and what I do rely on colleagues in different

21 capacities to pressure test and to opine on.

22     I'm thinking about data, where I'm carving out a

23 specific niche.  There's probably less than a hundred

24 social media lawyers in the county.

25     So there -- my point being, that there are no

1  specific classes to my knowledge that specifically

2  provide this sort of education directly.

3      Q.    I understand.  So you're taking what you

4  learned with regard to statistical analysis for --

5  originally for Privacy and Cyber Security, right?

6      That's where you originally learned it and applied

7  it, in privacy and Cyber Security?

8      A.    And in psychology, correct.

9      Q.    In psychology.  Thank you.

10     And now you are taking that knowledge and you are

11 applying it to analyze social media engagement, correct?

12     A.    Right.  Now I did not invent that.  So there

13 are white papers in terms of available sort of expanding

14 on the use of these models in this way, but you asked me

15 about formal education.

16     There is no formal education in this space, for

17 this sort of applied statistical methodology to social

18 media, formally, or in any educational institution to my

19 knowledge.

20     Q.    All right.  I'm going to show -- just go

21 through these quickly, because you produced to me a

22 series of articles in response to the request for a --

23 or the subpoena duces tecum that we had served on you.

24     So I wanted to show these to you, and we'll mark

25 these -- what number are we on, No. 6, all right.

HEAD KANDY, LLC. vs KAYLA MCNEILL
Melia Arnett-Archie, JD, CIPP/US, CIPM on 09/04/2024

1    Q.    All right.  So in reviewing, did you find

2  that this article that we're looking at here was

3  accurate in its explanation of Regression Analysis and

4  its applications?

5    A.    At a high level, absolutely, which is why I

6  provided it.  Again, with respect to the application to

7  social media.

8       That requires a keen expertise and knowledge about

9  how the metrics and analytics within a social media

10  platforms work, which is a separate skill set, an area

11  of expertise that's necessary to insure the accurate and

12  appropriate application of either model or methodology

13  used.

14       So with respect to social media, an analysis with

15  respect to social media, that qualitative portion is

16  extremely important to understand with respect to how

17  metrics are used, social media metrics specifically.

18    Q.    Okay.  On Page 3 of this article discusses

19  different types of Regression Analysis; Linear

20  Regression, Multiple Linear Regression, and Non Linier

21  regression.

22       Which type of Regression Analysis did you apply

23  in this case?

24    A.    As my report says, a Linear Model.

25    Q.    And why did you choose a Linear Model?

HEAD KANDY, LLC. vs KAYLA MCNEILL
Melia Arnett-Archie, JD, CIPP/US, CIPM on 09/04/2024

Page 99

1     A.    Because the Linear Model is going to show a

2  direct relationship between -- and just let me, because

3  I don't want to misspeak.

4     It's going to show a direct relationship between

5  the estimated sales, and the engagement metrics that

6  predict how increases in the metric again, that

7  qualitative input that we're taking from social media;

8  likes, comments, shares, are applied.

9     **Q.    And how did you determine that there was a**

10  **Linear relationship between sales and those social media**

11  **engagement metrics?**

12     A.    So you use sales as a fixed variable, and

13  then the social media engagement as -- engagement

14  metrics that show -- that are used as independent

15  variable.

16     And so that's how you relate the engagement and the

17  impact on sales.

18     **Q.    Did you consider --**

19     A.    -- so using those actual data points for

20  that.

21     **Q.    Okay.  Did yo consider any other independent**

22  **variables in your analysis?**

23     A.    Outside of the social media metrics?

24     **Q.    Yes, ma'am.**

25     A.    No.

Page 118

1  combination of likes, comments, and shares, correct?

2      A.    Correct.

3      Q.    So the relationship between the number of

4  likes, comments, and shares combined, and sales were

5  linear.  Why did you make that assumption?

6      A.    Based on what I saw in the data, and again my

7  experience in the impact of social media engagement on

8  revenue, and on -- I guess, various other -- in this

9  case we're looking at sales, but that relationship

10  between likes, comments, and shares, would have to be a

11  linear relationship to make the methodology applicable

12  in this case.

13      Q.    Okay.

14      A.    And so that's the assumption that that is a

15  linear relationship.

16      Q.    And a linear relationship in this context

17  means as a trend, as engagement goes up, you should see

18  sales go up as well, correct?

