## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

HEAD KANDY LLC,

       Plaintiff/Counterclaim Defendant,

v.                                     Case No. 0:23-cv-60345-JB/JMS

KAYLA MARIE MCNEILL,

       Defendant/Counterclaimant/Third-Party Claimant,

v.

JEROME FALIC,

       Third-Party Defendant.

_____/

### PLAINTIFF/COUNTERCLAIM DEFENDANT, HEAD KANDY, LLC
### AND THIRD-PARTY DEFENDANT, JEROME FALIC'S NOTICE
### OF FILING DEPOSITION TRANSCRIPT OF RYAN THOMPSON

Plaintiff/Counterclaim Defendant, Head Kandy LLC ("**Head Kandy**") and Third-Party Defendant, Jerome Falic ("Mr. Falic") through undersigned counsel, hereby gives Notice of Filing volumes I and II of the September 6, 2024 deposition transcripts of Ryan Thompson in support of Head Kandy and Mr. Falic's Motions for Summary Judgment.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 22, 2024 I filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send notice of this filing to: Laura E. Burgess, Esquire, laura@leburgesslaw.com, L.E. Burgess, P.A., 5966 S. Dixie Highway, Suite 300, Miami, Florida 33143, *Counsel for Defendant*; Antonio L. Converse, Esquire, anthony@converselawgroup.com, Converse Law Group, P.C., 600 17th Street, Denver, Colorado 80202, *Counsel for Defendant;* Jennifer Tiedeken, Esquire, jennifer@lawfortcollins.com, jamie@lawfortcollins.com, Massey, Kelly & Priebe, PLLC,

125 S. Howes Street, Suite 1100, Fort Collins, CO 80521, *co-counsel for Defendant;*. and Jed Ferdinand, Esquire, jferdinand@fiplawgroup.com, Kathleen B. Moore, Esquire, kmoore@fiplawgroup.com, Ferdinand IP Law Group, 450 Seventh Avenue, Suite 2300, New York, New York 10123, *Counsel for Plaintiff.*

*/s/ Edward C. Thompson*

**ETHAN J. LOEB**
FL Bar No. 668338
ethanl@blhtlaw.com
KerriR@blhtlaw.com
eservice@blhtlaw.com
**EDWARD C. THOMPSON**
FL Bar No. 684929
colint@blhtlaw.com
heatherw@blhtlaw.com
**JALEN A. LARUBBIO**
FL Bar No. 1039258
JalenL@blhtlaw.com
**CARSON A. SADRO**
FL Bar No. 1026159
CarsonS@blhtlaw.com
**BARTLETT LOEB HINDS**
**THOMPSON & ANGELOS**
1001 Water Street, Suite 475
Tampa, FL 33602
Telephone: 813-223-3888
Facsimile: 813-228-6422

*Counsel for Plaintiff/Counter-Claim*
*Defendant Head Kandy, LLC and*
*Third-Party Defendant, Jerome Falic*