# Deposition Transcript

Case Number: 0:23-cv-60345
Date: September 6, 2024

In the matter of:

# Head Kandy LLC v KAYLA MARIE MCNEILL, et al.

## Ryan Thompson  - VOL. II - AFTERNOON SESSION

**CERTIFIED COPY**

Reported by:
Kelli R. Hopper



Steno
Official Reporters

315 West 9th Street
Suite 807
Los Angeles, CA 90015
concierge@steno.com
(310) 573-8380
NV: Firm #108F

1                 UNITED STATES DISTRICT COURT

2            FOR THE SOUTHERN DISTRICT OF FLORIDA

3

4

5

6  HEAD KANDY LLC,                    )
                                      )
7              Plaintiff,             )
                                      )
8    vs.                             ) No.0:23-cv-60345-JB
                                      )
9  KAYLA MARIE MCNEILL,               )
                                      )
10             Defendants.            )
   _____)

11

12

13

14                 AFTERNOON SESSION

15                 REMOTE PROCEEDING

16            DEPOSITION OF RYAN THOMPSON

17             Friday, September 6, 2024

18                 Tampa Bay, Florida

19

20

21

22

23        Reported by:  Kelli R. Hopper, CSR No. 7172

24

25

```
 1                        APPEARANCES

 2

 3   For Plaintiff:      Bartlett, Loeb, Hinds, Thompson &
                         Angelos
 4                       BY MS. CARSON SADRO
                         Attorney at Law
 5                       101 Water Street
                         Suite 475
 6                       Tampa, Florida  33602
                         (813) 223-3888
 7                       CarsonS@blhtlaw.com

 8

 9

10

11   For Defendants:    Law Office of Antonio L. Converse
                         BY MR. ANTONIO L. CONVERSE
12                       Attorney at Law
                         600 17th Street
13                       Suite 2800 South
                         Denver, Colorado  80202
14                       (303) 228-9471
                         anthony@converselawgroup.com
15

16

17

18   The Videographer:  Matthew Paster

19

20   Also present:  Kayla McNeill
                     Brandi Webb
21

22

23

24

25
```

```
 1                    I N D E X

 2

 3   EXAMINATION BY                          PAGE

 4   MR. CONVERSE                             166

 5

 6

 7

 8

 9

10                  EXHIBIT INDEX

11   DEFENDANTS' EXHIBITS

12   Exhibit 5    Head Kandy's Rule 26(a)(1)    174
                  supplemental disclosures
13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                    Tampa, Florida
 2               Friday, September 6, 2024
 3                   Remote Proceeding
 4                     (2:59 p.m.)
 5                        -oOo-
 6
 7          THE VIDEOGRAPHER:  We are now on the
 8       record.  The time is 2:59 p.m. mountain time.
 9        BY MR. CONVERSE:
10       Q.  All right.  Mr. Thompson, excuse me.  We
11       had discussed charges that you made to the card you
3:00:08 12  had received on the AmEx account.
3:00:17 13       Did -- were you ever asked to assist in
3:00:21 14  performing an audit on the charges that were placed
3:00:24 15  on your credit card?
3:00:27 16       A.  The only time I was asked to assist with
2:00:30 17  anything is once we received the report back from
2:00:36 18  W2.  Kayla and myself -- I can't remember if Cailyn
2:00:40 19  Colt was as well, but we were asked -- at least I
2:00:43 20  was instructed by Ms. McNeill to go through all the
2:00:48 21  charges that were listed on -- by specific card on
2:00:54 22  the AmEx and write out what the charges were for.
2:00:57 23       So that's the only time I ever assisted in
2:01:00 24  anything with the audit.
2:01:04 25       Q.  When you were reviewing the charges to
```

2:01:09  1   your card, did you find any charges that were

2:01:10  2   personal expenses?

2:01:14  3       A.  No.  I did not.

2:01:25  4       Q.  Did you print out the statements and then

2:01:27  5   physically write on them what they were --

2:01:28  6       A.  Yes.

2:01:28  7       Q.  -- for?

2:01:30  8       A.  Yes.  That is correct.

2:01:34  9       Q.  What did you do with those statements that

2:01:37 10   you had notated on?

2:01:41 11       A.  I still have them.

2:01:44 12       Q.  Were you asked to provide them to anyone?

2:01:46 13       A.  No.  Actually, I was instructed by

2:01:50 14   Ms. McNeill to stop doing that and she would let me

2:01:54 15   know when we were supposed to turn them in or

2:01:54 16   whatnot.

2:01:56 17           I can't remember the exact conversation,

2:02:00 18   but I never physically was asked to produce those

2:02:04 19   to anybody, so I still have them in my -- my

2:02:04 20   possession.

2:02:09 21       Q.  Is that true for the time period after

2:02:11 22   Ms. McNeill was terminated?

2:02:16 23       A.  That's true until the present time.

2:02:25 24       Q.  Were you asked to provide any supporting

2:02:30 25   documentation for the charges on your credit card?

2:02:34  1        A.   I think they asked if we were able to

2:02:40  2  produce any receipts, but it was so far back that

2:02:44  3  most of the stuff on my card was like -- I'm trying

2:02:50  4  to think -- like recurring expenses.  So there

2:02:53  5  weren't a lot of receipts to be able to provide.

2:02:56  6        And if there was, they would be -- they

2:02:59  7  would have already have been handed in to the

2:03:01  8  accounting department with previous expense

2:03:02  9  reports.

2:03:06  10       Q.   I'm sorry.  I probably should have

2:03:08  11  clarified because I'm just now recalling that you

2:03:11  12  said you had two difference credit cards during

2:03:14  13  your different stents with Head Kandy.

2:03:18  14       Did you perform that review of expenses

2:03:20  15  for both credit cards?

2:03:22  16       A.   No just the one.

2:03:26  17       Q.   Okay.  And that would be the one that you

2:03:30  18  received after you were rehired in 2021?

2:03:33  19       A.   That would have been the one of that I had

2:03:34  20  before I left Head Kandy in 2020.

2:03:40  21       Q.   Okay.  Were you ever asked to review the

2:03:45  22  charges on the card you received after you were

2:03:46  23  rehired?

2:03:48  24       A.   No.  They already had all the supporting

2:03:52  25  documents for any expense that would have been on

| | | |
|---|---|---|
| 2:03:53 | 1 | that specific card. |
| 2:03:54 | 2 | Q.  Okay. |
| 2:03:55 | 3 | A.  Yeah. |
| 2:04:02 | 4 | Q.  With regard to the charges you reviewed, |
| 2:04:11 | 5 | were some of the expenses too old for you to obtain |
| 2:04:13 | 6 | those supporting documentation? |
| 2:04:14 | 7 | A.  Yes. |
| 2:04:18 | 8 | Q.  And then I believe you said that the |
| 2:04:24 | 9 | supporting documentation would have been provided |
| 2:04:30 | 10 | when the expense reports were initially turned in |
| 2:04:32 | 11 | for those charges; was that correct? |
| 2:04:34 | 12 | A.  That is correct. |
| 2:04:36 | 13 | Q.  Okay.  Were you told whether or not Head |
| 2:04:42 | 14 | Kandy had retained any of the supporting |
| 2:04:46 | 15 | documentation that had previously been provided? |
| 2:04:49 | 16 | A.  I was not informed of any -- no.  The |
| 2:04:51 | 17 | answer to that is no. |
| 2:05:01 | 18 | Q.  Did you ever speak to Ms. Petri* about any |
| 2:05:05 | 19 | of the charges you were asked to review? |
| 2:05:06 | 20 | A.  No. |
| 2:05:21 | 21 | Q.  Have you ever signed an employment |
| 2:05:22 | 22 | agreement with Head Kandy? |
| 2:05:24 | 23 | A.  I have not. |
| 2:05:41 | 24 | Q.  Do you know if Head Kandy ever rented a |
| 2:05:44 | 25 | barn from Ms. McNeill? |

2:05:50    1        A.   It is my understanding that they did, yes.

2:05:56    2        Q.   How did you come to learn about the rental

2:05:58    3   of the barn?

2:06:00    4        A.   Just in many discussions in conversations

2:06:04    5   between Kayla, myself, or hearing it with, you

2:06:06    6   know, conversations pertaining to Kayla and

2:06:08    7   somebody else.

2:06:10    8        Q.   Do you know where that barn is located?

2:06:13    9        A.   Yeah.  It's located at Kayla's residence

2:06:15   10   in Salida.

2:06:17   11        Q.   Salida, Colorado?

2:06:19   12        A.   Yes.

2:06:24   13        Q.   Do you know what Head Kandy was using the

2:06:27   14   barn for?

2:06:30   15        A.   Not specifically.  I think when I first

2:06:32   16   started there was, I believe, some pallets of

2:06:38   17   returned materials that were supposed to be

2:06:41   18   transported to Canyon City, which is where our

2:06:43   19   return department was.

2:07:03   20        Q.   Are you able to describe what the barn

2:07:07   21   looked like whenever you viewed the pallets of

2:07:09   22   returned items?

2:07:13   23        A.   In what capacity would you like a

2:07:18   24   description?  Exterior, interior.  I just want to

2:07:20   25   make sure I'm giving you what you need.

2:07:23   1      Q.   Yeah.   I suppose from the -- from the

2:07:27   2   exterior, what did it look like?

2:07:32   3      A.   It's a very large brown building with a

2:07:36   4   frontal facade that would be similar to like maybe

2:07:44   5   a residence almost with, I think, two, maybe three

2:07:49   6   large bay doors on one side.

2:07:54   7      Q.   Was it fully enclosed by walls?

2:07:55   8      A.   Yes.

2:08:05   9      Q.   And did you say this was when you returned

2:08:09   10  to work for Head Kandy in 2021?

2:08:17   11     A.   Yes.   Yeah.   I think -- I think it was in

2:08:20   12  the process of being built when I left Head Kandy

2:08:25   13  in 2020, but it was not a finished structure as of

2:08:27   14  that time.

2:08:30   15     Q.   Did it appear to you to be finished in

2:08:31   16  2021?

2:08:35   17     A.   I wouldn't say finished because the inside

2:08:38   18  was not finished, but the building -- the structure

2:08:40   19  itself was finished.   Yes.

2:08:43   20     Q.   Did it have a floor on the inside?

2:08:45   21     A.   Partially.   It was a finished -- like

2:08:49   22  cement floor and then I would say probably

2:08:52   23  75 percent of it was cement and then the

2:08:56   24  25 remaining was still just dirt.

2:09:07   25     Q.   Were the pallets that you saw in there on

| | | |
|---|---|---|
| 2:09:12 | 1 | the cement portion or the dirt portion? |
| 2:09:13 | 2 | A.  Cement portion. |
| 2:09:36 | 3 | Q.  Did you ever utilize a forklift when |
| 2:09:38 | 4 | working for Head Kandy? |
| 2:09:40 | 5 | A.  Yeah. |
| 2:09:48 | 6 | Q.  Did you use a forklift in Colorado? |
| 2:09:50 | 7 | A.  We did not have a forklift in Colorado. |
| 2:09:54 | 8 | We had a skid steer.  And I don't believe I ever |
| 2:09:56 | 9 | operated that piece of machinery. |
| 2:10:04 | 10 | Q.  So your use of a forklift was solely in |
| 2:10:05 | 11 | North Carolina? |
| 2:10:07 | 12 | A.  Yes.  That's correct. |
| 2:10:21 | 13 | Q.  Do you know who owned that forklift? |
| 2:10:24 | 14 | A.  In North Carolina? |
| 2:10:26 | 15 | Q.  Yes. |
| 2:10:31 | 16 | A.  I'm not sure who owned it, whether it was |
| 2:10:35 | 17 | Head Kandy or Kayla and Dusti.  I'm not sure who |
| 2:10:36 | 18 | owned that. |
| 2:11:04 | 19 | Q.  Do you know what type of engine the |
| 2:11:06 | 20 | forklift had? |
| 2:11:07 | 21 | A.  I do not. |
| 2:11:13 | 22 | Q.  Do you know if it was a diesel engine? |
| 2:11:22 | 23 | A.  It was not a diesel engine.  It was run |
| 2:11:23 | 24 | off of propane. |
| 2:11:34 | 25 | Q.  Was it in working order whenever you used |

| | | |
|---|---|---|
| 2:11:36 | 1 | it? |
| 2:11:38 | 2 | A.  Yes, it was. |
| 2:12:06 | 3 | Q.  Where was the forklift located that you |
| 2:12:09 | 4 | used in North Carolina? |
| 2:12:11 | 5 | A.  At our warehouse. |
| 2:12:12 | 6 | Q.  Did you ever see -- sorry.  Go ahead. |
| 2:12:16 | 7 | A.  It was -- actually, I used it at both |
| 2:12:18 | 8 | locations.  So we originally were in Lexington, |
| 2:12:23 | 9 | North Carolina, and then we moved our location to |
| 2:12:32 | 10 | Salisbury, North Carolina. |
| 2:12:38 | 11 | Q.  Did you see any other forklifts in the |
| 2:12:39 | 12 | Lexington location? |
| 2:12:42 | 13 | A.  At one time we did have two.  We had one |
| 2:12:46 | 14 | at each location to facilitate the move.  So I did |
| 2:12:48 | 15 | run both of those. |
| 2:12:52 | 16 | Q.  Prior to -- |
| 2:12:54 | 17 | A.  Both propane. |
| 2:12:59 | 18 | Q.  Okay.  Prior to the move, were there any |
| 2:13:07 | 19 | forklifts other than the one that you said you |
| 2:13:07 | 20 | utilized? |
| 2:13:11 | 21 | A.  Can you restate that. |
| 2:13:15 | 22 | Q.  Yes.  I guess I should ask:  Did you -- |
| 2:13:19 | 23 | when there were two forklifts, did you use both of |
| 2:13:20 | 24 | them? |
| 2:13:21 | 25 | A.  Yes.  I did. |

2:13:26   1      Q.   Okay.   Outside of the time period where

2:13:32   2   the move was occurring, was there more than one

2:13:36   3   forklift that was used for Head Kandy?

2:13:41   4      A.   No.   There were -- I think we did have

2:13:47   5   both of them at the Salisbury location for a while.

2:13:52   6   I believe the second one was rented, but no.   We

2:13:58   7   just had the one forklift.   I don't recall having

2:14:02   8   more than one that belonged to us.

2:14:29   9      Q.   I'd like to ask you about communications

2:14:34  10   that you had with individuals outside of Head Kandy

2:14:39  11   with regard to a few topics, the first being the

2:14:49  12   expenses that we discussed that were designated as

2:14:52  13   business, but you felt were personal.

2:14:56  14          Did you talk to anybody outside of Head

2:14:58  15   Kandy about those expenses?

2:15:01  16      A.   Not to my knowledge, no.

2:15:07  17      Q.   Did you communicate with anyone outside of

2:15:13  18   Head Kandy about Ms. McNeill's use of Head Kandy

2:15:17  19   employees for personal services?

2:15:21  20      A.   I do not recall.

2:16:14  21      Q.   I'm -- I'm going to mark an Exhibit 5 and

2:16:16  22   show it to you.

2:16:21  23          (Defendants' Exhibit 5 marked for

2:16:21  24          identification.)

2:16:21  25   ///

| | | |
|---|---|---|
| 2:16:21 | 1 | BY MR. CONVERSE: |
| 2:16:41 | 2 | Q   All right.  Are you able to view the text |
| 2:16:43 | 3 | of the document on your screen? |
| 2:16:44 | 4 | A.  Yes. |
| 2:16:50 | 5 | Q.  Okay.  I will represent to you that these |
| 2:17:00 | 6 | were produced by Head Kandy to Ms. McNeill on |
| 2:17:04 | 7 | April 12th, 2024 as reflected on Page 4 of this |
| 2:17:10 | 8 | exhibit.  And these are, as indicated by the title, |
| 2:17:15 | 9 | Head Kandy's Rule 26(a)(1) supplemental |
| 2:17:16 | 10 | disclosures. |
| 2:17:19 | 11 | Have you seen these before? |
| 2:17:20 | 12 | A.  Yes. |
| 2:17:24 | 13 | Q.  And then remaining on the -- the first |
| 2:17:31 | 14 | page, Section 1, there's a box underneath it and |
| 2:17:36 | 15 | you are the first individual named here.  And the |
| 2:17:44 | 16 | far right column has areas of knowledge and it |
| 2:17:44 | 17 | states: |
| 2:17:48 | 18 | "Ms. McNeill's use of Mr. Thompson for |
| 2:17:51 | 19 | personal tasks and creation of White |
| 2:17:51 | 20 | Pineapple." |
| 2:17:55 | 21 | Do you have any knowledge concerning |
| 2:17:57 | 22 | Ms. McNeill's creation of White Pineapple? |
| 2:18:01 | 23 | A.  Yeah.  I helped her in the initial setup |
| 2:18:06 | 24 | of a lot of the -- excuse me -- like the initial |
| 2:18:09 | 25 | website her and I did that together while sitting |

| | | |
|---|---|---|
| 2:18:10 | 1 | on our couch. |
| 2:18:13 | 2 | I was the one who facilitated most of the |
| 2:18:17 | 3 | conversation with the supplier for the leggings. |
| 2:18:21 | 4 | I did help her design some packaging for |
| 2:18:27 | 5 | eye lashes using the same contact we did for Head |
| 2:18:33 | 6 | Kandy, the -- Amazon. |
| 2:18:38 | 7 | I helped order some T-shirts.  There was a |
| 2:18:39 | 8 | lot of involvement with White Pineapple. |
| 2:19:21 | 9 | Q.  All right.  I'm going to try to go through |
| 2:19:26 | 10 | in chronological order and hopefully I will hit all |
| 2:19:29 | 11 | of the topics that you just referenced.  Let's |
| 2:19:32 | 12 | start with the formation of White Pineapple. |
| 2:19:35 | 13 | Did you assist in forming White Pineapple? |
| 2:19:41 | 14 | A.  In what aspect are you speaking of |
| 2:19:45 | 15 | formation?  Like the actual formation of the LLC |
| 2:19:48 | 16 | or -- |
| 2:19:51 | 17 | Q.  Sure.  Did -- did you help to register |
| 2:19:59 | 18 | White Pineapple with any government organization? |
| 2:20:03 | 19 | A.  No.  I believe White Pineapple was already |
| 2:20:07 | 20 | created under an LLC.  I did -- the original |
| 2:20:10 | 21 | discussion between Kayla and myself is that we were |
| 2:20:12 | 22 | gonna be kind of partners in this and she would be |
| 2:20:16 | 23 | the up-front contributor for the products and then |
| 2:20:19 | 24 | I would put in the work on the back end doing all |
| 2:20:22 | 25 | the shipping, customer service, and all the leg |

| | | |
|---|---|---|
| 2:20:23 | 1 | work on that end. |
| 2:20:26 | 2 | So there was a time when we had sent an |
| 2:20:32 | 3 | e-mail from a -- I think it was hello@WiPi -- |
| 2:20:33 | 4 | something like that. |
| 2:20:35 | 5 | There was an e-mail address that was set |
| 2:20:38 | 6 | up.  And we were going to remove her sister-in-law |
| 2:20:43 | 7 | off of the LLC and place myself on it.  That never |
| 2:20:44 | 8 | happened. |
| 2:20:49 | 9 | So that's the only area that I would have |
| 2:20:52 | 10 | had anything to do with the LLC portion of that. |
| 2:21:02 | 11 | Q.  Was the LLC formed before you had |
| 2:21:06 | 12 | discussions with Ms. McNeill about you being |
| 2:21:06 | 13 | involved with White Pineapple? |
| 2:21:09 | 14 | A.  Yeah. |
| 2:21:11 | 15 | MS. SADRO:  Object to form. |
| 2:21:11 | 16 | THE WITNESS:  Yeah.  So originally the |
| 2:21:14 | 17 | business was set up between her and her |
| 2:21:18 | 18 | sister-in-law to be to sell whatever remaining |
| 2:21:21 | 19 | merchandise was left from the Hayzlee boutique. |
| 2:21:24 | 20 | And then that business never really went |
| 2:21:28 | 21 | anywhere under my assumption or to my knowledge. |
| 2:21:31 | 22 | And so we were just gonna then use White Pineapple |
| 2:21:36 | 23 | from there. |
| 2:21:36 | 24 | BY MR. CONVERSE: |
| 2:21:39 | 25 | Q.  Did you have any involvement with Hailey's |

2:21:41   1   boutique -- Hayzlee's boutique?

