

**From:** Jed Ferdinand on behalf of Jed Ferdinand <jferdinand@fiplawgroup.com>
**Sent:** Fri 12/02/2022 4:10 PM (GMT-00:00)
**To:** Kayla McNeill
**Cc:** Jerome Falic; Laura Spanakos
**Bcc:**
**Subject:** Re: Head Kandy Employment

I will call you in a few minutes.

**From:** Kayla McNeill <kayla@headkandypro.com>
**Date:** Friday, December 2, 2022 at 11:09 AM
**To:** Jed Ferdinand <jferdinand@fiplawgroup.com>
**Cc:** Jerome Falic <Jerome@falic.com>, Laura Spanakos <lauras@fiplawgroup.com>
**Subject:** Re: Head Kandy Employment

Yes. Sorry my email is not sending so this sat in my outbox. I apologize

**Kayla McNeill**
CEO/ Founder
*Head Kandy*

*Head Kandy*

1455 Harrison Road
Salisbury, North Carolina 28147
(719)207-2148
headkandypro.com

On Dec 2, 2022, at 8:38 AM, Jed Ferdinand <jferdinand@fiplawgroup.com> wrote:

Hi Kayla: Good morning. Thank you for the information below. I just got a VM from you. I am working remotely today and am on calls for most of this morning. I will call as soon as I am freed up. Is the number below the best number to reach you?

**Jed**

**From:** Kayla McNeill <kayla@headkandypro.com>
**Date:** Friday, December 2, 2022 at 12:20 AM
**To:** Jed Ferdinand <jferdinand@fiplawgroup.com>

**Cc:** Jerome Falic <Jerome@falic.com>, Laura Spanakos <lauras@fiplawgroup.com>
**Subject:** Re: Head Kandy Employment

I just want to explain. I am not justifying. I acknowledge it was unethical.

Olivia Huneycutt also ships. I asked her to help with Kaylin's kids this summer as Kaylin had no child care. Hayzlee would go when she was there but Olivia was not there to souly help with my daughter. Kaylin has been on a waiting list since she moved from Colorado, but covid and no help has made it hard to have her find an opening for daycare to take her kids. Kaylin was looking for other employment, where she could work from home and I felt as an asset to the company with her role it was a gesture where I could help her. I did inform Jon about it at his first visit to North Carolina. I wasn't trying to hide this. With Olivia rather than terminate her can you move her back to full time warehouse and shipping?

Elsie Hopkins is a 74 year old woman who shipped for us in Colorado. She lives very pay check to pay check and is the sweetest person. Her husband is older and disabled. When we moved to North Carolina I was so worried for her she was the only one I didn't know what do with. So I created a position where she reads books with Ryker on the computer. I'm sorry. Honestly I just couldn't stand to see her struggle.

Alissa Macnab worked full time in Colorado for us as the affiliate coordinator with KC and Jeni. When she got pregnant and they placed her on bed rest. We allowed her to work for awhile but when her son came prematurely she stepped away to be with him. She wanted her job back but we had already realigned positions for the program and hired Melissa to help Jeni. I allowed her to clean and organize the photo studio, and clean the upstairs office. She was not a "housekeeper" like that. She helped me go through boxes and boxes of samples, and old projects for Head Kandy. Things I had stored in a container from when we moved the warehouse. Things we didn't move with us. That didn't need to be moved as they were old items of no use to us anymore. We had lots of old and outdated pamphlets and flyers that we handed out beauty shows, with displays. Boxes and boxes of warranty paperwork from years ago that we no longer needed to keep hard copies of. Nothing of value, but needed to be sorted through. I just knew she was a struggling mom and I wanted to help as we didn't have a position for her any longer with what she was doing.

Alex Reling worked in the warehouse this summer and did a lot of grunt work. He is 16. We used him to clean up after the shippers with boxes and trash. He is on the spectrum. We did have him help with the race cars with thoughts to help have him learn a skill. He is not doing well in school and Dusty thought if he taught him a trade, like helping fix the ac units, or change the oil on a motor or work on the forklift maybe he could find a job when he graduates.

I understand fully this doesn't look good, I just need you to know where my heart was in this. I also understand that does not justify it. It wasn't to be malicious or sneaky. I am aware it wasn't ethical from a business standpoint but for me it's hard to not have a serving heart.
I don't go to fancy charity banquets or donate money to big political parties, or have a cause that we donate to. We don't do much charity stuff, I just felt good that in a small way we were a blessing to a few people. I am sorry and I understand the reason for their termination.

