UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HEAD KANDY, LLC,

    Plaintiff/Counterclaim Defendant,

v.                                                        CASE NO. 23-CV-60345-JB/JMS

KAYLA MARIE MCNEILL,

    Defendant/Counterclaimant/Third-Party Claimant,
v.

JEROME FALIC,

    Third-Party Defendant.
_____/

**HEAD KANDY'S AND MR. FALIC'S NOTICE OF FILING
EXHIBITS AND DESIGNATION OF PREVIOUSLY FILED
MATERIALS REFERENCED IN THEIR RESPECTIVE STATEMENTS OF
MATERIAL FACTS IN SUPPORT OF MOTIONS FOR SUMMARY JUDGMENT**

Plaintiff/Counterclaim Defendant Head Kandy, LLC ("**Head Kandy**") and Third-Party Defendant Jerome Falic ("**Mr. Falic**"), pursuant to Fed. R. Civ. P. 56 and Loc. R. 56.1, hereby file the attached previously unfiled exhibits on which they rely in their contemporaneously filed Statements of Material Facts ("**SMF**") in support of their respective Motions for Summary Judgment, and refer the Court to additional materials previously filed on the docket:

**Newly Filed Exhibits Attached Hereto:**

| Exhibit Number | Title | Cited in SMF as… |
|---|---|---|
| 1 | Excerpts from the 7/12/2024 and 9/10/2024 Depositions of Kayla McNeill [ECF Nos. 446-1, 446-3, 462-1] | "K.McNeill Dep." |
| 2 | Excerpts from the 8/15/2024 Deposition of Jerome Falic [ECF 439-1] | "Falic Dep." |
| 3 | Excerpts from the 8/7/2024 Deposition of Jonathan Rosenbaum [ECF 435-1] | "Rosenbaum Dep." |
| 4 | Excerpts from the 7/31/2024 Deposition of Bryan Feldman [ECF 436-1] | "Feldman Dep." |

{00088495:1}

| 5  | Excerpts from the 6/27/2024 Deposition of Mindy McDermaid [ECF 437-1] | "McDermaid Dep." |
| --- | --- | --- |
| 6  | Excerpts from the 9/6/2024 Deposition of Ryan Thompson [ECF 438-1] | "Thompson Dep." |
| 7  | Excerpts from the 7/16/2024 Deposition of Dustin McNeill [ECF 440-1] | "D.McNeill Dep." |
| 8  | Excerpts from the 5/14/2024 Deposition of Christopher Hines [ECF 441-1] | "Hines Dep." |
| 9  | Excerpts from the 5/9/2024 Deposition of Nicole Cook [ECF 442-1] | "Cook Dep." |
| 10 | Excerpts from the 8/12/2024 Deposition of Kleitias Petri [ECF 444-1] | "Petri Dep." |
| 11 | Excerpts from the 8/29/2024 Deposition of Sergio Negreira [ECF 445-1] | "Negreira Dep." |
| 12 | Excerpts from the 8/26/24 Deposition of Kaylin Culp [ECF 443-1]. | "Culp Dep." |
| 13 | Excerpts from Transcript of 8/1/2023 Evidentiary Hearing Before The Honorable Jared M. Strauss [ECF 219-1] | "Hrg. Tr." |
| 14 | Composite of Documents from Employee Files | "Ex. 14" |
| 15 | Composite of text messages between Kayla McNeill and Jon Rosenbaum | "Ex. 15" |
| 16 | Composite of text messages between Kayla McNeill and Ryan Thompson | "Ex. 16" |
| 17 | Composite of text messages between Kayla McNeill and Jerome Falic | "Ex. 17" |
| 18 | Composite of additional communications to, from, or copying Kayla McNeill | "Ex. 18" |
| 19 | Head Kandy's May 14, 2024 Letter in Response to McNeill's Civil Theft Demand regarding forklift | "Ex. 19" |
| 20 | Declaration of Franklin Zemel, Esq. (5/1/2024) | "Ex. 20" |
| 21 | Affidavit of Ethan Loeb (12/2/2024) | "Ex. 21" |
| 22 | McNeill's 3/1/2024 Initial Rule 26 Disclosures | "Disclosures" |
| 23 | Declaration of Ryan Thompson (11/26/2024) | "Ex. 23" |
| 24 | Articles of Incorporation for White Pineapple Corporation filed with the Colorado Secretary of State on March 2, 2022 | "Ex. 24" |
| 25 | McNeill's Final Pay Stubs dated 1/27/2023 and 2/1/2023 | "Ex. 25" |
| 26 | American Express Statement dated May 2, 2019 | "Ex. 26" |
| 27 | McNeill's April 2019 Pueblo Bank Statement | "Ex. 27" |
| 28 | Declaration of Jerome Falic (11/25/2024) | "Ex. 28" |
| 29 | Declaration of Nicole Cook (10/4/2023) | "Ex. 29" |
| 30 | Declaration of Sydney Cook (10/20/2023) | "Ex. 30" |
| 31 | Declaration of Dallas Perkins (10/27/2023) | "Ex. 31" |

| 32 | Declaration of Wendi Sargent (10/24/2023) | "Ex. 32" |
| 33 | Declaration of Damian Woodruff (10/4/2023) | "Ex. 33" |
| 34 | Declaration of Jonathan Rosenbaum (12/2/2024)[1] | "Ex. 34" |

