Page 1

1

2                    UNITED STATES DISTRICT COURT

3                    SOUTHERN DISTRICT OF FLORIDA

4

5        HEAD KANDY, LLC,              )
                                       )
6           Plaintiff/                 )
            Counterclaim Defendant,    )
7                                      )
                   vs.                 )   No.
8                                      )   23-CV-60345-JB/JMS
         KAYLA MARIE MCNEILL,          )
9                                      )
            Defendant/                 )
10          Counterclaimant/           )
            Third-Party Claimant,      )
11                                     )
                   vs.                 )
12                                     )
         JEROME FALIC and JONATHAN     )
13       ROSENBAUM,                    )
            Third-Party Defendants.    )
14       ------------------------      )

15

16

17                              August 7, 2024

18                              10:07 a.m.

19

20              Deposition of JONATHAN ROSENBAUM, held

21          at the offices of Veritext, 7 Times Square,

22          16th Floor, New York, New York, before

23          Laurie A. Collins, a Registered Professional

24          Reporter and Notary Public of the State of New

25          York.

Page 2

```
 1
 2        A P P E A R A N C E S:
 3
 4            BARTLETT LOEB HINDS
 5            THOMPSON & ANGELOS, PLLC
 6            Attorneys for Plaintiff
 7                    100 North Tampa Street, Suite 2050
 8                    Tampa, Florida 33602
 9            BY:   ETHAN J. LOEB, ESQ.
10                    ethanl@blhtlaw.com
11                    E. COLIN THOMPSON, ESQ.
12                    colint@blhtlaw.com
13                    JALEN LaRUBBIO, ESQ.
14                    (via videoconference)
15                    jasonl@blhtlaw.com
16                    CARSON SADRO, ESQ.
17                    (via videoconference)
18                    carsons@blhtlaw.com
19
20            CONVERSE LAW GROUP, P.C.
21            Attorneys for Defendant
22                    1600 Stout Street, Suite 1100
23                    Denver, Colorado 80202
24            BY:   ANTONIO CONVERSE, ESQ.
25                    anthony@converselawgroup.com
```

Page 3

1

2      A P P E A R A N C E S (continued):

3

4                        - and -

5          L.E. BURGESS P.A.

6                5966 South Dixie Highway, Suite 300

7                Miami, Florida 33143

8          BY:   LAURA E. BURGESS, ESQ.

9                (via videoconference)

10                  laura@leburgesslaw.com

11

12      ALSO PRESENT:

13          KAYLA MARIE McNEILL

14          KAYLIN CULP

15          GINA GAZZINGA

16          DEVERELL WRITE, Videographer

17

18

19

20

21

22

23

24

25

```
 1                        Rosenbaum
 2          A.    I don't -- I mean, you'd have to ask
 3      him.  I don't remember.  To me it was more
 4      lamenting, just complaining.
 5          Q.    So I understand your involvement ramped
 6      up in July of '22, as you said.  Do you recall any
 7      services at all that you performed with regard to
 8      Head Kandy prior to July of '22?
 9          A.    No.
10          Q.    When did you first discuss becoming
11      involved with Head Kandy in July of '22?
12          A.    Beginning of July.  I don't remember
13      the exact date.
14          Q.    Was that a conversation with Mr. Falic?
15          A.    Mr. Falic.
16          Q.    What did the two of you discuss?
17          A.    He wanted me to start spending time
18      down there and trying to understand, you know, if
19      there were opportunities to grow the business.  He
20      just really wanted to grow the business, at that
21      point.
22          Q.    Was that expressed to you in a single
23      conversation or a series of conversations?
24          A.    I'm sure it's a series.  I don't
25      remember, but I'm sure it was more than one.
```

```
                                            Page 31
 1                        Rosenbaum
 2          Q.    Did the two of you discuss whether or
 3     not you'd have a title?
 4          A.    No title.
 5          Q.    Did you discuss a formal role with the
 6     company?
 7          A.    No.
 8          Q.    Did you discuss compensation?
 9          A.    No.
10          Q.    Can you tell me your initial
11     involvement with Head Kandy in that July '22 time
12     period?
13          A.    At the beginning I just went down there
14     to try to figure out, you know, what was going on,
15     try to get a handle on the business the best of my
16     ability.
17          Q.    Was there an introductory period with
18     the other owners or employees with Head Kandy?
19          A.    I flew down there at one time.  I think
20     I flew down there by myself to meet Ms. McNeill,
21     her husband, maybe some other people down there.
22     That was July.
23          Q.    And when you say you flew down there,
24     where did you fly to?
25          A.    North Carolina, Charlotte, maybe.
```

```
                                              Page 42
```

1                              Rosenbaum

2          Q.    Do you know what Mr. Feldman's role

3     with Head Kandy was in July of '22?

4          A.    I don't know what his role was, no.

5          Q.    Do you know what Ms. McNeill's role was

6     with Head Kandy in July of '22?

7                (Ms. Gazzinga joins proceedings.)

8          A.    She was running the business.  I don't

9     know if she was the CEO.  I think she had a chief

10    title.  I don't remember exactly what it was.  I'm

11    not really a title person.

12         Q.    That's perfectly fine.

13               Do you recall anything else you did

14    during your initial visit in July of '22 other

15    than what we've discussed?

16         A.    I don't recall.  I don't recall.

17         Q.    What did you do vis-à-vis Head Kandy

18    following that initial July '22 visit?

