COPY

1

UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF FLORIDA

CIVIL ACTION NO.:  23-CV-60345-RAR

HEAD KANDY, LLC,

 Plaintiff,

vs.

KAYLA MARIE MCNEILL,

 Defendants.

_____/

July 31, 2024

10:27 a.m. - 5:56 p.m.

Buro Central

101 N.W. 8th Street, Suite 200

Miami, Florida 33136

VIDEOTAPED DEPOSITION OF BRYAN FELDMAN

Taken before Julio A. Mocega, Shorthand

Reporter, Notary Public in and for the State of

Florida at Large, pursuant to Notice of Taking

Deposition filed in the above case.

**EXHIBIT 4**

COPY

2

1                         APPEARANCES:

2    ON BEHALF OF THE DEFENDANT:

3    CONVERSE LAW GROUP, P.C.

4    600 17th Street

5    Suite 2800 South

6    Denver, Co 80202

7    BY:  Antonio L. Converse, Esq.

8    ALSO ON BEHALF OF DEFENDANT:

9    L.E. BURGESS, P.A.

10   5966 S. Dixie Highway

11   Suite 300

12   Miami, Florida 33143

13   BY:  Laura E. Burgess, Esq.

14   ON BEHALF OF THE PLAINTIFF:

15   BARTLETT, LOEB, HINDS, THOMPSON & ANGELOS

16   100 N. Tampa Street

17   Suite 2050

18   Tampa, Florida 33602

19   BY:  Collin Thompson, Esq.

20   ALSO PRESENT: Javier Ordonez, Videographer

21   PRESENT ON ZOOM: Ethan Loeb, Esq.

22                   Gina Gazzaniga

23                   Kayla McNeill

24                   Carson Sadro

25                   Jennifer Tegan

COPY

3

1                         I N D E X

2

3   BRYAN FELDMAN                          PAGE

4   By Mr. Converse                          5

5

6                     E X H I B I T S

7

8   Defendant's Exhibit No. 1             128

9   Defendant's Exhibit No. 2             137

10   Defendant's Exhibit No. 3             139

11   Defendant's Exhibit No. 4             140

12   Defendant's Exhibit No. 5             142

13   Defendant's Exhibit No. 6             147

14   Defendant's Exhibit No. 7             156

15   Defendant's Exhibit No. 8             167

16   Defendant's Exhibit No. 9             168

17   Defendant's Exhibit No. 10            170

18   Defendant's Exhibit No. 11            173

19   Defendant's Exhibit No. 12            173

20   Defendant's Exhibit No. 13            198

21

22

23

24

25

COPY

32

1   that made the move from Colorado to North

2   Carolina with the company?

3            A.    Again, I don't recall the exact

4   number, but approximately.

5            Q.    Right.  Approximately.  Okay.

6            When the company was formed in

7   approximately May of 2018, do you know what

8   Miss McNeill's role was with the company?

9            A.    She was in charge of product

10  development, marketing and everything that

11  happened in Colorado.  She was in charge of

12  sales also.

13           Q.    With regard to her role in product

14  development, do you recall any specific tasks

15  that she undertook for Head Kandy?

16           A.    She designed and picked every

17  product that we would manufacture.

18           Q.    Do you know if she worked with

19  anybody with regard to product development?

20           A.    With which one?

21           Q.    Product development.

22           A.    Anybody?

23           Q.    Yes.

24           A.    Not that I recall.  After a couple

25  of years, she worked with someone named Mindy.

COPY

44

1    meeting or a phone conversation.  Obviously it

2    took place.

3          Q.   Did you hear her make these

4    statements to the social media company?

5          A.   No.  She dealt with the social

6    media company.  I dealt in a couple of calls,

7    but it was her day-to-day.

8          Q.   Okay.  So how did you learn about

9    Miss McNeill's idea?

10         A.   She told me.

11         Q.   Okay.  Did you have any opinion on

12    whether or not this social media company was

13    adding value for Head Kandy?

14         A.    Not that I recall.  Again, not my

15    expertise.

