```
 1              UNITED STATES DISTRICT COURT
 2                        for the
 3              Southern District of Florida
 4    _____
 5    HEAD KANDY, LLC,                ) Civil Action
                                      ) No.
 6                                    ) 23-CV-60345-
                       Plaintiff,     ) JB
 7                                    )
              vs.                     )
 8                                    )
                                      )
 9    KAYLA MARIE MCNEILL,            )
                                      )
10                                    )
                       Defendant.     )
11                                    )
      _____
12
13
14
              WITHOUT CONFIDENTIAL PORTION
15
         VIDEOTAPED DEPOSITION OF MINDY MCDERMAID
16
                  SALT LAKE CITY, UTAH
17
                  THURSDAY, JUNE 27, 2024
18
19
20
21
22
23
      REPORTED BY:  Tammy M. Breed, CCR No. 7801
24
      JOB NO:  CO 6777490
25
                                              Page 1
```

```
 1            VIDEOTAPED DEPOSITION OF MINDY MCDERMAID, taken
 2       at 299 SOUTH MAIN STREET, SALT LAKE CITY, UTAH, on
 3       THURSDAY, JUNE 27, 2024, at 9:04 A.M., before Tammy M.
 4       Breed, Certified Court Reporter, in and for the State of
 5       Utah.
 6
 7       APPEARANCES:
 8       For the Plaintiff:
 9              Carson A. Sadro, Esq.
                BARTLETT LOEB HINDS THOMPSON & ANGELOS
10              1001 Water Street
                Suite 475
11              Tampa, Florida 33602
12
13       For the Defendant:
14              Antonio L. Converse, Esq.
                CONVERSE LAW GROUP PC
15              600 17th Street
                Suite 2800
16              South Denver, Colorado 80202
                (303) 228-9471
17              anthony@converselawgroup.com
18
19       Also Present:
20              McKayla Largin, Videographer
21
22
23
24
25
                                                              Page 2
```

```
 1                        I  N  D  E  X

 2     WITNESS:  MINDY MCDERMAID

 3     EXAMINATION                                          PAGE

 4        BY:  Mr. Converse                                6, 247

 5        BY:  Ms. Sadro                                  241, 250

 6

 7

 8

 9

10

11                      CONFIDENTIAL PORTION

12     Pages 211 to 215
```

Page 3

```
 1                    E X H I B I T S
 2       EXHIBIT                                            PAGE
 3        Exhibit 1   Declaration of Mindy McDermaid,          5
                      17 pages
 4
          Exhibit 2   Declaration of Mindy McDermaid,          5
 5                    17 pages
 6        Exhibit 3   CONFIDENTIAL INFORMATION -             213
                      SUBJECT TO COURT ORDER, Marked
 7                    PLTF EXHIBIT 164, 15 pages
 8        Exhibit 4   Declaration of Mindy McDermaid,        218
                      "Exhibit D" at the bottom,
 9                    9 pages
10        Exhibit 5   Subpoena To Testify At A               238
                      Deposition In A Civil Action
11
          Exhibit 6   Mindy Mcdermaid's Objections and       239
12                    Responses to Subpoena for
                      Deposition
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1          to followers of the Kandy Life with Kayla page?
 2             A.   Correct.
 3             Q.   So the first category of actions you said had to
 4          do with a new company that Ms. McNeill was starting; is
 5          that correct?
 6             A.   Yes.
 7             Q.   How did you learn about those actions?
 8             A.   I saw it on social media.  She also told me about
 9          it herself, that she was going to start a new company.
10          But it was -- she posted about it on social media.
11             Q.   When did you see the posts?
12             A.   I think that the posts started around November of
13          2022.
14             Q.   Okay.  Do you know when they ended?
15             A.   They ended sometime in December.
16             Q.   Did you see them when they first began in
17          November of '22?
18             A.   Yes.
19             Q.   What did you do when you saw them?
20             A.   I screenshotted them.
21             Q.   Why did you screenshot them?
22             A.   Because it doesn't -- it just didn't sit right
23          with me that she was promoting a new brand on a current
24          brand's website -- or Facebook page, excuse me.
25             Q.   Did you take any other actions after you saw her
```

Page 115