```
 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF FLORIDA
 2                    FT. LAUDERDALE

 3

      HEAD KANDY LLC,,
 4
                 Plaintiff,        CASE NO.:
 5                                 0:23-cv-60345-JB
      vs.
 6
      KAYLA MCNEILL,
 7
                 Defendant.
 8
      ~~~~~~~~~~~~~~~~~~~~~~~~~~~~
 9

10                    DEPOSITION OF

11                    DUSTIN MCNEILL

12

13              Tuesday, July 16, 2024

14                     9:02 A.M.

15                   Videoconference

16

17

18

19

20

21

22

23

24   Reported By Brandon Roberts, Commission No. W-00601589

25                 Job No. 00074514
```

HEAD KANDY LLC vs KAYLA MCNEILL
Dustin McNeill on 07/16/2024

Page 2

1          APPEARANCES OF COUNSEL

2

3   On behalf of the Plaintiff, HEAD KANDY LLC,:

4       EDWARD COLIN THOMPSON, ESQ.
        BARTLETT, LOEB, HINDS, THOMPSON & ANGELOS, PLLC
5       100 North Tampa Street
        Suite 250
6       Tampa, Florida 33602
        813-223-3888
7       colint@blhtlaw.com
        APPEARED VIA VIDEOCONFERENCE
8

9   On behalf of the Defendant, KAYLA MCNEILL:

10      ANTONIO L. CONVERSE, ESQ.
        CONVERSE LAW GROUP, P.C.
11      600 17th Street
        Denver, Colorado 80202
12      303-534-4499
        anthony@converselawgroup.com
13      APPEARED VIA VIDEOCONFERENCE

14

15

16
    Also present:
17
        Kayla McNeil, Defendant
18      Gina Gazzaniga
        Rocco Franco, Videographer
19

20

21

22

23

24

25

HEAD KANDY LLC vs KAYLA MCNEILL
Dustin McNeill on 07/16/2024

Page 3

```
 1                INDEX OF EXAMINATION

 2

 3   WITNESS:  DUSTIN MCNEILL

 4   EXAMINATION                                      PAGE

 5   By Mr. Thompson                                     6

 6   By Mr. Converse                                   213

 7   By Mr. Thompson                                   230

 8   By Mr. Converse                                   236

 9                  INDEX TO EXHIBITS

10

11   NO.            DESCRIPTION                       PAGE

12   Exhibit 1      Subpoena                             9

13   Exhibit 2      Order Purchase Details from

14                  Alibaba                             78

15   Exhibit 3      Documents of Screenshots of

16                  Messages                            83

17   Exhibit 4      E-mail from Home Depot to

18                  Mr. McNeill 7/5/2022               104

19   Exhibit 5      E-mail from Home Depot to          105

20   Exhibit 6      Text Message from Mr. McNeill

21                  to Mr. Feldman 10/27/2022

22                  Bates DM0015                       158

23

24

25
```

Page 4

```
 1                    INDEX TO EXHIBITS

 2

 3   NO.              DESCRIPTION                       PAGE

 4   Exhibit 7        Screenshot of Text Message

 5                    Between Mr. McNeill and Mr.

 6                    Rosenbaum Bates DM 0019            170

 7   Exhibit 8        Text Message, Group Chat

 8                    Bates KM6231                       193

 9   Exhibit 9        Text Chain                         198

10   Exhibit 10       E-mail Chain                       203

11   Exhibit 11       E-mail Correspondence 2/20/2023    213

12   Exhibit 12       Letter Dated 11/28/2022 from

13                    Mr. Ferdinand                      227

14

15       (Exhibits 1 through 12 were retained.)

16

17   Certified Question(s):

18   Page  Line

19   142   16

20   "And what were you told about the yoga session as of

21   that October 27th or so date?"

22

23

24

25
```

