**HEAD KANDY LLC vs KAYLA MCNEILL**
**Christopher Hines on 05/14/2024**

```
 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF FLORIDA
 2                   FT. LAUDERDALE

 3
    HEAD KANDY LLC,
 4
             Plaintiff,          CASE NO.
 5                               0:23-cv-60345-JB
    vs.
 6
    KAYLA MCNEILL,
 7
             Defendant.
 8
    ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
 9

10                   DEPOSITION OF

11              CHRISTOPHER HINES

12

13            Tuesday, May 14, 2024

14                 9:03 A.M.

15              Videoconference

16

17

18

19

20

21

22

23

24         Reported By Lauryn Massengale

25              Job No. 65923
```

**EXHIBIT 8**

**HEAD KANDY LLC vs KAYLA MCNEILL**
**Christopher Hines on 05/14/2024**

Page 2

```
 1                    APPEARANCES OF COUNSEL

 2

 3    On behalf of the Plaintiff, HEAD KANDY LLC:

 4        CARSON A. SADRO, ESQ.
          JALEN A. LARUBBIO, ESQ. (OBSERVING)
 5        BARTLETT, LOEB, HINDS, THOMPSON & ANGELOS, PLLC
          100 North Tampa Street
 6        Suite 2050
          Tampa, Florida 33602
 7        813-223-3888
          carsons@blhtlaw.com
 8        jalenl@blhtlaw.com
          APPEARED VIA VIDEOCONFERENCE
 9

10    On behalf of the Defendant, KAYLA MCNEILL:

11        ANTONIO L. CONVERSE, ESQ.
          CONVERSE LAW GROUP, P.C.
12        600 17th Street
          Denver, Colorado 80202
13        303-534-4499
          anthony@converselawgroup.com
14        APPEARED VIA VIDEOCONFERENCE

15    AND

16        LAURA E. BURGESS, ESQ.
          L.E. BURGESS, P.A.
17        5966 South Dixie Highway
          Suite 300
18        Miami, Florida 33143
          305-942-8044
19        laura@leburgesslaw.com
          APPEARED VIA VIDEOCONFERENCE
20

21

22    Also present:

23        Joe Malone, Videographer
          Kayla McNeill, Defendant
24

25
```

**HEAD KANDY LLC vs KAYLA MCNEILL**
Christopher Hines on 05/14/2024

1                    INDEX OF EXAMINATION

2

3   WITNESS:  CHRISTOPHER HINES

4   EXAMINATION                                    PAGE

5   By Mr. Sadro                                    5

6   By Mr. Converse                                70

7   By Mr. Sadro                                   181

8   By Mr. Converse                                188

9

10

11                     INDEX TO EXHIBITS

12

13   NO.              DESCRIPTION                   PAGE

14

15        (No exhibits marked.)

16

17

18

19

20

21

22

23

24

25

Page 11

1    A.   It was just 40 hours a week.

2    Q.   **And were you given set days?**

3    A.   What's that?

4    Q.   **Were you given set days?**

5    A.   Monday through Friday.

6    Q.   **And were you given set hours every Monday**

7    **through Friday that you were working?**

8    A.   It started out at set hours.  Yeah.

9    Q.   **And what hours did it start out as?**

10   A.   Honestly, I can't remember the actual time.

11   I think it was 8:00, 8:00 to 4:00.  It was a typical

12   time that everyone showed up.  I just don't remember

13   because we -- we started early because we shipped a lot

14   of stuff.  So I can't remember the exact time that we

15   actually went in, no.  It was -- it's been a few years

16   and --

17   Q.   **Okay.  When -- were you mostly working --**

18   **sorry.  Let me back up.**

19   A.   Sorry.

20   Q.   **When you were hired, were you hired to work,**

21   **like, eight-hour shifts?**

22   A.   Yes.

23   Q.   **At any point in time, did your role as -- as**

24   **a warehouse employee begin to change?**

25   A.   Yes.

Page 12

```
1      Q.    What do you mean by that?

2      A.    Because I went from being just a warehouse

3  employee to pretty much I did what I was told to do.

4  And I went wherever they told me to go and do what they

5  said to do, pretty much.

6      Q.    Who was -- who was "they" when you say you're

7  doing what you were told to do?

8      A.    Kayla.  Kayla McNeill.

9            MS. SADRO:  Let me have just one moment.  I

10 think I've got some background noise.  All right.

11 Thank you, everybody.  Think we got that resolved.

12 BY MS. SADRO:

13     Q.    When -- what were some of the things that

14 Kayla McNeill was telling you to do that didn't involve

15 shipping or delivery?

16     A.    One time she told me that if I liked my job,

17 I was going to go to her house and pick up her trash.

18     Q.    Do you remember when that happened?

19     A.    I don't remember the exact dates, but I do

20 know that Dallas Perkins has it in his cell phone.

21     Q.    You think he has it?

22     A.    Yes.  I'm pretty sure he has it because she

23 texted him that that was going to be our duty for the

24 day, and neither one of us wanted to go pick her trash

25 up.  And --
```

