```
 1                  UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF FLORIDA
 2
                  CIVIL ACTION NO. 23-CV-60345-JB
 3

 4

 5    HEAD KANDY, LLC,

 6             Plaintiff,

 7    vs.

 8    KAYLA MARIE MCNEILL,

 9             Defendant.
      _____x
10

11

12
      VIDEOTAPED
13    DEPOSITION OF:     KLEITIAS PETRI

14    DATE TAKEN:        Monday, August 12, 2024

15    START TIME:        10:16 a.m. - 7:19 p.m. (EST)

16    LOCATION OF        Staten Island, New York
      THE WITNESS:       via Zoom Video-Conference
17
      COURT REPORTER:    Jennifer Chisholm
18                       Notary Public - State of Florida.

19

20

21

22

23

24

25
```

```
 1   APPEARANCES (VIA ZOOM):

 2


 3       EDWARD COLIN THOMPSON, ESQ.
         JALEN LARUBBIO, ESQ.
 4       Bartlett Loeb Hinds & Thompson PLLC
         1001 Water Street
 5       Suite 475
         Tampa, Florida 33602
 6       (813) 223-3888
         Colint@blhtlaw.com
 7       Jasonl@blhtlaw.com

 8            Appearing on behalf of Plaintiff.

 9


10       ANTONIO L. CONVERSE, ESQ.
         Converse Law Group
11       600 17th Street
         Suite 2800
12       South Denver, Colorado  80202
         (303) 228-9471
13       Anthony@converselawgroup.com

14            Appearing on behalf of Defendant.

15


16   ALSO PRESENT (VIA ZOOM):

17       Aniram Martinez, Videographer
         Kayla Marie McNeill
18

19

20

21

22

23

24

25
```

```
 1                              INDEX

 2
     Witness                                                Page
 3   Kleitias Petri

 4
      DIRECT EXAMINATION
 5    BY MR. CONVERSE:                                        6

 6

 7

 8                             EXHIBITS

 9
     Exhibit                                                Page
10   (Exhibits attached to transcript.)

11    DEFENDANT'S EXHIBIT NO. 1, EXCEL                       134
      SPREADSHEET, CONFIDENTIAL
12
      DEFENDANT'S EXHIBIT NO. 2, IMAGE OF                    138
13    CREDIT CARD STATEMENT

14    DEFENDANT'S EXHIBIT NO. 3, EXCEL                       185
      SPREADSHEET
15
      DEFENDANT'S EXHIBIT NO. 4, EMAIL                       208
16    CHAIN

17    DEFENDANT'S EXHIBIT NO. 5, EXPERT                      216
      REPORT OF SERGIO P. NEGREIRA, C.P.A.
18
      DEFENDANT'S EXHIBIT NO. 6, AMERICAN                    224
19    EXPRESS BUSINESS GOLD REWARDS CREDIT
      CARD STATEMENT
20
      DEFENDANT'S EXHIBIT NO. 7, EXCEL                       237
21    SPREADSHEET

22    DEFENDANT'S EXHIBIT NO. 8, EXCEL                       239
      SPREADSHEET
23
      DEFENDANT'S EXHIBIT NO. 9, EXCEL                       240
24    SPREADSHEET

25    DEFENDANT'S EXHIBIT NO. 10, EXCEL                      240
      SPREADSHEET
```

```
 1        I didn't see any other payments for 2020 or 2021 from
 2        Kayla's personal accounts.
 3                 Then I looked at the points, and the points,
 4        I took the points from the statements.  I just copied
 5        them from the previous report that you had opened, uh,
 6        the documents, and I just copied what the points were
 7        for '19, '20 and '21, which has totaled the 43,625.
 8                 And then I looked --
 9   Q.   Sorry --
10   A.   Yeah?
11   Q.   -- on the points, is that earned points or applied
12        points?
13   A.   Applied points.
14   Q.   Okay.
15   A.   Applied points, yeah.  Let's see.  2019, yeah.
16                 So, yeah.  If you look at the previous
17        document that you had opened, those numbers will match
18        to the points that are here, and in 2019, 2020 and
19        2021, I just copied and pasted.  I didn't recalculate
20        anything.  It was just copied from the prior document
21        that you showed me, Exhibit 1, yeah.
22                 So those three years totaled in payments
23        43,625, right?  I added '19, '20 and '21.
24                 And then, if you scroll down, I took a look,
25        uh -- yeah.  I took a look at the credits that were on
```

