HEAD KANDY LLC vs KAYLA MCNEILL
Kaylin Culp on 08/26/2024

```
 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF FLORIDA
 2                    FT. LAUDERDALE

 3
       HEAD KANDY LLC,
 4
                 Plaintiff,         CASE NO.
 5                                  0:23-cv-60345-JB
       vs.
 6
       KAYLA MCNEILL,
 7
                 Defendant.
 8
       ~~~~~~~~~~~~~~~~~~~~~~~~~~~~
 9

10              CONTINUED DEPOSITION OF

11                    KAYLIN CULP

12

13            Monday, August 26, 2024

14                    11:04 A.M.

15                   Videoconference

16

17

18

19

20

21

22

23

24   Reported By Rocco Franco, Commission No. 202403900042

25                   Job No. 86327
```

www.huseby.com        Huseby Global Litigation        800-333-2082

**EXHIBIT 12**

HEAD KANDY LLC vs KAYLA MCNEILL
Kaylin Culp on 08/26/2024

Page 2

1               APPEARANCES OF COUNSEL

2

3    On behalf of the Plaintiff, HEAD KANDY LLC:

4         CARSON A. SADRO, ESQ.
          BARTLETT, LOEB, HINDS, THOMPSON & ANGELOS PLLC
5         100 North Tampa Street
          Suite 2050
6         Tampa, Florida 33602
          813-223-3888
7         carsons@blhtlaw.com
          APPEARED VIA VIDEOCONFERENCE
8

9    On behalf of the Defendant, KAYLA MCNEILL:

10        ANTHONY CONVERSE, ESQ.
          CONVERSE LAW GROUP PC
11        600 17th Street
          Suite 2800 South
12        Denver, Colorado 80202
          303-534-4499
13        anthony@converselawgroup.com
          APPEARED VIA VIDEOCONFERENCE
14

15   Also present:

16        Sammy Abdellatif, Videographer

17

18

19

20

21

22

23

24

25

**HEAD KANDY LLC vs KAYLA MCNEILL**
**Kaylin Culp on 08/26/2024**

```
                                                          Page 3
 1                    INDEX OF EXAMINATION

 2

 3   WITNESS:  KAYLIN CULP

 4   EXAMINATION                                           PAGE

 5   By Mr. Converse                                          5

 6   By Ms. Sadro                                            24

 7

 8                      INDEX TO EXHIBITS

 9

10   NO.              DESCRIPTION                          PAGE

11

12        (No exhibits marked.)

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1  she couldn't really say much about it.  And I would
 2  just tell her I was praying for her, and that I loved
 3  her, and we're going to make it through, so --
 4       Q.   And when you and Ms. McNeill communicate, is
 5  it mostly on the phone, text, or something else?
 6       A.   It's usually phone calls.
 7       Q.   Okay.  Have you kept in contact with anybody
 8  else that you worked with at Head Kandy?
 9       A.   As people were leaving Head Kandy, they would
10  try to reach out to me and let me know that they were
11  terminated or things like that, but I never really kept
12  conversations with them.  Amber and I, Amber Teaster
13  and I, after we flew to Florida together, we do check
14  in on each other.
15       Q.   Okay.  Do you and Amber work together?
16       A.   Yes.
17       Q.   Okay.  And so Amber works for White
18  Pineapple?
19       A.   Yes.
20       Q.   And when did Amber start working for White
21  Pineapple?
22       A.   As far as I know, the same time I did.
23       Q.   So that would have been the beginning of
24  August 2024?
25       A.   Yes.
```