```
 1                    UNITED STATES DISTRICT COURT
                      SOUTHERN DISTRICT OF FLORIDA
 2                       FORT LAUDERDALE DIVISION
                       CASE NO. 0:23-cv-60345-RAR
 3

 4
     HEAD KANDY LLC,                          Fort Lauderdale, Florida
 5
              Plaintiff,                      August 1, 2023
 6
           vs.                                8:53 AM - 4:49 M
 7
     KAYLA MARIE MCNEILL,
 8
              Defendant.                      Pages 1 to 299
 9   _____

10          HEARING BEFORE THE HONORABLE JARED M. STRAUSS
                  UNITED STATES MAGISTRATE JUDGE
11
     APPEARANCES:
12
     FOR THE PLAINTIFF:              ETHAN LOEB, ESQ.
13                                   EDWARD COLIN THOMPSON, ESQ.
                                     ELLIOT HANEY, ESQ.
14                                   Bartlett Loeb Hinds et al.
                                     100 N. Tampa Street
15                                   Suite 2050
                                     Tampa, Florida 33602
16
     FOR THE DEFENDANT:              ANTONIO CONVERSE, ESQ.
17                                   Converse Law Group, P.C.
                                     600 17th Street
18                                   Suite 2800 South
                                     Denver, Colorado 80202
19                                        -and-
                                     LAURA BURGESS, ESQ.
20                                   L.E. Burgess, P.A.
                                     5966 S. Dixie Highway
21                                   Suite 300
                                     Miami, Florida 33143
22

23   STENOGRAPHICALLY REPORTED BY:

24                     PATRICIA BAILEY-ENTIN, RPR, FPR
                       Official Court Reporter
25                     United States District Court
```

**EXHIBIT 13**

```
 1   I N D E X

 2   WITNESS:                                              PAGE:

 3                      KAYLA MCNEILL
     DIRECT EXAMINATION  BY MR. LOEB:                         33
 4   CROSS-EXAMINATION BY MR. CONVERSE:                      108
     REDIRECT EXAMINATION BY MR. LOEB:                       179
 5
                        JOHN ROSENBAUM
 6   DIRECT EXAMINATION BY MR. THOMPSON:                     193
     CROSS-EXAMINATION BY MR. CONVERSE:                      219
 7

 8
                              -  -  -
 9
                         E X H I B I T S
10
                              -  -  -
11
      Number                                              Page
12
     Plaintiff's No. D                                      102
13
     Plaintiff's No. MM                                     257
14   through OOO with the
     exception of YY
15
     Joint Exhibits 1
16   through 119 with the                                     6
     exception of 114
17
     Plaintiff's No. 5                                        56
18
                                                             161
19
     Plaintiff's No. 6                                        59
20
     Plaintiff's No. 7                                        61
21
     Plaintiff's No. 8                                        61
22

23

24

25
```

| | | |
|---|---|---:|
| 1 | Plaintiff's No. 10, 12, 14, 16, 31, 33, 35, 37, 39, 42, 44, 47, 52, 71, 74, 76, 78, 82, 84, 86, 88, 90, 92, 94, 96, 98, 108, 124, 134, 138, 143, 145, 148, 150, 152 | 260 |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | Plaintiff's No. 72 | 79 |
| 7 | Plaintiff's No. 82 | 207 |
| 8 | | |
| 9 | Plaintiff's No. 153 through 160 | 207 |
| 10 | Plaintiff's No. 159 | 199 |
| 11 | Plaintiff's No. 163 and 166 | 218 |
| 12 | | |
| 13 | Plaintiff's No. 164 | 213 |
| 14 | Plaintiff's No. 168 | 90 |
| 15 | Defendant's No. A | 153 |
| 16 | Defendant's No. B | 148 |
| 17 | Defendant's No. C | 149 |
| 18 | Defendant's No. F | 121 |
| 19 | Defendant's No. G | 120 |
| 20 | Defendant's No. J | 156 |
| 21 | Defendant's No. K | 159 |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |

```
 1   A.   I bought things like -- I'm sorry.
 2   Q.   Can I please finish?  Using those points for business
 3   charges and then you were putting those to pay for your
 4   personal expenses that were contained on the Amex card; isn't
 5   that right?
 6   A.   I used personal charges on the credit card as well to
 7   accumulate the points.  So it was not a specific business card.
 8   So if I made a purchase for something larger, I would get more
 9   points so I would use my points to pay for things for me,
10   correct.
11   Q.   Now, during the fall of 2023 you were working with
12   Mr. Thompson to set up White Pineapple; correct?
13   A.   Yes.
14   Q.   And --
15   A.   But because I was told that they were liquidating the
16   company of Head Kandy and they were going to close the
17   business.
18   Q.   But whatever it is you contend was said, you were utilizing
19   Mr. Thompson to help set that company up; correct?
20   A.   Ryan -- Ryan informed me that he couldn't afford his rent
21   and he was scared that if they liquidated the company he would
22   not have a job.
23   Q.   And you were aware of the obligations and restrictions
24   contained in your agreement with regard to solicitation of
25   employees?
```

1    A.   I was under the impression that they were liquidating Head
2    Kandy and that he was not going to have a job.
3    Q.   Ma'am, my question was:  You were aware of restrictions
4    regarding soliciting or utilizing Head Kandy employees for your
5    personal or other business purposes; is that right, ma'am?
6    A.   Ryan was not my employee at White Pineapple.
7    Q.   Did you utilize him to help you while he was employed at
8    Head Kandy to do work such as ordering leggings and other
9    materials for the White Pineapple business; yes or no?
10   A.   Our communications were always after 5:00 o'clock p.m., and
11   he was going to be my business partner; so I didn't look at it
12   as a breach of a contract because he was going to be a partner
13   in something, not an employee.
14   Q.   Didn't you tell Mr. Thompson in a text message in
15   December 13th of 2022 that if Head Kandy found out what you
16   were doing with him that they were going to sue you?
17   A.   Yeah, because they -- here we are.
18   Q.   Right.  But I thought you said that you felt it was okay
19   because they were going to liquidate.
20   A.   I did.  That's why I didn't sell anything until after I was
21   released from the company.  I had no plan.  It was just kind of
22   to have in place as I was told they were liquidating the
23   company and that they were going to close Head Kandy.
24   Q.   And even though that's what you contend to have said, did
25   you ever seek permission from anybody at Head Kandy to ask if

1     you could utilize Mr. Thompson for his services in helping you
2     set up White Pineapple?
3     A.   He didn't help me set up White Pineapple, to be clear.  I
4     set that up by myself, and then Ryan informed me that he was
5     scared he was going to lose his job because we were told that
6     they were liquidating the company.  So I was trying to make
7     sure that the people who I had employed for years were able to
8     pay their bills.
9        So I didn't ask for permission because it was just to have
10    in case they really did close the company.  Because he deserves
11    to live.  He deserves to pay his bills.  I deserve to feed my
12    children.  We had to have some kind of plan.
13    Q.   So the answer is, putting aside that narrative, is that you
14    never sought permission from Head Kandy?
15    A.   I thought that he wasn't going to be employed by me.  So I
16    didn't -- the contract states you can't employ anyone; so I
17    didn't understand it as that.
18    Q.   Now, Mr. Thompson -- do you recall him asking you from time
19    to time about how to categorize certain company expenses for
20    reimbursement?
21    A.   Ryan didn't do the expense reports after he returned back
22    from working.  He quit in March of 2020.  And then when he
23    returned, he was not doing expense reports.
24    Q.   Do you recall in May of 2022, before Mr. Rosenbaum shows on
25    the scene -- I think we established that's in July of 2022,