**PERSONNEL ACTION FORM (PAF)**

*(Salary, Status Changes)*

| Last Name: Teaster | First Name: Amber | SS #: |
|---|---|---|

| Company Code: ☐ | Home Dept. # | File #: | Date of Hire: |
|---|---|---|---|

| ACTION TO BE TAKEN: **Complete section (s) that apply to action being taken.** | Date Submitted: 3/29/24 |
|---|---|
| | Date Effective: 3/29/24 |

| ☐ Transfer<br>☐ Promotion<br>☐ Rate Change _____ | ☐ Title Change<br>☐ Associate Class Change<br>☑ Termination | ☐ Name Change<br>☐ Address Change<br>☐ Other: _____ | ☐ Request LOA /FMLA<br>☐ Place on LOA / FMLA<br>☐ Return from LOA /FMLA |
|---|---|---|---|

**PERSONNEL CHANGES (i.e. Transfer, Promotion, Rate Change, Title Change & Re-Classification)**

| CURRENT INFORMATION (From) | | NEW/CHANGE INFORMATION (To) | |
|---|---|---|---|
| ☐ Full Time  ☐ Part Time  ☐ Seasonal  ☐ Temporary | | ☐ Full Time  ☐ Part Time  ☐ Seasonal  ☐ Temporary | |
| Home Dept. # | ☐ AS9 ☐ 6 & J | Home Dept. # | ☐ AS9 ☐ 6 & J |
| Position Title: | | Position Title: | |
| Job Code: | Pay Grade: | Job Code: | Pay Grade: |
| ☐ Non-Exempt (Hourly)<br>☐ Exempt (Salaried) | Annual: | ☐ Non-Exempt (Hourly)<br>☐ Exempt (Salaried) | Annual: |
| Hourly Rate: | Bi-weekly: | Hourly Rate: | Bi-weekly: |
| Reports to: | | Reports to: | |

**SEPARATIONS: Complete all items. Provide details of what incident(s) led to Separation–attach documentation/resignation letter.**

| Term Code: _____ | Last Day Worked: 3/29/24 | Notice Given: ☑ Yes ☐ No | Eligible for re-hire? ☐ Yes ☑ No |
|---|---|---|---|

**For Involuntary Separation:** HR Rep contacted: _____ Date: _____

Date (s) of Previous Corrective Actions: _____

Circumstances of separation/comments:

| State requirements/final pay - Contacted Payroll? ☐ Yes ☐ No ☐ N/A | Associate file sent to HR/attached ?   ☐ Yes ☐ No |
|---|---|
| Contacted Union Representative (if applicable)   ☐ Yes ☐ No ☐ N/A | DFA Property Collected (if applicable) ☐ Yes ☐ No |

**\*NAME/ADDRESS CHANGE**

*\*Name changes must have attached documentation (i.e. marriage, divorce, SS card with new name, or other court documentation)*

| Enter New Name: | |
|---|---|
| New Street Address: | |
| City, State & Zip | |
| Phone #: | Primary: | Cell #: *(Optional)* |
| Associate Signature *(Required)* | |

**ADDITIONAL COMMENTS:**

| APPROVALS | | |
|---|---|---|
| Department Manager | Next Level  As Needed: | Human Resources: |

**SECTION BELOW TO BE COMPLETED BY CORPORATE HUMAN RESOURCES / PAYROLL**

| **HR:** Term Code: _____ Intranet Updated: _____ | **Payroll:** Processed by: _____ Week # _____ |
|---|---|

Rev: 8/06

**EXHIBIT 14**

HK_071874

## *PERSONNEL ACTION FORM (PAF)*
*(Salary, Status Changes)*

| Last Name: Webb | First Name: Shawna | SS #: |
|---|---|---|

| Company Code: ☐ | Home Dept. # | File #: | Date of Hire: |
|---|---|---|---|

| ACTION TO BE TAKEN: **Complete section (s) that apply to action being taken.** | Date Submitted: |
| | Date Effective: |

| ☐ Transfer <br> ☐ Promotion <br> ☐ Rate Change _____ | ☐ Title Change <br> ☐ Associate Class Change <br> ☒ Termination | ☐ Name Change <br> ☐ Address Change <br> ☐ Other: _____ | ☐ Request LOA /FMLA <br> ☐ Place on LOA / FMLA <br> ☐ Return from LOA /FMLA |
|---|---|---|---|

**PERSONNEL CHANGES (i.e. Transfer, Promotion, Rate Change, Title Change & Re-Classification)**

| CURRENT INFORMATION (From) | | NEW/CHANGE INFORMATION (To) | |
|---|---|---|---|
| ☒ Full Time  ☐ Part Time  ☐ Seasonal  ☐ Temporary | | ☐ Full Time  ☐ Part Time  ☐ Seasonal  ☐ Temporary | |
| Home Dept. # | ☐ AS9  ☐ 6 & J | Home Dept. # | ☐ AS9  ☐ 6 & J |
| Position Title: Marketing Assistant | | Position Title: | |
| Job Code: | Pay Grade: | Job Code: | Pay Grade: |
| ☐ Non-Exempt (Hourly) <br> ☐ Exempt (Salaried) | Annual: | ☐ Non-Exempt (Hourly) <br> ☐ Exempt (Salaried) | Annual: |
| Hourly Rate: 18.50 | Bi-weekly: Bi-Weekly | Hourly Rate: | Bi-weekly: |
| Reports to: | | Reports to: | |

**SEPARATIONS: Complete all items.** Provide details of what incident(s) led to Separation—attach documentation/resignation letter.

| Term Code: _____ | Last Day Worked: 4/21/2023 | Notice Given: ☒ Yes ☐ No | Eligible for re-hire? ☐ Yes ☒ No |
|---|---|---|---|

**For Involuntary Separation:**  HR Rep contacted: ___ Klei Petri ___   Date: 4/21/2023

Date (s) of Previous Corrective Actions: ___ Shawna was placed on 2 weeks paid leave on 2/20/2023 for her actions on social ___

Circumstances of separation/comments:  media. She made a post in Kandy Girls complaining about her compensation and she cyber bullied our customers on the Head Kandy FB page

| State requirements/final pay - Contacted Payroll? ☐ Yes ☐ No ☐ N/A <br> Contacted Union Representative (if applicable)  ☐ Yes ☐ No ☐ N/A | Associate file sent to HR/attached ?  ☐ Yes ☐ No <br> DFA Property Collected (if applicable) ☐ Yes ☐ No |
|---|---|

**\*NAME/ADDRESS CHANGE**
\*Name changes must have attached documentation (i.e. marriage, divorce, SS card with new name, or other court documentation)

| Enter New Name: | |
|---|---|
| New Street Address: | |
| City, State & Zip | |
| Phone #: | Primary: | Cell #: (Optional) |
| Associate Signature *(Required)* | |

**ADDITIONAL COMMENTS:**

| APPROVALS | | |
|---|---|---|
| Department Manager: *[signature]* | Next Level  As Needed: | Human Resources: |

**SECTION BELOW TO BE COMPLETED BY CORPORATE HUMAN RESOURCES/PAYROLL**

| **HR:**  Term Code: _____   Intranet Updated: _____ | **Payroll:**  Processed by: _____   Week # _____ |
|---|---|

Rev: 8/06

HK_069455