**12/29/22, 7:28 AM**
Kayla's iPad

That's not reassuring! See you Tuesday

**12/29/22, 7:17 AM**
Kayla's iPad

Ewww are you hand delivering anymore letters lol

**12/29/22, 7:16 AM**
Kayla's iPad

Good.

**12/29/22, 7:16 AM**
862352█

Yes

**12/29/22, 7:16 AM**
Kayla's iPad

Tuesday?

**12/29/22, 7:16 AM**
862352█

Yes

**12/29/22, 7:15 AM**
Kayla's iPad

Are you coming next week?

**12/29/22, 6:27 AM (Viewed 12/29/22, 6:28 AM)**
862352█

Ok

**12/29/22, 6:25 AM**
Kayla's iPad

Maybe the pr firm can start writing that up for my attorney to go over. The only things I feel fair are
1. Neither looks bad
2. People are told where they can find me, that's only fair. Posted on all platforms that hk says they own.
3. I'm allowed to tell my story in a non negative light. I really might write a book! I would NEVER smear hk or Jerome ever ever

just so you know my thoughts

**12/29/22, 6:22 AM**
862352█

Of course

**12/29/22, 6:22 AM**
Kayla's iPad

You do know at some point we can't just sweep my leaving hk under the rug to customers

**12/29/22, 6:18 AM**
862352█

Good!!

**12/29/22, 6:17 AM**
Kayla's iPad

As shitty as this situation is, I believe you saved me from being mediocre with HK.
I have a lot bigger basement for round 2

**12/29/22, 6:16 AM (Viewed 12/29/22, 6:17 AM)**

8623520947

Sure u don't need to thank me

**12/29/22, 6:15 AM**
Kayla's iPad

I know it's not your job, or personality but thank you. Sorry for the chaos you didn't sign up for

**12/29/22, 6:08 AM**

8623520947

Push him

**12/29/22, 6:08 AM**

8623520947

No. It's not relevant

**12/29/22, 6:08 AM**
Kayla's iPad

That we owe 1.9 million 😳💸

**12/29/22, 6:07 AM**
Kayla's iPad

I think he's waiting for the audit to be done, don't you?

**12/29/22, 6:07 AM**
Kayla's iPad

Got it

**12/29/22, 6:06 AM**

862352▓

He will look at the past 4 years preformance and base his offer on that

**12/29/22, 6:04 AM**
Kayla's iPad

I don't understand that?

**12/29/22, 6:04 AM**

862352▓

Will not make a difference let him send u an offer

**12/29/22, 6:04 AM**

862352▓

No

**12/29/22, 6:03 AM**
Kayla's iPad

Should we wait for the end of the year? To see how much we didn't make lol

**12/29/22, 6:02 AM**

862352▓

Email him that u want to get this done asap and please give u an offer

**12/29/22, 6:01 AM**

862352▓

That's not how it is going to go

**12/29/22, 6:01 AM**
Kayla's iPad

I just need Jerome to tell me the business is worth nothing and send me on my way. I know how it will go.

12

KM5951

**11/23/22, 6:10 PM**
Kayla's iPad

Hahahahahahah

**11/23/22, 6:10 PM**
Kayla's iPad

I'm working the night shift I'm the manager

**11/23/22, 6:10 PM**
Kayla's iPad

Yep til 1 am

**11/23/22, 6:10 PM**

862352█

Really good!! Ur still at the office??

**11/23/22, 6:09 PM**
Kayla's iPad

5-8

**11/23/22, 6:09 PM**
Kayla's iPad

File attachment with MIME type: image/png

**11/23/22, 6:08 PM**

862352█

Excellent

**11/23/22, 6:08 PM**
Kayla's iPad

File attachment with MIME type: image/png
That's soooooo much engagement

**11/23/22, 1:34 PM (Viewed 11/23/22, 1:48 PM)**

862352█

She thinks u are great

**11/23/22, 1:34 PM (Viewed 11/23/22, 1:48 PM)**

862352█

My wife does enjoy watching ur lives though!!

**11/23/22, 12:58 PM**

862352█

Oy

**11/23/22, 12:58 PM**
Kayla's iPad

Yes

**11/23/22, 12:42 PM (Viewed 11/23/22, 12:58 PM)**

862352█

U 2 are u cooking??

