**5/26/22, 7:51 AM**
Ryan Thompson (+1719207█████ )

> Hahahahhahaa morning

**5/26/22, 7:52 AM**
Ryan Thompson (+1719207█████ )

> Today I have to unfortunately be on the working half haha

**5/26/22, 7:52 AM (Viewed 5/26/22, 7:56 AM)**
7192072148

Hahahaha

**5/26/22, 7:56 AM**
Ryan Thompson (+1719207█████ )

> You all ready to bounce?

**5/26/22, 7:56 AM**
7192072148

Almost

**5/26/22, 7:56 AM**
7192072148

Finishing laundry and picking up the house

**5/26/22, 7:56 AM**
7192072148

We are gonna shoot for 1

**5/26/22, 7:56 AM**
Ryan Thompson (+1719207█████ )

> Nice

**5/26/22, 8:57 AM**
Ryan Thompson (+1719207█████ )

> Oh how's your dad?!?

**5/26/22, 3:37 PM**
Ryan Thompson (+1719207█████ )

> I have a alibaba order for 545.00 that was all of those gasket things for racing. What shall I do with that one

**5/26/22, 3:37 PM**
Ryan Thompson (+171920█████)



**5/26/22, 3:57 PM**

7192072148

Parts for fork lift

**5/26/22, 3:58 PM**
Ryan Thompson (+171920█████)

Ok

HK_038622

**12/8/22, 3:31 PM**
Ryan Thompson (+1719207█████)

> Chris stopped by haha on his way into town

**12/8/22, 5:36 PM**
Ryan Thompson (+1719207█████)

> Do you want me to accept all 5000 or just 2500

**12/8/22, 5:41 PM**
7192072148

What are we getting?

**12/8/22, 5:41 PM**
7192072148

Do 2500

**12/8/22, 5:41 PM**
Ryan Thompson (+1719207█████)

> Ok

**12/8/22, 5:46 PM**
Ryan Thompson (+1719207█████)

> Kaylins weight sheets say the big mama bags are 6.1 oz

**12/8/22, 8:53 PM**
7192072148

You awake

**12/8/22, 8:53 PM**
Ryan Thompson (+1719207█████)

> Yes ma'am

**12/8/22, 8:53 PM (Viewed 12/8/22, 8:54 PM)**
7192072148

Dude those few alibaba charges from way back when are gonna be the death of me if they ever find them for Tays boutique

**12/8/22, 8:54 PM**
7192072148

It's like $6,000 I hand to god didn't mean to have them pay for

**12/8/22, 8:54 PM**
7192072148

I wanna delete the account so bad

**12/8/22, 8:54 PM**
7192072148

I'm scared

**12/8/22, 8:54 PM**
7192072148

Lol

**12/8/22, 8:55 PM**
Ryan Thompson (+1719207█████)

> Well, we could lol

**12/8/22, 8:55 PM**
7192072148

Do we have all the contacts we need?

HK_039636

**12/23/22, 3:20 AM (Viewed 12/23/22, 7:26 AM)**

7192072148

Well I stayed up til 5:19 am and did most of 2021 of Dusty's. Ugh. I'm a little stressed it looks like $10,000 wasn't covered however I did ask kaylin to use points and I don't think she did

**12/23/22, 3:20 AM (Viewed 12/23/22, 7:26 AM)**

7192072148



**12/23/22, 3:20 AM (Viewed 12/23/22, 7:26 AM)**

7192072148

That pool pump is the biggest one

**12/24/22, 6:51 AM (Viewed 12/24/22, 6:53 AM)**

7192072148

I'm struggling bad.

**12/24/22, 7:22 AM**
Ryan Thompson (+1719207█████)

Sorry I forgot to reply yesterday!

**12/24/22, 7:23 AM**
Ryan Thompson (+1719207█████)

I'm sorry :( we will get you through this! Promise!

**12/24/22, 7:23 AM**

7192072148

You're ok.

HK_039727