**12/4/22, 5:41 PM**

Jeni Shea (4804403413)

Loved "Lol we will call it HK without the the kandy"

**12/4/22, 5:40 PM**
Kayla's iPad

Hahahahahaa H

**12/4/22, 5:40 PM**
Kayla's iPad

Lol we will call it HK without the the kandy

**12/4/22, 5:40 PM**
Kayla's iPad

Lol yep

**12/4/22, 5:40 PM**
Kayla's iPad

Yep! And skin care

**12/4/22, 5:40 PM**

Jeni Shea (4804403413)

And shirts

**12/4/22, 5:40 PM**

Jeni Shea (4804403413)

And nails

**12/4/22, 5:40 PM**

Jeni Shea (4804403413)

And lashes

**12/4/22, 5:40 PM**
Kayla's iPad

Hahaha

**12/4/22, 5:40 PM**
Kayla's iPad

So we could do make up

**12/4/22, 5:40 PM**
Kayla's iPad

So I can sell everything but hair fyi

**12/4/22, 5:40 PM**
Kayla's iPad

Laughed at "I can't wait to see him curl his little Jewish sid…"

**12/4/22, 5:39 PM**

Jeni Shea (4804403413)

I can't wait to see him curl his little Jewish sideburns on a live to keep customers

**12/4/22, 5:39 PM**
Kayla's iPad

Yep!

**12/4/22, 5:39 PM**

7192073646

Jerome is a fucking greedy pig!