**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

HEAD KANDY LLC,

Plaintiff,

vs.                                              Case No. 0:23-cv-60345-RAR

KAYLA MARIE MCNEILL,

Defendant.

_____/

**DECLARATION OF FRANKLIN L. ZEMEL ON BEHALF OF PLAINTIFF**
**HEAD KANDY, LLC**

I, Franklin L. Zemel,  under penalties of perjury, declare as follows:

1.  I have been engaged on behalf of Head Kandy, LLC (HK) to review certain aspects of the lawsuit styled as Head Kandy, LLC v. Kayla Marie McNeil, Case No. 23-CV-60345-RAR (STRAUSS) in the Southern District of Florida (the Lawsuit). My discounted hourly rate for this engagement is $762.60.

2.  **Scope of Engagement**.   The scope of my engagement is limited to reaching an opinion as to what a reasonable fee should be and whether the fee sought is consistent with a reasonable fee.

3.  **Method**.

    a.  My initial step was to obtain a case overview from HK's Counsel.  That overview covered the nature of the case, the legal and evidentiary issues involved, the expedited nature of the preliminary injunction proceedings and the post-hearing briefings and post-R&R objections and briefings.

    b.  Second, on April 5, 2024 I engaged in an initial review of certain court-filings (Client-provided documents) which were provided to me and identified as:

52211962.1

**EXHIBIT 20**

Dkt 199 - Head Kandys Expedited MTN to Enforce the Pre injunction  Order to Show Cause W EXHIBITS  03.14.24  (00079640xF7269).PDF
Dkt 206- Mcneils Mtn for EOT to RSPN to Head Kandys MTE W EXHIBIT 03.29.24 (00080162xF7269).PDF
Dkt 207-  Order Denying MvMeil's MTN For EOT 03.29.24 (00080186xF7269).PDF
Dkt 208- NOF Amended  MTE Pre- Injunction  Order to Show Cause W EXHIBIT 04.01.24 (00080232xF7269).PDF
Dkt 209- Mcneil's RSPN in OPP to Head Kandy's MTE Pre-Injunction 04.01.24 (00080253xF7269).PDF
Dkt 214- McNeil's Mtn to Vacate Pre Inj and MTD W EXHIBITS 04.08.24 (00080516xF7269).PDF
Dkt 215- Head Kandy's Reply in Support of expedited MTE the Pre Injunction and Order to Show Cause 04.09.24 (00080555xF7269).PDF
Dkt 216- McNeil's Emergency Mtn to Reset Hearing on Kandy's MTE the Pre Injunction W EXH 04.09.24 (00080572xF7269).PDF
Dkt 218- Order Denying McNeil's Emergency to Reset Hearing 04.09.24 (00080588xF7269).PDF
Dkt 219- NOF Transcripts from 08.01 ,08.25 HRGS on Mtn for Pre Inj W EXH 04.10.24 (00080613xF7269).PDF
Dkt 223- Head Kandy's Exhibit List for 04.12.24 Hearing 04.10.24 (00080666xF7269).PDF
Dkt 224- Head Kandy's Witness List for 04.12.24 Hearing 04.10.24 (00080667xF7269).PDF
Dkt 225- Jnt Stip Facts and Statement of Factual Issues for Show Cause Hearing 04.10.14 (00080680xF7269).PDF
Dkt 226 - McNeil's Witness List 04.10.24 (00080681xF7269).PDF
Dkt 227- McNeil's Exhibit List 04.11.24 (00080682xF7269).PDF

c.  The purpose of my initial review was to better understand the issues presented and the results obtained.

d.  On April 9, 2024, I gave a second pass on the Client-provided documents focused more on the quality of the legal arguments presented by both sides, to obtain a better understanding of the evidentiary issues, some of which are relatively new or novel, the legal issues, the legal arguments presented by both sides on the legal issues and in general, overall, to assess the relative complexity and time restraints presented.

e.  Based upon my review, I then began to consider what I thought a reasonable fee might be for a plaintiff's counsel admitted in the Southern District of Florida, in general, based upon my understanding and assessment of the relative merits of the case, the probable outcome of the case and the nature of the legal market in South Florida for services commensurate with these principles.  Based upon my own review and analysis as mentioned, which in turn is premised on my 35 years of experience, I had roughly estimated that a plaintiff's counsel's fees for the subject work would be in the $300,000 to $350,000 range.

f.  On April 15, 2024 I received "Prelim Inj Time 04.11.24.xlsx" which was a spreadsheet of the time and details of the work *billed* to HK totaling $234,785.50. A copy of the spreadsheet is included as Appendix A.  I found that the billing was more than sufficiently clear and did not constitute unreasonable "block billing".  I also requested, received and considered the respective CVs for the following timekeepers which are attached as Appendix B:

  i.   Ethan Loeb
  ii.  E. Colin Thompson
  iii. Elliot Haney
  iv.  Kathryn Saienni and
  v.   Jalen LaRubbio

g.  On April 17, 2024 I met via Zoom with Colin Thompson to discuss certain particulars, such as how the spreadsheet was prepared, whether it reflected write-downs, write-offs or Client discounts. The spreadsheet, according to Mr. Thompson, did not reflect such items.  I also inquired whether there were any

52211962.1

billing controversies or complaints of work or work-product by HK, and I was advised in the negative. Finally, I also inquired into the exercise of billing judgment to understand efforts to exclude "excessive, redundant, or otherwise unnecessary" hours from the fee request. On April 25, I had a follow-up discussion with Mr. Thompson that addressed to my satisfaction that the exercise of billing judgment had occurred.

4. **Factors Considered**. On April 18, 2024 I commenced drafting this Declaration. I considered a number of factors in reaching my opinion as to a reasonable fee. In particular:

a. The experience, reputation and ability of the Plaintiff's Counsel
b. The experience, reputation and ability of the Defendant's Counsel
c. The quality of the work i.e. Plaintiff's legal arguments and briefings
d. The quality of the work i.e. Defendant's legal arguments and briefings
e. The evidentiary issues both presented and opposed by all Counsel
f. The amount in controversy including non-monetary relief
g. The time constraints presented
h. Although generally included in above, the skill requisite to perform the legal services properly;
i. the likelihood that undertaking the case would preclude other employment;
j. the fee customarily charged in South Florida for similar legal services; and
k. the nature and length of the professional relationship with the client.

5. **Application of Section 4 Factors Considered.**

a. I considered not only Plaintiff's counsel reputation (i.e. what the legal community perceives) but also my own personal experience of having litigated, for years, on the opposite of Plaintiff's Counsel and having knowledge of the difficult cases which they have successfully litigated and/or successfully settled.

b. I was not able to meaningfully consider this factor due to my lack of knowledge of Defendants' Counsel, but as I make clear elsewhere, I found that Defendant's Counsel demonstrated a high-degree of skill in these proceedings from what I was able to determine from the Client-provided documents. I mention this because the quality of opposing counsel is a factor in assessing a reasonable attorneys fee.

c. The quality of Plaintiff's work from what I observed from the Client-provided documents demonstrated to me a high-level of sophistication. Points were made clearly and succinctly. The analysis was sound and, to me, persuasive.

d. Similarly, I found the work of the Defendant's Counsel to be of high quality and also persuasive albeit to a slightly lesser degree. The arguments presented by Defendants were comprehensive and thorough in my opinion. Plaintiff's Counsel was required to expend significant effort to respond to and/or rebut the many

-3-

arguments advanced by the Defendant's Counsel and this factors into the quantitative hours reported by Plaintiff's Counsel.

e.   The Preliminary Injunction proceeding introduced relatively new or novel issues in addition to many others in this highly-contested matter.  That amongst these are:

    i.   Tension between prior material breach (the court shall consider all other pertinent legal and equitable defenses) and waiver of "equitable defenses"

    ii.   The Use of Summaries as proffered

    iii.   Whether social media comments about the lawsuit are protected speech

    iv.   The extent by which hearsay affidavits may be admitted as evidence based on assertions of sufficient reliability

    v.   Public policy in barring/enforcing "no challenge" clauses

    vi.   In light of the nature of the business, what constituted a "substantial customer relationship" for purposes of enforcing a legitimate business interest.  A "close call" according to the Court.

    vii.   Customer activity

    viii.   Defendant's social media activity

f.   The amount in controversy wasn't driven so much with the purchase money of the acquisition itself, but for the very survival, according to the Plaintiff, of the business itself which Plaintiff purchased.  It was presented as a "bet the Company" case and accordingly the matter required the necessary time and attention to meet the objectives of the case.

g.   Anytime preliminary injunction motions and hearings are presented to a Federal Court, the Parties need to be prepared to move very quickly, thereby forsaking much of their other work to meet the court's deadlines on the one hand, and be responsive to the Plaintiff's stated needs in obtaining relief on an expedited or emergency basis.  Necessarily, these time constraints absorb significant bandwidth of all available resources which in some cases may also lead to inefficiencies especially where attorney conferences are required for coordination of effort and work-flow or also where work is divided amongst a larger number of lawyers than perhaps in a traditional setting.  While I have taken this into consideration, I also noted instances in the billing where conference and discussions with the lawyers were not billed by all of the lawyers reported to be present.  I address this further below under "exercise of billing judgment."

h.   While somewhat addressed above that I am not at all familiar with the Defendant's Counsel, it's clear to me that they demonstrated high-quality skills.  This in turn also required  high-quality skills from the Plaintiff's Counsel, who as I mentioned above, I have known for years as a formidable opponent.

i.   I considered, but gave no weight this factor.

j.   The Plaintiff's Counsel, while physically based in Tampa, is nonetheless a regular presence in the South Florida Courtrooms.  If anything, Plaintiff Counsel's hourly rates, the top rate for Mr. Loeb being $600 per hour and Mr. Thompson at $500.00 an hour is well-within, if not below, the range of fees charged for lawyers of similar skill and providing similar legal services.   From my own experience and knowledge, the range for fees for lawyers of similar skill for similar services is between $600 and $950 and recently rates have shown a marked increase in the South Florida market, again, depending on the degree of difficulty, the complexity of evidentiary presentation and the amounts in controversy.

k.   I did not consider this factor.

6.   **Exercise of Billing Judgment**.   On April 25th I received a communication from Mr. Thompson which was in response to my queries regarding the exercise of billing judgment by which approximately 54 of hours of work was not charged to the Plaintiff.   That communication is attached as Appendix C.   On the same day, I had a discussion with Mr. Thompson in which he further explained how efforts were made not to bill for three lawyers at the PI Hearing.  As part of that review, it was discovered that while the client was not billed for certain of Mr. Haney's time entries, it was nonetheless included on "Prelim Inj Time 04.11.24.xlsx" (Appendix B).  As a result of this discovery,  a new spreadsheet was prepared which lowered the fees sought by approximately $4,000.00.  See *BLHT Prelim Inj Time (June-Oct 2023)xlsx* attached as Appendix D.   Separately, because of a last-moment illness to Mr. Loeb, the PI hearing was reset, however, approximately $15,000 was written off as a result of the "gearing up" efforts that would have to be mostly repeated prior to the rescheduled hearing.

7.   **Opinion 1**.    In my opinion, the reasonable range for the legal services provided as evidenced by the Client-provided documents is between $300,000 and $350,000 and that accordingly Plaintiff's Counsel's request for $230,999.50 falls well-within and in fact, well-below, the reasonable range.

8.   I was also asked to review additional court-filings and to render an opinion as to what a reasonable fee should be and whether the fees sought by Plaintiff is consistent with a reasonable fee with respect to certain injunction-enforcement proceedings.

9.   Using the same methodology as above, I first reviewed additional documents provided to me on April 24 aptly titled "Additional Documents 04.24.24.zip"  (the "Additional Documents").  The Additional Documents were provided to me and identified as:

Dkt 199 - Head Kandys Expedited MTN to Enforce the Pre injunction   Order to Show Cause W EXHIBITS  03.14.24 (00079640xF7269).PDF
Dkt 206- Mcneils Mtn for EOT to RSPN to Head Kandys MTE W EXHIBIT 03.29.24 (00080186xF7269).PDF
Dkt 207- Order Denying MvMeil's MTN For EOT 03.29.24 (00080186xF7269).PDF
Dkt 208- NOF Amended  MTE Pre- Injunction   Order to Show Cause W EXHIBIT 04.01.24 (00080232xF7269).PDF
Dkt 209- Mcneil's RSPN in OPP to Head Kandy's MTE Pre-Injunction 04.01.24 (00080253xF7269).PDF
Dkt 214- McNeil's Mtn to Vacate Pre Inj and MTD W EXHIBITS 04.08.24 (00080516xF7269).PDF
Dkt 215- Head Kandy's Reply in Support of expedited MTE the Pre Injunction and Order to Show Cause 04.09.24 (00080555xF7269).PDF
Dkt 216- McNeil's Emergency Mtn to Reset Hearing on Kandy's MTE the Pre Injunction W EXH 04.09.24 (00080572xF7269).PDF
Dkt 218- Order Denying McNeil's Emergency to Reset Hearing 04.09.24 (00080588xF7269).PDF
Dkt 219- NOF Transcripts from 08.01 ,08.25 HRGS on Mtn for Pre Inj W EXH 04.10.24 (00080613xF7269).PDF
Dkt 223- Head Kandy's Exhibit List for 04.12.24 Hearing 04.10.24 (00080666xF7269).PDF
Dkt 224- Head Kandy's Witness List for 04.12.24 Hearing 04.10.24 (00080667xF7269).PDF
Dkt 225- Jnt Stip Facts and Statement of Factual Issues for Show Cause Hearing 04.10.14 (00080680xF7269).PDF
Dkt 226 - McNeil's Witness List 04.10.24 (00080681xF7269).PDF
Dkt 227- McNeil's Exhibit List 04.11.24 (00080682xF7269).PDF

10. I gave an initial review of the Additional Documents on April 25.  I then gave a second pass on the Additional Documents on April 26.  The purpose of my initial review was to better understand the issues presented.

11. On April 26, 2024, I gave a second pass on the Additional Documents focused more on the quality of the legal arguments presented by both sides, to obtain a better understanding of the issues, one of which was new (i.e. the NLRB argument), the legal arguments presented by both sides and in general, overall, to assess the relative complexity of the work being performed.

12. I also considered the Court's Order To Show Cause dated March 29th at [D.E. 207]

13. Based upon my review, I then began to consider what I thought a reasonable fee might be for a plaintiff's counsel admitted in the Southern District of Florida, in general, based upon my understanding and assessment of the relative merits of the work observed in the Additional Documents and the nature of the legal market in South Florida for services commensurate with the these principles.  Based upon my own review and analysis as mentioned, which in turn is premised on my 35 years of experience, I had roughly estimated that a plaintiff's counsel's fees for the subject work reflected by the Additional Documents would be in the $65,000 to $90,000 range.

14. On April 19 I was also provided with Plaintiff's Notice of Filing dated April 17, 2024 and identified as D.E. 233.  I did not review the Notice of Filing until April 26, and only did so after first I completed the steps outlined above.

15. While I did not review or consider Mr. Loeb's Affidavit as part of Plaintiff's Notice of Filing before reaching my opinions, it underscores my view of his skill and experience.

16. **Opinion 2**.  As I understand it from Plaintiff's Notice of Filing, Plaintiff's Counsel is seeking $50,326.00 of the work which comprised by the Additional Documents which falls well-within and actually well-below what I believe to be a reasonable fee.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 1, 2024.

