UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HEAD KANDY, LLC,

    Plaintiff/Counterclaim Defendant,

v.                                                       CASE NO. 23-CV-60345-JB/JMS

KAYLA MARIE MCNEILL,

    Defendant/Counterclaimant/Third-Party Claimant,

v.

JEROME FALIC,

    Third-Party Defendant.
_____/

## AFFIDAVIT OF ETHAN LOEB

BEFORE ME, the undersigned authority, personally appeared Ethan Loeb, who was first duly sworn, and states as follows under oath:

1. My name is Ethan Loeb. I am over the age of 18 and am competent to testify to the matters stated herein. This affidavit is based upon my personal knowledge.

2. I am a partner at Bartlett Loeb Hinds Thompson & Angelos. I am lead trial counsel for Head Kandy LLC ("**Head Kandy**") in the case styled *Head Kandy LLC v. Kayla Marie McNeill*, S.D. Fla. Case No. 0:23-cv-60345-JB/JMS, which is captioned above.

3. Head Kandy initiated this litigation to, among other things, enforce Restrictive Covenants to which Defendant/Counterclaimant/Third-Party Claimant Kayla Marie McNeill ("**Ms. McNeill**") agreed in the Executive Employment Agreement between herself and Head Kandy. [ECF 187-1 at § 5(a)-(d)].

4. Ms. McNeill, by § 5(g) of the Executive Employment Agreement, "covenant[ed] that she will not challenge the enforceability of Section 5 [i.e., the Restrictive Covenants] … nor will she raise any equitable defense to [their] enforcement."

5. On June 6, 2023, Head Kandy filed its Expedited Motion for Preliminary Injunction. [ECF 47]. Ms. McNeill opposed entry of a preliminary injunction, arguing that the Restrictive Covenants were not enforceable and raising equitable defenses to their enforcement. [ECF Nos. 66, 99, 116, 117, 134]. The Court ultimately entered the Preliminary Injunction enjoining Ms. McNeill from further violations of the Restrictive Covenants. [ECF 152].

6. Thereafter, when Head Kandy on several occasions sought enforcement of the Preliminary Injunction, and thereby of the Restrictive Covenants, based on Ms. McNeill's repeated violations of her obligations thereunder, Ms. McNeill continued to argue that the Restrictive Covenants were not enforceable and asserted equitable defenses to their enforcement, and even filed a Motion to Vacate the Preliminary Injunction, in which she argued again that the Executive Employment Agreement's non-disparagement provision [ECF 187-1 at § 5(d)] is unenforceable in its entirety under the National Labor Relations Act. [ECF Nos. 209, 214, 248, 304, 315].

7. On each of the above-referenced occasions Ms. McNeill challenged the enforceability of the Restrictive Covenants or raised equitable defenses to their enforcement, Head Kandy was forced to respond to and rebut those arguments, both in writing and orally before the Court. [ECF Nos. 72, 98, 113, 119, 138, 215, 231, 333].

8. In total, to date, Head Kandy has spent 726.5 hours responding to Ms. McNeill's arguments that the Restrictive Covenants were not enforceable and assertions of equitable defenses to their enforcement. Attached as **Exhibit A** are the billing records associated with those efforts. Attorneys Ethan Loeb, E. Colin Thompson, Allison Doucette, Elliot Haney, Jalen LaRubbio, Sean McCleary, and Kathryn Saienni, and Paralegal Heather Wilfong, each performed billable tasks reasonably necessary to those efforts. Those hours equate to $299,432.50 in attorney's fees incurred by Head Kandy to date to respond to Ms. McNeill's arguments that the Restrictive

Covenants were not enforceable and Ms. McNeill's assertions of equitable defenses to their enforcement.

9. My billing rate is $600 per hour. I am a partner with the Firm and have been practicing for over twenty years. My billing rate is reasonable in this District for an attorney of my skills, experience, and reputation. Indeed, my rate for other matters I am currently handling is higher than this rate.

10. Colin Thompson's billing rate is $500 per hour. Mr. Thompson is a partner with the Firm and has been practicing for over twenty years. Mr. Thompson's billing rate is reasonable in this District for an attorney of his skills, experience, and reputation.

11. Allison Doucette's billing rate is $450 per hour. Mrs. Doucette is partner with the Firm and has been practicing for over thirteen years. Mrs. Doucette's billing rate is reasonable in this District for an attorney of her skills, experience, and reputation.

12. Elliot Haney's billing rate is $340 per hour. Mr. Haney is an associate with the Firm and has been practicing for over five years. Mr. Haney's billing rate is reasonable in this District for an attorney of his skills, experience, and reputation.

13. Jalen LaRubbio's billing rate is $290 per hour. Mr. LaRubbio is an associate with the Firm and has been practicing for three years. Mr. LaRubbio's billing rate is reasonable in this District for an attorney of his skills, experience, and reputation.

14. Sean McCleary's billing rate is $325 per hour. Mr. McCleary was previously an associate with the Firm and had been practicing for approximately nine and half years at the time he left the Firm at the beginning of 2024. Mr. McCleary's billing rate is reasonable in this District for an attorney of his skills, experience, and reputation.

15. Kathryn Saienni's billing rate is $285 per hour. Ms. Saienni was previously an associate with the Firm and had been practicing for approximately a year and a half at the time she left the Firm. Ms. Saienni's billing rate is reasonable in this District for an attorney of her skills, experience, and reputation.

16. Heather Wilfong's billing rate is $250 per hour. Ms. Wilfong is the Firm's Senior Paralegal and has over twenty years of experience as a paralegal. Ms. Wilfong's billing rate is reasonable in this District for a paralegal of her skills, experience, and reputation.

17. The hours expended by each of these attorneys and reflected on the billing records attached as Exhibit A were reasonable and necessary to respond to Ms. McNeill's arguments that the Restrictive Covenants were not enforceable and assertions of equitable defenses to their enforcement, which Ms. McNeill raised despite agreeing that she would not do so. In fact, I have already made billing adjustments to remove certain time entries.

18. Head Kandy may incur additional fees to respond to any additional arguments Ms. McNeill makes or defenses Ms. McNeill asserts regarding the enforceability or enforcement of the Restrictive Covenants throughout the remainder of this litigation.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Ethan Loeb

Sworn to and subscribed before me this 3rd day of December, 2024, by Ethan J. Loeb.

_____
Notary Public

Personally known __X__ OR Produced Identification _____



HEATHER A. WILFONG
MY COMMISSION # HH 173467
EXPIRES: October 18, 2025
Bonded Thru Notary Public Underwriters

| Date | Timekeeper | Billed Hours | Billed Rate | Billed Total | Narrative |
|---|---|---|---|---|---|
| 03/13/24 | JAL | 3.4 | 290 | $986.00 | Review email chain regarding Kayla's messages with Hard Candy influencer and terms of preliminary injunction to assess potential violation (.6); draft motion to enforce preliminary injunction and for contempt sanctions (2.4); conferences regarding same with Ethan Loeb(.4). |
| 03/14/24 | ECT | 0.8 | 500 | $400.00 | Review, revise and draft additional section of Motion to Enforce. |
| 03/14/24 | HAW | 0.8 | 250 | $200.00 | Compile exhibits to expedited motion to enforce preliminary injunction (.5); finalize and serve motion expedited motion to enforcce preliminary injunction (.3) |
| 03/14/24 | JAL | 4.7 | 290 | $1,363.00 | Revise motion to enforce preliminary injunction (2.4); prepare declarations in support of motion to enforce preliminary injunction (1.4); call with Sanjiv Mehra (.3); revise motion to stay (.6). |
| 03/14/24 | EJL | 4.5 | 600 | $2,700.00 | Review and revise motion for expedited ruling on injunction violation (2.5); review and revise response to motion to stay (1.5); conference with Jalen LaRubbio as to same (0.5). |
| 03/28/24 | EJL | 0.5 | 600 | $300.00 | Review motion to extend time on motion to show cause and correspond with Colin Thompson as to same. |
| 03/29/24 | EJL | 1.1 | 600 | $660.00 | Review order form court requiring Kayla McNeal to show cause on contempt motion (0.4); conference with Colin Thompson as to same and upcoming motion to compel hearing before Magistrate Judge Strauss (0.7). |
| 04/01/24 | JAL | 3.8 | 290 | $1,102.00 | Draft proposed stipulated facts for April 12 show cause hearing (2.0); strategy conference regarding same with Colin Thompson (.2); strategy communications with Ethan Loeb and Colin Thompson and related research regarding witnesses necessary for show cause hearing and procedural posture of hearing (1.3); annotate case law for show cause hearing (.3). |
| 04/01/24 | EJL | 0.8 | 600 | $480.00 | Conference with Colin Thompson and Jalen LaRubbio regarding hearing on show cause order (0.3); conference with Colin Thompson pertaining to hearing on motion to compel (0.5). |
| 04/02/24 | EJL | 1.5 | 600 | $900.00 | Review motion response form Kayla McNeill on order to show cause and confer with Jerome Falic as to same (0.5); review cases cited by Kayla McNeill in response and confer with Jalen LaRubbio as to same (1.0). |
| 04/03/24 | ECT | 1.2 | 500 | $600.00 | Review and revise Statement of Stipulated Facts for contempt hearing and conference with Ethan Loeb regarding strategy for hearing. |
| 04/03/24 | EJL | 1.4 | 600 | $840.00 | Review stipulated facts for hearing on show cause order and conference with Colin Thompson as to same (1.0); conference with Jalen LaRubbio regarding NLRB ruling and applicability to supervisors (0.4). |
| 04/03/24 | JAL | 7.1 | 290 | $2,059.00 | Draft reply to McNeill's response to order to show cause (6.5); revise draft of stipulated and disputed facts for show cause hearing (.6). |
| 04/04/24 | ECT | 0.3 | 500 | $150.00 | Conference with Jalen LaRubbio regarding additional arguments for Reply in Support of Motion for Contempt Sanctions and regarding additional discovery requests (.3). |

