**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 23-CIV-60345-RAR- JMS

HEAD KANDY, LLC,

    Plaintiff,

v.

KAYLA MARIE MCNEILL,

    Defendant.

_____/

**DEFENDANT, KAYLA MCNEILL'S, RULE 26(a)(1) INITIAL DISCLOSURES**

Pursuant to Fed. R. Civ. P. 26(a)(1), Order Amending Trial Date and Pre-Trial Deadlines [E.C.F. No. 157], and Paperless order granting Unopposed Motion for Extension of Time [E.C.F. No. 189], the Defendant, KAYLA MARIE MCNEILL, ("Ms. McNeill" or "Defendant"), hereby discloses the following:

    A. The name, and if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely used for impeachment, identifying the subjects of the information:

**Name/Address of Individual**
1. **Kayla McNeill**
   **c/o counsel for Defendant**

   **Ms. McNeill has knowledge or information about the allegations in the Second Amended Complaint, including all versions thereof, and Defenses and Affirmative Defenses thereto, the allegations in her Counterclaim and Third Party Claims, Head Kandy, LLC's ("Plaintiff" or "HK") breaches of the Executive Employment Agreement ("Agreement"), HK's non-payments of monies and bonuses owed to Ms. McNeill, HK's wrongful termination of Ms. McNeill and her ownership in HK, knowledge of loan to HK, and knowledge of HK's agreed upon process for reimbursement for expenses.**

**EXHIBIT 22**

2. **Dustin McNeill**
   **c/o counsel for Plaintiff**

   **Mr. McNeill has knowledge or information about the allegations in the Second Amended Complaint, including all versions thereof, and Defenses and Affirmative Defenses thereto, and the allegations in Ms. McNeill's Counterclaim.**

3. **Jerome Falic**
   **c/o counsel for Plaintiff**

   **Knowledge of HK's breaches of the Agreement, the allegations in Ms. McNeill's Counterclaims and Third Party Claims, including events surrounding Mr. Rosenbaum. Knowledge of loan to HK.**

4. **Bryan Feldman**
   **c/o counsel for Plaintiff**

   **Knowledge of HK's breaches of the Agreement.  Knowledge of correspondence with Ms. McNeill, including text messages.  Knowledge of HK's intention to shut down HK.  Knowledge of reimbursement requests, HK's agreed upon process for reimbursement for expenses, and knowledge of Ms. McNeill's loan to HK.  Knowledge of personnel requests and payroll approvals, knowledge regarding authorizations on discount codes.**

5. **Jonathan Rosenbaum**
   **c/o counsel for Plaintiff**

   **Knowledge of HK's breaches of the Agreement, correspondence with Ms. McNeill, including text messages, HK's intention to shut down HK, allegations stated in Ms. McNeill's Counterclaim and Third Party Claims.**

6. **Cagri Akat**
   **Address: 1325 N Red Gum Street, Anaheim, CA 92608**

   **Knowledge that HK's allegations related to Ms. McNeill soliciting Mr. Akat are false.**

7. **Andrew Schankerman**
   **Address: 5060 Plymouth Bay Court, Las Vegas, NV 89141**

   **Knowledge of position previously working for HK as a warehouse manager.**

8. **Kleitias Petri**
   **c/o counsel for Plaintiff**

**Knowledge that Ms. McNeill did not use company funds for personal expenses. Knowledge of HK's procedures for reimbursement. Knowledge of correspondence regarding bonuses and amounts of unpaid bonuses to Ms. McNeill.**

9. **Gina Gazzaniga**
   **Address:**
   **Phone Number:**

   **Knowledge of contents of her declaration. Knowledge as to allegations related to HK's false allegations that Ms. McNeill solicited customers away from HK, including that the customer already has enough or too much product or purchased a lot of product through sales run by HK.**

10. **Hailey McNeill**
    **Phone Number: (719) 214-8549**

    **Knowledge of correspondence. Knowledge that Ms. McNeill did not act dishonestly. Knowledge of contents of her Declaration.**

11. **Ryan Thompson**
    **c/o counsel for Plaintiff**

    **Knowledge of statements made in Declaration and veracity thereof. Knowledge of facts surrounding HK's bookkeeping and reimbursement procedures.**

