| Company Code | Loc/Dept | Number | Page | Earnings Statement | |
|---|---|---|---|---|---|
| KF/A5I 24597967 | 01/6 | 1998910 | 1 of 1 | |  |

Head Kandy
1455 Harrison Road
Salisbury, NC 28147

Period Starting: 01/22/2023
Period Ending: 01/31/2023
Pay Date: 02/01/2023

Taxable Filing Status: Married
Exemptions/Allowances:
  Federal: Std W/H Table
  State: 0
  Local: 0
Social Security Number: XXX-XX-XXXX

Tax Override:
  Federal: 0.00 Addnl
  State:
  Local:

Kayla M McNeill
PO Box 3
Poncha Springs, CO 81242

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 5384.61 | 20769.23 |
| **Gross Pay** | | | **$5,384.61** | **$20,769.23** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -565.58 | 2691.82 |
| Social Security | -333.84 | 1287.69 |
| Medicare | -78.07 | 301.15 |
| Colorado State Income | -216.95 | 849.87 |
| Colorado Paid Family | -24.23 | 93.47 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *ADP RS employee | -107.69 | 415.37 |
| **Net Pay** | **$4,058.25** | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| PTO | | |
| - Carry Over | | 0.00 |
| - Accrued Hours | 0.00 | 120.00 |
| - Taken Hours | 0.00 | 0.00 |
| - Balance | | 120.00 |
| PTO | | |
| - Carry Over | | 0.00 |
| - Accrued Hours | 0.00 | 9.24 |
| - Taken Hours | 0.00 | 0.00 |
| - Balance | | 9.24 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX■ | XXXXXXXXX | 4058.25 |

**Important Notes**
Basis of pay: Salaried

Your federal taxable wages this period are $5,276.92
* Excluded from Federal taxable wages

Head Kandy
1455 Harrison Road
Salisbury, NC 28147

Pay Date: 02/01/2023

**THIS IS NOT A CHECK**

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX■ | XXXXXXXXX | 4058.25 |

Kayla M McNeill
PO Box 3
Poncha Springs, CO 81242

**EXHIBIT 25**

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| KF / A5I 24597967 | 01/6 | 1991110 | 1 of 1 |

Head Kandy
1455 Harrison Road
Salisbury, NC 28147

**Earnings Statement** 

Period Starting: 01/08/2023
Period Ending: 01/21/2023
Pay Date: 01/27/2023

Taxable Filing Status: Married
Exemptions/Allowances:
  Federal: Std W/H Table
  State: 0
  Local: 0
Social Security Number: XXX-XX-XXXX

Tax Override:
  Federal: 0.00 Addnl
  State:
  Local:

Kayla M McNeill
PO Box 3
Poncha Springs, CO 81242

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 7692.31 | 15384.62 |
| **Gross Pay** | | | **$7,692.31** | **$15,384.62** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -1063.12 | 2126.24 |
| Social Security | -476.93 | 953.85 |
| Medicare | -111.54 | 223.08 |
| Colorado State Income | -316.46 | 632.92 |
| Colorado Paid Family | -34.62 | 69.24 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *ADP RS employee | -153.84 | 307.68 |

| **Net Pay** | **$5,535.80** | |
|---|---|---|

| Other Benefits and Information | this period | year to date |
|---|---|---|
| PTO | | |
| - Carry Over | | 0.00 |
| - Accrued Hours | 0.00 | 120.00 |
| - Taken Hours | 0.00 | 0.00 |
| - Balance | | 120.00 |
| PTO | | |
| - Carry Over | | 0.00 |
| - Accrued Hours | 4.62 | 9.24 |
| - Taken Hours | 0.00 | 0.00 |
| - Balance | | 9.24 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX | XXXXXXXXX | 5535.80 |

**Important Notes**
Basis of pay: Salaried

Your federal taxable wages this period are $7,538.47
* Excluded from Federal taxable wages

Head Kandy
1455 Harrison Road
Salisbury, NC 28147

Pay Date:    01/27/2023

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX | XXXXXXXXX | 5535.80 |

THIS IS NOT A CHECK

Kayla M McNeill
PO Box 3
Poncha Springs, CO 81242