

**Business Gold Rewards**
HEAD KANDY
KAYLA M MCNEILL
Closing Date 05/02/19   Next Closing Date 06/02/19

p. 1/21

Account Ending 3-4█

| New Balance | $329,285.19 |
|---|---|
| Minimum Payment Due | $325,711.92 |

| Payment Due Date | 05/27/19 ‡ |
|---|---|

‡ **Late Payment Warning:** Your Payment Due Date is 05/27/19. If you do not pay your Minimum Payment Due by your Next Closing Date, you may have to pay a late fee of up to $38.00 and your Pay Over Time APR may be increased to the Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges and each month you pay... | You will pay off the Pay Over Time balance shown on this statement in about... | And for the Pay Over Time balance you will pay an estimated total of... |
|---|---|---|
| Only the Minimum Payment Due | 14 years | $8,479 |

If you would like information about credit counseling services, call 1-888-733-4139.

→ See page 2 for important information about your account.

→ Learn how your Statement changes when you use your Pay Over Time feature, see **page 21**

ⓘ Please note, your preset line is $360,000.00. You have spent $329,285.19.

**Membership Rewards® Points**
Available and Pending as of 03/31/19
**747,486**

🖥 For more details about Rewards, please visit **americanexpress.com/rewardsinfo**

## Account Summary

**Pay In Full Portion**
| | |
|---|---|
| Previous Balance | $376,326.24 |
| Payments/Credits | -$376,326.24 |
| New Charges | +$325,675.92 |
| Fees | +$0.00 |
| New Balance = | $325,675.92 |

**Pay Over Time Portion**
| | |
|---|---|
| Previous Balance | $0.00 |
| Payments/Credits | -$155,397.17 |
| New Charges | +$159,006.44 |
| Fees | +$0.00 |
| Interest Charged | +$0.00 |
| New Balance = | $3,609.27 |
| Minimum Due | $36.00 |

**Account Total**
| | |
|---|---|
| **Previous Balance** | $376,326.24 |
| Payments/Credits | -$531,723.41 |
| New Charges | +$484,682.36 |
| Fees | +$0.00 |
| Interest Charged | +$0.00 |

| **New Balance** | **$329,285.19** |
|---|---|
| **Minimum Payment Due** | **$325,711.92** |

Days in Billing Period: 30

## Customer Care

🖥 **Pay by Computer**
americanexpress.com/business

**Customer Care**
1-800-492-3344

**Pay by Phone**
1-800-472-9297

→ See page 2 for additional information.

↓ Please fold on the perforation below, detach and return with your payment ↓

📧 **Payment Coupon**
Do not staple or use paper clips

🖥 **Pay by Computer**
americanexpress.com/business

📞 **Pay by Phone**
1-800-472-9297

**Account Ending 3-4█**

Enter 15 digit account # on all payments.
Make check payable to American Express.

KAYLA M MCNEILL
HEAD KANDY
PO BOX 3
PONCHA SPRINGS CO 81242-0003

Payment Due Date
**05/27/19**

New Balance
**$329,285.19**

Minimum Payment Due
**$325,711.92**

☐ Check here if your address or phone number has changed. Note changes on reverse side.

AMERICAN EXPRESS
P.O. BOX 650448
DALLAS TX 75265-0448

$_____ •_____
**Amount Enclosed**

0000349992288508771 032928519032571192 01 ᴎ

CONFIDENTIAL

**EXHIBIT 26**

HK_068220

KAYLA M MCNEILL                    Account Ending 3-44███                              p. 2/21

**Payments:** Your payment must be sent to the payment address shown on your statement and must be received by 5 p.m. local time at that address to be credited as of the day it is received. Payments we receive after 5 p.m. will not be credited to your Account until the next day. Payments must also: (1) include the remittance coupon from your statement; (2) be made with a single check drawn on a US bank and payable in US dollars, or with a negotiable instrument payable in US dollars and clearable through the US banking system; and (3) include your Account number. If your payment does not meet all of the above requirements, crediting may be delayed and you may incur late payment fees and additional interest charges. Electronic payments must be made through an electronic payment method payable in US dollars and clearable through the US banking system. If we accept payment in a foreign currency, we will convert it into US dollars at a conversion rate that is acceptable to us, unless a particular rate is required by law. Please do not send post-dated checks as they will be deposited upon receipt. Any restrictive language on a payment we accept will have no effect on us without our express prior written approval. We will re-present to your financial institution any payment that is returned unpaid.

**Permission for Electronic Withdrawal:** (1) When you send a check for payment, you give us permission to electronically withdraw your payment from your deposit or other asset account. We will process checks electronically by transmitting the amount of the check, routing number, account number and check serial number to your financial institution, unless the check is not processable electronically or a less costly process is available. When we process your check electronically, your payment may be withdrawn from your deposit or other asset account as soon as the same day we receive your check, and you will not receive that cancelled check with your financial account statement. If we cannot collect the funds electronically we may issue a draft against your deposit or other asset account for the amount of the check. (2) By using Pay By Computer, Pay By Phone or any other electronic payment service of ours, you give us permission to electronically withdraw funds from the deposit or other asset account you specify in the amount you request. Payments using such services of ours received after 8:00 p.m. MST may not be credited until the next day.

**How We Calculate Your Balance:** We use the Average Daily Balance (ADB) method (including new transactions) to calculate the balance on which we charge interest for Pay Over Time balances on your Account. Call the Customer Care number listed below for more information about this balance computation method and how resulting interest charges are determined. *The method we use to calculate the ADB and interest results in daily compounding of interest.*

**How to Avoid Paying Interest:** If you have a Pay Over Time balance, your due date is at least 25 days after the close of each billing period. We will not charge interest on charges added to a Pay Over Time balance if you pay the Account Total New Balance by the due date each month.

**Foreign Currency Charges:** If you make a Charge in a foreign currency, we will convert it into US dollars on the date we or our agents process it. We will choose a conversion rate that is acceptable to us for that date, unless a particular rate is required by law. The conversion rate we use is no more than the highest official rate published by a government agency or the highest interbank rate we identify from customary banking sources on the conversion date or the prior business day. This rate may differ from rates in effect on the date of your charge. Charges converted by establishments will be billed at the rates such establishments use.

**Credit Balance:** A credit balance (designated CR) shown on this statement represents money owed to you. If within the six-month period following the date of the first statement indicating the credit balance you do not request a refund or charge enough to use up the credit balance, we will send you a check for the credit balance within 30 days if the amount is $1.00 or more.

**Credit Reporting:** We may report information about your Account to credit bureaus. Late payments, missed payments, or other defaults on your Account may be reflected in your credit report.



**Customer Care & Billing Inquiries**            1-800-678-0745        **Hearing Impaired**
**International Collect**                         1-336-393-1111        **TTY:** 1-800-221-9950
**Large Print & Braille Statements**             1-800-678-0745        **FAX:** 1-623-707-4442
**Lost or Stolen Card**                          1-800-678-0745        **In NY:** 1-800-522-1897
**Express Cash**                                 1-800-CASH-NOW



**Website:** americanexpress.com

**Customer Care
& Billing Inquiries**            **Payments**
P.O. BOX 981535                  P.O. BOX 650448
EL PASO, TX                      DALLAS TX 75265-
79998-1535                       0448

**Change of Address**
If correct on front, do not use.

- To change your address online, visit www.americanexpress.com/updatecontactinfo
- For Name, Company Name, and Foreign Address or Phone changes, please call Customer Care
- Please print clearly in blue or black ink only in the boxes provided.

Street Address

City, State

Zip Code

Area Code and
Home Phone

Area Code and
Work Phone

Email

**Pay Your Bill with AutoPay**

- Avoid late fees
- Save time

Deduct your payment from your bank account automatically each month

Visit **americanexpress.com/autopay** today to enroll.

