

**PB&T Bank**
Local People Making Local Decisions Since 1889

PB&T Bank
301 W 5th St
Pueblo, CO 81003
(719) 545-1834
(888) 728-3550

## STATEMENT OF ACCOUNT

| ACCOUNT NO. | STATEMENT PERIOD | PAGE |
|---|---|---|
| XXXXX | 04/01/2019 - 04/30/2019 | 1 of 2 |

| PREVIOUS BALANCE | | 3,820.60 |
|---|---|---|
| DEPOSITS/CREDITS | (8) | 98,627.99 |
| CHECKS/DEBITS | (22) | 93,320.31 |
| ENDING BALANCE | | 9,128.28 |
| DAYS IN STATEMENT PERIOD | | 30 |

Please ask any one of our Bankers if you have questions about our Stop Payment charge increasing from $10.00 to $29.00, or our Foreign ATM increasing from $1.00 to $2.00, we'll be happy to help! These new fees will go into effect in June, we hope to see or hear from you before then. Thank you for your continued support of PB&T Bank, we appreciate you and your business.

LASHED OUT LLC
DBA: HEAD KANDY
PO BOX 3
PONCHA SPRINGS CO 81242

| TRANSACTION DATE | TRANSACTION TYPE | DESCRIPTION OF TRANSACTION | AMOUNT |
|---|---|---|---|
| Free Business Checking | | | |
| | | **DEPOSITS / OTHER CREDITS** | |
| 04/01/2019 | Wire Deposit | INCOMING WIRE TRANSFER 040104 | 6,800.00 |
| 04/08/2019 | Wire Deposit | INCOMING WIRE TRANSFER 040801 | 15,000.00 |
| 04/11/2019 | ACH Deposit | 000001049586143 Anthem BC RA-1262023 | 148.12 |
| 04/11/2019 | ACH Deposit | 000001049586159 Anthem BC RA-1262023 | 1,679.87 |
| 04/15/2019 | Wire Deposit | INCOMING WIRE TRANSFER 041502 | 17,000.00 |
| 04/17/2019 | Wire Deposit | INCOMING WIRE TRANSFER 041702 | 10,000.00 |
| 04/19/2019 | Wire Deposit | INCOMING WIRE TRANSFER 041907 | 35,000.00 |
| 04/24/2019 | Wire Deposit | INCOMING WIRE TRANSFER 042402 | 13,000.00 |

**CHECK RECAP**

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 32001 | 04/18 | 5,000.00 | 32047* | 04/01 | 433.62 | 32050 | 04/11 | 1,450.00 |
| 32014* | 04/25 | 1,975.64 | 32048 | 04/08 | 864.14 | 32051 | 04/17 | 5,000.00 |
| 32016* | 04/24 | 9,817.12 | 32049 | 04/11 | 50.00 | | | |

* SKIP IN CHECK NUMBER SEQUENCE

**WITHDRAWALS / OTHER DEBITS**

| 04/03/2019 | ACH Payment | Anthem BC RA-1262023 | 1,827.99 |
|---|---|---|---|
| 04/04/2019 | ACH Payment | 000001046741963 Anthem BC RA-1262023 | 148.12 |
| 04/08/2019 | Online Transfer | INTERNET XFR TO Bttr Than XXXXXX | 5,700.00 |
| 04/08/2019 | ACH Payment | 065010048258338 BKAMERICA IC PAYMENT | 896.69 |
| 04/09/2019 | ACH Payment | Anthem BC RA-1262022 | 326.59 |
| 04/09/2019 | ACH Payment | 067219229400001 VERIZON WIRELESS PAYMENTS | 412.92 |
| 04/15/2019 | Online Transfer | INTERNET XFR TO Bttr Than XXXXXX | 10,200.00 |
| 04/16/2019 | ACH Payment | LOOMIS FBO INDEP INTERNET TELECHK 800-697-92 | 67.89 |
| 04/17/2019 | ACH Payment | WU AUTO WU AUTO | 1,063.56 |
| 04/17/2019 | ACH Payment | SOKOL MOTORSPORT SALE | 2,520.91 |
| 04/17/2019 | ACH Payment | BACd5f241fe6 Bank of America LINE-PYMT | 3,065.12 |
| 04/22/2019 | ACH Payment | AMEX EPAYMENT ACH PMT ER AM | 29,000.00 |
| 04/24/2019 | Online Transfer | INTERNET XFR TO Bttr Than XXXXXX | 13,000.00 |
| 04/25/2019 | ACH Payment | CHASE CREDIT CRD EPAY | 500.00 |

**DAILY ENDING BALANCE**

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 04/01 | 10,186.98 | 04/08 | 15,750.04 | 04/15 | 22,138.52 |
| 04/03 | 8,358.99 | 04/09 | 15,010.53 | 04/16 | 22,070.63 |
| 04/04 | 8,210.87 | 04/11 | 15,338.52 | 04/17 | 20,421.04 |

**EXHIBIT 27**