UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HEAD KANDY, LLC,

    Plaintiff/Counterclaim Defendant,

v.                                                     CASE NO. 23-CV-60345-JB/JMS

KAYLA MARIE MCNEILL,

    Defendant/Counterclaimant/Third-Party Claimant,

v.

JEROME FALIC,

    Third-Party Defendant.

_____/

## DECLARATION OF JEROME FALIC

I, Jerome Falic, declare, under penalties of perjury and based on my personal knowledge, as follows:

1. I am an owner and the Managing Member of Head Kandy, LLC ("Head Kandy"), the plaintiff/counterclaim defendant in the above-captioned lawsuit. I make this declaration based upon my personal knowledge.

2. Any actions I took with respect to Head Kandy, including with respect to Defendant/Counterclaimant/Third-Party Claimant Kayla Marie McNeill's ("Ms. McNeill") employment with and membership interest in Head Kandy, were taken in my capacity as Managing Member of Head Kandy, not in my individual, personal capacity.

3. I have not ever possessed, do not now possess, and did not personally receive Ms. McNeill's Personal Social Media Accounts or Social Media Content, as those terms are defined in Ms. McNeill's Amended Answer, Counterclaims, Third-Party Complaint and Jury Demand (the "Complaint") [ECF 337].

1

**EXHIBIT 28**

4. I have not ever possessed, do not now possess, and did not personally receive Ms. McNeill's forklift that is the subject of various claims in Ms. McNeill's Complaint

5. I have not ever possessed, do not now possess, and did not personally receive Ms. McNeill's former membership units in Head Kandy. Pursuant to the Operating Agreement, those membership units were repurchased by Head Kandy as an entity. They were not repurchased by any of the other individual members. Thereafter, those units were dissolved and no longer exist.

6. Head Kandy terminated Ms. McNeill's employment because of her misuse of company resources for the benefit of herself, her family, and her side businesses. Head Kandy did not terminate Ms. McNeill based upon any other reason.

7. Head Kandy paid Ms. McNeill her base salary through her termination date.

**Under penalties of perjury, I declare that I have read the foregoing and that the facts stated are true, to the best of my knowledge.**

Jerome Falic
Dated: November 25, 2024