UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HEAD KANDY LLC,

    Plaintiff,

vs.                                                      Case No. 0:23-cv-60345-RAR

KAYLA MARIE MCNEILL,

    Defendant.
_____/

## DECLARATION OF NICOLE COOK

I, Nicole Cook, declare, under penalties of perjury and based on my personal knowledge, as follows:

1. I was an employee of Head Kandy LLC (**"HK"**) from January 13, 2021 through March 5, 2021. Although someone at HK's front office listed my position as "Facebook" on my New Hire Data Sheet, a copy of which is attached as **Exhibit 1**, my sole job duty was to provide childcare for Kayla McNeill's child, Hayzlee McNeill. I never once performed work for HK while getting paid by HK.

2. Ms. McNeill had Kaylin Culp put me on HK's payroll for my childcare services, as seen below in a text exchange between Ms. McNeill and myself:

1

EXHIBIT 29                                                                 HK_012131



3. Alisa Lamm and Alyssa Lynchard, former Head Kandy employees, also provided childcare for Ms. McNeill while being paid by Head Kandy. On one instance, Alisa Lamm picked Hayzlee up from me in the afternoon during HK working hours. The following is a screenshot of text messages exchanged between Ms. McNeill and I when Alisa Lamm met me to pick up Hayzlee:



4.      I was hired by Ms. McNeill after responding to a job posting for a childcare position by Ms. McNeill on Facebook. I was interested in the position because it allowed me to bring in income for my family, while also allowing me to stay home with my own child.

5.      Ms. McNeill would sometimes travel out of town with Hayzlee on the days I was supposed to watch her. Ms. McNeill told me to clock in on the days I did not watch Hayzlee, so that I would get paid even if I did not watch her. Ms. McNeill told me this was just between her and I and not to tell anyone else at HK. Below is the text exchange between Ms. McNeill and I:



6. I was paid an hourly rate of $14.00 per hour. My gross earnings from Head Kandy in 2021 were $1,849.68. All of the income I received while providing childcare for Ms. McNeill was paid by Head Kandy.

7. I was never paid personally by Ms. McNeill for the childcare services I performed.

Under penalties of perjury, I declare that I have read the foregoing and that the facts stated are true, to the best of my knowledge.

_Nicole Cook_
Nicole Cook
Dated: 10/4/23

4

**Head Kandy LLC.**
**New Hire / Rehire Data Sheet**
(For New Hires & Rehires only)

## SECTION 1: TO BE COMPLETED BY ASSOCIATE – PLEASE FILL OUT THIS FORM COMPLETELY AND LEGIBLY

- **Social Security Number:** 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
- **Date of Birth:** 12/30/1989
- **Last Name:** Cook
- **First:** Nicole
- **Middle:** Ann
- **Address:** 7165 Leprechaun Lane
- **Apt #:**
- **City:** Howard
- **State:** Colorado
- **Zip:** 81233
- **Gender:** ☒ Female
- **Marital Status:** ☒ Single
- **# of dependents:** 3
- **Contact Information – Phone #:** 719-221-8195
- **Cell #:** (Optional)
- **Emergency Contact Name:** Chris Curtis
- **Relationship:** Significant Other
- **Daytime Phone #:**
- **Evening Phone #:**
- **Education Level:** ☒ Some College
- **Hire source:**

## SECTION 2: TO BE COMPLETED BY MANAGER

- **DATE EFFECTIVE:** 1/13/2021
- **Company Code:** ☐ KF/A5I
- **Dept. #:**
- **Org. Code:**
- **Classification:** ☒ Full Time
- **Position:** Facebook
- **Reports to:** Keli / Kaylin
- **Job Code:**
- **Workers Comp Code:**
- **☒ Non-exempt (Hourly)** — **Hourly:** 14.00

## SECTION 3: APPROVALS

HK_012135