UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HEAD KANDY LLC,

    Plaintiff,

vs.                                            Case No. 0:23-cv-60345-RAR

KAYLA MARIE MCNEILL,

    Defendant.

_____/

## DECLARATION OF SYDNEY COOK

I, Sydney Cook, declare, under penalties of perjury and based on my personal knowledge, as follows:

1. I was an employee of Head Kandy LLC ("**HK**") from January 1, 2018 through July 3, 2021 working in customer service and shipping.

2. Various employees of HK performed personal tasks for Ms. McNeill while being paid by HK. Nicole Cook, a former HK employee, was hired by HK for the sole purpose of providing childcare to Kayla McNeill at Nicole Cook's home. Alyssa Lynchard provided childcare to Ms. McNeill's children, cleaned Ms. McNeill's home, and cooked for Ms. McNeill's family. Alisa Lamm provided childcare for Ms. McNeill's daughter after Alyssa Lynchard no longer worked for HK. Andrew Schankerman would often travel with Ms. McNeill's sons to their out-of-town quarter midget racecar competitions.

3. While ordering office supplies on HK's Amazon account, I often saw Ms. McNeill's personal orders in the HK Amazon account that included various household items.

1

**EXHIBIT 30**   HK_012136

4. Ms. McNeill would often provide free haircare products to her personal friends and family. On multiple occasions, Ms. McNeill would ask me to set aside free products for Ms. McNeill's mother who would pick up the products from me at the office. On another occasion, Ms. McNeill asked me to set aside free products for Daniel (Ms. McNeill's partner in her spec home business) who would pick them up from me at the office. Ms. McNeill directed me to package and ship sample products to her that were then given to other moms at quarter midget racecar races for free.

5. Ms. McNeill required myself, Kaylin Culp, Keli-lyn Cook, Kellie Redfeather, and Alissa Lamm to babysit her daughter, Hayzlee McNeill, while we were working in HK's front office. Ms. McNeill would drop Hayzlee off to us and then leave the premises.

6. Quarter midget racing equipment was often delivered to the HK warehouse.

7. Faucets and plumbing supplies for Ms. McNeill's spec home business were shipped to the HK warehouse, and I was asked to drop them off to Ms. McNeill during working hours.

8. Ms. McNeill fostered a toxic work environment where employees were often pitted against each other, belittled, and bullied.

9. I was never paid personally by Ms. McNeill for the personal errands and services I performed for her. I was always paid by HK for the time I spent completing Ms. McNeill's personal tasks.

Under penalties of perjury, I declare that I have read the foregoing and that the facts stated are true, to the best of my knowledge.

*Sydney Cook*
Sydney Cook

HK_012137

**Dated:** 10/20/2023

HK_012138

HK_012139