UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HEAD KANDY LLC,

    Plaintiff,

vs.                                                            Case No. 0:23-cv-60345-RAR

KAYLA MARIE MCNEILL,

    Defendant.
_____/

## DECLARATION OF DALLAS PERKINS

I, Dallas Perkins, declare, under penalties of perjury and based on my personal knowledge, as follows:

1. I was an employee of Head Kandy LLC ("**HK**") from December 2, 2019 through October 2021 working in the warehouse shipping products.

2. Kayla McNeill expected me to act as her personal hand, despite being employed and paid by HK and not her personally. Ms. McNeill demanded that I care for her dogs while she was out of town, transport building materials for her spec home business, and repair and clean her residential rental property.

3. The 12,000 square foot barn that was constructed at 11905 Highland Circle, Salida, Colorado 81201 was only ever used personally by Ms. McNeill and her family, despite Ms. McNeill telling me that it was built with HK's funds.

4. Even after the company moved to North Carolina in July 2021, I continued to be paid by HK until October 2021 while only performing personal errands and tasks for Ms. McNeill.

1

**EXHIBIT 31**          HK_012140

Under penalties of perjury, I declare that I have read the foregoing and that the facts stated are true, to the best of my knowledge.

*Dallas Perkins (Oct 27, 2023 12:41 MDT)*

**Dallas Perkins**

Dated: Oct 27, 2023

HK_012141

# Dallas Perkins Declaration (10.3.23)

Final Audit Report 2023-10-27

| | |
|---|---|
| Created: | 2023-10-26 |
| By: | Kathryn Salenni (kathryns@blhtlaw.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAmzihwGjofDFTnotj7IKbYGBrBMRg8wAC |

## "Dallas Perkins Declaration (10.3.23)" History

- Document created by Kathryn Salenni (kathryns@blhtlaw.com)
  2023-10-26 - 12:02:43 PM GMT

- Document emailed to dallasperkins38@gmail.com for signature
  2023-10-26 - 12:03:08 PM GMT

- Email viewed by dallasperkins38@gmail.com
  2023-10-27 - 6:40:58 PM GMT

- Signer dallasperkins38@gmail.com entered name at signing as Dallas Perkins
  2023-10-27 - 6:41:27 PM GMT

- Document e-signed by Dallas Perkins (dallasperkins38@gmail.com)
  Signature Date: 2023-10-27 - 6:41:29 PM GMT - Time Source: server

- Agreement completed.
  2023-10-27 - 6:41:29 PM GMT

**Adobe Acrobat Sign**

HK_012142