UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HEAD KANDY LLC,

    Plaintiff,

vs.                                Case No. 0:23-cv-60345-RAR

KAYLA MARIE MCNEILL,

    Defendant.
_____/

### DECLARATION OF WENDI SARGENT

I, Wendi Sargent, declare, under penalties of perjury and based on my personal knowledge, as follows:

1. I was an employee of Head Kandy LLC ("**HK**") from January 11, 2021 through May 22, 2022. I worked in the warehouse shipping products.

2. I was a personal friend of Ms. McNeill prior to my employment with HK.

3. Dallas Perkins and Ian Smith, employees of HK, were continuously asked to perform personal tasks for Ms. McNeill, including picking up materials for her spec home business and performing tasks around her house. They were paid by HK for their work completing Ms. McNeill's personal errands.

4. Other HK employees working in the front office were also expected to perform personal tasks for Ms. McNeill like picking up lunch for Ms. McNeill or doing things around Ms. McNeill's home. These employees were all paid by HK while performing these personal errands for Ms. McNeill.

1

**EXHIBIT 32**

HK_012143

5. At Ms. McNeill's encouragement, I uprooted my family from Colorado to North Carolina when the HK warehouse moved to North Carolina. Ms. McNeill promised that I would receive a raise, promotion, and that my move would be "taken care of." Ms. McNeill never acted upon those promises. I bore the cost of my entire move and never received the promised raise or promotion.

6. Ms. McNeill was frequently absent as a business owner. When the warehouse was located in Colorado, Ms. McNeill was often in North Carolina. Once the business relocated to North Carolina, Ms. McNeill was often in Colorado. HK employee Kaylin Culp was responsible for the day-to-day administration of the HK warehouse and front office.

7. The HK warehouses were used to store Ms. McNeill's sons' quarter midget racing equipment. HK employees and vehicles were responsible for moving the racing equipment when HK moved warehouses in North Carolina. Ms. McNeill would often ask HK employees to ship the quarter midget racing equipment from the warehouse to wherever the races were taking place.

8. I was responsible for placing orders on Amazon for shipping supplies. I would often see Ms. McNeill's personal orders for home goods and clothing in HK's Amazon account.

9. I was told by Ms. McNeill that I was not allowed to speak to other employees and that I was mean, gruff, "replaceable," and had a bad attitude.

**Under penalties of perjury, I declare that I have read the foregoing and that the facts stated are true, to the best of my knowledge.**

*Wendi Sargent*
**Wendi Sargent**

Dated: 10-24-2023

2

HK_012144