UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HEAD KANDY LLC,

    Plaintiff,

vs.                                                                 Case No. 0:23-cv-60345-RAR

KAYLA MARIE MCNEILL,

    Defendant.
_____/

## DECLARATION OF DAMIAN WOODRUFF

I, Damian Woodruff, declare, under penalties of perjury and based on my personal knowledge, as follows:

1.    I was an employee of Head Kandy LLC (**"HK"**) beginning on August 14, 2019. My position with Head Kandy was in the warehouse shipping products.

2.    I recently discovered that my phone number was used by Kayla McNeill, without my permission or knowledge, to create a Venmo account that is linked to a HK email (ka*****@headkandypro.com) and American Express credit card ending in **05.

3.    Ms. McNeill would continuously ask me and others to perform duties outside of the scope of our employment with HK. When I completed these personal tasks for Ms. McNeill, she would never pay me personally for my time; I was always paid by HK for the hours I worked.

4.    Some of the personal tasks Ms. McNeill required me to do while being paid by HK included: setting up Christmas trees at her home, cleaning her home, picking up personal furniture for her at IKEA, picking up building materials for her spec home and rental property business from

1

**EXHIBIT 33**                                                          HK_012145

out-of-town locations, and moving and sorting inventory for Ms. McNeill's Hayzlee Boutique business.

5. Alyssa Lynchard, a HK employee, served as Ms. McNeill's personal maid and babysitter—despite being paid by HK.

6. Rhonda Batchelor, a HK employee, took personal photos for Ms. McNeill and Hazylee Boutique (Ms. McNeill's side business) while being paid by HK.

7. Ms. McNeill always represented herself as the sole owner of HK.

8. Ms. McNeill told me that HK was paying to construct a pole barn at her home address at 11905 Highland Circle, Salida, Colorado 81201. She told me the pole barn was going to be used as a storage space for HK. Not once did I ever see HK supplies or products stored at the pole barn. I only ever saw quarter midget racing equipment stored inside.

**Under penalties of perjury, I declare that I have read the foregoing and that the facts stated are true, to the best of my knowledge.**

_____
Damian Woodruff

Dated: 10-04-23