UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HEAD KANDY, LLC,

    Plaintiff/Counterclaim Defendant,

v.                                                  CASE NO. 23-CV-60345-JB/JMS

KAYLA MARIE MCNEILL,

    Defendant/Counterclaimant/Third-Party Claimant,

v.

JEROME FALIC,

    Third-Party Defendant.
_____/

**JEROME FALIC'S STATEMENT OF MATERIAL FACTS
IN SUPPORT OF HIS MOTION FOR SUMMARY JUDGMENT[1]**

**BARTLETT LOEB HINDS
THOMPSON & ANGELOS**

**ETHAN J. LOEB**
FL Bar No. 668338
**EDWARD C. THOMPSON**
FL Bar No. 684929
**JALEN A. LARUBBIO**
FL Bar No. 1039258
**CARSON A. SADRO**
FL Bar No. 1026159

1001 Water St., Suite 475
Tampa, FL 33602
Telephone: 813-223-3888
Facsimile: 813-228-6422

*Counsel for Plaintiff Head Kandy LLC*

---

[1] The evidence recounted herein, in accordance with the applicable summary judgment standard, is presented in the light most favorable to Defendant/Counterclaimant Kayla Marie McNeill ("**Ms. McNeill**"). Mr. Falic contends in his contemporaneously filed Motion for Summary Judgment that the evidence, even viewed that way, is insufficient to support Ms. McNeill's claims.

Third-Party Defendant Jerome Falic ("**Mr. Falic**"), pursuant to Loc. R. 56.1, submits this Statement of Material Facts in support of his Motion for Summary Judgment:

1. For efficiency and to avoid as much unnecessary repetition as possible, Mr. Falic incorporates the facts stated and supporting evidence cited in Plaintiff/Counterclaim Defendant Head Kandy LLC's ("**Head Kandy**") contemporaneously filed Statement of Facts.

2. Mr. Falic became the Managing Member of Head Kandy upon the formation of that entity, and remains in that role today.  [OA at § 1.1 (p. 6); Falic Dep. at 5:7-9].

3. Mr. Falic's actions with respect to Head Kandy and Ms. McNeill were taken exclusively in Mr. Falic's capacity as Head Kandy's Managing Member.  [Falic Dep. at 203:24-204:3; Ex. 28 at ¶ 2].

4. Head Kandy is organized under Delaware law.  [OA at § 12.4(a)].

5. Head Kandy's Operating Agreement provides that "the Managing Member shall not be liable to the Company or to any Member … for any losses or damages sustained by the Company or any Member, unless the loss or damage shall have been the result of fraud, deceit, gross negligence, willful misconduct or unlawful acts by the Managing Member."  [OA at § 7.4].

6. Mr. Falic personally has not ever possessed, does not now possess, and did not personally receive Ms. McNeill's Personal Social Media Accounts or Social Media Content, as those terms are defined in Ms. McNeill's Amended Answer, Counterclaims, Third-Party Complaint and Jury Demand (the "**Complaint**") [ECF 337].  [Ex. 28 at ¶ 3].

7. Mr. Falic has not ever possessed, does not now possess, and did not personally receive Ms. McNeill's forklift that is the subject of various claims in Ms. McNeill's Complaint. [Ex. 28 at ¶ 4].

8. Prior to February 17, 2023, Ms. McNeill had a 20% membership interest in Head Kandy.  [APA at § 2.1; OA at p. 37 (Ex. A)].

9. Head Kandy's Operating Agreement provides that Head Kandy may repurchase all or some of Ms. McNeill's membership units in the event that she is terminated from her employment with Head Kandy for cause.  [OA at § 8.5(a)].

10. On January 30, 2023, Head Kandy terminated Ms. McNeill's employment for cause based on her misuse of company resources for the benefit of herself, her family, and her side businesses.  [Notice of Termination at 2-3].

11. On February 17, 2023, Head Kandy exercised its right under § 8.5 of the Operating Agreement to reacquire Ms. McNeill's 20% ownership stake in Head Kandy.  [Resolutions at 1].

12. Mr. Falic executed the Resolutions in his capacity as Head Kandy's Managing Member on behalf of a majority of Head Kandy's membership interests.  [Falic Dep. at 203:24-204:3, 204:16-23; Ex. 28 at ¶ 2]

13. Mr. Falic has not ever possessed, does not now possess, and did not personally receive Ms. McNeill's former ownership units in Head Kandy because those ownership units were repurchased by Head Kandy, not any of the other individual members, pursuant to the Operating Agreement, and were thereafter dissolved.  [Resolutions at 1; OA at § 8.5(a); Ex. 28 at ¶ 5].

14. Instead of taking an active role in the day-to-day management of Head Kandy and its employees, Mr. Falic delegated operational control of Head Kandy to others, specifically including Ms. McNeill herself.  [Falic Dep. at 8:13-18, 26:24-27:19, 38:21-39:23, 50:3-21, 164:11-23; Rosenbaum Dep. at 169:2-12; Feldman Dep. at 32:6-12, 44:3-7, 45:8-12, 48:9-15, 49:4-50:17].

15. Ms. McNeill testified that on November 20, 2022, she told Mr. Falic about alleged harassment by Jonathan Rosenbaum.  [K.McNeill Dep. at 241:21-243:2].

16.     Ms. McNeill testified that thereafter, Mr. Falic took no action with respect to the alleged harassment she claims to have informed him of.  [K.McNeill Dep. at 243:7-19].

17.     Ms. McNeill avers that she now suffers from depression and requires therapy and medication.  [K.McNeill Dep. at 206:1-12, 210:7-21, 212:1-218:7].

*/s/  Ethan J. Loeb*
**ETHAN J. LOEB**
FL Bar No. 668338
ethanl@blhtlaw.com
KerriR@blhtlaw.com
eservice@blhtlaw.com
**EDWARD C. THOMPSON**
FL Bar No. 684929
colint@blhtlaw.com
heatherw@blhtlaw.com
**JALEN A. LARUBBIO**
FL Bar No. 1039258
JalenL@blhtlaw.com
**CARSON A. SADRO**
FL Bar No. 1026159
CarsonS@blhtlaw.com
**BARTLETT LOEB HINDS THOMPSON & ANGELOS**
1001 Water St., Suite 475
Tampa, FL 33602
Telephone: 813-223-3888
Facsimile: 813-228-6422

*Counsel for Third-Party Defendant Jerome Falic*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 2, 2024 I filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send notice of this filing to: Laura E. Burgess, Esquire, laura@leburgesslaw.com, L.E. Burgess, P.A., 5966 S. Dixie Highway, Suite 300, Miami, Florida 33143, *Counsel for Defendant*; Antonio L. Converse, Esquire, anthony@converselawgroup.com, Converse Law Group, P.C., 600 17th Street, Denver, Colorado 80202, *Counsel for Defendant;* Jennifer Tiedeken, Esquire, jennifer@lawfortcollins.com,

jamie@lawfortcollins.com, Massey, Kelly & Priebe, PLLC, 125 S. Howes Street, Suite 1100, Fort Collins, CO 80521, *co-counsel for Defendant;*. and Jed Ferdinand, Esquire, jferdinand@fiplawgroup.com, Kathleen B. Moore, Esquire, kmoore@fiplawgroup.com, Ferdinand IP Law Group, 450 Seventh Avenue, Suite 2300, New York, New York 10123, *Counsel for Plaintiff*.

/s/ Ethan J. Loeb
**ETHAN J. LOEB**
FL Bar No. 668338