UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HEAD KANDY, LLC,

    Plaintiff/Counterclaim Defendant,

v.                                                CASE NO. 23-CV-60345-JB/JMS

KAYLA MARIE MCNEILL,

    Defendant/Counterclaimant/Third-Party Claimant,

v.

JEROME FALIC,

    Third-Party Defendant.

_____/

## HEAD KANDY'S AND MR. FALIC'S
## UNOPPOSED, EXPEDITED MOTION FOR EXTENSION OF TIME
## TO RESPOND TO MS. MCNEILL'S UNTIMELY SERVED SEALED FILINGS

Plaintiff/Counterclaim Defendant Head Kandy LLC ("**Head Kandy**") and Third-Party Defendant Jerome Falic ("**Mr. Falic**") move for an extension of time to respond to several of Defendant/Counterclaimant/Third-Party Claimant Kayla Marie McNeill's ("**Ms. McNeill**") sealed filings, which were not timely served on Head Kandy in accordance with Loc. R. 5.4(b)(1), and in support state:

    1.    Head Kandy and Mr. Falic, pursuant to Loc. R. 7.1(d)(2), seek a ruling by **Monday, December 9, 2024**, ordering their time to respond/reply to Motions and Oppositions that Ms. McNeill filed under seal on December 2, 2024, but did not provide copies of to Head Kandy and Mr. Falic's counsel until 10:31 P.M. on December 5, 2024, does not begin to run until December 6, 2024, making the subject Reply due December 13, 2024, and the subject Responses due December 20, 2024.

{00088788:1}

2.     The Court set a deadline of December 2, 2024 for dispositive and *Daubert* motions. [ECF 425].

3.     The Court granted the parties leave to file dispositive and *Daubert* motions, responses, replies, statements of material fact, and exhibits under seal to the extent that they "reference, cite to, or rely on the analysis and opinions of the Financial Experts or the test questions administered by Dr. Sally Russell."  [ECF 452].

4.     On December 5, 2024, counsel for Head Kandy and Mr. Falic, while reviewing the online docket, noticed several sealed filings (collectively, the "**Sealed Filings**") [ECF Nos. 474, 475, 476, 477] for which Head Kandy and Mr. Falic were not responsible, and of which Head Kandy and Mr. Falic had received no notice or service copies.  Because the Sealed Filings were filed under seal in the CM/ECF system, Head Kandy and Mr. Falic were unable to view any details concerning the Sealed Documents, including their title, subject matter, or filer.

5.     Immediately upon discovering the existence of Sealed Filings, at 1:31 P.M. on December 5, 2024, counsel for Head Kandy and Mr. Falic reached out to counsel for Ms. McNeill and asked counsel for Ms. McNeill to send service copies of the Sealed Filings by the close of business.

6.     The morning of December 6, 2024, Head Kandy and Mr. Falic's attorneys checked their email and saw that at 10:31 P.M. on December 5, 2024, counsel for Ms. McNeill had responded to Head Kandy's counsel's e-mail sent earlier that day.  In that email, Ms. McNeill's counsel attached copies of the Sealed Filings along with proofs of filing from the CM/ECF system.

7.     The Sealed Filings that were emailed to Head Kandy at 10:31 P.M. on December 5, 2024, and first seen by Head Kandy on December 6, 2024, are:

    a. Kayla McNeill's *Daubert* Motion to Exclude Testimony and Opinions of Sally L. Kolitz Russell, Ph.D., and exhibits thereto [ECF 474];

    b. Motion to Exclude Testimony and Opinions of David W. DeRamus, and exhibits thereto [ECF 475];

    c. Opposition to *Daubert* Motion to Exclude Testimony and Opinions of Melia Arnett-Archie [ECF 476]; and

    d. Notice of Filing Deposition Transcript Excerpts of Melia Arnett-Archie [ECF 477].

8. Although in each of the Sealed Filings counsel for Ms. McNeill certified "on December 2 [or 3], 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and through that filing served all counsel of record," because the Sealed Filings were filed under seal, the CM/ECF system did not serve Head Kandy and Mr. Falic. Indeed, the proof of filing generated by the CM/ECF system states, in bold, red letters, "No electronic public notice will be sent because the case/entry is sealed."

9. Head Kandy and Mr. Falic were not served with the Sealed Filings on December 2 or 3, 2024, and in fact, did not receive them at all until after business hours on December 5, 2024, after requesting them from Ms. McNeill earlier in the day, and did not first see they had been sent until December 6, 2024.

