**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 23-CV-60345- BECERRA/STRAUSS

HEAD KANDY, LLC,

      Plaintiff/Counterclaim Defendant,

v.

KAYLA MARIE MCNEILL,

      Defendant/Counterclaimant/Third-Party Claimant,

JEROME FALIC,

      Third-Party Defendant.

                                      /

## NOTICE OF FILING DEPOSITION TRANSCRIPT EXCERPTS OF TONIA WERNER, M.D.

Defendant/Counter-Plaintiff/Third-Party Plaintiff, **KAYLA MCNEILL** ("Ms. McNeill" or "Defendant"), by and through undersigned counsel, hereby gives notice of filing the Deposition Transcript of Tonia Werner, M.D., Exhibit "A" to Opposition to *Daubert* Motion to Exclude Testimony and Opinions of Tonia Werner, M.D. [ECF No. 492].

DATED this 14th day of December, 2024.

                    Respectfully Submitted,


                    By:  */s/ Laura Burgess*
                    Laura E. Burgess, Esq.
                    Florida Bar No. 0105073
                    L.E. Burgess P.A.
                    5966 S Dixie Highway, Suite 300
                    Miami, FL 33143
                    Tel.: 305.942.8044
                    Alt. Tel.: 713.818.5055
                    laura@leburgesslaw.com

and

By: _/s/ Antonio L. Converse_____
Antonio L. Converse, Esq.
Admitted *Pro Hac Vice*
Converse Law Group, P.C.
600 17th Street, Suite 2800 South
Denver, CO 80202
Tel: 303.228.9471
anthony@converselawgroup.com

and

By: _/s/ Jennifer A. Tiedeken_____
Jennifer A. Tiedeken, Esq.
Admitted *Pro Hac Vice*
Davis & Ceriani, P.C.
1600 Stout Street, Suite 1710
Denver, CO 80202
Tel:  303.534.9000
jtiedeken@davisandceriani.com

COUNSEL FOR KAYLA MCNEILL

## CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2024, I electronically served the foregoing document via email upon all counsel of record for Plaintiff.


_/s/ Laura E. Burgess_____