```
 1              UNITED STATES DISTRICT COURT

 2              SOUTHERN DISTRICT OF FLORIDA

 3                     FT. LAUDERDALE

 4   Case No. 0:23-cv-60345-JB

 5   _____

 6          REMOTE VIDEO RECORDED DEPOSITION OF

 7                 JAMES G. WIGGINGTON, MD

 8                     August 19, 2024

 9   _____

10   HEAD KANDY LLC,

11   Plaintiff,

12   v.

13   KAYLA McNEILL,

14   Defendant.

15   _____

16

17        PURSUANT TO NOTICE, the remote video

18   recorded deposition of JAMES G. WIGGINGTON, MD, was

19   taken on behalf of the Plaintiff, on August 19,

20   2024, at 9:03 a.m., MDT, before Wendy C. Heath,

21   Registered Professional Reporter, Denver,

22   Colorado.

23

24

25
```

Page 60

1  depression and anxiety?
2      A   That is correct.
3      Q   Aside from weight loss, did you notice any
4  other physical symptoms that you were able to
5  observe with Ms. McNeill?
6      A   She just was -- she's -- she was very
7  much -- she was more anxious, and also then, you
8  know, had a more depressed mood.  You know, she
9  always previously had had, you know, a bright
10 outlook on things.  And then at this -- when I saw
11 her then, it was more of a -- a -- a bleak or a
12 I-don't-know-where-things-are-going-type outlook.
13     Q   Okay.  And do you remember when the
14 McNeills moved back to Colorado from moving out
15 East?
16     A   I want to say it was last fall.
17     Q   In the fall of 2023?
18     A   I believe so, yes.
19     Q   Okay.
20         MS. SADRO:  I want to -- I --
21         MR. CONVERSE:  I --
22         MS. SADRO:  -- don't --
23         MR. CONVERSE:  -- I -- I don't --
24         THE COURT REPORTER:  Please, one at a
25 time.

Page 63

1       A   Yes.
2       Q   Doctor, a minute ago you said that you
3   were able to observe Ms. McNeill being anxious.
4   What did you observe in Ms. McNeill that led you
5   to believe she was anxious?
6       A   Just much of what I'm exhibiting now,
7   saying lots of uhs, having to really kind of stop
8   and think about what she wants to say instead of
9   just, oh, yeah, this is kind of a flowing
10  conversation kind of -- of thing.  And then body
11  language.  Oftentimes people are kind of -- you
12  know, kind of clenching their hands a little bit.
13  They're, you know, sometimes rubbing sweat from
14  their palms.  You know, some of those kind of
15  things.
16      Q   Okay.  Do you remember -- and I don't mean
17  to make you nervous, Doctor.  I'm sorry.
18  Sometimes I -- I know I can get a robotic tone in
19  there.
20      A   It is what it is, I...
21      Q   No, truly, it is not my intention.
22          But, Doctor, when you -- when you say that
23  Ms. McNeill appeared to be anxious, did you
24  conduct any formalized examinations with her to
25  make that diagnosis?