```
 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF FLORIDA
 2                     FT. LAUDERDALE

 3
    HEAD KANDY LLC,
 4
              Plaintiff,         CASE NO.
 5                               0:23-cv-60345-JB
    vs.
 6
    KAYLA MCNEILL,
 7
              Defendant.
 8
    ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
 9

10              CONTINUED DEPOSITION OF

11                DAWN MCDOWELL, FNP-C

12

13            Thursday, August 22, 2024

14                   12:11 P.M.

15                  Videoconference

16

17

18

19

20

21

22

23

24   Reported By Emily Shuster, Commission No. 2426263

25                  Job No. 97497
```

HEAD KANDY LLC vs KAYLA MCNEILL
Dawn McDowell, FNP-C on 08/22/2024

Page 29

1  McNeill, did you ever make any independent diagnoses of
2  her for anxiety or depression?
3       A.   I -- no.  No.  I did not evaluate her for
4  mental health at that time.  Just --
5       Q.   Did you give --
6       A.   -- hormone replacement.
7       Q.   Okay.
8       A.   Just for hormones.  Right.
9       Q.   And did you give Ms. McNeill any kind of
10  mental health examination?
11      A.   I did not.  Uh-uh.
12      Q.   Anything similar to what you would've done
13  with the veterans in your work at the VA?
14      A.   Right.  No.  Nothing like that.
15      Q.   Okay.  Ms. McDowell, I'm going to show you
16  something else.  I -- I remember you told me back on
17  Tuesday you weren't quite sure why you were here, and I
18  was telling you it's because Ms. McNeill has listed you
19  as an expert.
20           MS. SADRO:  And I'm going to put on screen
21  what will be Exhibit 2.
22           (EXHIBIT 2 MARKED FOR IDENTIFICATION)
23  BY MS. SADRO:
24      Q.   Ms. McDowell, can you see what I put on
25  screen?

```
 1              MR. CONVERSE:  Yes.  Please answer.
 2   BY MS. SADRO:
 3        Q.   You can still answer.
 4        A.   No.  I never provided a statement like that.
 5        Q.   And -- and you told me a moment ago that you
 6   didn't do any mental health examination of Ms. McNeill.
 7   Do you intend to have or offer an opinion that Head
 8   Kandy caused Ms. McNeill's depression or anxiety?
 9              MR. CONVERSE:  Objection.  Form.
10              Go ahead and answer.
11              THE WITNESS:  I don't think I -- do answer?
12   Don't answer?
13              MR. CONVERSE:  Yes.  Go ahead and answer.
14              THE WITNESS:  I don't think that I could have
15   an opinion on that because I don't have enough
16   information.  I wasn't there.  She was already on
17   hormone replacement therapy, so that's where I started
18   my treatment based on.
19   BY MS. SADRO:
20        Q.   Do you have any opinion on whether or not Ms.
21   McNeill suffered severe emotional distress as a result
22   of Head Kandy --
23        A.   Do I have an opinion?
24        Q.   -- and its actions?  Yes, ma'am.
25        A.   Do I have an opinion on that?  Yes.  I could
```

Page 37

1  was very apparent to me that she was in a high-stress
2  environment because she was kind of a little
3  scatterbrained, and she was -- you know, you can tell
4  when someone is kind of high -- high anxiety level, and
5  she was that.
6          So informally, you know, I could say, yeah,
7  she does seem like she's under a lot of stress.
8  Whether -- where that came from, that I don't know.  I
9  can't say that she was that way before the Head Kandy
10 issues or not.  I can't speak to that because I was not
11 her mental health provider, not her counselor.  I
12 assume that she was already in counseling, but I --
13 that's not something I could say as far as like, oh,
14 could it be something else?  I don't know that.  I
15 don't know that.
16     Q.   Okay.  And -- and maybe if I ask in a bit of
17 a clarifying way, this -- this might help you.  Because
18 I'm not asking whether or not you saw Ms. McNeill
19 exhibit symptoms of -- of stress.
20     A.   Uh-huh.
21     Q.   But do you intend to offer an opinion that
22 the -- the stress symptoms that you believe you
23 observed were caused as a result of Head Kandy's
24 actions?
25          MR. CONVERSE:  Objection.  Form.