UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HEAD KANDY, LLC,

    Plaintiff/Counterclaim Defendant,

v.                                                                                          CASE NO. 23-CV-60345-JB/JMS

KAYLA MCNEILL,

    Defendant/Counterclaimant/Third-Party Claimant,

v.

JEROME FALIC,

    Third-Party Defendant.
_____/

**UNOPPOSED MOTION FOR EXTENSIONS OF TIME**

    Defendant/Counterclaimant/Third-Party Claimant Kayla McNeill ("Ms. McNeill"), by and through her undersigned counsel, hereby, without opposition, moves the Court pursuant to Fed. R. Civ. P. 6(b) and S.D. Fla. L. R. 7.1(a)(1)(J) for an extension of time within which to take the following actions: (1) file an opposing memorandum of law in response to Plaintiff/Counterclaim Defendant Head Kandy, LLC ("HK") and Third-Party Defendant Jerome Falic's ("Mr. Falic") Motion to Strike Ms. McNeill's Untimely and Over-the-Page-Limit Filings in Opposition to Motions for Summary Judgment ("Motion to Strike") [ECF No. 507], supplemented on December 23, 2024 ("Supplement") [ECF No. 513], and (2) file pre-trial motions and memoranda of law.  In support therefor, Ms. McNeill states the following:

    1.    On December 19, 2024, HK and Mr. Falic (the "Falic Parties") filed their Motion to Strike.  [ECF No. 507].

    2.    On December 23, 2024, the Falic Parties filed the Supplement to their Motion to

1

Strike.  [ECF No. 513].

3. Pursuant to S.D. Fla. L. R. 7.1(c)(1), the current deadline for Ms. McNeill to file and serve an opposing memorandum of law pertaining to the Motion to Strike is January 2, 2025 (the "Response Deadline").

4. Pursuant to the Court's order setting pretrial procedures, the current deadline for the Falic Parties and Ms. McNeill (the "Parties") to file pre-trial motions and memoranda of law is January 6, 2025[1] (the "Motion Deadline").  [ECF No. 259].

5. Ms. McNeill's lead trial counsel through the entire pendency of this case, Mr. Antonio Converse, has recently been plagued with health issues which prevented him from contributing, almost entirely, to pending matters in this case.

6. In order to obtain counsel and meaningful contribution from her lead counsel, Ms. McNeill seeks an extension of one (1) week for both the Response Deadline and the Motion Deadline.  If granted, Ms. McNeill will have through and including January 9, 2025 to file a memorandum of law opposing the Motion to Strike.  Additionally, the Parties will be required to file their pre-trial motions and memoranda of law on or before January 13, 2025.

7. No party will be prejudiced by the requested extensions, and the Falic Parties do not oppose the proposed relief.

8. This Motion is being filed in good faith and not for any improper purpose, such as delay.

WHEREFORE, Ms. McNeill respectfully requests an order from the honorable Court granting this Motion for Extension of Time and, thereby, (1) extending the deadline for her to oppose the Motion to Strike through and including January 9, 2025, and (2) extending the deadline

---

[1] Advanced forward from the January 4, 2025 date identified in ECF No. 259 pursuant to Fed. R. Civ. P. 6(a), as that date is a Saturday.

for the Parties to file pre-trial motions and memoranda of law through and including January 13, 2025.

Dated this 2nd day of January, 2025.

Respectfully Submitted,

By: /s/ Laura Burgess
Laura E. Burgess, Esq.
Florida Bar No. 0105073
L.E. Burgess P.A.
5966 S Dixie Highway, Suite 300
Miami, FL 33143
Tel.: 305.942.8044
Alt. Tel.: 713.818.5055
laura@leburgesslaw.com

and

By: /s/ Antonio L. Converse
Antonio L. Converse, Esq.
Admitted *Pro Hac Vice*
Converse Law Group, P.C.
600 17th Street, Suite 2800 South
Denver, CO 80202
Tel: 303.228.9471
anthony@converselawgroup.com

and

By: /s/ Jennifer A. Tiedeken
Jennifer A. Tiedeken, Esq.
Admitted *Pro Hac Vice*
125 S. Howes Street, Suite 1100
Fort Collins, CO 80521
Tel: 970.482.5058
jennifer@fortcollinslaw.com

COUNSEL FOR KAYLA MCNEILL

## CERTIFICATE COMPLIANCE WITH LOCAL RULE 7.1(a)(3)

Pursuant to Local Rule 7.1(a)(3), counsel certifies that counsel for Ms. McNeill conferred with counsel for the other parties to this action, Head Kandy, LLC and Jerome Falic. Neither Head Kandy, LLC nor Mr. Falic oppose the requested relief.

*/s/ Laura E. Burgess*

## CERTIFICATE OF SERVICE

I hereby certify that, on January 2, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF; thereby served counsel of record for all other named parties.

*/s/ Laura E. Burgess*