UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HEAD KANDY, LLC,

    Plaintiff/Counterclaim Defendant,

v.                                                                                          CASE NO. 23-CV-60345-JB/JMS

KAYLA MCNEILL,

    Defendant/Counterclaimant/Third-Party Claimant,

v.

JEROME FALIC,

    Third-Party Defendant.
_____/

**OPPOSITION TO MOTION IN LIMINE TO
EXCLUDE EVIDENCE OF ALLEGATIONS BY OTHERS**

    Defendant/Counterclaimant/Third Party Claimant Kayla McNeill ("Ms. McNeill"), by and through her undersigned counsel, hereby submits her opposition memorandum of law (this "Response") in response to Third-Party Defendant Jerome Falic ("Mr. Falic") and Plaintiff/Counterclaim Defendant Head Kandy, LLC's ("HK," with Mr. Falic, the "Falic Parties") Motion in Limine to Exclude Evidence of Allegations by Others (the "MIL") [ECF No. 521], and states as follows:

**ARGUMENT**

    As Ms. McNeill outlined in her briefs seeking to vacate the preliminary injunction, evidence of harassment against other individuals is central to Ms. McNeill's defense of the manager/supervisor exceptions the Falic Parties seek to impose in order to prevent Ms. McNeill from receiving protection under Section 7. ECF 248 , P. 4 ("You have the right to act with coworkers to address work related issues in many ways. Examples include: talking with one or

1

more co-workers about your wages and benefits or other working conditions, circulating a petition asking for better hours, participating in a concerted refusal to work in unsafe conditions, and joining with coworkers to talk directly to your employer, to a government agency, or to the media about problems in your workplace.")

## **CONCLUSION**

For the reasons set forth herein, Ms. McNeill respectfully requests an order from the Court denying the MIL and granting Ms. McNeill such further and/or additional relief which the Court deems just and proper.

DATED this 21st day of January, 2025.

Respectfully Submitted,

By: _/s/ Laura Burgess_
Laura E. Burgess, Esq.
Florida Bar No. 0105073
L.E. Burgess P.A.
5966 S Dixie Highway, Suite 300
Miami, FL 33143
Tel.: 305.942.8044
Alt. Tel.: 713.818.5055
laura@leburgesslaw.com

and

By: _/s/ Antonio L. Converse_
Antonio L. Converse, Esq.
Admitted *Pro Hac Vice*
Converse Law Group, P.C.
600 17th Street, Suite 2800 South
Denver, CO 80202
Tel: 303.228.9471
anthony@converselawgroup.com

and

By: _/s/ Jennifer A. Tiedeken_
Jennifer A. Tiedeken, Esq.

2

3

Admitted *Pro Hac Vice*  
125 S. Howes Street, Suite 1100  
Fort Collins, CO 80521  
Tel: 970.482.5058  
jennifer@fortcollinslaw.com  

*COUNSEL FOR KAYLA MCNEILL*

## CERTIFICATE OF SERVICE

I hereby certify that on January 21, 2025 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and through that filing served all counsel of record.

By: */s/ Laura Burgess*  
Laura Burgess