19      A.    Or vice-versa.  When engagement goes down,

20  you'll see a down trend in sales.

21      Q.    Okay.  Did you do anything to verify that

22  the relationship between engagement and sales was indeed

23  linear?

24      A.    So again, the selection of the criteria used

25  from the sales data was that assessment, right?  So it's

Page 119

1  looking both at trends in the sales data, but then also

2  that correlates just based on a assessment of activity

3  on the page.  How one impacted the other.

4      So that would have been a bilateral assessment of

5  how those trends would married up.

6      **Q.    Okay.  All right.  The next assumption is**

7  **that external factors not included in the model, such as**

8  **market trends on or offline marketing activities, held**

9  **constant, or had a negligible affect during the analysis**

10 **period.  Why did you make that assumption?**

11     A.    Again, I think you may have mentioned it

12 earlier, I wasn't privy to information with respect to

13 what other external marketing factors there may been,

14 but based on my prior experience in applying this

15 methodology.

16     What I can say is looking at direct engagement

17 metrics within the platform, likes, comments, and

18 shares, and the corresponding impact on sales to

19 determine whether or not there's a linear relationship

20 based on a range of a negative one, two positive ones.

21     And determining within that statistical range is --

22 can be determined to be a linear relationship using the

23 metrics in which I used, which was would the engagement

24 metrics would be sufficient to support the evaluation

25 using the Pearson's model.

HEAD KANDY, LLC. vs KAYLA MCNEILL
Melia Arnett-Archie, JD, CIPP/US, CIPM on 09/04/2024

Page 128

1    A.    That's correct.

**2    Q.    But in the data that was considered here**

**3  in Exhibit A, from this data you can't tell whether on**

**4  3/1 or 3/27/19, there was also a BOGO sale, correct?**

5    A.    For the purposes of this analysis, that is

6  not sort of the focus of the chart that you see here.

7         Again, it wasn't that it wasn't considered.  It's

8  that it is not reflected here as a driver, the linear

9  relationship between sales and engagement from the

10  prospective of posts, likes, shares, and comments in the

11  aggregate.

**12    Q.    Right.  And that goes back to what we started**

**13  with, that those external factors, meaning other than**

**14  the posts themselves, an assumption was that they held**

**15  constant, or had a negligible affect during the analysis**

**16  period, right?**

17    A.    Outside of what I just said, that there was

18  -- there is an indication, that as it relates to overall

19  engagement and the management of the page, that if there

20  was a sale day, if there was a BOGO day, yes.  That

21  would be associated with -- that could be associated

22  with the spikes and sales.

**23    Q.    Could, but we don't -- you don't know.**

24    A.    I don't know what you mean by I don't know.

25  I can't explain to you --

HEAD KANDY, LLC. vs KAYLA MCNEILL
Melia Arnett-Archie, JD, CIPP/US, CIPM on 09/04/2024

Page 129

1      Q.    -- sure, you didn't --

2      A.    -- how I know anymore than I already have.

3      Q.    Right.  But you didn't do any type of

4   statistical analysis to see if any particular sale, such

5   as BOGO, as you just said, had an impact a driving force

6   on the sales numbers for a particular day?

7      A.    That specific analysis is not included in my

8   assessment or report.

9      Q.    Okay.  So if we look at the data, and we

10  already said from a trained prospective linear

11  relationship means as the independent variable, here

12  engagement goes up or down.  The dependent variable

13  here, sales will correspondingly go up or down, correct?

14     A.    Correct.

15     Q.    All right.  So then if we go to these

16  particular days, let's just look at 11/29, we have a

17  $195,000 in sales on -- let's see, that's like 83, about

18  ten -- approximately 10,000 likes, comments, and shares,

19  is that -- and we can add it up specifically, but do you

20  agree with that math?

21     A.    We can add it up.  I'm sure it's --

22     Q.    -- 2922 likes, plus 5371 comments, plus 1931

23  shares, is 10,224 elements of engagement.  Does that

24  sound right?

25     A.    It sounds right.

HEAD KANDY, LLC. vs KAYLA MCNEILL
Melia Arnett-Archie, JD, CIPP/US, CIPM on 09/04/2024

1    Q.    All right.  So then a couple of days later on

2  12/1, and a linear relationship from a trend prospective

3  would say, if we had more items of engagement, sales

4  should go up, right?