2:21:43   2       A.   I did not.

2:21:46   3       Q.   Do you know what it was?

2:21:48   4       A.   Yeah.   It was a boutique that she set up

2:21:50   5   for little girl's clothing.

2:21:53   6       Q.   When did you learn about Hayzlee's

2:21:53   7   boutique?

2:21:57   8       A.   Hayzlee's boutique was set up before I

2:22:00   9   originally left in 2020.   So it was something that

2:22:03  10   kind of had already been established.   I don't know

2:22:08  11   how established it actually was, but I knew about

2:22:09  12   it from before.

2:22:19  13       Q.   Did you ever consider becoming involved

2:22:21  14   with Hayzlee's boutique?

2:22:24  15       A.   No.   It was just little side thing Kayla

2:22:26  16   had.

2:22:41  17       Q.   When did you first speak to Ms. McNeill

2:22:45  18   about your potential involvement with White

2:22:45  19   Pineapple?

2:22:49  20       A.   I think it really became more of a reality

2:22:54  21   than a discussion when Ms. McNeill was starting to

2:23:00  22   be questioned about expenses and stuff like that,

2:23:02  23   which would have been kind of the beginning journey

2:23:07  24   of the -- her exit, I guess you could say.

2:23:09  25       Q.   Do you know when that was?

| | | |
|---|---|---|
| 2:23:16 | 1 | A.  I think maybe like -- I remember being |
| 2:23:19 | 2 | there for the holiday season.  So probably |
| 2:23:24 | 3 | November.  Right around that Black Friday.  Yeah. |
| 2:23:27 | 4 | It would have been the week of Black Friday because |
| 2:23:31 | 5 | we were working nights at that point in the |
| 2:23:31 | 6 | warehouse. |
| 2:23:33 | 7 | And so that's when we really decided or |
| 2:23:38 | 8 | started discussing that White Pineapple could be |
| 2:23:45 | 9 | kind of our -- our exit plan, I guess you could |
| 2:23:47 | 10 | say. |
| 2:23:56 | 11 | Q.  Were you exclusively working nights during |
| 2:23:58 | 12 | that time period? |
| 2:24:00 | 13 | A.  Kayla and I were running a night shift. |
| 2:24:04 | 14 | Yes.  An overnight shipping shift. |
| 2:24:08 | 15 | Q.  Were you also working during the day at |
| 2:24:09 | 16 | all? |
| 2:24:12 | 17 | A.  Not all day, but I was spending a lot of |
| 2:24:14 | 18 | the day, yes, working. |
| 2:24:16 | 19 | And when I say overnight, I think we were |
| 2:24:19 | 20 | done by like midnight.  I think we were working |
| 2:24:22 | 21 | like 4 to midnight.  So it was more of a late shift |
| 2:24:25 | 22 | and not an overnight shift. |
| 2:24:45 | 23 | Q.  You mentioned an exit strategy.  Who first |
| 2:24:53 | 24 | discussed a potential exit strategy; you or |
| 2:24:54 | 25 | Ms. McNeill? |

2:24:56  1      A.  Ms. McNeill was definitely very vocal in

2:24:59  2  the fact that she was either gonna ask to be bought

2:25:03  3  out or try to buy back the business from the Falic

2:25:05  4  brothers.

2:25:08  5      It was kind of like one or the other.  She

2:25:10  6  wasn't quite sure what was gonna happen.

2:25:17  7      But I -- I think she was just -- I don't

2:25:23  8  think, I know she was exhausted and just for lack

2:25:27  9  of better terms, over it.  I think she just wanted

2:25:28  10  to be done.

2:25:31  11      And so that was her plan was to kind of

2:25:35  12  step away from Head Kandy and start a new business.

2:25:40  13      Q.  Did you understand that to be her plan in

2:25:44  14  the event that she was bought out by the other

2:25:45  15  owners?

2:25:46  16      A.  Yes.

2:26:13  17      Q.  What was the first actions that you took

2:26:15  18  to assist with White Pineapple?

2:26:19  19      A.  I think the first actions that we really

2:26:25  20  took were ordering samples for leggings.  That's

2:26:28  21  something that she was kind of passionate about and

2:26:30  22  wanted to start selling leggings.

2:26:33  23      And then once we received those samples,

2:26:36  24  we moved forward with ordering.

2:26:54  25      Q.  The communications that you mentioned that

2:26:58   1   you had with the supplier for leggings, is that

2:27:01   2   related to this order of samples?

2:27:05   3       A.   Yeah.  It would have been the same

2:27:08   4   supplier that we ordered the samples from.

2:27:10   5       Q.   Do you know -- sorry.  Strike that.

2:27:12   6            Did you order the samples?

2:27:16   7       A.   I can't remember.  They were ordered off

2:27:21   8   the Alibaba.  So I can't remember if it was Kayla

2:27:24   9   or myself specifically.  I don't remember because

2:27:27  10   we both had access to the account.

2:27:29  11       Q.   Do you recall when the samples were

2:27:30  12   ordered?

2:27:36  13       A.   Probably the end of November.  I don't

2:27:39  14   recall a specific date.

2:27:47  15       Q.   Do you know how many pairs of leggings

2:27:47  16   were ordered?

2:27:50  17       A.   Samples, I think we just ordered one

2:27:54  18   sample at first.  And then she liked the sample we

2:27:58  19   got and so we ordered more samples with different

2:27:59  20   colors.

2:28:01  21            Or maybe -- maybe there were numerous

2:28:11  22   samples in that first order.  I can't remember.  I

2:28:14  23   think it was just one order of samples that had

2:28:17  24   numerous different color options.

2:28:28  25       Q.   Do you know how many samples in total were

| | | |
|---|---|---|
| 2:28:28 | 1 | ordered? |
| 2:28:32 | 2 |    A.  For the leggings? |
| 2:28:33 | 3 |    Q.  Yes. |
| 2:28:36 | 4 |    A.  Yeah.  Just one order of samples, I |
| 2:28:36 | 5 | believe. |
| 2:28:38 | 6 |    Q.  And do you know how many pairs of leggings |
| 2:28:39 | 7 | that constituted? |
| 2:28:43 | 8 |    A.  Sorry.  I don't remember.  I honestly |
| 2:28:46 | 9 | don't remember.  Probably three or four would be my |
| 2:28:49 | 10 | guess because I do remember her receiving a couple |
| 2:28:51 | 11 | different color options. |
| 2:28:58 | 12 |    Q.  Do you know if any of those samples were |
| 2:29:01 | 13 | sold? |
| 2:29:03 | 14 |    A.  No.  We did not sell those samples.  They |
| 2:29:08 | 15 | were retained by Ms. McNeill for personal use. |
| 2:29:16 | 16 |    Q.  And I believe you said that there was a |
| 2:29:18 | 17 | subsequent purchase order that was placed for |
| 2:29:19 | 18 | leggings? |
| 2:29:21 | 19 |    A.  Yeah.  We then e-mailed the supplier and |
| 2:29:26 | 20 | decided to go ahead and purchase those leggings for |
| 2:29:27 | 21 | White Pineapple. |
| 2:29:32 | 22 |    Q.  Did you send that e-mail? |
| 2:29:34 | 23 |    A.  Yeah.  I believe I was doing the initial |
| 2:29:37 | 24 | conversations with them, yeah. |
| 2:29:40 | 25 |    Q.  What e-mail account did you use to send |

| | | |
|---|---|---|
| 2:29:40 | 1 | that e-mail? |
| 2:29:45 | 2 | A.  It wasn't via e-mail.  It was via Alibaba. |
| 2:29:48 | 3 | Q.  Okay.  What Alibaba account did you use? |
| 2:29:50 | 4 | A.  That would have been Head Kandy's account. |
| 2:29:53 | 5 | Well, it was an account we used for Head Kandy. |
| 2:29:55 | 6 | Let me rephrase that.  I believe that account |
| 2:29:57 | 7 | belonged to Ms. McNeill. |
| 2:30:20 | 8 | Q.  And how do you place an order like that |
| 2:30:23 | 9 | within the Alibaba system? |
| 2:30:26 | 10 | A.  It's been a while since I've done that, |
| 2:30:30 | 11 | but you basically would just tell them, you know, |
| 2:30:32 | 12 | how many pairs of each that you wanted and what |
| 2:30:35 | 13 | colors.  They would draw up an invoice and send it |
| 2:30:37 | 14 | through Alibaba.  And then you basically just pay |
| 2:30:40 | 15 | through the app, which would have been associated |
| 2:30:42 | 16 | with the Head Kandy credit card. |
| 2:30:46 | 17 | Q.  Is that the same credit card that we've |
| 2:30:51 | 18 | been discussing with regard to the charges that |
| 2:30:53 | 19 | were identified in your declaration? |
| 2:30:58 | 20 | A.  Yes.  The AmEx account. |
| 2:31:03 | 21 | Q.  Does Alibaba have an internal |
| 2:31:08 | 22 | communication platform that you would use to |
| 2:31:09 | 23 | communicate the purchase orders? |
| 2:31:11 | 24 | A.  Yes.  That is correct. |
| 2:31:14 | 25 | Q.  Okay.  Are you able to access those |

2:31:19   1   communications after they're sent?

2:31:26   2       A.   Possibly.  Alibaba's not very consistent

2:31:28   3   on how they keep their records and I can't remember

2:31:31   4   if the actual order was placed on Head Kandy's

2:31:32   5   Alibaba.

2:31:35   6       I'm pretty sure that we had opened a

2:31:38   7   separate one at that point and we did the actual

2:31:42   8   order off of the new Alibaba account.  No.  Let me

2:31:44   9   rephrase that.  That's not true.

2:31:48  10       I believe the actual first order -- I

2:31:54  11   cannot recall actually that, on which account it

2:31:58  12   was on.  Sorry.  It's been -- it's been a while.

2:32:02  13       Q.   Understandable.  If we were going to try

2:32:08  14   to determine the account and the timing, how would

2:32:13  15   we -- what would you do to -- to determine what

2:32:16  16   account was used and the timing?

2:32:19  17       A.   Well, that account that -- either way I

2:32:21  18   wouldn't have access to either one of those

2:32:23  19   accounts anymore.

2:32:27  20       Q.   Assuming that you had access to them, how

2:32:30  21   would you -- what information would -- would you

2:32:34  22   look for to -- to determine the -- the accounts?

2:32:39  23       A.   If you -- if I can remember the person's

2:32:42  24   name in which we were -- were speaking back and

2:32:46  25   forth with, you would be able to go back in the

2:32:49   1   conversations and hopefully able to find that

2:32:51   2   conversation, and that's how I would determine

2:32:53   3   which account it was on.

2:32:56   4        Q.   Do you know if there's a purchase order

2:33:00   5   that was created as -- as part of that transaction?

2:33:02   6        A.   No.   The only thing that would be created

2:33:07   7   is an internal invoice within Alibaba.   Yeah.

2:33:11   8        Q.   Are those retained within Alibaba as well?

2:33:15   9        A.   Really depends on the supplier on how

2:33:22  10   they -- how they -- the invoice, yes, should be in

2:33:25  11   there, but it doesn't always state exactly what

2:33:27  12   you're ordering, if that makes sense.

2:33:29  13        They -- they have kind of free will what

2:33:32  14   they put on there and it's based on their catalog

2:33:33  15   on Alibaba.

2:33:35  16        So if you're ordering, let's say, a pair

2:33:38  17   of pink leggings and they don't have pink on their

2:33:42  18   listing, then they'll put a totally -- a totally

2:33:44  19   different line item and it might not even been

2:33:48  20   related to leggings, but they'll adjust the price

2:33:52  21   to reflect the correct price.   So you never know

2:33:54  22   what an invoice is going to say.

2:33:59  23        Q.   Okay.   Are the invoices housed in a -- a

2:34:02  24   different location within the Alibaba account than

2:34:04  25   the correspondence?

2:34:07   1        A.   It should be all within -- yes.  It's not

2:34:10   2   necessarily in the correspondence.  There's

2:34:12   3   typically like where you can go and search

2:34:18   4   invoices.  So they are kept on there.  It's a very

2:34:22   5   hard site to navigate because it's very strange.

2:34:24   6        Q.   Not very user friendly?

2:34:28   7        A.   No.  It's not very user friendly.

2:34:34   8        Q.   Do you know --

2:34:37   9        A.   If I can -- if I can go back real quick

2:34:40  10   to -- I'm pretty sure -- I've almost positive that

2:34:43  11   the samples were ordered with the Head Kandy

2:34:46  12   Alibaba that we were using, but I'm pretty sure the

2:34:48  13   actual order of leggings was ordered on another

2:34:52  14   account which Kayla owns as well.  So I just wanted

2:34:54  15   to make that -- clear that up.

2:34:55  16        Q.   Sure.  Thank you.

2:34:56  17        A.   Okay.

2:35:01  18        Q.   Do you know how soon after the samples

2:35:07  19   were ordered that the purchase order was placed?

2:35:10  20        A.   I can't tell you the timeframe between

2:35:13  21   ordering the samples and receiving the samples.

2:35:16  22   I would say that is probably a week or two.

2:35:19  23        Once we received the leggings and Kayla

2:35:22  24   approved them, she really liked them, then we --

2:35:26  25   that same day probably initiated a conversation

| | | |
|---|---|---|
| 2:35:29 | 1 | finding out exactly what the cost would be, what |
| 2:35:31 | 2 | color options there was gonna be, determining what |
| 2:35:35 | 3 | colors we wanted to order, what sizes we wanted to |
| 2:35:37 | 4 | order, and then place that order. |
| 2:35:40 | 5 | So I would say probably within three or |
| 2:35:43 | 6 | four days after receiving the samples is when that |
| 2:35:46 | 7 | order was placed would be my guess. |
| 2:35:51 | 8 | Q.  Do you know if Ms. McNeill was still |
| 2:35:54 | 9 | employed by Head Kandy when the order was placed? |
| 2:35:56 | 10 | A.  Yes.  She was. |
| 2:36:04 | 11 | Q.  Who sent the communications concerning the |
| 2:36:08 | 12 | various options for the leggings that you just |
| 2:36:08 | 13 | described? |
| 2:36:10 | 14 | A.  I did. |
| 2:36:24 | 15 | Q.  And did you ultimately place the order for |
| 2:36:25 | 16 | the leggings? |
| 2:36:27 | 17 | A.  Yes. |
| 2:36:56 | 18 | Q.  Do you know how many leggings were ordered |
| 2:36:59 | 19 | in that first purchase order? |
| 2:37:09 | 20 | A.  I do not recall. |
| 2:37:14 | 21 | Q.  Do you know if any of those leggings were |
| 2:37:18 | 22 | offered for sale? |
| 2:37:22 | 23 | A.  During what time? |
| 2:37:24 | 24 | Q.  At any time. |
| 2:37:27 | 25 | A.  Yeah.  As soon as Kayla went live with |

2:37:31  1  letter -- her website, then the leggings were on

2:37:31  2  there.

2:37:34  3      Q.  And is that the -- the White Pineapple

2:37:35  4  website?

2:37:39  5      A.  Yes.  WhiPi Co I believe is what the

2:37:40  6  website's called.  Yeah.

2:37:43  7      Q.  Do you know when Ms. McNeill went live on

2:37:44  8  that site?

2:37:47  9      A.  I can't recall the exact date.

2:37:54  10     Q.  Do you know if Ms. McNeill was employed by

2:37:56  11  Head Kandy when the site went live?

2:38:00  12     A.  I do not believe that she was.

2:38:06  13     Q.  And I believe that you said you had some

2:38:11  14  involvement with regard to the WiPi Co website.

2:38:13  15  What was your specific involvement?

2:38:16  16     A.  Physically no involvement.  I was sitting

2:38:19  17  with her while she developed, you know, the images

2:38:21  18  and stuff like that.

2:38:27  19         I believe she created the products and the

2:38:32  20  website and then we put images in.  It was a

2:38:35  21  very -- I mean, it's a very easy to set up website.

2:38:38  22  I believe she did the majority of that.  But I

2:38:42  23  did -- I did sit there with her and helped her --

2:38:44  24  not physically helped her, but I was involved in

2:38:48  25  that process, I guess you could say.

2:38:54   1      Q.  Were you still employed by Head Kandy at
2:38:55   2   that time?
2:38:56   3      A.  Yes, I was.
2:38:59   4      Q.  Did your involvement in any way take you
2:39:04   5   away from your responsibilities for Head Kandy?
2:39:08   6      A.  My responsibilities are kind of, at that
2:39:12   7   time, more like on the photo end.  I was there, I
2:39:15   8   think, just helping with the shipping department
2:39:20   9   because it was the Black Friday week.  So this
2:39:23  10   would have been kind of in those morning timeframes
2:39:28  11   or afternoons before we went to the nightshift.
2:39:38  12      Q.  I believe you also mentioned some T-shirt
2:39:41  13   orders that you assisted with concerning White
2:39:41  14   Pineapple.
2:39:43  15          Did I understand you correctly?
2:39:45  16      A.  Yeah.  The ordering process I more or less
2:39:49  17   was just helping visually pick out shirts that we
2:39:50  18   wanted.
2:39:52  19          My involvement was more when they arrived
2:39:55  20   at the location in Colorado.  I think they got
2:39:57  21   delivered to my house and I'm not sure why that
2:40:00  22   happened.  I think it was a mistake.
2:40:02  23          But then I -- that's when I was more
2:40:05  24   involved physically with the product.
2:40:10  25      Q.  Do you know when the T-shirts were

2:40:11   1   ordered?

2:40:16   2       A.   I think we ordered them very shortly after

2:40:18   3   we ordered the leggings.

2:40:37   4       Q.   How many T-shirt orders were placed that

2:40:40   5   you had any involvement with?