**Kayla McNeill**
CEO/ Founder
*Head Kandy*

1455 Harrison Road
Salisbury, North Carolina 28147
(719)207-2148
headkandypro.com


On Dec 1, 2022, at 3:43 PM, Jed Ferdinand <jferdinand@fiplawgroup.com> wrote:

Kayla:  As a follow up, Haven Moore's name should not have been highlighted on the attached list.  Management informs that Haven will be retained.


**From:** Jed Ferdinand <jferdinand@fiplawgroup.com>
**Date:** Thursday, December 1, 2022 at 2:54 PM
**To:** Kayla McNeill <kayla@headkandypro.com>
**Cc:** Jerome Falic <Jerome@falic.com>, Laura Spanakos <lauras@fiplawgroup.com>
**Subject:** Head Kandy Employment

Hi Kayla:

Attached please find a letter memorializing the company's plan moving forward which I previewed with you during our call yesterday, along with an attachment.

In addition, Jerome will send the following announcement tomorrow to company employees.  We wanted you to be aware of it in advance:


Happy Holidays!

First off, I want to congratulate all of you on the 2022 growth of Head Kandy. November was the best month in the history of our company!!

I am excited to announce the following hierarchy changes:

Kayla McNeill will now be in the role of Creative Director. Kayla will be creating content and working closely with the team as the brand moves forward to continue to build its presence. Ryan Thompson will report directly to Kayla and continue his role as the photographer for the brand.

Jonathan Rosenbaum will now oversee the entire Head Kandy operation.

Jeni Shea, Shawna Webb & Melissa Keeney will directly report to Mindy McDermaid.

Kaylin Culp and Hernan Heiber will directly report to Klei Petri.

We are excited for this new direction and feel confident in where the brand is going. Thank you for all your hard work.

Best wishes for a Happy New Year!

Let me know if you have any questions and we can schedule a call to discuss.

Thank you,

**Jed Ferdinand
Senior Managing Member
FERDINAND IP LAW GROUP
New York * Silicon Valley * San Diego  * Westport
Web:     www.FerdinandIP.com
NY Phone: (212) 220-0523
CT Phone: (203) 557-4224**
*Admitted in New York, Connecticut and D.C.*


**From:** Kayla McNeill <kayla@headkandypro.com>
**Date:** Thursday, December 1, 2022 at 9:48 AM
**To:** Jed Ferdinand <jferdinand@fiplawgroup.com>
**Cc:** Jerome Falic <Jerome@falic.com>, Laura Spanakos <lauras@fiplawgroup.com>
**Subject:** Re: Formal Legal Notice on Behalf of Head Kandy, LLC

Received.

**Kayla McNeill**
CEO/ Founder
*Head Kandy*

1455 Harrison Road
Salisbury, North Carolina 28147
(719)207-2148
headkandypro.com

On Dec 1, 2022, at 9:42 AM, Jed Ferdinand <jferdinand@fiplawgroup.com> wrote:

Hi Kayla:

Good morning. Thanks for a productive call yesterday. We are going to be sending you a response later that addresses all of the points we discussed yesterday and answers all of your questions.

If you want to talk at any point, just let me know.

Best,

**Jed Ferdinand**
**Senior Managing Member**
**FERDINAND IP LAW GROUP**
**New York * Silicon Valley * San Diego  * Westport**
**Web:     www.FerdinandIP.com**
**NY Phone: (212) 220-0523**
**CT Phone: (203) 557-4224**
*Admitted in New York, Connecticut and D.C.*


**From:** Kayla McNeill <kayla@headkandypro.com>
**Date:** Tuesday, November 29, 2022 at 7:49 PM
**To:** Jed Ferdinand <jferdinand@fiplawgroup.com>
**Cc:** Jerome Falic <Jerome@falic.com>, Laura Spanakos <lauras@fiplawgroup.com>
**Subject:** Re: Formal Legal Notice on Behalf of Head Kandy, LLC

That would work for me thank you.

**Kayla McNeill**
CEO/ Founder
*Head Kandy*

1455 Harrison Road
Salisbury, North Carolina 28147
(719)207-2148
headkandypro.com



On Nov 29, 2022, at 7:34 PM, Jed Ferdinand <jferdinand@fiplawgroup.com> wrote:

Hi Kayla:

Thank you for confirming. Would 4:00pm ET tomorrow work to talk?

**Jed**

**From:** Kayla McNeill <kayla@headkandypro.com>
**Date:** Tuesday, November 29, 2022 at 6:42 PM
**To:** Jed Ferdinand <jferdinand@fiplawgroup.com>
**Cc:** Jerome Falic <Jerome@falic.com>, Laura Spanakos <lauras@fiplawgroup.com>
**Subject:** Re: Formal Legal Notice on Behalf of Head Kandy, LLC

I have not hired an attorney yet, so you can speak to me until I do. Thank you.