**Video Exhibits to be Conventionally Filed:**

| Exhibit Number | Title | Cited in SMF as… |
| --- | --- | --- |
| 35 | Demonstrative- Clips from May 30, 2023 Facebook Video Post (43-56_45-22) [ECF 78-2] | "Ex. 35" |
| 36 | Demonstrative- Clips from June 6, 2023 Facebook Video Post (4-16_4-31) [ECF 78-25] | "Ex. 36" |
| 37 | Demonstrative- Clips from June 6, 2023 Facebook Video Post (5-20_5-34) [ECF 79-1] | "Ex. 37" |
| 38 | Demonstrative- Clips from June 9, 2023 Facebook Video Post (16-37_16-51) [ECF 80-1] | "Ex. 38" |
| 39 | Demonstrative- Clips from June 9, 2023 Facebook Video Post (23-38_23-46) [ECF 80-2] | "Ex. 39" |
| 40 | Demonstrative- Clips from June 9, 2023 Facebook Video Post (25-00_25-10) [ECF 80-3] | "Ex. 40" |
| 41 | McNeill June 3, 2024 Facebook Live video post [ECF 294] | "Ex. 41" |
| 42 | Exhibit A to November 26, 2024 Declaration of Ryan Thompson | "Ex. 42" |

**Previously Filed Evidence (cited by ECF number):**

| ECF Number | Title |
| --- | --- |
| 41-1 | Declaration of Ryan Thompson (5/24/23) |
| 41-2 | Declaration of Jerome Falic (5/25/23) |
| 47-4 | Declaration of Mindy McDermaid (6/6/2023) |
| 73-26 | Screenshot from March 14, 2023 Facebook Video Post Kayla McNeill promoting Revlon 3 Barrell Jumbo Hair Waiver |
| 74-3 | Screenshot of headcandypro.com The Troublemaker |
| 75-10 | Screenshot from April 7, 2023 Facebook Live post by Kayla McNeill promoting Contex Keratin treatment |
| 75-11 | Screenshot from April 7, 2023 Facebook Live post by Kayla McNeill promoting Stegall Super Red 5 in 1 Curl |

---

[1] Exhibit B to Mr. Rosenbaum's Declaration is a photograph Ms. McNeill sent via text message to Mr. Rosenbaum of herself naked after a surgery. Although it was never designated by any party as "Confidential" pursuant to the terms of the parties' Stipulation Governing the Exchange and Protection of Confidential Information, Head Kandy and Mr. Falic have filed the photograph under seal given its sensitive content.