19         A.    I can't pinpoint days, but I started

20    analyzing the business, trying to figure out what

21    the sales were, just figure out ways to start to

22    grow it, or help grow it, at least.

23         Q.    What did you do to analyze the

24    business?

25         A.    I think I started looking at it -- I

```
                                        Page 61

 1                        Rosenbaum

 2    80-90 percent of your business?  What do you have?

 3              I determined whenever I did that Head

 4    Kandy maybe had 100 SKUs that were driving most of

 5    the business out of the 1,000.  And I think the

 6    inventory was over $3 million at cost, for a

 7    business that I think did 10 million, which is

 8    insane.

 9         Q.   When did you ultimately make that

10    determination that roughly 100 SKUs were the top

11    selling?

12         A.   Whenever I saw what -- I don't know if

13    it was 100.  Whatever the top sellers were.  It

14    certainly wasn't 1,000 or more than 1,000.

15         Q.   Were you ever provided information

16    concerning the MOQs?

17         A.   Some of -- 1,000 SKUs to manage the

18    MOQs is difficult.  I think on reorders, once I

19    started getting a handle on it, I started to

20    seeing what we could get away with ordering.

21         Q.   Do you recall what period of time it

22    was when you first acquired that information?

23         A.   Whenever I saw that we had no money and

24    had no cash and had an over $3 million inventory

25    at cost for a business doing 10 or less than $10
```

```
                                                 Page 62
 1                         Rosenbaum
 2      million, that's when I started really trying to
 3      dive into what was going on.
 4           Q.    I'm just trying to understand the time
 5      period.  That's why I keep referring to it.  So
 6      with regard to the debt that you spoke about that
 7      concerns you, do you recall when you learned of
 8      the company's debt?
 9           A.    I want to say sometime in August or
10      September, beginning/end.
11           Q.    So based upon what you just shared with
12      me, is it fair to say that you learned about some
13      of the information concerning the MOQs after
14      August or September?
15           A.    As we ordered -- as things came up to
16      order is when I would see what the MOQ was.  So if
17      you have to reorder something, how many are you
18      going to order?  If you have to order 10,000 and
19      that's two years' worth of inventory, that's a
20      problem.
21           Q.    Did you say you don't recall when you
22      determined what the top-selling SKUs were?
23           A.    I don't recall.
24           Q.    Did you initially determine that the
25      company had too many SKUs more based upon your gut
```

```
                                              Page 63

 1                         Rosenbaum

 2      feeling?

 3           A.    No, no.  When I got there, I started

 4      analyzing.  That's when I realized the company had

 5      a lot of excess SKUs.

 6           Q.    Okay.  When did you feel as though you

 7      had adequate information to make that

 8      determination?

 9           A.    About too many SKUs?

10           Q.    Yes.

11           A.    Whenever I was told the company had

12      1,000 SKUs, based on having over $3 million worth

13      of inventory, that's when I realized that you just

14      have -- you just have too much inventory.

15           Q.    So that's really what you needed to

16      make the determination was the --

17           A.    1,000 SKUs in a business with not a lot

18      of people is very hard to manage.  How can you

19      manage 1,000 SKUs?

20           Q.    That's what I'm trying to understand is

21      basically the insight that you had --

22           A.    My business was 100 something million

23      dollars.  We didn't have 1,000 SKUs.  It's just a

24      lot of SKUs for a business that size to manage.

25           Q.    When you say your business, you're
```

```
                                               Page 65
 1                          Rosenbaum
 2        with?
 3             A.     So is Bubble, by the way.  Both of them
 4        have.  Londontown with nail polish, they might
 5        have 300 SKUs.  Bubble has about 50 max.
 6             Q.     So going back to what you needed to
 7        make -- sorry, strike that.
 8                    Going back to the information you
 9        needed to come to the conclusion that Head Kandy
10        had too many SKUs, was it just the amount of
11        inventory compared to the number of SKUs and the
12        cash on hand?
13             A.      It was not just the amount of
14        inventory; it was the age of the inventory, which
15        was years old.
16             Q.     How did the age of the inventory factor
17        in?
18             A.     Inventory shouldn't -- once it gets
19        past a certain point, you write it off; it's just
20        obsolete.
21             Q.     Do you know if the inventory that was
22        years old that you referred to had a shelf life?
23             A.      Some of it.  The -- the appliances or
24        the hair driers wouldn't have had a shelf life,
25        but they would have -- obviously if an appliance
```

1                     Rosenbaum

2          A.    I think so.  I'm not an expert in this

3     so...

4          Q.    So you don't know what platform?

5          A.    No.

6          Q.    Were there any recommendations that

7     Blake's report contained that you recall?

8          A.     I recall him saying whoever was

9     spending the money or deciding what to spend had

10    no idea what they were doing and that we were just

11    throwing away money for nothing.  It just

12    wasn't -- you know, it's all about customer

13    acquisition.  So if you're not generating new

14    customers, then the money's not spent properly.

15         Q.    And is that specifically related to

16    expenses through social media?

17         A.     Social media, boosting lives he said

18    were ridiculous, just costing us money, we were

19    getting nothing out of it, you weren't getting

20    your sales.  He just said the spend was the worst

21    he's ever seen, I think is what his words were.

22    The report is -- I'm sure you can look at the

23    report.