16         Q.   Do you recall disagreeing with

17    Miss McNeill when she told you that she didn't

18    believe the social media company was adding

19    value for Head Kandy?

20         A.   I don't recall.

21         Q.   Do you know if Head Kandy

22    ultimately severed its relationship with that

23    social media company?

24         A.   Yes.

25         Q.   Do you recall why?

COPY

45

1          A.    Because she thought they were no

2    good.

3          Q.    Do you know when the relationship

4    was terminated?

5          A.    I don't recall the date.

6          Q.    Do you recall the year?

7          A.    No.

8          Q.    You also mentioned that

9    Miss McNeill was in charge of everything that

10   happened in Colorado.

11              Did I get that right?

12         A.    Yes.

13         Q.    We've identified a few things that

14   happened in Hollywood, being the HR -- or human

15   resources office, and --

16         A.    Finance maybe.

17         Q.    -- finance --

18         A.    Yes.

19         Q.    -- to work with Yvelisse.

20         A.    Uh-huh.

21         Q.    Was there anything else that was

22   occurring in Hollywood?

23         A.    Hernan, in operations, working in

24   Hollywood.

25         Q.    Okay.

COPY

48

```
 1          A.   I don't know.

 2          Q.   Do you know any specific

 3    activities that Miss Pincus did when she was

 4    retained by Head Kandy concerning product

 5    development?

 6          A.    It was all product development

 7    related.  So finding formulas, packaging, ways

 8    to increase our assortment and improve it.

 9          Q.    Did she have a supervisor that she

10    had to report to?

11          A.   I believe --

12               MR. THOMPSON:  Object to the form.

13               Sorry.

14               THE WITNESS:  I believe everything

15               went through Kayla.

16    BY MR. CONVERSE:

17          Q.   Do you know if she did have a

18    formal supervisor?

19          A.   I don't recall.

20          Q.   Was Miss Pincus still employed by

21    Head Kandy when you -- your involvement ceased?

22          A.   I don't believe so.

23          Q.   Do you know why the relationship

24    between Miss Pincus and Head Kandy was

25    terminated?
```

COPY

49

```
1          A.    No.   I just think we were not
2  developing new formulas and products at that
3  time.
4          Q.    Going back to your description of
5  Miss McNeill ran everything that happened in
6  Colorado, can you give me a little more
7  specificity as to what she was required to do
8  with regard to the Colorado operations?
9          A.    Well, she was there.
10         Q.    Okay.
11         A.    So she was indirectly in charge of
12 everything.  Everything happened under her eyes
13 in the office in Colorado.  None of us were
14 there.  So warehousing, hiring of employees,
15 aside from the sales, the marketing, the
16 product development.
17         Q.    So she essentially managed
18 everything in Colorado?
19         A.    Yes.  I believe with help from
20 Dusty, her husband.
21         Q.    Okay.  And did she have autonomy
22 to run it in any way that she wanted to or did
23 she have to report to somebody?
24         A.    Ideally she would report.  And I
25 wouldn't say she reported.  She informed us.
```

COPY

50

```
1   And like I said, we trusted her with
2   everything.  So when something happened, she
3   would inform us, I did this or I did that.  So
4   she did inform us of the decisions that she
5   took, but she took those decision.
6           Q.   And when you say "inform us," who
7   are you referring to?
8           A.   Me.
9           Q.   Okay.  But she didn't need your
10  authority to make any decisions when it came to
11  management of the Colorado operations?
12          A.   I think she felt comfortable
13  getting our approval.  And like I said, most of
14  my relationship with Kayla, because of the high
15  level of trust, was, Bryan, I'm going to do
16  this, and the answer was, if you think that's
17  right, do it.  She was there.
18          Q.   With regard to that high level of
19  trust during the time that you worked with
20  Miss McNeill, did you ever feel that she
21  violated that high level of trust between the
22  two of you?
23          A.   Towards the end.
24          Q.   And when you say "towards the
25  end," are you referring to right before
```