Page 42

1  Now Ms. McNeill's -- has these -- it's -- is a 20
2  percent owner, with the other 20 percent owners, or
3  other owners of the business, that you -- did she
4  discuss with you any aspects of the business with
5  regard to strategic direction, different products, how
6  the company would -- would -- would change and evolve?
7      A.   Not that I recall with any of that.  I was
8  so busy running my own businesses at that point in time
9  that I don't -- we didn't discuss much.  I mean, I
10 think she discussed most of that with Brian Feldman at
11 that point, because I was a contact.  I wasn't -- the
12 only part at that point that I helped out is if they
13 needed help with moving something, doing something.
14 They were behind on packaging.  I'd go in after I was
15 done doing what I was doing.  Or if it was something
16 during the day, I would stop running my diesel shop to
17 moving some packages or whatever I needed to do at that
18 point.  But I, you know, wasn't in any direction a part
19 of the business or anything at that point.  No, I'm --
20 not that I can recall.
21     Q.   Okay.  When the business was operated by --
22 by Lashed Out, so prior to the sale, and operated out
23 of Colorado, was there any equipment that was used by
24 the business in -- in -- in Colorado, either packaging,
25 equipment, or any warehouse type of equipment, to -- to

Page 43

1   move boxes, or to pack boxes, anything like that?
2       A.   No.  I don't believe so.
3       Q.   Okay.  Once the -- after the -- the May 2018
4   transaction and then -- do you recall when it was, just
5   so we can get a time period, that the warehouse
6   operations were moved to North Carolina?
7       A.   Some -- that was somewhere around -- that
8   could have been about the time I bought that house.  So
9   it had to have been May, June, April.  But I don't
10  know.  First -- first part of 2021 is when that went
11  that direction.
12      Q.   Okay.  And did you provide any assistance to
13  help move the warehouse operation from Colorado to
14  North Carolina?
15      A.   Yes.
16      Q.   Okay.  What did you do?
17      A.   Well, we had -- we had to package up a whole
18  warehouse and get it shipped across the country.  So we
19  had to load trucks and move products.  And it was a --
20  it was an undertaking to get stuff from one place to
21  the other, because we -- we did it in a few stages.  We
22  sent some stuff to North Carolina.  And we were out
23  there getting some stuff set up as far as, like, some
24  shipping lines and some stuff like that, so we had some
25  product out there.

Page 82

1  November 9th, 2021; you see that there?

2      A.   I do.  Yep.

3      Q.   All right.  Did -- do you -- and over here

4  under the buyer, it says "The -- the Nail Dazzle,"

5  contact name Kayla McNeill.  Do you know -- what --

6  what's The Nail Dazzle?

7      A.   I believe that was a business that my wife

8  had, we had years and years ago.  I don't know exactly

9  when that truthfully was.  That was sometime back, I

10 guess, when we first maybe got married, she had that

11 thing.  She was doing fingernail stuff back then, I

12 believe.  I -- that's so long ago, I don't 100 percent

13 recognize that call, I'm sorry.

14     Q.   Do you know if Ms. McNeill ever ordered

15 parts for any repairs for any of the -- the forklifts

16 that were used for Head Kandy business?

17     A.   That I don't know.  I don't know on that.  I

18 don't think so.  But I don't know.

19     Q.   Did -- did you ever ask Ms. McNeill to order

20 you any parts for forklifts that were used for the Head

21 Kandy business?

22     A.   I don't know if I did or not.  I mean, it

23 could have been something small or little.  I don't --

24 I don't know.  I can't give you a definite answer on a

25 yes or no, if I -- if I did because I don't truthfully

Page 83

```
 1  know if I asked her to do any of that.
 2       Q.   Okay.  These -- these parts, do you
 3  recognize ever having put any of these parts that are
 4  listed on here into any of the forklifts that were used
 5  for Head Kandy business?
 6       A.   I mean, not that I am aware of.
 7       Q.   Okay.
 8            MR. THOMPSON:  Antonio, did you get that
 9  exhibit?
10            MR. CONVERSE:  Yes.  It was a little
11  delayed, but it came in.
12            MR. THOMPSON:  Oh, there it is.  Okay.  I'm
13  going to put up what we'll mark as 3, which you already
14  have, Anthony.  But I'm sending it to -- so Heather has
15  it.
16            (EXHIBIT 3 MARKED FOR IDENTIFICATION)
17  BY MR. THOMPSON:
18       Q.   This is the documents that you just produced
19  to me during this deposition.  Do you recognize these
20  documents, sir?
21       A.   Yes.  I do.
22       Q.   Okay.  What are these?
23       A.   Those are the -- the gaskets that I bought
24  for the -- to see if they would work on -- if I was
25  able to use those on those race cars.
```