Page 13

1      Q.   No.  Sorry.  Go ahead.

2      A.   And so we were basically told that, if you

3   like your job, you're going to go to my house and pick

4   my trash up.

5      Q.   Do you remember how long you had been working

6   for Head Kandy when you started getting told to do some

7   of those other jobs?

8      A.   Oh, it had been over a year at -- almost -- I

9   was probably on my second year when that happened.

10      Q.   Did you end up -- what did you learn about

11   what Ms. McNeill wanted you to do picking up trash?

12      A.   Because Dallas had came up and was like, hey,

13   we got to go to Kayla's house again and pick up all of

14   her trash again.

15           And I was like, no, that's not my job.  I

16   don't -- I didn't come to work here to pick up somebody

17   else's trash in their yard because they can't throw

18   their own trash away.

19      Q.   Did you end up going to Ms. McNeill's house

20   to pick up trash?

21      A.   Yes.  Because she came up to me and told me

22   that if I liked my job, I was going to go to her house

23   and pick up her trash.

24      Q.   Is that something --

25      A.   That was my job that day.

Page 14

1    Q.   Is that something she said to you in person?

2    A.   Yes.  She said that to me in person.  She's

3  told me -- words out of her mouth were, if you like

4  your job, you will go to my house and pick up my trash.

5    Q.   Do you remember how far away Ms. McNeill's

6  house was from the warehouse you were working in?

7    A.   Yeah.  So it's about a 15-minute drive to her

8  house.  She lives at the bottom of Dump Hill and the

9  warehouse is in Poncha Springs.  So it's a good 15-

10  minute drive, 20-minute drive if the traffic is good.

11    Q.   When you got there, what did you and Mr.

12  Perkins do?

13    A.   Walked around her acreages and picked up all

14  the trash that the animals had gotten into and spread

15  throughout her yard.  Acres, hence the word acres.

16    Q.   What kind of trash were you picking up?

17    A.   Her household trash.

18    Q.   How long did it take you and Mr. Perkins to

19  complete picking up all of that trash?

20    A.   The second time, it took us a couple hours.

21    Q.   And you said the second time.  Were you asked

22  to do this on more than one occasion?

23    A.   Yes.  That was why I was like, I'm not

24  picking trash up again.  I'm not doing that.

25         And she was like, well, if you like your job,

1  you're going to go to my house and pick up my trash.

2  And so I didn't really feel like trying to find another

3  job, so Dallas and I went and picked up trash.

4      Q.   The two times that you were asked to pick up

5  trash at Ms. McNeill's house, were those pretty close

6  in time to each other or spread apart?

7      A.   I'd like to say they were -- I think there

8  was about a -- maybe between -- it was about a couple

9  weeks to a month, maybe, between the first one to the

10  second one.

11      Q.   Did it take you hours to finish the job both

12  times?

13      A.   Yeah.  Both times it was just -- it was just

14  trash.  It was a whole trailer load of trash, and it

15  was everywhere.  And then the bags of trash were ripped

16  open, so it was a bunch of little trash on top of --

17  you know, it was diapers and whatever else the animals

18  just shredded through the woods.

19      Q.   And what time during the day would you go to

20  Ms. McNeill's house to pick up her personal trash?

21      A.   I'm pretty sure that was when we first got

22  there in the morning is when we -- when we got sent

23  over to her house to do it.

24      Q.   When you first got there in the morning, do

25  you mean at the warehouse at Head -- for Head Kandy?

1        Q.    What name was on that check?

2        A.    It was Head Kandy, LLC, I think.  I have some

3   of those checks at home.  I just didn't think to grab

4   one.  It was like a payroll check.

5        Q.    No.  And that -- and that's fair, Mr. Hines.

6   What I'll tell you to do, since you brought it up and I

7   assume Mr. Converse wants same thing.  So for both of

8   us, just make sure you don't throw away those checks.