1  the American Express statement.  Again, I just copied
2  and pasted them from the previous statement.  The only,
3  the extra step that I did here is that some of the
4  credits were also included on the K2 report.  So since
5  they were already there, I removed them from here
6  because I was just totaling what the credits were.  So
7  I came up with the 41,000.
8              And then some of the credits on the
9  statements were for, like, Ryan or other credits that
10 weren't on Kayla's card.  So I just took those out,
11 which ended up with the $41,088.61.
12             Then, if you scroll...
13             I just made notes, like, what I excluded, of
14 the credits I excluded, and you can see the notes that
15 I made there.  And then I looked at the K2 report.
16 There is a screenshot of the K2 report, as you can see.
17 So I excluded Ryan and Rhonda.  I excluded those.  And
18 I, since I had seen some of the 2018 expense reports, I
19 didn't see the receipts, right?  I just assumed those
20 were business expenses.  I didn't look at any of the
21 details.  And since I had looked at 2022, I excluded
22 that year as well because I did have some of the
23 receipts that were provided to me and explanations, and
24 I kept those three years, which total for-for Kayla and
25 Dustin, which totaled 699,750.

1  Q.  (No Response.)

2  A.  Okay?

3  Q.  Okay.

4  A.  And this is just going based on the K2 report, right,
5      for the expenditures with no apparent business purpose
6      by year-end cardholder.  This is just looking at the
7      amounts that K2 had provided, right?

8              So if you scroll down a little -- unless you
9      have a question here?

10 Q.  Which K2 report did you use for these summaries?

11 A.  So I made a note on col- -- on cell B58, and I put
12     January 5th, 2023, summary from page 2.

13 Q.  Okay.  Thank you.

14 A.  Yeah.

15              Uh, and then if you scroll down, so starting
16     on cell B86, I manually put in the receipts that I
17     believe Kayla had provided, that Colin had shared with
18     me.  And if something looked business expense, I put it
19     here as a credit, right?  I put it in that, okay, this
20     looks like business expense.  I...  This is just my
21     determination.  Again, this is what I thought was okay
22     for me.  But, again, right, if, if the company were to
23     go through an audit, additional support would probably
24     be needed because some of the stuff, you know, could
25     need additional support.  So I went through all the

1    statements, whatever was there.  I mean, it was a lot

2    of receipts, right, that I went through.  And there

3    were a few that I didn't know.  I couldn't figure out

4    if they were business, personal.  I couldn't determine

5    them.  So I didn't put them here.  I think I included

6    most of them.  And the receipts provided totaled that

7    69,907.  There were no receipts provided for Yotpo that

8    I saw in what was shared with me.

9              But if you go to the tab, Yo-Yotpo, I knew

10   that the company had previous charges from Yotpo that

11   it seemed to be business-related.  So I made the

12   assumption that the Yotpo charges on the K2 report were

13   business-related, so this was just my assumption.

14              So if you go back to the su- -- which total

15   the 24,750 and the --

16  Q.  Is the -- sorry --

17  A.  -- screen --

18  Q.  -- just real quick.

19              Is the Yotpo the one that you mentioned that

20   the charge that had been on Mr. Rosenbaum's card after,

21   uh, Ms. McNeill --

22              (Witness cross-talking.)