**11/23/22, 12:41 PM**
Kayla's iPad

Have a happy thanksgiving Jon.

**11/23/22, 12:41 PM**
Kayla's iPad

Then I won't be going live today. And we can see. Thanks that's all I'm asking is for direction

KM5985

**11/22/22, 6:53 AM**

862352█

We need to figure out the freight out. I'm calling dusty now

**11/22/22, 6:50 AM**
Kayla's iPad

For way less. I trust you. Just confused that's all.

**11/22/22, 6:48 AM (Viewed 11/22/22, 6:49 AM)**

862352█

Yes I know

**11/22/22, 6:47 AM**
Kayla's iPad

Ok. I just don't understand because this is what we were doing. That's all.

**11/22/22, 6:47 AM**

862352█

I want to digest new customer strategy.

**11/22/22, 6:46 AM**

862352█

No right now focus on existing

**11/22/22, 6:46 AM**
Kayla's iPad

So it's not existing people?

**11/22/22, 6:46 AM**
Kayla's iPad

Do we need to adjust how they push it out to audiences?

**11/22/22, 6:46 AM**
Kayla's iPad

Like you said we were doing with FB

**11/22/22, 6:45 AM**
Kayla's iPad

So this is existing customers

**11/22/22, 6:45 AM**
Kayla's iPad

File attachment with MIME type: image/png

**11/22/22, 6:45 AM**
Kayla's iPad

File attachment with MIME type: image/png

**11/21/22, 8:32 PM**
Kayla's iPad

Night

**11/21/22, 8:31 PM**

862352█

GN

**11/21/22, 8:30 PM**

862352█

Ok

KM5989

**11/21/22, 11:55 AM**
Kayla's iPad

> Would you like to be on the meeting at 2 for this?

**11/21/22, 10:22 AM**

862352▮▮▮

Ok

**11/21/22, 10:18 AM**
Kayla's iPad

> But we have to disagree in conversation together

**11/21/22, 10:18 AM**
Kayla's iPad

> We can disagree all day long!!!!!

**11/21/22, 10:18 AM**
Kayla's iPad

> I told him I don't work for you, and you're not my boss. #🙈 that you and I have to do this together.

**11/21/22, 10:17 AM**
Kayla's iPad

> And how I need us to work as a team.

**11/21/22, 10:17 AM**

862352▮▮▮

Agreed

**11/21/22, 10:17 AM**
Kayla's iPad

> Is it revenue, new customers, profit, we can't have it all. We have to start with one to lead into each other

**11/21/22, 10:17 AM**
Kayla's iPad

> It's the blind leading the blind

**11/21/22, 10:17 AM**
Kayla's iPad

> I just basically voiced my concerns and said we have to come up with goals and plans

**11/21/22, 10:16 AM**
Kayla's iPad

> To talk to him

**11/21/22, 10:16 AM**
Kayla's iPad

> No I took your advice

**11/21/22, 10:09 AM (Viewed 11/21/22, 10:16 AM)**

862352▮▮▮

What's his advice

**11/21/22, 10:04 AM**
Kayla's iPad

> I took your talk to Jerome advice

**11/21/22, 10:02 AM**
Kayla's iPad

> I flew to Miami yesterday

57

**11/7/22, 6:22 AM**
Kayla's iPad

Are you out running?

**11/7/22, 4:15 AM**
Kayla's iPad

And also it's 4 am in Colorado and I'm wide awake like it's 10am #

**11/7/22, 4:14 AM**
Kayla's iPad

But 2. I'll tell you Monday when you come next week. I gotta do some research

**11/7/22, 4:13 AM**
Kayla's iPad

1. We need a social media manager

**11/7/22, 4:12 AM**

8623520947

Sure

**11/6/22, 6:24 PM**
Kayla's iPad

That I think anyways... well dusty also

**11/6/22, 6:24 PM**
Kayla's iPad

Want to know the path for Hk...