*Franklin L. Zemel*

_____

Franklin L. Zemel

# APPENDIX A

| Entry Date | Timekeeper | Matter | Hours | Rate | Amount | Narrative |
|---|---|---|---|---|---|---|
| 06/21/2023 | EPH | 25073 | 1.3 | 340 | 442 | Review and analyze McNeill's Response in Opposition to Motion for Preliminary Injunction for purposes of drafting Reply in Support of Motion for Preliminary Injunction (1.0); Strategy conference with Colin Thompson regarding Reply in Support of Motion for Preliminary Injunction (.3). |
| 06/21/2023 | KES | 25073 | 5.5 | 285 | 1567.5 | Meet and confer with Colin Thompson regarding upcoming preliminary injunction hearing (0.4); Conduct necessary legal research regarding the admissibility of social media comments and posts in the context of hearsay exceptions (2.9); Conduct necessary legal research regarding the authentication of posts and comments made on social media (1.2) |
| 06/21/2023 | HAW | 25073 | 0.9 | 250 | 225 | Compile evidence and preparation of June 28th evidentiary hearing (.9) |
| 06/22/2023 | EJL | 25073 | 1 | 600 | 600 | Conference with Colin Thompson regarding issues identified in McNeill opposition to injunction, including First Breach defense and other contractual arguments. |
| 06/22/2023 | ECT | 25073 | 7.5 | 500 | 3750 | Receive and review McNeill's Opposition to Motion for Preliminary Inunction and exhibits attached thereto and conferences with Ethan Loeb and Mr. Rosenbaum regarding same (1.9); review dise law cited in McNeill's Opposition and direct legal research for Reply to Opposition (1.1); review legal research regarding authentication of Facebook comments and posts (.5); e-mail and telephone correspondence with opposing counsel regarding potential stipulations as to admissibility of certain evidence at hearing on Motion for Preliminary Injunction (.8); initial review of list of social media videos to be relied on at evidentiary hearing and cull from same (.8); review legal research to rebut McNeill's argument she is not bound by restrictive covenants due to Head Kandy's alleged prior material breaches of agreement (.5); - identification of non-video posts to be added to exhibit list for use at evidentiary hearing (.8); draft working exhibit list (1,1). |
| 06/22/2023 | EPH | 25073 | 6.3 | 340 | 2142 | Research caselaw cited by McNeill in Response in Opposition to Motion for Preliminary Injunction and analyze distinguishing factors for purposes of drafting Reply in Support of Motion for Preliminary Injunction (2.6); Research enforceability of no-contest provision in employment agreement (1.3); Research procedure to consider prior breach in motion for preliminary injunction (.6); Research rebuttable presumption of irreparable harm utilized by federal courts (.7); Research caselaw related to legitimate business interests protected by restrictive covenants (1.1). |
| 06/22/2023 | KES | 25073 | 4.3 | 285 | 1225.5 | Meet and confer with Colin Thompson regarding upcoming preliminary injunction hearing (0.3); Conduct necessary legal research regarding the admissibility of social media comments and posts in the context of hearsay exceptions (1.2); Prepare power point presentation comparing Head Kandy products with those marketed by Kayla McNeill (2.8) |
| 06/22/2023 | HAW | 25073 | 3.5 | 250 | 875 | Compilation of comments to social media posts (2.5); draft notice of filing and intent to use summaries (.2); preparation for evidentiary hearing (.5); prepare witness and exhibit list (.3) |
| 06/23/2023 | ECT | 25073 | 8.6 | 500 | 4300 | Receive and revise Notice of Intent to Use Summaries of Facebook and TikTok comments and review compiled summaries for service on opposing counsel (.8); review and edit cuts of Facebook and TikTok videos for use at evidentiary hearing (2.4); identification of additional comments from customers stating they will no longer purchase HK products after specific social media posts and telephone and email correspondence with Ms. McDermaid regarding additional customer and sales data needed for evidentiary hearing (1.6); continue compiling and preparing evidence for evidentiary hearing (3.8). |
| 06/23/2023 | EPH | 25073 | 7.3 | 340 | 2482 | Draft Motion to File Business Records Under Seal (1.2); Research applicability of prior restraint jurisprudence to injunction proceedings requesting enforcement of contract (1.4); Draft Reply in Support of Motion for Preliminary Injunction (4.7). |
| 06/23/2023 | HAW | 25073 | 8 | 250 | 2000 | Compilation of evidence and preparation for June 28th evidentiary hearing |
| 06/25/2023 | ECT | 25073 | 5.8 | 500 | 2900 | Analysis of additional daily sales data received and request hourly sales data to support declines in sales after McNeill posts and receive and review same from Ms. McDermaid (1.3); continue compiling evidence and presentation materials for evidentiary hearing, focusing on evidence of damages and irreparable harm, including data showing loss of particular customers and loss of sales revenues and orders (1.1); review and revise Reply to McNeill's Opposition to Motion for Preliminary Injunction (2.1); begin drafting of outline for direct examination of Jonathan Rosenbaum of evidentiary hearing (1.3). |
| 06/25/2023 | EPH | 25073 | 3.9 | 340 | 1326 | Continue drafting Reply in Support of Motion for Preliminary Injunction. |
| 06/25/2023 | EJL | 25073 | 3.4 | 600 | 2040 | Review reply to motion for preliminary injunction and provide revisions to same (1.0); prepare for hearing on preliminary injunction (2.0); conference with Colin Thompson as to financial proof and impact of Ms. McNeill on social media to Head Kandy revenue streams (0.4). |
| 06/25/2023 | HAW | 25073 | 2.5 | 250 | 625 | Preparation of exhibits for June 28th evidentiary Hearing |
| 06/26/2023 | EPH | 25073 | 2.9 | 340 | 986 | Review and revise Reply in Support of Motion for Preliminary Injunction (2.3); Review and revise Motion to File Business Records Under Seal (.4); Draft proposed Order Granting Motion to File Business Records Under Seal (.2). |
| 06/26/2023 | KES | 25073 | 5.4 | 285 | 1539 | Prepare and draft evidentiary authentication bench brief (1.7); Review and analyze additional Facebook comments authored by former Head Kandy customers (2.3); Input data and prepare graph demonstrating the historical sales of certain former Head Kandy customers (1.4) |
| 06/26/2023 | ECT | 25073 | 12.6 | 500 | 6300 | Multiple correspondence with Ms. McDermaid and Ms. Pletis regarding detailed sales data to support harm claim and preparation of final evidence of same for evidentiary hearing (3.4); meeting with Ethan Loeb in preparation for evidentiary hearing, including finalizing opening presentation, evidence for presentations, evidence to be introduced through witness, and review, revisions and finalizing of exhibit list and final exhibits and review of case law for argument on legal points at evidentiary hearing (8.2). |
| 06/26/2023 | EJL | 25073 | 9.8 | 600 | 5880 | Continue to prepare for injunction hearing, including selection and review of exhibits and exhibit list, preparation for Kayla McNeill cross examination, and finalizing opening statement/demonstrative slide deck. |
| 06/26/2023 | HAW | 25073 | 10 | 250 | 2500 | Preparation for June 28 evidentiary hearing |
| 06/27/2023 | ECT | 25073 | 4.8 | 500 | 2400 | Continue drafting of outline for direct examination of Jonathan Rosenbaum, including tying in of exhibits for introduction through or discussion with Mr. Rosenbaum Receive and initial review of McNeill's exhibit and witness lists and certain filed exhibits (3.4); receive and review McNeill's Exhibit and Witness List and review exhibits on which McNeill intends to rely at evidentiary hearing, including affidavits and declarations from third parties and conference with Ethan Loeb regarding same (1.4). |
| 06/27/2023 | KES | 25073 | 8 | 285 | 2280 | Review defendant's exhibit list (1.2); Prepare and draft hearsay bench brief for the preliminary injunction hearing (1.4); Meet and confer with Colin Thompson regarding defendant's exhibit list (0.2); Conduct necessary legal research regarding hearsay exceptions for social media comments (5.0); Call with Angela Porta (Head Kandy affiliate) regarding defendant's exhibit list (0.2). |
| 06/27/2023 | EJL | 25073 | 1 | 600 | 600 | Review date specific videos of Ms. McNeill, including April 2023 time frame when she was working with Bo Stegall. |
| 06/27/2023 | HAW | 25073 | 1.5 | 250 | 375 | Preparation for June 28th evidentiary hearing |

| Date | Initials | Matter | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|---|
| 06/28/2023 | ECT | 25073 | 0.4 | 500 | 200 | Conferences with Ethan Loeb regarding exhibits and declarations on which Ms. McNeill intends to rely at hearing on Motion for Preliminary Injunction and contents of Facebook posts from Ms. McNeill and comments of declarants that contradict declarations. |
| 06/28/2023 | KES | 25073 | 0.1 | 285 | 28.5 | Review defendant's exhibit list. |
| 06/29/2023 | EJL | 25073 | 2 | 600 | 1200 | Continue to prepare stipulated facts per court order (2.0) |
| 06/30/2023 | KES | 25073 | 0.5 | 285 | 142.5 | Meet and confer with Heather Wefong regarding the extraction of Facebook comments for the exhibit list (0.5); |
| 06/30/2023 | EPH | 25073 | 1.3 | 340 | 442 | Research caselaw regarding witness tampering related to service of third party subpoenas (1,3) |
| 06/30/2023 | EJL | 25073 | 1 | 600 | 600 | Continue with stipulated facts per court order (1.0) |
| 07/02/2023 | EPH | 25073 | 1.5 | 340 | 510 | Continue research related to potential obstruction and witness tampering (.8); Draft letter to opposing counsel regarding potential obstruction and witness tampering (.7). |
| 07/03/2023 | ECT | 25073 | 0.3 | 500 | 150 | Review and revise cease and desist letter to opposing counsel regarding Ms. McNeill's aiding and abetting witnesses to avoid service of subpoenas |
| 07/03/2023 | EJL | 25073 | 2.5 | 600 | 1500 | Review and revise letter to opposing counsel regarding McNeill's interference with subpoenas and provide same to client for review and approval (0.5); continue with stipulated facts per court order (2.0). |
| 07/05/2023 | EJL | 25073 | 1.6 | 600 | 800 | Review, revise, and add to draft set of Stipulated Facts requested by the Court in advance of hearing on Motion for Preliminary Injunction. |
| 07/05/2023 | EJL | 25073 | 2 | 600 | 1200 | Finalize stipulated facts. |
| 07/06/2023 | ECT | 25073 | 1.9 | 500 | 950 | Review of Exhibits produced by McNeill, including ten declarations from individuals and cross reference of declarants to those who made comments to certain Facebook posts (1.0); review, revise, conference with Ethan Loeb, and correspondence with opposing counsel regarding proposed Stipulated Facts (.9). |
| 07/06/2023 | EJL | 25073 | 2 | 600 | 1200 | Review exhibits and list from Kayla McNeill and confer with Colin Thompson regarding objections to comply with court order. |
| 07/07/2023 | ECT | 25073 | 3.8 | 500 | 1900 | Zoom conferences with Messrs. Falic, Rosenbaum, Feldman and Taney and Ethan Loeb regarding bonuses under McNeill's Executive Employment Agreement and status in preparation for hearing on Motion for Preliminary Injunction and conference with Ethan Loeb regarding strategy regarding bonus statements (0.8); Per court order, identify objections to Ms. McNeill's proposed exhibits for hearing on Motion for Preliminary Injunction, including watching multiple proposed videos and listening to proposed audio messages (2.2); Telephone conference with opposing counsel to review proposed stipulated facts and objections to exhibits (0.8). |
| 07/07/2023 | EJL | 25073 | 0.5 | 600 | 300 | Conference call with opposing counsel to discuss stipulated facts and exhibits (0.5) |
| 07/10/2023 | ECT | 25073 | 1.9 | 500 | 950 | Correspondence with Ethan Loeb regarding and review and revise proposed disputed issues for court's resolution required by the court and correspondence with opposing counsel transmitting same (.6); review, revisions and comments to McNeill's counsel's revisions to proposed stipulated facts (1.3) |
| 07/11/2023 | ECT | 25073 | 2.5 | 500 | 1250 | Review McNeill's proposed amended Exhibit List and correlate to prior list and objections to prior list (1.5); Telephone conference with all counsel as required by the Court to discuss stipulated facts, objections to exhibits, and issues to be tried and multiple email correspondence with opposing counsel regarding same (1.0); Conference with Ethan Loeb regarding stipulated facts (0.5-N/C). |
| 07/11/2023 | KES | 25073 | 6 | 285 | 1710 | Search Facebook comments made by affianis identified in Ms. McNeill's Exhibit List and prepare and draft document comparing affianis' Facebook comments and statements made in their affidavits. |
| 07/11/2023 | EJL | 25073 | 2.5 | 600 | 1500 | Attend conference with opposing counsel re stipulated facts and exhibit list (1.0); review redline version of stipulated facts from opposing counsel and communicate about the same with Colin Thompson (1.5) |
| 07/11/2023 | HAW | 25073 | 0.7 | 250 | 175 | Preparation of exhibit list for objections to defendants exhibits (.2); begin drafting joint exhibit list (.5) |
| 07/12/2023 | ECT | 25073 | 1.4 | 500 | 700 | Review revised stipulated facts from opposing counsel, confer with Ethan Loeb regarding same, and propose additional revisions to stipulated facts (.8); review and revise proposed Joint Exhibit List per multiple calls and correspondence with opposing counsel (.3); receive and review McNeill's objections and stipulations to Head Kandy's proposed exhibits (.3). |
| 07/12/2023 | HAW | 25073 | 2 | 250 | 500 | Search Whippin Life Facebook page for comments made by Declarants identified by Defendants for temporary injunction hearing (2.0) |
| 07/12/2023 | KES | 25073 | 5.5 | 285 | 1567.5 | Prepare and draft document comparing affianis' Facebook comments and statements made in their affidavits (0.2); Conduct necessary legal research regarding hearsay exceptions for Facebook comments (4.0); Prepare and draft memorandum of law outlining arguments in favor of hearsay exceptions in anticipation of preliminary injunction hearing (1.3). |
| 07/13/2023 | ECT | 25073 | 5.2 | 500 | 2600 | Receive and review McNeill's Expedited Motion for Leave to Supplement Exhibit List with additional declarations, review each declaration from purported former clients, research to draft response as required by court, review comments from declarants to show unreliability of declarations, and draft portions or, review, revise and finalize for filing Opposition to McNeill's Expedited Motion for Leave to Amend Exhibit List. |
| 07/13/2023 | EPH | 25073 | 4.1 | 340 | 1394 | Research causation requirement for preliminary injunction to enforce restrictive covenant (1.0); Draft Response in Opposition to McNeill's Motion for Leave to File Supplemental Declarations (2.2); Review social media comments by newly disclosed declarants and create chart comparing declarations with social media comments (.9). |
| 07/13/2023 | HAW | 25073 | 2.6 | 250 | 650 | Continue searches on Whippin Life Facebook page for comments made by Declarants identified by Defendants for temporary injunction hearing (2.3); compile exhibits, finalize, file and serve response in opposition to Defendants motion for leave to file exhibits (.3) |
| 07/13/2023 | KES | 25073 | 6.5 | 285 | 1852.5 | Conduct necessary legal research regarding hearsay exceptions for Facebook comments (1.0); Meet and confer with Colin Thompson regarding the response to defendant's motion for leave to supplement exhibit list (0.2); Prepare and draft opposition to motion to leave to supplement exhibit list (5.3). |
| 07/13/2023 | EJL | 25073 | 1 | 600 | 600 | Review and revise response to McNeill's motion to supplement exhibits per court order. |
| 07/14/2023 | ECT | 25073 | 4.6 | 500 | 2300 | Multiple email and document exchanges with opposing counsel to finalize Joint Exhibit List, Stipulations of Fact, Disputed Issues, and individual exhibit list and review, revise and finalize same for filing to comply with Court Order (4.6). |
| 07/14/2023 | HAW | 25073 | 3 | 250 | 750 | Review and revise joint exhibit list (.6); review and revise head Kandy exhibit list (.4); compile joint hearing exhibits (1.0); compile Head Kandy hearing exhibits (.5); finalize, file and serve stipulated facts and statement of issues for August 1st hearing (.2); finalize, file and serve joint exhibit list and plaintiff's exhibit list (.3) |
| 07/14/2023 | EJL | 25073 | 1.4 | 600 | 840 | Review final version of exhibit list, statement of issues, and stipulated facts for submission to court and communicate with Colin Thompson and opposing counsel throughout the day (1.4) |
| 07/17/2023 | HAW | 25073 | 4.4 | 250 | 1100 | Finalize joint exhibits for August 1, 2023 hearing (2.3); update Head Kandy and McNeill exhibits for August 1, 2023 hearing (1.0). |
| 07/18/2023 | EPH | 25073 | 0.6 | 340 | 204 | Strategy conference with Colin Thompson regarding prior breach defense (.2); Research caselaw related to prior breach defense (.4) |