**EXHIBIT A**

| Date | Initials | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 04/04/24 | JAL | 2.3 | 290 | $667.00 | Revise reply to McNeill's show cause response (1.5); research procedure for compelling McNeill to produce documents at evidentiary hearing (.8). |
| 04/05/24 | ECT | 1.3 | 500 | $650.00 | Review and revise Reply in Support of Motion for Contempt Sanctions (1.3). |
| 04/08/24 | EJL | 5.8 | 600 | $3,480.00 | Prepare for hearing on motion to enforce (3.5); review and finalize reply in support of motion to show cause (1.0); conference with Colin Thompson and Jalen LaRubbio regarding NLRA and assertions by Kayla McNeill in her motion to dismiss and motion to dissolve injunction (1.3). |
| 04/08/24 | JAL | 4.1 | 290 | $1,189.00 | Review existing filings and transcripts for references of Ms. McNeill as supervisor or manager (.5); review and revise final draft of reply to order to show cause (3.3); review McNeill emergency motion to continue 4/12 hearing and conference with Ethan Loeb regarding same (.3). |
| 04/09/24 | ECT | 2.8 | 500 | $1,400.00 | Receive and review McNeill's Emergency Motion to Continue Contempt Hearing and conference with Ethan Loeb regarding same and response to same and in preparation for evidentiary hearing. |
| 04/09/24 | EJL | 4.5 | 600 | $2,700.00 | Continue to prepare for hearing on contempt motion. |
| 04/10/24 | EJL | 9 | 600 | $5,400.00 | Continue to prepare for hearing on motion to enforce and for contempt. |
| 04/10/24 | JAL | 7.1 | 290 | $2,059.00 | Conduct additional research for 4/12/24 contempt hearing (4.1); strategy conferences with Ethan Loeb and Colin Thompson rgardinge same (2.0); annotate cases in support of show cause reply (.6); add research to Ethan Loeb's slide show presentation for contempt hearing (.4). |
| 04/10/24 | ECT | 4 | 500 | $2,000.00 | Preparation for Show Cause hearing, including conferences with Ethan Loeb and Jalen LaRubbio and review evidence and legal authority cited in Head Kandy's Motion and McNeill's Opposition to Motion and Motion to Modify Injunction (3.5); receive from opposing counsel and review comments and revisions to proposed stipulated facts and revise same and e-mail correspondence regarding same (.4). |
| 04/11/24 | EJL | 9 | 600 | $5,400.00 | Finalize preparation for hearing on motion for contempt (7.5); conferences with Colin Thompson and Jalen LaRubbio as to same (1.5). |
| 04/11/24 | ECT | 3.4 | 500 | $1,700.00 | Conference with Ethan Loeb and Jalen LaRubbio regarding legal arguments and facts to be presented during evidentiary hearing on Motion for Contempt and review law in preparation for hearing (3.4). |
| 04/11/24 | JAL | 3.4 | 290 | $986.00 | Create summary chart of counterarguments, responses, and case law for use at contempt hearing (2.4); conduct additional research in preparation for contempt hearing (.6); strategy conferences with Colin Thompson and Ethan Loeb regarding same (.4). |
| 04/12/24 | EJL | 7 | 600 | $4,200.00 | Finalize preparation for and attend hearing on motion for contempt. |
| 04/12/24 | ECT | 8 | 500 | $4,000.00 | Preparation for, conference with Ethan Loeb and Jalen LaRubbio regarding, and attend evidentiary hearing on Motion for Contempt in Ft. Lauderdale Florida. |
| 04/13/24 | ACD | 0.3 | 450 | $135.00 | Calls and e-mails and review of information regarding Alexis Burke messages, needed declaration. |
| 04/14/24 | ACD | 0.8 | 450 | $360.00 | Review Alexis Burke social media and related messaging on Instagram, follow up with Ethan Loeb. |

| Date | Attorney | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 04/15/24 | ACD | 1 | 450 | $450.00 | Follow up with Alexis Burke on Instagram and Tik Tok, e-mails with Sanjiv Mehra and Alexis Burke regarding declaration and revisions to the same to encourage execution. |
| 04/16/24 | ACD | 1.8 | 450 | $810.00 | Consultations and revisions to declaration of Alexis Burke throughout the day and follow up e-mails and efforts to obtain execution, research on authentication requirements for video. |
| TOTAL | | 107.5 | | $50,326.00 | |

| Entry Date | Timekeeper | Matter | Hours | Rate | Amount | Narrative |
|---|---|---|---|---|---|---|
| 06/21/2023 | EPH | 25073 | 1.3 | 340 | 442 | Review and analyze McNeill's Response in Opposition to Motion for Preliminary Injunction for purposes of drafting Reply in Support of Motion for Preliminary Injunction (1.0); Strategy conference with Colin Thompson regarding Reply in Support of Motion for Preliminary Injunction (.3). |
| 06/21/2023 | KES | 25073 | 4.5 | 285 | 1282.5 | Meet and confer with Colin Thompson regarding upcoming preliminary injunction hearing (0.4); Conduct necessary legal research regarding the admissibility of social media comments and posts in the context of hearsay exceptions (2.9); Conduct necessary legal research regarding the authentication of posts and comments made on social media (1.2) |
| 06/21/2023 | HAW | 25073 | 0.9 | 250 | 225 | Compile evidence and preparation of for June 28th evidentiary hearing (.9) |
| 06/22/2023 | EJL | 25073 | 1 | 600 | 600 | Conference with Colin Thompson regarding issues identified in McNeill opposition to injunction, including First Breach defense and other contractual arguments. |
| 06/22/2023 | ECT | 25073 | 7.5 | 500 | 3750 | Receive and review McNeill's Opposition to Motion for Preliminary Inunction and exhibits attached thereto and conferences with Ethan Loeb and Mr. Rosenbaum regarding same (1.9); review case law cited in McNeill's Opposition and direct legal research for Reply to Opposition (1.1); review legal research regarding authentication of Facebook comments and posts (.5); e-mail and telephone correspondence with opposing counsel regarding potential stipulations as to admissibility of certain evidence at hearing on Motion for Preliminary Injunction (.8); initial review of list of social media videos to be relied on at evidentiary hearing and cull from same (.8); review legal research to rebut McNeill's argument she is not bound by restrictive covenants due to Head Kandy's alleged prior material breaches of agreement (.5); identification of non-video posts to be added to exhibit list for use at evidentiary hearing (.8); draft working exhibit list (1.1). |
| 06/22/2023 | EPH | 25073 | 6.3 | 340 | 2142 | Research caselaw cited by McNeill in Response in Opposition to Motion for Preliminary Injunction and analyze distinguishing factors for purposes of drafting Reply in Support of Motion for Preliminary Injunction (2.6); Research enforceability of no-contest provision in employment agreement (1.3); Research procedure to consider prior breach in motion for preliminary injunction (.6); Research rebuttable presumption of irreparable harm utilized by federal courts (.7); Research caselaw related to legitimate business interests protected by restrictive covenants (1.1). |
| 06/22/2023 | KES | 25073 | 4.3 | 285 | 1225.5 | Meet and confer with Colin Thompson regarding upcoming preliminary injunction hearing (0.3); Conduct necessary legal research regarding the admissibility of social media comments and posts in the context of hearsay exceptions (1.2); Prepare power point presentation comparing Head Kandy products with those marketed by Kayla McNeill (2.8) |
| 06/22/2023 | HAW | 25073 | 3.5 | 250 | 875 | Compilation of comments to social media posts (2.5); draft notice of filing and intent to use summaries (.2); preparation for evidentiary hearing (.5); prepare witness and exhibit list (.3) |
| 06/23/2023 | ECT | 25073 | 8.6 | 500 | 4300 | Review and revise Notice of Intent to Use Summaries of Facebook and TikTok comments and review compiled summaries for service on opposing counsel (.8); review and edit cuts of Facebook and TikTok videos for use at evidentiary hearing (2.4); identification of additional comments from customers stating they will no longer purchase HK products after specific social media posts and telephone and email correspondence with Ms. McDermaid regarding additional customer and sales data needed for evidentiary hearing (1.6); continue compiling and preparing evidence for evidentiary hearing (3.8). |
| 06/23/2023 | EPH | 25073 | 7.3 | 340 | 2482 | Draft Motion to File Business Records Under Seal (1.2); Research applicability of prior restraint jurisprudence to injunction proceedings requesting enforcement of contract (1.4); Draft Reply in Support of Motion for Preliminary Injunction (4.7). |
| 06/23/2023 | HAW | 25073 | 8 | 250 | 2000 | Compilation of evidence and preparation for June 28th evidentiary hearing |