12. **Nora Merlino**
    **Address: Unknown**
    **Phone Number: (903) 907-0838**

    **Knowledge that Ms. McNeill did not interfere with customers' relationships with customers and affiliate influencers.**

13. **Pamela Bozelle**
    **Address: Unknown**
    **Phone Number: 252-883-4297**

    **Knowledge of contents of her Declaration.**

14. **Alicia Fisher**
    **Address: Unknown**
    **Phone Number: 719-258-0206**

    **Knowledge of contents of her Declaration.**

15. **Sara Branscum**

    **Address: Unknown**
    **Phone Number: 925-389-8053**

    **Knowledge of contents of her Declaration.**

16. **Stephanie Carlson**
    **Address: Unknown**
    **Phone Number: 970-580-9535**

    **Knowledge of contents of her Declaration.**

17. **Connie Masten**
    **Address: Unknown**
    **Phone Number: 541-281-1234**

    **Knowledge of contents of her Declaration. Knowledge as to delayed shipments of orders from HK.**

18. **M. Carelock**
    **Address: Unknown**
    **Phone Number: Unknown**

    **Knowledge of events alleged in pleadings.**

19. **Rebecca Gibson**
    **Address: Unknown**
    **Phone Number: 405-808-6831**

    **Knowledge of contents of her Declaration.**

20. **S. Weaver**
    **Address: Unknown**
    **Phone Number: Unknown**

    **Knowledge of contents of her Declaration.**

21. **E. Cavanaugh**
    **Address: Unknown**
    **Phone Number: Unknown**

    **Knowledge of contents of her Declaration.**

22. **J. Lynn Kuhn**
    **Address: Unknown**
    **Phone Number: Unknown**

    **Knowledge of contents of her Declaration.**

23. **Jennifer Shea**
    **Address: 763 Patriots Way, Medina, OH 44256**
    **Phone Number: (480) 440-3413**

    **Knowledge of contents of her Declaration. Knowledge as to delayed shipments of orders from HK.**

24. **Andi Luca**
    **Address: Unknown**
    **Phone Number: 954-952-5875**

    **Knowledge of contents of her Declaration.  Knowledge that Ms. McNeill never reduced or terminated Ms. Luca's relationship with HK nor solicited Ms. Luca.**

25. **Lisa Stephens**
    **Address: Unknown**
    **Phone Number: 779-771-2926**

    **Knowledge of contents of her Declaration.**

26. **Angela Parker**
    **Address: Unknown**
    **Phone Number: (606) 594-9880**

    **Knowledge of contents of her Declaration.  Knowledge of how she learned about the HK Lawsuit against Ms. McNeill; knowledge regarding that she never heard Ms. McNeill speak badly about HK or its products, employees, or owners; knowledge that nothing Ms. McNeill stated online stopped her from purchasing from HK and that her purchasing habits were never negatively influenced by any statements by Ms. McNeill.**

27. **Patricia Parquette**
    **Address: Unknown**
    **Phone Number: 231-202-9208**

    **Knowledge of contents of her Declaration.  Knowledge of how she found Ms. McNeill's new page through HK content, not by any alleged solicitation of Ms. McNeill.**

28. **Karen Edgell**
    **Address: Unknown**
    **Phone Number: 574-220-2929**

**Knowledge of contents of her Declaration. Knowledge of Ms. McNeill's comments for people to still by HK and that HK products are great according to Ms. McNeill. Knowledge regarding issues with HK orders. Knowledge regarding a change of HK back in December 2022. Knowledge that nothing Ms. McNeill stated online stopped her from purchasing from HK and that her purchasing habits were never negatively influenced by any statements by Ms. McNeill. Knowledge regarding her purchases during a HK sale and her stock of HK purchases to where she does not need to purchase more product to add to the stock pile.**

29. **Kathleen Gjendem**
    **Address: Unknown**
    **Phone Number: 360-631-6509**

    **Knowledge of contents of her Declaration. Knowledge of HK posting about Ms. McNeill and statements made by HK and on HK's page about Ms. McNeill.**