For information on how we protect your privacy and to set your communication and privacy choices, please visit **www.americanexpress.com/privacy.**

**AMERICAN EXPRESS**

**Business Gold Rewards**
HEAD KANDY
KAYLA M MCNEILL
Closing Date 05/02/19

p. 3/21

Account Ending 3-4▮

## Payments and Credits

### Summary

| | Pay In Full | Pay Over Time ♦ | Total |
|---|---|---|---|
| **Payments** | -$375,421.46 | -$153,578.54 | -$529,000.00 |
| **Credits** | | | |
| KAYLA M MCNEILL 3-44006 | -$904.78 | -$1,818.63 | -$2,723.41 |
| **Total Payments and Credits** | **-$376,326.24** | **-$155,397.17** | **-$531,723.41** |

### Detail   *indicates posting date

♦ denotes Pay Over Time activity

For more information, visit
americanexpress.com/payovertimeinfo

| Payments | | | Amount |
|---|---|---|---|
| 04/02/19* | KAYLA M MCNEILL | PAYMENT RECEIVED - THANK YOU | -$0.01 |
| 04/02/19* | KAYLA M MCNEILL | PAYMENT RECEIVED - THANK YOU | -$99,999.99 |
| 04/05/19* | KAYLA M MCNEILL | PAYMENT RECEIVED - THANK YOU | -$0.01 |
| 04/05/19* | KAYLA M MCNEILL | PAYMENT RECEIVED - THANK YOU | -$99,999.99 |
| 04/10/19* | KAYLA M MCNEILL | ONLINE PAYMENT - THANK YOU | -$0.01 |
| 04/10/19* | KAYLA M MCNEILL | ONLINE PAYMENT - THANK YOU | -$99,999.99 |
| 04/13/19* | KAYLA M MCNEILL | ONLINE PAYMENT - THANK YOU | -$50,000.00 |
| 04/17/19* | KAYLA M MCNEILL | ONLINE PAYMENT - THANK YOU | -$50,000.00 |
| 04/19/19* | KAYLA M MCNEILL | ONLINE PAYMENT - THANK YOU | -$29,000.00 |
| 04/28/19* | KAYLA M MCNEILL | ONLINE PAYMENT - THANK YOU | -$99,999.99 |
| 04/28/19* | KAYLA M MCNEILL | ONLINE PAYMENT - THANK YOU | -$0.01 |

| Credits | | | Amount |
|---|---|---|---|
| 04/14/19* | KAYLA M MCNEILL | POINTS FOR YOUR CHARGES CREDIT PAY OVER TIME OPTION | -$354.41 ♦ |
| 04/14/19* | KAYLA M MCNEILL | POINTS FOR YOUR CHARGES CREDIT PAY OVER TIME OPTION | -$440.00 ♦ |
| 04/14/19* | KAYLA M MCNEILL | POINTS FOR YOUR CHARGES CREDIT | -$862.05 |
| 04/14/19* | KAYLA M MCNEILL | POINTS FOR YOUR CHARGES CREDIT PAY OVER TIME OPTION | -$338.98 ♦ |
| 04/23/19 | KAYLA M MCNEILL | FACEBK *QQS2PKS9Y2 FB.ME/ADS     CA ADVERTISING SERVICE | -$20.61 |
| 04/23/19 | KAYLA M MCNEILL | FACEBK *8YJGHK6AY2 FB.ME/ADS     CA ADVERTISING SERVICE | -$22.12 |
| 04/23/19 | KAYLA M MCNEILL | FACEBK *8GHZHK6AY2 FB.ME/ADS     CA ADVERTISING SERVICE PAY OVER TIME OPTION | -$685.24 ♦ |

## New Charges

### Summary

| | Pay In Full | Pay Over Time ♦ | Total |
|---|---|---|---|
| KAYLA M MCNEILL 3-44▮ | $323,814.58 | $154,899.65 | $478,714.23 |
| DUSTIN MCNEILL 3-4▮ | $1,686.45 | $3,317.55 | $5,004.00 |

Continued on reverse

HK_068222

KAYLA M MCNEILL     Account Ending 3-44▮▮     p. 4/21

## Summary Continued

| | Pay In Full | Pay Over Time ♦ | Total |
|---|---|---|---|
| RYAN THOMPSON 3-4▮▮ | $174.89 | $789.24 | $964.13 |
| **Total New Charges** | **$325,675.92** | **$159,006.44** | **$484,682.36** |

## Detail

♦ - denotes Pay Over Time activity

For more information, visit
americanexpress.com/payovertimeinfo

**KAYLA M MCNEILL**
Card Ending 3-44▮▮

| | | | | Amount |
|---|---|---|---|---|
| 04/02/19 | USPS POSTAGE STAMPS.COM 900000001<br>8884340055<br>PAY OVER TIME OPTION | EL SEGUNDO | CA | $500.00 ♦ |
| 04/02/19 | USPS POSTAGE STAMPS.COM 900000001<br>8884340055<br>PAY OVER TIME OPTION | EL SEGUNDO | CA | $500.00 ♦ |
| 04/02/19 | ULINE SHIP SUPPLIES<br>KAYLA 53158<br>PAY OVER TIME OPTION | 800-295-5510 | WI | $3,010.13 ♦ |
| 04/02/19 | ULINE SHIP SUPPLIES<br>KAYLA 53158 | 800-295-5510 | WI | $61.47 |
| 04/02/19 | GOOGLE *ADS2923050191<br>ADVERTISING<br>PAY OVER TIME OPTION | CC@GOOGLE.COM | CA | $500.00 ♦ |
| 04/03/19 | FACEBK *Y2XXLKN9Y2<br>FACEBOOK ADVERTISING<br>PAY OVER TIME OPTION | FB.ME/ADS | CA | $20,000.00 ♦ |
| 04/03/19 | GOOGLE *ADS2923050191<br>ADVERTISING<br>PAY OVER TIME OPTION | CC@GOOGLE.COM | CA | $500.00 ♦ |
| 04/03/19 | USPS POSTAGE STAMPS.COM 900000001<br>8884340055<br>PAY OVER TIME OPTION | EL SEGUNDO | CA | $500.00 ♦ |
| 04/03/19 | USPS POSTAGE STAMPS.COM 900000001<br>8884340055<br>PAY OVER TIME OPTION | EL SEGUNDO | CA | $500.00 ♦ |
| 04/03/19 | ONSTAR DATA PLAN - AT&T 993<br>888-466-7827 | 888-4ONSTAR | TX | $20.00 |
| 04/03/19 | GOOGLE *ADS2923050191<br>ADVERTISING<br>PAY OVER TIME OPTION | CC@GOOGLE.COM | CA | $500.00 ♦ |
| 04/03/19 | GOOGLE *ADS2923050191<br>ADVERTISING<br>PAY OVER TIME OPTION | CC@GOOGLE.COM | CA | $500.00 ♦ |
| 04/03/19 | CHRISTIAN CARE MINISTRY Y<br>3213087770<br>PAY OVER TIME OPTION | 321-3087770 | FL | $251.00 ♦ |
| 04/04/19 | UPS* 1310821009<br>SHIPPING<br>DATE 04/01/19 TRK# 1310821009<br>FR ZIP 81242 TO ZIP 81242 US<br>00001 UPS SHIPPING<br>REF# SH#0000376E47<br>PAY OVER TIME OPTION | 502-485-2222 | KY | $846.70 ♦ |

Continued on next page

CONFIDENTIAL

HK_068223



**Business Gold Rewards**
HEAD KANDY
KAYLA M MCNEILL
Closing Date 05/02/19

p. 5/21

Account Ending 3-44

| Detail Continued | | | | ◆ - denotes Pay Over Time activity |
|---|---|---|---|---|
| | | | | **Amount** |
| 04/04/19 | GOOGLE *ADS2923050191<br>ADVERTISING<br>PAY OVER TIME OPTION | CC@GOOGLE.COM | CA | $500.00 ◆ |
| 04/04/19 | SHOPIFY * 62046599<br>8887467439 | ELK GROVE VILLAGE | IL | $29.00 |
| 04/04/19 | USPS POSTAGE STAMPS.COM 900000001<br>8884340055<br>PAY OVER TIME OPTION | EL SEGUNDO | CA | $800.00 ◆ |
| 04/04/19 | USPS POSTAGE STAMPS.COM 900000001<br>8884340055<br>PAY OVER TIME OPTION | EL SEGUNDO | CA | $800.00 ◆ |
| 04/04/19 | GOOGLE *ADS2923050191<br>ADVERTISING<br>PAY OVER TIME OPTION | CC@GOOGLE.COM | CA | $500.00 ◆ |
| 04/04/19 | GOOGLE *ADS2923050191<br>ADVERTISING<br>PAY OVER TIME OPTION | CC@GOOGLE.COM | CA | $500.00 ◆ |
| 04/04/19 | WATER.COM - WATER/COFFEE SRVC<br>800-492-8377 | Lakeland | FL | $57.24 |
| 04/05/19 | UPS* 4921111972<br>MAIL SERVICE<br>DATE 04/04/19 TRK# 4921111972<br>FR ZIP 81242 TO ZIP 81242 US<br>00001 UPS SHIPPING<br>REF# SH#710132796<br>PAY OVER TIME OPTION | 800-500-2224 | PA | $319.05 ◆ |
| 04/05/19 | GOOGLE *ADS2923050191<br>ADVERTISING<br>PAY OVER TIME OPTION | CC@GOOGLE.COM | CA | $500.00 ◆ |
| 04/05/19 | OFFICE DEPOT #2695 000002695<br>8004633768<br>HUTCH,GLASS DOORS,LAM,ESPRESSO<br>DESK,L-SHAPE,LAMINATE,ESPRESSO<br>HUTCH MAGELLAN PERFOMANCE ESPRESSO<br>LDESK,MAGELLAN,PERFORMN,ESPRSS<br>PAY OVER TIME OPTION | CANON CITY | CO | $4,219.71 ◆ |
| 04/05/19 | USPS POSTAGE STAMPS.COM 900000001<br>8884340055<br>PAY OVER TIME OPTION | EL SEGUNDO | CA | $800.00 ◆ |
| 04/05/19 | GOOGLE *ADS2923050191<br>ADVERTISING<br>PAY OVER TIME OPTION | CC@GOOGLE.COM | CA | $500.00 ◆ |
| 04/05/19 | FACEBK *62EBKLW9Y2<br>FACEBOOK ADVERTISING | FB.ME/ADS | CA | $20,000.00 |
| 04/06/19 | GOOGLE *ADS2923050191<br>ADVERTISING<br>PAY OVER TIME OPTION | CC@GOOGLE.COM | CA | $500.00 ◆ |
| 04/06/19 | GOOGLE *ADS2923050191<br>ADVERTISING<br>PAY OVER TIME OPTION | CC@GOOGLE.COM | CA | $500.00 ◆ |
| 04/06/19 | GOOGLE *ADS2923050191<br>ADVERTISING<br>PAY OVER TIME OPTION | CC@GOOGLE.COM | CA | $500.00 ◆ |