10. Accordingly, Head Kandy and Mr. Falic seek an order to confirm, and ensure the Court's docket reflects, that Head Kandy and Mr. Falic's time to respond to the Sealed Filings runs from today, December 6, 2024, such that they have:

    a. Until December 20, 2024 (14 days from the date of this Motion) to respond to Kayla McNeill's *Daubert* Motion to Exclude Testimony and Opinions of Sally

        L. Kolitz Russell, Ph.D., and exhibits thereto [ECF 474] and Motion to Exclude Testimony and Opinions of David W. DeRamus, and exhibits thereto [ECF 475];

   b. Until December 13, 2024 (7 days from the date of this Motion) to reply to Opposition to *Daubert* Motion to Exclude Testimony and Opinions of Melia Arnett-Archie [ECF 476].

11. Head Kandy's and Mr. Falic's request is supported by good cause, and comes under extraordinary circumstances, through no fault of their own, because due to Ms. McNeill's mistake in failing to timely serve the Sealed Filings Head Kandy and Mr. Falic would, without an extension, not receive the time to which they would otherwise be entitled under Loc. R. 7.1(c)(1) to respond/reply to the Sealed Filings.

12. Because of Ms. McNeill's belated service of the Sealed Filings, Head Kandy and Mr. Falic were unable to file this Motion more than three business days prior to the deadline, as the Court normally requires.

13. Regarding prior extensions: Head Kandy and Ms. McNeill jointly moved for an extension of time to file their first joint scheduling report on April 11, 2023, which motion was granted. [ECF Nos. 20, 21]. Head Kandy moved for an extension of time to file rebuttal expert reports on April 17, 2024, which extension was granted. [ECF Nos. 234, 253, 256]. Head Kandy and Mr. Falic moved for an extension of time to respond to Ms. McNeill's counterclaims and third-party claims when they were first filed, which motion was granted. [ECF Nos. 283, 284]. The parties jointly requested an extension of the dispositive motion deadline, which the Court granted in part. [ECF 425]. Head Kandy and Mr. Falic have not moved to extend any other filing deadlines.

14. The extension Head Kandy and Mr. Falic request will not impact the dispositive motion deadline (which has already passed) or the trial date.

15. Ms. McNeill does not oppose the relief requested herein.

WHEREFORE, Head Kandy and Mr. Falic respectfully request that the Court allow them until **December 13, 2024** to reply to Opposition to *Daubert* Motion to Exclude Testimony and Opinions of Melia Arnett-Archie [ECF 476], and until **December 20, 2024** to respond to Kayla McNeill's *Daubert* Motion to Exclude Testimony and Opinions of Sally L. Kolitz Russell, Ph.D. [ECF 474] and Motion to Exclude Testimony and Opinions of David W. DeRamus [ECF 475].

## CERTIFICATE OF CONFERRAL

Pursuant to Local Rule 7.1(a)(3), counsel for Head Kandy conferred with counsel for Ms. McNeill regarding this Motion, and on December 6, 2024, at 3:59 P.M., counsel for Ms. McNeill advised via email that Ms. McNeill does not oppose the relief requested herein.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 6, 2024 I filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send notice of this filing to: Laura E. Burgess, Esquire, laura@leburgesslaw.com, L.E. Burgess, P.A., 5966 S. Dixie Highway, Suite 300, Miami, Florida 33143, *Counsel for Defendant*; Antonio L. Converse, Esquire, anthony@converselawgroup.com, Converse Law Group, P.C., 600 17th Street, Denver, Colorado 80202, *Counsel for Defendant;* Jennifer Tiedeken, Esquire, jennifer@lawfortcollins.com, jamie@lawfortcollins.com, Massey, Kelly & Priebe, PLLC, 125 S. Howes Street, Suite 1100, Fort

Collins, CO 80521, *co-counsel for Defendant;*. and Jed Ferdinand, Esquire, jferdinand@fiplawgroup.com, Kathleen B. Moore, Esquire, kmoore@fiplawgroup.com, Ferdinand IP Law Group, 450 Seventh Avenue, Suite 2300, New York, New York 10123, *Counsel for Plaintiff*.

/s/  Edward Colin Thompson
**ETHAN J. LOEB**
FL Bar No. 668338
ethanl@blhtlaw.com
KerriR@blhtlaw.com
eservice@blhtlaw.com
**EDWARD C. THOMPSON**
FL Bar No. 684929
colint@blhtlaw.com
heatherw@blhtlaw.com
**JALEN A. LARUBBIO**
FL Bar No. 1039258
JalenL@blhtlaw.com
**CARSON A. SADRO**
FL Bar No. 1026159
CarsonS@blhtlaw.com
**BARTLETT LOEB HINDS THOMPSON & ANGELOS**
1001 Water St., Suite 475
Tampa, FL 33602
Telephone: 813-223-3888
Facsimile: 813-228-6422

*Counsel for Head Kandy LLC and Jerome Falic*