5    A.    Right.  Within a certain range, and there

6  are factors that could -- you could see an opposite

7  relationship.

8    Q.    Okay.

9    A.    Which is why you saw in my report that I said

10 that there is a moderate relationship.  We didn't --

11 it's not over sold.

12    We accounted for sort of the departure from that

13 positive linear relationship that we saw on the -- on

14 the day that you just cited.

15    Q.    Sure, yes.  So for 12/1, if we add up the

16 likes, comments, and posts, we get a 11,276, which is

17 approximately a thousand more than on 11/29, but

18 sales are 624.

19    A.    So the way that you're looking at this sort

20 of as an individual sales day versus taking the entirety

21 of the data here and computing it across this period of

22 time that we're analyzing, is not going to give you an

23 accurate picture of the linear relationship between

24 these things.

25    Q.    Right, because the --

HEAD KANDY, LLC. vs KAYLA MCNEILL
Melia Arnett-Archie, JD, CIPP/US, CIPM on 09/04/2024

Page 131

1    A.    -- go ahead.

2    Q.    No, go ahead.  I'm sorry.

3    A.    That's my point.

4    Q.    Sure.

5    A.    You can compute -- all you want, and it's not

6  going to give you the picture of what happened over time

7  with respect to the impact of engagement on the page on

8  sales.

9    Q.    Right.  And that's because when you say it's

10  a linear relationship, that's just the trend line.

11   A.    That's correct.

12   Q.    Not the -- it's not absolute for every day,

13  correct?

14   A.    That's correct.

15   Q.    And that's because there can be other factors

16  that come in to play, that drive -- that can impact the

17  dependent variable sales, correct?

18   A.    Sure.

19   Q.    So for instance here, we have 11/29, and

20  11/28, got a lot of -- of high sales those two days,

21  which happened to also be the two days after

22  Thanksgiving.

23   A.    Which guaranteed there was a promotion that

24  was run on those days.

25   Q.    Okay.

HEAD KANDY, LLC. vs KAYLA MCNEILL
Melia Arnett-Archie, JD, CIPP/US, CIPM on 09/04/2024

Page 132

1     A.    Based on the timing of the year, and based on

2  the numbers.

3     Q.    Right.  So the promotion itself may have

4  driven sales during those two Black Friday days,

5  correct?

6     A.    Likely.

7     Q.    And then a couple of days later, when people

8  have already spent on 11/30, you get another hundred

9  grand, but now they're out of -- everybody has already

10  bought by 12/1, right?

11          MR. CONVERSE:  Objection to form.

12          MR. THOMPSON:  Thank you.

13  BY MR. THOMPSON:

14     Q.    That could be a reason why sales are lower

15  on 12/01, correct?

16          MR. CONVERSE:  Objection, form.

17          THE WITNESS:  Potentially.

18  BY MR. THOMPSON:

19     Q.    All right.

20     A.    And it would be a more robust story to tell

21  if you could look at the corresponding sales data from

22  2023 and 2024 to see if there's similar patterns based

23  on similar activity.

24     Q.    Okay.  Well you've got '19 -- sales data for

25  2019, 2020, 2021 --

1      Q.     Okay.

2      A.     All the way to the impact.  There you go.

3      Q.     Okay, got it.

4      A.     All right.  So you'll start to see -- excuse

5  me, in the summary here for simplicity sake, the

6  coefficient correlations here, the value is given based

7  on the data above, and I think I broke that down between

8  Kayla's tenure, and post Kayla's tenure.

9      Q.     All right.  And for instance it shows during

10  her tenure engagement and sales correlation, moderate

11  positive correlation.  You say, coefficient 1.0418, with

12  the p-value of 1543, that's the result of a Regression

13  Analysis that you performed?

14      A.     No.  This would have been the sale

15  correlation.

16      Q.     The sales -- that's a Regression Analysis, or

17  a Pearson Analysis?

18      A.     Yep.  So these, if you go back to the

19  Regression Analysis, you'll see these same figures --

20  let me find it in the Pearson's Analysis.

21      Q.     Okay.  And to get those, that's some things

22  that you used -- what program do you use?  Is it Excel,

23  or some other program?