2:40:43   6       A.   Just the one.  It was just -- it's a

2:40:46   7   website that you go to and you pick out what shirts

2:40:49   8   you want, what sizes and how many, and they

2:40:54   9   basically come to you already packaged in like a

2:40:59  10   plastic wrap almost, so they're ready to sell.

2:41:03  11       So we just did one order with probably 20

2:41:05  12   different styles, I think.  They're more like

2:41:08  13   sweaters and sweatshirts, not necessarily T-shirts.

2:41:11  14       But I believe we also did do a T-shirt

2:41:15  15   order with her brother.  So there was, I guess, two

2:41:18  16   orders of shirts that you could say I was involved

2:41:19  17   with.

2:41:24  18       Q.   What was your involvement with the other

2:41:29  19   order that you said her brother had a role in?

2:41:31  20       A.   Yeah.  I think most of my involvement was

2:41:36  21   really once the inventory reached Colorado.  I was

2:41:38  22   doing an inventory, getting everything separated,

2:41:44  23   making sure the inventory was -- I think I entered

2:41:48  24   inventory on the website Shopify.  Can't remember

2:41:50  25   if I did or not.

2:41:54   1         But I was basically just kind of waiting

2:41:57   2   at that point for it to go live and then I was

2:41:58   3   going to be doing the shipping.

2:42:10   4      Q.  Do you know how many total units were

2:42:19   5   ordered between the two apparel orders that you

2:42:20   6   identified?

2:42:25   7      A.  I would say probably under 500 pieces

2:42:30   8   combined.  I can't give you an exact number.  That

2:42:32   9   would just be an estimate.

2:42:41  10      Q.  Do you know if those T-shirts and

2:42:45  11   sweatshirts were offered for sale?

2:42:48  12      A.  I would assume they were.  I didn't

2:42:52  13   physically look at the site once it went live.

2:42:59  14      Q.  Were you involved in any of the shipping

2:43:04  15   of the apparel?

2:43:08  16      A.  Like for orders and stuff?

2:43:11  17      Q.  I believe you said that you were waiting

2:43:14  18   to --

2:43:16  19      A.  That was the plan.

2:43:16  20      Q.  -- do shipping?

2:43:19  21      A.  That was the plan was.  Once it went live,

2:43:21  22   I would do all that work, but I separated myself

2:43:27  23   from Kayla before her site went live.

2:43:49  24      Q.  I believe the last thing that you

2:43:53  25   identified that you were involved with with regard

| | | |
|---|---|---|
| 2:43:59 | 1 | to White Pineapple had to do with contacts with |
| 2:44:04 | 2 | Head Kandy's eyelash supplier; is that correct? |
| 2:44:04 | 3 | A.  That's correct. |
| 2:44:08 | 4 | Q.  Okay.  What did you do for White Pineapple |
| 2:44:11 | 5 | in that regard? |
| 2:44:14 | 6 | A.  Kayla did most of that.  I was just kind |
| 2:44:17 | 7 | of on the sidelines saying, oh, yeah, that's cute, |
| 2:44:18 | 8 | that looks goods.  I like that. |
| 2:44:21 | 9 | She was designing them and then sending |
| 2:44:24 | 10 | them off.  She was having discussions with that |
| 2:44:29 | 11 | supplier via Amazon, which is where we would order |
| 2:44:31 | 12 | our eyelashes from. |
| 2:44:33 | 13 | Q.  When you say "we would order," are you |
| 2:44:34 | 14 | referring to Head Kandy? |
| 2:44:35 | 15 | A.  Yes. |
| 2:44:43 | 16 | Q.  How were you able to identify the supplier |
| 2:44:49 | 17 | that Ms. McNeill was communicating with as the one |
| 2:44:51 | 18 | that Head Kandy utilized? |
| 2:44:57 | 19 | A.  I mean, she was clearly communicating on |
| 2:45:01 | 20 | Amazon with them.  And that's the only supplier |
| 2:45:05 | 21 | that we ever used for eyelashes and the only |
| 2:45:08 | 22 | supplier we ever used via Amazon. |
| 2:45:12 | 23 | Q.  So you were able to view the name of the |
| 2:45:12 | 24 | supplier? |
| 2:45:15 | 25 | A.  No.  But I would assume if she can jump on |

2:45:18   1   in a matter of seconds and start a conversation,

2:45:22   2   that she's using the same contact that we always

2:45:23   3   have.

2:45:33   4       Q.  And Head Kandy contact your thinking of,

2:45:38   5   was Head Kandy utilizing that contact when

2:45:47   6   Ms. McNeill was communicating concerning White

2:45:51   7   Pineapple's eyelash line?

2:45:57   8       A.  Can you repeat that.  I didn't catch some

2:45:58   9   of that.  Sorry.

2:46:00   10      Q.  Yeah.  So the time period that you said

2:46:03   11  you witnessed Ms. McNeill communicating with a

2:46:09   12  supplier contact on Amazon concerning eyelashes, do

2:46:13   13  you know if Head Kandy was utilizing that supplier

2:46:16   14  for products at that same time?

2:46:18   15      A.  Yeah.  We had those products for sale on

2:46:23   16  our website.  They were a product that were live.

2:46:28   17      Q.  Do you know if Ms. McNeill utilized that

2:46:35   18  supplier prior to the sale in 2018 that we've

2:46:36   19  discussed today?

2:46:41   20      A.  We did not carry eyelashes at that time.

2:46:52   21      Q.  We've gone through all of the activities

2:46:56   22  you identified you were involved with concerning

2:46:57   23  White Pineapple.

2:47:01   24          Have you thought of any additional ones?

2:47:04   25      A.  No.  Not that I can recall.

| | | |
|---|---|---|
| 2:47:25 | 1 | Q.  Looking back to this Exhibit 5, if I |
| 2:47:29 | 2 | highlight text, is it highlighted on your end as |
| 2:47:30 | 3 | well? |
| 2:47:32 | 4 | A.  Yeah.  But it brings it up in blue and |
| 2:47:35 | 5 | black and I can't really see it.  I can see -- |
| 2:47:37 | 6 | Q.  The section of the text that I'm referring |
| 2:47:38 | 7 | to -- |
| 2:47:39 | 8 | A.  Yes.  I can see that. |
| 2:47:42 | 9 | Q.  Okay.  There it says that: |
| 2:47:47 | 10 | "Ms. McNeill's breach of the executive |
| 2:47:49 | 11 | employment agreement, including utilizing |
| 2:47:54 | 12 | Mr. Thompson to set up White Pineapple and |
| 2:47:56 | 13 | order products for White Pineapple." |
| 2:48:00 | 14 | Are you aware of anything that could be |
| 2:48:02 | 15 | referring to other than what we just discussed? |
| 2:48:04 | 16 | A.  No. |
| 2:48:11 | 17 | Q.  And are you aware of any breaches by |
| 2:48:16 | 18 | Ms. McNeill of the executive employment agreement |
| 2:48:20 | 19 | other than what we've discussed? |
| 2:48:21 | 20 | MS. SADRO:  Object to form. |
| 2:48:22 | 21 | THE WITNESS:  I have never physically seen |
| 2:48:25 | 22 | her employment agreement, so I cannot answer that |
| 2:48:26 | 23 | for you. |
| 2:48:26 | 24 | BY MR. CONVERSE: |
| 2:48:29 | 25 | Q.  Okay.  So you don't know what this is |

2:48:29   1   referring to?

2:48:31   2           MS. SADRO:  Object to form.

2:48:33   3           THE WITNESS:  I did not execute this, so,

2:48:37   4   I mean, I know what it's referring to, obviously,

2:48:39   5   an employment agreement, but I don't know what that

2:48:42   6   employment agreement says, so --

2:48:42   7       BY MR. CONVERSE:

2:48:54   8       Q.  The next subject after the semicolon is --

2:48:57   9   starts on the first page and continues on to the

2:49:02  10   second page and it identifies Ms. McNeill's false

2:49:05  11   statements about White Pineapple and its origins.

2:49:08  12           Do you know what that's referring to?

2:49:10  13       A.  I don't recall what that's referring to,

2:49:10  14   no.

2:49:14  15       Q.  Do you have knowledge concerning false

2:49:17  16   statements that Ms. McNeill made about White

2:49:17  17   Pineapple?

2:49:19  18       A.  No.

2:49:21  19       Q.  Are you aware of any false statements

2:49:25  20   Ms. McNeill made about the origins of White

2:49:25  21   Pineapple?

2:49:28  22       A.  No.  I'm not.

2:49:39  23       Q.  The next topic is Ms. McNeill's use of

2:49:41  24   Head Kandy's relationships and accounts for

2:49:43  25   personal use.

2:49:49   1        Are you aware of Ms. McNeill using Head

2:49:54   2   Kandy's relationships for personal use?

2:49:57   3        A.   The only one I know about for sure would

2:50:00   4   be the eyelashes that we just discussed.

2:50:06   5        Q.   Have you heard about any others?

2:50:08   6        A.   Yes.  I have heard of some others.

2:50:11   7        Q.   What would those be?

2:50:18   8        A.   I can't recall the exact account, but I

2:50:23   9   know that she has reached out to a couple of them.

2:50:26  10   I can't tell you exact which ones for sure.

2:50:27  11        Q.   Do you know how many?

2:50:32  12        A.   I've seen -- I've seen proof of two.  I've

2:50:39  13   seen e-mails regarding where she has reached out to

2:50:39  14   them.

2:50:39  15        Q.   Okay.

2:50:43  16        A.   But, again, I can't tell you exactly which

2:50:44  17   ones.  I apologize.

2:50:47  18        Q.   How did you obtain those e-mails?

2:50:59  19        A.   I believe actually I was copied in on one

2:51:04  20   from one of the suppliers.  They did not know I

2:51:08  21   wasn't working with Ms. McNeill and so I was cc'd

2:51:13  22   in on an e-mail that she had reached out to one of

2:51:16  23   the clients.  I think that's how it happened.  I

2:51:16  24   can't recall exactly.

2:51:23  25        Q.   And do you know about the other one?

2:51:26   1      A.   The second one was obtained through a

2:51:27   2   previous employee of hers.

2:51:30   3      Q.   What's the name of that employee?

2:51:38   4      A.   Sorry.   I've terrible with names.   I don't

2:51:39   5   know her very well.

2:51:44   6      Q.   That's okay.   Do you -- do you know first

2:51:46   7   or last name?   Any --

2:51:54   8      A.   Can I come back to you with that answer?

2:51:56   9      Q.   Sure.   Yeah.   Do you have the e-mail

2:51:57  10   still?

2:52:01  11      A.   It's -- not the exact e-mail, but I could

2:52:06  12   tell you her name if -- I'd have to review my

2:52:07  13   phone.

2:52:09  14      Q.   Okay.   Yeah.   No problem.

2:52:19  15           So the topic we were looking at

2:52:22  16   differentiated between relationships and accounts

2:52:27  17   and I only had a chance to ask you about the

2:52:27  18   relationships.

2:52:32  19           Are you aware of Ms. McNeill's use of Head

2:52:35  20   Kandy's accounts for personal use?

2:52:37  21      A.   I think what that's meaning is the

2:52:40  22   relationships and accounts being one and the same.

2:52:42  23      Q.   Okay.   Thank you.

2:52:48  24           The next topic is Ms. McNeill's efforts to

2:52:52  25   delete and destroy accounts to conceal the extent

| | | |
|---|---|---|
| 2:52:56 | 1 | of her activities in creating White Pineapple and |
| 2:53:01 | 2 | her other businesses including Hayzlee's boutique. |
| 2:53:05 | 3 | Do you have any knowledge on that topic? |
| 2:53:07 | 4 | A.  Yes.  So this was a conversation between |
| 2:53:12 | 5 | her and I regarding Alibaba.  Once they started |
| 2:53:16 | 6 | looking at Alibaba charges and we were kind of |
| 2:53:20 | 7 | auditing, I think Ms. McNeill got scared that they |
| 2:53:23 | 8 | were gonna find, I believe, a charge for Hayzlee |
| 2:53:25 | 9 | boutique's -- the original order of clothing I |
| 2:53:28 | 10 | think was on the Head Kandy credit card. |
| 2:53:33 | 11 | And then obviously the ordering of the |
| 2:53:33 | 12 | leggings. |
| 2:53:39 | 13 | And so we kind of joked about deleting |
| 2:53:43 | 14 | that and then that actually ended up happening.  So |
| 2:53:46 | 15 | we created a new Alibaba account. |
| 2:53:49 | 16 | I went through and got all of our contacts |
| 2:53:52 | 17 | that we use on that account and instructed them to |
| 2:53:55 | 18 | contact us on that new account, and that new |
| 2:53:58 | 19 | account was going to be for Head Kandy.  We set up |
| 2:54:04 | 20 | a new one specifically for Head Kandy in the |
| 2:54:07 | 21 | attempt -- well, I don't know if it's been deleted |
| 2:54:12 | 22 | or not, but in that -- and that plan being that we |
| 2:54:15 | 23 | would then delete the old account so they couldn't |
| 2:54:18 | 24 | get to those records. |
| 2:54:27 | 25 | And when I say "they," I mean Head Kandy. |

| | | |
|---|---|---|
| 2:54:30 | 1 | Q. Sorry. There were a lot of pronouns in |
| 2:54:32 | 2 | there, so I'm just gonna ask a few clarifying |
| 2:54:34 | 3 | questions to make sure I know when you're talking |
| 2:54:38 | 4 | about you and Ms. McNeill versus Head Kandy. |
| 2:54:38 | 5 | A. Yeah. |
| 2:54:46 | 6 | Q. So you referenced an Alibaba account being |
| 2:54:53 | 7 | deleted. Was there only one Alibaba account that |
| 2:54:54 | 8 | was deleted? |
| 2:54:58 | 9 | A. I don't know if truly has been deleted. |
| 2:54:59 | 10 | Q. Okay. |
| 2:55:01 | 11 | A. That was the intent. So the original |
| 2:55:07 | 12 | account was under Kenny_05@hotmail.com, which is |
| 2:55:11 | 13 | the account that we've always used for Head Kandy. |
| 2:55:14 | 14 | And then so in this process Kayla and I |
| 2:55:17 | 15 | created a Alibaba account under |
| 2:55:21 | 16 | office@HeadKandypro, I believe, so then Head Kandy |
| 2:55:27 | 17 | would have its own Alibaba account which didn't |
| 2:55:30 | 18 | belong to Kayla McNeill. |
| 2:55:34 | 19 | And then the plan was then to delete the |
| 2:55:40 | 20 | account for Kenny_05 to avoid Head Kandy being able |
| 2:55:42 | 21 | to find some of those charges. |
| 2:55:49 | 22 | Q. And was that your intent? |
| 2:55:50 | 23 | MS. SADRO: Object to form. |
| 2:55:53 | 24 | THE WITNESS: It was a mutual decision |
| 2:56:00 | 25 | that we would do that, yes, under the direction of |

| | | |
|---|---|---|
| 2:56:01 | 1 | Ms. McNeill. |
| 2:56:01 | 2 | BY MR. CONVERSE: |
| 2:56:23 | 3 | Q.  I believe you had said that you were |
| 2:56:26 | 4 | initially joking with Ms. McNeill about deleting |
| 2:56:28 | 5 | the account. |
| 2:56:32 | 6 | So did I understand you that the joking |
| 2:56:41 | 7 | transformed into an actual intent by the two of you |
| 2:56:42 | 8 | to delete the account? |
| 2:56:44 | 9 | A.  Yeah.  I believe in the text conversations |
| 2:56:48 | 10 | which you have, I believe -- I can't phrase |
| 2:56:51 | 11 | exactly, but I'm pretty sure it was like |
| 2:56:54 | 12 | Ms. McNeill kind of joked about, oh, I wish I could |
| 2:56:56 | 13 | just delete that account so they couldn't find |
| 2:56:57 | 14 | them. |
| 2:56:58 | 15 | And I think I said like, technically, I |
| 2:57:01 | 16 | think we could. |
| 2:57:01 | 17 | And then I don't know if there's |
| 2:57:06 | 18 | additional texts to that or -- but that -- that's |
| 2:57:10 | 19 | the route we ended up deciding to take. |
| 2:57:17 | 20 | Q.  And was it just that one charge that |
| 2:57:23 | 21 | Ms. McNeill expressed concern to you about Head |
| 2:57:27 | 22 | Kandy representatives finding? |
| 2:57:29 | 23 | A.  Yeah.  I think that the main concern was |
| 2:57:32 | 24 | that Hayzlee boutique charge.  I think it was quite |
| 2:57:33 | 25 | a large order. |

| | | |
|---|---|---|
| 2:57:37 | 1 | And I just remember her saying in explicit |
| 2:57:41 | 2 | term if she was -- if they were ever to find that, |
| 2:57:45 | 3 | then she would, for lack of better terms, be in |
| 2:57:48 | 4 | trouble.  And so the intent was to hide that |
| 2:57:49 | 5 | charge. |
| 2:57:52 | 6 | Q.  Did she tell you why she would be in |
| 2:57:52 | 7 | trouble? |
| 2:57:54 | 8 | A.  Because she knew that Head Kandy had paid |
| 2:57:56 | 9 | for that. |
| 2:58:03 | 10 | Q.  Do you know if Ms. McNeill ever reimbursed |
| 2:58:06 | 11 | electric for that purchase? |
| 2:58:07 | 12 | A.  I do not know. |
| 2:58:14 | 13 | Q.  And you said it was large.  Just to better |
| 2:58:22 | 14 | understand the -- what you mean by large, are we |
| 2:58:23 | 15 | talking over $10,000? |
| 2:58:26 | 16 | A.  I don't recall the exact amount.  I don't |
| 2:58:29 | 17 | think it was that large.  I think it was like a |
| 2:58:31 | 18 | couple thousand.  Maybe 2- or 3,000 is my |
| 2:58:34 | 19 | understanding.  I don't know for sure though. |
| 2:58:44 | 20 | Q.  And then there's a new paragraph on this |
| 2:58:49 | 21 | Exhibit 5 that we're looking at, and it states: |
| 2:58:52 | 22 | "Identification of customers of Head Kandy |
| 2:58:55 | 23 | who purchased hair care and related |
| 2:59:00 | 24 | products from Bo Stegall and his company." |
| 2:59:04 | 25 | Do you have any knowledge on that topic? |

2:59:08   1      A.   Yeah.  I was sent a list of customers that

2:59:12   2   was provided to us by Mr. Stegall and my job was to

2:59:13   3   go through and determine whether or not they were

2:59:19   4   Head Kandy customers, but the information that was

2:59:23   5   provided to us was very vague as far as location

2:59:25   6   and stuff like that, so I could only identify

2:59:29   7   whether or not it was a possible customer of Head

2:59:31   8   Kandy's or not.

2:59:39   9      Q.   How did you determine if an individual was

2:59:40  10   a Head Kandy customer?

2:59:43  11      A.   Like I just said, I can only identify a

2:59:46  12   possibility of a customer, not an exact customer.

2:59:48  13        Some of those customers had pretty unique

2:59:52  14   names, which I could assume would be maybe a Head

2:59:55  15   Kandy customer, but again, I could not identify an

3:00:00  16   actual customer without a city and state location

3:00:01  17   or anything like that.