**Kayla McNeill**
CEO/ Founder
*Head Kandy*

1455 Harrison Road
Salisbury, North Carolina 28147
(719)207-2148
headkandypro.com

On Nov 29, 2022, at 8:24 AM, Jed Ferdinand <jferdinand@fiplawgroup.com> wrote:

Hi Kayla:

I confirm receipt of your email and your voicemail from last night.  FYI, since you indicated that you have a lawyer, I am not permitted to speak with you directly and can only speak with your lawyer.

We will review your email below and will be back in touch with a response.

Thank you,

**Jed**

**From:** Kayla McNeill <kayla@headkandypro.com>
**Date:** Tuesday, November 29, 2022 at 8:04 AM

**To:** Jed Ferdinand <jferdinand@fiplawgroup.com>
**Cc:** Jerome Falic <Jerome@falic.com>, Laura Spanakos <lauras@fiplawgroup.com>
**Subject:** Re: Formal Legal Notice on Behalf of Head Kandy, LLC

Hello Jed,
I called you last night, it was after business hours. I hope we can touch base today. I started to reply and I didn't have all the information so I wanted to get it all to you correctly.

Here is the information Head Kandy is entitled to
A. Shopify-
headkandybands@gmail.com
Password is #Hk2021salida

B. Facebook and Instagram accounts for head kandy, please provide a person who you'd like me to make the an admin as the log in for my access to that is my personal log in. There are several Head Kandy employees with the log in to these Head Kandy accounts.

For kandy life with Kayla, both Instagram and Facebook, Head Kandy does not own these pages. Head Kandy is not entitled to the log in information for these pages.

Head kandy owns the trademark "kandy life with Kayla" and allows me to use it.
I created the name and then allowed Head Kandy to trademark it. That does not mean Head Kandy own the page. They are two separate things. The page was created under my personal name Kayla McNeill connected to my personal email and changed later to the name Kandy Life With Kayla.

I currently allow head kandy access to my content I create to boost sales for Head Kandy. It is a brand partnership.
I started the pages personally and have given access to Head Kandy to run ads on my account. That does not mean I sold, or gave my personal page to Head Kandy. The account is personal. It is my personal page, where I have since day one posted my family, recipes, shopping, racing, about our adoption and other personal things. Including Amazon links, and many other shopping links. I have done this daily since the inception of my personal page. I also was sent coffee drinks from Jerome, I think it was Joseph and asked to post about it on my social media page. I also sold Jerome's daughters tee shirts that she made on my personal page. I wore the shirt and directed them to buy them on Head Kandys page. I am not complaining or upset. I am ok with that. I am just stating I am not sure how I can post about Jerome's family businesses on my personal page but I am being told I can't post about my side business on my page. It has never been exclusively Head Kandy content, that is not fact and you can scroll the page and see that I refer to "I" "my family" "my world" "my" meaning Kayla. Not Head Kandy. When I go live about Head Kandy products I direct the viewers to Head Kandys website for purchases. www.headkandypro.com.
I added this website to the bio link.

I also go live for many other things that are not associated with Head Kandy because it's my personal social platform as an influencer.

If you'd like me to change the name of the page and cease use of the trademark I can do that. But the page is my personal page. It was created by me personally 6 months after the assets purchase

of Head Kandy. Head Kandy never owned this page, was never sold this page, and there is no agreement stating otherwise.

In the past I would go live and post content on Head Kandys Facebook page but it got to be hard to distinguish my personal life and business as separate. So I created my life page where my followers that I have grown can engage with me about being a mom, a business owner and woman in her 30s navigating life. That way on Head Kandys business page I was never directing them to other sites or businesses. As people ask me daily where I got my clothes, what color are my wall painted, "I love your couch where did you buy it?". Creating a personal page kept that a very clean process. If I'm live on my personal page I could direct them anywhere. So the page was created for this exact reason.

I will happily remove all access to ad Managment, page access from Head Kandy and change the name Kandy Life with Kayla back to my personal name which the page was created under and for. If that is what Head Kandy would like me to do. I can also make a post stating I am not associated, affiliated or sponsored by Head Kandy, and that this is my personal page. I can also remove all Head Kandy links and posts referring to any Head Kandy products. I just want to make sure I'm complying with what my employer is asking of me.