| 75-13 | Screenshot from April 7, 2023 Facebook Live post by Kayla McNeill promoting Bo Stegall Texture Spray |
|---|---|
| 75-14 | Screenshot from April 7, 2023 Facebook Live post by Kayla McNeill promoting Bo Stegall Lift Root |
| 75-16 | Screenshot from April 7, 2023 Facebook Live post by Kayla McNeill promoting Bo Stegall Healing Clay |
| 75-18 | Screenshot from April 7, 2023 Facebook Live post by Kayla McNeill promoting Wet Brush |
| 75-22 | April 8, 2023 Facebook Post on Bo Stegall-The Collection (VIP) by Kayla McNeill |
| 76-3 | C.B. Head Kandy Transaction History |
| 76-5 | A.H. Head Kandy Transaction History |
| 76-7 | L.P. Head Kandy Transaction History |
| 78-5 | Screenshot from May 30, 2023 Facebook Video Post Kayla McNeill promoting Hair Dance Volumizing Dry Shampoo |
| 78-16 | Screenshot from June 1, 2023 Facebook Video Post by Kayla McNeill promoting Hot Tools Curling Iron |
| 78-18 | Screenshot from June 1, 2023 Facebook Video Post by Kayla McNeill promoting Cake The Hold Out Hairspray |
| 78-19 | Screenshot from June 1, 2023 Facebook Video Post by Kayla McNeill promoting Style Me Texture Spray |
| 78-20 | Screenshot from June 1, 2023 Facebook Video Post by Kayla McNeill promoting OGX Shampoo |
| 78-22 | Screenshot from June 1, 2023 Facebook Video Post by Kayla McNeill promoting Loreal Blow Dry Primer |
| 79-2 | Screenshot from June 6, 2023 Facebook Video Post by Kayla McNeill promoting SGX The Bodyguard Protective Texture Spray |
| 79-3 | Screenshot from June 6, 2023 Facebook Video Post by Kayla McNeill promoting Dorisilk Hair Flat Iron |
| 79-6 | Screenshot from June 6, 2023 Facebook Video Post by Kayla McNeill promoting Not Your Mothers Naturals Shampoo and Conditioner |
| 79-10 | Screenshot from June 7, 2023 Facebook Video Post by Kayla McNeill promoting Loreal Paris 8 Second Wonder Water |
| 81-4 | May 30, 2023 Screenshots of Comments to Facebook Post |
| 179-1 | 1/18/2024 Declaration of Kayla McNeill |
| 187-1 | Executive Employment Agreement |
| 187-2 | 11/28/2022 Letter from Jed Ferdinand to Kayla McNeill regarding "Notice of Material Breach…" |
| 187-4 | 1/10/2023 Letter from Jed Ferdinand to Kayla McNeill regarding "Notice of Material Breach…" |
| 187-5 | 1/30/2023 Letter From Jed Ferdinand to Kayla McNeill regarding "Termination of Employment of Kayla Marie McNeill for Cause" |
| 187-6 | Resolutions of Head Kandy, LLC Dated as of February 17, 2023 |
| 199-2 | 3/14/2024 Declaration of Sanjiv Mehra and exhibits attached thereto |
| 334-1 | Summary of Payments made to McNeill by Head Kandy for rental of her barn |

| 360-1 | Legal Analysis Memorandum regarding FCHR Case No. 202460880 |
| --- | --- |
| 360-2 | Asset Purchase Agreement |
| 360-3 | Amended and Restated Limited Liability Company Operating Agreement of Head Kandy LLC |
| 432-1 | Screenshots of McNeill's November 14, 2024 Facebook post |
| 439-2 | Ex. 1 to the 8/15/2024 Deposition of Jerome Falic |
| 439-3 | Ex. 2 to the 8/15/2024 Deposition of Jerome Falic |
| 440-2 | Ex. 2 to the 7/16/2024 Deposition of Dustin McNeill |
| 445-2 | Ex. 1 to the 8/29/2024 Deposition of Sergio Negreira (3/29/2024 Expert Report of Sergio P. Negreira, C.P.A.) |
| 446-2 | Ex. 5 to the 7/12/2024 Deposition of Kayla McNeill |
| 463-1 | Ex. 3 to the 8/12/2024 Deposition of Kleitias Petri |
| 464-1 | 5/31/2024 Expert Report of David W. DeRamus, Ph.D. |

*/s/ Ethan J. Loeb*
**ETHAN J. LOEB**
FL Bar No. 668338
ethanl@blhtlaw.com
KerriR@blhtlaw.com
eservice@blhtlaw.com
**EDWARD C. THOMPSON**
FL Bar No. 684929
colint@blhtlaw.com
heatherw@blhtlaw.com
**JALEN A. LARUBBIO**
FL Bar No. 1039258
JalenL@blhtlaw.com
**CARSON A. SADRO**
FL Bar No. 1026159
CarsonS@blhtlaw.com
**BARTLETT LOEB HINDS THOMPSON & ANGELOS**
1001 Water St., Suite 475
Tampa, FL 33602
Telephone: 813-223-3888
Facsimile: 813-228-6422

*Counsel for Head Kandy LLC and Jerome Falic*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 2, 2024 I filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send notice of this filing to: Laura E. Burgess, Esquire, laura@leburgesslaw.com, L.E. Burgess, P.A., 5966 S. Dixie Highway, Suite 300, Miami, Florida 33143, *Counsel for Defendant*; Antonio L. Converse, Esquire, anthony@converselawgroup.com, Converse Law Group, P.C., 600 17th Street, Denver, Colorado 80202, *Counsel for Defendant;* Jennifer Tiedeken, Esquire, jennifer@lawfortcollins.com, jamie@lawfortcollins.com, Massey, Kelly & Priebe, PLLC, 125 S. Howes Street, Suite 1100, Fort Collins, CO 80521, *co-counsel for Defendant;.* and Jed Ferdinand, Esquire, jferdinand@fiplawgroup.com, Kathleen B. Moore, Esquire, kmoore@fiplawgroup.com, Ferdinand IP Law Group, 450 Seventh Avenue, Suite 2300, New York, New York 10123, *Counsel for Plaintiff*.

*/s/ Ethan J. Loeb*
**ETHAN J. LOEB**
FL Bar No. 668338