24         Q.    Okay.  After you received the report,

25    did you talk with or meet Blake to discuss the

                                    Page 80

                              Rosenbaum

 1
 2      report?
 3              A.    Yes.  We had -- I had a conference call
 4      with Blake.
 5              Q.    Was anyone else on that conference
 6      call?
 7              A.    I think I had a couple conference
 8      calls.  I think I had a conference call with
 9      Jerome on the report, and I think I had another
10      conference call with Kayla, who introduced her to
11      Blake.
12              Q.    Do you recall any of the specifics of
13      either of those calls?
14              A.    I think Jerome got angry on the call,
15      and Kayla to my surprise took it pretty well.  I
16      think she listened, and I think she took the
17      report pretty well at the time.
18              Q.    Were you able to determine what you
19      thought Jerome got angry about during the call?
20              A.    Yeah.  I think Jerome trusted whoever
21      was deciding to spend the millions and millions of
22      dollars that was spent, and he felt it was just
23      thrown away.  Jerome's theory was that we weren't
24      spending enough money, so he thought if we spent
25      more and more -- this report basically said we

1              Rosenbaum
2        spent way too much money; and if we were going to
3        spend that much money, we certainly didn't spend
4        it in the right places.
5              It was completely just -- you can read
6        the report.  It was pretty much just thrown away.
7        Q.    Did you have any conversations with
8        Jerome after the two of you spoke with Blake?
9        A.    I'm sure.
10       Q.    About the spend?
11       A.    I'm sure.
12       Q.    Do you recall if the two of you made
13       any determinations as to how to address the
14       findings of Blake's report?
15       A.    I think we -- I don't remember the
16       timing, but it was basically determined that we're
17       going to have to revamp how we spend money going
18       forward and the people that were deciding where
19       and when to spend it.
20       Q.    Do you know who the people were who
21       were responsible for spending that money?
22       A.    It was Kayla and I think her friend
23       John Max.
24       Q.    When you say --
25       A.    There was another person, I think.

```
 1                        Rosenbaum
 2         Q.    Going back to the overall discussion on
 3    expenses and efforts to change them, we had talked
 4    about who was making the decisions concerning
 5    expenses when you came on board.  And I believe
 6    you said it was Ms. McNeill, Mr. Feldman, and
 7    Mr. Falic; is that correct?
 8         A.    I mean, I don't know who's actually
 9    making those decisions.  Knowing Jerome the way I
10    do, I doubt he was involved in the day-to-day.  So
11    I would -- according to Bryan, it was Kayla.
12    Kayla decided all the expenses.
13         Q.    When we were talking about changes made
14    shortly after Ms. McNeill was terminated, I
15    believe you made a comment to Ms. McNeill left and
16    buried the company.  Do you remember that comment?
17         A.    Uh-huh.
18         Q.    Can you tell me what you meant by that?
19         A.    She went online and bad-mouthed the
20    company.  She said we're exploiting her children,
21    her family, these people stole by company, they're
22    horrible.  She made reference to Jerome's kids, to
23    Jerome.  She made some pretty nasty comments about
24    the business and the people running it.
25         Q.    How did you learn of those comments?
```

Page 178

                                    Rosenbaum

1
2     false statement?

3          A.     Because I don't think the company was

4     stolen from her.

5          Q.     And what do you base that on?

6          A.     Based on I don't even know who owns the

7     company.  I don't feel Ms. McNeill is a victim in

8     any way.

9          Q.     You just said if anybody stole from the

10    company it was Ms. McNeill.  Can you explain to me

11    what you mean by that?

12         A.     How -- you want me to give you

13    instances that I think she stole from the company?

14         Q.     Yeah, what leads you to believe that

15    she stole from the company?

16         A.     What I found was she had personal

17    employees on the company that were doing personal

18    things for her.  She was charging a barn in

19    Colorado.  They were paying rent on a barn that

20    wasn't even finished.  They were paying for a

21    dumpster every month.  They were paying for a

22    forklift that -- I think $2,000 a month that I

23    could buy for maybe $500.  It was an old propane

24    that was worthless.

25                    She was charging -- I mean, in 2022, I

```
                                         Page 179
```

                           Rosenbaum

 1

 2     know that she paid back the company I think 25 or

 3     30 thousand dollars' worth of charges that she had

 4     used on the company AmEx.  She was given the

 5     opportunity to go backwards and see whatever else

 6     charges there were.

 7              There was liposuction or lap band

 8     surgery on the AmEx is that she tried to say she

 9     paid some of it, not all of it.  There were a

10     multitude of things.  There was a photographer

11     that she brought with her to Cancun that my

12     understanding was really just there to babysit her

13     kids.

14          Q.    I tried my best to get them all down.

15     I'm going to read them back to you that I took

16     down.  If I missed one, please tell me.  I have

17     personal employees, a barn lease, a forklift --

18          A.    There was no lease; they were just

19     paying it.  There was a rental of the barn that

20     wasn't even being used for returns.

21          Q.    So I'll start over to make sure we have

22     them all.  Personal employees, barn rental,

23     forklift rental, lap band surgery.

24          A.    Dumpster rental.

25          Q.    Dumpster rental.

1                        Rosenbaum

2          Q.    So one was a house cleaner?

3          A.    I don't remember what each one did.

4    You can ask Ms. McNeill.  She didn't deny it.  She

5    basically told us what they did.

6          Q.    Do you recall any others other than the

7    house cleaner?

8          A.    Yeah, there were others:  baby-sitters,

9    house cleaners, someone I think to tutor her kid.