9   Keep them in your possession and don't alter them in

10  any way, okay?

11       A.    Oh, yeah.  Oh, I don't have actual checks.  I

12  have the -- you know, the pay stub that came with it.

13       Q.    The pay stub.  Excuse me.

14       A.    Yeah.

15       Q.    Okay.  So just keep those in your possession.

16       A.    Just wanted to clear that up.

17       Q.    Thank you.  All right.  Two times that you

18  had to go pick up trash.  Did Ms. McNeill tell you that

19  when you were going to pick up trash, you would be paid

20  by Head Kandy?

21       A.    Well, I just -- no.  It was just like, this

22  is your job today.  She wasn't like, well, Head Kandy

23  is paying you.  It's just this is one of those things.

24  This is what I want you to do today because I'm the

25  boss and you're going to do what I tell you.  That's

HEAD KANDY LLC vs KAYLA MCNEILL
Christopher Hines on 05/14/2024

Page 18

1    what it was.

2        Q.   Did Ms. McNeill ask you to -- to clock out

3    before you went to her home to pick up trash?

4        A.   No.  Nope.

5        Q.   Did you remain clocked in that entire time

6    that you were at her home?

7        A.   Yes, I was.  Same with when we put her

8    Christmas tree up.

9        Q.   Well, let's talk about that, Mr. Hines.  You

10   said a Christmas tree.  What do you mean?  What

11   happened?

12       A.   She was out of town, so Dallas, Kelly, and I

13   had to go decorate her house, set up her Christmas

14   tree, and put all of her Christmas lights up.

15       Q.   Were these inside lights or outside lights or

16   something else?

17       A.   Inside.

18       Q.   How did Ms. McNeill tell you that she wanted

19   you to go put up her Christmas decorations?

20            MR. CONVERSE:  Objection.  Form.

21            THE WITNESS:  She told --

22            MR. CONVERSE:  Go ahead.  You can answer.

23            THE WITNESS:  Sorry.  It was actually a

24   message that Dallas had gotten.  She had texted Dallas,

25   and then Dallas and I went to do it, and we went and

Page 19

```
 1   did it.

 2   BY MS. SADRO:

 3       Q.   When you went to Ms. McNeill's home to put up

 4   her Christmas tree, were you clocked in for Head Kandy

 5   that morning?

 6       A.   Yep.

 7            MR. CONVERSE:  Objection.  Form.

 8   BY MS. SADRO:

 9       Q.   Did you remain clocked in while you were at

10   Ms. McNeill's house putting up the Christmas tree?

11       A.   Yes.

12       Q.   Do you remember what Christmas that occurred

13   during, what year?

14       A.   2020.  I think it was 2020.  I got pictures

15   of that too somewhere.

16       Q.   Okay.  Anything that -- that you have, Mr.

17   Hines, what I'll say generally, is anything that you

18   have that -- that relates to Head Kandy or any

19   documents that we may talk about today, I'll say the

20   same thing for those: Just keep them in your possession

21   and don't change or alter them in any way, okay?

22       A.   Yep.

23       Q.   Okay.  When you and Mr. Perkins were setting

24   up the Christmas decorations, how long did that take

25   you?
```

HEAD KANDY LLC vs KAYLA MCNEILL
Christopher Hines on 05/14/2024

Page 27

```
 1      A.   Nope.
 2      Q.   Did you ever do any work in the warehouse on
 3   Ms. McNeill's property?
 4      A.   Just moving stuff and loading stuff and
 5   unloading race tires and whatever else was in the race
 6   trailer.
 7      Q.   Mr. Hines, I want to back up for just a
 8   second because I wanted to ask you: During that trip to
 9   Denver and -- and back, were you clocked in for Head
10   Kandy?
11      A.   Yes.
12      Q.   Were you paid for your work that day?
13      A.   By Head Kandy.  Yes.
14      Q.   Head Kandy paid you to drive to Denver and
15   pick up appliances for Ms. McNeill's property?
16      A.   Yep.
17      Q.   Let's talk about that apartment -- or sorry.
18   Not apartment.  Excuse me.  The warehouse on Ms.
19   McNeill's property.  You were telling us a little bit
20   about racetracks.  What did those look like?
21      A.   Basically, it was just a big -- the parking
22   lot, and we set these barriers up around in the parking
23   lot so that the kids can do, like, a roundy-round with
24   their little race cars that they have.  I don't know
25   what you actually call those little -- they're like the
```

Page 28

1  little funny cars.  And, you know, they were just a

2  little plastic -- they look like concrete, you know,

3  the concrete barriers that they put on the side of the

4  road.  They're basically those but plastic.  You fill

5  them full of water, so when the kids wreck, you know,

6  they have something to wreck into.