23  A.  Yeah, yeah, yeah, yeah, Yelp -- Yotpo, yes.

24              I mean, the company had that for a while.

25  Q.  Okay.

1   A.   I-I made the assumption that those were business
2        expense.  Again, I didn't have receipts for them.  I
3        just made an assumption there.  So if you could go back
4        to the summary, I just subtracted that total of 24,000,
5        and then I noticed that on the K2 report, there were a
6        lot of Alibaba charges, which kind of stood out, like,
7        it-it -- it was a lotta them.  So if you go to the tab,
8        Alibaba, right?  I...  So those screenshots, I took the
9        screenshots from the K2 report, and then I manually
10       typed in the numbers in column B and column V.  I
11       didn't have the Excel version, so I manually took those
12       screenshots, put a note there.  Okay.  So for Alibaba,
13       I had noticed that Ryan, a while back, had shared a
14       report with me and he had also provided receipts for
15       Alibaba.  It seemed that I -- at some point he had
16       done, like, an exercise, trying to figure out what the
17       expenses were for.  So if you click on Ryan's report
18       tab in orange, this was created by Ryan, and it has
19       descriptions of what the charges were for.  This was
20       created by him.  So I just took what he had provided,
21       and I assumed those were business charges, and I knew
22       that there are some receipts, you know, supporting
23       that.  So besides the 545.85 Alibaba charge, if you go
24       to Alibaba's tab, scroll down all the way at the end of
25       this report...

1                 Um, could you please scroll down?

2    Q.   I'm...  I'm scrolling on my screen.

3    A.   Oh, okay.

4    Q.   Do you see it scrolling down?

5    A.   Yeah.  Now, it is.

6    Q.   Okay, good.

7    A.   And then I noted, like, on Ryan's reports, like, I saw
8         the amount that tied out to Ryan's report.  So the
9         total that I had that -- well, not I had -- the total
10        that K2 had on their statement for Alibaba was 187,000.
11        And then, out of that, Ryan had identified the 113,116
12        from that report, the other tab that you saw, and then
13        the 545, I had excluded that charge 'cause there were
14        some questions if that was personal or business-
15        related.  And then, the total that was, um, of charges
16        identified and the receipts were available, it was 112.
17        So I carried over that number into my summary tab, but
18        then the other 75,000 of Alibaba, I did not have any
19        invoice copies or support, so I wasn't sure if those
20        were business, personal.  I just couldn't identify
21        them.  So if you scroll back to the summary, okay, I
22        just carried over that Alibaba 112,000, the negative
23        number there, and then I -- we never entered the
24        December American Express, um, the-the charges.  I-I
25        didn't see it until recently.  So I put that back

1   because that wasn't paid to Kayla and I came up with
2   the 256,732, net of charges on the K2 report that I
3   didn't see any supporting receipt or were able to
4   identify as a business expense. So that's what that
5   number means.
6  Q. Okay. And --
7  A. A lot of numbers.
8  Q. Yes, it is. As-as you said before, it's quite an
9   undertaking for all these, given the number of charges.
10            Why did you put together this-this document
11   here that's Exhibit 3?
12 A. Why I put it together?
13            MR. THOMPSON: Object to form.
14 BY MR. CONVERSE:
15 Q. Yes.
16 A. Because the receipts were available and Colin had
17   shared them with me. And when I had spoken to him, I,
18   uh, he had asked me to-to prepare something.
19 Q. What specifically were you asked to prepare?
20 A. To look through the American Express receipts that were
21   shared with him.
22 Q. Were you able to review all the charges in the K2
23   report to ensure that they were accurate in this
24   version of the report?
25 A. Gosh. Uckth. I-I mean, I don't know. I-I just went,

1   based with the numbers that they had on the report, and
2   I just went backwards, right?  If Kayla provided the
3   receipt, I-I matched it.  I looked it up in their
4   report and then I-I credited it in my statement that,
5   yes, I received the receipt, looked business.  I mean,
6   I-I can't say how accurate their report is.  I just
7   went, based on what they had provided.
8   Q.   It appears as though --
9   A.   Um-hum.
10  Q.   -- if we (audio freeze) the number for 60, we're
11       looking at total charges on Kayla's card in the amount
12       of a little over 500,000?
13  A.   Kayla alone, yeah.
14  Q.   Yeah.  And then...  So if we take that amount and
15       subtract this 256 number in A217, does that reflect the
16       amount of unaccounted for charges that were made to
17       Kayla's card?
18              MR. THOMPSON:  Object to form.
19  A.   So that, those receipts were for both Kayla's and
20       Dustin's credit card, American Express.  So when I
21       did it, I did it, like, I didn't -- 'cause I know some
22       receipts were on Kayla's, some were on Dustin.  I
23       didn't split out Kayla or Dustin.  I just did it
24       altogether.  So I can say that, for Kayla and Dusty's
25       credit card charges, I wasn't able to determine or have