**11/3/22, 12:05 PM**
Kayla's iPad

Haha he will

**11/3/22, 12:05 PM**

862352

Maybe he will never come to NC

**11/3/22, 12:04 PM**
Kayla's iPad

You will

**11/3/22, 12:00 PM**

862352

I've never met him

**11/3/22, 12:00 PM**
Kayla's iPad

But I'm here lol

**11/3/22, 12:00 PM**
Kayla's iPad

She's cute for sure

**11/3/22, 12:00 PM**
Kayla's iPad

File attachment with MIME type: image/png

**11/3/22, 12:00 PM**

862352

His wife is pretty

73

**11/3/22, 11:59 AM**

8623520947

Long trip

**11/3/22, 11:59 AM**

Kayla's iPad

I wanna be there ha

**11/3/22, 11:59 AM**

862352█

Bryan is in Israel

**11/3/22, 11:59 AM**

862352█

U should go!!

**11/3/22, 11:59 AM**

Kayla's iPad

This has been hard on me. But I knew for HK we didn't have a choice

**11/3/22, 11:58 AM**

Kayla's iPad

I need to go home: I miss my family really bad.

**11/3/22, 11:58 AM**

862352█

Ok good

**11/3/22, 11:58 AM**

Kayla's iPad

Yes

**11/3/22, 11:58 AM**

Kayla's iPad

And flying back Saturday

**11/3/22, 11:58 AM**

862352█

Flying right?

**11/3/22, 11:58 AM**

Kayla's iPad

Sunday

**11/3/22, 11:57 AM**

862352█

When r u going to Colorado?

**11/3/22, 11:57 AM**

Kayla's iPad

For sure!

**11/3/22, 11:57 AM**

862352█

It's just annoying at this point

**11/3/22, 11:56 AM**

Kayla's iPad

My back and ribs hurt so bad from coughing

KM6013

**11/3/22, 11:56 AM**

862352

Doubt they can

**11/3/22, 11:56 AM**
Kayla's iPad

I hope they can help you

**11/3/22, 11:56 AM**

862352

Trying to get something for this cough

**11/3/22, 11:55 AM**

862352

Sure

**11/3/22, 11:54 AM**
Kayla's iPad

Thank you

**11/3/22, 11:43 AM**

862352

Ur word is fine

**11/3/22, 11:43 AM**
Kayla's iPad

Lol I need proof so I feel better hahaha

**11/3/22, 11:42 AM**

862352

I know ur honest

**11/3/22, 11:42 AM**

862352

I believe u. Don't need proof

**11/3/22, 11:42 AM**
Kayla's iPad

Not that I am aware of

**11/3/22, 11:42 AM**
Kayla's iPad

https://vm.tiktok.com/ZMFD3vYLt/
(Sent with URL)

**11/3/22, 11:42 AM**
Kayla's iPad

This is the photography studio! Dusty built it for this! It's ONLY used for photos

**11/3/22, 11:42 AM**

862352

I just told her to pay it

**11/3/22, 11:42 AM**

862352

Is she right that Yvelisse never issued a K1?

**11/3/22, 11:41 AM**

862352

Don't worry about it

75

**11/3/22, 11:41 AM**

862352█

I just texted her to pay it

**11/3/22, 11:40 AM**
Kayla's iPad

There's people there today! Haha

**11/3/22, 11:40 AM**
Kayla's iPad

File attachment with MIME type: image/png

**11/3/22, 11:40 AM**
Kayla's iPad

File attachment with MIME type: image/png

**11/3/22, 11:40 AM**

862352█

I'll take care of it

**11/3/22, 11:39 AM**
Kayla's iPad

She won't pay because she's questing it haha

**11/3/22, 11:39 AM**

862352█

Ok I'll make sure she pays it

**11/3/22, 11:39 AM**
Kayla's iPad

Lol that's what brought it up

**11/3/22, 11:39 AM**
Kayla's iPad

No

**11/3/22, 11:39 AM**

862352█

Did they pay this month?

**11/3/22, 11:39 AM**

862352█

Don't worry about it. She's a stickler for details.

**11/3/22, 11:38 AM**
Kayla's iPad

Kk I just want you to know what it's for

**11/3/22, 11:38 AM**

862352█

I think she just wanted the back up because Yvelisse never issued a K1

**11/3/22, 11:38 AM**
Kayla's iPad

We bought it because HK didn't have the money and we needed it so we spent the money

**11/3/22, 11:38 AM**
Kayla's iPad

And we rent the fork lift that we paid for personally and Dusty maintains it and it's used daily here

76

KM6015

**11/3/22, 9:38 AM**

862352█

I will talk to her.