| Date | Initials | Matter | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|---|
| 07/18/2023 | KES | 25073 | 0.3 | 285 | 85.5 | Review judge's order to supplement the disputed factual issues (0.3) |
| 07/18/2023 | ECT | 25073 | 4.2 | 500 | 2100 | Conferences with Ethan Loeb regarding Court's order directing supplementation of issues regarding payment of bonuses (.3); telephone conference with Mr. Rosenbaum regarding claim by McNeill for bonuses owed and additional evidence regarding same (.2): additional research regarding ability of court to enforce restrictive covenants despite claims by party to be enjoined of prior breaches of the agreement (3.7). |
| 07/18/2023 | EJL | 25073 | 0.9 | 600 | 540 | Conference with Colin Thompson regarding bonus related issues in light of court order requesting additional information (0.5) confer with Elliot Haney as to contract language in employment agreement related to bonus payment. (0.4). |
| 07/19/2023 | ECT | 25073 | 6.2 | 500 | 3100 | Telephone conference with Jon Rosenbaum regarding McNeill's claim for bonus and testimony to be presented at evidentiary hearing regarding same (0.2); review, annotate, and supplement Head Kandy exhibits for evidentiary hearing (2.6); draft additional portions of outline for direct examination of Jon Rosenbaum with supporting exhibits to account for McNeill's prior material breach defense based on alleged non-payment of bonus and telephone calls with Mr. Rosenbaum regarding same (3.4). |
| 07/19/2023 | EPH | 25073 | 2.9 | 340 | 986 | Strategy conference with Colin Thompson regarding response to McNeill's statement of facts (.3); Draft response to McNeill's statement of facts related to prior material breach (2.6). |
| 07/19/2023 | EPH | 25073 | 2.3 | 340 | 782 | Continue researching caselaw related to McNeill's prior breach defense. |
| 07/19/2023 | HAW | 25073 | 0.7 | 250 | 175 | Preparation for August 1st hearing (.7) |
| 07/19/2023 | KES | 25073 | 4.5 | 285 | 1282.5 | Conduct necessary legal research regarding whether Head Kandy's potential breach of the employment agreement was "material" (4.0). Prepare and draft memorandum of law regarding whether Head Kandy's potential breach of the employment agreement was "material" (0.5). |
| 07/20/2023 | ECT | 25073 | 9.1 | 500 | 4550 | Review and perform additional legal research regarding prior material breach defense in employment context based on alleged failure to pay portion of compensation and conference with Ethan Loeb regarding same (2.8); draft additional portions of and revise outline of Mr. Rosenbaum to account for additional issues raised by McNeill in statement of defense issues, including follow up with Mr. Rosenbaum and  Ms. Petri regarding loan balances and compensation to Ms. McNeill and identify all exhibits to be potentially used in Mr. Rosenbaum's direct examination and cross at evidentiary hearing (6.3). |
| 07/21/2023 | ECT | 25073 | 4.3 | 500 | 2150 | Identify and compile all exhibits for use at evidentiary hearing and track to Joint Exhibit List and Head Kandy revised Exhibit List and revisions to outlines for evidentiary hearing (3.0); review exhibits to be offered by Kayla McNeill and objections thereto (1.3). |
| 07/21/2023 | EPH | 25073 | 4.3 | 340 | 1462 | Review and revise response to McNeill's statement of facts related to prior material breach (2.9); Research prior material breach doctrine as equitable defense (.4); Prepare visual aid showing inconsistent statements of McNeill's declarants for purposes of evidentiary hearing (1.0). |
| 07/21/2023 | HAW | 25073 | 1.3 | 250 | 325 | Preparation of exhibits and witness files for August 1st hearing |
| 07/21/2023 | EJL | 25073 | 0.4 | 600 | 240 | Conference with Colin Thompson in connection with Jon Rosenbaum direct testimony outline and review of same (0.4). |
| 07/24/2023 | EJL | 25073 | 1.6 | 600 | 960 | Conference call with Jon Rosenbaum regarding testimony at preliminary injunction hearing (0.3); review and revise notice of issues on paragraph 4 per court order and confer with Colin Thompson and Elliot Haney as to same (1.3). |
| 07/24/2023 | HAW | 25073 | 0.3 | 250 | 75 | Draft motion and order to allow additional electronic equipment for August 1, 2023 hearing (.3) |
| 07/25/2023 | EJL | 25073 | 2.5 | 600 | 1500 | Attend zoom call with Ryan Thompson to discuss text messages and other issues regarding Kayla McNeill theft and breach of fiduciary duties. |
| 07/25/2023 | EJL | 25073 | 0.4 | 600 | 240 | Conference with Ethan Loeb regarding evidence and legal arguments for preliminary injunction hearing. |
| 07/25/2023 | KES | 25073 | 1.2 | 285 | 342 | Prepare and draft chart comparing statements made by the declarants in defendant's exhibit list with their statements made on Facebook (and the corresponding statements made by Kayla McNeill). |
| 07/25/2023 | EPH | 25073 | 3.8 | 340 | 1292 | Continue preparing visual aid showing inconsistent statements of McNeill's declarants for purposes of evidentiary hearing (1.9); strategy conference with Ethan Loeb and Colin Thompson regarding response to opposing counsel's forthcoming motion to strike Head Kandy's response to statement of facts related to prior material breach (.3); Draft Head Kandy's Response to McNeill's Motion to Strike (1.6). |
| 07/26/2023 | ECT | 25073 | 0.3 | 500 | 150 | Conference with Ethan Loeb regarding evidence and legal arguments for preliminary injunction hearing and deposition of Bo Stegall. |
| 07/26/2023 | KES | 25073 | 6.5 | 285 | 1852.5 | Prepare and draft chart comparing statements made by the declarants in defendant's exhibit list with their statements made on Facebook (and the corresponding statements made by Kayla McNeill) (6.5) |
| 07/26/2023 | EPH | 25073 | 3.7 | 340 | 1258 | Continue preparing visual aid showing inconsistent statements of McNeill's declarants for purposes of evidentiary hearing |
| 07/27/2023 | EPH | 25073 | 3.2 | 340 | 1088 | Draft chart distinguishing caselaw cited by McNeill from caselaw cited by Head Kandy in preparation for evidentiary hearing (2.4); Finalize visual aid showing inconsistent statements of McNeill's declarants for purposes of evidentiary hearing (.8) |
| 07/27/2023 | KES | 25073 | 2.1 | 285 | 598.5 | Prepare and draft chart comparing statements made by the declarants in defendant's exhibit list with their statements made on Facebook (and the corresponding statements made by Kayla McNeill (2.1). |
| 07/27/2023 | HAW | 25073 | 0.4 | 250 | 100 | Review and revise opening powerpoint presentation for August 1st hearing (.4) |
| 07/28/2023 | EJL | 25073 | 5.5 | 600 | 3300 | Continue to prepare for hearing on preliminary injunction, including cross examination points for Kayla McNeill (5.5). |
| 07/28/2023 | HAW | 25073 | 4.6 | 250 | 1150 | Preparation for August 1st evidentiary hearing (4.6) |
| 07/28/2023 | EPH | 25073 | 6.3 | 340 | 2142 | Draft bench memorandum regarding inapplicability of prior material breach defense (1.0); Draft bench memorandum regarding admissibility of customer social media comments (2.2); Review and revise bench memorandum regarding authenticity of social media comments (.3); Strategy conference with Ethan Loeb regarding arguments in opposition of prior material breach defense (1.5); Research contractual waiver of statutory rights (1.3). |
| 07/29/2023 | EJL | 25073 | 2.5 | 600 | 1500 | Continue with preparation for hearing on motion for preliminary injunction. |
| 07/29/2023 | HAW | 25073 | 2.5 | 250 | 625 | Compilation of contradictory comments for use at August 1st hearing. |
| 07/30/2023 | ECT | 25073 | 4.5 | 500 | 2250 | In preparation for hearing on Motion for Preliminary Injunction, team meeting to review evidence and witness strategy, and identify, research and review case law on legal issues to be argued at hearing. |
| 07/30/2023 | EPH | 25073 | 4.5 | 340 | 1530 | Strategy conference with Colin Thompson and Ethan Loeb in preparation for evidentiary hearing. |
| 07/30/2023 | EJL | 25073 | 6 | 600 | 3600 | Extended meeting with Colin Thompson in preparation for hearing on motion for preliminary injunction and continue with final preparations (4.5); Preparation of McNeill's impeachment evidence (1.5) |
| 07/30/2023 | HAW | 25073 | 7.5 | 250 | 1875 | Preparation for August 1st evidentiary hearing, including all exhibits, legal memoranda, witness files and impeachment evidence. |
| 07/31/2023 | HAW | 25073 | 0.5 | 250 | 125 | Review Defendants objections to Plaintiff's exhibits and update joint exhibit list (.5) |

| Date | Initials | Number | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|---|
| 07/31/2023 | EJL | 25073 | 8.5 | 600 | 5100 | Finalize preparation for preliminary injunction hearing, including meeting with Jon Rosenbaum to prepare for trial testimony. |
| 07/31/2023 | ECT | 25073 | 9 | 500 | 4500 | Meeting with Ethan Loeb and Elliot Haney in preparation for hearing on Motion for Preliminary Injunction, meeting with Mr. Rosenbaum to prepare for testimony and cross examination, and review and revise outline and evidence for testimony of Mr. Rosenbaum. |
| 07/31/2023 | EPH | 25073 | 2.8 | 340 | 952 | Prepare exhibits for use at evidentiary hearing (.4); Prepare evidentiary hearing (2.4) |
| 07/31/2023 | HAW | 25073 | 2.2 | 250 | 550 | Preparation for August 1st hearing (2.0); draft notice of objection to McNeill Joint Exhibit 114 (.2) |
| 08/01/2023 | ECT | 25073 | 11.5 | 500 | 5750 | Preparation for and attend Preliminary Injunction hearing in Ft. Lauderdale and conference with Ethan Loeb after hearing regarding legal memoranda, proposed findings of fact, and conclusions of law requested by the Court. |
| 08/01/2023 | EPH | 25073 | 7.5 | 340 | 2550 | Attend evidentiary hearing on Plaintiff's Expedited Motion for Preliminary Injunction. |
| 08/01/2023 | EJL | 25073 | 10.5 | 600 | 6300 | Attend preliminary injunction hearing and follow up conversations with Colin Thompson regarding strategy as to proposed findings of fact and conclusions of law. |
| 08/02/2023 | ECT | 25073 | 5.5 | 500 | 2750 | Review McNeill social media posting regarding evidentiary hearing and making disparaging comments and review and revise demand to McNeill to remove and retract, correspondence with opposing counsel regarding same, and conference with Ethan Loeb regarding same (1.7); research for and draft Motion to file under seal as supplemental evidence Ms. McNeill's disparaging social media posts after evidentiary hearing (3.8). |
| 08/02/2023 | EPH | 25073 | 1.6 | 340 | 544 | Strategy conference with Ethan Loeb and Colin Thompson regarding proposed findings of fact and conclusions of law and bench briefs for submittal to Judge (.7); draft proposed findings of fact and conclusions of law (.9). |
| 08/02/2023 | KES | 25073 | 7.2 | 285 | 2052 | Meet and confer with Elliot Haney, Colin Thompson, and Ethan Loeb regarding the preliminary injunction hearing and certain briefs that need to be submitted to the court (1.5) Review bench memo prepared regarding prior breach as a defense (0.7); Conduct necessary legal research regarding the ability to waive statutory employment rights (4.5); Prepare and draft bench brief regarding the exclusion of declarations of former Head Kandy customers (0.5). |
| 08/02/2023 | EJL | 25073 | 1.4 | 600 | 840 | Review latest posting by Ms. McNeill and confer with Mr. Rosenbaum and Mr. Herschmann as to strategy and filing with court (0.4); review and revise motion after conferring with court clerk (0.4); attend strategy meeting with Colin Thompson and Elliot Haney and Kathryn Saienni (0.6). |
| 08/03/2023 | ECT | 25073 | 3.2 | 500 | 1600 | Draft, review and revise Motion for Leave to File Motion for Supplemental Evidence Under Seal (1.6); review and revise Motion to Leave to File Supplemental Evidence and requesting the Court to issue interim relief pending ruling on Motion for Preliminary Injunction (1.2); multiple conferences with Ethan Loeb regarding same (.4). |
| 08/03/2023 | HAW | 25073 | 0.4 | 250 | 100 | Compile exhibits to motion filed under seal for the court to consider supplementary evidence (.4) |
| 08/03/2023 | EJL | 25073 | 0.5 | 600 | 300 | Review and revise motion to file under seal. |
| 08/04/2023 | EPH | 25073 | 1.1 | 340 | 374 | Draft proposed findings of fact and conclusions of law (.7); Strategy conference with Kathryn Saienni regarding brief on admissibility of inconsistent statements (.4). |
| 08/04/2023 | KES | 25073 | 4.2 | 285 | 1197 | Prepare and draft bench brief regarding the exclusions of declarations of former Head Kandy customers (0.9); Conduct necessary legal research regarding the admissibility of form declarations (0.7); Conduct necessary legal research regarding the ability to waive statutory employment rights (2.4). |
| 08/05/2023 | ECT | 25073 | 1 | 500 | 500 | Receive and review McNeill's Opposition to Motion to Seal and research additional case law supporting request to file disparaging posts under seal and conference with Ethan Loeb regarding same. |
| 08/06/2023 | EPH | 25073 | 6.8 | 340 | 2312 | Draft proposed findings of fact and conclusions of law. |
| 08/06/2023 | KES | 25073 | 1.3 | 285 | 370.5 | Prepare and draft bench brief regarding the exclusion of declarations of former Head Kandy customers. |
| 08/06/2023 | EJL | 25073 | 0.4 | 600 | 240 | Review and revise proposed findings of fact and conclusions of law that is due to be filed per Magistrate Strauss's directive. |
| 08/07/2023 | ECT | 25073 | 5.4 | 500 | 2700 | Review, revise, and draft additions to proposed Order on Motion for Preliminary Injunction, including findings of fact and conclusions of law, review transcript of hearing and admitted exhibits for proper and accurate references in proposed Order, conference with Ethan Loeb regarding proposed Order. |
| 08/07/2023 | EPH | 25073 | 4.4 | 340 | 1496 | Research waiver of breach under Florida law (.6); Draft Plaintiff's Memorandum Regarding Prior Material Breach Defense (3.0). |
| 08/07/2023 | EJL | 25073 | 1 | 600 | 600 | Review and revise proposed injunction order and provide same to client. |
| 08/07/2023 | KES | 25073 | 0.7 | 285 | 199.5 | Prepare and draft bench brief regarding the exclusion of declarations of former Head Kandy customers. |
| 08/08/2023 | EPH | 25073 | 1.6 | 340 | 544 | Review and revise bench memorandum regarding admissibility of unreliable declarations. |
| 08/08/2023 | KES | 25073 | 1 | 285 | 285 | Prepare and draft bench brief regarding the exclusions of declarations of former Head Kandy customers (1.0). |
| 08/08/2023 | ECT | 25073 | 4.4 | 500 | 2200 | Additional revisions to proposed Order on Motion for Preliminary Injunction after conferences with Ethan Loeb and finalize same filing (.8); review, revise and draft additional sections of Memorandum regarding inapplicability of the Prior Material Breach Defense (2.5); review, revise, and draft additional sections of Memorandum regarding weight to be given by court to declarations of former customers in light of hearsay nature of statements, which are contradicted by statements they made in response to social media posts by Kayla McNeill (1.1). |
| 08/08/2023 | HAW | 25073 | 0.2 | 250 | 50 | Draft notice of filing power point opening presentation (.2) |
| 08/08/2023 | EJL | 25073 | 1 | 600 | 600 | Review and revise proposed injunction, memorandum on prior breach, and notice of conflicting evidence for McNeill Declaranis (1.0) |
| 08/09/2023 | ECT | 25073 | 0.8 | 500 | 400 | Review and analyze McNeill's Memorandum regarding Prior Material Breach and her Proposed Findings of Fact and Conclusions of Law and conference with Ethan Loeb regarding same. |
| 08/14/2023 | ECT | 25073 | 2 | 500 | 1000 | Conference with Ethan Loeb in preparation for hearing for closing arguments on Motion for Preliminary Injunction and regarding Amex charges, Ms. McNeill's communications regarding obtaining Amex card for business and identify and review charges on Amex for Ms. McNeill's other business ventures (2.0). |
| 08/15/2023 | EJL | 25073 | 2 | 600 | 1200 | Continue to prepare for closing/legal arguments before the court. |
| 08/15/2023 | KES | 25073 | 2.6 | 285 | 741 | Conduct necessary legal research regarding the underlying contracts in cases cited by opposing counsel in their memorandum of law in support of application of the prior breach doctrine (1.3); Conduct necessary legal research regarding the application of Florida Statute 542.335 (1.1). |
| 08/16/2023 | KES | 25073 | 3.3 | 285 | 940.5 | Conduct necessary legal research regarding the underlying contracts in cases cited by opposing counsel in their memorandum of law in support of application of the prior breach doctrine (2.6); Conduct necessary legal research regarding the application of Florida Statute 542.335 (0.7). |
| 08/16/2023 | EJL | 25073 | 2 | 600 | 1200 | Prepare for closing argument (2.0) |
| 08/16/2023 | HAW | 25073 | 0.3 | 250 | 75 | Compile posts by Gina Gazzinga from Whipt Warriors page |