| Date | Timekeeper | Matter | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|---|
| 06/25/2023 | ECT | 25073 | 5.8 | 500 | 2900 | Analysis of additional daily sales data received and request hourly sales data to support declines in sales after McNeill posts and receive and review same from Ms. McDermaid (1.3); continue compiling evidence and presentation materials for evidentiary hearing, focusing on evidence of damages and irreparable harm, including data showing loss of particular customers and loss of sales revenues and orders (1.1); review and revise Reply to McNeill's Opposition to Motion for Preliminary injunction (2.1); begin drafting of outline for direct examanination of Jonathan Rosenbaum of evidentiary hearing (1.3). |
| 06/25/2023 | EPH | 25073 | 3.9 | 340 | 1326 | Continue drafting Reply in Support of Motion for Preliminary Injunction. |
| 06/25/2023 | EJL | 25073 | 3.4 | 600 | 2040 | Review reply to motion for preliminary injunction and provide revisions to same (1.0); prepare for hearing on preliminary injunction (2.0); conference with Colin Thompson as to financial proof and impact of Ms. McNeill on social media to Head Kandy revenue streams (0.4). |
| 06/25/2023 | HAW | 25073 | 2.5 | 250 | 625 | Preparation of exhibits for June 28th evidentiary Hearing |
| 06/26/2023 | EPH | 25073 | 2.9 | 340 | 986 | Review and revise Reply in Support of Motion for Preliminary Injunction (2.3); Review and revise Motion to File Business Records Under Seal (.4); Draft proposed Order Granting Motion to File Business Records Under Seal (.2). |
| 06/26/2023 | KES | 25073 | 5.4 | 285 | 1539 | Prepare and draft evidentiary authentication bench brief (1.7); Review and analyze additional Facebook comments authored by former Head Kandy customers (2.3); Input data and prepare graph demonstrating the historical sales of certain former Head Kandy customers (1.4) |
| 06/26/2023 | ECT | 25073 | 12.6 | 500 | 6300 | Multiple correspondence with Ms. McDermaid and Ms. Pletis regarding detailed sales data to support harm claim and preparation of final evidence of same for evidentiary hearing (3.4); meeting with Ethan Loeb in preparation for evidentiary hearing, including finalizing opening presentation, evidence for presentations, evidence to be introduced through witness, and review, revisions and finalizing of exhibit list and final exhibits and review of case law for argument on legal points at evidentiary hearing (8.2). |
| 06/26/2023 | EJL | 25073 | 9.8 | 600 | 5880 | Continue to prepare for injunction hearing, including selection and review of exhibits and exhibit list, preparation for Kayla McNeill cross examination, and finalizing opening statement/demonstrative slide deck. |
| 06/26/2023 | HAW | 25073 | 10 | 250 | 2500 | Preparation for June 28 evidentiary hearing |
| 06/27/2023 | ECT | 25073 | 4.8 | 500 | 2400 | Continue drafting of outline for direct examination of Jonathan Rosenbaum, including tying in of exhibits for introduction through or discussion with Mr. Rosenbaum Receive and initial review of McNeill's exhibit and witness lists and certain filed exhibits (3.4); receive and review McNeill's Exhibit and Witness List and review exhibits on which McNeill intends to rely at evidentiary hearing, including affidavits and declarations from third parties and conference with Ethan Loeb regarding same (1.4). |
| 06/27/2023 | KES | 25073 | 8 | 285 | 2280 | Review defendant's exhibit list (1.2); Prepare and draft hearsay bench brief for the preliminary injunction hearing (1.4); Meet and confer with Colin Thompson regarding defendant's exhibit list (0.2); Conduct necessary legal research regarding hearsay exceptions for social media comments (5.0); Call with Angela Porta (Head Kandy affiliate) regarding defendant's exhibit list (0.2). |
| 06/27/2023 | EJL | 25073 | 1 | 600 | 600 | Review date specific videos of Ms. McNeill, including April 2023 time frame when she was working with Bo Stegall. |
| 06/27/2023 | HAW | 25073 | 1.5 | 250 | 375 | Preparation for June 28th evidentiary hearing |
| 06/28/2023 | ECT | 25073 | 0.4 | 500 | 200 | Conferences with Ethan Loeb regarding exhibits and declarations on which Ms. McNeill intends to rely at hearing on Motion for Preliminary Injunction and contents of Facebook posts from Ms. McNeill and comments of declarants that contradict declarations. |
| 06/28/2023 | KES | 25073 | 0.1 | 285 | 28.5 | Review defendant's exhibit list. |
| 06/29/2023 | EJL | 25073 | 2 | 600 | 1200 | Continue to prepare stipulated facts per court order (2.0) |
| 06/30/2023 | KES | 25073 | 0.5 | 285 | 142.5 | Meet and confer with Heather Wilfong regarding the extraction of Facebook comments for the exhibit list (0.5); |