30. **Fran Dumont**
    **Address: Unknown**
    **Phone Number: 207-890-6796**

    **Knowledge as to contents of her Declaration. Knowledge as to customer service issues with HK.**

31. **A. Kirchner**
    **Address: Unknown**
    **Phone Number: Unknown**

    **Knowledge of contents of her Declaration.**

32. **Anita Kitchen**
    **Address: Unknown**
    **Phone Number: 606-694-6778**

    **Knowledge as to customer service issues with HK.**

33. **Michelle Meixner**
    **Address: Unknown**
    **Phone Number: 561-386-3473**

    **Knowledge of contents of her Declaration.**

34. **N. Swain**
    **Address: Unknown**
    **Phone Number: Unknown**

    **Knowledge of contents of her Declaration.**

35. **S. Yates**
    **Address: Unknown**
    **Phone Number: 270-836-1305**

    **Knowledge of contents of her Declaration.**

36. **Dawn Krahwinkel**
    **Address: Unknown**
    **Phone Number: 770-313-5852**

    **Knowledge of contents of her Declaration.**

37. **Alena Hendrix**
    **Address: Unknown**
    **Phone Number: 765-914-3153**

    **Knowledge of contents of her Declaration. Knowledge as to delayed shipments of orders from HK.**

38. **Patty Fosnight**
    **Address: Unknown**
    **Phone Number: 317-642-9738**

    **Knowledge of contents of her Declaration.**

39. **Leanne Perry**
    **Address: Unknown**
    **Phone Number: 731-412-8162**

    **Knowledge of contents of her Declaration.**

40. **K. Sarno**
    **Address: Unknown**
    **Phone Number: Unknown**

    **Knowledge of contents of her Declaration.**

41. **Angela Porta**
    **Address: Unknown**
    **(989) 506-1109**

    **Knowledge of correspondence, including voice message, and knowledge of false, disparaging statements made about Ms. McNeill by HK. Knowledge that Ms. McNeill**

**did not interfere with customers' relationships with customers and affiliate influencers.**

42. **Bobby "Bo" Stegall**
    **Address: 2101 Pumpkintown Hwy, Pickens, SC 29671**

    **Knowledge as to correspondence.**

43. **Elsie Hopkins**
    **Address: 7015 Brant Street, Salida, CO 81201**
    **Phone Number: Unknown**

44. **Yvelisse Diaz**
    **c/o counsel for Plaintiff**
    **Phone Number: (954) 986-7560**

45. **Hernan Heiber**
    **c/o counsel for Plaintiff**

46. **Sydney Cook**
    **Address: Unknown**
    **Phone Number: (719) 221-6616**

47. **Kaylin Culp**
    **Address: 178 HD Meadows Lane, Lexington, NC 27292**

48. **Alisa Macnab**
    **Address: Unknown**
    **Phone Number: Unknown**

49. **Mindy McDermaid**
    **Address: 66a Eatoncrest Drive**
    **Eatontown, NJ 07724**
    **Phone Number: (801) 360-0976**

    **Knowledge of online actions of HK. Knowledge of HK's actions following improper termination of Ms. McNeill.**

50. **Ylse Lopez**
    **Address:  Unknown**
    **Phone Number: Unknown**

    **Knowledge of process with Mr. Thompson to submit statements to HK's "accounting department."**

51. **Silvana Turveri**

    **Address:** Unknown
    **Phone Number:** Unknown

    **Knowledge of Jon Rosenbaum's treatment of Ms. McNeill. Knowledge of HK customer service complaints.**

52. **Dan Tarmen**
    **Address:** Unknown
    **Phone Number:** Unknown

    **Knowledge of Ms. McNeill's role at HK and that she was the face of the brand.**

53. **Raissa Tejada**
    **Address:** Unknown
    **Phone Number:** Unknown

    **Knowledge of approving payroll.**

54. **Jim Conroy**
    **c/o counsel for HK**

    **Knowledge of warehouse.**

55. **Rachel Pincus**
    **Address:** Unknown
    **Phone Number:** (954) 986-7502

    **Knowledge of issues Ms. McNeill encountered from HK, including allegations in pleadings. Knowledge of discount codes.**