Continued on reverse

CONFIDENTIAL

HK_068224

KAYLA M MCNEILL                    Account Ending 3-4███                    p. 6/21

## Detail Continued

♦ denotes Pay Over Time activity

|  |  |  |  | Amount |
|---|---|---|---|---|
| 04/06/19 | GOOGLE *ADS2923050191<br>ADVERTISING<br>PAY OVER TIME OPTION | CC@GOOGLE.COM | CA | $500.00 ♦ |
| 04/07/19 | GOOGLE *ADS2923050191<br>ADVERTISING<br>PAY OVER TIME OPTION | CC@GOOGLE.COM | CA | $500.00 ♦ |
| 04/07/19 | GOOGLE *ADS2923050191<br>ADVERTISING<br>PAY OVER TIME OPTION | CC@GOOGLE.COM | CA | $500.00 ♦ |
| 04/07/19 | GOOGLE *ADS2923050191<br>ADVERTISING<br>PAY OVER TIME OPTION | CC@GOOGLE.COM | CA | $500.00 ♦ |
| 04/08/19 | UPS* 000000442FF2139<br>SHIPPING<br>DATE 03/30/19 TRK# 000000442FF2139<br>FR ZIP 81242 TO ZIP 81242 US<br>00000<br>REF# SH#0000442FF2<br>PAY OVER TIME OPTION | 800-811-1648 | GA | $1,367.60 ♦ |
| 04/08/19 | UPS* 000000376E47149<br>SHIPPING<br>DATE 04/06/19 TRK# 000000376E47149<br>FR ZIP 81242 TO ZIP 81242 US<br>00000<br>REF# SH#0000376E47 | 800-811-1648 | GA | $59,901.71 |
| 04/08/19 | GOOGLE *ADS2923050191<br>ADVERTISING<br>PAY OVER TIME OPTION | CC@GOOGLE.COM | CA | $500.00 ♦ |
| 04/08/19 | GOOGLE *ADS2923050191<br>ADVERTISING<br>PAY OVER TIME OPTION | CC@GOOGLE.COM | CA | $500.00 ♦ |
| 04/08/19 | USPS POSTAGE STAMPS.COM 900000001<br>8884340055<br>PAY OVER TIME OPTION | EL SEGUNDO | CA | $800.00 ♦ |
| 04/08/19 | FACEBK *D6MBRLEAY2<br>FACEBOOK ADVERTISING | FB.ME/ADS | CA | $20,000.00 |
| 04/08/19 | AMZN MKTP US*MZ2II7CX1<br>BOOK STORES | AMZN.COM/BILL | WA | $23.90 |
| 04/08/19 | GOOGLE *ADS2923050191<br>ADVERTISING<br>PAY OVER TIME OPTION | CC@GOOGLE.COM | CA | $500.00 ♦ |
| 04/09/19 | GOOGLE *ADS2923050191<br>ADVERTISING<br>PAY OVER TIME OPTION | CC@GOOGLE.COM | CA | $500.00 ♦ |
| 04/09/19 | GOOGLE *ADS2923050191<br>ADVERTISING<br>PAY OVER TIME OPTION | CC@GOOGLE.COM | CA | $500.00 ♦ |
| 04/09/19 | USPS POSTAGE STAMPS.COM 900000001<br>8884340055<br>PAY OVER TIME OPTION | EL SEGUNDO | CA | $800.00 ♦ |
| 04/09/19 | GODADDY.COM<br>(480)505-8855 | 480-505-8855 | AZ | $19.98 |
| 04/09/19 | ULINE SHIP SUPPLIES<br>KAYLA 53158<br>PAY OVER TIME OPTION | 800-295-5510 | WI | $2,101.00 ♦ |
| 04/09/19 | GOOGLE *ADS2923050191<br>ADVERTISING<br>PAY OVER TIME OPTION | CC@GOOGLE.COM | CA | $500.00 ♦ |

Continued on next page

CONFIDENTIAL

HK_068225



**Business Gold Rewards**
HEAD KANDY
KAYLA M MCNEILL
Closing Date 05/02/19

p. 7/21

Account Ending 3-4█

| Detail Continued | | | | ♦ - denotes Pay Over Time activity |
|---|---|---|---|---|
| | | | | **Amount** |
| 04/09/19 | GOOGLE *ADS2923050191<br>ADVERTISING<br>PAY OVER TIME OPTION | CC@GOOGLE.COM | CA | $500.00 ♦ |
| 04/09/19 | AT&T PHONE PAYMENT<br>AT&T UVERSE<br>PAY OVER TIME OPTION | 800-288-2020 | TX | $354.41 ♦ |
| 04/09/19 | ULINE SHIP SUPPLIES<br>KAYLA 53158 | 800-295-5510 | WI | $988.01 |
| 04/10/19 | GOOGLE *ADS2923050191<br>ADVERTISING<br>PAY OVER TIME OPTION | CC@GOOGLE.COM | CA | $500.00 ♦ |
| 04/10/19 | USPS POSTAGE STAMPS.COM 900000001<br>8884340055<br>PAY OVER TIME OPTION | EL SEGUNDO | CA | $800.00 ♦ |
| 04/10/19 | GOOGLE *ADS2923050191<br>ADVERTISING<br>PAY OVER TIME OPTION | CC@GOOGLE.COM | CA | $500.00 ♦ |
| 04/10/19 | GOOGLE *ADS2923050191<br>ADVERTISING<br>PAY OVER TIME OPTION | CC@GOOGLE.COM | CA | $500.00 ♦ |
| 04/10/19 | ZENDESK, INC.<br>INV04271388 81242 | SAN FRANCISCO | CA | $202.17 |

| 04/11/19 | Southwest Airlines<br>SOUTHWEST AIRLINES (MASTE | DALLAS | | TX | $20.00 |
|---|---|---|---|---|---|

From: LAS VEGAS MCCARRAN   To: DENVER INTL APT   Carrier: WN   Class: 00
Ticket Number: 5269836290751
Passenger Name: AITKENS/IAN G
Document Type: MISC. CHARGE ORDER (MCO)/PREPAID TICKET AUTH.

| 04/11/19 | Southwest Airlines<br>SOUTHWEST AIRLINES (MASTE | DALLAS | | TX | $197.96 |
|---|---|---|---|---|---|

From: DENVER INTL APT   To: LAS VEGAS MCCARRAN / DENVER INTL APT   Carrier: WN / WN   Class: E / E
Date of Departure: 07/27
Ticket Number: 5262463242763
Passenger Name: MCNEILL/KAESTON J
Document Type: PASSENGER TICKET

| 04/11/19 | Southwest Airlines<br>SOUTHWEST AIRLINES (MASTE | DALLAS | | TX | $197.96 ♦ |
|---|---|---|---|---|---|

From: DENVER INTL APT   To: LAS VEGAS MCCARRAN / DENVER INTL APT   Carrier: WN / WN   Class: E / E
Date of Departure: 07/27
Ticket Number: 5262463163562
Passenger Name: THOMPSON/RYAN C
Document Type: PASSENGER TICKET
PAY OVER TIME OPTION

| 04/11/19 | Southwest Airlines<br>SOUTHWEST AIRLINES (MASTE | DALLAS | | TX | $197.96 |
|---|---|---|---|---|---|

From: DENVER INTL APT   To: LAS VEGAS MCCARRAN / DENVER INTL APT   Carrier: WN / WN   Class: E / E
Date of Departure: 07/27
Ticket Number: 5262463242764
Passenger Name: MCNEILL/RYKER K
Document Type: PASSENGER TICKET

Continued on reverse

CONFIDENTIAL

HK_068226

KAYLA M MCNEILL                    Account Ending 3-4█████                          p. 8/21

## Detail Continued                                              ✦ denotes Pay Over Time activity

| | | | | | Amount |
|---|---|---|---|---|---|

**04/11/19** Southwest Airlines — DALLAS TX — **$20.00**
SOUTHWEST AIRLINES (MASTE
From: / To:          Carrier: / Class:
LAS VEGAS MCCARRAN  DENVER INTL APT   WN   00
Ticket Number: 5269836290750
Passenger Name: THOMPSON/RYAN C
Document Type: MISC. CHARGE ORDER (MCO)/PREPAID TICKET AUTH.