24      A.     Yes.

25      Q.     Excel?

Page 140

1      A.    I use Excel and I use --

2      Q.    -- and so you input the data into Excel,

3  and you ask it to run a Regression or a Pearson

4  analysis, and it spits out these coefficients, p-values,

5  R-squared, those kind of things, right?

6      A.    Correct.

7      Q.    Where are those -- where is that Regression

8  analysis?  Where is the output from the data set that

9  you put in, where you asked it to do the Regression and

10 Pearson Analysis?

11     A.    You see it here, those are the calculations

12 done in real time, and added to the report.

13     Q.    Okay.

14     A.    There's no corresponding work product to

15 provide to you.

16     Q.    And so Excel doesn't have a -- doesn't

17 produce a chart that says this is the data that was put

18 in, and here's the r-squared, here's the p-value.

19     A.    So what you see is what I have in my records.

20     Q.    Right.  But isn't there a Excel document, or

21 the Excel file that an be saved?

22     A.    So in general -- I may have calculated these

23 in real time.  I'd have to go back through sort of, and

24 remember how I came up with these particular values.

25     I don't have any sort residual work product to hand

Page 141

```
 1  over.  I would have handed that over in a production
 2  order.
 3      Q.   So if I'm trying to recreate that, and get
 4  that coefficient of .418 and the p-value of 1.543, I'd
 5  input the data that you have in Exhibit A into Excel,
 6  is that right?
 7      A.   You could, yes.
 8      Q.   Well, not I could.  I'm trying to -- how do
 9  I recreate, how do I verify that the coefficient --
10      A.   -- you'd have to formulate and format an
11  Excel Spread Sheet to be able to produce this output.
12      Q.   Okay.  Tell me how to do that with what we
13  have here.
14      A.   Sir, I'd have to -- actually do, I cannot
15  recreate.  It's a complex -- this is a program that I
16  use.  I don't save the data.
17      Q.   But the input data that you used is all --
18      A.   -- it's an Excel calculator --
19      Q.   -- in Exhibit A, correct?
20      A.   It's an Excel calculator.
21      Q.   Sure.  But you've got to input data.
22      A.   Correct.
23      Q.   And the data that you input, is that what is
24  shown in Exhibit A to your report?
25      A.   That is correct.
```

HEAD KANDY, LLC. vs KAYLA MCNEILL
Melia Arnett-Archie, JD, CIPP/US, CIPM on 09/04/2024

Page 142

1    Q.    Did you input all of this data, or just the

2  subset of it?

3    A.    I would have included all of this data.

4    Q.    So then for the likes, comments, and shares,

5  did you aggregate them up and that's what you used as

6  the independent variable?

7    A.    For each day.

8    Q.    And then input the sales as the dependent

9  variable?

10    A.    The dependant variable, correct.

11    Q.    And then you ask it, okay, give me a

12  Regression Analysis, and when you did that it showed a

13  coefficient of .488, is that right?

14    A.    That's what it looks like, sir, yes.

15    Q.    For the data from 2019 to 2022?

16    A.    '22, correct.

17    Q.    All right.  And the post 2023 Kayla period,

18  as shown on Page 11 of the report, which is in Exhibit

19  B, we go back to the data in your Exhibit A.  That's the

20  data that's starting on January 6, 2023, running through

21  the March 13, 2024, correct?

22    A.    So that would have been including 2023 and

23  2024, minus the sales data.

24    Q.    Okay.

25    A.    So you'd have to use -- I can look at my

Page 143

1  report, but you'd have to use what we -- the strategic

2  process for the Regression Analysis to estimate the

3  relationships between the variable, and then compute it.

4       Q.    Okay.

5       A.    And that gives a predictive model.

6       Q.    All right.  And it shows here you got

7  engagement and sales correlation for the post Kayla

8  period 2023, with a profit negative correlation, with

9  the coefficient of negative one, and a p-value of zero.

10      A.    Again, that may change based on the

11  implementation or addition, or actual sales data, which

12  again I did not have.

13      Q.    So what sales data then did you use for

14  running this Regression Analysis for the post Kayla

15  period, 2023 to 2024, when your Exhibit A has no sales

16  data from 2023 to 2024?

17      A.    Yes.  So we would have used -- for that let

18  me just reference my notes so that I can accurately

19  represent what went in to that post Kayla period.

20       So that post Kayla period would have included --

21  the social media engagement along with the predictive

22  modeling of what the sales would have been using the

23  criteria on the other page.  So the projected sales for

24  2023 and 2024.