3:00:04  18      Q.   And I'm sorry.  I don't think I was clear

3:00:04  19   enough.

3:00:09  20        I mean before you attempted to do the

3:00:14  21   comparison, how did you determine who a Head Kandy

3:00:15  22   customer was?

3:00:19  23      A.   Once I received the list, I physically

3:00:23  24   typed in the name, first name, last name of that

3:00:27  25   customer into our customer database, and if I had a

| | | |
|---|---|---|
| 3:00:30 | 1 | matching name, that I would list them as a possible |
| 3:00:34 | 2 | customer.  If the name didn't match, then I would |
| 3:00:36 | 3 | obviously list them as not a Head Kandy customer. |
| 3:00:47 | 4 | Q.  Do you know how customers are input into |
| 3:00:50 | 5 | that database that you were utilizing? |
| 3:00:53 | 6 | A.  Yeah.  The customer enters their own names |
| 3:00:55 | 7 | into the order. |
| 3:00:59 | 8 | Q.  Are they automatically entered into that |
| 3:01:02 | 9 | database when they place an order? |
| 3:01:02 | 10 | MS. SADRO:  Object to form. |
| 3:01:04 | 11 | THE WITNESS:  The database is actually |
| 3:01:08 | 12 | Shopify, so it has all of your purchase history, so |
| 3:01:14 | 13 | the customer list is within Shopify.  It's not an |
| 3:01:16 | 14 | internal list that we've done ourselves.  It's |
| 3:01:21 | 15 | actual purchase history for the life of the |
| 3:01:22 | 16 | business. |
| 3:01:22 | 17 | BY MR. CONVERSE: |
| 3:01:38 | 18 | Q.  Is every person who has placed an order |
| 3:01:42 | 19 | from Head Kandy during the entire life of the |
| 3:01:44 | 20 | business included in that database? |
| 3:01:46 | 21 | A.  Yes it, is. |
| 3:01:55 | 22 | Q.  And you said that's a Shopify customer |
| 3:01:56 | 23 | list? |
| 3:01:57 | 24 | A.  Yeah.  That's correct. |
| 3:02:01 | 25 | Q.  Is that accessed through Head Kandy's |

| | | |
|---|---|---|
| 3:02:04 | 1 | account with Shopify? |
| 3:02:11 | 2 | A.  Yes.  It's on the back end of our website. |
| 3:02:24 | 3 | Q.  Are you aware of any way that customers |
| 3:02:32 | 4 | can place orders from Head Kandy outside of |
| 3:02:34 | 5 | Shopify? |
| 3:02:36 | 6 | MS. SADRO:  Object to form. |
| 3:02:41 | 7 | THE WITNESS:  Yes.  You can.  Amazon was |
| 3:02:45 | 8 | an option for purchase.  And I think those are the |
| 3:02:49 | 9 | only two ways to purchase for Head Kandy. |
| 3:02:52 | 10 | Actually, I take that back.  HSN would |
| 3:02:57 | 11 | have been another option on occasion.  We were |
| 3:03:02 | 12 | listed on their website as well. |
| 3:03:02 | 13 | BY MR. CONVERSE: |
| 3:03:31 | 14 | Q.  Do you know if the purchase information |
| 3:03:40 | 15 | across those three platforms of Shopify, HSN, and |
| 3:03:47 | 16 | Amazon is aggregated for Head Kandy? |
| 3:03:48 | 17 | MS. SADRO:  Object to form. |
| 3:03:51 | 18 | THE WITNESS:  No.  The database that I |
| 3:03:54 | 19 | used for that specific product was specifically to |
| 3:03:58 | 20 | Shopify.  So Shopify does not retain order |
| 3:04:03 | 21 | information from HSN or Amazon. |
| 3:04:03 | 22 | BY MR. CONVERSE: |
| 3:04:16 | 23 | Q.  Do you know if Head Kandy can access |
| 3:04:24 | 24 | purchase information relating to HSN? |
| 3:04:27 | 25 | A.  I'm unaware of how to, but I would assume |

| | | |
|---|---|---|
| 3:04:29 | 1 | you can, yes. |
| 3:04:33 | 2 | I think -- I think there's -- I know |
| 3:04:36 | 3 | there's a HSN portal.  I didn't really use it very |
| 3:04:40 | 4 | much, but I would assume that the order -- they're |
| 3:04:43 | 5 | very careful on the information that they give with |
| 3:04:45 | 6 | their customers because it's not a Head Kandy |
| 3:04:48 | 7 | customer.  It's actually a HSN customer.  So I |
| 3:04:52 | 8 | think all we get is first and last name maybe. |
| 3:04:56 | 9 | I can't guarantee that that list is |
| 3:04:59 | 10 | provided to us unless you know the order number.  I |
| 3:05:02 | 11 | don't know of that being in there.  I'm unsure. |
| 3:05:09 | 12 | Q.  And what about Amazon purchases, do you |
| 3:05:12 | 13 | know if Head Kandy can access information |
| 3:05:17 | 14 | concerning purchases placed through Amazon? |
| 3:05:20 | 15 | A.  You would have to have the actual order |
| 3:05:22 | 16 | number to be able to find information. |
| 3:05:30 | 17 | Again, on that portal it does not give you |
| 3:05:32 | 18 | the address.  It only gives you a customer's first |
| 3:05:35 | 19 | and last name, because just like Amazon -- or just |
| 3:05:41 | 20 | like HSN, Amazon claims their own customers.  That |
| 3:05:43 | 21 | would not technically be a Head Kandy customer. |
| 3:05:46 | 22 | The only time it's considered a Head Kandy |
| 3:05:49 | 23 | customer would be, in fact, through the Shopify |
| 3:05:50 | 24 | website. |
| 3:05:55 | 25 | Q.  When you say "considered a Head Kandy |

| | | |
|---|---|---|
| 3:06:00 | 1 | customer," in what context are you referring? |
| 3:06:09 | 2 | A.   In the realm of -- I mean, it's kind of |
| 3:06:11 | 3 | hard to explain. |
| 3:06:15 | 4 | If they order on our Shopify, then |
| 3:06:18 | 5 | that's -- the customer information is retained by |
| 3:06:20 | 6 | us.  Like that's our physical customer. |
| 3:06:23 | 7 | If they ordered through HSN, they went |
| 3:06:27 | 8 | through HSN to order our products, so that would be |
| 3:06:30 | 9 | HSN's customer.  We're just supplying the product |
| 3:06:32 | 10 | to their customer.  Does that make sense? |
| 3:06:33 | 11 | Q.   Yes.  Thank you. |
| 3:06:35 | 12 | A.    Same thing with Amazon.  They came to |
| 3:06:38 | 13 | Amazon to order our product.  So we're supplying |
| 3:06:41 | 14 | Amazon's customer with our product. |
| 3:06:43 | 15 | Q.   Okay.  Thank you for that clarification. |
| 3:06:45 | 16 | A.   Of course. |
| 3:06:53 | 17 | Q.   Did you record the results of your |
| 3:07:01 | 18 | comparison between the Bo Stegall customers and the |
| 3:07:02 | 19 | Head Kandy customers? |
| 3:07:07 | 20 | A.   Yes.  And I supplied that to -- I can't |
| 3:07:12 | 21 | remember.  Actually, that was the lawyers here. |
| 3:07:18 | 22 | Q.   Okay.  Do you know when you performed that |
| 3:07:20 | 23 | comparison? |
| 3:07:24 | 24 | A.   That would have been early this year. |
| 3:07:27 | 25 | Probably January -- January or February. |

3:07:48   1        Q.  Do you know if the Bo Stegall customers

3:08:09   2    were limited by the time that they placed purchase

3:08:13   3    with Bo Stegall?

3:08:14   4            MS. SADRO:  Object to form.

3:08:16   5            THE WITNESS:  Can you restate that.  I

3:08:16   6    don't understand.

3:08:16   7        BY MR. CONVERSE:

3:08:22   8        Q.  Sure.  Do you know how the list of Bo

3:08:26   9    Stegall customers that you received was compiled?

3:08:29  10        A.  I believe it was based off of a timeline

3:08:33  11    compared to a live that Ms. McNeill did with

3:08:35  12    Ms. Stegall.

3:08:38  13        Q.  Do you know what that time period was?

3:08:39  14        A.  I don't recall.

3:08:43  15        Q.  Okay.  Did you have access to information

3:08:48  16    whether or not these customers had previously

3:08:52  17    purchased from Mr. Stegall?

3:08:55  18        A.  I did not have that information, no.

3:09:12  19        Q.  Did you total the number of customers that

3:09:19  20    were also potential Head Kandy customers?

3:09:21  21        A.  I believe I did provide a total, but I

3:09:24  22    cannot tell you what those numbers were.

3:09:29  23        Q.  Do you have any approximate as to what the

3:09:30  24    total was?

3:09:31  25        A.  No.  I don't recall.

3:09:39   1        Q.   Have you been asked to revise that list

3:09:42   2    since you first did your review?

3:09:45   3             MS. SADRO:   And hold on.  Anthony, let

3:09:47   4    me -- at this point I want to give Mr. Thompson a

3:09:50   5    bit of clarification on the on the privilege.  I

3:09:52   6    understand he can --

3:09:55   7             Mr. Thompson, you can answer his question

3:09:59   8    with a yes or no, but you should not go into any

3:10:01   9    details of the communications that you had with my

3:10:02  10    office.

3:10:03  11             THE WITNESS:   Okay.

3:10:03  12        BY MR. CONVERSE:

3:10:08  13        Q.   Could you please just provide a yes or no.

3:10:10  14        A.   To that question, no.

3:10:39  15        Q.   Okay.  I'm gonna change topics now.  I

3:10:42  16    apologize for having to ask this question because

3:10:46  17    it's quite a departure from what we were just

3:10:47  18    talking about.

3:10:52  19             Have you ever received a nude photo of

3:10:53  20    Ms. McNeill?

3:11:00  21        A.   I wouldn't say completely nude, no.

3:11:20  22        Q.   Have you ever received a photo of

3:11:26  23    Ms. McNeill that exposed anything, let's say,

3:11:29  24    within the bikini line?

3:11:34  25        A.   I have received photos of her.  I think I

| | | |
|---|---|---|
| 3:11:38 | 1 | was sent like a before and after photo of like her |
| 3:11:45 | 2 | surgeries.  It did not expose any genitalia, any |
| 3:11:49 | 3 | genitals in full.  I think they were covered with |
| 3:11:54 | 4 | either a graphic or Ms. McNeill's arm. |
| 3:11:58 | 5 | Q.  Were all the photos that you received sent |
| 3:12:00 | 6 | to you by Ms. McNeill? |
| 3:12:02 | 7 | A.  Yes. |
| 3:12:05 | 8 | Q.  Were they doing -- excuse me.  Strike |
| 3:12:05 | 9 | that. |
| 3:12:10 | 10 | Did she send them to you during the time |
| 3:12:13 | 11 | period that you considered the two of you best |
| 3:12:14 | 12 | friends? |
| 3:12:15 | 13 | A.  Yeah. |
| 3:12:34 | 14 | Q.  Were you ever assigned an affiliate code |
| 3:12:35 | 15 | from Head Kandy? |
| 3:12:38 | 16 | A.  No.  I was not. |
| 3:12:40 | 17 | Q.  Other than the salary that we discussed, |
| 3:12:46 | 18 | since you were rehired by Head Kandy, have you |
| 3:12:50 | 19 | received any other benefits related to your |
| 3:12:50 | 20 | employment? |
| 3:12:54 | 21 | A.  They did pay for my insurance.  They no |
| 3:12:57 | 22 | longer pay for my insurance. |
| 3:13:00 | 23 | And at one time I was asked -- after |
| 3:13:06 | 24 | Ms. McNeill left they wanted me to continue to do |
| 3:13:10 | 25 | lives to try and just let everybody know that |

| | | |
|---|---|---|
| 3:13:12 | 1 | things were, you know, fine, still rolling with |
| 3:13:13 | 2 | electric. |
| 3:13:16 | 3 | I was reluctant because of all the hate |
| 3:13:19 | 4 | that was coming out of the situation.  So they |
| 3:13:23 | 5 | offered me to pay me to do live videos.  And so I |
| 3:13:27 | 6 | was provided -- not provided.  I was offered |
| 3:13:31 | 7 | additional compensation as an independent |
| 3:13:34 | 8 | contractor to do that. |
| 3:13:41 | 9 | Q.  Did you accept that offer? |
| 3:13:42 | 10 | A.  Yes. |
| 3:13:51 | 11 | Q.  And what was your compensation in that |
| 3:13:54 | 12 | role as independent contractor? |
| 3:13:58 | 13 | A.  I don't believe I should -- I don't |
| 3:14:02 | 14 | necessarily think I need to supply you with that |
| 3:14:03 | 15 | information. |
| 3:14:06 | 16 | Q.  Okay.  Are you aware of how much you were |
| 3:14:09 | 17 | paid as an independent contractor by Head Kandy? |
| 3:14:09 | 18 | A.  Yeah. |
| 3:14:13 | 19 | Q.  Okay.  And you're just refusing to divulge |
| 3:14:17 | 20 | what your compensation was? |
| 3:14:18 | 21 | A.  Yeah. |
| 3:14:21 | 22 | MS. SADRO:  Anthony, do you want me to see |
| 3:14:23 | 23 | if he has a question about that and come back on |
| 3:14:25 | 24 | the record and address it? |
| 3:14:27 | 25 | MR. CONVERSE:  Yeah.  Let's do that. |

| | | |
|---|---|---|
| 3:14:28 | 1 | MS. SADRO:  All right.  Brief break.  We |
| 3:14:30 | 2 | don't need to get up. |
| 3:14:31 | 3 | MR. CONVERSE:  Sorry.  We can go off the |
| 3:14:33 | 4 | record.  Let's do five minutes.  Give me a chance |
| 3:14:35 | 5 | to run to the restroom. |
| 3:14:37 | 6 | MS. SADRO:  Okay.  Sure. |
| 3:14:37 | 7 | MR. CONVERSE:  Thanks. |
| 3:14:40 | 8 | THE VIDEOGRAPHER:  We are now off the |
| 3:14:44 | 9 | record.  The time is 4:14 p.m. mountain time. |
| 3:14:47 | 10 | (Recess.) |
| 3:20:06 | 11 | THE VIDEOGRAPHER:  We are now on the |
| 3:20:10 | 12 | record.  The time is 4:20 p.m. mountain time. |
| 3:20:15 | 13 | MR. CONVERSE:  Thank you. |
| 3:20:15 | 14 | BY MR. CONVERSE: |
| 3:20:18 | 15 | Q.  Mr. Thompson, before we took a break I had |
| 3:20:23 | 16 | asked you what your compensation was from Head |
| 3:20:27 | 17 | Kandy in your role as an independent contractor. |
| 3:20:30 | 18 | Are you able to answer that question for |
| 3:20:31 | 19 | me now? |
| 3:20:32 | 20 | A.  Yes. |
| 3:20:34 | 21 | Q.  Okay.  What compensation did you receive? |
| 3:20:38 | 22 | A.  I received about $8,500 in compensation. |
| 3:20:41 | 23 | Q.  Is that total? |
| 3:20:42 | 24 | A.  Yes. |
| 3:20:46 | 25 | Q.  Okay.  Were you ever paid any bonuses by |

| | | |
|---|---|---|
| 3:20:48 | 1 | Head Kandy? |
| 3:20:49 | 2 | A.  No. |
| 3:20:56 | 3 | Q.  Do you know a Damian Woodrow? |
| 3:21:00 | 4 | A.  Yes.  He was a former employee out of |
| 3:21:03 | 5 | Salida. |
| 3:21:07 | 6 | Q.  Former employee of Head Kandy? |
| 3:21:08 | 7 | A.  Yes.  I'm sorry. |
| 3:21:12 | 8 | Q.  So we've just been talking about a few |
| 3:21:14 | 9 | different entities, so I just wanted -- |
| 3:21:15 | 10 | A.  Yeah. |
| 3:21:16 | 11 | Q.  -- to be clear. |
| 3:21:17 | 12 | A.  Of course. |
| 3:21:20 | 13 | Q.  Do you know a -- oh.  I'm sorry. |
| 3:21:22 | 14 | With regard to Damian, do you know what |
| 3:21:26 | 15 | his role was with Head Kandy? |
| 3:21:29 | 16 | A.  Yeah.  He was a warehouse employee. |
| 3:21:37 | 17 | Q.  Do you know a Dallas Perkins? |
| 3:21:38 | 18 | A.  Uh-huh. |
| 3:21:41 | 19 | Q.  How do you know Dallas? |
| 3:21:44 | 20 | A.  He was a Head Kandy employee. |
| 3:21:48 | 21 | Q.  Do you know what his role was with Head |
| 3:21:48 | 22 | Kandy? |
| 3:21:52 | 23 | A.  I think he was also a warehouse employee. |
| 3:22:07 | 24 | Q.  Do you know a Chris Hines? |
| 3:22:12 | 25 | A.  Yes.  He was a warehouse employee at Head |

3:22:15    1    Kandy as well.

3:22:25    2        Q.   Did any of those individuals ever help you

3:22:29    3    move your residence?

3:22:32    4             MS. SADRO:  Object to form.

3:22:34    5             THE WITNESS:  I don't believe -- I don't

3:22:37    6    recall that.  No.

3:22:57    7             MR. CONVERSE:  All right.  Mr. Thompson,

3:22:58    8    thank you very much.  I don't have any further

3:23:00    9    questions for you.

3:23:02   10             MS. SADRO:  All right.  Not to do a

3:23:05   11    back-to-back break, but do you mind if we take

3:23:08   12    about 10 minutes before I -- and let me just get my

3:23:08   13    notes together.

3:23:09   14             MR. CONVERSE:  Sure.

3:23:10   15             MS. SADRO:  All right.  Thanks, everybody.

3:23:12   16             THE VIDEOGRAPHER:  We are now off the

3:23:15   17    record.  The time is 4:23 p.m. mountain time.

3:23:17   18             (Recess.)

3:33:21   19             THE VIDEOGRAPHER:  We are now on the

3:33:25   20    record.  The time is 4:33 p.m. mountain time.

3:33:27   21             MS. SADRO:  All right.  Can everybody

3:33:30   22    still hear me?  Okay.  I just want to make sure.

3:33:33   23    Sitting a little further away from the mic.

3:33:35   24             MR. CONVERSE:  Yes.  Yes, we can.