I will add, I personally would hate to see this as the brand and I have worked tirelessly together to help promote Head Kandys business, but to be clear Head Kandy does not own my personal Facebook page. I know that I am an asset to Head Kandys business and I am proud of that. My page states I am a "public figure" not a business, and certainly not "Head Kandy". My header says I founded the company and that is fact. The agreement to use my page is a brand partnership where I have allowed Head Kandy access to use my platform for sales where I make no commission off of.
Many influencers do this; that doesn't mean the business they collaborate with owns the page.

I learned that people love to follow my family and the life we have created. We just hope we can then convert them into a Head Kandy customer. Where they are directed to Head Kandys website. Where then they can then be considered a Head Kandy Customer. However, not all of my followers are Head Kandy customers. They follow me for many reasons outside of Head Kandy.

Head kandy aholics is not my page, nor Head Kandys page. It was a third party(a group of customers)  that started the page where customers were going to review products. It states in rules to join the group that "you understand this page was not created by Head Kandy and that if you need product help to please email Head Kandy directly".
I asked to have access to the page to help comment and give direction so that Head Kandy was not misrepresented in anyway. I want to make sure that people are buying from Head Kandy directly and that I can give help with product knowledge. It is not my property nor Head Kandys. This is a very common thing for brands to have from customers. We are just lucky that the page owner agreed to let me help manage it.

C. I am not the account owner for the Instagram for Head Kandy. That log in is just saved on my phone for when I go live there. On Head Kandys social. Jeni Shea would be able to give that log in information.

D. Slack, I am not sure as I did not set this up. Mindy McDermaid did. I am not sure more on the slack account outside of that.

2. As far as 100% of the time to Head Kandy, can you please provide specific hours that need to be logged. I work non stop for the brand. I worked over 18 hours yesterday. I give 200% of my time in all honesty. I would like to make sure that there is a clear definition of what my hours are to be given to Head Kandy. And also what is expected in my role at Head Kandy. I have always gone above and beyond for the company.

As far as my personal life, personal time I will not agree to to make that consumed with Head Kandy. I have signed a no compete agreement for hair. If I want to start another business and it does not interfere in anyway with my job performance and time set out above that you have given me, I'm not sure how you can say I can't live a life outside of Head Kandy. I am not taking employment elsewhere which is what my employment agreement states.
I am only employed by Head Kandy.

3. I absolutely agree I would never hurt Head Kandy, it's my biggest passion. I would never make statements to hurt the brand.

A. When I am on Head Kandys business social I will never speak of anything but Head Kandy. I will never speak of any other business on Head Kandys social pages in anyway. I would never do that and nor have I done that.
-I want to note your claims I did this was on Head Kandys platform and that is incorrect. I was on my personal page. I was also at the warehouse after "normal business hours" working. To push sales for Head Kandy.

I have dedicated my life to this brand with every thing I have.  Blood, sweat and tears. So has my entire family. I am saddened this has come to this. I have zero intentions of leaving Head Kandy nor did I ever state this. I certainly never said that publicly or to anyone.

Thank you for your time.
Please reach out if you have any questions.

**Kayla McNeill**
CEO/ Founder
*Head Kandy*

1455 Harrison Road
Salisbury, North Carolina 28147
(719)207-2148
headkandypro.com

On Nov 28, 2022, at 6:36 PM, Kayla McNeill <kayla@headkandypro.com> wrote:

## Kayla McNeill
CEO/Founder
*Head Kandy*

1455 Harrison Road
Salisbury, North Carolina 28147
(719)207-2148
headkandypro.com

CONFIDENTIALITY NOTICE:  This e-mail and all attachments may contain material that is confidential and/or privileged, and is intended only for the use of the person(s) named above. Any review, reliance, distribution or copying of this e-mail by others without express permission is strictly prohibited and may be unlawful.  If you are not the intended recipient, please notify the sender by e-mail reply and destroy all copies of the original message.

On Mon, Nov 28, 2022 at 6:14 PM Jed Ferdinand <jferdinand@fiplawgroup.com> wrote:

Dear Kayla:

In order to agree to your request for more time, Head Kandy will require that the following conditions be met to ensure that it does not suffer any further damage during the period of time while you consult with your legal counsel:

1. You immediately provide the log-in details (User Name & Password) for the following company accounts:

    1. Shopify
    2. Facebook: Head Kandy, Kandy Life with Kayla, Kandyholics and Kandy Girls
    3. Instagram: Head Kandy and Kandy Life with Kayla
    4. Slack

1. You agree to devote 100% of your time to the business of Head Kandy and not to any other business or venture of your own.