10   I don't have the breakdown.  It exists somewhere.

11         Q.    Would that be in Klei's records?

12         A.    It would be in Klei's records, and

13   there was an email that was sent to Ms. McNeill

14   spelling out them.

15         Q.    Do you know what the total expense to

16   Head Kandy was for those personal employees?

17         A.    I don't.  I mean, for the years they

18   were there, I think it was well over a hundred

19   grand, but I don't have the exact figure.  Again,

20   I think it's spelled out in the email.

21         Q.    How did you learn of the barn rental?

22         A.    I didn't understand -- I saw -- I

23   started looking at all the expenses, and I didn't

24   understand the reasoning for the barn rental.  And

25   then I asked Kayla what they were doing there, and

```
                                              Page 182
 1                         Rosenbaum
 2        she said that's where they process all their
 3        returns, in the barn.
 4                   I said why would they process the
 5        returns; why wouldn't they bring it here.  She
 6        gave me a convoluted reason.  And then I --
 7        someone -- I think Shawna -- actually sent me a
 8        picture of the barn.  It didn't even have a floor.
 9        It wasn't even finished.  It was dirt.  There was
10        no one working in the barn.
11             Q.    There were no Head Kandy products in
12        the barn?
13             A.    There wasn't a floor in the barn.  It
14        wasn't finished.  So we were paying for a barn
15        that wasn't finished.
16             Q.    Head Kandy was paying for use of
17        something that was being used that wasn't being
18        used?
19             A.    That wasn't being used.
20             Q.    Where was this expense recorded?
21             A.    We paid it every month.  We paid a
22        check to Kayla or Kayla and Dusty for I think it
23        was $2,000 a month.  It went on for years.
24             Q.    In the report you were looking at, was
25        it --
```

Page 183

1                    Rosenbaum

2         A.    It wasn't a report; it was a monthly

3    expense.  There was a rental expense that Yvelisse

4    and Klei -- Kayla would ask for her check, and

5    they would give it to her.  I didn't understand

6    what it was.  I asked Kayla.  She told me what it

7    was.

8              Then when I started poking around, I

9    realized that it wasn't what it was supposed to

10   be.  Then I started -- well, you can ask me more

11   about the barn, and I'll go on to the other

12   expenses.

13        Q.    What did Ms. McNeill tell you was being

14   performed at the barn?

15        A.    The returns for home shopping.  That's

16   where they were processing all the returns and

17   cleaning them and doing all that work.

18        Q.    And I believe you previously said there

19   were a lot of returns from the home shopping?

20        A.    I never really figured out how --

21   whether there were a lot or not.

22        Q.    Did you determine where those returns

23   were actually being processed?

24        A.    I vaguely remember -- and I think it

25   came from Shawna -- that they were actually going

```
                                        Page 184
 1                      Rosenbaum
 2       to her mother-in-law's house or someone else's
 3       house; and they were being done there, and we were
 4       paying people to do that.  They were going to
 5       homes, individual homes, and done there.
 6                 I never got a straight story.  I said
 7       this has to end.
 8            Q.   You said her mother-in-law.  Was it
 9       Shawna's mother-in-law or Kayla's mother-in-law?
10            A.   I don't remember.  I'm not sure who it
11       was.
12            Q.   So you learned from Shawna that the HSN
13       returns were being processed at somebody's
14       residence?
15            A.   Yes, plus she sent me pictures and I
16       got plans that weren't complete of Kayla's barn
17       that showed that they still haven't even completed
18       it yet.  So the barn wasn't complete to operate,
19       so there was no way that they were doing the
20       returns at the barn.
21            Q.   Did you confront Ms. McNeill with the
22       information you received from Shawna?
23            A.   I did.
24            Q.   What did she tell you?
25            A.   That was the deal; this is income.  She
```

Page 185

                              Rosenbaum

1
2      just made excuses.  She never denied that they
3      weren't being processed there; she just tried to
4      justify she is underpaid, she's this, she's that.
5      I got a whole song and dance of why we need to pay
6      that to her.
7            Q.    So when you confronted her the second
8      time, did she acknowledge that the returns were
9      being processed in someone's home as opposed to
10     the barn?
11           A.    She never acknowledged it either way.
12     She just said she was entitled to the money; that
13     was the agreement.  She never acknowledged that
14     the returns weren't being done at the barn or
15     that -- she never -- she never admitted it or
16     denied it; she just justified the money.
17           Q.    So initially she told you they were
18     being processed in the barn; and then when you
19     confronted her with Shawna's information, she
20     deflected?
21           A.    Yes, but just never admitted either
22     way, but she justified she's been charging that
23     and that's her money.
24           Q.    Do you know who Shawna learned that the
25     orders weren't being processed in the barn?

```
                                        Page 186

 1                       Rosenbaum

 2          A.    No.  Shawna is from there, I mean.  I

 3     think Shawna went to Kayla's house.  I think

 4     Shawna cooked her Thanksgiving meals.

 5          Q.    Right.  When you say "there," are you

 6     referring to Salida, Colorado?

 7          A.    Salida.

 8          Q.    Did you have any other discussions

 9     concerning the barn rental other than the ones we

10     discussed?

11          A.    I mean, I discussed it with Jerome.

12          Q.    What was your discussion with Jerome?

13          A.    Jerome -- Jerome never -- Jerome wasn't

14     even aware that we were paying for the barn.  I

15     guess Bryan was aware.  And then Jerome just said

16     let's just move the returns to -- we have this

17     warehouse; we can move them there.

18          Q.    Did Bryan tell you why Head Kandy was

19     renting the barn?

20          A.    Yeah.  He said he thought we were

21     doing -- processing the returns there.  He

22     actually said that -- when they did the original

23     warehouse -- I think they had a smaller warehouse

24     in North Carolina that they started with, and it

25     supposedly didn't have enough room.
```

```
                                              Page 187
```

 1                        Rosenbaum

 2                 And he never got on top of the fact

 3       that once they moved to the bigger warehouse they

 4       would have had room.  It just got lost.