7      Q.   And who was responsible for putting together

8  that -- that racetrack setup?

9      A.   Pretty much Dallas was.

10     Q.   Were you with Dallas when he set it up?

11     A.   Yeah.  I just -- I assisted him with it.

12     Q.   Was anybody else there?

13     A.   Nope.  It was just Dallas and I.

14     Q.   Was it your understanding that Ms. McNeill

15  was asking you to do that work?

16     A.   Yes.

17     Q.   Was --

18     A.   It wasn't an ask.  It was a told.

19     Q.   What do you mean?

20     A.   I mean it was, you're going to do this today.

21  It wasn't a, can you do this today?  It's, you're going

22  to do this today.  You're going to do this today.  So -

23  -

24     Q.   How long did it take you and Mr. Perkins to

25  set up that racetrack?

Page 29

```
 1      A.   We spent the whole day there.

 2      Q.   Was that a normal working day?

 3      A.   Yeah.

 4      Q.   Do you remember about when you set up the

 5  racetrack?

 6      A.   I don't remember that.

 7      Q.   Okay.

 8      A.   Again, I'm pretty sure Dallas has that

 9  message, too.

10      Q.   On the day that you -- I'm sorry.  On the day

11  you set up the racetrack, did you begin your day at a

12  Head Kandy warehouse?

13      A.   I sure did.  It's where I parked my car, too.

14      Q.   And did you clock in?

15      A.   Yep.  And then I hopped in the truck with

16  him, and we left.

17      Q.   Okay.  Did you clock out during the time that

18  you were building this racetrack on Ms. McNeill's

19  property?

20      A.   Nope.  Sure didn't.  I didn't clock out until

21  I got back to the warehouse and clocked out and went

22  home.

23      Q.   Were you paid for that work?

24      A.   Yep.

25      Q.   Who were you --
```

Page 30

```
 1        A.    By Head Kandy.

 2        Q.    Okay.  Did you have to do any other work on

 3   Ms. McNeill's property?

 4        A.    Which time?

 5        Q.    Any time during your employment with Head

 6   Kandy?

 7        A.    There's a few times I had to go and put all

 8   the IKEA stuff that was shipped to her house into the

 9   shipping containers that are on her property.

10        Q.    Okay.

11        A.    Two of them.

12        Q.    Two shipping containers or two times?

13        A.    No.  Two shipping containers.

14        Q.    How many times did you have to unload

15   shipping containers at Ms. McNeill's house?

16        A.    I can't answer that question because I really

17   don't remember.  It was a lot.  There was a lot of

18   times.  If I answered it, I don't think it would be

19   right because there were several times that we had to

20   go and unload stuff, move stuff, and then load stuff

21   into her trailer because it was -- needed to be put in

22   the trailer.

23        Q.    Who told you that you would be going to

24   unload the shipping containers at Ms. McNeill's house?

25        A.    Dallas.
```

HEAD KANDY LLC vs KAYLA MCNEILL
Christopher Hines on 05/14/2024

Page 31

1      Q.   Did he show you a text, or did he tell you

2   that that's something Ms. McNeill told him to do?

3      A.   It was just one of those, hey, Kayla texted

4   me this morning, said this is what we're going to be

5   doing.  And I never argued with him because it was a --

6   it was basically our routine, basically.  Dallas and I

7   were the go-to.

8      Q.   When you were unpacking these shipping

9   containers, what kind of items were in them?

10     A.   It -- a lot of it was furniture, household

11  furniture unboxed.  It wasn't even -- you know, it was

12  still in the boxes, the majority of it.  And it was

13  like the UPS brought it to her house, dropped it in her

14  driveway.  We went loaded it in the truck and then

15  drove it down and around the driveway down to her

16  shipping containers.  Put it in the shipping container.

17  Would drive back up to her house, load the trucks back

18  up, and then drive the trucks -- trucks back down and

19  around and unload the trucks in her shipping

20  containers.

21     Q.   Where would you unload the shipping

22  containers?

23     A.   No.  The shipping containers were on her

24  property.  What we would do is go up to her driveway.