**11/3/22, 11:37 AM**
Kayla's iPad

I just want to make sure no one thinks I'm doing something shady lol

**11/3/22, 11:37 AM**
Kayla's iPad

Ok! Calling about the rent in Colorado. Klei is questioning it. It's an office. We have employees who use the space everyday.... it's where Ryan does all the photography and we have employees who go there that don't want to work from home. (Customer service)

**11/3/22, 11:35 AM**

862352█

At the Dr

**11/3/22, 10:17 AM**
Kayla's iPad

Laughed at "Wow love it!! U look hot"

**11/3/22, 9:28 AM**

862352█

Maybe too good for ur customers

**11/3/22, 9:28 AM**

862352█

Wow love it!! U look hot

**11/3/22, 9:27 AM**
Kayla's iPad

I put in the work this am haha

**11/3/22, 9:27 AM**
Kayla's iPad

https://vm.tiktok.com/ZMFDvutjv/
(Sent with URL)

**11/3/22, 9:27 AM**
Kayla's iPad

Laughed at "Who the fuck knows"

**11/3/22, 9:27 AM**

862352█

He didn't tell me

**11/3/22, 9:27 AM**

862352█

Must be nice

**11/3/22, 9:27 AM**

862352█

Who the fuck knows

**11/3/22, 9:26 AM**
Kayla's iPad

Why is he there?

**11/3/22, 9:26 AM**

862352█

I can't believe Bryan is in Israel

KM6016

**11/3/22, 9:26 AM**
Kayla's iPad

Lol I know I've told everyone you getting covid was a good break 😂😂😂😂

**11/3/22, 9:26 AM**
862352███

Cough is bad everything else is good

**11/3/22, 9:26 AM**
Kayla's iPad

How are you feeling?

**11/3/22, 9:26 AM**
862352███

Can't yell cause I'm coughing too much

**11/3/22, 9:26 AM**
862352███

Good point

**11/3/22, 9:26 AM**
Kayla's iPad

Jk jk

**11/3/22, 9:26 AM**
Kayla's iPad

It's cause I haven't been yelled at for a few weeks hahahaha

**11/3/22, 9:25 AM**
Kayla's iPad

Thanks #

**11/3/22, 9:24 AM**
862352███

Pretty

**11/3/22, 9:23 AM**
862352███

Nice live!!!!!! U look really good

**11/2/22, 10:40 PM**
Kayla's iPad

It's the new site home page

**11/2/22, 10:38 PM**
862352███

I didn't see it. Will look in the morning

**11/2/22, 10:38 PM**
Kayla's iPad

It looks great

**11/2/22, 10:38 PM**
Kayla's iPad

Did you see the website

**11/2/22, 10:37 PM**
Kayla's iPad

Yes

KM6017

(Sent with UR

**10/5/22, 2:12 PM**

862352▮▮

Ok!!!!!

**10/5/22, 2:12 PM**
Kayla's iPad

Lol text me after you eat 😴

**10/5/22, 2:11 PM (Viewed 10/5/22, 2:12 PM)**

862352▮▮

I'm fasting so I'm irritated

**10/5/22, 2:11 PM (Viewed 10/5/22, 2:12 PM)**

862352▮▮

Good girl

**10/5/22, 2:11 PM**
Kayla's iPad

File attachment with MIME type: image/png
I'm less irritated with you lol I did yoga. (Kaylin did it also)

**10/5/22, 7:31 AM (Viewed 10/5/22, 7:32 AM)**

862352▮▮

Do it with Kaylin

**10/5/22, 7:29 AM**
Kayla's iPad

Lol I will. I have to take the boys to the dentist. Then it will be yoga.

**10/5/22, 7:28 AM**

862352▮▮

Do some yoga!!!! U will feel better

**10/5/22, 7:26 AM**

862352▮▮

We can discuss further tomorrow

**10/5/22, 7:25 AM**
Kayla's iPad

I just feel like now it's frantic and now we are Ross

**10/5/22, 7:24 AM**

862352▮▮

Im sorry u feel the way u feel but we need to move forward. We will change directions if we do not Aquire new customers

**10/5/22, 7:23 AM**

862352▮▮

I sent out FB performance to Blake and a few others that I didn't even tell u about and they could not believe the mid managers

**10/5/22, 7:22 AM**
Kayla's iPad

How am I wrong?