| Date | TK | Matter | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|---|
| 08/17/2023 | EJL | 25073 | 6.5 | 600 | 3900 | Prepare for closing argument on preliminary injunction (4.5); prepare and revise opposition to motion to continue hearing due to opposing counsel's family issues and communicate with Colin Thompson as to same (2.0) |
| 08/17/2023 | ECT | 25073 | 2.6 | 500 | 1300 | Conferences with Ethan Loeb regarding discovery hearing, McNeill's request to postpone final arguments on Preliminary Injunction Hearing and discovery hearing and draft opposition to Defendant's Motion to Continue Hearings (2.6). |
| 08/17/2023 | HAW | 25073 | 0.3 | 250 | 75 | Compile exhibits, finalize, file and serve response in opposition to emergency motion to continue hearing (.3) |
| 08/24/2023 | EPH | 25073 | 3.3 | 340 | 1122 | Prepare for hearing on Head Kandy's Motion for Preliminary Injunction. |
| 08/24/2023 | ECT | 25073 | 6.5 | 500 | 3250 | Review and analyze McNeill's Brief on Prior Breach Defense and proposed findings of fact and conclusions of law to outline any remaining issues about which the Court may inquire and request legal argument during the final hearing (1.5); meeting with Ethan Loeb and research various legal issues and evidentiary support in preparation for final arguments on Motion for Preliminary Injunction (4.6); telephone conference with Jon Rosenbaum regarding Facebook live post by Kayla McNeill discussing lawsuit and upcoming final hearing on Preliminary Injunction and watch portions of live session (.4). |
| 08/24/2023 | EJL | 25073 | 5.1 | 600 | 3060 | Prepare for hearing on preliminary injunction motion (4.8); review video from Kayla McNeill (0.3). |
| 08/25/2023 | ECT | 25073 | 7.2 | 500 | 3600 | Final preparations with Ethan Loeb for and attend final hearing on Motion for Preliminary Injunction. |
| 08/25/2023 | EJL | 25073 | 7.5 | 600 | 4500 | Finalize preparation for and attend hearing on motion of preliminary injunction (7.5); |
| 08/25/2023 | HAW | 25073 | 0.4 | 250 | 100 | Compile materials in advance of hearing on motion for preliminary injunction |
| 09/05/2023 | EPH | 25073 | 0.5 | 340 | 170 | Strategy conference with Ethan Loeb regarding impact of impending order on Motion for Preliminary Injunction. |
| 09/12/2023 | KES | 25073 | 0.6 | 285 | 171 | Review and analyze magistrate's report and recommendation. |
| 09/12/2023 | ECT | 25073 | 1.4 | 500 | 700 | Receive, review and conference with Ethan Loeb regarding Magistrate's Report and Recommendation on Motion for Preliminary Injunction and next steps. |
| 09/12/2023 | EJL | 25073 | 1 | 600 | 600 | Review order on injunction and confer with Eric Herschmann and Jon Rosenbaum as to strategy (separate conversations) (1.0) |
| 09/13/2023 | ECT | 25073 | 2.4 | 500 | 1200 | Review Report and Recommendation regarding bond requirement and draft additional discovery to Ms. McNeill seeking information identified by court relevant to setting amount of bond required |
| 09/13/2023 | KES | 25073 | 2.5 | 285 | 712.5 | Meet and confer with Ethan Loeb regarding the bond issue from the report and recommendation (0.3); Conduct necessary legal research regarding the proper calculation of the bond (2.2). |
| 09/14/2023 | ECT | 25073 | 0.9 | 500 | 450 | Review, revise and draft additional sections of letter to McNeill demanding removal of social media posts and videos that violation preliminary injunction and restrictive covenants of Employment Agreement (.9) |
| 09/14/2023 | KES | 25073 | 2.3 | 285 | 655.5 | Prepare and draft letter to Kayla McNeill's counsel demanding the deletion of videos, posts, and comments in violation of the report and recommendation (1.9); Review judge's report and recommendation in conjunction with drafting the demand letter to Kayla McNeill's counsel (0.4). |
| 09/14/2023 | JAL | 25073 | 0.6 | 290 | 174 | Research enforceability of Report & Recommendations on a preliminary injunction and whether there are consequences for failure to comply before the Report & Recommendation is adopted. |
| 09/15/2023 | ECT | 25073 | 0.2 | 500 | 100 | Revisions to and finalize letter to opposing counsel to confirm compliance with Report and Recommendation on Motion for Preliminary Injunction |
| 09/15/2023 | EJL | 25073 | 0.2 | 600 | 120 | Review letter to Anthony Converse regarding compliance with injunction order and have same delivered (0.2) |
| 09/18/2023 | ECT | 25073 | 1 | 500 | 500 | Conference with Ethan Loeb regarding outstanding discovery requests and ability to enforce Report and Recommendation on Motion for Preliminary Injunction and review research regarding same. |
| 09/19/2023 | JAL | 25073 | 1.2 | 290 | 348 | Conduct additional research re enforceability of R&R and update team on findings. |
| 09/20/2023 | SMM | 25073 | 0.3 | 325 | 97.5 | Communicate and confer with Jalen LaRubbio and Colin Thompson regarding Head Kandy motion for permanent injunctive relief. |
| 09/20/2023 | EJL | 25073 | 2.3 | 600 | 1380 | Attend extended call with opposing counsel regarding settlement and discovery related issues. |
| 09/20/2023 | ECT | 25073 | 3.2 | 500 | 1600 | Conferences with Ethan Loeb and Jalen LaRubbio, and brief research regarding, Motion for Temporary Restraining Order and Motion for Expedited Consideration of same while the parties await the District Court's Oder on the Report and Recommendation recommending granting the Preliminary Injunction (1.0); extended Zoom conference with opposing counsel regarding potential settlement, requirements of the court's report and recommendation on Motion for Preliminary Injunction and regarding McNeill's objections and responses to discovery requests (2.3) |
| 09/20/2023 | JAL | 25073 | 7 | 290 | 2030 | Review previous outline/draft of TRO motion and discuss strategy with Colin Thompson (.5); conduct research and draft motion for expedited TRO (6.5). |
| 09/21/2023 | KES | 25073 | 1 | 285 | 285 | Meet and confer with Ethan Loeb and Elliot Haney regarding the procurement of affidavits from previous Head Kandy employees (0.3); Call with former Head Kandy employee, Nicole Cook (0.7). |
| 09/22/2023 | JAL | 25073 | 1.1 | 290 | 319 | Search for cases and other legal support for the idea that continued online presence of offending statements would violate the anticipated injunction, and update team on findings. |
| 09/25/2023 | JAL | 25073 | 4.4 | 290 | 1276 | Discuss draft TRO motion, necessary edits, and case strategy with Colin Thompson (.2); edit draft of TRO motion to correct factual background, and conduct additional research and bolster argument that the defendant should be required to remove existing violative posts (4.2). |
| 09/26/2023 | ECT | 25073 | 2.8 | 500 | 1400 | Revisions to and draft additional sections of Motion to Temporary Injunction and alternatively for inclusion in response to McNeill's anticipated Objections to Magistrate's Report and Recommendations on Motion for Preliminary Injunction. |
| 09/26/2023 | JAL | 25073 | 0.3 | 290 | 87 | Review Colin Thompson's changes to TRO motion. |
| 09/27/2023 | EJL | 25073 | 0.7 | 600 | 420 | Review objections to report and recommendation and confer with Colin Thompson. |
| 09/27/2023 | JAL | 25073 | 1 | 290 | 290 | Review defendant's objections to Report & Recommendation (.8); research district court's standard of review for objections to Report & Recommendation (.2) |
| 09/28/2023 | ECT | 25073 | 0.6 | 500 | 300 | Conference with Jalen LaRubbio regarding response to McNeill's objections to Magistrate's Report and Recommendations on Motion for Preliminary Injunction and directions regarding same and incorporation of arguments from Motion for TRO into Response. |
| 09/28/2023 | JAL | 25073 | 0.9 | 290 | 261 | Annotate defendant's objections to Report & Recommendation (.4); discuss response to objections to Report & Recommendation with Colin Thompson (.3); research deadline and page limit on response to objections to Report & Recommendation under Local Rules (.2). |
| 09/29/2023 | EJL | 25073 | 0.2 | 600 | 120 | Review and respond to email from Jerome Falic regarding status and issues with Kayla McNeill objection to court order and injunction. |
| 09/29/2023 | JAL | 25073 | 4.5 | 290 | 1305 | Research and draft response to defendant's objections to Report & Recommendations (4.3); discuss strategy regarding same with Colin Thompson (.2) |

| Date | Atty | | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|---|
| 09/30/2023 | EJL | 25073 | 0.2 | 600 | 120 | Conference with Jon Rosenbaum regarding status of lawsuit and McNeil injunction objections. |
| 10/01/2023 | JAL | 25073 | 2 | 290 | 580 | Research and draft response to defendant's objections to Report & Recommendations. |
| 10/02/2023 | JAL | 25073 | 7.2 | 290 | 2088 | Research and draft response to defendant's objections to Report & Recommendations, |
| 10/03/2023 | JAL | 25073 | 4 | 290 | 1160 | Research and draft response to defendant's objections to Report & Recommendation (3.8); discuss same with Colin Thompson (.2). |
| 10/04/2023 | ECT | 25073 | 3.6 | 500 | 1800 | Review and revise and finalize for filing Response to Defendant's Objections to Magistrate's Report and Recommendations (3.1); review and revise proposed Order on Motion for Preliminary Objection for District Court Judge to adopt findings of magistrate and enjoin McNeill (.5) |
| 10/04/2023 | EJL | 25073 | 1.4 | 600 | 840 | review and finalize Head Kandy opposition to R&R objections filed by Kayla McNeill |
| 10/04/2023 | JAL | 25073 | 4.1 | 290 | 1189 | Review Colin Thompson changes to response to objections to Report & Recommendation (.3); discuss proposed order and draft response with Colin Thompson (1.0); research requirements and draft proposed order (2.8). |
| 10/16/2023 | ECT | 25073 | 0.9 | 500 | 450 | Correspondence with Ethan Loeb Jalen LaRubbio regarding supplemental briefing on bond amount as requested by the court and previous discovery requests sent by Head Kandy to obtain evidence necessary for court to determine bond amount to which McNeil objected and outline argument for briefing. |
| 10/17/2023 | ECT | 25073 | 3.7 | 500 | 1850 | Preparation for and attend Zoom conference with opposing counsel to meet and confer regarding bond and McNeil's outstanding discovery violations as required by Court Order, including identification of missing text messages to aid in discussion and follow up email correspondence with opposing counsel after meet and confer (2.4); conferences with Jalen LaRubbio regarding and providing direction for drafting supplemental memorandum on bond amount requested by the court and review research and documents regarding same (1.3). |
| 10/17/2023 | EJL | 25073 | 0.2 | 600 | 120 | Conference with Colin Thompson regarding meeting with Antonio Converse (counsel for McNeill) regarding court order on bond discussion. |
| 10/17/2023 | JAL | 25073 | 6.8 | 290 | 1972 | Research and draft brief on amount of preliminary injunction bond (5.3); participate in call with opposing counsel re amount of bond (1.0); discuss bond briefing and call with ECT (.5). |
| 10/18/2023 | KES | 25073 | 0.3 | 285 | 85.5 | Review Kayla McNeill's Facebook videos to support Head Kandy's briefing regarding the bond amount. |
| 10/18/2023 | ECT | 25073 | 0.3 | 500 | 150 | Review McNeil social media posting regarding revenue from WhipiCo to use in supporting supplemental memorandum in support of no or nominal bond to secure preliminary injunction. |
| 10/18/2023 | JAL | 25073 | 1.7 | 290 | 493 | Finalize draft brief on amount of preliminary injunction bond. |
| 10/19/2023 | ECT | 25073 | 1.3 | 500 | 650 | Zoom conference with opposing counsel to continue court ordered meet and confer regarding bond issue and McNeil's failure to produce text messages and follow up correspondence to document discussion. |
| 10/19/2023 | EJL | 25073 | 1.2 | 600 | 720 | Attend call with Colin Thompson and Antonio Converse (counsel for McNeill) regarding bond issue and discovery related matters per the court's orders.  (0.7); conference with Colin Thompson as to same (0.5). |
| 10/19/2023 | JAL | 25073 | 3.8 | 290 | 1102 | Participate in second conferral with opposing counsel re bond issue and discuss same with Ethan Loeb and Colin Thompson (1.5); update Ethan Loeb via email on bond/discovery issues status (.2); revise draft of bond briefing and send to Colin Thompson (2.1). |
| 10/20/2023 | ECT | 25073 | 3.1 | 500 | 1550 | Correspondence with opposing counsel regarding McNeil's objection to producing additional evidence to prove amount of bond requirement and agreement not to attempt to introduce into the record any additional evidence (.6); review, revise and finalize Supplemental briefing on amount of bond as required by the Court (2.5). |
| 10/23/2023 | JAL | 25073 | 1.1 | 290 | 319 | Find cases discussing difficulty of obtaining injunction (1.1) |
| **TOTAL** | | | **565.6** | | **$ 234,786.50** | |

# APPENDIX B







⇦ Back

# E. Colin Thompson

Partner

ColinT@blhtlaw.com

(813) 223-3888

## Areas of Practice:

Complex Business Litigation

Colin Thompson partners with and counsels clients through all stages of disputes: working to efficiently avoid and resolve disputes pre-suit; trying to judges and juries those disputes that cannot be otherwise resolved; and, presenting, defending against, and arguing appeals. Disputes he works to help his clients resolve routinely involve breaches of contract, property rights, construction defects, real estate transactions, franchise issues, and other matters. Colin's practice also includes defending companies against putative consumer and employee class actions involving claims of deceptive and unfair trade practices, statutory violations, product liability, and mass torts.

Colin is an experienced and effective trial attorney.  He came to Bartlett, Loeb, Hinds & Thompson after practicing for over 12 years in the Tampa

and Miami offices of one of the largest law firms in the world, of which he served as the Litigation Training Partner for the Florida offices. He has first-chaired significant jury and non-jury trials, represented clients in arbitration hearings, and represented clients in and argued appeals before Florida district courts of appeal and the United States Eleventh Circuit Court of Appeals. Colin's jury-trial experience includes a variety of complex business disputes and consumer class actions. At the appellate level, Colin has obtained for clients affirmance of trial court orders and verdicts, and reversals of trial court class certification orders. Appellate decisions he helped his clients obtain have clarified and placed limits on class claims asserted under the Florida Deceptive and Unfair Trade Practices Act and have been cited by commentators, litigants and courts throughout the country in support of tighter bounds on claims brought under states' "Little FTC Acts."

## Education

University of Florida Levin College of Law, J.D. 2003 (cum laude)

University of Florida Fisher School of Accounting, M.S. 2003

University of Florida, B.S., (Accounting) B.S. 1999

University of Florida Hall of Fame (Class of 2003)

Florida Blue Key, President, Fall, 2002

Florida Blue Key Treasurer, Spring, 2002

## Bar + Court Admissions

Florida

United States Court of Appeals for the Eleventh Circuit

United States District Court for the Middle District of Florida

United States District Court for the Southern District of Florida

United States District Court for the Northern District of Florida

United States Bankruptcy Court for the Middle District of Florida

## Awards + Recognitions

Colin has been rated AV-Preeminent, the highest rating attainable, by the Martindale-Hubbell Law Directory. In reviewing him, clients describe Colin as a "hard-working, ethical, cost-conscience litigator" who "works relentlessly on your behalf."

## Professional Memberships

- American Bar Association
  - Co-Chair, Emerging Issues Subgroup of the Class Action and Derivative Suits Committee (2015-present)
  - Co-Chair, Web Editors Subgroup of the Class Action and Derivative Suits Committee (2015-present)
- The Florida Bar
- Hillsborough County Bar Association Young Lawyers Division
- James Maddison Institute, Tampa Bay Board of Advisors (2015-present)

## Publications

- Author, "Sixth Circuit Approves Certification of Classes to Pursue Plaintiffs' 'Snake Oil' Theory of Liability," News and Developments, Class Actions & Derivative Suits Committee website, a publication of the American Bar Association, Section of Litigation (September 21, 2015)
- Author, "Seventh Circuit Rejects Third Circuit's 'Heightened' Ascertainability Analysis," News and Developments, Class Actions & Derivative Suits Committee website, a publication of the American Bar Association, Section of Litigation (August 18, 2015)
- Author, "The Circuits Clash Over Class Action Ascertainbility," Law 360.com (August 7, 2015)
- Author, "Eleventh Circuit Rules in Karhu v. Vital Pharmaceuticals," News and Developments, Class Actions & Derivative Suits Committee website, a publication of the American Bar Association, Section of Litigation (July 17, 2015)
- Author, "Eleventh Circuit Doesn't Coral Small-Dollar Class Actions," com (Expert Analysis, June 24, 2015)
- Co-author, "After Concepcion, Is Your 'New' Arbitration Agreement Still Enforceable?" Class Actions & Derivative Suits

Newsletter (Winter 2015, Vol. 25, No. 2), a publication of the
American Bar Association, Section of Litigation (with Amy Reagan)

- Co-author, "Recent Developments Affecting Corporate Counsel,"
Tort Trial and Insurance Practice Law Journal (Fall 2010)

## Presentations + Seminars

- Faculty Presenter: "Hit Me Again!" It's Class Actions 21, I mean 2-0-1,
Discovery in Class Actions, American Bar Association 20th Annual
National Institute on Class Actions (October 2016).