| Date | Initials | Matter | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|---|
| 06/30/2023 | EPH | 25073 | 1.3 | 340 | 442 | Research caselaw regarding witness tampering related to service of third party subpoenas (1.3) |
| 06/30/2023 | EJL | 25073 | 1 | 600 | 600 | Continue with stipulated facts per court order (1.0) |
| 07/02/2023 | EPH | 25073 | 1.5 | 340 | 510 | Continue research related to potential obstruction and witness tampering (.8); Draft letter to opposing counsel regarding potential obstruction and witness tampering (.7). |
| 07/03/2023 | ECT | 25073 | 0.3 | 500 | 150 | Review and revise cease and desist letter to opposing counsel regarding Ms. McNeill's aiding and abetting witnesses to avoid service of subpoenas |
| 07/03/2023 | EJL | 25073 | 2.5 | 600 | 1500 | Review and revise letter to opposing counsel regarding McNeill's interference with subpoenas and provide same to client for review and approval (0.5); continue with stipulated facts per court order (2.0). |
| 07/05/2023 | ECT | 25073 | 1.6 | 500 | 800 | Review, revise, and add to draft set of Stipulated Facts requested by the Court in advance of hearing on Motion for Preliminary Injunction. |
| 07/05/2023 | EJL | 25073 | 2 | 600 | 1200 | Finalize stipulated facts. |
| 07/06/2023 | ECT | 25073 | 1.9 | 500 | 950 | Review of Exhibits produced by McNeill, including ten declarations from individuals and cross reference of declarants to those who made comments to certain Facebook posts (1.0); review, revise, conference with Ethan Loeb, and correspondence with opposing counsel regarding proposed Stipulated Facts (.9). |
| 07/06/2023 | EJL | 25073 | 2 | 600 | 1200 | Review exhibits and list from Kayla McNeill and confer with Colin Thompson regarding objections to comply with court order. |
| 07/07/2023 | ECT | 25073 | 3.8 | 500 | 1900 | Zoom conferences with Messrs. Falic, Rosenbaum, Feldman and Taney and Ethan Loeb regarding bonuses under McNeill's Executive Employment Agreement and status in preparation for hearing on Motion for Preliminary Injunction and conference with Ethan Loeb regarding strategy regarding bonus statements (0.8); Per court order, identify objections to Ms. McNeill's proposed exhibits for hearing on Motion for Preliminary Injunction, including watching multiple proposed videos and listening to proposed audio messages (2.2); Telephone conference with opposing counsel to review proposed stipulated facts and objections to exhibits (0.8). |
| 07/07/2023 | EJL | 25073 | 0.5 | 600 | 300 | Conference call with opposing counsel to discuss stipulated facts and exhibits (0.5) |
| 07/10/2023 | ECT | 25073 | 1.9 | 500 | 950 | Correspondence with Ethan Loeb regarding and review and revise proposed disputed issues for court's resolution requested by the court and correspondence with opposing counsel transmitting same (.6); review, revisions and comments to McNeill's counsel's revisions to proposed stipulated facts (1.3) |
| 07/11/2023 | ECT | 25073 | 2.5 | 500 | 1250 | Review McNeill's proposed amended Exhibit List and correlate to prior list and objections to prior list (1.5); Telephone conference with all counsel as required by the Court to discuss stipulated facts, objections to exhibits, and issues to be tried and multiple email correspondence with opposing counsel regarding same (1.0); Conference with Ethan Loeb regarding stipulated facts (0.5-N/C). |
| 07/11/2023 | KES | 25073 | 6 | 285 | 1710 | Search Facebook comments made by affiants identified in Ms. McNeill's Exhibit List and prepare and draft document comparing affiants' Facebook comments and statements made in their affidavits. |
| 07/11/2023 | EJL | 25073 | 2.5 | 600 | 1500 | Attend conference with opposing counsel re stipulated facts and exhibit list (1.0); review redline version of stipulated facts from opposing counsel and communicate about the same with Colin Thompson (1.5) |
| 07/11/2023 | HAW | 25073 | 0.7 | 250 | 175 | Preparation of exhibit list for objections to defendants exhibits (.2); begin drafting joint exhibit list (.5) |
| 07/12/2023 | ECT | 25073 | 1.4 | 500 | 700 | Review revised stipulated facts from opposing counsel, confer with Ethan Loeb regarding same, and propose additional revisions to stipulated facts (.8); review and revise proposed Joint Exhibit List per multiple calls and correspondence with opposing counsel (.3); receive and review McNeill's objections and stipulations to Head Kandy's proposed exhibits (.3). |
| 07/12/2023 | HAW | 25073 | 2 | 250 | 500 | Search Whippin Life Facebook page for comments made by Declarants identified by Defendants for temporary injunction hearing (2.0) |

| Date | Initials | Matter | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|---|
| 07/12/2023 | KES | 25073 | 5.5 | 285 | 1567.5 | Prepare and draft document comparing affiants' Facebook comments and statements made in their affidavits (0.2); Conduct necessary legal research regarding hearsay exceptions for Facebook comments (4.0); Prepare and draft memorandum of law outlining arguments in favor of hearsay exceptions in anticipation of preliminary injunction hearing (1.3). |
| 07/13/2023 | ECT | 25073 | 5.2 | 500 | 2600 | Receive and review McNeill's Expedited Motion for Leave to Supplement Exhibit List with additional declarations, review each declaration from purported former clients, research to draft response as required by court, review comments from declarants to show unreliability of declarations, and draft portions or, review, revise and finalize for filing Opposition to McNeill's Expedited Motion for Leave to Amend Exhibit List. |
| 07/13/2023 | EPH | 25073 | 4.1 | 340 | 1394 | Research causation requirement for preliminary injunction to enforce restrictive covenant (1.0); Draft Response in Opposition to McNeill's Motion for Leave to File Supplemental Declarations (2.2); Review social media comments by newly disclosed declarants and create chart comparing declarations with social media comments (.9). |
| 07/13/2023 | HAW | 25073 | 2.6 | 250 | 650 | Continue searches on Whippin Life Facebook page for comments made by Declarants identified by Defendants for temporary injunction hearing (2.3); compile exhibits, finalize, file and serve response in opposition to Defendants motion for leave to file exhibits (.3) |
| 07/13/2023 | KES | 25073 | 6.5 | 285 | 1852.5 | Conduct necessary legal research regarding hearsay exceptions for Facebook comments (1.0); Meet and confer with Colin Thompson regarding the response to defendant's motion for leave to supplement exhibit list (0.2); Prepare and draft opposition to motion to leave to supplement exhibit list (5.3). |
| 07/13/2023 | EJL | 25073 | 1 | 600 | 600 | Review and revise response to McNeill's motion to supplement exhibits per court order. |
| 07/14/2023 | ECT | 25073 | 4.6 | 500 | 2300 | Multiple email and document exchanges with opposing counsel to finalize Joint Exhibit List, Stipulations of Fact, Disputed Issues, and individual exhibit list and review, revise and finalize same for filing to comply with Court Order (4.6). |
| 07/14/2023 | HAW | 25073 | 3 | 250 | 750 | Review and revise joint exhibit list (.6); review and revise head Kandy exhibit list (.4); compile joint hearing exhibits (1.0); compile Head Kandy hearing exhibits (.5); finalize, file and serve stipulated facts and statement of issues for August 1st hearing (.2); finalize, file and serve joint exhibit list and plaintiff's exhibit list (.3) |
| 07/14/2023 | EJL | 25073 | 1.4 | 600 | 840 | Review final version of exhibit list, statement of issues, and stipulated facts for submission to court and communicate with Colin Thompson and opposing counsel throughout the day (1.4) |
| 07/17/2023 | HAW | 25073 | 4.4 | 250 | 1100 | Finalize joint exhibits for August 1, 2023 hearing (2.3); update Head Kandy and McNeill exhibits for August 1, 2023 hearing (1.0). |
| 07/18/2023 | EPH | 25073 | 0.6 | 340 | 204 | Strategy conference with Colin Thompson regarding prior breach defense (.2); Research caselaw related to prior breach defense (.4) |
| 07/18/2023 | KES | 25073 | 0.3 | 285 | 85.5 | Review judge's order to supplement the disputed factual issues (0.3) |
| 07/18/2023 | ECT | 25073 | 4.2 | 500 | 2100 | Conferences with Ethan Loeb regarding Court's order directing supplementation of issues regarding payment of bonuses (.3); telephone conference with Mr. Rosenbaum regarding claim by McNeill for bonuses owed and additional evidence regarding same (.2); additional research regarding ability of court to enforce restrictive covenants despite claims by party to be enjoined of prior breaches of the agreement (3.7). |
| 07/18/2023 | EJL | 25073 | 0.9 | 600 | 540 | Conference with Colin Thompson regarding bonus related issues in light of court order requesting additional information (0.5) confer with Elliot Haney as to contract language in employment agreement related to bonus payment. (0.4). |