56. **Crystal Turner**
    **Address:** Unknown
    **Phone Number:** Unknown

    **Knowledge of return department of HK. Knowledge of placement of items in barn.**

57. **Amber Newcomb**
    **Address:** Unknown
    **Phone Number:** (330) 952-0510

    **Knowledge HK customer service.**

58. **Rich Burns**
    **Address:** Unknown
    **Phone Number:** Unknown

**Knowledge HK marketing.**

59. **John Bolling**
    **Address: Unknown**
    **Phone Number: Unknown**

    **Knowledge HK marketing.**

60. **Brandi Webb**
    **Address: Unknown**
    **Phone Number: Unknown**

    **Knowledge poor marketing of HK following termination of Ms. McNeill.**

61. **Mandi Haas**
    **Address: Unknown**
    **Phone Number: Unknown**

    **Knowledge of HK's social media.**

62. **Edy Banks**
    **Address: Unknown**
    **Phone Number: Unknown**

    **Knowledge HK shipping.  Knowledge of Ms. McNeill's work.**

63. **Veronica Montes**
    **Address: Unknown**
    **Phone Number: Unknown**

    **Knowledge related to HK shipping and communication.**

64. **Richard Graham**
    **Address: Unknown**
    **Phone Number: (704) 796-3515**

    **Knowledge related to HK. Knowledge of warehouse.**

65. **Deborah Kassab**
    **Address: Unknown**
    **Phone Number: Unknown**

    **Knowledge of HK expense reports in 2018.**

66. **Tracey Brown**
    **Address: Unknown**

**Phone Number: (405) 822-9173**

**Knowledge of use of discount codes provided by Ryan Thompson.**

67. **Erika Hawley**
    **Address: Unknown**
    **Phone: Unknown**

    **Knowledge of HK customer service. Knowledge of Andrew Schankerman. Knowledge of Ian and Ryan's relationship.**

68. **Ian Atkins**
    **Address: Unknown**
    **Phone: Unknown**

    **Knowledge of Ryan Thompson.**

69. **Rhonda Batchelor**
    **Address: Unknown**
    **Phone: Unknown**

    **Knowledge of content photographs and their use for HK.**

70. **Porter Lechance**
    **Address: Unknown**
    **Phone: Unknown**
    **Knowledge of Mindy McDermaid and orders.**

71. **Joseph Falic**
    **Address: Unknown**
    **Phone: Unknown**

    **Knowledge of requests to Ms. McNeill re: marketing.**

72. **Jenna VanDyke**
    **Address: Unknown**
    **Phone: Unknown**

    **Knowledge of expense reports and payroll and accounting.**

73. **Michael Rogan**
    **Address: Unknown**
    **Phone: Unknown**

74. **Jimmy Barientos**
    **Address: Unknown**

**Phone: Unknown**

75. **Chris Hines**
    **Address: Unknown**
    **Phone: Unknown**

76. **Sherry Fabian**
    **Address: Unknown**
    **Phone: Unknown**

77. **Belle Fabian**
    **Address: Unknown**
    **Phone: Unknown**

78. **Kay Juanta Sanchez**
    **Address: Unknown**
    **Phone: Unknown**

79. **Deborah Falic**
    **Address: Unknown**
    **Phone: Unknown**

    **Knowledge of being present at house when Ms. McNeill told Mr. Falic what is stated in the Counterclaim and Third Party Claims.**

80. **Shawna Webb**
    **Address: Unknown**
    **Phone: (719) 293-1772**

81. **Janet Torres**
    **Address: 6100 Hollywood Blvd., 7th Floor**
    **Hollywood, Florida 33024**
    **Phone: (305) 965-8355**

    **Knowledge of free items received by Mr. Falic from HK.**

82. **Milena Gomez**
    **Address: 6100 Hollywood Blvd., 7th Floor**
    **Hollywood, Florida 33024**
    **Phone: Unknown**

    **Knowledge of HK orders.**

83. **Stephanie Mason**
    **Address: 4812 Hunton Terrace**
    **Yukon, OK 73099**

      **Hollywood, Florida 33024**
      **Phone: (405) 589-7261**

      **Knowledge of HK orders.**

84. **Yadira Moreno**
      **Address: 6100 Hollywood Blvd. 6th Floor, Duty Free Americas**
      **Hollywood, Florida 33024**
      **Phone: (954) 986-7724**

      **Knowledge of HK orders.**

85. **Nelson Masson**
      **Address: 566 Northwest 97th Avenue,**
      **Plantation, Florida 33324**

      **Knowledge of HK Orders.**

Discovery is continuing and Defendant reserves the right to supplement this list of individuals with knowledge.