**04/11/19** Southwest Airlines — DALLAS TX — **$197.96**
SOUTHWEST AIRLINES (MASTE
From: / To:          Carrier: / Class:
DENVER INTL APT  LAS VEGAS MCCARRAN   WN   E
                 DENVER INTL APT      WN   E
Ticket Number: 5262463163561    Date of Departure: 07/27
Passenger Name: MCNEILL/DUSTIN J
Document Type: PASSENGER TICKET

**04/11/19** Southwest Airlines — DALLAS TX — **$197.96**
SOUTHWEST AIRLINES (MASTE
From: / To:          Carrier: / Class:
DENVER INTL APT  LAS VEGAS MCCARRAN   WN   E
                 DENVER INTL APT      WN   E
Ticket Number: 5262463163564    Date of Departure: 07/27
Passenger Name: MCNEILL/KAYLA M
Document Type: PASSENGER TICKET

**04/11/19** Southwest Airlines — DALLAS TX — **$197.96**
SOUTHWEST AIRLINES (MASTE
From: / To:          Carrier: / Class:
DENVER INTL APT  LAS VEGAS MCCARRAN   WN   E
                 DENVER INTL APT      WN   E
Ticket Number: 5262463163563    Date of Departure: 07/27
Passenger Name: AITKENS/IAN G
Document Type: PASSENGER TICKET

**04/11/19** Southwest Airlines — DALLAS TX — **$20.00**
SOUTHWEST AIRLINES (MASTE
From: / To:          Carrier: / Class:
DENVER INTL APT  LAS VEGAS MCCARRAN   WN   00
Ticket Number: 5269836290747
Passenger Name: AITKENS/IAN G
Document Type: MISC. CHARGE ORDER (MCO)/PREPAID TICKET AUTH.

**04/11/19** Southwest Airlines — DALLAS TX — **$20.00**
SOUTHWEST AIRLINES (MASTE
From: / To:          Carrier: / Class:
LAS VEGAS MCCARRAN  DENVER INTL APT   WN   00
Ticket Number: 5269836290753
Passenger Name: MCNEILL/DUSTIN J
Document Type: MISC. CHARGE ORDER (MCO)/PREPAID TICKET AUTH.

**04/11/19** Southwest Airlines — DALLAS TX — **$20.00**
SOUTHWEST AIRLINES (MASTE
From: / To:          Carrier: / Class:
DENVER INTL APT  LAS VEGAS MCCARRAN   WN   00
Ticket Number: 5269836290749
Passenger Name: MCNEILL/DUSTIN J
Document Type: MISC. CHARGE ORDER (MCO)/PREPAID TICKET AUTH.

**04/11/19** Southwest Airlines — DALLAS TX — **$20.00**
SOUTHWEST AIRLINES (MASTE
From: / To:          Carrier: / Class:
DENVER INTL APT  LAS VEGAS MCCARRAN   WN   00
Ticket Number: 5269836290746
Passenger Name: THOMPSON/RYAN C
Document Type: MISC. CHARGE ORDER (MCO)/PREPAID TICKET AUTH.

Continued on next page

CONFIDENTIAL                                        HK_068227



**Business Gold Rewards**
HEAD KANDY
KAYLA M MCNEILL
Closing Date 05/02/19

p. 9/21

Account Ending 3-4

## Detail Continued

◆ - denotes Pay Over Time activity

| Date | Description | Location | | State | Amount |
|---|---|---|---|---|---|
| 04/11/19 | Southwest Airlines<br>SOUTHWEST AIRLINES (MASTE<br>From:    To:<br>LAS VEGAS MCCARRAN   DENVER INTL APT<br>Ticket Number: 5269836290752<br>Passenger Name: MCNEILL/KAYLA M<br>Document Type: MISC. CHARGE ORDER (MCO)/PREPAID TICKET AUTH. | DALLAS<br><br>Carrier:  Class:<br>WN    00 | | TX | $20.00 |
| 04/11/19 | Southwest Airlines<br>SOUTHWEST AIRLINES (MASTE<br>From:    To:<br>DENVER INTL APT   LAS VEGAS MCCARRAN<br>Ticket Number: 5269836290748<br>Passenger Name: MCNEILL/KAYLA M<br>Document Type: MISC. CHARGE ORDER (MCO)/PREPAID TICKET AUTH. | DALLAS<br><br>Carrier:  Class:<br>WN    00 | | TX | $20.00 |
| 04/11/19 | GOOGLE *ADS2923050191<br>ADVERTISING | CC@GOOGLE.COM | | CA | $500.00 |
| 04/11/19 | UPS* 1312324249<br>SHIPPING<br>DATE 04/08/19 TRK# 1312324249<br>FR ZIP 81242 TO ZIP 81242 US<br>00001 UPS SHIPPING<br>REF# SH#0000376E47<br>PAY OVER TIME OPTION | 502-485-2222 | | KY | $852.99 ◆ |
| 04/11/19 | RETENTION ROCKET, INC<br>+16194933286 | SAN DIEGO | | CA | $99.00 |
| 04/11/19 | GOOGLE *ADS2923050191<br>ADVERTISING<br>PAY OVER TIME OPTION | CC@GOOGLE.COM | | CA | $500.00 ◆ |
| 04/11/19 | USPS POSTAGE STAMPS.COM 900000001<br>8884340055 | EL SEGUNDO | | CA | $800.00 |
| 04/11/19 | NORTH AMER BEAUTY EVENTS 0851<br>AA3A2DA760D8 85254<br>BUSINESS SERVICES | SCOTTSDALE | | AZ | $870.00 |
| 04/11/19 | GOOGLE *ADS2923050191<br>ADVERTISING | CC@GOOGLE.COM | | CA | $500.00 |
| 04/11/19 | ULINE SHIP SUPPLIES<br>KAYLA 53158 | 800-295-5510 | | WI | $3,898.15 |
| 04/12/19 | GOOGLE *ADS2923050191<br>ADVERTISING | CC@GOOGLE.COM | | CA | $500.00 |
| 04/12/19 | FACEBK *PBGWCLEAY2<br>FACEBOOK ADVERTISING | FB.ME/ADS | | CA | $20,000.00 |
| 04/12/19 | GOOGLE *ADS2923050191<br>ADVERTISING | CC@GOOGLE.COM | | CA | $500.00 |
| 04/12/19 | USPS POSTAGE STAMPS.COM 900000001<br>8884340055 | EL SEGUNDO | | CA | $800.00 |
| 04/12/19 | SHUTTERSTOCK*866-663-3954<br>COMMERCIAL PHOTO/ART | NEW YORK | | | $31.22 |
| 04/12/19 | GOOGLE *ADS2923050191<br>ADVERTISING | CC@GOOGLE.COM | | CA | $500.00 |
| 04/13/19 | GOOGLE *ADS2923050191<br>ADVERTISING | CC@GOOGLE.COM | | CA | $500.00 |
| 04/13/19 | UPS* 4924113963<br>MAIL SERVICE<br>DATE 04/12/19 TRK# 4924113963<br>FR ZIP 81242 TO ZIP 81242 US<br>00001 UPS SHIPPING<br>REF# SH#710132796 | 800-500-2224 | | PA | $271.77 |