25      Q.    So as I understand it, the predicted modeling

Page 144

1  and the projected sales is what you determined to be the

2  sales for the entire year of 2023, and then the entire

3  years of 2024, correct?

4      A.   That's the only way that I could do it with

5  the data that I was provided.

6      Q.   Sure.  Then but for the post Kayla analysis

7  period the Regression Analysis that you did, where you

8  said you used the data from this Exhibit A, for the

9  years 2023 and 2024.  These are particular days on here,

10  not entire years.

11     A.   Correct, because I'd have to get some --

12  based on the information that I had, an indication of

13  what engagement would have been on an average over the

14  period of time.

15     So you don't divorce the data that you do have,

16  which is the engagement metric from the social media

17  pages over that time to give an indication of how the

18  page was performing, even though you can't directly

19  related that for the sales data for that time because

20  it's absent.

21     So if you look at the corrected figures and

22  calculations you'll see the projected sales, everything

23  that we went over before, for 2023 and 2024,

24     Q.   Okay.  What I'm trying to figure out here is

25  for this time period 2023 to 2024, which you call the

Page 145

1  post Kayla period.  You provide results from the

2  Regression Analysis being a perfect negative

3  correlation, meaning a coefficient of negative one and

4  p-value of 0.0, correct?

5      A.   Based on projected sales for 2023 and 2024.

6      Q.   Okay.  So the dependant variable was the

7  projected -- to run this Regression Analysis here, you

8  used the projected sales for 2023 and 2024, is that

9  right, as your dependant variable?

10     A.   The outcome variable and the predictors,

11 which would be the social media engagement.

12     Q.   All right.  So then your dependent variable

13 for the Regression Analysis for 2023, would have been

14 $13,419,982.29, is that right?

15     A.   Yes.  I'd have to go back through and

16 calculate to insure that that's consistent with what the

17 results we got in the Regression Analysis, but I think

18 it's safe to say.

19     Q.   Okay.  But you didn't keep the Regression

20 Analysis I thought.

21     A.   I didn't.  That's what I said, I'd have to go

22 back through and calculate it from the data provided.

23     Q.   And your memory then, the dependent variable

24 for the sales for 2024, would have been the

25 $14,444,797.03 that you projected sales for 2024 to be,

Page 146

1  correct?

2      A.    Correct.

3      Q.    All right.  So you've got those two

4  independent variables for your Regression Analysis for

5  the 2023-2024 period.  What were your independent

6  variables for those two dependant variables?

7      A.    Again, it would have been an average of the

8  social media engagement for the time selected, using the

9  same methodology used for 2019 to 2022.

10     Q.    So the average, meaning going back to your

11 Exhibit A, you would have -- starting with this data

12 point for 1/6/23, you would have added up that

13 engagement for that particular day, and then done the

14 same for each of the several days you have here, which

15 determines what the total -- the average --

16     A.    -- the aggregate sum.

17     Q.    Okay.  So for 2023, you would have added up

18 all this engagement here, starting with that 3,700 likes

19 on January 6, 2023,

20     Added all of the 2023's up, and divided it by the

21 number of days for which you have data in 2023, is that

22 right?

23     A.    It still doesn't give you sort of perfect

24 score.  Again, without having the benefit of the

25 corresponding sales data, but yes.

Page 147

1       For the independent variable that would have been

2   the approach.

3       Q.    Sure.  And I'm just trying to figure out what

4   you did to get that perfect negative correlation, you

5   know, that result that you had.  I'm trying to figure

6   out how we replicate this analysis.

7       So, all right.  Have you ever done a Regression

8   Analysis before where you had a perfect negative

9   correlation?

10      A.    No.

11      Q.    And again, this may be skewed based on sort

12  of the data you had to work with.  So given actual sales

13  data for 2023 and 2024, we may have a different

14  relationship.

15      I still think you'll see that from a correlations

16  standpoint linear relationship to the activity, and the

17  sales data, based on what we've seen before, but without

18  having the actual sales data.  This is sort of the best

19  that we could do.

20      Q.    All right.  I'm a little confused on this

21  here.  So I'm on Page 9 of your report here under the

22  2020.  Talking about the value -- under the heading,

23  value estimation Regression Analysis 2020

24      Talking about July 30th of 2020.  So you say a

25  correlation analysis revealed a very strong positive