3:33:36   25             MS. SADRO:  All right.  Thank you.

| | | |
|---|---|---|
| 3:33:36 | 1 | EXAMINATION |
| 3:33:36 | 2 | BY MS. SADRO: |
| 3:33:38 | 3 | Q   All right, Mr. Thompson.  I want to ask |
| 3:33:40 | 4 | you just a couple of questions about some of things |
| 3:33:41 | 5 | you've been talking about today. |
| 3:33:44 | 6 | First, a little while ago you were talking |
| 3:33:47 | 7 | about Dustin McNeill and his work at the warehouse. |
| 3:33:48 | 8 | Do you remember that? |
| 3:33:48 | 9 | A.  Yes. |
| 3:33:50 | 10 | Q.  And do you remember talking a little bit |
| 3:33:54 | 11 | about that Mr. McNeill would be gone for periods of |
| 3:33:55 | 12 | time? |
| 3:33:55 | 13 | A.  Uh-huh. |
| 3:33:57 | 14 | Q.  And it was that a yes? |
| 3:33:57 | 15 | A.  Yes.  Sorry. |
| 3:33:59 | 16 | Q.  Was that frequently? |
| 3:34:01 | 17 | A.  Yeah.  It was pretty frequent he wasn't |
| 3:34:03 | 18 | actually at the office. |
| 3:34:05 | 19 | Q.  How long would he be gone for? |
| 3:34:07 | 20 | A.  I mean, there -- there were times when he |
| 3:34:10 | 21 | didn't come in all week or we wouldn't see him |
| 3:34:15 | 22 | during the week.  So it was quite often that he |
| 3:34:16 | 23 | wasn't there. |
| 3:34:18 | 24 | Q.  Did you ever learn where Dustin McNeill |
| 3:34:18 | 25 | was? |

```
3:34:21    1       A.   It wasn't my specific role to really

3:34:22    2   question where he was.

3:34:24    3           I do know that they had a spec house that

3:34:28    4   they were building in Buena Vista Colorado.  And I

3:34:31    5   think they were also at the time building their own

3:34:36    6   home, which they were going to be living in.

3:34:38    7       Q.   So is it your understanding that instead

3:34:41    8   of working completing his work for Head Kandy, that

3:34:45    9   he was spending his time working on their personal

3:34:47   10   property or spec house?

3:34:48   11       A.   Yes.

3:34:50   12           MR. CONVERSE:   Objection.  Form.

3:34:50   13       BY MS. SADRO:

3:34:54   14       Q.   I want to talk about again -- kind of the

3:34:55   15   change subjects -- about some of the eyelash

3:34:59   16   packaging for White Pineapple.  Okay?

3:34:59   17       A.   Okay.

3:35:02   18       Q.   For -- you were talking a little bit about

3:35:05   19   that eyelash packaging came from one of the same

3:35:08   20   suppliers that you used previously for Head Kandy;

3:35:09   21   is that right?

3:35:09   22       A.   That's correct.

3:35:11   23           MR. CONVERSE:   Objection.  Form.

3:35:11   24       BY MS. SADRO:

3:35:14   25       Q.   And you talked about how Ms. McNeill would
```

| | | |
|---|---|---|
| 3:35:19 | 1 | go into Amazon and quickly access a supplier for |
| 3:35:21 | 2 | these eyelash packages; right? |
| 3:35:23 | 3 | A.  Yep.  Yes. |
| 3:35:27 | 4 | Q.  So those eyelash packages, were you ever |
| 3:35:28 | 5 | able to see them? |
| 3:35:30 | 6 | A.  I have not physically seen the finished |
| 3:35:33 | 7 | product, but I have seen the packaging on her |
| 3:35:37 | 8 | current website, and the packaging is almost exact |
| 3:35:40 | 9 | as the current Head Kandy package. |
| 3:35:42 | 10 | Q.  Is that what leads you to believe it's |
| 3:35:43 | 11 | from the same supplier? |
| 3:35:47 | 12 | A.  Yeah.  It's a helping factor for sure. |
| 3:35:50 | 13 | Q.  Was it through Ms. McNeill's use of the |
| 3:35:51 | 14 | Amazon account? |
| 3:35:51 | 15 | A.  Yes. |
| 3:35:57 | 16 | Q.  I want to turn back to your declaration. |
| 3:36:01 | 17 | MS. SADRO:  Anthony, I forget.  Did you |
| 3:36:03 | 18 | mark this as Exhibit 1; is that right? |
| 3:36:04 | 19 | MR. CONVERSE:  Yes. |
| 3:36:06 | 20 | MS. SADRO:  All right.  Thank you. |
| 3:36:17 | 21 | Okay.  All right.  Can everybody see that? |
| 3:36:17 | 22 | MR. CONVERSE:  Yes. |
| 3:36:19 | 23 | MS. SADRO:  All right.  Thank you. |
| 3:36:19 | 24 | BY MS. SADRO: |
| 3:36:21 | 25 | Q.  All right.  Mr. Thompson, I put Exhibit 1, |

3:36:25   1   your declaration, back on screen, and I want to

3:36:26   2   return it Paragraph Number 19.

3:36:28   3         Can you see that okay?

3:36:28   4      A.   Yes.

3:36:30   5      Q.   All right.  And when we were talking about

3:36:33   6   Paragraph 19 earlier, this is where you were

3:36:36   7   describing some of the personal work that

3:36:39   8   Ms. McNeill had you perform while you were working

3:36:40   9   for Head Kandy; right?

3:36:41   10     A.   Yeah.

3:36:43   11     Q.   And, Mr. Thompson, throughout your time

3:36:46   12  with Head Kandy, there were periods of time where

3:36:48   13  you worked both as an hourly employee; right?

3:36:49   14     A.   Yes.

3:36:51   15     Q.   And as a salaried employee?

3:36:51   16     A.   That's correct.

3:36:53   17     Q.   And those times that you were performing

3:36:56   18  personal services for Ms. McNeill, when did that

3:36:58   19  begin?

3:37:00   20     A.   Immediately.  I was doing personal errands

3:37:03   21  for her from the moment I started working for her

3:37:06   22  up until her departure in 2023.

3:37:08   23     Q.   So did it happen during the period of time

3:37:10   24  where you would have been both an hourly employee

3:37:13   25  and a salaried employee?

3:37:13  1      A.  Yes.  That's correct.

3:37:17  2      Q.  And tell me what kind of personal services

3:37:21  3  or errands Ms. McNeill was having you perform?

3:37:24  4      A.  Yes.  So really depended on kind of the

3:37:26  5  timeframe, whether she was in town or not.  If she

3:37:29  6  would was in town it would have been stuff like

3:37:33  7  taking her kids to school or picking them up in the

3:37:35  8  afternoons, driving her to certain places.

3:37:38  9      When she was out of town, it would be like

3:37:43 10  going and paying water bills or going and paying a

3:37:43 11  bill.

3:37:47 12      I went and paid a bill one time in Buena

3:37:50 13  Vista, which is about a 30-minute drive, to a

3:37:51 14  lumberyard.

3:37:53 15      I delivered paperwork to a title company

3:37:55 16  for the sale of a spec home.

3:37:57 17      So there were lots of different errands

3:37:58 18  that I would have run.

3:38:01 19      Q.  Is that even an exhaustive list?

3:38:03 20      A.  No.

3:38:05 21      Q.  How many times or how frequently

3:38:09 22  throughout the month would Ms. McNeill have you

3:38:11 23  perform these errands for her?

3:38:11 24      A.  I would say --

3:38:12 25      MR. CONVERSE:  Objection.  Form.

| | | |
|---|---|---|
| 3:38:13 | 1 | THE WITNESS:  I would say a couple times a |
| 3:38:17 | 2 | week.  It wouldn't be inappropriate for me to |
| 3:38:18 | 3 | assume that. |
| 3:38:18 | 4 | BY MS. SADRO: |
| 3:38:20 | 5 | Q.  Okay.  And when Ms. McNeill was directing |
| 3:38:23 | 6 | you to go on these errands, was that while you were |
| 3:38:24 | 7 | working for Head Kandy? |
| 3:38:25 | 8 | A.  Yes. |
| 3:38:26 | 9 | MR. CONVERSE:  Objection.  Form. |
| 3:38:29 | 10 | I'm sorry.  I know you guys have it down, |
| 3:38:31 | 11 | but I need time to object in-between.  Sorry. |
| 3:38:34 | 12 | THE WITNESS:  That's okay. |
| 3:38:34 | 13 | BY MS. SADRO: |
| 3:38:38 | 14 | Q.  During the time that you -- during hours |
| 3:38:40 | 15 | that you were working for Head Kandy? |
| 3:38:41 | 16 | A.  Yes. |
| 3:38:48 | 17 | Q.  Would they happen throughout the middle of |
| 3:38:48 | 18 | the day? |
| 3:38:52 | 19 | A.  Yeah.  It happened in the mornings, in the |
| 3:38:55 | 20 | afternoons, sometimes in the evenings.  It really |
| 3:38:56 | 21 | just depended on the day. |
| 3:38:59 | 22 | Q.  Is that -- earlier Mr. Converse was |
| 3:39:02 | 23 | talking to you about doing favors for your friends; |
| 3:39:03 | 24 | right?  Do you remember that? |
| 3:39:04 | 25 | A.  Yeah. |

3:39:06   1      Q.   Did the frequency that Ms. McNeill have

3:39:11   2   you perform services for just her, was that in your

3:39:14   3   opinion a favor for a friend?

3:39:18   4      MR. CONVERSE:   Objection.   Form.

3:39:21   5      THE WITNESS:   I would probably say that if

3:39:25   6   it were any other person and I was working a job, I

3:39:29   7   would not be performing the amount of errands or --

3:39:34   8   or favors as he stated for any other person.

3:39:34   9      BY MS. SADRO:

3:39:37   10      Q.   And the amount of time that you had to

3:39:41   11   spend working on Ms. McNeill's errands or personal

3:39:45   12   services, was that time taken away from the work

3:39:49   13   you were required to perform for Head Kandy?

3:39:50   14      A.   Yeah.

3:39:51   15      MR. CONVERSE:   Objection.   Form.

3:39:53   16      THE WITNESS:   Yeah.   I would -- I would

3:39:55   17   have to make up, you know, not make up time

3:39:58   18   specifically, but I would have to come back to

3:40:01   19   projects if I was working on something specific.

3:40:01   20      BY MS. SADRO:

3:40:07   21      Q.   All right.   Mr. Thompson, I want to talk

3:40:10   22   to you about another exhibit.

3:40:14   23      MS. SADRO:   Anthony, forgive me for a

3:40:17   24   moment.   I've forgotten which exhibit number it is.

3:40:18   25   There we are.   I landed on it.

3:40:18   1      BY MS. SADRO:

3:40:20   2         Q.  Exhibit 5.  I have Exhibit 5 on the

3:40:22   3      screen, Mr. Thompson.  Can you see that?

3:40:23   4         A.  Yes.

3:40:24   5         Q.  Okay.  And we were talking about your

3:40:28   6      description of the area of knowledge.  And on pages

3:40:32   7      1 and 2, there's a section that says "Ms. McNeill's

3:40:36   8      false statements with White Pineapple and its

3:40:36   9      origins."

3:40:38  10             Can you see that?

3:40:39  11         A.  Yes.

3:40:41  12         Q.  Okay.  When Ms. McNeill was starting White

3:40:44  13      Pineapple, did she advertise some of those products

3:40:46  14      on Facebook lives?

3:40:48  15         A.  I believe she did speak about them on

3:40:49  16      lives, yes.

3:40:52  17         Q.  What products were on lives?

3:40:54  18             MR. CONVERSE:  Objection.  Form.

3:40:57  19             THE WITNESS:  I think she talked about

3:41:00  20      the -- the leggings in specific.

3:41:00  21      BY MS. SADRO:

3:41:02  22         Q.  Did you -- have you observed or seen

3:41:06  23      Ms. McNeill talk about those leggings on lives?

3:41:09  24         A.  The lives that she spoke about the

3:41:13  25      leggings, I know she'd mentioned her involvement

| | | |
|---|---|---|
| 3:41:16 | 1 | with the creation of the leggings. |
| 3:41:19 | 2 | Q.  Okay.  And what do you remember |
| 3:41:22 | 3 | Ms. McNeill saying about the creation of those |
| 3:41:22 | 4 | leggings? |
| 3:41:26 | 5 | A.  I believe her statement is that she had |
| 3:41:29 | 6 | physically taken the leggings and deconstructed |
| 3:41:36 | 7 | them and added fabric to be able to create a non, |
| 3:41:42 | 8 | for lack of better terms, excuse me, camel toe look |
| 3:41:45 | 9 | for the front of the leggings, and that she |
| 3:41:50 | 10 | physically sewed that garment together to create |
| 3:41:51 | 11 | that effect. |
| 3:41:53 | 12 | Q.  Do you believe that to be true? |
| 3:41:54 | 13 | A.  No. |
| 3:41:56 | 14 | MR. CONVERSE:  Objection.  Form. |
| 3:41:58 | 15 | THE WITNESS:  No.  I do not.  I know for a |
| 3:42:01 | 16 | fact that was not true because I was the one that |
| 3:42:03 | 17 | was there for the whole process of ordering those |
| 3:42:04 | 18 | specific garments. |
| 3:42:04 | 19 | BY MS. SADRO: |
| 3:42:06 | 20 | Q.  And where were they ordered from? |
| 3:42:09 | 21 | A.  Alibaba is where we sourced those. |
| 3:42:12 | 22 | Q.  Did Ms. McNeill have any part in creating |
| 3:42:14 | 23 | the physical leggings themselves? |
| 3:42:17 | 24 | A.  No.  She did not. |
| 3:42:29 | 25 | Q.  A minute ago too, Mr. Thompson, we were |

| | | |
|---|---|---|
| 3:42:32 | 1 | talking about a -- some of the work that you did |
| 3:42:35 | 2 | for Head Kandy going on Facebook and doing lives |
| 3:42:36 | 3 | for them. |
| 3:42:37 | 4 |     A.  Uh-huh. |
| 3:42:40 | 5 |     Q.  When you would do that, why were you so |
| 3:42:43 | 6 | hesitant to get on Facebook lives? |
| 3:42:51 | 7 |     A.  I was getting a lot of pushback regarding |
| 3:42:57 | 8 | Kayla's exit.  I know that she had mentioned, I |
| 3:43:00 | 9 | think, on -- on lives that she had exited the |
| 3:43:02 | 10 | company. |
| 3:43:05 | 11 |       And there were comments being made that |
| 3:43:11 | 12 | myself and another co-worker were trying to steal |
| 3:43:13 | 13 | the company from her or were stealing the company |
| 3:43:14 | 14 | from her. |
| 3:43:17 | 15 |       And I was made out to be this bad guy and |
| 3:43:20 | 16 | I was getting comments that were, you know, very |
| 3:43:21 | 17 | hurtful. |
| 3:43:24 | 18 |       And when you start seeing it on a daily |
| 3:43:28 | 19 | basis, it gets to you.  And so I was very reluctant |
| 3:43:30 | 20 | on doing lives. |
| 3:43:32 | 21 |       And that's something I enjoy doing.  I |
| 3:43:33 | 22 | enjoy being on lives.  Kayla and I always had a |
| 3:43:33 | 23 | good time on lives. |
| 3:43:37 | 24 |       So for me to go on and still try to do my |
| 3:43:39 | 25 | job and be getting all these comments and |

| | | |
|---|---|---|
| 3:43:44 | 1 | questions, it definitely deterred me from wanting |
| 3:43:46 | 2 | to do that job. |
| 3:43:49 | 3 | Q.  When you would go on lives, would |
| 3:43:53 | 4 | followers or viewers of those lives be commenting? |
| 3:43:54 | 5 | A.  Yes. |
| 3:43:58 | 6 | Q.  Would those viewers or commenters make any |
| 3:43:59 | 7 | comments about Ms. McNeill? |
| 3:44:02 | 8 | A.  They would just kind of ask where |
| 3:44:03 | 9 | Ms. McNeill was at. |
| 3:44:05 | 10 | And then some of them were commenting |
| 3:44:09 | 11 | comments such as you should be ashamed of yourself, |
| 3:44:12 | 12 | "how dare you steal the company from your best |
| 3:44:18 | 13 | friend, how dare you betray your best friend. |
| 3:44:20 | 14 | I was getting comments like -- specific |
| 3:44:26 | 15 | one I remember people like you should be hung.  And |
| 3:44:30 | 16 | that is a huge change from the comments we used to |
| 3:44:35 | 17 | get.  We always tried to preach kindness and loving |
| 3:44:36 | 18 | one another. |
| 3:44:39 | 19 | And so for me to have to get online and do |
| 3:44:42 | 20 | lives and see that kind of feedback when I did |
| 3:44:47 | 21 | nothing but choose myself and my livelihood and my |
| 3:44:50 | 22 | job over something else, all I did was stay and |
| 3:44:54 | 23 | continue to work and I was being blamed for a lot |
| 3:44:55 | 24 | of it. |
| 3:45:00 | 25 | Q.  You said you were choosing yourself.  What |

3:45:02   1  was the alternative choice?

3:45:06   2      A.   So the alternative choice was to -- sorry.
3:45:08   3  I didn't mean to interrupt.

3:45:10   4          MR. CONVERSE:  Objection.  Form.  Thank
3:45:11   5  you.

3:45:15   6          THE WITNESS:  The alternative was to leave
3:45:18   7  Head Kandy and go work for Ms. McNeill and White
3:45:18   8  Pineapple.

3:45:18   9      BY MS. SADRO:

3:45:21  10      Q.   Why didn't you want to do that?

3:45:25  11      A.   Initially I did because I was being
3:45:30  12  informed by Ms. McNeill that if she were to be let
3:45:33  13  go from Head Kandy that they would get rid of me
3:45:36  14  because I was considered -- at that time she still
3:45:39  15  called me her personal assistant and made me
3:45:42  16  believe that they weren't gonna have any use for
3:45:42  17  me.

3:45:46  18          So naturally to save myself I would have
3:45:51  19  gone to White Pineapple and moved on with that
3:45:52  20  journey for her.

3:45:55  21          But as soon as things started going south
3:45:58  22  between her and the owners, I was being blamed for
3:46:04  23  a lot of the accusations from Ms. McNeill.