1. You agree that you will not take any action that could damage Head Kandy or the operation of the business. This includes, but is not limited to:

   1. You will only promote Head Kandy products on social media accounts and will not refer to any other products or business, including your own new White Pineapple business and products.
   2. You will not make any statements to anyone that in any way disparages Head Kandy, its owners or employees.

If you agree to these conditions, then Head Kandy will give you more time to respond.  Please confirm.

All rights reserved.

**Jed Ferdinand**

**Senior Managing Member**

**FERDINAND IP LAW GROUP**

**New York * Silicon Valley * San Diego  * Westport**

**Web:**     **www.FerdinandIP.com**

**NY Phone: (212) 220-0523**

**CT Phone: (203) 557-4224**

*Admitted in New York, Connecticut and D.C.*

**From:** Kayla McNeill <kayla@headkandypro.com>
**Date:** Monday, November 28, 2022 at 3:03 PM
**To:** Jed Ferdinand <jferdinand@fiplawgroup.com>
**Cc:** Jerome Falic <Jerome@falic.com>, Laura Spanakos <lauras@fiplawgroup.com>
**Subject:** Re: Formal Legal Notice on Behalf of Head Kandy, LLC

Jed,

I am going to need more than 1 day to figure out what my legal counsel will suggest for me to do.

I am asking for 10 days, to make an informed decision.

Thank you.

**Kayla McNeill**

CEO/ Founder
*Head Kandy*

1455 Harrison Road
Salisbury, North Carolina 28147
(719)207-2148
headkandypro.com

On Nov 28, 2022, at 10:28 AM, Jed Ferdinand <jferdinand@fiplawgroup.com> wrote:

Dear Ms. McNeill:

Please see the attached urgent legal communication sent on behalf of Head Kandy, LLC.

**Jed Ferdinand**

**Senior Managing Member**

**FERDINAND IP LAW GROUP**

New York * Silicon Valley * San Diego  * Westport

Web:    www.FerdinandIP.com

NY Phone: (212) 220-0523

CT Phone: (203) 557-4224

*Admitted in New York, Connecticut and D.C.*

<Notice of Material Breach and Default Against Kayla Marie McNeill.pdf>

---

**CONFIDENTIALITY NOTICE:**  This e-mail and all attachments may contain material that is confidential and/or privileged, and is intended only for the use of the person(s) named above. Any review, reliance, distribution or copying of this e-mail by others without express permission is strictly prohibited and may be unlawful.  If you are not the intended recipient, please notify the sender by e-mail reply and destroy all copies of the original message.

---

**CONFIDENTIALITY NOTICE:**  This e-mail and all attachments may contain material that is confidential and/or privileged, and is intended only for the use of the person(s) named above. Any review, reliance, distribution or copying of this e-mail by others without express permission is strictly prohibited and may be unlawful.  If you are not the intended recipient, please notify the sender by e-mail reply and destroy all copies of the original message.

---

**CONFIDENTIALITY NOTICE:**  This e-mail and all attachments may contain material that is confidential and/or privileged, and is intended only for the use of the person(s) named above. Any review, reliance, distribution or copying of this e-mail by others without express permission is strictly prohibited and may be unlawful.  If you are not the intended recipient, please notify the sender by e-mail reply and destroy all copies of the original message.

———

**CONFIDENTIALITY NOTICE:**  This e-mail and all attachments may contain material that is confidential and/or privileged, and is intended only for the use of the person(s) named above. Any review, reliance, distribution or copying of this e-mail by others without express permission is strictly prohibited and may be unlawful.  If you are not the intended recipient, please notify the sender by e-mail reply and destroy all copies of the original message.

———

**CONFIDENTIALITY NOTICE:**  This e-mail and all attachments may contain material that is confidential and/or privileged, and is intended only for the use of the person(s) named above. Any review, reliance, distribution or copying of this e-mail by others without express permission is strictly prohibited and may be unlawful.  If you are not the intended recipient, please notify the sender by e-mail reply and destroy all copies of the original message.

———

**CONFIDENTIALITY NOTICE:**  This e-mail and all attachments may contain material that is confidential and/or privileged, and is intended only for the use of the person(s) named above. Any review, reliance, distribution or copying of this e-mail by others without express permission is strictly prohibited and may be unlawful.  If you are not the intended recipient, please notify the sender by e-mail reply and destroy all copies of the original message.

———

**CONFIDENTIALITY NOTICE:**  This e-mail and all attachments may contain material that is confidential and/or privileged, and is intended only for the use of the person(s) named above. Any review, reliance, distribution or copying of this e-mail by others without express permission is strictly prohibited and may be unlawful.  If you are not the intended recipient, please notify the sender by e-mail reply and destroy all copies of the original message.