 5                 The fact is they were never processing

 6       returns in the barn, if you take a look.  I mean,

 7       the barn might be finished now, but it wasn't

 8       finished when -- back in 2022.

 9            Q.    In the report that you received, was it

10       identified as barn rental?

11            A.    Yes.  It wasn't a report; it was an

12       expense:  This is a $2,000 wire to Kayla McNeill,

13       and this is barn rental, dumpster rental, hi-lo

14       rental.  That was a monthly number that just went.

15       We paid her.

16            Q.    Who generated that expense report?

17            A.    It wasn't an expense report; it was

18       just a payment.  There was no expense report; it

19       was a payment.  There was no expense.

20            Q.    So this was on Head Kandy's bank

21       statement?

22            A.    No, no.  We wired it.  Every day --

23       when I was monitoring the money that we had very

24       little money, I started looking at everyday

25       payments and I started seeing monthly these

Rosenbaum

1

2      A.    No, no.  It was a report that Klei and

3      Kaylin would give on -- every day bill that was

4      being paid.  You can generate those.  You can get

5      those reports.  It will be clear this is the

6      payments.

7      Q.    Okay.

8      A.     It wasn't a history thing; it was a

9      move forward thing.  Once I found out what was

10     going on, I did go back in history and figure out

11     that they were paying for these things for a few

12     years.

13     Q.    Okay.  And in the report there was a

14     description for each payment, and that's where it

15     said --

16          (Discussion off the record.)

17     Q.    And that's where the description was?

18     A.    Yes, we're paying this, this, and this;

19     dumpster payment, dumpster rental, forklift

20     rental, and barn rental.

21     Q.    Okay.  Let's go to the forklift rental.

22     Do you remember how much that was?

23     A.    $1,000 a month.

24     Q.    When did these reports start being

25     generated by either Klei or Kaylin?

```
                                              Page 190

 1                         Rosenbaum
 2        A.      Whenever I got involved -- whenever --
 3   probably October-ish or end of September when I
 4   started getting involved in the payments.  When I
 5   realized how tight the business was, I had to
 6   monitor what we were paying every day.
 7               I didn't want to borrow any more money
 8   from Leon, so I had to exist -- Jerome made it
 9   clear he's not paying any more money.  So we had
10   to exist on the cash flow that was being
11   generated.
12        Q.      What did you do when you learned of the
13   forklift rental?
14        A.      When I originally thought it was high
15   and then when I actually went and saw the
16   forklift, I realized you could buy that forklift
17   for less than a thousand dollars.  It was an old
18   propane -- it wasn't even -- it was one of those
19   propane smelly forklifts that you turn on, it's
20   like diesel and it stinks up.  It was so old it
21   wasn't -- you shouldn't even have been using it in
22   that warehouse.  That forklift was antiquated.
23        Q.      Do you know why it was being used?
24        A.      I have no idea why it was being used.
25   But we definitely got a new forklift.  I got rid
```

```
 1                          Rosenbaum
 2      of that thing and got a new one when Jim came in.
 3           Q.     That was February of '23?
 4           A.     February, yeah.
 5           Q.     Did you inquire about the forklift
 6      rental once you discovered it?
 7           A.     Yeah.  I think I discussed it with
 8      either Dusty or Kayla.  Again, deflecting:  Well,
 9      this was the deal; this is my forklift.  I was
10      like, Kayla, the forklift is -- I could buy a
11      forklift for half that for one month.
12           Q.     What did she say to that?
13           A.     Nothing.  What are they going to say?
14      There's nothing to say.  You can't deny it, I
15      mean.  You can go Google it.  It was an antiquated
16      propane forklift.
17           Q.     Was she agreeable or encouraging with
18      regard to the prospect of Head Kandy acquiring a
19      new forklift?
20           A.     I don't -- I think she was upset we
21      weren't going to pay her $1,000 a month.  I don't
22      remember what she even thought about a forklift.
23      Kayla is in Kayla's own world so...
24           Q.     When did those rental payments for the
25      forklift cease?
```

```
                                        Page 192
```

                              Rosenbaum

1

2          A.    I think January.  I think to be nice we

3     paid them up until December, but it could have

4     ended in December.  I just don't remember.  And

5     the dumpster.

6          Q.    Did you talk to Bryan Feldman about the

7     forklift rental?

8          A.    Absolutely.

9          Q.    What did he tell you?

10         A.    He shrugged -- he, don, I thought it

11    was okay.  They trusted -- they trusted, you know,

12    Dusty and Kayla.  That's what they did.

13         Q.    Did he tell you he was aware of the

14    forklift rental?

15         A.    Oh, yeah.  He was aware of the barn

16    rental.  He didn't deny being aware of anything.

17         Q.    What about the dumpster rental, when

18    did you become aware of that?