25  We would load the stuff into the trucks, and then we

HEAD KANDY LLC vs KAYLA MCNEILL
Christopher Hines on 05/14/2024

Page 32

1    would have to drive the truck down and around and

2    unload it into the shipping container because the

3    shipping container was on her property, but it was

4    nowhere near the house.

5         Q.   Okay.  The -- the --

6         A.   There was a few times it was three or four of

7    us doing it, not just Dallas and I.

8         Q.   Do you remember who?

9         A.   One -- Damian, and I don't remember the other

10   kid that was helping us because I don't remember who --

11   what his name was.  Dallas might, but I can't remember

12   the other kid's name.

13        Q.   The furniture that was in these containers,

14   where did you -- where did you put that furniture?

15             MR. CONVERSE:  Objection.  Form.

16             THE WITNESS:  So we would take it from her

17   driveway, and then we would just put it into the

18   shipping containers that are on her property, and it

19   would just stay there.

20   BY MS. SADRO:

21        Q.   The furniture that you unloaded at Ms.

22   McNeill's property, did you ever see it at one of the

23   Head Kandy warehouses?

24        A.   Nope.

25             MR. CONVERSE:  Objection.  Form.

Page 33

```
 1                  THE WITNESS:  Sure didn't.
 2   BY MS. SADRO:
 3       Q.   How long when you were -- when you and Mr.
 4   Perkins, and sometimes other people, were unloading
 5   these items would it take you to complete that job?
 6       A.   A couple hours.
 7                  MR. CONVERSE:  Objection.  Form.
 8   BY MS. SADRO:
 9       Q.   What was that, Mr. Hines?
10       A.   A couple hours.
11       Q.   When you were working for those couple of
12   hours, were you clocked in at Head Kandy?
13       A.   Yes, I was.
14       Q.   Were you paid for your work during those
15   days?
16       A.   Yes.  By Head Kandy.
17       Q.   When you --
18       A.   After -- what's that?
19       Q.   Sorry.  When you completed that work at the
20   end of the day, would you head back to the Head Kandy
21   warehouse?
22       A.   Yes.
23       Q.   Hold on, Mr. Hines.  I got to -- I have to
24   pause for a second.  Is there somebody else in the
25   vehicle with you?
```

Page 35

1      Q.    Okay.

2      A.    I locked my door too, so it doesn't -- I

3  wasn't paying attention.  He just walked up from the

4  side of me and came in, so --

5      Q.    Well, no.  It's okay.  And I tell you, your

6  dog could become an important witness, but I -- I think

7  we'll let Scooby stay.

8      A.    All right.

9      Q.    Did you do any other work for Ms. McNeill at

10  her house?

11     A.    Yes.

12           MR. CONVERSE:  Objection.  Form.

13  BY MS. SADRO:

14     Q.    What other work?

15     A.    There were so many times I -- I went and

16  helped Dallas clean and move stuff.  We've gone and

17  picked up the bottom basement floor before.  The bottom

18  basement is where the kids [inaudible 00:34:59].

19           THE COURT REPORTER:  Oh, I'm sorry.  He's

20  cutting out.  I can't hear.  I got "bottom basement

21  floor".  I didn't hear anything past that.

22  BY MS. SADRO:

23     Q.    Mr. Hines, can you tell us what you meant by

24  bottom basement floor?  What were you doing?

25     A.    It was basically where the kids stayed.  It

Page 36

1   was the kids' play area.  And there was a few times

2   that Dallas and I went in there and had to remove the

3   furniture around, rearrange the furniture and pick up

4   the kids' toys.

5        Q.   When -- do you remember about how many times

6   you and Mr. Perkins had to go complete that task?

7        A.   We went and put -- actually, there are at

8   least four times that I can think of that we went and

9   built something for her house.

10        Q.   Okay.

11        A.   Put, like, shelves together, put the kids'

12   bed together.  We picked up their -- the toys that were

13   everywhere on the bottom floor.

14        Q.   Those four times that you were doing that

15   work for Ms. McNeill, did you spend the same amount of

16   time each time, or was it different?

17             MR. CONVERSE:  Objection.  Form.

18             THE WITNESS:  It was different.

19   BY MS. SADRO:

20        Q.   Okay.

21        A.   Sometimes it would take longer; sometimes it

22   wouldn't.

23        Q.   Well, what would be the -- the shortest

24   amount of time it would take you?

25        A.   I'd say the shortest amount of time that we

HEAD KANDY LLC vs KAYLA MCNEILL
Christopher Hines on 05/14/2024

Page 38

1    asked you to do at her home that we haven't already

2    talked about?