**10/5/22, 7:22 AM**
Kayla's iPad

We spent 1.2 million less in 2021 and maintained sales....

86

KM6025



**9/15/22, 7:34 PM**
Kayla's iPad

Ohhhh you will soon!

**9/15/22, 7:33 PM**
862352⬛

No

**9/15/22, 7:33 PM**
Kayla's iPad

You haven't??!!

**9/15/22, 7:33 PM**
862352⬛

I've never met him in person

**9/15/22, 7:33 PM**
Kayla's iPad

Hahaha

**9/15/22, 7:33 PM**
Kayla's iPad

Yes!

**9/15/22, 7:33 PM**
862352⬛

Does he have hair now?

**9/15/22, 7:33 PM**
Kayla's iPad

So far

**9/15/22, 7:33 PM**
Kayla's iPad

They did for him!

**9/15/22, 7:33 PM**
862352⬛

Plugs don't work right?

**9/15/22, 7:33 PM**
Kayla's iPad

I think he is genetically thick yes

**9/15/22, 7:33 PM**
Kayla's iPad

Hahahahaha

**9/15/22, 7:33 PM**
Kayla's iPad

She said you can't be fat and bald

**9/15/22, 7:33 PM**
862352⬛

No way!!

**9/15/22, 7:33 PM**
862352⬛

Is he genetically fat

97

KM6036

**9/15/22, 7:33 PM**
Kayla's iPad

He was bald…. And his wife made him get hair plugs

**9/15/22, 7:32 PM**
Kayla's iPad

He goes back and forth

**9/15/22, 7:32 PM**

862352⬛

Is Bryan chubby?

**9/15/22, 7:32 PM**

862352⬛

Wallet makes them look good

**9/15/22, 7:32 PM**
Kayla's iPad

Yeah, it's a social stigma for sure

**9/15/22, 7:32 PM**

862352⬛

Chubby men too unless they r rich

**9/15/22, 7:31 PM**
Kayla's iPad

I agree. But chubby women do not get treated the same

**9/15/22, 7:31 PM**

862352⬛

That's kind of sad

**9/15/22, 7:31 PM**

862352⬛

Interesting

**9/15/22, 7:31 PM**
Kayla's iPad

10000000%

**9/15/22, 7:31 PM**

862352⬛

Really?

**9/15/22, 7:31 PM**
Kayla's iPad

Yeah for sure I agree. I've noticed people treat me different and engage more with me being thinner

**9/15/22, 7:31 PM**
Kayla's iPad

Easy

**9/15/22, 7:30 PM**

862352⬛

Ur the brand so u need to look good

**9/15/22, 7:30 PM**
Kayla's iPad

I know surgery seems the east way out but it saved me

98

KM6037

9/15/22, 7:30 PM
Kayla's iPad

Thanks!

9/15/22, 7:29 PM (Viewed 9/15/22, 7:30 PM)

8623520947

Well u look great now

9/15/22, 7:29 PM
Kayla's iPad

It was depressing!

9/15/22, 7:29 PM
Kayla's iPad

Haha I was for a brief moment

9/15/22, 7:29 PM

8623520947

I would never know u were fat

9/15/22, 7:29 PM
Kayla's iPad

Until I didn't know how to manage my stress

9/15/22, 7:29 PM
Kayla's iPad

Like my size now…

9/15/22, 7:29 PM

862352███

Ur a kid

9/15/22, 7:29 PM
Kayla's iPad

I was small my whole life

9/15/22, 7:29 PM

862352███

U will be fine

9/15/22, 7:28 PM

862352███

Ur young

9/15/22, 7:28 PM
Kayla's iPad

Yes

9/15/22, 7:28 PM

862352███

3 years 65 pounds

9/15/22, 7:28 PM
Kayla's iPad

That's bad on your heart

9/15/22, 7:28 PM

862352███

That's nuts

99

KM6038

**9/15/22, 7:28 PM**
Kayla's iPad

How insane is that

**9/15/22, 7:28 PM**
Kayla's iPad

I gained 65 lbs from when I sold hk to last November

**9/15/22, 7:28 PM**
Kayla's iPad

Neither is good

**9/15/22, 7:28 PM**
862352█

Food is better than alcohol

**9/15/22, 7:27 PM**
Kayla's iPad

And he used to drink when he was younger

**9/15/22, 7:27 PM**
Kayla's iPad

He will have a beer occasionally

**9/15/22, 7:27 PM**
Kayla's iPad

I just know I was addicted to food… so I didn't want to be addicted to something else

**9/15/22, 7:27 PM**
862352█

Dusty doesn't drink a beer?