- Visiting Instructor, "Impact Litigation, Class Action and Social
Change", Universidad Panamericana, Mexico City, Mexico
(November 2015)

- Presenter, "Post-Concepcion Developments in the Enforcement of
Arbitration and Class Waiver Provisions," Bridgeport National Class
Action Conference, Miami, Florida, February 6, 2015

- Visiting Instructor, "Impact Litigation, Class Action and Social
Change", Universidad Panamericana, Mexico City, Mexico
(November 2014)

- Visiting Instructor, "Impact Litigation, Class Action, and Social
Change", Tecnológico de Monterrey, Mexico City, Mexico (November
2014)

## Select Past Cases + Decisions

- Porsche Cars North America, Inc. v. Diamond et al., 140 So. 3d 1090
(Fla. 3d DCA 2014), review denied by, 2014 WL 7005011 (Fla. 2014)
(decertifying class seeking to assert claims for violation of the
Florida Deceptive and Unfair Trade Practices Act and Unjust
Enrichment)

- The city of St. Petersburg v. Total Containment, Inc., et al., 2010. 265
F.R.D. 630 (S.D. Fla. 2010) (denying plaintiffs' motion to certify
classes seeking over $5 billion in damages)

- Kia Motors America Corp. v. Butler, 985 So. 2d 1133 (Fla. 3d DCA
2008), review denied by, 999 So.2d 644 (Fla. Dec 16, 2008)

(decertifying class seeking to assert claims for violation of the Florida Deceptive and Unfair Trade Practices Act)

- Castellanos v. Pfizer, Inc., et al., Case No. 07-60646-CIV, 2008 WL 2323876 (S.D. Fla. 2008) (dismissing RICO and conspiracy claims)



## BARTLETT LOEB
#### HINDS THOMPSON & ANGELOS

We are trial lawyers who practice successfully in a variety of areas, with a primary focus on complex business litigation. Other prominent practice areas include eminent domain, real property and land use litigation, appellate, class actions, intellectual property, and the exposure of government overreach and corruption.

## Contact Us

100 North Tampa St
Suite 2050
Tampa, FL 33602
P 813-223-3888
F 813-228-6422
info@blhtlaw.com
~
819 SW Federal Highway
Suite 300
Stuart, FL 34994
P (772) 252-3000

## Quick Links

ABOUT

PRACTICE AREAS

ATTORNEYS

NOTABLE VICTORIES

APOLOGIES DEMANDED

ANNOUNCEMENTS

NEWS

CONTACT

Copyright © 2024 BARTLETT, LOEB, HINDS,THOMPSON & ANGELOS, PLLC | Website by Playbook Public Relations





# Ethan J. Loeb

⇦ Back

Partner

EthanL@blhtlaw.com

(813) 223-3888



## Areas of Practice:

Complex Business Litigation

## Education

Stetson University College of Law, J.D., 2003

University of South Florida, B.S. (Business Administration), 2000

## Bar + Court Admissions

Florida

U.S. District Courts, Middle, Northern and Southern Districts of Florida

U.S. Court of Appeals, 11th Circuit

## Awards + Recognitions

Stetson Law Review, Recent Developments Editor

Florida Bar's City, County and Local Government Law Section Student Award, 2003

Stetson Law Review, Outstanding Associate Award, 2002

William F. Blews Pro Bono Service Award, 2003

Award of Distinction for Research Assistant, 2003

Cecil C. and Augusta M. Bailey Endowed Scholarship Fund Recipient

Super Lawyer Rising Star. 2011, 2013 – 2017

2020 Lawyer of the Year – Litigation – Tampa (as published in Best Lawyers)

## Publications + Speeches

Recent Developments, Barley v. South Florida Water Management District, 32 STETSON LAW REVIEW 561 (2003)

Recent Developments, SMM Properties, Incorporated v. City of North Lauderdale, 31 STETSON LAW REVIEW 509 (2002)

## Notable Cases

DecisionHR USA, Inc. v. William Mills, III, et al, 341 So.3d 448 (Fla. 2d DCA 2022).

Toucan Partners, LLC v. Hernando County,  2014 WL 3036937 (11th Cir. 2014)

State of Florida v. Florida Gas Transmission Company, LLC, 126 So. 3d 1095 (Fla. 4th DCA 2012)

Schwarz v. City of Treasure Island, 544 F.3d 1201 (11th Cir. 2008)

Morrispring Natural Water Corp. v. Levy County, 978 So. 2d 162 (Fla. 1st DCA 2008)

Matthews et al. v. City of Maitland, 923 So. 2d 591 (Fla. 5th DCA 2006)

Maggy Hurchalla v. Lake Point Phase I, LLC and

Lake Point Phase II, LLC, 278 So.3d 58 (Fla 4th DCA 2019)

Florida Gas Transmission Company, LLC v. Johnson, 264 So. 3d 336 (Fla 1st

DCA 2019)

Maggy Hurchalla et. al. v. Homeowners Choice Property and Casualty Insurance Company Inc, 281 So. 3d 510 (Fla 4th DCA 2019)

## Verdicts and Settlements

2022. Successful recovery (pre-suit) on behalf of victim of employment and gender discrimination by City of Tampa Councilman Orlando Gudes. Before initiating litigation, obtained maximum amount under Florida Sovereign Immunity Statute and signed apology letter from City of Tampa's Mayor, Ms. Jane Castor.

2022. Lead counsel on successful appeal involving case of first impression under Florida's APEX doctrine in corporate context. In response to the recent amendment by the Florida Supreme Court, obtain a favorable appellate decision outlining the factors necessary to engage in deposition discovery of high-ranking corporate officers.

2022. Successful resolution of Public Records Dispute with Former City of Tampa Councilman John Dingfelder. After initiating litigation against Mr. Dingfelder, the case settled resulting in Mr. Dingfelder's official resignation from public office as a City Councilman and the issuance of a signed apology letter for engaging in behavior contrary to the Florida Public Records Act.

2022. $25,000,000 settlement on behalf of national multi-family owner against private country club for engaging in malicious prosecution in a civil action.

2020. Successful class action defense (on merits and class certification) in Louisiana on behalf of financial services company.  In addition to successful defense of claims, obtained a public apology letter from the Southern Poverty Law Center for initiating litigation against the Firm's client.

2019. $425,000 recovery against the City of Tampa for unlawful discrimination under the Fair Housing Act.

2018. $4,400,000 jury verdict on behalf of mining business against the environmental activist, Maggy Hurchalla. Affirmed on appeal.

2018. Final judgment following a week-long trial in favor of International supplement manufacturer on federal and state trademark infringement claims, tortious interference claims, and Deceptive and Unfair Trade Practice claims. Successful finding on counterclaim for the deceptive practice of medicine.

2017. Final judgment in favor of company against Martin County for violating the Florida Public Records Act. Three county commissioners were subsequently indicted by a grand jury for violating public records laws.

2016. Successful arbitration resulting in entry of final judgment on behalf of Pinellas County business declaring ownership rights to the private beach against the State of Florida's Trustees of the Internal Improvement Trust Fund.

2015. $750,000 recovery (zoning entitlements and damages) on behalf of sober living residence against City of Bunnell for discrimination claims in the United States District Court under the federal Fair Housing Act.

2014. $3,500,000 recovery ($2,400,000 cash and $1,100,000 in development entitlements) following jury verdict on behalf of rehabilitation facility against local government for intentional discrimination under Federal Fair Housing Act.

2014. $10,418,000 state court jury verdict on behalf of landowner against the State of Florida Department of Environmental Protection.

2013. $18,500,000 recovery on behalf of natural gas company against the State of Florida.

2013. Federal court jury verdict finding intentional discrimination against Hernando County under Federal Fair Housing Act.

2012. $475,000 recovery on behalf of local medical clinic against billing company for breach of contract.

2011. $82,697,567 state court jury verdict on behalf of natural gas company against the state of Florida. Verdict affirmed on appeal.

2010. $3,725,000 settlement following a federal jury verdict on behalf of alcohol rehabilitation clinic against the City of Treasure Island.

2009. $110,000 total recovery following a state court jury verdict for wrongful demolition of home by City of Tampa.

2008. Successful defense of approximately $50,000,000 vested rights and taking claim following a four day trial on behalf of Northern Florida local government.



## BARTLETT LOEB
### HINDS THOMPSON & ANGELOS

We are trial lawyers who practice successfully in a variety of areas, with a primary focus on complex business litigation. Other prominent practice areas include eminent domain, real property and land use litigation, appellate, class actions, intellectual property, and the exposure of government overreach and corruption.

## Contact Us

100 North Tampa St
Suite 2050
Tampa, FL 33602

## Quick Links

ABOUT

P 813-223-3888

F 813-228-6422

info@blhtlaw.com

~

819 SW Federal Highway

Suite 300

Stuart, FL 34994

P (772) 252-3000

PRACTICE AREAS

ATTORNEYS

NOTABLE VICTORIES

APOLOGIES DEMANDED

ANNOUNCEMENTS

NEWS

CONTACT

Copyright © 2024 BARTLETT, LOEB, HINDS,THOMPSON & ANGELOS, PLLC | Website by Playbook Public Relations

# Elliot Parker Haney

(407) 756-3004 • ehaney14@gmail.com

## Legal Experience

**Bartlett, Loeb, Hinds, Thompson & Angelos** – Tampa, FL          April 2021-Present
*Associate Attorney*
Manage and oversee case load for boutique commercial litigation firm handling high-stakes litigation for commercial clients. Daily tasks include drafting motions, taking depositions of fact and expert witnesses, arguing hearings on dispositive and non-dispositive motions, preparing fact and expert witnesses for deposition and trial, communicating with clients and opposing counsel, preparing trial materials, and overseeing the implementation of case strategy. Appeared as counsel in evidentiary proceedings before federal, state and administrative courts, prepared legal briefs for various state appellate courts and the Florida Supreme Court, and has significant experience preparing for and attending trial in state and administrative courts as legal support.

**Cotney Attorneys & Consultants –** Tampa, FL          August 2019-April 2021
*Associate Attorney*
(Previously: *Summer Associate*, May 2018-August 2018)
Associate attorney in nationally recognized law firm focusing on labor, employment and complex commercial litigation. Manage high-volume case load in state court, federal court, and institutional arbitration, independently deposing fact and expert witnesses, drafting and arguing dispositive motions, negotiating settlement and conducting overall litigation strategy.

**Rebein Brothers PA**, Tampa, FL          May 2017-August 2017
*Law Clerk*

**The Rivas Law Firm**, Winter Park, FL          May 2016-August 2016
*Legal Case Manager*

**The Umansky Law Firm**, Orlando, FL          May 2015-August 2015
*Runner/Legal Assistant*

## Education

**University of Florida Levin College of Law**, Gainesville, FL          May 2019
*Juris Doctor* (GPA: 3.49; Class Rank: 72 of 330; Top 25%)
- Deans List (Fall 2016, Spring 2017, Spring 2018, Fall 2018)
- Book Award: International Commercial Arbitration (Fall 2018)
- Journal of Law & Public Policy, General Editor
- International Commercial Arbitration Moot Court Team
  - *2019 Moot Shanghai – Best Team; Honorable Mention Best Oralist*
  - *2019 Willem C. Vis International Commercial Arbitration Competition (Hong Kong, SAR) – Second Runner-up Best Oralist*

**Florida State University**, Tallahassee, FL          May 2016
*Bachelor of Science in Political Science and Philosophy*
- Deans List (Spring 2015, Spring 2016)
- Political Columnist, *The Odyssey: FSU* and *The Odyssey National*

## Memberships and Admissions

Florida State Bar (2019)
U.S. District Court for the Northern District of Florida
U.S. District Court for the Middle District of Florida
U.S. District Court for the Southern District of Florida

## Recorded Decisions

*Godwin v. Michelini*, 371 So. 3d 973 (Fla. 2d DCA 2023)
*Gay v. Jupiter Island Compound, LLC*, 358 So. 3d 780 (Fla. 4th DCA 2023)
*Testa v. Town of Jupiter Island*, 360 So. 3d 722 (Fla. 4th DCA 2023)
*Geddes v. Jupiter Island Compound, LLC*, 341 So. 3d 353 (Fla. 4th DCA 2022)

**KATHRYN SAIENNI**
798 46th Avenue North, Saint Petersburg, FL 33703
(941) 400-3489 ksaienni@law.stetson.edu

---

**EDUCATION**

**Stetson University College of Law**, Gulfport, Florida

Juris Doctor, *cum laude*                                                                                      May 2022

| | |
|---|---|
| GPA: | 3.535      Rank: 31/239 (Top 13.5%) |
| Honors: | Dean's List and Honor Roll, all eligible semesters; Highest Grade Designation, Research and Writing I and Trial Advocacy; Darby Dickerson SLAAC Scholarship; Judge John M. Scheb Scholarship; James C. Hauser Memorial Scholarship; Stetson Lawyers Association Scholarship, Order of the Scribes Award, Victor O. Wehle Award in Trial Advocacy |
| Activities: | *Stetson Law Review*, Articles & Symposia Editor; Teaching Assistant, Research and Writing I & II; Phi Delta Phi; Florida Association for Women Lawyers, Stetson Law Chapter; Local Government Clinic |

**University of Tampa**, Tampa, Florida

Bachelor of Arts, *cum laude*, Musical Theatre                                                               May 2014

| | |
|---|---|
| GPA: | 3.57 |
| Honors: | Department of Speech, Theatre, and Dance Scholarship Award; Dean's Scholarship Award; Kennedy Center American College Theatre Festival Scholarship Nominee |
| Activities: | Alpha Psi Omega, Women's Glee Club, Participation in the Theatre and Dance Programs |

**EXPERIENCE**

**United States District Court for the Middle District of Florida**, Fort Myers, Florida                April 2024–Present

Judicial Law Clerk
- o   Conduct legal research regarding civil issues and prepare draft orders.

**Bartlett Loeb Hinds & Thompson**, Tampa, Florida                                          December 2022–January 2024

Associate Attorney
- o   Drafted and prepared pre-trial motions, briefs, and discovery for complex, high stakes civil cases focusing on commercial, eminent domain, real estate, land use, intellectual property, and class action litigation.
- o   Conducted document review for discovery purposes.

**Bryant Miller Olive**, Tampa, Florida                                                         October 2022–November 2022

Associate Attorney
- o   Served as general counsel and represented local municipalities in various litigation.

**City of Saint Petersburg**, St. Petersburg, Florida                                           January 2022–March 2022

Certified Legal Intern
- o   Conducted legal research, assisted with litigation matters, observed judicial proceedings, and drafted legal documents.

**Bartlett Loeb Hinds & Thompson**, Tampa, Florida                                              May 2020–March 2022

Law Clerk
- o   Conducted legal research for complex, high-stakes civil cases focusing on commercial, eminent domain, real estate, land use, intellectual property, and class action litigation.
- o   Drafted and prepared motions, briefs, and inter-office memorandums of law.

**United States District Court for the Middle District of Florida**, Tampa, Florida                January 2021–April 2021

Judicial Intern to Magistrate Judge Sean P. Flynn
- o   Conducted legal research regarding civil issues, drafted and prepared orders, and observed judicial proceedings.

**Easterseals Florida**, Tampa, Florida                                                        November 2018–July 2019

Development Assistant
- o   Planned and executed a fundraising event that raised over $145,000.

**COMMUNITY**

**Gulfcoast Legal Services**, St. Petersburg, Florida                                         August 2020–November 2020

Student Volunteer

# JALEN A. LaRUBBIO

(386) 451-9264 | jalarubbio@gmail.com

## CLERKSHIP

**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA,** Pensacola, FL                August 2021 to August 2023
*Law Clerk to the Honorable T. Kent Wetherell, II*
Draft opinions and orders at all stages of a variety of complex civil matters, including antitrust, breach of contract, insurance, trademark and copyright infringement, restrictive covenant and trade secret, labor and employment, business tort, and civil rights cases.  Prepare for civil and criminal trials.  Author bench memos concerning loss causation in a securities fraud suit and the contractual rights of parties following a merger in preparation for Judge Wetherell's sitting by designation on the Eleventh Circuit.

## LEGAL EXPERIENCE

**BARTLETT LOEB HINDS THOMPSON & ANGELOS,** Tampa, FL                August 2023 to present
*Associate Attorney*
Litigate cases for boutique commercial litigation firm handling high-stakes matters.  Draft pleadings, discovery requests and responses, motions, and trial and appellate briefs; prepare trial and hearing materials; communicate with clients and opposing counsel; prepare for and attend trials and hearings as legal support; and participate in formulation of case strategy.

**U.S. DEPARTMENT OF JUSTICE,** Washington, DC                Spring 2021
*Legal Intern*, National Courts Section

**U.S. CONSUMER PRODUCT SAFETY COMMISSION,** Bethesda, MD                Summer & Fall 2020
*Legal Intern*, Division of Enforcement and Litigation

**U.S. DISTRICT COURT FOR THE DISTRICT OF MARYLAND,** Greenbelt, MD                Fall 2019
*Judicial Intern to the Honorable Paul W. Grimm*

**U.S. DEPARTMENT OF VETERANS AFFAIRS,** Washington, DC                Summer 2019
*Legal Intern*, Office of General Counsel

## EDUCATION

**THE GEORGE WASHINGTON UNIVERSITY LAW SCHOOL,** Washington, DC                May 2021
J.D., *with honors* (GPA: 3.661; class rank: 97/547, top 18%)
*Journal:*          *The George Washington Law Review*, Managing Editor
*Activities:*       Alternative Dispute Resolution Board
                  Research Assistant to Professor Michael Abramowicz
                  Entertainment & Sports Law Association
                  Tutoring (Property)

**UNIVERSITY OF SOUTH FLORIDA,** Tampa, FL                May 2018
B.A., Economics and Political Science
Honors College

## PUBLICATIONS

Essay, *Permissible Derogation: The Common Law and Agency Interpretations Under* Chevron, 89 Geo. Wash. L. Rev. 1261 (2021).