| Date | Tkpr | Matter | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|---|
| 07/19/2023 | ECT | 25073 | 6.2 | 500 | 3100 | Telephone conference with Jon Rosenbaum regarding McNeill's claim for bonus and testimony to be presented at evidentiary hearing regarding same (0.2); review, annotate, and supplement Head Kandy exhibits for evidentiary hearing (2.6); draft additional portions of outline for direct examination of Jon Rosenbaum with supporting exhibits to account for McNeill's prior material breach defense based on alleged non-payment of bonus and telephone calls with Mr. Rosenbaum regarding same (3.4). |
| 07/19/2023 | EPH | 25073 | 2.9 | 340 | 986 | Strategy conference with Colin Thompson regarding response to McNeill's statement of facts (.3); Draft response to McNeill's statement of facts related to prior material breach (2.6). |
| 07/19/2023 | EPH | 25073 | 2.3 | 340 | 782 | Continue researching caselaw related to McNeill's prior breach defense. |
| 07/19/2023 | HAW | 25073 | 0.7 | 250 | 175 | Preparation for August 1st hearing (.7) |
| 07/19/2023 | KES | 25073 | 4.5 | 285 | 1282.5 | Conduct necessary legal research regarding whether Head Kandy's potential breach of the employment agreement was "material" (4.0); Prepare and draft memorandum of law regarding whether Head Kandy's potential breach of the employment agreement was "material" (0.5). |
| 07/20/2023 | ECT | 25073 | 9.1 | 500 | 4550 | Review and perform additional legal research regarding prior material breach defense in employment context based on alleged failure to pay portion of compensation and conference with Ethan Loeb regarding same (2.8); draft additional portions of and revise outline of Mr. Rosenbaum to account for additional issues raised by McNeill in statement of defense issues, including follow up with Mr. Rosenbaum and Ms. Petri regarding loan balances and compensation to Ms. McNeill and identify all exhibits to be potentially used in Mr. Rosenbaum's direct examination and cross at evidentiary hearing (6.3). |
| 07/21/2023 | ECT | 25073 | 4.3 | 500 | 2150 | Identify and compile all exhibits for use at evidentiary hearing and track to Joint Exhibit List and Head Kandy revised Exhibit List and revisions to outlines for evidentiary hearing (3.0); review exhibits to be offered by Kayla McNeill and objections thereto (1.3). |
| 07/21/2023 | EPH | 25073 | 4.3 | 340 | 1462 | Review and revise response to McNeill's statement of facts related to prior material breach (2.9); Research prior material breach doctrine as equitable defense (.4); Prepare visual aid showing inconsistent statements of McNeill's declarants for purposes of evidentiary hearing (1.0). |
| 07/21/2023 | HAW | 25073 | 1.3 | 250 | 325 | Preparation of exhibits and witness files for August 1st evidentiary hearing |
| 07/21/2023 | EJL | 25073 | 0.4 | 600 | 240 | Conference with Colin Thompson in connection with Jon Rosenbaum direct testimony outline and review of same (0.4). |
| 07/24/2023 | EJL | 25073 | 1.6 | 600 | 960 | Conference call with Jon Rosenbaum regarding testimony at preliminary injunction hearing (0.3); review and revise notice of issues on paragraph 4 per court order and confer with Colin Thompson and Elliot Haney as to same (1.3). |
| 07/24/2023 | HAW | 25073 | 0.3 | 250 | 75 | Draft motion and order to allow additional electronic equipment for August 1, 2023 hearing (.3) |
| 07/25/2023 | EJL | 25073 | 2.5 | 600 | 1500 | Attend zoom call with Ryan Thompson to discuss text messages and other issues regarding Kayla McNeill theft and breach of fiduciary duties. |
| 07/25/2023 | EJL | 25073 | 0.4 | 600 | 240 | Conference with Ethan Loeb regarding evidence and legal arguments for preliminary injunction hearing. |
| 07/25/2023 | KES | 25073 | 1.2 | 285 | 342 | Prepare and draft chart comparing statements made by the declarants in defendant's exhibit list with their statements made on Facebook (and the corresponding statements made by Kayla McNeill). |
| 07/25/2023 | EPH | 25073 | 3.8 | 340 | 1292 | Continue preparing visual aid showing inconsistent statements of McNeill's declarants for purposes of evidentiary hearing (1.9); strategy conference with Ethan Loeb and Colin Thompson regarding response to opposing counsel's forthcoming motion to strike Head Kandy's response to statement of facts related to prior material breach (.3); Draft Head Kandy's Response to McNeill's Motion to Strike (1.6). |

| Date | Tkpr | Matter | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|---|
| 07/26/2023 | ECT | 25073 | 0.3 | 500 | 150 | Conference with Ethan Loeb regarding evidence and legal arguments for preliminary injunction hearing and deposition of Bo Stegall. |
| 07/26/2023 | KES | 25073 | 6.5 | 285 | 1852.5 | Prepare and draft chart comparing statements made by the declarants in defendant's exhibit list with their statements made on Facebook (and the corresponding statements made by Kayla McNeill) (6.5) |
| 07/26/2023 | EPH | 25073 | 3.7 | 340 | 1258 | Continue preparing visual aid showing inconsistent statements of McNeill's declarants for purposes of evidentiary hearing. |
| 07/27/2023 | EPH | 25073 | 3.2 | 340 | 1088 | Draft chart distinguishing caselaw cited by McNeill from caselaw cited by Head Kandy in preparation for evidentiary hearing (2.4); Finalize visual aid showing inconsistent statements of McNeill's declarants for purposes of evidentiary hearing (.8) |
| 07/27/2023 | KES | 25073 | 2.1 | 285 | 598.5 | Prepare and draft chart comparing statements made by the declarants in defendant's exhibit list with their statements made on Facebook (and the corresponding statements made by Kayla McNeill) (2.1). |
| 07/27/2023 | HAW | 25073 | 0.4 | 250 | 100 | Review and revise opening powerpoint presentation for August 1st hearing (.4) |
| 07/28/2023 | EJL | 25073 | 5.5 | 600 | 3300 | Continue to prepare for hearing on preliminary injunction, including cross examination points for Kayla McNeill (5.5). |
| 07/28/2023 | HAW | 25073 | 4.6 | 250 | 1150 | Preparation for August 1st evidentiary hearing (4.6) |
| 07/28/2023 | EPH | 25073 | 6.3 | 340 | 2142 | Draft bench memorandum regarding inapplicability of prior material breach defense (1.0); Draft bench memorandum regarding admissibility of customer social media comments (2.2); Review and revise bench memorandum regarding authenticity of social media comments (.3); Strategy conference with Ethan Loeb regarding arguments in opposition of prior material breach defense (1.5); Research contractual waiver of statutory rights (1.3). |
| 07/29/2023 | EJL | 25073 | 2.5 | 600 | 1500 | Continue with preparation for hearing on motion for preliminary injunction. |
| 07/29/2023 | HAW | 25073 | 2.5 | 250 | 625 | Compilation of contradictory comments for use at August 1st hearing. |
| 07/30/2023 | ECT | 25073 | 4.5 | 500 | 2250 | In preparation for hearing on Motion for Preliminary Injunction, team meeting to review evidence and witness strategy, and identify, research and review case law on legal issues to be argued at hearing. |
| 07/30/2023 | EPH | 25073 | 4.5 | 340 | 1530 | Strategy conference with Colin Thompson and Ethan Loeb in preparation for evidentiary hearing. |
| 07/30/2023 | EJL | 25073 | 6 | 600 | 3600 | Extended meeting with Colin Thompson in preparation for hearing on motion for preliminary injunction and continue with final preparations (4.5); Preparation of McNeill's impeachment evidence (1.5) |
| 07/30/2023 | HAW | 25073 | 7.5 | 250 | 1875 | Preparation for August 1st evidentiary hearing, including all exhibits, legal memoranda, witness files and impeachment evidence. |
| 07/31/2023 | HAW | 25073 | 0.5 | 250 | 125 | Review Defendants objections to Plaintiff's exhibits and update joint exhibit list (.5) |
| 07/31/2023 | EJL | 25073 | 8.5 | 600 | 5100 | Finalize preparation for preliminary injunction hearing, including meeting with Jon Rosenbaum to prepare for trial testimony. |
| 07/31/2023 | ECT | 25073 | 9 | 500 | 4500 | Meeting with Ethan Loeb and Elliot Haney in preparation for hearing on Motion for Preliminary Injunction, meeting with Mr. Rosenbaum to prepare for testimony and cross examination, and review and revise outline and evidence for testimony of Mr. Rosenbaum. |
| 07/31/2023 | EPH | 25073 | 2.8 | 340 | N/C | Prepare exhibits for use at evidentiary hearing (.4); Prepare evidentiary hearing (2.4). |
| 07/31/2023 | HAW | 25073 | 2.2 | 250 | 550 | Preparation for August 1st hearing (2.0); draft notice of objection to McNeill Joint Exhibit 114 (.2) |
| 08/01/2023 | ECT | 25073 | 11.5 | 500 | 5750 | Preparation for and attend Preliminary Injunction hearing in Ft. Lauderdale and conference with Ethan Loeb after hearing regarding legal memoranda, proposed findings of fact, and conclusions of law requested by the Court. |
| 08/01/2023 | EPH | 25073 | 7.5 | 340 | N/C | Attend evidentiary hearing on Plaintiff's Expedited Motion for Preliminary Injunction. |
| 08/01/2023 | EJL | 25073 | 10.5 | 600 | 6300 | Attend preliminary injunction hearing and follow up conversations with Colin Thompson regarding strategy as to proposed findings of fact and conclusions of law. |