B. A copy of, or a description by category and location of, all documents, data compilations, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment.

**Without conceding any of the below listed is potentially relevant to the present action, Defendant herein lists the following documents, stating that the below documents are potentially relevant or have already been produced and disclosed to Plaintiff through Discovery:**

1. **Text message correspondence with Jerome Falic, Bryan Feldman, and Jonathon Rosenbaum**
2. **Correspondence with Individuals involved in the allegations stated in the Second Amended Complaint and Counterclaim;**
3. **Documents, Correspondence, Communications, and videos related to Plaintiff's breaches of the Agreement;**

4. **Documents, Correspondence, Communications, and videos related to HK's employment practices, procedures, bookkeeping, reimbursement procedures, reimbursement authorizations, payroll authorizations,**
5. **Documents, Correspondence, Communications, and videos related to use of HK Discount Codes by Jerome Falic.**
6. **Documents, Correspondence, Communications evidencing Ms. McNeill did not use company funds for personal expenses and that Ms. McNeill complied with HK's reimbursement procedures (as established by HK).**
7. **Statements presented for reimbursement;**
8. **Documentation supporting damages on the Counterclaim.**

Discovery is continuing and Defendant reserves the right to supplement this list of documents.

C. A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.

**Counterclaimant/Defendant claims she is entitled to certain damages, and at minimum lost wages, the value of lost benefits, vacation time, bonuses, and additional items, along with other damages mentioned below.**

**Appropriated Social Media Accounts – Ms. McNeill is retaining an expert to determine the extent of the damages suffered. Ms. McNeill will supplement these disclosures upon receipt of expert report.**

**Ownership Interest in HK – Ms. McNeill is retaining an expert to determine the extent of the damages suffered. Ms. McNeill will supplement these disclosures upon receipt of expert report.**

**Lost Wages – Ms. McNeill is retaining an expert to determine the extent of the damages suffered. Ms. McNeill will supplement these disclosures upon receipt of expert report.**

**Emotional Distress** – Ms. McNeill is retaining an expert to determine the extent of the damages suffered. Ms. McNeill will supplement these disclosures upon receipt of expert report.

**Appropriated Forklift** – Ms. McNeill is unable to secure a detailed valuation of the forklift as she has been prevented from accessing the forklift. Ms. McNeill seeks to inspect the forklift and will supplement these disclosures thereafter.

**Unpaid Compensation** – approximately $280,000.00.

**Outstanding Loan** – approximately $145,000.

**Defendant/Counterclaimant also seeks interest, punitive damages, court costs, attorney's fees, back pay, front pay, and compensatory damages for mental anguish, personal suffering, and loss of enjoyment of life, on which discovery is ongoing and Defendant/Counterclaimant reserves the right to supplement said figures.**

**Defendant/Counterclaimant reserves the right to supplement her computation of damages and categories of damages.**

D. For inspection and copying, as under Rule 34, any insurance agreement under which any party carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.

**None.**

Dated: February 29th, 2024

Respectfully Submitted,

By: /s/ Laura Burgess
Laura E. Burgess, Esq.
Florida Bar No. 0105073
L.E. Burgess P.A.
5966 S Dixie Highway, Suite 300
Miami, FL 33143
Tel.: 305.942.8044
Alt. Tel.: 713.818.5055
laura@leburgesslaw.com

and

By: /s/ Antonio L. Converse
Antonio L. Converse, Esq.
Admitted *Pro Hac Vice*
Converse Law Group, P.C.
600 17th Street, Suite 2800 South
Denver, CO 80202
Tel: 303.228.9471
anthony@converselawgroup.com

COUNSEL FOR KAYLA MCNEILL

**CERTIFICATE OF SERVICE**

I hereby certify that on February 29th, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and through that filing served all counsel of record.

/s/ Laura E. Burgess