Continued on reverse

CONFIDENTIAL

HK_068228

KAYLA M MCNEILL      Account Ending 3-44███      p. 10/21

## Detail Continued

♦ denotes Pay Over Time activity

| | | | | Amount |
|---|---|---|---|---|
| 04/13/19 | GOOGLE *ADS2923050191<br>ADVERTISING | CC@GOOGLE.COM | CA | $500.00 |
| 04/13/19 | SHUTTERSTOCK*866-663-3954<br>COMMERCIAL PHOTO/ART | NEW YORK | | $181.93 |
| 04/13/19 | GOOGLE *ADS2923050191<br>ADVERTISING | CC@GOOGLE.COM | CA | $500.00 |
| 04/14/19 | GOOGLE *ADS2923050191<br>ADVERTISING | CC@GOOGLE.COM | CA | $500.00 |
| 04/14/19 | GOOGLE *ADS2923050191<br>ADVERTISING | CC@GOOGLE.COM | CA | $500.00 |
| 04/14/19 | STAMPS.COM USPOSTAGE<br>877-782-6785 | 877-782-6785 | CA | $24.58 |
| 04/14/19 | GOOGLE *ADS2923050191<br>ADVERTISING<br>PAY OVER TIME OPTION | CC@GOOGLE.COM | CA | $500.00 ♦ |
| 04/14/19 | USPS POSTAGE  STAMPS.COM 900000001<br>8884340055 | EL SEGUNDO | CA | $1,000.00 |
| 04/14/19 | USPS POSTAGE  STAMPS.COM 900000001<br>8884340055 | EL SEGUNDO | CA | $367.88 |
| 04/14/19 | USPS POSTAGE  STAMPS.COM 900000001<br>8884340055 | EL SEGUNDO | CA | $1,000.00 |
| 04/15/19 | FACEBK *PD4RELSAY2<br>FACEBOOK ADVERTISING | FB.ME/ADS | CA | $20,000.00 |
| 04/15/19 | GOOGLE *ADS2923050191<br>ADVERTISING | CC@GOOGLE.COM | CA | $500.00 |
| 04/15/19 | UPS* 000000442FF2149<br>SHIPPING<br>DATE 04/06/19 TRK# 000000442FF2149<br>FR ZIP 81242 TO ZIP 81242 US<br>00000<br>REF# SH#0000442FF2<br>PAY OVER TIME OPTION | 800-811-1648 | GA | $319.55 ♦ |
| 04/15/19 | UPS* 000000376E47159<br>SHIPPING<br>DATE 04/13/19 TRK# 000000376E47159<br>FR ZIP 81242 TO ZIP 81242 US<br>00000<br>REF# SH#000037oE47 | 800-811-1648 | GA | $33,843.82 |
| 04/15/19 | GOOGLE *ADS2923050191<br>ADVERTISING | CC@GOOGLE.COM | CA | $500.00 |
| 04/15/19 | DOMINO'S 8651 000008651<br>5756373030<br>FAST FOOD REST. | SALIDA | CO | $47.02 |
| 04/15/19 | USPS POSTAGE  STAMPS.COM 900000001<br>8884340055 | EL SEGUNDO | CA | $800.00 |
| 04/15/19 | USPS POSTAGE  STAMPS.COM 900000001<br>8884340055 | EL SEGUNDO | CA | $800.00 |
| 04/15/19 | GOOGLE *ADS2923050191<br>ADVERTISING | CC@GOOGLE.COM | CA | $500.00 |
| 04/15/19 | RETENTION ROCKET<br>+16194933286 | SAN DIEGO | CA | $343.70 |
| 04/15/19 | DOCUCOPIES.COM<br>8772224842 | HUDSON | WI | $467.01 |
| 04/16/19 | GOOGLE *ADS2923050191<br>ADVERTISING | CC@GOOGLE.COM | CA | $500.00 |
| 04/16/19 | GOOGLE *ADS2923050191<br>ADVERTISING | CC@GOOGLE.COM | CA | $500.00 |

Continued on next page

CONFIDENTIAL

HK_068229

**Business Gold Rewards**
HEAD KANDY
KAYLA M MCNEILL
Closing Date 05/02/19

Account Ending 3-4

## Detail Continued

♦ - denotes Pay Over Time activity

| Date | Description | Location | State | Amount |
|---|---|---|---|---|
| 04/16/19 | USPS POSTAGE STAMPS.COM 900000001 8884340055 | EL SEGUNDO | CA | $800.00 |
| 04/16/19 | GOOGLE *ADS2923050191 ADVERTISING | CC@GOOGLE.COM | CA | $500.00 |
| 04/17/19 | GOOGLE *ADS2923050191 ADVERTISING | CC@GOOGLE.COM | CA | $500.00 |
| 04/17/19 | GOOGLE *ADS2923050191 ADVERTISING | CC@GOOGLE.COM | CA | $500.00 |
| 04/17/19 | GOOGLE *ADS2923050191 ADVERTISING PAY OVER TIME OPTION | CC@GOOGLE.COM | CA | $500.00 ♦ |
| 04/17/19 | FACEBK *7WSSSK2AY2 FACEBOOK ADVERTISING | FB.ME/ADS | CA | $20,000.00 |
| 04/17/19 | ULINE SHIP SUPPLIES KAYLA 53158 PAY OVER TIME OPTION | 800-295-5510 | WI | $2,194.87 ♦ |
| 04/17/19 | ONSTAR DATA PLAN - AT&T 993 888-466-7827 | 888-4ONSTAR | TX | $20.00 |
| 04/17/19 | AMZN MKTP US*MZ6GI7E40 BOOK STORES PAY OVER TIME OPTION | AMZN.COM/BILL | WA | $440.29 ♦ |
| 04/17/19 | USPS POSTAGE STAMPS.COM 900000001 8884340055 PAY OVER TIME OPTION | EL SEGUNDO | CA | $800.00 ♦ |
| 04/17/19 | GOOGLE *ADS2923050191 ADVERTISING PAY OVER TIME OPTION | CC@GOOGLE.COM | CA | $500.00 ♦ |
| 04/18/19 | UPS* 1313825661 SHIPPING DATE 04/15/19 TRK# 1313825661 FR ZIP 81242 TO ZIP 81242 US 00001 UPS SHIPPING REF# SH#0000376E47 PAY OVER TIME OPTION | 502-485-2222 | KY | $1,494.24 ♦ |
| 04/18/19 | GOOGLE *ADS2923050191 ADVERTISING PAY OVER TIME OPTION | CC@GOOGLE.COM | CA | $500.00 ♦ |
| 04/18/19 | GOOGLE *ADS2923050191 ADVERTISING PAY OVER TIME OPTION | CC@GOOGLE.COM | CA | $500.00 ♦ |
| 04/18/19 | STAMPS.COM USPOSTAGE 877-782-6785 | 877-782-6785 | CA | $79.21 |
| 04/18/19 | STAMPS.COM USPOSTAGE 877-782-6785 | 877-782-6785 | CA | $10.00 |
| 04/18/19 | STAMPS.COM USPOSTAGE 877-782-6785 | 877-782-6785 | CA | $10.00 |
| 04/18/19 | LOUIS VUITTON www.vuitton.com PAY OVER TIME OPTION | NEW YORK | NY | $1,528.63 ♦ |
| 04/18/19 | STAMPS.COM USPOSTAGE 877-782-6785 | 877-782-6785 | CA | $75.71 |
| 04/18/19 | STAMPS.COM USPOSTAGE 877-782-6785 | 877-782-6785 | CA | $10.00 |
| 04/18/19 | STAMPS.COM USPOSTAGE 877-782-6785 | 877-782-6785 | CA | $82.72 |

Continued on reverse

CONFIDENTIAL

HK_068230

KAYLA M MCNEILL      Account Ending 3-4■■■■      p. 12/21

## Detail Continued

♦ denotes Pay Over Time activity

| | | | | | Amount |
|---|---|---|---|---|---|
| 04/18/19 | GOOGLE *ADS2923050191<br>ADVERTISING<br>PAY OVER TIME OPTION | | CC@GOOGLE.COM | CA | $500.00 ♦ |
| 04/18/19 | GOBINS INC 00-08029039065<br>719-5442324<br>PAY OVER TIME OPTION | | PUEBLO | CO | $991.11 ♦ |
| 04/18/19 | AMZN MKTP US*MZ9MY80O0<br>BOOK STORES | | AMZN.COM/BILL | WA | $29.99 |
| 04/19/19 | GOOGLE *ADS2923050191<br>ADVERTISING<br>PAY OVER TIME OPTION | | CC@GOOGLE.COM | CA | $500.00 ♦ |
| 04/19/19 | UPS* 4926117284<br>MAIL SERVICE<br>DATE 04/18/19 TRK# 4926117284<br>FR ZIP 81242 TO ZIP 81242 US<br>00001 UPS SHIPPING<br>REF# SH#710132796<br>PAY OVER TIME OPTION | | 800-500-2224 | PA | $239.49 ♦ |
| 04/19/19 | GOOGLE *ADS2923050191<br>ADVERTISING<br>PAY OVER TIME OPTION | | CC@GOOGLE.COM | CA | $500.00 ♦ |
| 04/19/19 | SHOPIFY * 62642107<br>8887467439 | | ELK GROVE VILLAGE | IL | $9.00 |
| 04/19/19 | GOOGLE *ADS2923050191<br>ADVERTISING<br>PAY OVER TIME OPTION | | CC@GOOGLE.COM | CA | $500.00 ♦ |
| 04/19/19 | USPS POSTAGE STAMPS.COM 900000001<br>8884340055<br>PAY OVER TIME OPTION | | EL SEGUNDO | CA | $500.00 ♦ |
| 04/19/19 | USPS POSTAGE STAMPS.COM 900000001<br>8884340055<br>PAY OVER TIME OPTION | | EL SEGUNDO | CA | $187.41 ♦ |
| 04/19/19 | STAMPS.COM USPOSTAGE<br>877-782-6785 | | 877-782-6785 | CA | $55.92 |
| 04/19/19 | SONO BELLO DENVER<br>425-202-1202 | | GREENWOOD VIL | CO | $29,119.30 |
| 04/19/19 | GOOGLE *ADS2923050191<br>ADVERTISING<br>PAY OVER TIME OPTION | | CC@GOOGLE.COM | CA | $500.00 ♦ |
| 04/19/19 | GOOGLE *ADS2923050191<br>ADVERTISING<br>PAY OVER TIME OPTION | | CC@GOOGLE.COM | CA | $500.00 ♦ |
| 04/19/19 | ULINE SHIP SUPPLIES<br>KAYLA 53158<br>PAY OVER TIME OPTION | | 800-295-5510 | WI | $133.67 ♦ |
| 04/20/19 | GOOGLE *ADS2923050191<br>ADVERTISING<br>PAY OVER TIME OPTION | | CC@GOOGLE.COM | CA | $500.00 ♦ |
| 04/20/19 | FACEBK *5X54EKAAY2<br>FACEBOOK ADVERTISING<br>PAY OVER TIME OPTION | | FB.ME/ADS | CA | $20,000.00 ♦ |
| 04/20/19 | SONO BELLO DENVER<br>425-202-1202<br>PAY OVER TIME OPTION | | GREENWOOD VIL | CO | $6,240.00 ♦ |
| 04/20/19 | GOOGLE *ADS2923050191<br>ADVERTISING<br>PAY OVER TIME OPTION | | CC@GOOGLE.COM | CA | $500.00 ♦ |