3:46:07  24          And there were just a lot of things going
3:46:10  25  around and I just decided that it was best for me.

| | | |
|---|---|---|
| 3:46:15 | 1 | I was gonna stay where I was at, do my job.  And I |
| 3:46:17 | 2 | like my job at Head Kandy.  I really do. |
| 3:46:20 | 3 | So I made the decision to take care of me |
| 3:46:24 | 4 | and -- and ensure my livelihood and stay with Head |
| 3:46:25 | 5 | Kandy. |
| 3:46:31 | 6 | Q.  Was Ms. McNeill during that time period |
| 3:46:33 | 7 | asking you to come work for White Pineapple? |
| 3:46:34 | 8 | A.  Yes. |
| 3:46:36 | 9 | Q.  And during that time were you still |
| 3:46:38 | 10 | employed by Head Kandy? |
| 3:46:39 | 11 | A.  Yes. |
| 3:46:55 | 12 | Q.  All right.  Mr. Thompson, I don't have any |
| 3:46:57 | 13 | further questions for you. |
| 3:47:03 | 14 | MS. SADRO:  Anthony, do you have any |
| 3:47:04 | 15 | follow-up? |
| 3:47:07 | 16 | MR. CONVERSE:  I have a few. |
| 3:47:07 | 17 | FURTHER EXAMINATION |
| 3:47:07 | 18 | BY MR. CONVERSE: |
| 3:47:30 | 19 | Q.  Mr. Thompson, you were asked again about |
| 3:47:42 | 20 | taking on that role of posting live videos for Head |
| 3:47:43 | 21 | Kandy. |
| 3:47:49 | 22 | I thought you had said that that was |
| 3:47:54 | 23 | during Ms. McNeill's departure and I want to make |
| 3:47:55 | 24 | sure that I understood I correctly. |
| 3:48:00 | 25 | So can you tell me when you were asked to |

| | | |
|---|---|---|
| 3:48:05 | 1 | make those videos for Head Kandy? |
| 3:48:07 | 2 | A.   Yeah.   That would have been January and |
| 3:48:15 | 3 | February of 2023.  I'm sorry.  20 -- yeah.  2023. |
| 3:48:18 | 4 | Q.   Okay.  And you said that you were hesitant |
| 3:48:24 | 5 | to accept that offer at that time; right? |
| 3:48:25 | 6 | A.   That's correct. |
| 3:48:28 | 7 | Q.   Okay.  And you said that you were hesitant |
| 3:48:33 | 8 | because Ms. McNeill had gone online and said that |
| 3:48:35 | 9 | she had left the company; is that right? |
| 3:48:37 | 10 | A.   Uh-huh. |
| 3:48:40 | 11 | Q.   And you said you were also hesitant at |
| 3:48:43 | 12 | that time because Ms. McNeill had gone online and |
| 3:48:50 | 13 | said that you and other employees had stolen the |
| 3:48:53 | 14 | company for her; is that what you said? |
| 3:48:55 | 15 | A.   There -- there was mention of -- I can't |
| 3:48:58 | 16 | remember the exact form of how it was said or where |
| 3:49:01 | 17 | it was said, but it was said at one point that |
| 3:49:04 | 18 | Mindy and I were trying to steal the company from |
| 3:49:07 | 19 | out from under -- underneath of her. |
| 3:49:09 | 20 | Q.   And she said this during a Facebook live |
| 3:49:10 | 21 | session? |
| 3:49:12 | 22 | A.   That is my understanding, yes. |
| 3:49:15 | 23 | Q.   Okay.  Well, did you view it? |
| 3:49:19 | 24 | A.   I don't remember physically seeing it, no. |
| 3:49:21 | 25 | Q.   You're saying this is what caused you |

3:49:24   1   hesitation to accept this offer from Head Kandy.

3:49:29   2         How -- how did you come to be hesitant due

3:49:30   3   to these posts?

3:49:36   4      A.   I think I was shown a clip of a video

3:49:39   5   possibly.  I don't recall exactly how that

3:49:40   6   information came to me.

3:49:43   7      Q.   Okay.  Do you know what account they were

3:49:45   8   posted to?

3:49:46   9      A.   No.  I do not.

3:49:49  10      Q.   Okay.  So it's your testimony that you

3:49:55  11   were hesitant to take on a role with Head Kandy to

3:50:02  12   make videos in January or February of 2023 because

3:50:05  13   all of these posts by Ms. McNeill had already been

3:50:07  14   made?

3:50:08  15         MS. SADRO:  Object to form.

3:50:10  16         THE WITNESS:  Let me kind of go back into

3:50:10  17   that.

3:50:13  18         I was getting -- already I was doing lives

3:50:15  19   I already had started and I started getting

3:50:19  20   comments such as "how dare you try to be stealing

3:50:20  21   the company from Kayla."

3:50:23  22         So it was more based on comments I was

3:50:25  23   getting.  I don't remember physically seeing a post

3:50:28  24   or whether it was shared to me I don't remember.

3:50:31  25   But I was definitely seeing those comments and --

3:50:36  1   and that was a deterrence for me.  Those are false

3:50:37  2   accusations.

3:50:40  3       Q.  Are you aware of any accusations that

3:50:46  4   Ms. McNeill had made about you that were false

3:50:50  5   prior to January or February of 2023?

3:50:53  6           MS. SADRO:  Object to form.

3:50:54  7           THE WITNESS:  I don't recall any specific

3:50:55  8   post, no.

3:50:55  9       BY MR. CONVERSE:

3:50:58  10      Q.  Okay.  So it's very possible that it had

3:51:01  11  nothing to do with what Ms. McNeill did?

3:51:02  12          MS. SADRO:  Object to form.

3:51:05  13          THE WITNESS:  To the best of my knowledge.

3:51:08  14  Yeah.  That's the answer I have.

3:51:08  15      BY MR. CONVERSE:

3:51:10  16      Q.  What's the answer you have?

3:51:14  17      A.  I don't recall seeing an exact post, no.

3:51:19  18      Q.  Okay.  So would you stand by your

3:51:23  19  testimony that your hesitancy to take on that

3:51:27  20  position was due to lives that Ms. McNeill had made

3:51:32  21  wherein she falsely accused you of taking the

3:51:34  22  company from her?

3:51:35  23          MS. SADRO:  Object to form.

3:51:36  24          THE WITNESS:  Yes.  That is my

3:51:36  25  understanding.

| | | |
|---|---|---|
| 3:51:36 | 1 | BY MR. CONVERSE: |
| 3:51:39 | 2 | Q.  You're gonna stand by that testimony? |
| 3:51:40 | 3 | A.  Yes. |
| 3:51:41 | 4 | MS. SADRO:  Object to form. |
| 3:51:41 | 5 | BY MR. CONVERSE: |
| 3:51:49 | 6 | Q.  Okay.  Did Ms. McNeill, to your knowledge, |
| 3:51:55 | 7 | direct any individuals to make the comments that |
| 3:52:07 | 8 | you identified that were made towards you and were |
| 3:52:08 | 9 | negative? |
| 3:52:11 | 10 | A.  No.  I do not believe Ms. McNeill would |
| 3:52:16 | 11 | send her customers over to do that.  I don't |
| 3:52:18 | 12 | believe that to be true. |
| 3:52:27 | 13 | Q.  I believe you also stated that you |
| 3:52:32 | 14 | initially worked for White Pineapple.  Were you an |
| 3:52:33 | 15 | employee of White Pineapple? |
| 3:52:38 | 16 | A.  At that time, no, I was not an employee. |
| 3:52:42 | 17 | I was never compensated by White Pineapple.  No. |
| 3:52:51 | 18 | Q.  What did you mean by you initially worked |
| 3:52:53 | 19 | for White Pineapple? |
| 3:52:56 | 20 | A.  I don't believe I stated that I initially |
| 3:52:58 | 21 | worked for them. |
| 3:53:01 | 22 | I helped her set up the -- you know, we |
| 3:53:04 | 23 | already talked about the scope of me helping with |
| 3:53:06 | 24 | White Pineapple and the understanding that I would |
| 3:53:10 | 25 | go work for her if I -- if and when I was released |

3:53:12  1  from Head Kandy.

3:53:23  2      Q.  You were also asked about your willingness

3:53:28  3  to provide favors to Ms. McNeill.

3:53:39  4          Did you assist Ms. McNeill in promoting

3:53:44  5  any Head Kandy products when you were not employed

3:53:46  6  by Head Kandy?

3:53:48  7          MS. SADRO:  Object to form.

3:53:49  8          THE WITNESS:  No.

3:53:49  9      BY MR. CONVERSE:

3:53:51  10     Q.  Did you make any live videos with

3:54:01  11  Ms. McNeill after you resigned in 2020, but before

3:54:02  12  you were rehired in 2021?

3:54:11  13     A.  Not that I recall, no.

3:54:16  14     Q.  Did you discuss Head Kandy products,

3:54:20  15  potential products, with Ms. McNeill after your

3:54:24  16  resignation in 2020 and before your rehiring in

3:54:25  17  2021?

3:54:31  18     A.  It's possible.  I don't remember.  I don't

3:54:36  19  recall doing a live, but it's possible that I did.

3:54:40  20     Q.  Is that because those are the favors that

3:54:46  21  would have been outside the bounds for you?

3:54:48  22     A.  Restate that.  I don't understand what

3:54:50  23  you're asking.

3:54:54  24     Q.  Yeah.  You had testified -- after you

3:54:57  25  testified that you would be willing to help out a

3:55:03  1   friend, you, when asked by your counsel, stated

3:55:09  2   that Ms. McNeill's requests of you or the -- the

3:55:14  3   favors you provided for her were exorbitant.

3:55:17  4          Did I understand your testimony correctly?

3:55:18  5          MS. SADRO:  Object to form.

3:55:19  6          THE WITNESS:  I would say that I probably

3:55:24  7   performed more personal favors for Ms. McNeill than

3:55:26  8   I would any other friend being I did work for her

3:55:30  9   and I was around.  So I still don't understand

3:55:32  10  where you're going.

3:55:32  11      BY MR. CONVERSE:

3:55:34  12      Q.  Were you unwilling to perform any of the

3:55:36  13  personal favors that you performed for Ms. McNeill?

3:55:40  14      A.  No.  I'm a yes man.  I'll help in any way

3:55:42  15  I can typically.

3:55:55  16      Q.  Did Ms. McNeill coerce you in any way to

3:55:59  17  provide personal favors for her while you were an

3:56:01  18  employee of Head Kandy?

3:56:01  19      A.  No.

3:56:03  20          MS. SADRO:  Object to form.

3:56:04  21          THE WITNESS:  No.

3:56:04  22      BY MR. CONVERSE:

3:56:30  23      Q.  When you were discussing comments that

3:56:36  24  were being made about you, did you personally view

3:56:38  25  those comments?

| | | |
|---|---|---|
| 3:56:40 | 1 | A.  Yeah.  When you're doing a live you can |
| 3:56:43 | 2 | see the comments that people are saying.  So they |
| 3:56:46 | 3 | scroll up from the bottom of the screen. |
| 3:56:49 | 4 | Q.  And one of the comments that you stated |
| 3:56:56 | 5 | you saw was "where is Ms. McNeill"; is that right? |
| 3:56:59 | 6 | A.  Yeah.  That wasn't an uncommon question to |
| 3:56:59 | 7 | see. |
| 3:57:02 | 8 | Q.  Did you ever respond to that question? |
| 3:57:04 | 9 | A.  Not typically, no. |
| 3:57:07 | 10 | Q.  But did you ever respond to it? |
| 3:57:09 | 11 | A.  If I did, I would have clearly just stated |
| 3:57:15 | 12 | that that's not something I can speak of or -- |
| 3:57:17 | 13 | Q.  Would you have provided any other |
| 3:57:18 | 14 | response? |
| 3:57:21 | 15 | A.  No.  I mean, it was always -- if I did, |
| 3:57:24 | 16 | like I just said, I don't really -- I don't talk |
| 3:57:26 | 17 | about that.  It wasn't something I was discussing |
| 3:57:31 | 18 | nor did I want to discuss it. |
| 3:57:55 | 19 | Q.  All right.  All right.  Right now I don't |
| 3:57:58 | 20 | have any further questions for you. |
| 3:58:02 | 21 | I did see that we received responses to |
| 3:58:10 | 22 | the subpoena for documents that you received.  I |
| 3:58:13 | 23 | don't think there are any documents attached, so |
| 3:58:17 | 24 | subject to the receipt of any documents responsive |
| 3:58:19 | 25 | to that subpoena, I don't have any further |

3:58:21   1   questions.

3:58:23   2          MS. SADRO:  Okay.  And just for clarity of

3:58:28   3   the record -- for clarity of the record, we would

3:58:32   4   not be in agreement with blanket opening the depo

3:58:34   5   for any documents you may receive.  Just putting

3:58:35   6   that on the record.

3:58:38   7          All right.  Madam Court Reporter, we will

3:58:42   8   read and we will just take a transcript.  At this

3:58:48   9   time we don't need a video.  I didn't know,

3:58:48  10   Anthony, if you're ordering.

3:58:51  11          MR. CONVERSE:  I didn't hear what you said

3:58:52  12   at the end.

3:58:53  13          MS. SADRO:  It's -- forgot this is your

3:58:56  14   depo.  I forgot to ask you.  Are you ordering?

3:58:59  15          MR. CONVERSE:  I will order a transcript

3:59:03  16   right now and wait for the video.

3:59:06  17          MS. SADRO:  I will order a copy of that

3:59:06  18   transcript.

3:59:09  19          THE REPORTER:  Thank you.

3:59:10  20          MS. SADRO:  All right.

3:59:12  21          THE VIDEOGRAPHER:  Please stand by to go

3:59:13  22   off the record.

3:59:15  23          This concludes the deposition of Ryan

3:59:19  24   Thompson in the matter of Head Kandy versus Kayla

4:59:22  25   Marie McNeill, et al.

RYAN THOMPSON  - VOL. II - AFTERNOON SESSION
SEPTEMBER 06, 2024

JOB NO. 1164890

| | | |
|---|---|---|
| 4:59:24 | 1 | We are now off the record.  The time is |
| 4:59:28 | 2 | 4:59 p.m. mountain time. |
| 4:59:28 | 3 | (4:59 p.m.) |
| 4:59:28 | 4 | -oOo- |
| | 5 | |
| | 6 | |
| | 7 | |
| | 8 | |
| | 9 | |
| | 10 | |
| | 11 | |
| | 12 | |
| | 13 | |
| | 14 | |
| | 15 | |
| | 16 | |
| | 17 | |
| | 18 | |
| | 19 | |
| | 20 | |
| | 21 | |
| | 22 | |
| | 23 | |
| | 24 | |
| | 25 | |

```
 1   STATE OF FLORIDA          )
                               )  ss.
 2   COUNTY OF _____)

 3

 4            I, RYAN THOMPSON, do hereby certify:

 5            That I have read the foregoing

 6   deposition;

 7            That I have made such changes in form

 8   and/or substance to the within deposition as might

 9   be necessary to render the same true and correct;

10            That having made such changes

11   thereon, I hereby subscribe my name to the

12   deposition.

13            I declare, under penalty of perjury,

14   that the foregoing is true and correct.

15            Executed this_____day

16   of_____, 20__, at _____,

17   Florida.

18

19

20            _____

21            RYAN THOMPSON

22

23

24

25
```

```
 1  STATE OF CALIFORNIA    )
                           )   ss.
 2  COUNTY OF KERN         )

 3

 4             I, Kelli R. Hopper, a Certified

 5  Shorthand Reporter in the State of California,

 6  holding certificate No. 7172, do hereby certify

 7  that the above-entitled deposition was taken

 8  remotely, Friday, September 6, 2024; That the

 9  witness was present at the time and place set forth

10  on the first page hereof.

11             That upon the taking of the

12  deposition, the words of the witness were written

13  down by me in stenotype and thereafter transcribed

14  by computer under my supervision; that the

15  foregoing is a true and correct transcript of the

16  testimony given by the witness.

17             I further certify that I am neither

18  counsel for nor in any way related to any party to

19  said action, nor in any way interested in the

20  result or outcome thereof.

21             Dated this 18 day of September, 2024,

22  at Bakersfield, California.

23

24  _____

            Kelli R. Hopper, CSR No. 7172

25
```

RYAN THOMPSON  - VOL. II - AFTERNOON SESSION                    JOB NO. 1164890
SEPTEMBER 06, 2024

```
 1   ERRATA SHEET
     CHANGES IN TESTIMONY
 2   Head Kandy LLC v KAYLA MARIE MCNEILL, et al.
     Ryan Thompson  - VOL. II - AFTERNOON SESSION
 3   September 06, 2024

 4   Page  Line   From                     To

 5   _____

 6   _____

 7   _____

 8   _____

 9   _____

10   _____

11   _____

12   _____

13   _____

14   _____

15   _____

16   _____

17   _____

18   _____

19   _____

20   _____

21   _____

22   _____

23

24   SIGNATURE:_____DATE:_____

25          Ryan Thompson  - VOL. II - AFTERNOON SESSION
```

**Exhibits**

**Exhibit 5** 165:12
174:21,23 194:1 201:21
221:2

**$**

**$10,000** 201:15
**$8,500** 211:22

**-**

**-ooo-** 166:5

**1**

**1** 175:14 216:18,25
221:7
**10** 213:12
**12th** 175:7
**19** 217:2,6

**2**

**2** 221:7
**2-** 201:18
**20** 190:11 227:3
**2018** 193:18
**2020** 168:20 171:13
178:9 231:11,16
**2021** 168:18 171:10,16
231:12,17
**2023** 217:22 227:3
228:12 229:5
**2024** 166:2 175:7
**25** 171:24
**26(a)(1)** 175:9
**2:59** 166:4,8

**3**

**3,000** 201:18
**30-minute** 218:13

**4**

**4** 175:7 179:21
**4:14** 211:9
**4:20** 211:12
**4:23** 213:17
**4:33** 213:20

**5**

**5** 174:21,23 194:1
201:21 221:2
**500** 191:7

**6**

**6** 166:2

**7**

**75** 171:23

**A**

**accept** 210:9 227:5
228:1
**access** 181:10
183:25 184:18,20
204:23 205:13 207:15
216:1
**accessed** 203:25
**account** 166:12
181:10 182:25 183:3,4,
5,6,20 184:8,11,14,16,
17 185:3,24 186:14
196:8 198:15,17,18,19,
23 199:6,7,12,13,15,17,
20 200:5,8,13 204:1
216:14 228:7

**accounting** 168:8
**accounts** 184:19,22
195:24 197:16,20,22,25
**accusations**
225:23 229:2,3
**accused** 229:21
**actions** 180:17,19
**activities** 193:21
198:1
**actual** 176:15 184:4,
7,10 186:13 200:7
202:16 203:15 205:15
**added** 222:7
**additional** 193:24
200:18 210:7
**address** 177:5
205:18 210:24
**adjust** 185:20
**advertise** 221:13
**affiliate** 209:14
**afternoons** 189:11
218:8 219:20
**aggregated** 204:16
**agreement** 169:22
194:11,18,22 195:5,6
234:4
**ahead** 173:9 182:20
**Alibaba** 181:8 183:2,
3,9,14,21 184:5,8
185:7,8,15,24 186:12
198:5,6,15 199:6,7,15,
17 222:21
**Alibaba's** 184:2
**alternative** 225:1,2,
6
**Amazon** 176:6
192:11,20,22 193:12
204:7,16,21 205:12,14,
19,20 206:12,13 216:1,
14
**Amazon's** 206:14
**Amex** 166:12,22
183:20

**amount** 201:16
220:7,10
**Anthony** 208:3
210:22 216:17 220:23
226:14 234:10
**anymore** 184:19
**apologize** 196:17
208:16
**app** 183:15
**apparel** 191:5,15
**approved** 186:24
**approximate**
207:23
**April** 175:7
**area** 177:9 221:6
**areas** 175:16
**arm** 209:4
**arrived** 189:19
**ashamed** 224:11
**aspect** 176:14
**assigned** 209:14
**assist** 166:13,16
176:13 180:18 231:4
**assistant** 225:15
**assisted** 166:23
189:13
**assume** 191:12
192:25 202:14 204:25
205:4 219:3
**Assuming** 184:20
**assumption** 177:21
**attached** 233:23
**attempt** 198:21
**attempted** 202:20
**audit** 166:14,24
**auditing** 198:7
**automatically**
203:8
**avoid** 199:20
**aware** 194:14,17
195:19 196:1 197:19