19         A.    It was all about the same time.

20         Q.    Okay.

21         A.    Once one thing doesn't make sense, you

22    start looking for others.  The dumpster, again,

23    made no sense.

24         Q.    Do you recall what the amount of --

25         A.    $1,000 a month.

```
                                        Page 193
```

1                        Rosenbaum

2          Q.    Did you talk to anybody about this

3     dumpster rental after you discovered it?

4          A.    That -- I talked to Bryan.  I don't

5     remember specifically if I talked to Kayla or

6     Dusty on the dumpster.

7          Q.    What did Bryan tell you?

8          A.    He just -- he felt that he was taken

9     advantage of.  He didn't really have any defense

10    for it.

11         Q.    Did you ever learn what the dumpster

12    was being used for?

13         A.    No.  I just know it's not a thousand

14    dollars a month to rent a dumpster.

15         Q.    How much is a reasonable rental rate

16    for a dumpster equivalent to that?

17         A.    I mean, we could have bought one for --

18    you probably could have bought one for 5, 6

19    thousand, but probably a few hundred dollars, 2, 3

20    hundred dollars, maybe.

21                I don't even know if we needed a

22    dumpster.  I have no idea.

23         Q.    So after you learned of the dumpster

24    rental and you talked with Bryan, what did you do

25    concerning the dumpster?

                              Rosenbaum

1        A.     Again, all the payments were ceased at

2    a certain date.

3        Q.     And that's around December?

4        A.     December or January we stopped.  I

5    don't think they even fought us on that.  I think

6    they realized that there was not much they could

7    do, it didn't make any sense.

8        Q.     That was around the time they were

9    terminated too; right?

10       A.     I think it was before they were

11   terminated that we...

12       Q.     Because they talked about Ms. McNeill

13   being terminated at the end of January, I believe.

14       A.     Yeah, but -- it definitely stopped

15   before she was terminated.  And we definitely

16   talked about it prior to termination.

17       Q.     Let's talk about this photographer in

18   Cancun.  Is this the same individual that

19   Mr. Thompson replaced?

20       A.     I don't know if that's -- I think this

21   person quit.  The only reason I knew about that is

22   I remember seeing some kind of 20,000 -- I was

23   going back.  I saw a $20,000 charge to some

24   photographer that went to Cancun, and I couldn't

```
                                              Page 219

 1                          Rosenbaum
 2         A.    The affiliate.  I did a little bit of
 3    searching about -- John Max, according to Kayla,
 4    was this big -- he worked for a company called
 5    Jones Road, which is a big cosmetic company.
 6    They're owned by Bobbi Brown.  I know the COO
 7    there.
 8              So according to Kayla, John Max does
 9    all their digital marketing and he's grown their
10    business and he's done this, and he's done that.
11    And I said to myself I know the CEO there -- COO,
12    a guy by the name of Steve Levine.  There is
13    absolutely no way based on Blake Ruschman's report
14    and if that's true that John Max is the man.
15              So I called Steve Levine.  Steve Levine
16    told me that John Max did not work for Jones Road,
17    never heard of John Max.  And that's when I said
18    something's off here.
19              So originally K2 was really brought in
20    to research the entire spend of the company,
21    including AmEx, affiliates, and all that.
22         Q.    Who engaged K2?
23         A.    I did.
24         Q.    What information did you provide K2 to
25    perform its work?
```

                                            Page 226

1                          Rosenbaum
2          Q.    You just never made the comparison?
3          A.    I didn't make the comparison.  As far
4    as I was concerned, it was about the current
5    seeing how many new customers we could get.
6          Q.    What did you find when looking at those
7    numbers?
8          A.    I found that we were making some
9    progress with new customers.  But, again, the
10   brand, there was -- it was still the old product
11   line.  It was a very flea market -- it looked
12   like -- to me, at least, it looks like a flea
13   market.  It has some merch, it has sandals, nail
14   dips, blow dryers.
15              It looked like a flea market, so it was
16   difficult to really get the new customer
17   acquisition that Jerome really wanted.
18         Q.    Did you feel as though the product line
19   Head Kandy was offering was too diverse?
20         A.    I thought it was way too diverse.  I
21   thought it was every -- it was a flea -- like I
22   said, it was pretty much what I felt was a flea
23   market.  It was anything that Kayla could sell we
24   would go out and buy.
25         Q.    And what are the negative aspects of

```
                                        Page 227
1                          Rosenbaum
2        that?
3            A.    It's just excess inventory.  There's no
4        brand direction.  It's hard to make a brand value.
5        Can you do revenue?  Yeah, you can do revenue.
6        There's no -- Kayla can sell anything.  But
7        there's no brand identity.  You're not building
8        the brand, in the space that I'm in.
9                And the negative is that the company in
10       four years never made -- I mean, it was -- it was
11       a disaster.  You had $3.5 million in inventory.
12       You owed a million dollars in Leon.  You probably
13       owed a couple hundred thousand dollars to Jerome.
14       I think there were money owed to the shareholders
15       because they paid their taxes.  There was an SBA
16       loan for half a million dollars.  It wasn't a good
17       story.
18           Q.    With regard to building the brand, do
19       you believe that that requires focus on a very
20       small, streamlined product segment?
21           A.    If the strategy was to build out,
22       quote/unquote, Head Kandy and take the items in
23       beauty and hair -- and hair can be a great
24       space -- yeah, I think if you start putting in
25       sandals and shirts and headbands and whatever else
```