3              MR. CONVERSE:  Objection.  Form.

4              THE WITNESS:  Yeah.  I don't know.  Dallas

5    and I cleaned her garage out, actually, now I think

6    about it, one time, and I scrubbed the floor.

7    BY MS. SADRO:

8         Q.   Of the garage?

9         A.   Yep.

10        Q.   Do you remember about when that happened?

11        A.   I don't remember when -- about when that

12   happened.  It was in the middle of my experience of

13   working there.

14        Q.   How did you learn that you were going to be

15   cleaning out Ms. McNeill's garage?

16        A.   Dallas.

17        Q.   When you were being asked to do these tasks,

18   are there -- would Ms. McNeill communicate them

19   directly to you?

20        A.   No.  Basically, it was to Dallas, and then

21   Dallas would tell me, and then Dallas and I would go

22   and just handle it.

23        Q.   But they were always at Ms. McNeill's

24   property?

25        A.   Yes.

Page 59

1            THE WITNESS:  I saw, like, parts of them.

2   Yes.  You know, like the, oh, here, look, see, you

3   know, and then they'd show off some of the pictures

4   when they got back.

5   BY MS. SADRO:

6       Q.   Did you think, Mr. Hines, that miss -- that

7   Rhonda was being paid for the photography in Mexico?

8            MR. CONVERSE:  Objection.  Form.

9            THE WITNESS:  That one, I don't know 100

10  percent, but I would pretty much guarantee Head Kandy

11  paid that, too.

12  BY MS. SADRO:

13      Q.   Okay.

14      A.   Head Kandy paid for everything.  I mean I

15  don't know for a fact that they paid her, but I know

16  that she told me personally that Head Kandy was the one

17  that was responsible for paying her.

18      Q.   But she didn't specify that with respect to

19  Mexico?

20      A.   No.  But Kayla never paid out of her own

21  pocket, so.

22      Q.   I want to back up for a minute and talk about

23  Haysley's Boutique.  You said a while ago -- we were

24  talking about Ms. McNeill's house.  Did you see

25  anything for Haysley's Boutique in Ms. McNeill's house?

Page 60

1      A.    Oh, yes.  When we cleaned that bedroom out

2  for Andrew, it was full of her stuff, boxes and boxes

3  of clothing.

4      **Q.    Were you -- so you were having to move**

5  **clothing that was for Haysley's Boutique?**

6      A.    Yes.  When we cleaned out that bedroom for

7  him to move into.

8      **Q.    How much inventory for Haysley's Boutique**

9  **were you having to move?**

10     A.    It took four of us a couple of hours to move

11  it.

12     **Q.    And how did you know that the clothing or**

13  **other items in that room were for Haysley's Boutique?**

14     A.    Because that's what I was told.

15     **Q.    By who?**

16     A.    Kayla.

17     **Q.    When you were moving those items for**

18  **Haysley's Boutique, were you clocked in for Head Kandy?**

19     A.    Yes, I was.

20     **Q.    And were you paid by Head Kandy?**

21     A.    Yes, I was.

22     **Q.    Did Kayla ever offer to pay you personally**

23  **for moving the inventory for Haysley's Boutique?**

24     A.    No.

25           MS. SADRO:  Everybody, we've been going I

Page 67

1    the time.

2        Q.   Did you say good tone?

3        A.   No.  I -- it was a -- sorry.  It was a

4    sarcastic.  She was -- she treated Dallas worse than

5    she treated me.  It was like he -- he was her own son

6    almost, like some of the things that she made him do,

7    expected him to do.

8        Q.   Like what?

9        A.   Like he was her personal caregiver,

10   basically.  He cleaned up after her.  He went to her

11   house all the time to do her personal -- personal

12   stuff, like building cabinets and whatever needed to be

13   done.  Dallas and I were the ones that did it.

14       Q.   Did you ever see a time where Dallas had to

15   go to Ms. McNeill's house to work without you?

16       A.   Oh, yeah.  There was lots of times that he

17   wasn't able to have me with him.

18       Q.   How many times would you say?

19       A.   A lot.  I couldn't honestly answer that

20   because it was a lot.  Dallas did a lot for her.

21       Q.   And --

22       A.   Working at her house, on Head Kandy dollar.

23       Q.   When he was gone for that work, how long

24   would Dallas be gone for?

25       A.   Sometimes it'd be the whole day.  Sometimes