**9/15/22, 7:27 PM**
862352█

Wine is relaxing in moderation

**9/15/22, 7:27 PM**
862352█

Oh so u should stay away

**9/15/22, 7:27 PM**
Kayla's iPad

So never appealed to me

**9/15/22, 7:26 PM**
Kayla's iPad

My dad is an alcoholic, (my real dad)

**9/15/22, 7:26 PM**
862352█

Now

**9/15/22, 7:26 PM**
862352█

I can't drink it cause it gives me massive headaches is

**9/15/22, 7:26 PM**
862352█

I use to love wine

100

KM6039

**9/15/22, 7:26 PM**
Kayla's iPad

That's how lame I am

**9/15/22, 7:26 PM**
Kayla's iPad

Haha

**9/15/22, 7:26 PM**
Kayla's iPad

I've never even tasted wine

862352███

Beer

**9/15/22, 7:26 PM**
862352███

Wine especially

**9/15/22, 7:25 PM**
862352███

Which is fattening

**9/15/22, 7:25 PM**
Kayla's iPad

None

**9/15/22, 7:25 PM**
Kayla's iPad

No

**9/15/22, 7:25 PM**
862352███

And u don't drink alcohol

**9/15/22, 7:25 PM**
Kayla's iPad

Yes

**9/15/22, 7:25 PM**
862352███

U must of ate a lot

**9/15/22, 7:25 PM**
Kayla's iPad

No, it was stress

**9/15/22, 7:25 PM**
862352███

U r not born to be fat

**9/15/22, 7:25 PM**
Kayla's iPad

😂😂😂😂😂

**9/15/22, 7:25 PM**
Kayla's iPad

Laughed at "Oh gross"

101

KM6040

**9/15/22, 7:25 PM**

862352█

I'm deleting

**9/15/22, 7:25 PM**
Kayla's iPad

Hahahahaa we are next level friends now

**9/15/22, 7:25 PM**

862352█

Oh gross

**9/15/22, 7:25 PM**
Kayla's iPad

.

**9/15/22, 7:24 PM**
Kayla's iPad

It was 4 holes

**9/15/22, 7:24 PM**
Kayla's iPad

File attachment with MIME type: image/png
Haha this was it!

**9/15/22, 7:24 PM**

862352█

Smart

**9/15/22, 7:24 PM**
Kayla's iPad

No it wasn't bad at all

**9/15/22, 7:24 PM**
Kayla's iPad

I didn't want the social media key board warriors to talk shit

**9/15/22, 7:24 PM**

862352█

Is it painful?

**9/15/22, 7:24 PM**
Kayla's iPad

I only told a handful of people

**9/15/22, 7:23 PM**
Kayla's iPad

No one knows really

**9/15/22, 7:23 PM**

862352█

Good

**9/15/22, 7:23 PM**
Kayla's iPad

That was a one and done for me

**9/15/22, 7:23 PM**
Kayla's iPad

Surgery

KM6041

**9/15/22, 7:23 PM**
Kayla's iPad

> I don't think I could do another Mexico survey

**9/15/22, 7:22 PM**
8623520947

Ok good

**9/15/22, 7:22 PM**
Kayla's iPad

> For real I'm going in charlotte

**9/15/22, 7:22 PM**
Kayla's iPad

> NEVER

**9/15/22, 7:22 PM**
Kayla's iPad

> But! I lived to tell about it 75 lbs lighter

**9/15/22, 7:22 PM**
8623520947

Don't get a boob job there

**9/15/22, 7:22 PM**
Kayla's iPad

> I mean, it was a little sketch

**9/15/22, 7:22 PM**
Kayla's iPad

> 🚗

**9/15/22, 7:22 PM**
862352█████

Ur nuts

**9/15/22, 7:22 PM**
862352█████

Omg

**9/15/22, 7:21 PM**
Kayla's iPad

> That was it

**9/15/22, 7:21 PM**
Kayla's iPad

> File attachment with MIME type: image/png

**9/15/22, 7:21 PM**
Kayla's iPad

> Bed for me! Bed for dusty!