## MEMBERSHIPS AND ADMISSIONS

New York State Bar (2022)
Florida State Bar (2022)
U.S. District Court for the Middle District of Florida
U.S. District Court for the Southern District of Florida

# APPENDIX C

**From:** E. Colin Thompson <ColinT@blhtlaw.com>
**Sent:** Thursday, April 25, 2024 10:07 AM
**To:** Zemel, Franklin L. <franklin.zemel@saul.com>
**Cc:** Ethan J. Loeb <EthanL@blhtlaw.com>; Heather A. Wilfong <heatherw@blhtlaw.com>
**Subject:** Head Kandy- Billing Judgment

**\*\*EXTERNAL EMAIL\*\* - This message originates from outside our Firm. Please consider carefully before responding or clicking links/attachments.**

Franklin:

During our call on April 17, 2024, you asked me whether and to what extent the firm has written off or reduced fees billed to Head Kandy and whether and to what extent billable work was not billed to Head Kandy.  I have now had the opportunity to review "pre-bills" and the bills submitted and paid by Head Kandy and offer the following:

1.      All time entered by individual timekeepers for work on the Head Kandy matter is reviewed prior to including any time on the monthly bill.  We routinely "write down" or write off"  time entries using our billing judgment.   I have reviewed the firm's records for the relevant time period, June through October 2023, and confirmed the following amount of time worked by firm timekeepers was "written down" or "written off" and, therefore, not charged to Head Kandy:


June- 3.8 hours
July- 19.4 hours
August- 29.3 hours
September- 1.1 hours
October- .2 hours
 TOTAL- **53.8 hours worked, but not charged to Head Kandy for June – October, 2024**.

2.      The "write down" and "write offs" for July and August include 10.3 hours of time for Elliot Haney, one of three attorneys who attended the Evidentiary Hearing on August 1, 2023.  That time consisted of 2.8 hours Mr. Haney spent preparing exhibits and documents for the hearing on July 31, 2023, and 7.5 hours attending the hearing on August 1, 2023.  We used our billing judgment so Head Kandy would be charged for only two attorneys for the August 1, 2023, hearing, not for all three attorneys who appeared for Head Kandy at the hearing.

3.      The July 2023 also includes a $15,230.32 "Courtesy Discount."  That discount was provided to account for inefficiencies that likely resulted from the last-minute necessary cancellation of the evidentiary hearing as originally set.  The cancellation was required due to Head Kandy's lead counsel, Ethan Loeb, testing positive for COVID the day before the originally scheduled hearing.

4.      In reviewing all "write downs" and "write offs" as you requested, I realized the original billing entries we provided to you included as a charge Elliott Haney's 10.3 hours on 7/31 and 8/1.  That is because the write off of that amount was done after entry of the time into the billing system.  I have attached to this e-mail a revised printout of our time that now properly shows "N/C" for Elliot Haney on 7/31 and 8/1.  The net effect was to reduce the total of the attorneys' fees billed to Head Kandy for June through October, 2023, from $234,785.50 to $230,999.50.


E. Colin Thompson
Bartlett, Loeb, Hinds, Thompson & Angelos
100 North Tampa Street, Suite 2050
Tampa, FL 33602
Main: 813.223.3888
Direct: 813.865.1366
Fax: 813.228.6422
ColinT@BLHTlaw.com
Legal Assistant: Kerri Rick
KerriR@BLHTlaw.com
www.BLHTlaw.com



Colin Thompson
Bartlett Loeb Hinds Thompson & Angelos
100 N. Tampa St., Suite 2050
Tampa, Fl. 33062
Direct: (813) 865-1366

Sent from my iPad

# APPENDIX D

| Entry Date | Timekeeper | Matter | Hours | Rate | Amount | Narrative |
|---|---|---|---|---|---|---|
| 06/21/2023 | EPH | 25073 | 1.3 | 340 | 442 | Review and analyze McNeill's Response in Opposition to Motion for Preliminary Injunction for purposes of drafting Reply in Support of Motion for Preliminary Injunction (1.0); Strategy conference with Colin Thompson regarding Reply in Support of Motion for Preliminary Injunction (.3). |
| 06/21/2023 | KES | 25073 | 4.5 | 285 | 1282.5 | Meet and confer with Colin Thompson regarding upcoming preliminary injunction hearing (0.4); Conduct necessary legal research regarding the admissibility of social media comments and posts in the context of hearsay exceptions (2.9); Conduct necessary legal research regarding the authentication of posts and comments made on social media (1.2) |
| 06/21/2023 | HAW | 25073 | 0.9 | 250 | 225 | Compile evidence and preparation of for June 28th evidentiary hearing (.9) |
| 06/22/2023 | EJL | 25073 | 1 | 600 | 600 | Conference with Colin Thompson regarding issues identified in McNeill opposition to injunction, including First Breach defense and other contractual arguments. |
| 06/22/2023 | ECT | 25073 | 7.5 | 500 | 3750 | Receive and review McNeill's Opposition to Motion for Preliminary Inunction and exhibits attached thereto and conferences with Ethan Loeb and Mr. Rosenbaum regarding same (1.9); review case law cited in McNeill's Opposition and direct legal research for Reply to Opposition (1.1); review legal research regarding authentication of Facebook comments and posts (.5); e-mail and telephone correspondence with opposing counsel regarding potential stipulations as to admissibility of certain evidence at hearing on Motion for Preliminary Injunction (.8); initial review of list of social media videos to be relied on at evidentiary hearing and cull from same (.8); review legal research to rebut McNeill's argument she is not bound by restrictive covenants due to Head Kandy's alleged prior material breaches of agreement (.5); identification of non-video posts to be added to exhibit list for use at evidentiary hearing (.8); draft working exhibit list (1.1). |
| 06/22/2023 | EPH | 25073 | 6.3 | 340 | 2142 | Research caselaw cited by McNeill in Response in Opposition to Motion for Preliminary Injunction and analyze distinguishing factors for purposes of drafting Reply in Support of Motion for Preliminary Injunction (2.6); Research enforceability of no-contest provision in employment agreement (1.3); Research procedure to consider prior breach in motion for preliminary injunction (.6); Research rebuttable presumption of irreparable harm utilized by federal courts (.7); Research caselaw related to legitimate business interests protected by restrictive covenants (1.1). |
| 06/22/2023 | KES | 25073 | 4.3 | 285 | 1225.5 | Meet and confer with Colin Thompson regarding upcoming preliminary injunction hearing (0.3); Conduct necessary legal research regarding the admissibility of social media comments and posts in the context of hearsay exceptions (1.2); Prepare power point presentation comparing Head Kandy products with those marketed by Kayla McNeill  (2.8) |
| 06/22/2023 | HAW | 25073 | 3.5 | 250 | 875 | Compilation of comments to social media posts (2.5); draft notice of filing and intent to use summaries (.2); preparation for evidentiary hearing (.5); prepare witness and exhibit list (.3) |
| 06/23/2023 | ECT | 25073 | 8.6 | 500 | 4300 | Review and revise Notice of Intent to Use Summaries of Facebook and TikTok comments and review compiled summaries for service on opposing counsel (.8); review and edit cuts of Facebook and TikTok videos for use at evidentiary hearing (2.4); identification of additional comments from customers stating they will no longer purchase HK products after specific social media posts and telephone and email correspondence with Ms. McDermaid regarding additional customer and sales data needed for evidentiary hearing (1.6); continue compiling and preparing evidence for evidentiary hearing (3.8). |
| 06/23/2023 | EPH | 25073 | 7.3 | 340 | 2482 | Draft Motion to File Business Records Under Seal (1.2); Research applicability of prior restraint jurisprudence to injunction proceedings requesting enforcement of contract (1.4); Draft Reply in Support of Motion for Preliminary Injunction (4.7). |
| 06/23/2023 | HAW | 25073 | 8 | 250 | 2000 | Compilation of evidence and preparation for June 28th evidentiary hearing |

| Date | Initials | Number | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|---|
| 06/25/2023 | ECT | 25073 | 5.8 | 500 | 2900 | Analysis of additional daily sales data received and request hourly sales data to support declines in sales after McNeill posts and receive and review same from Ms. McDermaid (1.3); continue compiling evidence and presentation materials for evidentiary hearing, focusing on evidence of damages and irreparable harm, including data showing loss of particular customers and loss of sales revenues and orders (1.1); review and revise Reply to McNeill's Opposition to Motion for Preliminary Injunction (2.1); begin drafting of outline for direct examination of Jonathan Rosenbaum of evidentiary hearing (1.3). |
| 06/25/2023 | EPH | 25073 | 3.9 | 340 | 1326 | Continue drafting Reply in Support of Motion for Preliminary Injunction. |
| 06/25/2023 | EJL | 25073 | 3.4 | 600 | 2040 | Review reply to motion for preliminary injunction and provide revisions to same (1.0); prepare for hearing on preliminary injunction (2.0); conference with Colin Thompson as to financial proof and impact of Ms. McNeill on social media to Head Kandy revenue streams (0.4). |
| 06/25/2023 | HAW | 25073 | 2.5 | 250 | 625 | Preparation of exhibits for June 28th evidentiary Hearing |
| 06/26/2023 | EPH | 25073 | 2.9 | 340 | 986 | Review and revise Reply in Support of Motion for Preliminary Injunction (2.3); Review and revise Motion to File Business Records Under Seal (.4); Draft proposed Order Granting Motion to File Business Records Under Seal (.2). |
| 06/26/2023 | KES | 25073 | 5.4 | 285 | 1539 | Prepare and draft evidentiary authentication bench brief (1.7); Review and analyze additional Facebook comments authored by former Head Kandy customers (2.3); Input data and prepare graph demonstrating the historical sales of certain former Head Kandy customers (1.4) |
| 06/26/2023 | ECT | 25073 | 12.6 | 500 | 6300 | Multiple correspondence with Ms. McDermaid and Ms. Pletis regarding detailed sales data to support harm claim and preparation of final evidence of same for evidentiary hearing (3.4); meeting with Ethan Loeb in preparation for evidentiary hearing, including finalizing opening presentation, evidence for presentations, evidence to be introduced through witness, and review, revisions and finalizing of exhibit list and final exhibits and review of case law for argument on legal points at evidentiary hearing (8.2). |
| 06/26/2023 | EJL | 25073 | 9.8 | 600 | 5880 | Continue to prepare for injunction hearing, including selection and review of exhibits and exhibit list, preparation for Kayla McNeill cross examination, and finalizing opening statement/demonstrative slide deck. |
| 06/26/2023 | HAW | 25073 | 10 | 250 | 2500 | Preparation for June 28 evidentiary hearing |
| 06/27/2023 | ECT | 25073 | 4.8 | 500 | 2400 | Continue drafting of outline for direct examination of Jonathan Rosenbaum, including tying in of exhibits for introduction through or discussion with Mr. Rosenbaum Receive and initial review of McNeill's exhibit and witness lists and certain filed exhibits (3.4); receive and review McNeill's Exhibit and Witness List and review exhibits on which McNeill intends to rely at evidentiary hearing, including affidavits and declarations from third parties and conference with Ethan Loeb regarding same (1.4). |
| 06/27/2023 | KES | 25073 | 8 | 285 | 2280 | Review defendant's exhibit list (1.2); Prepare and draft hearsay bench brief for the preliminary injunction hearing (1.4); Meet and confer with Colin Thompson regarding defendant's exhibit list (0.2); Conduct necessary legal research regarding hearsay exceptions for social media comments (5.0); Call with Angela Porta (Head Kandy affiliate) regarding defendant's exhibit list (0.2). |
| 06/27/2023 | EJL | 25073 | 1 | 600 | 600 | Review date specific videos of Ms. McNeill, including April 2023 time frame when she was working with Bo Stegall. |
| 06/27/2023 | HAW | 25073 | 1.5 | 250 | 375 | Preparation for June 28th evidentiary hearing |
| 06/28/2023 | ECT | 25073 | 0.4 | 500 | 200 | Conferences with Ethan Loeb regarding exhibits and declarations on which Ms. McNeill intends to rely at hearing on Motion for Preliminary Injunction and contents of Facebook posts from Ms. McNeill and comments of declarants that contradict declarations. |
| 06/28/2023 | KES | 25073 | 0.1 | 285 | 28.5 | Review defendant's exhibit list. |
| 06/29/2023 | EJL | 25073 | 2 | 600 | 1200 | Continue to prepare stipulated facts per court order (2.0) |
| 06/30/2023 | KES | 25073 | 0.5 | 285 | 142.5 | Meet and confer with Heather Wilfong regarding the extraction of Facebook comments for the exhibit list (0.5); |

| Date | Initials | Matter | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|---|
| 06/30/2023 | EPH | 25073 | 1.3 | 340 | 442 | Research caselaw regarding witness tampering related to service of third party subpoenas (1.3) |
| 06/30/2023 | EJL | 25073 | 1 | 600 | 600 | Continue with stipulated facts per court order (1.0) |
| 07/02/2023 | EPH | 25073 | 1.5 | 340 | 510 | Continue research related to potential obstruction and witness tampering (.8); Draft letter to opposing counsel regarding potential obstruction and witness tampering (.7). |
| 07/03/2023 | ECT | 25073 | 0.3 | 500 | 150 | Review and revise cease and desist letter to opposing counsel regarding Ms. McNeill's aiding and abetting witnesses to avoid service of subpoenas |
| 07/03/2023 | EJL | 25073 | 2.5 | 600 | 1500 | Review and revise letter to opposing counsel regarding McNeill's interference with subpoenas and provide same to client for review and approval (0.5); continue with stipulated facts per court order (2.0). |
| 07/05/2023 | ECT | 25073 | 1.6 | 500 | 800 | Review, revise, and add to draft set of Stipulated Facts requested by the Court in advance of hearing on Motion for Preliminary Injunction. |
| 07/05/2023 | EJL | 25073 | 2 | 600 | 1200 | Finalize stipulated facts. |
| 07/06/2023 | ECT | 25073 | 1.9 | 500 | 950 | Review of Exhibits produced by McNeill, including ten declarations from individuals and cross reference of declarants to those who made comments to certain Facebook posts (1.0); review, revise, conference with Ethan Loeb, and correspondence with opposing counsel regarding proposed Stipulated Facts (.9). |
| 07/06/2023 | EJL | 25073 | 2 | 600 | 1200 | Review exhibits and list from Kayla McNeill and confer with Colin Thompson regarding objections to comply with court order. |
| 07/07/2023 | ECT | 25073 | 3.8 | 500 | 1900 | Zoom conferences with Messrs. Falic, Rosenbaum, Feldman and Taney and Ethan Loeb regarding bonuses under McNeill's Executive Employment Agreement and status in preparation for hearing on Motion for Preliminary Injunction and conference with Ethan Loeb regarding strategy regarding bonus statements (0.8); Per court order, identify objections to Ms. McNeill's proposed exhibits for hearing on Motion for Preliminary Injunction, including watching multiple proposed videos and listening to proposed audio messages (2.2); Telephone conference with opposing counsel to review proposed stipulated facts and objections to exhibits (0.8). |
| 07/07/2023 | EJL | 25073 | 0.5 | 600 | 300 | Conference call with opposing counsel to discuss stipulated facts and exhibits (0.5) |
| 07/10/2023 | ECT | 25073 | 1.9 | 500 | 950 | Correspondence with Ethan Loeb regarding and review and revise proposed disputed issues for court's resolution requested by the court and correspondence with opposing counsel transmitting same (.6); review, revisions and comments to McNeill's counsel's revisions to proposed stipulated facts (1.3) |
| 07/11/2023 | ECT | 25073 | 2.5 | 500 | 1250 | Review McNeill's proposed amended Exhibit List and correlate to prior list and objections to prior list (1.5); Telephone conference with all counsel as required by the Court to discuss stipulated facts, objections to exhibits, and issues to be tried and multiple email correspondence with opposing counsel regarding same (1.0); Conference with Ethan Loeb regarding stipulated facts (0.5-N/C). |
| 07/11/2023 | KES | 25073 | 6 | 285 | 1710 | Search Facebook comments made by affiants identified in Ms. McNeill's Exhibit List and prepare and draft document comparing affiants' Facebook comments and statements made in their affidavits. |
| 07/11/2023 | EJL | 25073 | 2.5 | 600 | 1500 | Attend conference with opposing counsel re stipulated facts and exhibit list (1.0); review redline version of stipulated facts from opposing counsel and communicate about the same with Colin Thompson (1.5) |
| 07/11/2023 | HAW | 25073 | 0.7 | 250 | 175 | Preparation of exhibit list for objections to defendants exhibits (.2);  begin drafting joint exhibit list (.5) |
| 07/12/2023 | ECT | 25073 | 1.4 | 500 | 700 | Review revised stipulated facts from opposing counsel, confer with Ethan Loeb regarding same, and propose additional revisions to stipulated facts (.8); review and revise proposed Joint Exhibit List per multiple calls and correspondence with opposing counsel (.3); receive and review McNeill's objections and stipulations to Head Kandy's proposed exhibits (.3). |
| 07/12/2023 | HAW | 25073 | 2 | 250 | 500 | Search Whippin Life Facebook page for comments made by Declarants identified by Defendants for temporary injunction hearing (2.0) |