| Date | Initials | Matter | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|---|
| 08/02/2023 | ECT | 25073 | 5.5 | 500 | 2750 | Review McNeill social media posting regarding evidentiary hearing and making disparaging comments and review and revise demand to McNeill to remove and retract, correspondence with opposing counsel regarding same, and conference with Ethan Loeb regarding same (1.7); research for and draft Motion to file under seal as supplemental evidence Ms. McNeill's disparaging social media posts after evidentiary hearing (3.8). |
| 08/02/2023 | EPH | 25073 | 1.6 | 340 | 544 | Strategy conference with Ethan Loeb and Colin Thompson regarding proposed findings of fact and conclusions of law and bench briefs for submittal to Judge (.7); draft proposed findings of fact and conclusions of law (.9). |
| 08/02/2023 | KES | 25073 | 7.2 | 285 | 2052 | Meet and confer with Elliot Haney, Colin Thompson, and Ethan Loeb regarding the preliminary injunction hearing and certain briefs that need to be submitted to the court (1.5) Review bench memo prepared regarding prior breach as a defense (0.7); Conduct necessary legal research regarding the ability to waive statutory employment rights (4.5); Prepare and draft bench brief regarding the exclusion of declarations of former Head Kandy customers (0.5). |
| 08/02/2023 | EJL | 25073 | 1.4 | 600 | 840 | Review latest positing by Ms. McNeill and confer with Mr. Rosenbaum and Mr. Herschmann as to strategy and filing with court (0.4); review and revise motion after conferring with court clerk (0.4); attend strategy meeting with Colin Thompson and Elliot Haney and Kathryn Saienni (0.6). |
| 08/03/2023 | ECT | 25073 | 3.2 | 500 | 1600 | Draft, review and revise Motion for Leave to File Motion for Supplemental Evidence Under Seal (1.6); review and revise Motion to Leave to File Supplemental Evidence and requesting the Court to issue interim relief pending ruling on Motion for Preliminary Injunction (1.2); multiple conferences with Ethan Loeb regarding same (.4). |
| 08/03/2023 | HAW | 25073 | 0.4 | 250 | 100 | Compile exhibits to motion filed under seal for the court to consider supplementary evidence (.4) |
| 08/03/2023 | EJL | 25073 | 0.5 | 600 | 300 | Review and revise motion to file under seal. |
| 08/04/2023 | EPH | 25073 | 1.1 | 340 | 374 | Draft proposed findings of fact and conclusions of law (.7); Strategy conference with Kathryn Saienni regarding brief on admissibility of inconsistent statements (.4). |
| 08/04/2023 | KES | 25073 | 4.2 | 285 | 1197 | Prepare and draft bench brief regarding the exclusions of declarations of former Head Kandy customers (0.9); Conduct necessary legal research regarding the admissibility of form declarations (0.7); Conduct necessary legal research regarding the ability to waive statutory employment rights (2.4). |
| 08/05/2023 | ECT | 25073 | 1 | 500 | 500 | Receive and review McNeill's Opposition to Motion to Seal and research additional case law supporting request to file disparaging posts under seal and conference with Ethan Loeb regarding same. |
| 08/06/2023 | EPH | 25073 | 6.8 | 340 | 2312 | Draft proposed findings of fact and conclusions of law. |
| 08/06/2023 | KES | 25073 | 1.3 | 285 | 370.5 | Prepare and draft bench brief regarding the exclusion of declarations of former Head Kandy customers. |
| 08/06/2023 | EJL | 25073 | 0.4 | 600 | 240 | Review and revise proposed findings of fact and conclusions of law that is due to be filed per Magistrate Strauss's directive. |
| 08/07/2023 | ECT | 25073 | 5.4 | 500 | 2700 | Review, revise, and draft additions to proposed Order on Motion for Preliminary Injunction, including findings of fact and conclusions of law, review transcript of hearing and admitted exhibits for proper and accurate references in proposed Order, conference with Ethan Loeb regarding proposed Order. |
| 08/07/2023 | EPH | 25073 | 4.4 | 340 | 1496 | Research waiver of breach under Florida law (.6); Draft Plaintiff's Memorandum Regarding Prior Material Breach Defense (3.0). |
| 08/07/2023 | EJL | 25073 | 1 | 600 | 600 | Review and revise proposed injunction order and provide same to client. |
| 08/07/2023 | KES | 25073 | 0.7 | 285 | 199.5 | Prepare and draft bench brief regarding the exclusion of declarations of former Head Kandy customers. |
| 08/08/2023 | EPH | 25073 | 1.6 | 340 | 544 | Review and revise bench memorandum regarding admissibility of unreliable declarations. |

| Date | Initials | Matter | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|---|
| 08/08/2023 | KES | 25073 | 1 | 285 | 285 | Prepare and draft bench brief regarding the exclusions of declarations of former Head Kandy customers (1.0). |
| 08/08/2023 | ECT | 25073 | 4.4 | 500 | 2200 | Additional revisions to proposed Order on Motion for Preliminary Injunction after conferences with Ethan Loeb and finalize same filing (.8); review, revise and draft additional sections of Memorandum regarding inapplicability of the Prior Material Breach Defense (2.5); review, revise, and draft additional sections of Memorandum regarding weight to be given by court to declarations of former customers in light of hearsay nature of statements, which are contradicted by statements they made in response to social media posts by Kayla McNeill (1.1). |
| 08/08/2023 | HAW | 25073 | 0.2 | 250 | 50 | Draft notice of filing power point opening presentation (.2) |
| 08/08/2023 | EJL | 25073 | 1 | 600 | 600 | Review and revise proposed injunction, memorandum on prior breach, and notice of conflicting evidence for McNeill Declarants (1.0) |
| 08/09/2023 | ECT | 25073 | 0.8 | 500 | 400 | Review and analyze McNeill's Memorandum regarding Prior Material Breach and her Proposed Findings of Fact and Conclusions of Law and conference with Ethan Loeb regarding same. |
| 08/14/2023 | ECT | 25073 | 2 | 500 | 1000 | Conference with Ethan Loeb in preparation for hearing for closing arguments on Motion for Preliminary Injunction and regarding Amex charges, Ms. McNeill's communications regarding obtaining Amex card for business and identify and review charges on Amex for Ms. McNeill's other business ventures (2.0). |
| 08/15/2023 | EJL | 25073 | 2 | 600 | 1200 | Continue to prepare for closing/legal arguments before the court. |
| 08/15/2023 | KES | 25073 | 2.6 | 285 | 741 | Conduct necessary legal research regarding the underlying contracts in cases cited by opposing counsel in their memorandum of law in support of application of the prior breach doctrine (1.3); Conduct necessary legal research regarding the application of Florida Statute 542.335 (1.1). |
| 08/16/2023 | KES | 25073 | 3.3 | 285 | 940.5 | Conduct necessary legal research regarding the underlying contracts in cases cited by opposing counsel in their memorandum of law in support of application of the prior breach doctrine (2.6); Conduct necessary legal research regarding the application of Florida Statute 542.335 (0.7). |
| 08/16/2023 | EJL | 25073 | 2 | 600 | 1200 | Prepare for closing argument (2.0) |
| 08/16/2023 | HAW | 25073 | 0.3 | 250 | 75 | Compile posts by Gina Gazzinga from Whipi Warriors page |
| 08/17/2023 | EJL | 25073 | 6.5 | 600 | 3900 | Prepare for closing argument on preliminary injunction (4.5); prepare and revise opposition to motion to continue hearing due to opposing counsel's family issues and communicate with Colin Thompson as to same (2.0) |
| 08/17/2023 | ECT | 25073 | 2.6 | 500 | 1300 | Conferences with Ethan Loeb regarding discovery hearing, McNeill's request to postpone final arguments on Preliminary Injunction Hearing and discovery hearing and draft opposition to Defendant's Motion to Continue Hearings (2.6). |
| 08/17/2023 | HAW | 25073 | 0.3 | 250 | 75 | Compile exhibits, finalize, file and serve response in opposition to emergency motion to continue hearing (.3) |
| 08/24/2023 | EPH | 25073 | 3.3 | 340 | 1122 | Prepare for hearing on Head Kandy's Motion for Preliminary Injunction. |
| 08/24/2023 | ECT | 25073 | 6.5 | 500 | 3250 | Review and analyze McNeill's Brief on Prior Breach Defense and proposed findings of fact and conclusions of law to outline any remaining issues about which the Court may inquire and request legal argument during the final hearing (1.5); meeting with Ethan Loeb and research various legal issues and evidentiary support in preparation for final arguments on Motion for Preliminary Injunction (4.6); telephone conference with Jon Rosenbaum regarding Facebook live post by Kayla McNeill discussing lawsuit and upcoming final hearing on Preliminary Injunction and watch portions of live session (.4). |
| 08/24/2023 | EJL | 25073 | 5.1 | 600 | 3060 | Prepare for hearing on preliminary injunction motion (4.8); review video from Kayla McNeill (0.3). |
| 08/25/2023 | ECT | 25073 | 7.2 | 500 | 3600 | Final preparations with Ethan Loeb for and attend final hearing on Motion for Preliminary Injunction. |
| 08/25/2023 | EJL | 25073 | 7.5 | 600 | 4500 | Finalize preparation for and attend hearing on motion of preliminary injunction (7.5); |
| 08/25/2023 | HAW | 25073 | 0.4 | 250 | 100 | Compile materials in advance of hearing on motion for preliminary injunction |