Continued on next page

CONFIDENTIAL

HK_068231

**AMERICAN EXPRESS**

**Business Gold Rewards**
HEAD KANDY
KAYLA M MCNEILL
Closing Date 05/02/19

p. 13/21

Account Ending 3-4■

| Detail Continued | | | | ♦ - denotes Pay Over Time activity |
|---|---|---|---|---|
| | | | | Amount |
| 04/20/19 | GOOGLE*ADS2923050191 GOOGLE INC<br>ADVERTISING SERVICE<br>PAY OVER TIME OPTION | CC GOOGLE.COM | | $500.00 ♦ |
| 04/21/19 | GOOGLE *ADS2923050191<br>ADVERTISING<br>PAY OVER TIME OPTION | CC@GOOGLE.COM | CA | $500.00 ♦ |
| 04/21/19 | GOOGLE *ADS2923050191<br>ADVERTISING<br>PAY OVER TIME OPTION | CC@GOOGLE.COM | CA | $500.00 ♦ |
| 04/21/19 | GOOGLE *ADS2923050191<br>ADVERTISING<br>PAY OVER TIME OPTION | CC@GOOGLE.COM | CA | $500.00 ♦ |
| 04/22/19 | UPS* 000000442FF2159<br>SHIPPING<br>DATE 04/13/19 TRK# 000000442FF2159<br>FR ZIP 81242 TO ZIP 81242 US<br>00000<br>REF# SH#0000442FF2 | 800-811-1648 | GA | $13.45 |
| 04/22/19 | UPS* 000000376E47169<br>SHIPPING<br>DATE 04/20/19 TRK# 000000376E47169<br>FR ZIP 81242 TO ZIP 81242 US<br>00000<br>REF# SH#0000376E47 | 800-811-1648 | GA | $26,778.19 |
| 04/22/19 | GOOGLE *ADS2923050191<br>ADVERTISING<br>PAY OVER TIME OPTION | CC@GOOGLE.COM | CA | $500.00 ♦ |
| 04/22/19 | LATER.COM PREMIUM<br>+18444552837 | VANCOUVER | CA | $19.00 |
| 04/22/19 | USPS POSTAGE STAMPS.COM 900000001<br>8884340055<br>PAY OVER TIME OPTION | EL SEGUNDO | CA | $800.00 ♦ |
| 04/22/19 | USPS POSTAGE STAMPS.COM 900000001<br>8884340055<br>PAY OVER TIME OPTION | EL SEGUNDO | CA | $800.00 ♦ |
| 04/22/19 | GOOGLE *ADS2923050191<br>ADVERTISING<br>PAY OVER TIME OPTION | CC@GOOGLE.COM | CA | $500.00 ♦ |
| 04/23/19 | GOOGLE *ADS2923050191<br>ADVERTISING<br>PAY OVER TIME OPTION | CC@GOOGLE.COM | CA | $500.00 ♦ |
| 04/23/19 | GOOGLE *ADS2923050191<br>ADVERTISING<br>PAY OVER TIME OPTION | CC@GOOGLE.COM | CA | $500.00 ♦ |
| 04/23/19 | GOOGLE *ADS2923050191<br>ADVERTISING<br>PAY OVER TIME OPTION | CC@GOOGLE.COM | CA | $500.00 ♦ |
| 04/24/19 | GOOGLE *ADS2923050191<br>ADVERTISING<br>PAY OVER TIME OPTION | CC@GOOGLE.COM | CA | $500.00 ♦ |
| 04/24/19 | USPS POSTAGE STAMPS.COM 900000001<br>8884340055<br>PAY OVER TIME OPTION | EL SEGUNDO | CA | $800.00 ♦ |
| 04/24/19 | ULINE SHIP SUPPLIES<br>KAYLA 53158 | 800-295-5510 | WI | $3,706.32 |

Continued on reverse

CONFIDENTIAL

HK_068232

KAYLA M MCNEILL                    Account Ending 3-44████              p. 14/21

## Detail Continued                                    ♦ denotes Pay Over Time activity

|  |  |  |  | Amount |
|---|---|---|---|---|
| 04/24/19 | FACEBK *B3TV5LS9Y2<br>FACEBOOK ADVERTISING | FB.ME/ADS | CA | $20,000.00 |
| 04/24/19 | SKULABS LLC SKULABS SUBSC<br>5612899459<br>PAY OVER TIME OPTION | 5612899459 | FL | $596.00 ♦ |
| 04/24/19 | GOOGLE *ADS2923050191<br>ADVERTISING<br>PAY OVER TIME OPTION | CC@GOOGLE.COM | CA | $500.00 ♦ |
| 04/25/19 | UPS* 1315070900<br>SHIPPING<br>DATE 04/22/19 TRK# 1315070900<br>FR ZIP 81242 TO ZIP 81242 US<br>00001 UPS SHIPPING<br>REF# SH#0000376E47<br>PAY OVER TIME OPTION | 502-485-2222 | KY | $1,450.01 ♦ |
| 04/25/19 | GOOGLE *ADS2923050191<br>ADVERTISING<br>PAY OVER TIME OPTION | CC@GOOGLE.COM | CA | $500.00 ♦ |
| 04/25/19 | GOOGLE *ADS2923050191<br>ADVERTISING<br>PAY OVER TIME OPTION | CC@GOOGLE.COM | CA | $500.00 ♦ |
| 04/25/19 | USPS POSTAGE STAMPS.COM 900000001<br>8884340055 | EL SEGUNDO | CA | $800.00 |
| 04/25/19 | GOOGLE *ADS2923050191<br>ADVERTISING | CC@GOOGLE.COM | CA | $500.00 |
| 04/26/19 | GOOGLE *ADS2923050191<br>ADVERTISING | CC@GOOGLE.COM | CA | $500.00 |
| 04/26/19 | UPS* 4930110704<br>MAIL SERVICE<br>DATE 04/25/19 TRK# 4930110704<br>FR ZIP 81242 TO ZIP 81242 US<br>00001 UPS SHIPPING<br>REF# SH#710132796<br>PAY OVER TIME OPTION | 800-500-2224 | PA | $116.57 ♦ |
| 04/26/19 | GOOGLE *ADS2923050191<br>ADVERTISING<br>PAY OVER TIME OPTION | CC@GOOGLE.COM | CA | $500.00 ♦ |
| 04/26/19 | GOOGLE *ADS2923050191<br>ADVERTISING<br>PAY OVER TIME OPTION | CC@GOOGLE.COM | CA | $500.00 ♦ |
| 04/26/19 | ONSTAR DATA PLAN - AT&T 993<br>888-466-7827 | 888-4ONSTAR | TX | $20.00 |
| 04/26/19 | GOOGLE *ADS2923050191<br>ADVERTISING | CC@GOOGLE.COM | CA | $500.00 |
| 04/26/19 | ONSTAR DATA PLAN - AT&T 993<br>888-466-7827 | 888-4ONSTAR | TX | $20.00 |
| 04/26/19 | GOOGLE*ADS2923050191 GOOGLE INC<br>ADVERTISING SERVICE<br>PAY OVER TIME OPTION | CC GOOGLE.COM |  | $500.00 ♦ |
| 04/27/19 | GOOGLE *ADS2923050191<br>ADVERTISING | CC@GOOGLE.COM | CA | $500.00 |
| 04/27/19 | GOOGLE *ADS2923050191<br>ADVERTISING | CC@GOOGLE.COM | CA | $500.00 |
| 04/27/19 | GOOGLE *ADS2923050191<br>ADVERTISING | CC@GOOGLE.COM | CA | $500.00 |
| 04/27/19 | ADOBE *PRODUCTS Adobe Systems<br>800-833-6687 | SAN JOSE | CA | $82.98 |