204:3 210:16 229:3

**B**

**back** 166:17 168:2
176:24 180:3 184:24,25
186:9 194:1 197:8
204:2,10 210:23 216:16
217:1 220:18 228:16

**back-to-back**
213:11

**bad** 223:15

**barn** 169:25 170:3,8,
14,20

**based** 185:14 207:10
228:22

**basically** 183:11,14
190:9 191:1

**basis** 223:19

**bay** 171:6

**begin** 217:19

**beginning** 178:23

**belong** 199:18

**belonged** 174:8
183:7

**benefits** 209:19

**betray** 224:13

**bikini** 208:24

**bill** 218:11,12

**bills** 218:10

**bit** 208:5 214:10
215:18

**black** 179:3,4 189:9
194:5

**blamed** 224:23
225:22

**blanket** 234:4

**blue** 194:4

**Bo** 201:24 206:18
207:1,3,8

**bonuses** 211:25

**bottom** 233:3

**bought** 180:2,14

**bounds** 231:21

**boutique** 177:19
178:1,4,7,8,14 198:2
200:24

**boutique's** 198:9

**box** 175:14

**breach** 194:10

**breaches** 194:17

**break** 211:1,15
213:11

**brings** 194:4

**brother** 190:15,19

**brothers** 180:4

**brown** 171:3

**Buena** 215:4 218:12

**building** 171:3,18
215:4,5

**built** 171:12

**business** 174:13
177:17,20 180:3,12
203:16,20

**businesses** 198:2

**buy** 180:3

**C**

**Cailyn** 166:18

**called** 188:6 225:15

**camel** 222:8

**Canyon** 170:18

**capacity** 170:23

**card** 166:11,15,21
167:1,25 168:3,22
169:1 183:16,17 198:10

**cards** 168:12,15

**care** 201:23 226:3

**careful** 205:5

**Carolina** 172:11,14
173:4,9,10

**carry** 193:20

**catalog** 185:14

**catch** 193:8

**caused** 227:25

**cc'd** 196:21

**cement** 171:22,23
172:1,2

**chance** 197:17 211:4

**change** 208:15
215:15 224:16

**charge** 198:8 200:20,
24 201:5

**charges** 166:11,14,
21,22,25 167:1,25
168:22 169:4,11,19
183:18 198:6 199:21

**choice** 225:1,2

**choose** 224:21

**choosing** 224:25

**Chris** 212:24

**chronological**
176:10

**city** 170:18 202:16

**claims** 205:20

**clarification** 206:15
208:5

**clarified** 168:11

**clarifying** 199:2

**clarity** 234:2,3

**clear** 186:15 202:18
212:11

**clients** 196:23

**clip** 228:4

**clothing** 178:5 198:9

**co-worker** 223:12

**code** 209:14

**coerce** 232:16

**color** 181:24 182:11
187:2

**Colorado** 170:11
172:6,7 189:20 190:21

215:4

**colors** 181:20 183:13
187:3

**Colt** 166:19

**column** 175:16

**combined** 191:8

**commenters** 224:6

**commenting** 224:4,
10

**comments** 223:11,
16,25 224:7,11,14,16
228:20,22,25 230:7
232:23,25 233:2,4

**communicate**
174:17 183:23

**communicating**
192:17,19 193:6,11

**communication**
183:22

**communications**
174:9 180:25 184:1
187:11 208:9

**company** 201:24
218:15 223:10,13
224:12 227:9,14,18
228:21 229:22

**compared** 207:11

**comparison** 202:21
206:18,23

**compensated**
230:17

**compensation**
210:7,11,20 211:16,21,
22

**compiled** 207:9

**completely** 208:21

**completing** 215:8

**conceal** 197:25

**concern** 200:21,23

**concludes** 234:23

**considered** 205:22,
25 209:11 225:14

**consistent** 184:2

**constituted** 182:7

**contact** 176:5 193:2, 4,5,12 198:18

**contacts** 192:1 198:16

**context** 206:1

**continue** 209:24 224:23

**continues** 195:9

**contractor** 210:8, 12,17 211:17

**contributor** 176:23

**conversation** 167:17 176:3 185:2 186:25 193:1 198:4

**conversations** 170:4,6 182:24 185:1 200:9

**Converse** 166:9 175:1 177:24 194:24 195:7 200:2 203:17 204:13,22 207:7 208:12 210:25 211:3,7,13,14 213:7,14,24 215:12,23 216:19,22 218:25 219:9,22 220:4,15 221:18 222:14 225:4 226:16,18 229:9,15 230:1,5 231:9 232:11, 22 234:11,15

**copied** 196:19

**copy** 234:17

**correct** 167:8 169:11, 12 172:12 183:24 185:21 192:2,3 203:24 215:22 217:16 218:1 227:6

**correctly** 189:15 226:24 232:4

**correspondence** 185:25 186:2

**cost** 187:1

**couch** 176:1

**counsel** 232:1

**couple** 182:10 196:9 201:18 214:4 219:1

**Court** 234:7

**covered** 209:3

**create** 222:7,10

**created** 176:20 185:5,6 188:19 198:15 199:15

**creating** 198:1 222:22

**creation** 175:19,22 222:1,3

**credit** 166:15 167:25 168:12,15 183:16,17 198:10

**current** 216:8,9

**customer** 176:25 202:7,10,12,15,16,22, 25 203:2,3,6,13,22 205:7,21,23 206:1,5,6, 9,10,14

**customer's** 205:18

**customers** 201:22 202:1,4,13 203:4 204:3 205:6,20 206:18,19 207:1,9,16,19,20 230:11

**cute** 192:7

**D**

**daily** 223:18

**Dallas** 212:17,19

**Damian** 212:3,14

**dare** 224:12,13 228:20

**database** 202:25 203:5,9,11,20 204:18

**date** 181:14 188:9

**day** 179:15,17,18 186:25 219:18,21

**days** 187:6

**decided** 179:7 182:20 225:25

**deciding** 200:19

**decision** 199:24 226:3

**declaration** 183:19 216:16 217:1

**deconstructed** 222:6

**defendants'** 174:23

**delete** 197:25 198:23 199:19 200:8,13

**deleted** 198:21 199:7,8,9

**deleting** 198:13 200:4

**delivered** 189:21 218:15

**department** 168:8 170:19 189:8

**departure** 208:17 217:22 226:23

**depended** 218:4 219:21

**depends** 185:9

**depo** 234:4,14

**deposition** 234:23

**describe** 170:20

**describing** 217:7

**description** 170:24 221:6

**design** 176:4

**designated** 174:12

**designing** 192:9

**destroy** 197:25

**details** 208:9

**determine** 184:14, 15,22 185:2 202:3,9,21

**determining** 187:2

**deterred** 224:1

**deterrence** 229:1

**developed** 188:17

**diesel** 172:22,23

**difference** 168:12

**differentiated** 197:16

**direct** 230:7

**directing** 219:5

**direction** 199:25

**dirt** 171:24 172:1

**disclosures** 175:10

**discuss** 231:14 233:18

**discussed** 166:11 174:12 179:24 193:19 194:15,19 196:4 209:17

**discussing** 179:8 183:18 232:23 233:17

**discussion** 176:21 178:21

**discussions** 170:4 177:12 192:10

**divulge** 210:19

**document** 175:3

**documentation** 167:25 169:6,9,15

**documents** 168:25 233:22,23,24 234:5

**doors** 171:6

**draw** 183:13

**drive** 218:13

**driving** 218:8

**due** 228:2 229:20

**Dusti** 172:17

**Dustin** 214:7,24

**E**

**e-mail** 177:3,5 182:22,25 183:1,2 196:22 197:9,11

**e-mailed** 182:19

**e-mails** 196:13,18

**earlier** 217:6 219:22

**early** 206:24

**easy** 188:21

**effect** 222:11

**efforts** 197:24

**electric** 201:11 210:2

**employed** 187:9
188:10 189:1 226:10
231:5

**employee** 197:2,3
212:4,6,16,20,23,25
217:13,15,24,25
230:15,16 232:18

**employees** 174:19
227:13

**employment**
169:21 194:11,18,22
195:5,6 209:20

**enclosed** 171:7

**end** 176:24 177:1
181:13 189:7 194:2
204:2 234:12

**ended** 198:14 200:19

**engine** 172:19,22,23

**enjoy** 223:21,22

**ensure** 226:4

**entered** 190:23 203:8

**enters** 203:6

**entire** 203:19

**entities** 212:9

**errands** 217:20
218:3,17,23 219:6
220:7,11

**established** 178:10,
11

**estimate** 191:9

**et al** 234:25

**evenings** 219:20

**event** 180:14

**exact** 167:17 188:9
191:8 196:8,10 197:11
201:16 202:12 216:8
227:16 229:17

**EXAMINATION**
214:1 226:17

**exclusively** 179:11

**excuse** 166:10
175:24 209:8 222:8

**execute** 195:3

**executive** 194:10,18

**exhausted** 180:8

**exhaustive** 218:19

**exhibit** 174:21,23
175:8 194:1 201:21
216:18,25 220:22,24
221:2

**exit** 178:24 179:9,23,
24 223:8

**exited** 223:9

**exorbitant** 232:3

**expense** 168:8,25
169:10

**expenses** 167:2
168:4,14 169:5 174:12,
15 178:22

**explain** 206:3

**explicit** 201:1

**expose** 209:2

**exposed** 208:23

**expressed** 200:21

**extent** 197:25

**exterior** 170:24 171:2

**eye** 176:5

**eyelash** 192:2 193:7
215:15,19 216:2,4

**eyelashes** 192:12,
21 193:12,20 196:4

---

## F

**fabric** 222:7

**facade** 171:4

**Facebook** 221:14
223:2,6 227:20

**facilitate** 173:14

**facilitated** 176:2

**fact** 180:2 205:23
222:16

**factor** 216:12

**Falic** 180:3

**false** 195:10,15,19
221:8 229:1,4

**falsely** 229:21

**favor** 220:3

**favors** 219:23 220:8
231:3,20 232:3,7,13,17

**February** 206:25
227:3 228:12 229:5

**feedback** 224:20

**felt** 174:13

**find** 167:1 185:1 198:8
199:21 200:13 201:2
205:16

**finding** 187:1 200:22

**fine** 210:1

**finished** 171:13,15,
17,18,19,21 216:6

**floor** 171:20,22

**Florida** 166:1

**follow-up** 226:15

**followers** 224:4

**forget** 216:17

**forgive** 220:23

**forgot** 234:13,14

**forgotten** 220:24

**forklift** 172:3,6,7,10,
13,20 173:3 174:3,7

**forklifts** 173:11,19,23

**form** 177:15 194:20
195:2 199:23 203:10
204:6,17 207:4 213:4
215:12,23 218:25 219:9
220:4,15 221:18 222:14
225:4 227:16 228:15
229:6,12,23 230:4
231:7 232:5,20

**formation** 176:12,15

**formed** 177:11

**forming** 176:13

**forward** 180:24

**free** 185:13

**frequency** 220:1

**frequent** 214:17

**frequently** 214:16
218:21

**Friday** 166:2 179:3,4
189:9

**friend** 220:3 224:13
232:1,8

**friendly** 186:6,7

**friends** 209:12
219:23

**front** 222:9

**frontal** 171:4

**full** 209:3

**fully** 171:7

---

## G

**garment** 222:10

**garments** 222:18

**genitalia** 209:2

**genitals** 209:3

**girl's** 178:5

**give** 191:8 205:5,17
208:4 211:4

**giving** 170:25

**good** 223:23

**goods** 192:8

**government** 176:18

**graphic** 209:4

**guarantee** 205:9

**guess** 173:22 178:24
179:9 182:10 187:7
188:25 190:15

**guy** 223:15

**guys** 219:10

## H

**Hailey's** 177:25

**hair** 201:23

**handed** 168:7

**happen** 180:6 217:23
219:17

**happened** 177:8
189:22 196:23 219:19

**happening** 198:14

**hard** 186:5 206:3

**hate** 210:3

**Hayzlee** 177:19
198:8 200:24

**Hayzlee's** 178:1,6,8,
14 198:2

**Head** 168:13,20
169:13,22,24 170:13
171:10,12 172:4,17
174:3,10,14,18 175:6,9
176:5 180:12 183:4,5,
16 184:4 186:11 187:9
188:11 189:1,5 192:2,
14,18 193:4,5,13
195:24 196:1 197:19
198:10,19,20,25 199:4,
13,16,20 200:21 201:8,
22 202:4,7,10,14,21
203:3,19,25 204:4,9,16,
23 205:6,13,21,22,25
206:19 207:20 209:15,
18 210:17 211:16
212:1,6,15,20,21,25
215:8,20 216:9 217:9,
12 219:7,15 220:13
223:2 225:7,13 226:2,4,
10,20 227:1 228:1,11
231:1,5,6,14 232:18
234:24

**hear** 213:22 234:11

**heard** 196:5,6

**hearing** 170:5

**hello@wipi** 177:3

**helped** 175:23 176:7
188:23,24 230:22

**helping** 189:8,17
216:12 230:23

**hesitancy** 229:19

**hesitant** 223:6 227:4,
7,11 228:2,11

**hesitation** 228:1

**hide** 201:4

**highlight** 194:2

**highlighted** 194:2

**Hines** 212:24

**history** 203:12,15

**hit** 176:10

**hold** 208:3

**holiday** 179:2

**home** 215:6 218:16

**honestly** 182:8

**hourly** 217:13,24

**hours** 219:14

**house** 189:21 215:3,
10

**housed** 185:23

**HSN** 204:10,15,21,24
205:3,7,20 206:7,8

**HSN's** 206:9

**huge** 224:16

**hung** 224:15

**hurtful** 223:17

## I

**identification**
174:24 201:22

**identified** 183:19
191:6,25 193:22 230:8

**identifies** 195:10

**identify** 192:16
202:6,11,15

**images** 188:17,20

**Immediately**
217:20

**in-between** 219:11

**inappropriate**
219:2

**included** 203:20

**including** 194:11
198:2

**independent** 210:7,
12,17 211:17

**individual** 175:15
202:9

**individuals** 174:10
213:2 230:7

**information** 184:21
202:4 204:14,21,24
205:5,13,16 206:5
207:15,18 210:15 228:6

**informed** 169:16
225:12

**initial** 175:23,24
182:23

**initially** 169:10 200:4
225:11 230:14,18,20

**initiated** 186:25

**input** 203:4

**inside** 171:17,20

**instructed** 166:20
167:13 198:17

**insurance** 209:21,22

**intent** 199:11,22
200:7 201:4

**interior** 170:24

**internal** 183:21 185:7
203:14

**interrupt** 225:3

**inventory** 190:21,22,
23,24

**invoice** 183:13 185:7,
10,22

**invoices** 185:23
186:4

**involved** 177:13
178:13 188:24 189:24
190:16 191:14,25
193:22

**involvement** 176:8
177:25 178:18 188:14,
15,16 189:4,19 190:5,
18,20 221:25

**item** 185:19

**items** 170:22

## J

**January** 206:25
227:2 228:12 229:5

**job** 202:2 220:6 223:25
224:2,22 226:1,2

**joked** 198:13 200:12

**joking** 200:4,6

**journey** 178:23
225:20

**jump** 192:25

## K

**Kandy** 168:13,20
169:14,22,24 170:13
171:10,12 172:4,17
174:3,10,15,18 175:6
176:6 180:12 183:5,16
186:11 187:9 188:11
189:1,5 192:14,18
193:4,5,13 198:10,19,
20,25 199:4,13,16,20
200:22 201:8,22 202:4,
10,15,21 203:3,19
204:4,9,16,23 205:6,13,
21,22,25 206:19 207:20
209:15,18 210:17
211:17 212:1,6,15,20,
22 213:1 215:8,20
216:9 217:9,12 219:7,
15 220:13 223:2 225:7,
13 226:2,5,10,21 227:1
228:1,11 231:1,5,6,14
232:18 234:24

**Kandy's** 175:9 183:4
184:4 192:2 195:24
196:2 197:20 202:8
203:25

**Kayla** 166:18 170:5,6
172:17 176:21 178:15
179:13 181:8 186:14,23

187:25 191:23 192:6
199:14,18 223:22
228:21 234:24

**Kayla's** 170:9 223:8

**Kenny_05** 199:20

**Kenny_05@
hotmail.com**
199:12

**kids** 218:7

**kind** 176:22 178:10,23
179:9 180:5,11,21
185:13 189:6,10 191:1
192:6 198:6,13 200:12
206:2 215:14 218:2,4
224:8,20 228:16

**kindness** 224:17

**knew** 178:11 201:8

**knowledge** 174:16
175:16,21 177:21
195:15 198:3 201:25
221:6 229:13 230:6

**L**

**lack** 180:8 201:3 222:8

**landed** 220:25

**large** 171:3,6 200:25
201:13,14,17

**lashes** 176:5

**late** 179:21

**lawyers** 206:21

**leads** 216:10

**learn** 170:2 178:6
214:24

**leave** 225:6

**left** 168:20 171:12
177:19 178:9 209:24
227:9

**leg** 176:25

**leggings** 176:3
180:20,22 181:1,15
182:2,6,18,20 185:17,
20 186:13,23 187:12,
16,18,21 188:1 190:3
198:12 221:20,23,25

222:1,4,6,9,23

**letter** 188:1

**Lexington** 173:8,12

**life** 203:15,19

**limited** 207:2

**list** 202:1,23 203:1,3,
13,14,23 205:9 207:8
208:1 218:19

**listed** 166:21 204:12

**listing** 185:18

**live** 187:25 188:7,11
191:2,13,21,23 193:16
207:11 210:5 226:20
227:20 231:10,19 233:1

**livelihood** 224:21
226:4

**lives** 209:25 221:14,
16,17,23,24 223:2,6,9,
20,22,23 224:3,4,20
228:18 229:20

**living** 215:6

**LLC** 176:15,20 177:7,
10,11

**located** 170:8,9
173:3

**location** 173:9,12,14
174:5 185:24 189:20
202:5,16

**locations** 173:8

**long** 214:19

**longer** 209:22

**looked** 170:21

**lot** 168:5 175:24 176:8
179:17 199:1 223:7
224:23 225:23,24

**lots** 218:17

**loving** 224:17

**lumberyard** 218:14

**M**

**machinery** 172:9

**Madam** 234:7

**made** 166:11 195:16,
20 223:11,15 225:15
226:3 228:14 229:4,20
230:8 232:24

**main** 200:23

**majority** 188:22

**make** 170:25 186:15
199:3 206:10 213:22
220:17 224:6 226:23
227:1 228:12 230:7
231:10

**makes** 185:12

**making** 190:23

**man** 232:14

**Marie** 234:25

**mark** 174:21 216:18

**marked** 174:23

**match** 203:2

**matching** 203:1

**materials** 170:17

**matter** 193:1 234:24

**Mcneill** 166:20
167:14,22 169:25 175:6
177:12 178:17,21
179:25 180:1 182:15
183:7 187:8 188:7,10
192:17 193:6,11,17
194:18 195:16,20
196:1,21 198:7 199:4,
18 200:1,4,12,21
201:10 207:11 208:20,
23 209:6,24 214:7,11,
24 215:25 217:8,18
218:3,22 219:5 220:1
221:12,23 222:3,22
224:7,9 225:7,12,23
226:6 227:8,12 228:13
229:4,11,20 230:6,10
231:3,4,11,15 232:7,13,
16 233:5 234:25