Page 228

Rosenbaum

1
2      you want to sell, I do think it takes away from
3      the brand identity.
4              And the key is if you're getting --
5      think about it.  If you have -- if these are your
6      customers (indicating) and these are your steady
7      customers, they're only going to buy so much.  So
8      how do you increase -- if you want to increase
9      your sales, how do you increase your sales with
10     these if you have to introduce new items?  If you
11     have new customers, you can sell the same items to
12     new customers and that will naturally increase
13     your sales.
14         Q.    And --
15         A.    Londontown is a D2C brand.  They sell
16     direct to consumer.  They're no -- they do sell
17     new items, but they're not introducing thousands
18     of items.  They're a nail brand.  They will
19     take -- introduce some good sellers and if -- and
20     discontinue the bad sellers.
21              So it's still the same amount of SKUs.
22     They might introduce a new one and add one here,
23     but they might retract it.  But they're going
24     after new customers.  They have a strategy to go
25     after new customers to keep the business viable.

```
                                        Page 229

 1                      Rosenbaum
 2         Q.    Did Head Kandy sell nail polish?
 3         A.    They did -- no, they sell nail gels.
 4         Q.    How did their SKU counts for nail gels
 5    compare to, what was it, Londontown?
 6         A.    I think it had -- I think it had more.
 7    I think Head Kandy actually had more SKUs than
 8    Londontown.
 9         Q.    How did you feel Head Kandy performed
10    with regard to customer retention?
11         A.    I think it did well with customer
12    retention.  I think the customers were loyal.
13         Q.    We talked about Head Kandy's declining
14    sales and how you believe Ms. McNeill contributed
15    to that.  Are you aware of any other contributing
16    factors to the decline in Head Kandy sales?
17         A.    I think -- I think the brand once --
18    she was the brand.  So whether she bad-mouths the
19    brand or not, she leaves the brand, I think the
20    brand would suffer.  Even if she left amicably, I
21    don't think the brand could be expected at year
22    one to do as much business as they did with her
23    than without her.
24         Q.    We talked about the use of social media
25    accounts for Head Kandy and Kandy Life and that
```

Page 230

1                         Rosenbaum

2       you felt that Head Kandy was spending too much

3       money on Kandy Life because it was Kayla's

4       account; is that right?

5            A.    It was an influencer page.  It was all

6       the money.  As far as I was concerned, all the

7       money was being spent, which wouldn't have been

8       bad if she was just linking them together, she was

9       going live on both and saying, okay, this is how

10      we're going to build it.

11           Q.    Do you know if Head Kandy took over

12      control of Kandy Life after Ms. McNeill was

13      terminated?

14           A.    Yes, they did.

15           Q.    Do you know why?

16           A.    I think they felt that because they

17      spent all the money it was theirs.  Kandy Life

18      grew under the money that Head Kandy put into it.

19      I don't know the legalese of it but...

20           Q.    Sure.  But your concern was there was

21      too much money being spent on it because it was

22      Kayla's account?

23                 ATTORNEY LOEB:  Object to form.  Object

24           to form.

25           A.    I don't know whose account it was.  It

```
 1                    Rosenbaum
 2      was definitely a lifestyle account and showed her
 3      lifestyle.  I also thought that if you want to
 4      build a real brand it can't be so much dependent
 5      on one person's lifestyle.  You've got to build
 6      out the brand.
 7                 So I feel that that was a mistake.
 8      That's where all the money -- if they won, that
 9      wasn't where all the money was spent, it might
10      have been a different -- different business.
11           Q.    Do you know if the Kandy Life page
12      existed on day one?
13           A.    I don't know.  I don't know when it
14      existed.  I never understood it.  I never
15      understood the logic behind it.  I never -- I
16      asked Kayla I think when I first started what --
17      why does this exist.
18                 And her theory, which wasn't a terrible
19      theory, was that she didn't want to be a shill for
20      the brand, to build out her lifestyle and she'll
21      get more sales that way.
22                 So it didn't seem so illogical, but I
23      still never understood why it wasn't linked.  You
24      couldn't even link it on the site when she was
25      promoting something.  It wouldn't even take you to
```

```
                                          Page 240
```

 1                        Rosenbaum

 2          A.    Ms. McNeill also sent me a naked

 3     picture of herself in that same exchange, which I

 4     deleted.

 5          Q.    Do you recall what was viewable of

 6     Ms. McNeill in that photo?

 7          A.    I don't remember what was viewable.  I

 8     deleted it.  I was pretty shocked.  I'm sure we

 9     can find it to look at.

10          Q.    Do you recall if it was -- sorry,

11     strike that.

12                Why do you believe she sent you that

13     picture?

14          A.    I have no idea.  You should ask --

15     Ms. McNeill talked about sex, her breasts, lack of

16     sex with her husband, many times, with me.

17          Q.    With you?

18          A.    With me, to whoever would listen.  He

19     even told me that he -- the only reason she

20     married him is he knocked her up before they got

21     married.  She also talked about her boobs, getting

22     a boob job, she wanted to have a boob job.  They

23     talked about them freely.