**9/15/22, 7:21 PM**
Kayla's iPad

> Yes he went

**9/15/22, 7:19 PM (Viewed 9/15/22, 7:20 PM)**
862352█████

Dusty was there?

KM6042

**9/15/22, 7:19 PM**

Kayla's iPad

Ha

**9/15/22, 7:19 PM**

Kayla's iPad

No TV

**9/15/22, 7:19 PM**

862352⬛

Tv?

**9/15/22, 7:19 PM**

Kayla's iPad

Private room! Paid $50 extra LOL

**9/15/22, 7:19 PM**

Kayla's iPad

Your iv bag was a drip bag on a pole

**9/15/22, 7:19 PM**

862352⬛

Private room?

**9/15/22, 7:19 PM**

Kayla's iPad

Like nothing is electronic

**9/15/22, 7:19 PM**

Kayla's iPad

Yeah! Just they are soooo simple

**9/15/22, 7:18 PM**

862352⬛

Was it nice?

**9/15/22, 7:18 PM**

Kayla's iPad

No I'm charlotte

**9/15/22, 7:18 PM**

Kayla's iPad

Yes it was a hospital

**9/15/22, 7:18 PM**

862352⬛

In Mexico??

**9/15/22, 7:18 PM**

Kayla's iPad

Hahahahahahah JK

**9/15/22, 7:18 PM**

Kayla's iPad

No it was a basement

**9/15/22, 7:18 PM**

862352⬛

In a hospital?

KM6043

**9/15/22, 7:18 PM**
Kayla's iPad

I legit have an appt for a boob job in January

**9/15/22, 7:18 PM**
8623520947

That's crazy

**9/15/22, 7:18 PM**
Kayla's iPad

For sure!

**9/15/22, 7:18 PM**
8623520947

Ur nuts

**9/15/22, 7:18 PM**
8623520947

Spanish people all get them

**9/15/22, 7:18 PM**
Kayla's iPad

LOL my surgery was so scary in Mexico hahahaha

**9/15/22, 7:18 PM**
8623520947

I'm telling u

**9/15/22, 7:18 PM**
Kayla's iPad

That's so scary!

**9/15/22, 7:17 PM**
Kayla's iPad

I wish!

**9/15/22, 7:17 PM**
862352█████

Boob jobs r popular in Mexico

**9/15/22, 7:17 PM**
Kayla's iPad

Hahahahahahahahaha

**9/15/22, 7:17 PM**
Kayla's iPad

Laughed at "Is that a company expense??"

**9/15/22, 7:17 PM**
Kayla's iPad

And hire chicks for ya!

**9/15/22, 7:17 PM**
862352█████

Is that a company expense??

**9/15/22, 7:17 PM**
Kayla's iPad

Ill go at spring break

KM6044

9/15/22, 7:17 PM
Kayla's iPad

> Maybe after a boob job! LOL

9/15/22, 7:17 PM

862352█

They do that there

9/15/22, 7:17 PM

862352█

Topless??

9/15/22, 7:17 PM
Kayla's iPad

> I ain't that skinny! LOL

9/15/22, 7:17 PM
Kayla's iPad

> Hahahaha no

9/15/22, 7:16 PM

862352█

Bikinis???

9/15/22, 7:16 PM
Kayla's iPad

> Hahahah

9/15/22, 7:16 PM
Kayla's iPad

> I'll show them that to go to Cancun you have to work

9/15/22, 7:16 PM
Kayla's iPad

> I have to go live everyday I'm there (my idea) for my must have stuff

9/15/22, 7:16 PM

862352█

And u need to show ur kids balance

9/15/22, 7:16 PM

862352█

I know but everyone needs a break

9/15/22, 7:16 PM
Kayla's iPad

> And doing lives doesn't feel like work

9/15/22, 7:16 PM
Kayla's iPad

> HK is a great thing!

9/15/22, 7:16 PM
Kayla's iPad

> It'll get done! Don't worry! I really do enjoy working!