| Date | Initials | Matter | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|---|
| 07/12/2023 | KES | 25073 | 5.5 | 285 | 1567.5 | Prepare and draft document comparing affiants' Facebook comments and statements made in their affidavits (0.2); Conduct necessary legal research regarding hearsay exceptions for Facebook comments (4.0); Prepare and draft memorandum of law outlining arguments in favor of hearsay exceptions in anticipation of preliminary injunction hearing (1.3). |
| 07/13/2023 | ECT | 25073 | 5.2 | 500 | 2600 | Receive and review McNeill's Expedited Motion for Leave to Supplement Exhibit List with additional declarations, review each declaration from purported former clients, research to draft response as required by court, review comments from declarants to show unreliability of declarations, and draft portions or, review, revise and finalize for filing Opposition to McNeill's Expedited Motion for Leave to Amend Exhibit List. |
| 07/13/2023 | EPH | 25073 | 4.1 | 340 | 1394 | Research causation requirement for preliminary injunction to enforce restrictive covenant (1.0); Draft Response in Opposition to McNeill's Motion for Leave to File Supplemental Declarations (2.2); Review social media comments by newly disclosed declarants and create chart comparing declarations with social media comments (.9). |
| 07/13/2023 | HAW | 25073 | 2.6 | 250 | 650 | Continue searches on Whippin Life Facebook page for comments made by Declarants identified by Defendants for temporary injunction hearing (2.3); compile exhibits, finalize, file and serve response in opposition to Defendants motion for leave to file exhibits (.3) |
| 07/13/2023 | KES | 25073 | 6.5 | 285 | 1852.5 | Conduct necessary legal research regarding hearsay exceptions for Facebook comments (1.0); Meet and confer with Colin Thompson regarding  the response to defendant's motion for leave to supplement exhibit list (0.2); Prepare and draft opposition to motion to leave to supplement exhibit list (5.3). |
| 07/13/2023 | EJL | 25073 | 1 | 600 | 600 | Review and revise response to McNeill's motion to supplement exhibits per court order. |
| 07/14/2023 | ECT | 25073 | 4.6 | 500 | 2300 | Multiple email and document exchanges with opposing counsel to finalize Joint Exhibit List, Stipulations of Fact, Disputed Issues, and individual exhibit list and review, revise and finalize same for filing to comply with Court Order (4.6). |
| 07/14/2023 | HAW | 25073 | 3 | 250 | 750 | Review and revise joint exhibit list (.6); review and revise head Kandy exhibit list (.4); compile joint hearing exhibits (1.0); compile Head Kandy hearing exhibits (.5); finalize, file and serve stipulated facts and statement of issues for August 1st hearing (.2); finalize, file and serve joint exhibit list and plaintiff's exhibit list (.3) |
| 07/14/2023 | EJL | 25073 | 1.4 | 600 | 840 | Review final version of exhibit list, statement of issues, and stipulated facts for submission to court and communicate with Colin Thompson and opposing counsel throughout the day (1.4) |
| 07/17/2023 | HAW | 25073 | 4.4 | 250 | 1100 | Finalize joint exhibits for August 1, 2023 hearing (2.3); update Head Kandy and McNeill exhibits for August 1, 2023 hearing (1.0). |
| 07/18/2023 | EPH | 25073 | 0.6 | 340 | 204 | Strategy conference with Colin Thompson regarding prior breach defense (.2); Research caselaw related to prior breach defense (.4) |
| 07/18/2023 | KES | 25073 | 0.3 | 285 | 85.5 | Review judge's order to supplement the disputed factual issues (0.3) |
| 07/18/2023 | ECT | 25073 | 4.2 | 500 | 2100 | Conferences with Ethan Loeb regarding Court's order directing supplementation of issues regarding payment of bonuses (.3); telephone conference with Mr. Rosenbaum regarding claim by McNeill for bonuses owed and additional evidence regarding same (.2); additional research regarding ability of court to enforce restrictive covenants despite claims by party to be enjoined of prior breaches of the agreement (3.7). |
| 07/18/2023 | EJL | 25073 | 0.9 | 600 | 540 | Conference with Colin Thompson regarding bonus related issues in light of court order requesting additional information (0.5) confer with Elliot Haney as to contract language in employment agreement related to bonus payment. (0.4). |

| 07/19/2023 | ECT | 25073 | 6.2 | 500 | 3100 | Telephone conference with Jon Rosenbaum regarding McNeill's claim for bonus and testimony to be presented at evidentiary hearing regarding same (0.2); review, annotate, and supplement Head Kandy exhibits for evidentiary hearing (2.6); draft additional portions of outline for direct examination of Jon Rosenbaum with supporting exhibits to account for McNeill's prior material breach defense based on alleged non-payment of bonus and telephone calls with Mr. Rosenbaum regarding same (3.4). |
| 07/19/2023 | EPH | 25073 | 2.9 | 340 | 986 | Strategy conference with Colin Thompson regarding response to McNeill's statement of facts (.3); Draft response to McNeill's statement of facts related to prior material breach (2.6). |
| 07/19/2023 | EPH | 25073 | 2.3 | 340 | 782 | Continue researching caselaw related to McNeill's prior breach defense. |
| 07/19/2023 | HAW | 25073 | 0.7 | 250 | 175 | Preparation for August 1st hearing (.7) |
| 07/19/2023 | KES | 25073 | 4.5 | 285 | 1282.5 | Conduct necessary legal research regarding whether Head Kandy's potential breach of the employment agreement was "material" (4.0); Prepare and draft memorandum of law regarding whether Head Kandy's potential breach of the employment agreement was "material" (0.5). |
| 07/20/2023 | ECT | 25073 | 9.1 | 500 | 4550 | Review and perform additional legal research regarding prior material breach defense in employment context based on alleged failure to pay portion of compensation and conference with Ethan Loeb regarding same (2.8);  draft additional portions of and revise outline of Mr. Rosenbaum to account for additional issues raised by McNeill in statement of defense issues, including follow up with Mr. Rosenbaum and  Ms. Petri regarding loan balances and compensation to Ms. McNeill and identify all exhibits to be potentially used in Mr. Rosenbaum's direct examination and cross at evidentiary hearing (6.3). |
| 07/21/2023 | ECT | 25073 | 4.3 | 500 | 2150 | Identify and compile all exhibits for use at evidentiary hearing and track to Joint Exhibit List and Head Kandy revised Exhibit List and revisions to outlines for evidentiary hearing (3.0); review exhibits to be offered by Kayla McNeill and objections thereto (1.3). |
| 07/21/2023 | EPH | 25073 | 4.3 | 340 | 1462 | Review and revise response to McNeill's statement of facts related to prior material breach (2.9); Research prior material breach doctrine as equitable defense (.4); Prepare visual aid showing inconsistent statements of McNeill's declarants for purposes of evidentiary hearing (1.0). |
| 07/21/2023 | HAW | 25073 | 1.3 | 250 | 325 | Preparation of exhibits and witness files for August 1st evidentiary hearing |
| 07/21/2023 | EJL | 25073 | 0.4 | 600 | 240 | Conference with Colin Thompson in connection with Jon Rosenbaum direct testimony outline and review of same (0.4). |
| 07/24/2023 | EJL | 25073 | 1.6 | 600 | 960 | Conference call with Jon Rosenbaum regarding testimony at preliminary injunction hearing (0.3); review and revise notice of issues on paragraph 4 per court order and confer with Colin Thompson and Elliot Haney as to same (1.3). |
| 07/24/2023 | HAW | 25073 | 0.3 | 250 | 75 | Draft motion and order to allow additional electronic equipment for August 1, 2023 hearing (.3 |
| 07/25/2023 | EJL | 25073 | 2.5 | 600 | 1500 | Attend zoom call with Ryan Thompson to discuss text messages and other issues regarding Kayla McNeill theft and breach of fiduciary duties. |
| 07/25/2023 | EJL | 25073 | 0.4 | 600 | 240 | Conference with Ethan Loeb regarding evidence and legal arguments for preliminary injunction hearing. |
| 07/25/2023 | KES | 25073 | 1.2 | 285 | 342 | Prepare and draft chart comparing statements made by the declarants in defendant's exhibit list with their statements made on Facebook (and the corresponding statements made by Kayla McNeill). |
| 07/25/2023 | EPH | 25073 | 3.8 | 340 | 1292 | Continue preparing visual aid showing inconsistent statements of McNeill's declarants for purposes of evidentiary hearing (1.9); strategy conference with Ethan Loeb and Colin Thompson regarding response to opposing counsel's forthcoming motion to strike Head Kandy's response to statement of facts related to prior material breach (.3); Draft Head Kandy's Response to McNeill's Motion to Strike (1.6). |

| Date | Initials | Code | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|---|
| 07/26/2023 | ECT | 25073 | 0.3 | 500 | 150 | Conference with Ethan Loeb regarding evidence and legal arguments for preliminary injunction hearing and deposition of Bo Stegall. |
| 07/26/2023 | KES | 25073 | 6.5 | 285 | 1852.5 | Prepare and draft chart comparing statements made by the declarants in defendant's exhibit list with their statements made on Facebook (and the corresponding statements made by Kayla McNeill) (6.5) |
| 07/26/2023 | EPH | 25073 | 3.7 | 340 | 1258 | Continue preparing visual aid showing inconsistent statements of McNeill's declarants for purposes of evidentiary hearing. |
| 07/27/2023 | EPH | 25073 | 3.2 | 340 | 1088 | Draft chart distinguishing caselaw cited by McNeill from caselaw cited by Head Kandy in preparation for evidentiary hearing (2.4); Finalize visual aid showing inconsistent statements of McNeill's declarants for purposes of evidentiary hearing (.8) |
| 07/27/2023 | KES | 25073 | 2.1 | 285 | 598.5 | Prepare and draft chart comparing statements made by the declarants in defendant's exhibit list with their statements made on Facebook (and the corresponding statements made by Kayla McNeill) (2.1). |
| 07/27/2023 | HAW | 25073 | 0.4 | 250 | 100 | Review and revise opening powerpoint presentation for August 1st hearing (.4) |
| 07/28/2023 | EJL | 25073 | 5.5 | 600 | 3300 | Continue to prepare for hearing on preliminary injunction, including cross examination points for Kayla McNeill (5.5). |
| 07/28/2023 | HAW | 25073 | 4.6 | 250 | 1150 | Preparation for August 1st evidentiary hearing (4.6) |
| 07/28/2023 | EPH | 25073 | 6.3 | 340 | 2142 | Draft bench memorandum regarding inapplicability of prior material breach defense (1.0); Draft bench memorandum regarding admissibility of customer social media comments (2.2); Review and revise bench memorandum regarding authenticity of social media comments (.3); Strategy conference with Ethan Loeb regarding arguments in opposition of prior material breach defense (1.5); Research contractual waiver of statutory rights (1.3). |
| 07/29/2023 | EJL | 25073 | 2.5 | 600 | 1500 | Continue with preparation for hearing on motion for preliminary injunction. |
| 07/29/2023 | HAW | 25073 | 2.5 | 250 | 625 | Compilation of contradictory comments for use at August 1st hearing. |
| 07/30/2023 | ECT | 25073 | 4.5 | 500 | 2250 | In preparation for hearing on Motion for Preliminary Injunction, team meeting to review evidence and witness strategy, and identify, research and review case law on legal issues to be argued at hearing. |
| 07/30/2023 | EPH | 25073 | 4.5 | 340 | 1530 | Strategy conference with Colin Thompson and Ethan Loeb in preparation for evidentiary hearing. |
| 07/30/2023 | EJL | 25073 | 6 | 600 | 3600 | Extended meeting with Colin Thompson in preparation for hearing on motion for preliminary injunction and continue with final preparations (4.5); Preparation of McNeill's impeachment evidence (1.5) |
| 07/30/2023 | HAW | 25073 | 7.5 | 250 | 1875 | Preparation for August 1st evidentiary hearing, including all exhibits, legal memoranda, witness files and impeachment evidence. |
| 07/31/2023 | HAW | 25073 | 0.5 | 250 | 125 | Review Defendants objections to Plaintiff's exhibits and update joint exhibit list (.5) |
| 07/31/2023 | EJL | 25073 | 8.5 | 600 | 5100 | Finalize preparation for preliminary injunction hearing, including meeting with Jon Rosenbaum to prepare for trial testimony. |
| 07/31/2023 | ECT | 25073 | 9 | 500 | 4500 | Meeting with Ethan Loeb and Elliot Haney in preparation for hearing on Motion for Preliminary Injunction, meeting with Mr. Rosenbaum to prepare for testimony and cross examination, and review and revise outline and evidence for testimony of Mr. Rosenbaum. |
| 07/31/2023 | EPH | 25073 | 2.8 | 340 | N/C | Prepare exhibits for use at evidentiary hearing (.4); Prepare evidentiary hearing (2.4). |
| 07/31/2023 | HAW | 25073 | 2.2 | 250 | 550 | Preparation for August 1st hearing (2.0); draft notice of objection to McNeill Joint Exhibit 114 (.2) |
| 08/01/2023 | ECT | 25073 | 11.5 | 500 | 5750 | Preparation for and attend Preliminary Injunction hearing in Ft. Lauderdale and conference with Ethan Loeb after hearing regarding legal memoranda, proposed findings of fact, and conclusions of law requested by the Court. |
| 08/01/2023 | EPH | 25073 | 7.5 | 340 | N/C | Attend evidentiary hearing on Plaintiff's Expedited Motion for Preliminary Injunction. |
| 08/01/2023 | EJL | 25073 | 10.5 | 600 | 6300 | Attend preliminary injunction hearing and follow up conversations with Colin Thompson regarding strategy as to proposed findings of fact and conclusions of law. |

| 08/02/2023 | ECT | 25073 | 5.5 | 500 | 2750 | Review McNeill social media posting regarding evidentiary hearing and making disparaging comments and review and revise demand to McNeill to remove and retract, correspondence with opposing counsel regarding same, and conference with Ethan Loeb regarding same (1.7); research for and draft Motion to file under seal as supplemental evidence Ms. McNeill's disparaging social media posts after evidentiary hearing (3.8). |
| 08/02/2023 | EPH | 25073 | 1.6 | 340 | 544 | Strategy conference with Ethan Loeb and Colin Thompson regarding proposed findings of fact and conclusions of law and bench briefs for submittal to Judge (.7); draft proposed findings of fact and conclusions of law (.9). |
| 08/02/2023 | KES | 25073 | 7.2 | 285 | 2052 | Meet and confer with Elliot Haney, Colin Thompson, and Ethan Loeb regarding the preliminary injunction hearing and certain briefs that need to be submitted to the court (1.5) Review bench memo prepared regarding prior breach as a defense (0.7); Conduct necessary legal research regarding the ability to waive statutory employment rights (4.5); Prepare and draft bench brief regarding the exclusion of declarations of former Head Kandy customers (0.5). |
| 08/02/2023 | EJL | 25073 | 1.4 | 600 | 840 | Review latest positing by Ms. McNeill and confer with Mr. Rosenbaum and Mr. Herschmann as to strategy and filing with court (0.4); review and revise motion after conferring with court clerk (0.4); attend strategy meeting with Colin Thompson and Elliot Haney and Kathryn Saienni (0.6). |
| 08/03/2023 | ECT | 25073 | 3.2 | 500 | 1600 | Draft, review and revise Motion for Leave to File Motion for Supplemental Evidence Under Seal (1.6); review and revise Motion to Leave to File Supplemental Evidence and requesting the Court to issue interim relief pending ruling on Motion for Preliminary Injunction (1.2); multiple conferences with Ethan Loeb regarding same (.4). |
| 08/03/2023 | HAW | 25073 | 0.4 | 250 | 100 | Compile exhibits to motion filed under seal for the court to consider supplementary evidence (.4) |
| 08/03/2023 | EJL | 25073 | 0.5 | 600 | 300 | Review and revise motion to file under seal. |
| 08/04/2023 | EPH | 25073 | 1.1 | 340 | 374 | Draft proposed findings of fact and conclusions of law (.7); Strategy conference with Kathryn Saienni regarding brief on admissibility of inconsistent statements (.4). |
| 08/04/2023 | KES | 25073 | 4.2 | 285 | 1197 | Prepare and draft bench brief regarding the exclusions of declarations of former Head Kandy customers (0.9); Conduct necessary legal research regarding the admissibility of form declarations (0.7); Conduct necessary legal research regarding the ability to waive statutory employment rights (2.4). |
| 08/05/2023 | ECT | 25073 | 1 | 500 | 500 | Receive and review McNeill's Opposition to Motion to Seal and research additional case law supporting request to file disparaging posts under seal and conference with Ethan Loeb regarding same. |
| 08/06/2023 | EPH | 25073 | 6.8 | 340 | 2312 | Draft proposed findings of fact and conclusions of law. |
| 08/06/2023 | KES | 25073 | 1.3 | 285 | 370.5 | Prepare and draft bench brief regarding the exclusion of declarations of former Head Kandy customers. |
| 08/06/2023 | EJL | 25073 | 0.4 | 600 | 240 | Review and revise proposed findings of fact and conclusions of law that is due to be filed per Magistrate Strauss's directive. |
| 08/07/2023 | ECT | 25073 | 5.4 | 500 | 2700 | Review, revise, and draft additions to proposed Order on Motion for Preliminary Injunction, including findings of fact and conclusions of law,  review transcript of hearing and admitted exhibits for proper and accurate references in proposed Order, conference with Ethan Loeb regarding proposed Order, |
| 08/07/2023 | EPH | 25073 | 4.4 | 340 | 1496 |  Research waiver of breach under Florida law (.6); Draft Plaintiff's Memorandum Regarding Prior Material Breach Defense (3.8). |
| 08/07/2023 | EJL | 25073 | 1 | 600 | 600 | Review and revise proposed injunction order and provide same to client. |
| 08/07/2023 | KES | 25073 | 0.7 | 285 | 199.5 | Prepare and draft bench brief regarding the exclusion of declarations of former Head Kandy customers. |
| 08/08/2023 | EPH | 25073 | 1.6 | 340 | 544 | Review and revise bench memorandum regarding admissibility of unreliable declarations. |