| Date | Atty | Code | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|---|
| 09/05/2023 | EPH | 25073 | 0.5 | 340 | 170 | Strategy conference with Ethan Loeb regarding impact of impending order on Motion for Preliminary Injunction. |
| 09/12/2023 | KES | 25073 | 0.6 | 285 | 171 | Review and analyze magistrate's report and recommendation. |
| 09/12/2023 | ECT | 25073 | 1.4 | 500 | 700 | Receive, review and conference with Ethan Loeb regarding Magistrate's Report and Recommendation on Motion for Preliminary Injunction and next steps. |
| 09/12/2023 | EJL | 25073 | 1 | 600 | 600 | Review order on injunction and confer with Eric Herschmann and Jon Rosenbaum as to strategy (separate conversations) (1.0) |
| 09/13/2023 | ECT | 25073 | 2.4 | 500 | 1200 | Review Report and Recommendation regarding bond requirement and draft additional discovery to Ms. McNeill seeking information identified by court relevant to setting amount of bond required |
| 09/13/2023 | KES | 25073 | 2.5 | 285 | 712.5 | Meet and confer with Ethan Loeb regarding the bond issue from the report and recommendation (0.3); Conduct necessary legal research regarding the proper calculation of the bond (2.2). |
| 09/14/2023 | ECT | 25073 | 0.9 | 500 | 450 | Review, revise and draft additional sections of letter to McNeill demanding removal of social media posts and videos that violation preliminary injunction and restrictive covenants of Employment Agreement (.9) |
| 09/14/2023 | KES | 25073 | 2.3 | 285 | 655.5 | Prepare and draft letter to Kayla McNeill's counsel demanding the deletion of videos, posts, and comments in violation of the report and recommendation (1.9); Review judge's report and recommendation in conjunction with drafting the demand letter to Kayla McNeill's counsel (0.4). |
| 09/14/2023 | JAL | 25073 | 0.6 | 290 | 174 | Research enforceability of Report & Recommendations on a preliminary injunction and whether there are consequences for failure to comply before the Report & Recommendation is adopted. |
| 09/15/2023 | ECT | 25073 | 0.2 | 500 | 100 | Revisions to and finalize letter to opposing counsel to confirm compliance with Report and Recommendation on Motion for Preliminary Injunction |
| 09/15/2023 | EJL | 25073 | 0.2 | 600 | 120 | Review letter to Anthony Converse regarding compliance with injunction order and have same delivered (0.2) |
| 09/18/2023 | ECT | 25073 | 1 | 500 | 500 | Conference with Ethan Loeb regarding outstanding discovery requests and ability to enforce Report and Recommendation on Motion for Preliminary Injunction and review research regarding same. |
| 09/19/2023 | JAL | 25073 | 1.2 | 290 | 348 | Conduct additional research re enforceability of R&R and update team on findings. |
| 09/20/2023 | SMM | 25073 | 0.3 | 325 | 97.5 | Communicate and confer with Jalen LaRubbio and Colin Thompson regarding Head Kandy motion for permanent injunctive relief. |
| 09/20/2023 | EJL | 25073 | 2.3 | 600 | 1380 | Attend extended call with opposing counsel regarding settlement and discovery related issues. |
| 09/20/2023 | ECT | 25073 | 3.2 | 500 | 1600 | Conferences with Ethan Loeb and Jalen LaRubbio regarding, and brief research regarding, Motion for Temporary Restraining Order and Motion for Expedited Consideration of same while the parties await the District Court's Oder on the Report and Recommendation recommending granting the Preliminary Injunction (1.0); extended Zoom conference with opposing counsel regarding potential settlement,-requirements of the court's report and recommendation on Motion for Preliminary Injunction and regarding McNeill's objections and responses to discovery requests (2.3) |
| 09/20/2023 | JAL | 25073 | 7 | 290 | 2030 | Review previous outline/draft of TRO motion and discuss strategy with Colin Thompson (.5); conduct research and draft motion for expedited TRO (6.5). |
| 09/21/2023 | KES | 25073 | 1 | 285 | 285 | Meet and confer with Ethan Loeb and Elliot Haney regarding the procurement of affidavits from previous Head Kandy employees (0.3); Call with former Head Kandy employee, Nicole Cook (0.7). |
| 09/22/2023 | JAL | 25073 | 1.1 | 290 | 319 | Search for cases and other legal support for the idea that continued online presence of offending statements would violate the anticipated injunction, and update team on findings. |

| Date | Atty | Matter | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|---|
| 09/25/2023 | JAL | 25073 | 4.4 | 290 | 1276 | Discuss draft TRO motion, necessary edits, and case strategy with Colin Thompson (.2); edit draft of TRO motion to correct factual background, and conduct additional research and bolster argument that the defendant should be required to remove existing violative posts (4.2). |
| 09/26/2023 | ECT | 25073 | 2.8 | 500 | 1400 | Revisions to and draft additional sections of Motion to Temporary Injunction and alternatively for inclusion in response to McNeill's anticipated Objections to Magistrate's Report and Recommendations on Motion for Preliminary Injunction. |
| 09/26/2023 | JAL | 25073 | 0.3 | 290 | 87 | Review Colin Thompson's changes to TRO motion. |
| 09/27/2023 | EJL | 25073 | 0.7 | 600 | 420 | Review objections to report and recommendation and confer with Colin Thompson. |
| 09/27/2023 | JAL | 25073 | 1 | 290 | 290 | Review defendant's objections to Report & Recommendation (.8); research district court's standard of review for objections to Report & Recommendation (.2) |
| 09/28/2023 | ECT | 25073 | 0.6 | 500 | 300 | Conference with Jalen LaRubbio regarding response to McNeill's objections to Magistrate's Report and Recommendations on Motion for Preliminary Injunction and directions regarding same and incorporation of arguments from Motion for TRO into Response. |
| 09/28/2023 | JAL | 25073 | 0.9 | 290 | 261 | Annotate defendant's objections to Report & Recommendation (.4); discuss response to objections to Report & Recommendation with Colin Thompson (.3); research deadline and page limit on response to objections to Report & Recommendation under Local Rules (.2). |
| 09/29/2023 | EJL | 25073 | 0.2 | 600 | 120 | Review and respond to email from Jerome Falic regarding status and issues with Kayla McNeill objection to court order and injunction. |
| 09/29/2023 | JAL | 25073 | 4.5 | 290 | 1305 | Research and draft response to defendant's objections to Report & Recommendations (4.3); discuss strategy regarding same with Colin Thompson (.2). |
| 09/30/2023 | EJL | 25073 | 0.2 | 600 | 120 | Conference with Jon Rosenbaum regarding status of lawsuit and McNeill injunction objections. |
| 10/01/2023 | JAL | 25073 | 2 | 290 | 580 | Research and draft response to defendant's objections to Report & Recommendations. |
| 10/02/2023 | JAL | 25073 | 7.2 | 290 | 2088 | Research and draft response to defendant's objections to Report & Recommendations. |
| 10/03/2023 | JAL | 25073 | 4 | 290 | 1160 | Research and draft response to defendant's objections to Report & Recommendation (3.8); discuss same with Colin Thompson (.2). |
| 10/04/2023 | ECT | 25073 | 3.6 | 500 | 1800 | Review and revise and finalize for filing Response to Defendant's Objections to Magistrate's Report and Recommendations (3.1); review and revise proposed Order on Motion for Preliminary Objection for District Court Judge to adopt findings of magistrate and enjoin McNeill (.5) |
| 10/04/2023 | EJL | 25073 | 1.4 | 600 | 840 | review and finalize Head Kandy opposition to R&R objections filed by Kayla McNeill |
| 10/04/2023 | JAL | 25073 | 4.1 | 290 | 1189 | Review Colin Thompson changes to response to objections to Report & Recommendation (.3); discuss proposed order and draft response with Colin Thompson (1.0); research requirements and draft proposed order (2.8). |
| 10/16/2023 | ECT | 25073 | 0.9 | 500 | 450 | Conferences with Ethan Loeb Jalen LaRubbio regarding supplemental briefing on bond amount as requested by the court and previous discovery requests sent by Head Kandy to obtain evidence necessary for court to determine bond amount to which McNeil objected and outline argument for briefing (.9). |
| 10/17/2023 | ECT | 25073 | 3.7 | 500 | 1850 | Preparation for and attend Zoom conference with opposing counsel to meet and confer regarding bond and McNeil's outstanding discovery violations as required by Court Order, including identification of missing text messages to aid in discussion and follow up email correspondence with opposing counsel after meet and confer (2.4); conferences with Jalen LaRubbio regarding and providing direction for drafting supplemental memorandum on bond amount requested by the court and review research and documents regarding same (1.3). |
| 10/17/2023 | EJL | 25073 | 0.2 | 600 | 120 | Conference with Colin Thompson regarding meeting with Antonio Converse (counsel for McNeill) regarding court order on bond discussion. |