Continued on next page

CONFIDENTIAL



**Business Gold Rewards**
HEAD KANDY
KAYLA M MCNEILL
Closing Date 05/02/19

p. 15/21

Account Ending 3-4█

---

| Detail Continued | | | | ♦ denotes Pay Over Time activity |
|---|---|---|---|---|
| | | | | **Amount** |
| 04/28/19 | GOOGLE *ADS2923050191<br>ADVERTISING | CC@GOOGLE.COM | CA | $500.00 |
| 04/28/19 | FACEBK *63X9XK2AY2<br>FACEBOOK ADVERTISING | FB.ME/ADS | CA | $20,000.00 |
| 04/28/19 | GOOGLE *ADS2923050191<br>ADVERTISING | CC@GOOGLE.COM | CA | $500.00 |
| 04/28/19 | ONSTAR<br>ONLINE SVCS | 888-466-7827 | MI | $56.02 |
| 04/28/19 | GOOGLE *ADS2923050191<br>ADVERTISING | CC@GOOGLE.COM | CA | $500.00 |
| 04/28/19 | TIMBERLINE STEAKS & GRILL<br>3033426671 | DENVER | CO | $25.52 |
| 04/28/19 | GOOGLE *ADS2923050191<br>ADVERTISING<br>PAY OVER TIME OPTION | CC@GOOGLE.COM | CA | $500.00 ♦ |
| 04/28/19 | GOOGLE*ADS2923050191 GOOGLE INC<br>ADVERTISING SERVICE<br>PAY OVER TIME OPTION | CC GOOGLE.COM | | $500.00 ♦ |
| 04/29/19 | GOOGLE *ADS2923050191<br>ADVERTISING<br>PAY OVER TIME OPTION | CC@GOOGLE.COM | CA | $500.00 ♦ |
| 04/29/19 | UPS* 000000376E47179<br>SHIPPING<br>DATE 04/27/19 TRK# 000000376E47179<br>FR ZIP 81242 TO ZIP 81242 US<br>00000<br>REF# SH#0000376E47<br>PAY OVER TIME OPTION | 800-811-1648 | GA | $26,330.74 ♦ |
| 04/29/19 | UPS* 000000442FF2169<br>SHIPPING<br>DATE 04/20/19 TRK# 000000442FF2169<br>FR ZIP 81242 TO ZIP 81242 US<br>00000<br>REF# SH#0000442FF2 | 800-811-1648 | GA | $26.90 |
| 04/29/19 | AT&T BILL PAYMENT<br>AT&T EZC PMT<br>PAY OVER TIME OPTION | 800-288-2020 | TX | $155.42 ♦ |
| 04/29/19 | UBER TRIP<br>HELP.UBER.COM | HELP.UBER.COM | CA | $29.96 |
| 04/29/19 | UBER TRIP<br>HELP.UBER.COM | HELP.UBER.COM | CA | $2.00 |
| 04/29/19 | UBER TRIP<br>HELP.UBER.COM | HELP.UBER.COM | CA | $11.89 |
| 04/29/19 | USPS POSTAGE STAMPS.COM 900000001<br>8884340055<br>PAY OVER TIME OPTION | EL SEGUNDO | CA | $800.00 ♦ |
| 04/29/19 | UBER TRIP<br>HELP.UBER.COM | HELP.UBER.COM | CA | $3.00 |
| 04/29/19 | GOOGLE *ADS2923050191<br>ADVERTISING<br>PAY OVER TIME OPTION | CC@GOOGLE.COM | CA | $500.00 ♦ |
| 04/29/19 | CHEDDAR'S 0202036 0000<br>630-378-5555 | BOLINGBROOK | IL | $12.69 |
| 04/30/19 | KLAVIYO SOFTWARE<br>8574007060<br>PAY OVER TIME OPTION | BOSTON | MA | $2,000.00 ♦ |

Continued on reverse

CONFIDENTIAL

HK_068234

KAYLA M MCNEILL                    Account Ending 3-4▮▮▮▮                              p. 16/21

## Detail Continued                                                    ♦ denotes Pay Over Time activity

| | | | | Amount |
|---|---|---|---|---|
| 04/30/19 | GOOGLE *ADS2923050191<br>ADVERTISING<br>PAY OVER TIME OPTION | CC@GOOGLE.COM | CA | $500.00 ♦ |
| 04/30/19 | FACEBK *2MTEYK2AY2<br>FACEBOOK ADVERTISING<br>PAY OVER TIME OPTION | FB.ME/ADS | CA | $6,744.24 ♦ |
| 04/30/19 | INSTAPAGE<br>+18555575585<br>PAY OVER TIME OPTION | SAN FRANCISCO | CA | $129.00 ♦ |
| 04/30/19 | MARRIOTT CHICAGO MIDWAY<br>MARRIOTT | BEDFORD PARK | IL | $7.19 |
| 04/30/19 | UBER TRIP<br>HELP.UBER.COM | HELP.UBER.COM | CA | $2.00 |
| 04/30/19 | UBER TRIP<br>HELP.UBER.COM | HELP.UBER.COM | CA | $11.83 |
| 04/30/19 | UBER TRIP<br>HELP.UBER.COM | HELP.UBER.COM | CA | $5.00 |
| 04/30/19 | GOOGLE *ADS2923050191<br>ADVERTISING<br>PAY OVER TIME OPTION | CC@GOOGLE.COM | CA | $500.00 ♦ |
| 04/30/19 | UBER TRIP<br>HELP.UBER.COM | HELP.UBER.COM | CA | $38.63 |
| 04/30/19 | TACO BELL<br>303-796-8538 | DENVER | CO | $21.28 |
| 04/30/19 | DIA PARKING OPERATIONS<br>PARKING LOT & GARAGE | DENVER | CO | $50.00 |
| 04/30/19 | USPS POSTAGE STAMPS.COM 900000001<br>8884340055<br>PAY OVER TIME OPTION | EL SEGUNDO | CA | $800.00 ♦ |
| 04/30/19 | GOOGLE *ADS2923050191<br>ADVERTISING<br>PAY OVER TIME OPTION | CC@GOOGLE.COM | CA | $500.00 ♦ |
| 04/30/19 | CIRCLE K # 44099/CIRCLE K<br>CONVENIENCE | ENGLEWOOD | CO | $75.49 |
| 04/30/19 | 6906123 - DUNKIN DONUTS (TRIANGLE)<br>RESTAURANT | CHICAGO | IL | $10.09 |
| 04/30/19 | GOOGLE *ADS2923050191<br>ADVERTISING<br>PAY OVER TIME OPTION | CC@GOOGLE.COM | CA | $500.00 ♦ |
| 05/01/19 | GOOGLE *ADS2923050191<br>ADVERTISING<br>PAY OVER TIME OPTION | CC@GOOGLE.COM | CA | $500.00 ♦ |
| 05/01/19 | INTUIT PAYROLL<br>PAYROLL SVC | 888-537-7794 | CA | $45.00 |
| 05/01/19 | GOOGLE *ADS2923050191<br>ADVERTISING<br>PAY OVER TIME OPTION | CC@GOOGLE.COM | CA | $500.00 ♦ |
| 05/01/19 | CHICAGO MARRIOTT MIDWAY AIRPOR<br>Arrival Date        Departure Date<br>04/28/19              04/30/19<br>00000000<br>PAY OVER TIME OPTION | CHICAGO | IL | $430.61 ♦ |
| 05/01/19 | DOLLARTREE 000006348<br>8775308733<br>VARIETY STORES | SALIDA | CO | $15.21 |

Continued on next page

CONFIDENTIAL                                                              HK_068235



**Business Gold Rewards**
HEAD KANDY
KAYLA M MCNEILL
Closing Date 05/02/19

p. 17/21

Account Ending 3-4▇

## Detail Continued

◆ - denotes Pay Over Time activity

| | | | | Amount |
|---|---|---|---|---|
| 05/01/19 | GOOGLE *ADS2923050191<br>ADVERTISING<br>PAY OVER TIME OPTION | CC@GOOGLE.COM | CA | $500.00 ◆ |
| 05/01/19 | MURDOCHS RANCH &HOME#15 0000<br>719-539-2767<br>PAY OVER TIME OPTION | SALIDA | CO | $114.99 ◆ |
| 05/01/19 | GOOGLE *ADS2923050191<br>ADVERTISING<br>PAY OVER TIME OPTION | CC@GOOGLE.COM | CA | $500.00 ◆ |
| 05/01/19 | ULINE SHIP SUPPLIES<br>KAYLA 53158<br>PAY OVER TIME OPTION | 800-295-5510 | WI | $255.17 ◆ |
| 05/02/19 | GOOGLE *ADS2923050191<br>ADVERTISING<br>PAY OVER TIME OPTION | CC@GOOGLE.COM | CA | $500.00 ◆ |
| 05/02/19 | AMZN MKTP US*MZ0MS1YG1<br>BOOK STORES<br>PAY OVER TIME OPTION | AMZN.COM/BILL | WA | $299.76 ◆ |
| 05/02/19 | UPS* 1316743039<br>SHIPPING<br>DATE 04/29/19 TRK# 1316743039<br>FR ZIP 81242 TO ZIP 81242 US<br>00001 UPS SHIPPING<br>REF# SH#0000376E47<br>PAY OVER TIME OPTION | 502-485-2222 | KY | $887.33 ◆ |
| 05/02/19 | SMILE.IO<br>+16477252564<br>PAY OVER TIME OPTION | KITCHENER | | $1,000.00 ◆ |
| 05/02/19 | GOOGLE *GSUITE_HEADKAN<br>ADVERTISING | CC@GOOGLE.COM | CA | $23.73 |
| 05/02/19 | GOOGLE*ADS2923050191 GOOGLE INC<br>ADVERTISING SERVICE<br>PAY OVER TIME OPTION | CC GOOGLE.COM | | $500.00 ◆ |