**Mcneill's** 174:18
175:18,22 194:10
195:10,23 197:19,24
209:4 216:13 220:11
221:7 226:23 232:2

**meaning** 197:21

**mention** 227:15

**mentioned** 179:23
180:25 189:12 221:25
223:8

**merchandise**
177:19

**mic** 213:23

**middle** 219:17

**midnight** 179:20,21

**mind** 213:11

**Mindy** 227:18

**minute** 222:25

**minutes** 211:4
213:12

**mistake** 189:22

**moment** 217:21
220:24

**month** 218:22

**morning** 189:10

**mornings** 219:19

**mountain** 166:8
211:9,12 213:17,20

**move** 173:14,18 174:2
213:3

**moved** 173:9 180:24
225:19

**mutual** 199:24

**N**

**named** 175:15

**names** 197:4 202:14
203:6

**naturally** 225:18

**navigate** 186:5

**necessarily** 186:2
190:13 210:14

**negative** 230:9

**night** 179:13

**nights** 179:5,11

**nightshift** 189:11

**North** 172:11,14
173:4,9,10

**notated** 167:10

**notes** 213:13

**November** 179:3
181:13

**nude** 208:19,21

**number** 191:8
205:10,16 207:19 217:2
220:24

**numbers** 207:22

**numerous** 181:21,
24

**O**

**object** 177:15 194:20
195:2 199:23 203:10
204:6,17 207:4 213:4
219:11 228:15 229:6,
12,23 230:4 231:7
232:5,20

**Objection** 215:12,23
218:25 219:9 220:4,15
221:18 222:14 225:4

**observed** 221:22

**obtain** 169:5 196:18

**obtained** 197:1

**occasion** 204:11

**occurring** 174:2

**offer** 210:9 227:5
228:1

**offered** 187:22
191:11 210:5,6

**office** 208:10 214:18

**office@
headkandypro**
199:16

**online** 224:19 227:8,
12

**opened** 184:6

**opening** 234:4

**operated** 172:9

**opinion** 220:3

**option** 204:8,11

**options** 181:24
182:11 187:2,12

**order** 172:25 176:7,10
181:2,6,22,23 182:4,17
183:8 184:4,8,10 185:4
186:13,19 187:3,4,7,9,
15,19 190:11,15,19
192:11,13 194:13 198:9
200:25 203:7,9,18
204:20 205:4,10,15
206:4,8,13 234:15,17

**ordered** 181:4,7,12,
16,17,19 182:1 186:11,
13,19 187:18 190:1,2,3
191:5 206:7 222:20

**ordering** 180:20,24
185:12,16 186:21
189:16 198:11 222:17
234:10,14

**orders** 183:23 189:13
190:4,16 191:5,16
204:4

**organization**
176:18

**original** 176:20 198:9
199:11

**originally** 173:8
177:16 178:9

**origins** 195:11,20
221:9

**overnight** 179:14,
19,22

**owned** 172:13,16,18

**owners** 180:15
225:22

**owns** 186:14

**P**

**p.m.** 166:4,8 211:9,12
213:17,20

**package** 216:9

**packaged** 190:9

**packages** 216:2,4

**packaging** 176:4
215:16,19 216:7,8

**pages** 221:6

**paid** 201:8 210:17
211:25 218:12

**pair** 185:16

**pairs** 181:15 182:6
183:12

**pallets** 170:16,21
171:25

**paperwork** 218:15

**paragraph** 201:20
217:2,6

**part** 185:5 222:22

**Partially** 171:21

**partners** 176:22

**passionate** 180:21

**pay** 183:14 209:21,22
210:5

**paying** 218:10

**people** 224:15 233:2

**percent** 171:23

**perform** 168:14
217:8 218:3,23 220:2,
13 232:12

**performed** 206:22
232:7,13

**performing** 166:12
217:17 220:7

**period** 167:21 174:1
179:12 193:10 207:13
209:11 217:23 226:6

**periods** 214:11
217:12

**Perkins** 212:17

**person** 203:18 220:6,
8

**person's** 184:23

**personal** 167:2
174:13,19 175:19
182:15 195:25 196:2
197:20 215:9 217:7,18,
20 218:2 220:11 225:15
232:7,13,17

**personally** 232:24

**pertaining** 170:6

**Petri** 169:18

**phone** 197:13

**photo** 189:7 208:19,
22 209:1

**photos** 208:25 209:5

**phrase** 200:10

**physical** 206:6
222:23

**physically** 167:5,18
188:16,24 189:24
191:13 194:21 202:23
216:6 222:6,10 227:24
228:23

**pick** 189:17 190:7

**picking** 218:7

**piece** 172:9

**pieces** 191:7

**Pineapple** 175:20,22
176:8,12,13,18,19
177:13,22 178:19 179:8
180:18 182:21 188:3
189:14 192:1,4 193:23
194:12,13 195:11,17,21
198:1 215:16 221:8,13
225:8,19 226:7 230:14,
15,17,19,24

**Pineapple's** 193:7

**pink** 185:17

**place** 177:7 183:8
187:4,15 203:9 204:4

**places** 218:8

**plan** 179:9 180:11,13
191:19,21 198:22
199:19

**plastic** 190:10

**platform** 183:22

**platforms** 204:15

**point** 179:5 184:7
191:2 208:4 227:17

**portal** 205:3,17

**portion** 172:1,2
177:10

**position** 229:20

**positive** 186:10

**possession** 167:20

**possibility** 202:12

**possibly** 184:2 228:5

**post** 228:23 229:8,17

**posted** 228:8

**posting** 226:20

**posts** 228:3,13

**potential** 178:18
179:24 207:20 231:15

**preach** 224:17

**present** 167:23

**pretty** 184:6 186:10,
12 200:11 202:13
214:17

**previous** 168:8
197:2

**previously** 169:15
207:16 215:20

**price** 185:20,21

**print** 167:4

**prior** 173:16,18
193:18 229:5

**privilege** 208:5

**problem** 197:14

**Proceeding** 166:3

**process** 171:12
188:25 189:16 199:14
222:17

**produce** 167:18
168:2

**produced** 175:6

**product** 189:24
193:16 204:19 206:9,

13,14 216:7

**products** 176:23
188:19 193:14,15
194:13 201:24 206:8
221:13,17 231:5,14,15

**projects** 220:19

**promoting** 231:4

**pronouns** 199:1

**proof** 196:12

**propane** 172:24
173:17

**property** 215:10

**provide** 167:12,24
168:5 207:21 208:13
231:3 232:17

**provided** 169:9,15
202:2,5 205:10 210:6
232:3 233:13

**purchase** 182:17,20
183:23 185:4 186:19
187:19 201:11 203:12,
15 204:8,9,14,24 207:2

**purchased** 201:23
207:17

**purchases** 205:12,
14

**pushback** 223:7

**put** 176:24 185:14,18
188:20 216:25

**putting** 234:5

━━━━━━━━━━

**Q**

**question** 208:7,14,
16 210:23 211:18 215:2
233:6,8

**questioned** 178:22

**questions** 199:3
213:9 214:4 224:1
226:13 233:20 234:1

**quick** 186:9

**quickly** 216:1

━━━━━━━━━━

**R**

**reached** 190:21
196:9,13,22

**read** 234:8

**ready** 190:10

**real** 186:9

**reality** 178:20

**realm** 206:2

**recall** 174:7,20
181:11,14 184:11
187:20 188:9 193:25
195:13 196:8,24 201:16
207:14,25 213:6 228:5
229:7,17 231:13,19

**recalling** 168:11

**receipt** 233:24

**receipts** 168:2,5

**receive** 211:21 234:5

**received** 166:12,17
168:18,22 180:23
186:23 202:23 207:9
208:19,22,25 209:5,19
211:22 233:21,22

**receiving** 182:10
186:21 187:6

**Recess** 211:10
213:18

**record** 166:8 206:17
210:24 211:4,9,12
213:17,20 234:3,6,22

**records** 184:3 198:24

**recurring** 168:4

**referenced** 176:11
199:6

**referring** 192:14
194:6,15 195:1,4,12,13
206:1

**reflect** 185:21

**reflected** 175:7

**refusing** 210:19

**regard** 169:4 174:11
183:18 188:14 191:25

192:5 212:14

**register** 176:17

**rehired** 168:18,23
209:18 231:12

**rehiring** 231:16

**reimbursed** 201:10

**related** 181:2 185:20
201:23 209:19

**relating** 204:24

**relationships**
195:24 196:2 197:16,
18,22

**released** 230:25

**reluctant** 210:3
223:19

**remaining** 171:24
175:13 177:18

**remember** 166:18
167:17 179:1 181:7,8,9,
22 182:8,9,10 184:3,23
190:24 201:1 206:21
214:8,10 219:24 222:2
224:15 227:16,24
228:23,24 231:18

**Remote** 166:3

**remove** 177:6

**rental** 170:2

**rented** 169:24 174:6

**repeat** 193:8

**rephrase** 183:6
184:9

**report** 166:17

**Reporter** 234:7,19

**reports** 168:9 169:10

**represent** 175:5

**representatives**
200:22

**requests** 232:2

**required** 220:13

**residence** 170:9
171:5 213:3

**resignation** 231:16

**resigned** 231:11

**respond** 233:8,10

**response** 233:14

**responses** 233:21

**responsibilities** 189:5,6

**responsive** 233:24

**restate** 173:21 207:5 231:22

**restroom** 211:5

**results** 206:17

**retain** 204:20

**retained** 169:14 182:15 185:8 206:5

**return** 170:19 217:2

**returned** 170:17,22 171:9

**review** 168:14,21 169:19 197:12 208:2

**reviewed** 169:4

**reviewing** 166:25

**revise** 208:1

**rid** 225:13

**role** 190:19 210:12 211:17 212:15,21 215:1 226:20 228:11

**rolling** 210:1

**route** 200:19

**Rule** 175:9

**run** 172:23 173:15 211:5 218:18

**running** 179:13

**Ryan** 234:23

───────────

**S**

───────────

**SADRO** 177:15 194:20 195:2 199:23 203:10 204:6,17 207:4 208:3 210:22 211:1,6 213:4,10,15,21,25 214:2 215:13,24

216:17,20,23,24 219:4, 13 220:9,20,23 221:1, 21 222:19 225:9 226:14 228:15 229:6,12,23 230:4 231:7 232:5,20 234:2,13,17,20

**salaried** 217:15,25

**salary** 209:17

**sale** 187:22 191:11 193:15,18 218:16

**Salida** 170:10,11 212:5

**Salisbury** 173:10 174:5

**sample** 181:18

**samples** 180:20,23 181:2,4,6,11,17,19,22, 23,25 182:4,12,14 186:11,18,21 187:6

**save** 225:18

**scared** 198:7

**school** 218:7

**scope** 230:23

**screen** 175:3 217:1 221:3 233:3

**scroll** 233:3

**search** 186:3

**season** 179:2

**seconds** 193:1

**section** 175:14 194:6 221:7

**sell** 177:18 182:14 190:10

**selling** 180:22

**semicolon** 195:8

**send** 182:22,25 183:13 209:10 230:11

**sending** 192:9

**sense** 185:12 206:10

**separate** 184:7

**separated** 190:22 191:22

**September** 166:2

**service** 176:25

**services** 174:19 217:18 218:2 220:2,12

**session** 227:21

**set** 177:5,17 178:4,8 188:21 194:12 198:19 230:22

**setup** 175:23

**sewed** 222:10

**shared** 228:24

**she'd** 221:25

**shift** 179:13,14,21,22

**shipping** 176:25 179:14 189:8 191:3,14, 20

**shirts** 189:17 190:7, 16

**Shopify** 190:24 203:12,13,22 204:1,5, 15,20 205:23 206:4

**shortly** 190:2

**show** 174:22

**shown** 228:4

**side** 171:6 178:15

**sidelines** 192:7

**signed** 169:21

**similar** 171:4

**sister-in-law** 177:6, 18

**sit** 188:23

**site** 186:5 188:8,11 191:13,23

**sitting** 175:25 188:16 213:23

**situation** 210:4

**sizes** 187:3 190:8

**skid** 172:8

**sold** 182:13

**solely** 172:10

**sourced** 222:21

**south** 225:21

**speak** 169:18 178:17 221:15 233:12

**speaking** 176:14 184:24

**spec** 215:3,10 218:16

**specific** 166:21 169:1 181:14 188:15 204:19 215:1 220:19 221:20 222:18 224:14 229:7

**specifically** 170:15 181:9 198:20 204:19 220:18

**spend** 220:11

**spending** 179:17 215:9

**spoke** 221:24

**stand** 229:18 230:2 234:21

**start** 176:12 180:12,22 193:1 223:18

**started** 170:16 179:8 198:5 217:21 225:21 228:19

**starting** 178:21 221:12

**starts** 195:9

**state** 185:11 202:16

**stated** 220:8 230:13, 20 232:1 233:4,11

**statement** 222:5

**statements** 167:4,9 195:11,16,19 221:8

**states** 175:17 201:21

**stay** 224:22 226:1,4

**steal** 223:12 224:12 227:18

**stealing** 223:13 228:20

**steer** 172:8

**Stegall** 201:24 202:2

206:18 207:1,3,9,12,17

**stents** 168:13

**step** 180:12

**stolen** 227:13

**stop** 167:14

**strange** 186:5

**strategy** 179:23,24

**Strike** 181:5 209:8

**structure** 171:13,18

**stuff** 168:3 178:22
188:18 191:16 202:6
218:6

**styles** 190:12

**subject** 195:8 233:24

**subjects** 215:15

**subpoena** 233:22,25

**subsequent** 182:17

**supplemental**
175:9

**supplied** 206:20

**supplier** 176:3 181:1,
4 182:19 185:9 192:2,
11,16,20,22,24 193:12,
13,18 216:1,11

**suppliers** 196:20
215:20

**supply** 210:14

**supplying** 206:9,13

**supporting** 167:24
168:24 169:6,9,14

**suppose** 171:1

**supposed** 167:15
170:17

**surgeries** 209:2

**sweaters** 190:13

**sweatshirts** 190:13
191:11

**system** 183:9

**T**

**T-SHIRT** 189:12
190:4,14

**T-SHIRTS** 176:7
189:25 190:13 191:10

**taking** 218:7 226:20
229:21

**talk** 174:14 215:14
220:21 221:23 233:16

**talked** 215:25 221:19
230:23

**talking** 199:3 201:15
208:18 212:8 214:5,6,
10 215:18 217:5 219:23
221:5 223:1

**Tampa** 166:1

**tasks** 175:19

**technically** 200:15
205:21

**term** 201:2

**terminated** 167:22

**terms** 180:9 201:3
222:8

**terrible** 197:4

**testified** 231:24,25

**testimony** 228:10
229:19 230:2 232:4

**text** 175:2 194:2,6
200:9

**texts** 200:18

**thing** 178:15 185:6
191:24 206:12

**things** 210:1 214:4
225:21,24

**thinking** 193:4

**Thompson** 166:10
175:18 194:12 208:4,7
211:15 213:7 214:3
216:25 217:11 220:21
221:3 222:25 226:12,19
234:24

**thought** 193:24
226:22

**thousand** 201:18

**time** 166:8,16,23
167:21,23 171:14
173:13 174:1 177:2
179:12 187:23,24
189:2,7 193:10,14,20
205:22 207:2,13
209:10,23 211:9,12
213:17,20 214:12
215:5,9 217:11,12,23
218:12 219:11,14
220:10,12,17 223:23
225:14 226:6,9 227:5,
12 230:16 234:9

**timeframe** 186:20
218:5

**timeframes** 189:10

**timeline** 207:10

**times** 214:20 217:17
218:21 219:1

**timing** 184:14,16

**title** 175:8 218:15

**today** 193:19 214:5

**toe** 222:8

**told** 169:13

**topic** 195:23 197:15,
24 198:3 201:25

**topics** 174:11 176:11
208:15

**total** 181:25 191:4
207:19,21,24 211:23

**totally** 185:18

**town** 218:5,6,9

**transaction** 185:5

**transcript** 234:8,15,
18

**transformed** 200:7

**transported** 170:18

**trouble** 201:4,7

**true** 167:21,23 184:9
222:12,16 230:12

**turn** 167:15 216:16

**turned** 169:10

**type** 172:19

**typed** 202:24

**typically** 186:3
232:15 233:9

**U**

**Uh-huh** 212:18
214:13 223:4 227:10

**ultimately** 187:15

**unaware** 204:25

**uncommon** 233:6

**underneath** 175:14
227:19

**understand** 180:13
189:15 200:6 201:14
207:6 208:6 231:22
232:4,9

**Understandable**
184:13

**understanding**
170:1 201:19 215:7
227:22 229:25 230:24

**understood** 226:24

**unique** 202:13

**units** 191:4

**unsure** 205:11

**unwilling** 232:12

**up-front** 176:23

**user** 186:6,7

**utilize** 172:3

**utilized** 173:20
192:18 193:17

**utilizing** 193:5,13
194:11 203:5

**V**

**vague** 202:5

**versus** 199:4 234:24

**video** 228:4 234:9,16

**videos** 210:5 226:20
227:1 228:12 231:10

**view** 175:2 192:23
227:23 232:24

**viewed** 170:21

**viewers** 224:4,6

**Vista** 215:4 218:13

**visually** 189:17

**vocal** 180:1

---
**W**
---

**W2** 166:18

**wait** 234:16

**waiting** 191:1,17

**walls** 171:7

**wanted** 180:9,22
183:12 186:14 187:3
189:18 209:24 212:9

**wanting** 224:1

**warehouse** 173:5
179:6 212:16,23,25
214:7

**water** 218:10

**ways** 204:9

**website** 175:25
188:1,4,14,20,21 190:7,
24 193:16 204:2,12
205:24 216:8

**website's** 188:6

**week** 179:4 186:22
189:9 214:21,22 219:2

**whatnot** 167:16

**Whipi** 188:5

**White** 175:19,22
176:8,12,13,18,19
177:13,22 178:18 179:8
180:18 182:21 188:3
189:13 192:1,4 193:6,
23 194:12,13 195:11,
16,20 198:1 215:16

221:8,12 225:7,19
226:7 230:14,15,17,19,
24

**willingness** 231:2

**Wipi** 188:14

**witnessed** 193:11

**Woodrow** 212:3

**work** 171:10 176:24
177:1 191:22 214:7
215:8 217:7 220:12
223:1 224:23 225:7
226:7 230:25 232:8

**worked** 217:13
230:14,18,21

**working** 172:4,25
179:5,11,15,18,20
196:21 215:8,9 217:8,
21 219:7,15 220:6,11,
19

**wrap** 190:10

**write** 166:22 167:5

---
**Y**
---

**year** 206:24