24          Q.    Did you ever tell Ms. McNeill that her

25     dresses were too long?

```
                                        Page 243

 1                          Rosenbaum
 2      do any yoga.  So if -- I'll do it at work, I'll do
 3      it at studios, I get privates.
 4          Q.    Who suggested that you, Kayla, and
 5      Kaylin do the October 4th yoga session?
 6          A.    I don't remember who.  I know that
 7      Kayla started doing yoga and she was talking about
 8      it a lot and telling me how great it was that she
 9      lost weight.  I think she even went on social
10      media to talk about it.
11                I might have said, Hey, great, let's do
12      yoga, let's get an instructor.  I wanted them to
13      find -- there are plenty of private instructors,
14      so I wanted them to find somebody to come in and
15      just do a class of yoga at Head Kandy.
16          Q.    You said you had showered after the
17      October 4th yoga.  Why did you shower at Head
18      Kandy on that day?
19          A.    I had a flight going back.  I didn't
20      want to sit on the plane with sweat.
21          Q.    So was that a flight going from North
22      Carolina to New Jersey?
23          A.    Yes.
24          Q.    How many showers does Head Kandy's
25      office have?
```

Rosenbaum

1

2          Q.    You mentioned in your deposition about

3     things that Ms. McNeill would talk about in front

4     of you or others at Head Kandy from time to time

5     regarding sex.

6          A.    Yes.

7          Q.    Can you help us understanding really

8     what Ms. McNeill would talk about?  Was it kind of

9     done freely and openly throughout the

10    organization?

11         A.    Yes.

12         Q.    Tell us about that.

13         A.    She was very open about her breasts,

14    her sex life with her husband, her -- or lack of

15    it, her getting pregnant prior to getting married,

16    and that she probably wouldn't have married Dusty

17    if she hadn't gotten pregnant.

18               You can ask others.  I'm not the only

19    one.

20         Q.    And we will.  We're going to have the

21    opportunity to do that.  But today is our chance

22    to talk to you about that.

23         A.    Okay.

24         Q.    With regard to the things that she

25    would talk to you about individually or in front

1                    Rosenbaum

2        of others about, her husband, what do you mean by

3        the sex life with her husband?  Help us understand

4        that.

5             A.    She didn't like having sex with her

6        husband.

7             Q.    Would she make that known to you and

8        others?

9             A.    Yes.

10            Q.    All right.  You mentioned she shared

11       some I guess a photograph or something like that

12       of her naked or nude or something like that?

13            A.    Pretty much naked.

14            Q.    Do you recall that text exchange as it

15       occurred when she shared that photograph with you?

16            A.    Do I remember now or before?

17            Q.    Now.

18            A.    Now I do because I saw it in dep prep.

19            Q.    Do you recall Ms. McNeill when you

20       reacted to that indicating to you that she thought

21       you guys were going to be next-level friends at

22       that point in time?

23            A.    Yes, that's what it said.

24            Q.    Did you respond, Hey, that sounds

25       great, we're going to be next-level friends; or

```
                                              Page 267
 1                         Rosenbaum
 2       did you have a different reaction to that
 3       photograph when she sent it to you?
 4            A.    I told her I was deleting it.
 5            Q.    And is that what you did?
 6            A.    Yes.
 7            Q.    Why did you delete that photograph?
 8            A.    I didn't want to look at it.
 9            Q.    Did you feel it was inappropriate for
10       her to be sending that to you.
11            A.    Yes.
12            Q.    In the face of all of these types of
13       conversations or discussions that Ms. McNeill was
14       having with you and these text messages and the
15       allegations that we've heard some about today, was
16       Ms. McNeill still asking you to do favors for her
17       such as helping pick up cars or drive cars
18       somewhere to help her parents out and stuff like
19       that?
20            A.    Yes.
21            Q.    Can you tell us about that, based on
22       your recollection?
23            A.    Yeah.  She had me one day -- I don't
24       remember the exact date -- had me, instead of
25       taking a car service to the airport, driving her
```

```
                                        Page 284
 1                        Rosenbaum
 2       being Head Kandy and Ms. McNeill, in --
 3                  ATTORNEY LOEB:  Go ahead, sorry.
 4       Q.     -- the beginning of 2023?
 5       A.     I'm not aware of any.
 6       Q.     You mentioned Ms. McNeill speaking
 7       about sex with you and other employees.  Can you
 8       identify any of the other employees that she spoke
 9       about sex with?
10       A.     She spoke in front of anybody who was
11       in front of her.  She spoke in front of Mindy when
12       she was there.  She spoke in front of Ryan,
13       Kaylin.  Whoever was there.  There was no bars as
14       far as talking about her sex and her boobs and her
15       lap band surgery and all that.
16       Q.     When did you hear her talking about her
17       lap band surgery?
18       A.     All the time, many times.  She didn't
19       want the customers to know.  She told them that
20       she lost all her weight on a diet, but everyone
21       else knew that she had the lap band surgery.
22       Q.     You were also asked about the potential
23       being next-level friends with Ms. McNeill.  Do you
24       know what that means?
25       A.     No idea.
```

1

2      - - - - - - - - - - I N D E X - - - - - - - - - - -

3

4      WITNESS:              EXAMINATION BY:          PAGE

5      Jonathan              Attorney Converse            6

6      Rosenbaum                                        274

7                            Attorney Loeb             264

8

9      ------------------- EXHIBITS -------------------

10     ROSENBAUM NO.        DESCRIPTION           PAGE

11

12     Exhibit 1, emails                           250

13     Exhibit 2, statements, Bates-stamped    255

14     KM9232 through 9303

15

16

17

18

19

20

21

22

23

24

25