9/15/22, 7:15 PM

862352█

It

KM6045

**9/15/22, 7:15 PM**

862352

U deserve

**9/15/22, 7:15 PM**

862352

I want u to totally relax

**9/15/22, 7:15 PM**

862352

Oh well don't worry about it when ur away

**9/15/22, 7:15 PM**
Kayla's iPad

Don't worry!

**9/15/22, 7:15 PM**
Kayla's iPad

Lol I'll get it done!

**9/15/22, 7:15 PM**
Kayla's iPad

I don't get back til the 29th!

**9/15/22, 7:14 PM (Viewed 9/15/22, 7:15 PM)**

862352

That's the 3rd

**9/15/22, 7:14 PM**
Kayla's iPad

Mmmmmmmmmm don't push it lol

**9/15/22, 7:14 PM**

862352

The next trip

**9/15/22, 7:13 PM**
Kayla's iPad

You will! Soon!

**9/15/22, 7:13 PM**

862352

I just want to come up to the building with a big HK sign

**9/15/22, 7:13 PM**
Kayla's iPad

It's good for me

**9/15/22, 7:13 PM**
Kayla's iPad

Laughed at "I'm just adding pressure for nothing"

**9/15/22, 7:13 PM**

862352

I'm just adding pressure for nothing

**9/15/22, 7:13 PM**

862352

Yes I know

KM6046

**9/15/22, 9:39 AM**
Kayla's iPad

We will make it! And it's going to be great!

**9/15/22, 9:39 AM**
Kayla's iPad

I for sure have felt like it's a lot! But I'm built for it!!!! im a mini you lol

**9/15/22, 9:39 AM**
862352

I'm a big fan!!

**9/15/22, 9:38 AM**
862352

U have been doing all u can

**9/15/22, 9:38 AM**
862352

I'm pushing the shit out of Mindy and Brandy.

**9/15/22, 9:38 AM**
862352

I'm sorry u had all this on ur shoulders

**9/15/22, 9:38 AM**
862352

Yes u need it

**9/15/22, 9:38 AM**
Kayla's iPad

I think getting away with my kids will be really good for me

**9/15/22, 9:38 AM**
862352

Must be a hub

**9/15/22, 9:38 AM**
862352

Ok as long as ur ok with it. I will look at the flights. American seems cheaper

**9/15/22, 9:37 AM**
Kayla's iPad

I'm trying not to fall down the burned out hole. The money management is stressful. All the change is new! I'm excited about it for sure. And tired. You came in at a good time to help when we needed it most.

**9/15/22, 9:36 AM**
Kayla's iPad

I don't think it's a waste. You're the money guy! Whatever you think I'm good with, I like that you come and make a point to Bryan and Jerome that they should have given more attention to HK

**9/15/22, 9:34 AM (Viewed 9/15/22, 9:35 AM)**
862352

Just don't want U and Kaylin and dusty to be alone there

**9/15/22, 9:34 AM (Viewed 9/15/22, 9:35 AM)**
862352

If u think me coming is a waste of money I'll back off

KM6057

**8/8/22, 6:24 PM**
Kayla's iPad

> We make a great team.

**8/8/22, 6:24 PM**
Kayla's iPad

> Loved "And thank u for believing in me"

**8/8/22, 6:24 PM**

8623520█

And thank u for believing in me

**8/8/22, 6:22 PM (Viewed 8/8/22, 6:24 PM)**

862352█

I believed in u the first time I met u

**8/8/22, 6:16 PM**
Kayla's iPad

> Believing in me

**8/8/22, 6:12 PM**

862352█

For what?

**8/8/22, 6:12 PM**
Kayla's iPad

> Thank you #

**8/8/22, 6:37 AM**

862352█

Ok

**8/8/22, 6:36 AM**
Kayla's iPad

> Jerome is bringing your lunch also he said

**8/8/22, 6:18 AM (Viewed 8/8/22, 6:36 AM)**

862352█

Yes TY!!

**8/8/22, 6:08 AM**
Kayla's iPad

> Sales were great yesterday

**8/8/22, 5:41 AM**
Kayla's iPad

> So that was a relief

**8/8/22, 5:41 AM**
Kayla's iPad

> Subway

**8/8/22, 5:41 AM**
Kayla's iPad

> Yeah Rachel said he gets tuna salad from sublets

**8/8/22, 5:40 AM**

862352█

He can always eat a salad

KM6140