| 08/08/2023 | KES | 25073 | 1 | 285 | 285 | Prepare and draft bench brief regarding the exclusions of declarations of former Head Kandy customers (1.0). |
|---|---|---|---|---|---|---|
| 08/08/2023 | ECT | 25073 | 4.4 | 500 | 2200 | Additional revisions to proposed Order on Motion for Preliminary Injunction after conferences with Ethan Loeb and finalize same filing (.8); review, revise and draft additional sections of Memorandum regarding inapplicability of the Prior Material Breach Defense (2.5); review, revise, and draft additional sections of Memorandum regarding weight to be given by court to declarations of former customers in light of hearsay nature of statements, which are contradicted by statements they made in response to social media posts by Kayla McNeill (1.1). |
| 08/08/2023 | HAW | 25073 | 0.2 | 250 | 50 | Draft notice of filing power point opening presentation (.2) |
| 08/08/2023 | EJL | 25073 | 1 | 600 | 600 | Review and revise proposed injunction, memorandum on prior breach, and notice of conflicting evidence for McNeill Declarants (1.0) |
| 08/09/2023 | ECT | 25073 | 0.8 | 500 | 400 | Review and analyze McNeill's Memorandum regarding Prior Material Breach and her Proposed Findings of Fact and Conclusions of Law and conference with Ethan Loeb regarding same. |
| 08/14/2023 | ECT | 25073 | 2 | 500 | 1000 | Conference with Ethan Loeb in preparation for hearing for closing arguments on Motion for Preliminary Injunction and regarding Amex charges, Ms. McNeill's communications regarding obtaining Amex card for business and identify and review charges on Amex for Ms. McNeill's other business ventures (2.0). |
| 08/15/2023 | EJL | 25073 | 2 | 600 | 1200 | Continue to prepare for closing/legal arguments before the court. |
| 08/15/2023 | KES | 25073 | 2.6 | 285 | 741 | Conduct necessary legal research regarding the underlying contracts in cases cited by opposing counsel in their memorandum of law in support of application of the prior breach doctrine (1.3);  Conduct necessary legal research regarding the application of Florida Statute 542.335 (1.1). |
| 08/16/2023 | KES | 25073 | 3.3 | 285 | 940.5 | Conduct necessary legal research regarding the underlying contracts in cases cited by opposing counsel in their memorandum of law in support of application of the prior breach doctrine (2.6); Conduct necessary legal research regarding the application of Florida Statute 542.335 (0.7). |
| 08/16/2023 | EJL | 25073 | 2 | 600 | 1200 | Prepare for closing argument (2.0) |
| 08/16/2023 | HAW | 25073 | 0.3 | 250 | 75 | Compile posts by Gina Gazzinga from Whipi Warriors page |
| 08/17/2023 | EJL | 25073 | 6.5 | 600 | 3900 | Prepare for closing argument on preliminary injunction (4.5); prepare and revise opposition to motion to continue hearing due to opposing counsel's family issues and communicate with Colin Thompson as to same (2.0) |
| 08/17/2023 | ECT | 25073 | 2.6 | 500 | 1300 | Conferences with Ethan Loeb regarding discovery hearing, McNeill's request to postpone final arguments on Preliminary Injunction Hearing and discovery hearing and draft opposition to Defendant's Motion to Continue Hearings (2.6). |
| 08/17/2023 | HAW | 25073 | 0.3 | 250 | 75 | Compile exhibits, finalize, file and serve response in opposition to emergency motion to continue hearing (.3) |
| 08/24/2023 | EPH | 25073 | 3.3 | 340 | 1122 | Prepare for hearing on Head Kandy's Motion for Preliminary Injunction. |
| 08/24/2023 | ECT | 25073 | 6.5 | 500 | 3250 | Review and analyze McNeill's Brief on Prior Breach Defense and proposed findings of fact and conclusions of law to outline any remaining issues about which the Court may inquire and request legal argument during the final hearing (1.5); meeting with Ethan Loeb and research various legal issues and evidentiary support in preparation for final arguments on Motion for Preliminary Injunction (4.6); telephone conference with Jon Rosenbaum regarding Facebook live post by Kayla McNeill discussing lawsuit and upcoming final hearing on Preliminary Injunction and watch portions of live session (.4). |
| 08/24/2023 | EJL | 25073 | 5.1 | 600 | 3060 | Prepare for hearing on preliminary injunction motion  (4.8); review video from Kayla McNeill (0.3). |
| 08/25/2023 | ECT | 25073 | 7.2 | 500 | 3600 | Final preparations with Ethan Loeb for and attend final hearing on Motion for Preliminary Injunction. |
| 08/25/2023 | EJL | 25073 | 7.5 | 600 | 4500 | Finalize preparation for and attend hearing on motion of preliminary injunction (7.5); |
| 08/25/2023 | HAW | 25073 | 0.4 | 250 | 100 | Compile materials in advance of hearing on motion for preliminary injunction |

| Date | Initials | Matter | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|---|
| 09/05/2023 | EPH | 25073 | 0.5 | 340 | 170 | Strategy conference with Ethan Loeb regarding impact of impending order on Motion for Preliminary Injunction. |
| 09/12/2023 | KES | 25073 | 0.6 | 285 | 171 | Review and analyze magistrate's report and recommendation. |
| 09/12/2023 | ECT | 25073 | 1.4 | 500 | 700 | Receive, review and conference with Ethan Loeb regarding Magistrate's Report and Recommendation on Motion for Preliminary Injunction and next steps. |
| 09/12/2023 | EJL | 25073 | 1 | 600 | 600 | Review order on injunction and confer with Eric Herschmann and Jon Rosenbaum as to strategy (separate conversations) (1.0) |
| 09/13/2023 | ECT | 25073 | 2.4 | 500 | 1200 | Review Report and Recommendation regarding bond requirement and draft additional discovery to Ms. McNeill seeking information identified by court relevant to setting amount of bond required |
| 09/13/2023 | KES | 25073 | 2.5 | 285 | 712.5 | Meet and confer with Ethan Loeb regarding the bond issue from the report and recommendation (0.3); Conduct necessary legal research regarding the proper calculation of the bond (2.2). |
| 09/14/2023 | ECT | 25073 | 0.9 | 500 | 450 | Review, revise and draft additional sections of letter to McNeill demanding removal of social media posts and videos that violation preliminary injunction and restrictive covenants of Employment Agreement (.9) |
| 09/14/2023 | KES | 25073 | 2.3 | 285 | 655.5 | Prepare and draft letter to Kayla McNeill's counsel demanding the deletion of videos, posts, and comments in violation of the report and recommendation (1.9); Review judge's report and recommendation in conjunction with drafting the demand letter to Kayla McNeill's counsel (0.4). |
| 09/14/2023 | JAL | 25073 | 0.6 | 290 | 174 | Research enforceability of Report & Recommendations on a preliminary injunction and whether there are consequences for failure to comply before the Report & Recommendation is adopted. |
| 09/15/2023 | ECT | 25073 | 0.2 | 500 | 100 | Revisions to and finalize letter to opposing counsel to confirm compliance with Report and Recommendation on Motion for Preliminary Injunction |
| 09/15/2023 | EJL | 25073 | 0.2 | 600 | 120 | Review letter to Anthony Converse regarding compliance with injunction order and have same delivered (0.2) |
| 09/18/2023 | ECT | 25073 | 1 | 500 | 500 | Conference with Ethan Loeb regarding outstanding discovery requests and ability to enforce Report and Recommendation on Motion for Preliminary Injunction and review research regarding same. |
| 09/19/2023 | JAL | 25073 | 1.2 | 290 | 348 | Conduct additional research re enforceability of R&R and update team on findings. |
| 09/20/2023 | SMM | 25073 | 0.3 | 325 | 97.5 | Communicate and confer with Jalen LaRubbio and Colin Thompson regarding Head Kandy motion for permanent injunctive relief. |
| 09/20/2023 | EJL | 25073 | 2.3 | 600 | 1380 | Attend extended call with opposing counsel regarding settlement and discovery related issues. |
| 09/20/2023 | ECT | 25073 | 3.2 | 500 | 1600 | Conferences with Ethan Loeb and Jalen LaRubbio regarding, and brief research regarding, Motion for Temporary Restraining Order and Motion for Expedited Consideration of same while the parties await the District Court's Oder on the Report and Recommendation recommending granting the Preliminary Injunction (1.0); extended Zoom conference with opposing counsel regarding potential settlement,-requirements of the court's report and recommendation on Motion for Preliminary Injunction and regarding McNeill's objections and responses to discovery requests (2.3) |
| 09/20/2023 | JAL | 25073 | 7 | 290 | 2030 | Review previous outline/draft of TRO motion and discuss strategy with Colin Thompson (.5); conduct research and draft motion for expedited TRO (6.5). |
| 09/21/2023 | KES | 25073 | 1 | 285 | 285 | Meet and confer with Ethan Loeb and Elliot Haney regarding the procurement of affidavits from previous Head Kandy employees (0.3); Call with former Head Kandy employee, Nicole Cook (0.7). |
| 09/22/2023 | JAL | 25073 | 1.1 | 290 | 319 | Search for cases and other legal support for the idea that continued online presence of offending statements would violate the anticipated injunction, and update team on findings. |

| 09/25/2023 | JAL | 25073 | 4.4 | 290 | 1276 | Discuss draft TRO motion, necessary edits, and case strategy with Colin Thompson (.2); edit draft of TRO motion to correct factual background, and conduct additional research and bolster argument that the defendant should be required to remove existing violative posts (4.2). |
| 09/26/2023 | ECT | 25073 | 2.8 | 500 | 1400 | Revisions to and draft additional sections of Motion to Temporary Injunction and alternatively for inclusion in response to McNeill's anticipated Objections to Magistrate's Report and Recommendations on Motion for Preliminary Injunction. |
| 09/26/2023 | JAL | 25073 | 0.3 | 290 | 87 | Review Colin Thompson's changes to TRO motion. |
| 09/27/2023 | EJL | 25073 | 0.7 | 600 | 420 | Review objections to report and recommendation and confer with Colin Thompson. |
| 09/27/2023 | JAL | 25073 | 1 | 290 | 290 | Review defendant's objections to Report & Recommendation (.8); research district court's standard of review for objections to Report & Recommendation (.2) |
| 09/28/2023 | ECT | 25073 | 0.6 | 500 | 300 | Conference with Jalen LaRubbio regarding response to McNeill's objections to Magistrate's Report and Recommendations on Motion for Preliminary Injunction and directions regarding same and incorporation of arguments from Motion for TRO into Response. |
| 09/28/2023 | JAL | 25073 | 0.9 | 290 | 261 | Annotate defendant's objections to Report & Recommendation (.4); discuss response to objections to Report & Recommendation with Colin Thompson (.3); research deadline and page limit on response to objections to Report & Recommendation under Local Rules (.2). |
| 09/29/2023 | EJL | 25073 | 0.2 | 600 | 120 | Review and respond to email from Jerome Falic regarding status and issues with Kayla McNeill objection to court order and injunction. |
| 09/29/2023 | JAL | 25073 | 4.5 | 290 | 1305 | Research and draft response to defendant's objections to Report & Recommendations (4.3); discuss strategy regarding same with Colin Thompson (.2). |
| 09/30/2023 | EJL | 25073 | 0.2 | 600 | 120 | Conference with Jon Rosenbaum regarding status of lawsuit and McNeill injunction objections. |
| 10/01/2023 | JAL | 25073 | 2 | 290 | 580 | Research and draft defendant's objections to Report & Recommendations. |
| 10/02/2023 | JAL | 25073 | 7.2 | 290 | 2088 | Research and draft response to defendant's objections to Report & Recommendations. |
| 10/03/2023 | JAL | 25073 | 4 | 290 | 1160 | Research and draft response to defendant's objections to Report & Recommendation (3.8); discuss same with Colin Thompson (.2). |
| 10/04/2023 | ECT | 25073 | 3.6 | 500 | 1800 | Review and revise and finalize for filing Response to Defendant's Objections to Magistrate's Report and Recommendations (3.1); review and revise proposed Order on Motion for Preliminary Objection for District Court Judge to adopt findings of magistrate and enjoin McNeill (.5) |
| 10/04/2023 | EJL | 25073 | 1.4 | 600 | 840 | review and finalize Head Kandy opposition to R&R objections filed by Kayla McNeill |
| 10/04/2023 | JAL | 25073 | 4.1 | 290 | 1189 | Review Colin Thompson changes to response to objections to Report & Recommendation (.3); discuss proposed order and draft response with Colin Thompson (1.0); research requirements and draft proposed order (2.8). |
| 10/16/2023 | ECT | 25073 | 0.9 | 500 | 450 | Conferences with Ethan Loeb Jalen LaRubbio regarding supplemental briefing on bond amount as requested by the court and previous discovery requests sent by Head Kandy to obtain evidence necessary for court to determine bond amount to which McNeill objected and outline argument for briefing (.9). |
| 10/17/2023 | ECT | 25073 | 3.7 | 500 | 1850 | Preparation for and attend Zoom conference with opposing counsel to meet and confer regarding bond and McNeill's outstanding discovery violations as required by Court Order, including identification of missing text messages to aid in discussion and follow up email correspondence with opposing counsel after meet and confer (2.4); conferences with Jalen LaRubbio regarding and providing direction for drafting supplemental memorandum on bond amount requested by the court and review research and documents regarding same (1.3). |
| 10/17/2023 | EJL | 25073 | 0.2 | 600 | 120 | Conference with Colin Thompson regarding meeting with Antonio Converse (counsel for McNeill) regarding court order on bond discussion. |

| 10/17/2023 | JAL | 25073 | 6.8 | 290 | 1972 | Research and draft brief on amount of preliminary injunction bond (5.3); participate in call with opposing counsel re amount of bond (1.0); discuss bond briefing and call with ECT (.5). |
| 10/18/2023 | KES | 25073 | 0.3 | 285 | 85.5 | Review Kayla McNeill's Facebook videos to support Head Kandy's briefing regarding the bond amount. |
| 10/18/2023 | ECT | 25073 | 0.3 | 500 | 150 | Review McNeil social media posting regarding revenue from WhipiCo to use in supporting supplemental memorandum in support of no or nominal bond to secure preliminary injunction. |
| 10/18/2023 | JAL | 25073 | 1.7 | 290 | 493 | Finalize draft brief on amount of preliminary injunction bond. |
| 10/19/2023 | ECT | 25073 | 1.3 | 500 | 650 | Zoom conference with opposing counsel to continue court ordered meet and confer regarding bond issue and McNeil's failure to produce text messages and follow up correspondence to document discussion. |
| 10/19/2023 | EJL | 25073 | 1.2 | 600 | 720 | Attend call with Colin Thompson and Antonio Converse (counsel for McNeill) regarding bond issue and discovery related matters per the court's orders.  (0.7); conference with Colin Thompson as to same (0.5). |
| 10/19/2023 | JAL | 25073 | 3.8 | 290 | 1102 | Participate in second conferral with opposing counsel re bond issue and discuss same with Ethan Loeb and Colin Thompson (1.5); update Ethan Loeb via email on bond/discovery issues status (.2); revise draft of bond briefing and send to Colin Thompson (2.1). |
| 10/20/2023 | ECT | 25073 | 3.1 | 500 | 1550 | Correspondence with opposing counsel regarding McNeil's objection to producing additional evidence to prove amount of bond requirement and agreement not to attempt to introduce into the record any additional evidence (.6); review, revise and finalize Supplemental briefing on amount of bond as required by the Court (2.5). |
| 10/23/2023 | JAL | 25073 | 1.1 | 290 | 319 | Find cases discussing difficulty of obtaining injunction (1.1) |
| **TOTAL** | | | **564.6** | **$ 230,999.50** | | |