| Date | Initials | Matter | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|---|
| 10/17/2023 | JAL | 25073 | 6.8 | 290 | 1972 | Research and draft brief on amount of preliminary injunction bond (5.3); participate in call with opposing counsel re amount of bond (1.0); discuss bond briefing and call with ECT (.5). |
| 10/18/2023 | KES | 25073 | 0.3 | 285 | 85.5 | Review Kayla McNeill's Facebook videos to support Head Kandy's briefing regarding the bond amount. |
| 10/18/2023 | ECT | 25073 | 0.3 | 500 | 150 | Review McNeil social media posting regarding revenue from WhipiCo to use in supporting supplemental memorandum in support of no or nominal bond to secure preliminary injunction. |
| 10/18/2023 | JAL | 25073 | 1.7 | 290 | 493 | Finalize draft brief on amount of preliminary injunction bond. |
| 10/19/2023 | ECT | 25073 | 1.3 | 500 | 650 | Zoom conference with opposing counsel to continue court ordered meet and confer regarding bond issue and McNeil's failure to produce text messages and follow up correspondence to document discussion. |
| 10/19/2023 | EJL | 25073 | 1.2 | 600 | 720 | Attend call with Colin Thompson and Antonio Converse (counsel for McNeill) regarding bond issue and discovery related matters per the court's orders. (0.7); conference with Colin Thompson as to same (0.5). |
| 10/19/2023 | JAL | 25073 | 3.8 | 290 | 1102 | Participate in second conferral with opposing counsel re bond issue and discuss same with Ethan Loeb and Colin Thompson (1.5); update Ethan Loeb via email on bond/discovery issues status (.2); revise draft of bond briefing and send to Colin Thompson (2.1). |
| 10/20/2023 | ECT | 25073 | 3.1 | 500 | 1550 | Correspondence with opposing counsel regarding McNeil's objection to producing additional evidence to prove amount of bond requirement and agreement not to attempt to introduce into the record any additional evidence (.6); review, revise and finalize Supplemental briefing on amount of bond as required by the Court (2.5). |
| 10/23/2023 | JAL | 25073 | 1.1 | 290 | 319 | Find cases discussing difficulty of obtaining injunction (1.1) |
| **TOTAL** | | | **564.6** | | **$ 230,999.50** | |

| Date | Timekeeper | Hours | Rate | Amount | Narrative |
|---|---|---|---|---|---|
| 06/07/2024 | ECT | 0.4 | $ 500.00 | $ 200.00 | Receive and review McNeill opposition to Motion for Sanctions for attempted delay of motion to compel compliance with preliminary injunction and motion to vacate or modify injunction |
| 06/07/2024 | JAL | 0.4 | $ 290.00 | $ 116.00 | Review McNeill's response in opposition to sanctions motion and attached exhibits. |
| 06/09/2024 | JAL | 5.3 | $ 290.00 | $ 1,537.00 | Draft reply in support of motion for sanctions regarding McNeill's NLRA argument. |
| 06/10/2024 | JAL | 2.5 | $ 290.00 | $ 725.00 | Draft reply in support of motion for sanctions regarding McNeill's NLRA argument. |
| 06/11/2024 | ECT | 0.5 | $ 500.00 | $ 250.00 | Receive and review Magistrate Report and Recommendation on McNeill's Motion to Vacate Preliminary Injunction |
| 06/11/2024 | JAL | 2.7 | $ 290.00 | $ 783.00 | Review R&R granting motion for contempt and denying motion to vacate (.4); revise reply in support of motion for sanctions (2.3). |
| 06/13/2024 | ECT | 1.5 | $ 500.00 | $ 750.00 | Receive and review Magistrate's Report and Recommendation on Motion to Compel Compliance with Preliminary Injunction and on Motion to Vacate or Modify Preliminary Injunction and revise Reply in Support of Motion for Sanctions accordingly |
| 07/18/2024 | JAL | 1.8 | $ 290.00 | $ 522.00 | Research and draft response to McNeill's objections to R&R on second motion for contempt and motion to dismiss and vacate the preliminary injunction (1.8). |
| 07/22/2024 | JAL | 0.4 | $ 290.00 | $ 116.00 | Review and assess McNeill's motion for leave to amend objections to report and recommendation |
| 07/23/2024 | JAL | 3.7 | $ 290.00 | $ 1,073.00 | Compare and assess changes between McNeill's original objections to R&R and her amended filing (1.0); research and draft response to McNeill's objections to R&R on second motion for contempt and motion to dismiss and vacate the preliminary injunction (2.7). |
| 07/24/2024 | JAL | 6.2 | $ 290.00 | $ 1,798.00 | Research and draft response to McNeill's objections to R&R on second motion for contempt and motion to dismiss and vacate the preliminary injunction |
| 07/25/2024 | JAL | 2.9 | $ 290.00 | $ 841.00 | Research and draft response to McNeill's objections to R&R on second motion for contempt and motion to dismiss and vacate the preliminary injunction |
| 07/26/2024 | JAL | 3 | $ 290.00 | $ 870.00 | Research and draft response to McNeill's objections to R&R on Second Motion for Contempt and Motion to Dismiss and Vacate the Preliminary Injunction (3.0). |
| 07/29/2024 | JAL | 1.8 | $ 290.00 | $ 522.00 | Rresearch and draft response to McNeill's objections to R&R on second motion for contempt and motion to dismiss and vacate the preliminary injunction |
| 07/30/2024 | JAL | 6.3 | $ 290.00 | $ 1,827.00 | Research and draft response to McNeill's objections to R&R on second motion for contempt and motion to dismiss and vacate the preliminary injunction. |
| 07/31/2024 | JAL | 4.1 | $ 290.00 | $ 1,189.00 | Research and draft response to McNeill's objections to R&R on second motion for contempt and motion to dismiss and vacate the preliminary injunction |
| 08/01/2024 | ECT | 5.5 | $ 500.00 | $ 2,750.00 | Review documents, meeting with Ethan Loeb, and and Zoom meeting with Mr. Rosenbaum in preparation for his deposition (4.0); identify documents and topics to meet with Ms. Petri to prepare her for her deposition testimony (1.5). |
| 08/03/2024 | ECT | 3.2 | $ 500.00 | $ 1,600.00 | Review, revise and draft additional sections of Response to McNeill's Objection to Report and Recommendations on Motion to Enforce Preliminary Inunction and for Sanctions. |
| 08/05/2024 | JAL | 2.2 | $ 290.00 | $ 638.00 | Review, revise, and finalize response to McNeill's objections and its accompanying exhibit |
| | | | | $ 18,107.00 | |