**DUSTIN MCNEILL**
Card Ending 3-4▇

| | | | | Amount |
|---|---|---|---|---|
| 04/02/19 | PAYPAL *279962639<br>4029357733 | 4029357733 | CH | $11.00 |
| 04/06/19 | ADOBE *PRODUCTS Adobe Systems<br>800-833-6687 | SAN JOSE | CA | $82.98 |
| 04/08/19 | PAYPAL *ETSY<br>4029357733<br>PAY OVER TIME OPTION | 4029357733 | FL | $440.00 ◆ |
| 04/11/19 | ITUNES.COM/BILL<br>DIRECT MKTG INTERNET | CUPERTINO | CA | $2.99 |
| 04/12/19 | SHOPIFY * 62377243<br>8887467439 | ELK GROVE VILLAGE | IL | $29.00 |
| 04/12/19 | MARRIOTT GRAND CHATEAU<br>Arrival Date         Departure Date<br>07/27/19              08/02/19<br>00000000<br>CARDEPOSIT | LAS VEGAS | NV | $1,495.48 |
| 04/15/19 | PAYPAL *YIWUSHIHUAN<br>15057934461<br>PAY OVER TIME OPTION | 15057934461 | CH | $399.72 ◆ |

Continued on reverse

CONFIDENTIAL

HK_068236

KAYLA M MCNEILL                    Account Ending 3-4█████                      p. 18/21

## Detail Continued                                              ✦ denotes Pay Over Time activity

| | | | | Amount |
|---|---|---|---|---|
| 04/19/19 | Southwest Airlines<br>SOUTHWEST AIRLINES (MASTE | | DALLAS | TX | $339.96 ✦ |

From: DENVER INTL APT — To: CHICAGO MIDWAY APT / DENVER INTL APT
Carrier: WN / WN    Class: N / N
Ticket Number: 5262466678053
Date of Departure: 04/29
Passenger Name: MCNEILL/KAYLA MARIE
Document Type: PASSENGER TICKET
PAY OVER TIME OPTION

| 04/19/19 | FAIRFIELD INN 5Z9 | | Denver | CO | $232.50 ✦ |

Arrival Date 04/18/19    Departure Date 04/19/19
00000000
PAY OVER TIME OPTION

| 04/22/19 | FAIRFIELD INN 5Z9 | | Denver | CO | $129.64 ✦ |

Arrival Date 04/21/19    Departure Date 04/22/19
00000000
PAY OVER TIME OPTION

| 04/22/19 | PAYPAL *81948339<br>4029357733 | | | CH | $297.73 ✦ |

PAY OVER TIME OPTION

| 04/23/19 | Southwest Airlines<br>SOUTHWEST AIRLINES (MASTE | | DALLAS | TX | $116.00 ✦ |

From: DENVER INTL APT — To: CHICAGO MIDWAY APT / DENVER INTL APT
Carrier: WN / WN    Class: T / H
Ticket Number: 5262468232273
Date of Departure: 04/28
Passenger Name: MCNEILL/KAYLA MARIE
Document Type: PASSENGER TICKET
PAY OVER TIME OPTION

| 04/23/19 | Southwest Airlines<br>SOUTHWEST AIRLINES (MASTE | | DALLAS | TX | $246.00 ✦ |

From: DENVER INTL APT — To: CHICAGO MIDWAY APT / DENVER INTL APT
Carrier: WN / WN    Class: Y / H
Ticket Number: 5262468609994
Date of Departure: 04/28
Passenger Name: MCNEILL/KAYLA MARIE
Document Type: PASSENGER TICKET
PAY OVER TIME OPTION

| 04/27/19 | Southwest Airlines<br>SOUTHWEST AIRLINES (MASTE | | DALLAS | TX | $20.00 |

From: CHICAGO MIDWAY APT — To: DENVER INTL APT
Carrier: WN    Class: 00
Ticket Number: 5269837736105
Passenger Name: MCNEILL/KAYLA MARIE
Document Type: MISC. CHARGE ORDER (MCO)/PREPAID TICKET AUTH.

| 04/28/19 | PAYPAL *INFO<br>4029357733 | | | CH | $45.00 |

| 04/29/19 | Southwest Airlines<br>SOUTHWEST AIRLINES (MASTE | | DALLAS | TX | $116.00 ✦ |

From: CHICAGO MIDWAY APT — To: DENVER INTL APT
Carrier: WN    Class: Y
Ticket Number: 5262470633912
Date of Departure: 04/30
Passenger Name: MCNEILL/KAYLA MARIE
Document Type: PASSENGER TICKET
PAY OVER TIME OPTION

| 05/01/19 | AFAB<br>AUTO PARTS | | (812)897-0900 | IN | $1,000.00 ✦ |

PAY OVER TIME OPTION

Continued on next page

CONFIDENTIAL                                    HK_068237



**AMERICAN EXPRESS**

**Business Gold Rewards**
HEAD KANDY
KAYLA M MCNEILL
Closing Date 05/02/19

p. 19/21

Account Ending 3-4█

## Detail Continued

◆ - denotes Pay Over Time activity

Amount

**RYAN THOMPSON**
Card Ending 3-4█

| | | | | Amount |
|---|---|---|---|---|
| 04/19/19 | TST* MOONLIGHT PIZZA & BR 300505441 7192215520 | SALIDA | CO | $64.38 |
| 04/29/19 | WAL-MART SUPERCENTER 921 0921 DISCOUNT STORE | SALIDA | CO | $80.43 |
| 05/01/19 | WAL-MART SUPERCENTER 921 0921 DISCOUNT STORE | SALIDA | CO | $19.21 |
| 05/01/19 | KATZKE PAPER CO 000000001 042619 80223 PAY OVER TIME OPTION | DENVER | CO | $789.24 ◆ |
| 05/01/19 | DOLLARTREE 000006346 8775308733 VARIETY STORES | SALIDA | CO | $10.87 |

## Fees

| | Amount |
|---|---|
| **Total Fees for this Period** | **$0.00** |

## Interest Charged

| | Amount |
|---|---|
| **Total Interest Charged for this Period** | **$0.00** |

### About Trailing Interest

You may see interest on your next statement even if you pay the new balance in full and on time and make no new charges. This is called "trailing interest." Trailing interest is the interest charged when, for example, you didn't pay your previous balance in full. When that happens we charge interest from the first day of the billing period until we receive your payment in full. You can avoid paying interest on purchases by paying your balance in full and on time each month. Please see the "When we charge interest" sub-section in your Cardmember Agreement for details.

## 2019 Fees and Interest Totals Year-to-Date

| | Amount |
|---|---|
| Total Fees in 2019 | $0.00 |
| Total Interest in 2019 | $0.00 |

HK_068238

KAYLA M MCNEILL                    Account Ending 3-4█████                    p. 20/21

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

|  | Annual Percentage Rate | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Pay Over Time option | 20.49% (v) | $0.00 | $0.00 |
| **Total** |  |  | **$0.00** |
| (v) Variable Rate |  |  |  |

## Information on Pay Over Time

**There is a limit to your Pay Over Time option balance**
Your Pay Over Time limit is $54,400.00. We may approve or decline a charge regardless of whether your Card account balance exceeds or does not exceed your Pay Over Time limit. You must pay in full all charges that are not placed into a Pay Over Time balance upon receipt of your billing statement.

**You are currently enrolled in the Pay Over Time feature**
All of your eligible charges are automatically swept into your Pay Over Time balance. Each month you simply choose whether to pay in full, pay the minimum due, or pay any amount in between. Interest only applies to balances not paid in full.

CONFIDENTIAL

HK_068239



**Business Gold Rewards**
HEAD KANDY
KAYLA M MCNEILL
Closing Date 05/02/19

p. 21/21

Account Ending 3-4

 When you have a Pay Over Time balance, your statement shows you the different ways you can pay. See below for explanations about key information on your statement.



❶ Total amount owed at the end of the billing period.

❷ Minimum amount you need to pay by the Payment Due Date to keep your account current. Includes the entire New Balance of the Pay in Full Portion plus the Minimum Due amount of the Pay Over Time Portion, with any interest accrued.

❸ To avoid a late fee, send at least your Minimum Payment Due by the Payment Due Date.

❹ Summary of your Pay In Full and Pay Over Time activity, including payments and credits, fees, and interest charged.

❺ Disclosures explain how interest is assessed on your Pay Over Time balance.

❻ Both a summary and a detailed list of Pay In Full and Pay Over Time charges made to your account in the current billing period. Charges that are eligible for Pay Over Time are marked with a ◆ symbol.

❼ Amount of interest, if any, charged during the current billing period on your Pay Over Time balance.

❽ Total amount of fees and interest charged to your account this year.

❾ Your Annual Percentage Rate (APR), the amount you have chosen to Pay Over Time, and the interest charged on those Pay Over Time balances.

❿ Details about your Pay Over Time feature including your Pay Over Time limit.

For more details about your statement and payment options, please visit **americanexpress.com/openpayovertime**

CONFIDENTIAL

HK_068240