# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

HEAD KANDY, LLC,

     Plaintiff/Counterclaim Defendant,

v.                            CASE NO. 23-CV-60345-JB/JMS

KAYLA MARIE MCNEILL,

     Defendant/Counterclaimant/Third-Party Claimant,

v.

JEROME FALIC,

     Third-Party Defendant.

_____/

## PLAINTIFF/COUNTERCLAIM DEFENDANT HEAD KANDY, LLC AND THIRD-PARTY DEFENDANT, JEROME FALIC'S TRIAL EXHIBIT LIST

     Plaintiff/Counterclaim Defendant, Head Kandy, LLC ("Head Kandy") and Third-Party

Defendant, Jerome Falic ("Mr. Falic"), by and through their undersigned counsel, and pursuant to

the Order Setting Trial, Calendar Call, Reference to Magistrate Judge, Pretrial Deadlines, and

Pretrial Procedures [DE 259], hereby files HK and Mr. Falic's Trial Exhibit List.

### I.    Exhibits Head Kandy and/or Mr. Falic Expect to Offer

| Exhibit No. | Date Admitted | Description of Exhibit | Objections[1] |
|---|---|---|---|
| 1. | | May 3, 2018 Purchase Agreement | |
| 2. | | May 3, 2018 Executive Employment Agreement between Head Kandy, LLC and Kayla Marie McNeill | |
| 3. | | Composite exhibit of American Express Statements for 2019 through 2022 | |

---

[1] A–Authenticity; I–Contains inadmissible matter; R–Relevancy; H–Hearsay; UP–Unduly prejudicial-probative value outweighed by undue prejudice; P–Privileged; C-Completeness; D-Duplicative

| Exhibit No. | Date Admitted | Description of Exhibit | Objections[1] |
|---|---|---|---|
| 4. | | April 2019 Bank Statement of Kayla McNeill from Pueblo Bank and Trust | |
| 5. | | May 2, 2019 American Express Statement | |
| 6. | | June 10, 2020 Email from Kaylin Culp to Yvelisse Diaz and Kayla McNeill re: Expense Reports | |
| 7. | | October 12, 2020 Email from Kaylin Culp to Yvelisse Diaz, Bryan Feldman and Kayla McNeill re: Sept. Expense Report | |
| 8. | | December 3, 2020 Email from Kaylin Culp to Yvelisse Diaz, Bryan Feldman, Kayla McNeill re: December Expense Report | |
| 9. | | February through December 2021 Calendar of Nicole Cook | |
| 10. | | January through March 2021 Calendar of Nicole Cook | |
| 11. | | January 2021- March 2021 Text Messages between Nicole Cook and Kayla McNeill | |
| 12. | | January 7, 2021 Email from Kaylin Culp to Yvelisse Diaz re: Amex | |
| 13. | | January 12, 2021 Text Messages between Kayla McNeill and Nicole Cook | |
| 14. | | January 24, 2021 Email from Kayla McNeill to Kaylin Culp re: Your receipt from Sephora | |
| 15. | | January 28, 2021 Email from Kaylin Culp to Kayla McNeill re: Paid Leave | |
| 16. | | March 5, 2021 Email from Kaylin Culp to Yvelisse Diaz cc: Bryan Feldman, Kayla McNeill re: Expense Report | |
| 17. | | April 12, 2021 Email from Kaylin Culp to Yvelisse Diaz, Kayla McNeill, Bryan Feldman re: Expense Report | |
| 18. | | May 10, 2021 Email from Kaylin Culp to Yvelisse Diaz, Kayla McNeill, Bryan Feldman re: Expense Report | |
| 19. | | June 24, 2021 Email from Kayla McNeill to Kaylin Culp re: Expense report questions | |
| 20. | | June 24, 2021 Email from Kaylin Culp cc: Yvelisse Diaz, Bryan Feldman, Kayla McNeill re: Expense Report | |
| 21. | | August 25, 2021 Email from Kaylin Culp to Yvelisse Diaz, Bryan Feldman, Kayla McNeill re: June Expense Report | |

| Exhibit No. | Date Admitted | Description of Exhibit | Objections[1] |
|---|---|---|---|
| 22. | | September 7, 2021 Email from Kaylin Culp to Yvelisse Diaz, Kayla McNeill, Bryan Feldman re: July Expense Report | |
| 23. | | September 8, 2021 Email from Kaylin Culp to Yvelisse Diaz, Bryan Feldman, Kayla McNeill re: August Expense Report | |
| 24. | | November 9, 2021 Alibaba Order | |
| 25. | | November 13, 2021 Head Kandy LLC New Hire/Rehire Data Sheet for Nicole Cook | |
| 26. | | January 4, 2022 Email from Kaylin Culp to Yvelisse Diaz, Bryan Feldman, Kayla McNeill re: September Expense Report | |
| 27. | | January 4, 2022 Email from Kaylin Culp to Yvelisse Diaz, Bryan Feldman and Kayla McNeill re: October Expense Report | |
| 28. | | January 5, 2022 Email from Kaylin Culp to Yvelisse Diaz, Bryan Feldman and Kayla McNeill re: November Expense Report | |
| 29. | | February 19, 2022 Email from Kaylin Culp to Kleitias Petri cc: Kayla McNeill re: August 2022 AMEX | |
| 30. | | March 2, 2022 Articles of Incorporation for White Pineapple Corporation | |
| 31. | | July 7, 2022 WhatsApp Messages between Kayla McNeill and Bryan Feldman | |
| 32. | | July 8, 2022 Email from Kaylin Culp to Yvelisse Diaz, Kayla McNeill, Bryan Feldman re: March 2022 Expense Report | |
| 33. | | October 15, 2022 Email from Jerome Falic to Kayla McNeill and Jon Rosenbaum re: Monday Call | |
| 34. | | October 19-20, 2022 Text messages between Kayla McNeill and John Bolling | |
| 35. | | November 18, 2022 Text messages between Kayla McNeill and Ryan Thompson | |
| 36. | | November 23, 2022 Kayla McNeill Facebook Live video | |
| 37. | | November 26, 2022 Kayla McNeill Facebook Live video | |
| 38. | | November 28, 2022 Letter from Jed Ferdinand to Kayla McNeill re: Notice of Material Breach of Executive Employment Agreement and Notice of Breach of Fiduciary Duty of Obligations to Head Kandy, LLC | |

| Exhibit No. | Date Admitted | Description of Exhibit | Objections[1] |
|---|---|---|---|
| 39. | | December 1, 2022 Letter from Jed Ferdinand to Kayla McNeill re: Employment with Head Kandy | |
| 40. | | December 2, 2022 Email from Jed Ferdinand to Kayla McNeill, Jerome Falic and Laura Spanakos re: Head Kandy Employment | |
| 41. | | December 3, 2022 Email from Klei Petri to Kayla McNeill re: Peoples Roles | |
| 42. | | December 8, 2022 Text messages between Kayla McNeill and Ryan Thompson | |
| 43. | | December 16, 2022 Picture of Letter from Jed Ferdinand to Kayla McNeill re: Notice of Suspension of Employment due to Apparent Fraud and Dishonesty | |
| 44. | | December 27, 2022 Email from Kaylin Culp to Kleitias Petri cc: Kayla McNeill re: April 2022 Amex | |
| 45. | | December 29, 2022 Email from Kaylin Culp to Kayla McNeill re: Fwd: Head Kandy | |
| 46. | | January 10, 2023 Letter from Jed Ferdinand to Kayla McNeill re: Notice of Material Breach of Executive Employment Agreement and Notice of Breach of Fiduciary Duty of Obligations to Head Kandy | |
| 47. | | January 27, 2023 paystub for Kayla McNeill | |
| 48. | | January 30, 2023 Letter from Jed Ferdinand to Anthony Converse re: Termination of Employment of Kayla Marie McNeill for Cause | |
| 49. | | Screenshot of headcandypro.com "Stay Salty Duo" https://www.headkandypro.com/products/stay-salty-duo?variant=32079018197062 | |
| 50. | | February 1, 2023 final paystub for Kayla McNeill | |
| 51. | | February 8, 2023 Screenshot of "Kayla McNeil" post responding to "Brit Ward" regarding "identical product" | |
| 52. | | February 9, 2023 Screenshot of Full Circle With Kayla post re: Smart Keratin Leave in Conditioner | |
| 53. | | Screenshot of headcandypro.com "Squad Goals Third Wheel Spray" https://www.headkandypro.com/collections/treat/products/third-wheel?variant=12144109715526 | |

| Exhibit No. | Date Admitted | Description of Exhibit | Objections[1] |
|---|---|---|---|
| 54. | | February 13, 2023 Screenshot of Full Circle With Kayla post reply to Amber Bartley re Reconstructive Leave In Conditioner | |
| 55. | | Clip of February 16, 2023 Facebook live | |
| 56. | | February 17, 2023 Email from Jed Ferdinand to Antonio Converse, et al re: Status of Head Kandy, LLC's Claims Against Kayla McNeill | |
| 57. | | February 17, 2023 ExportComments.com Facebook Post Outline | |
| 58. | | February 17, 2023 Head Kandy Resolution | |
| 59. | | March 3, 2023 Venmo payment from Bo Stegall to Kayla McNeill | |
| 60. | | March 13, 2023 Excerpt of Facebook Live | |
| 61. | | Demonstrative- Clips from March 14, 2023 Facebook Video Post (7-37_8-02) | |
| 62. | | Demonstrative- Clips from March 14, 2023 Facebook Video Post (8-36_9-00) | |
| 63. | | Demonstrative- Clips from March 14, 2023 Facebook Video Post (15-30_16-23) | |
| 64. | | Demonstrative- Clips from March 14, 2023 Facebook Video Post (17-32_17-54) | |
| 65. | | Demonstrative- Clips from March 14, 2023 Facebook Video Post (22-40_23-50) | |
| 66. | | Demonstrative- Clips from March 14, 2023 Facebook Video Post (25-09_25-15) | |
| 67. | | Screenshot from March 14, 2023 Facebook Video Post Kayla McNeill holding Amika undone Volume and Matte Texture Spray | |
| 68. | | Screenshot from March 14, 2023 Facebook Video Post Kayla McNeill holding Revlon 3 Barrell Jumbo Hair Waiver | |
| 69. | | Screenshot from March 14, 2023 Facebook Video Post Kayla McNeill holding Big Sexy Hair Spray | |
| 70. | | Screenshot of headcandypro.com "Style Me Texture Spray" https://www.headkandypro.com/products/style-me-air-head-shake-texture-spray?_pos=1&_sid=56d85bd6c&_ss=r&variant=12282408042566 | |
| 71. | | Screenshot from March 14, 2023 Facebook Video of comment by Courtney Neverline | |

| Exhibit No. | Date Admitted | Description of Exhibit | Objections[1] |
|---|---|---|---|
| 72. | | Screenshot of headcandypro.com "The Troublemaker" https://www.headkandypro.com/collections/styling-tools/products/the-troublemaker?variant=40231779139654 | |
| 73. | | Screenshot of headcandypro.com "Style Me Hair Spray" https://www.headkandypro.com/products/the-passive-aggressive?variant=40204481953862 | |
| 74. | | March 18, 2023 Excerpt of Facebook Live Video | |
| 75. | | March 23, 2023 Excerpt of Facebook Live Video | |
| 76. | | March 23, 2023 Excerpt of Facebook Live Video | |
| 77. | | Summary of comments to March 23, 2023 Facebook Video post | |
| 78. | | March 20, 2023 Direct Message between Bo Stegall and Kayla McNeill | |
| 79. | | Summary of comments to March 31, 2023 Facebook Video post | |
| 80. | | March 31, 2023 Excerpt of Facebook Live | |
| 81. | | April 3, 2023 Screenshot of Full Circle With Kayla My Story post re: Bo Stegall annual sale | |
| 82. | | April 4, 2023 Excerpt of Facebook Live | |
| 83. | | April 4, 2023 Excerpt of Facebook Live | |
| 84. | | Screenshot of April 5, 2023 Facebook live regarding travel blow dryer available on Amazon | |
| 85. | | April 5, 2023 Screenshot of Full Circle With Kayla My Story post: Amazon listing for "the iron I have been using!  No link because of my 'no compete'" | |
| 86. | | Screenshot of headcandypro.com "Travelista Hair Dryer" https://www.headkandypro.com/collections/styling-tools/products/travelista-hair-dryer?variant=39810665185350 | |
| 87. | | Screenshot from April 5, 2023 Facebook Live Post of comment by June Kelz | |
| 88. | | April 5, 2023 Excerpt of Facebook Live | |
| 89. | | April 5, 2023 Excerpt of Facebook Live | |

| Exhibit No. | Date Admitted | Description of Exhibit | Objections[1] |
|---|---|---|---|
| 90. | | April 6, 2023 TikTok Video Post https://www.tiktok.com/@kaylasmusthaves/video/7218960626155064622?lang=en  https://www.tiktok.com/@kaylasmusthaves/video/7218962581376044330?lang=en | |
| 91. | | Summary of comments to April 6, 2023 TikTok Video post | |
| 92. | | Summary of comments to April 7, 2023 Facebook Video post | |
| 93. | | Demonstrative- Clips from April 7, 2023 Facebook Video Post (14-00_14_09) | |
| 94. | | Demonstrative- Clips from April 7, 2023 Facebook Video Post (30-15_30-50) | |
| 95. | | Demonstrative- Clips from April 7, 2023 Facebook Video Post (45-24_46-25) | |
| 96. | | Demonstrative- Clips from April 7, 2023 Facebook Video Post (47-42_47-55) | |
| 97. | | April 7, 2023 clip of Facebook Live | |
| 98. | | April 7, 2023 clip of Facebook Live | |
| 99. | | April 7, 2023 clip of Facebook Live | |
| 100. | | April 7, 2023 clip of Facebook Live | |
| 101. | | Screenshot from April 7, 2023 Facebook Live post by Kayla McNeill holding Contex Keratin treatment | |
| 102. | | Screenshot from April 7, 2023 Facebook Live post by Kayla McNeill holding Stegall Super Red 5 in 1 Curl | |
| 103. | | Screenshot from April 7, 2023 Facebook Live post by Kayla McNeill holding Bo Stegall Texture Spray | |
| 104. | | Screenshot from April 7, 2023 Facebook Live post by Kayla McNeill holding Bo Stegall Lift Root | |
| 105. | | Screenshot from April 7, 2023 Facebook Live post by Kayla McNeill holding Bo Stegall Healing Clay | |
| 106. | | Screenshot from April 7, 2023 Facebook Live post by Kayla McNeill holding Wet Brush | |
| 107. | | April 8, 2023 Kayla McNeill Post on Bo Stegall-The Collection (VIP) Page | |

| Exhibit No. | Date Admitted | Description of Exhibit | Objections[1] |
|---|---|---|---|
| 108. | | Screenshot of headcandypro.com "The Interchangeable Head Turner Full Bundle" https://www.headkandypro.com/collections/styling-tools/products/interchangeable-head-turner-full-bundle?variant=40512604930118 | |
| 109. | | Screenshot of headcandypro.com "Style Me Hair Shadow" https://www.headkandypro.com/products/the-trickster?_pos=7&_sid=cd4d6220b&_ss=r&variant=32011928207430 | |
| 110. | | Screenshot of headcandypro.com "Style Me Pomade" https://www.headkandypro.com/collections/style/products/the-underdog?variant=40204457607238 | |
| 111. | | Screenshot of headcandypro.com "Knotty Girl Detangle Brush" https://www.headkandypro.com/collections/accessories/products/knotty-girl-detangle-brush?variant=19114539778118 | |
| 112. | | April 7, 2023 TikTok Video Post https://www.tiktok.com/@kaylasmusthaves/video/7219256238054411566?lang=en | |
| 113. | | Summary of comments to April 7, 2023 TikTok Video post | |
| 114. | | April 8, 2023 Facebook Post on Bo Stegall-The Collection (VIP) by Kayla McNeill | |
| 115. | | Summary of comments to April 11, 2023 TikTok Video post | |
| 116. | | April 14, 2023 Facebook Video Post https://www.facebook.com/fullcirclewithkayla/videos/1208676506441915 | |
| 117. | | Summary of comments to April 14, 2023 Facebook Video post | |
| 118. | | April 21, 2023 Personnel Action Form for Shawna Webb | |

| Exhibit No. | Date Admitted | Description of Exhibit | Objections[1] |
|---|---|---|---|
| 119. | | Screenshot of headcandypro.com "Style Me Dry Shampoo" https://www.headkandypro.com/products/style-me-wannabe-dry-shampoo?_pos=1&_sid=8697129f5&_ss=r&variant=12282355187782 | |
| 120. | | Screenshot of headcandypro.com "Loud Mouth Curling Iron (32mm)" https://www.headkandypro.com/collections/styling-tools/products/the-loud-mouth-curling-iron-32mm?variant=29612785958982 | |
| 121. | | Screenshot of headcandypro.com "Squad Goals Shampoo" https://www.headkandypro.com/collections/wash-condition/products/the-main-squeeze?variant=2946699919384 | |
| 122. | | Screenshot of headcandypro.com "Miss Priss 1" Flat Iron" https://www.headkandypro.com/collections/styling-tools/products/the-miss-priss-flat-iron?variant=20604138782790 | |
| 123. | | Screenshot of headcandypro.com "The Besties" https://www.headkandypro.com/products/the-besties?_pos=10&_sid=3d2453b39&_ss=r&variant=3314655002648 | |
| 124. | | Screenshot of headcandypro.com "Squad Goals In-Shower Hair Serum" https://www.headkandypro.com/collections/treat/products/squad-goals-in-shower-hair-serum?variant=39542342320198 | |
| 125. | | E.A. Head Kandy Transaction History (filed under seal) | |
| 126. | | C.B. Head Kandy Transaction History (filed under seal) | |
| 127. | | G.G. Head Kandy Transaction History (filed under seal) | |

| Exhibit No. | Date Admitted | Description of Exhibit | Objections[1] |
|---|---|---|---|
| 128. | | A.H. Head Kandy Transaction History (filed under seal) | |
| 129. | | K.M Head Kandy Transaction History (filed under seal) | |
| 130. | | L.P. Head Kandy Transaction History (filed under seal) | |
| 131. | | S.R. Head Kandy Transaction History (filed under seal) | |
| 132. | | S.S. Head Kandy Transaction History (filed under seal) | |
| 133. | | April 7, 2023 Screenshots of Comments to TikTok Post | |
| 134. | | April 11, 2023 Screenshots of Comments to TikTok Post | |
| 135. | | April 11, 2023 Screenshots of Comments to Facebook Post | |
| 136. | | May 30, 2023 Screenshots of Comments to Facebook Post | |
| 137. | | Screenshot from May 30, 2023 Facebook Video Post Kayla McNeill holding Hair Dance Volumizing Dry Shampoo | |
| 138. | | Demonstrative- Clips from May 30, 2023 Facebook Video Post (18-24_19-26) | |
| 139. | | Demonstrative- Clips from May 30, 2023 Facebook Video Post (46-57_47-19) | |
| 140. | | Demonstrative- Clips from June 1, 2023 Facebook Video Post (05-08_05-53) | |
| 141. | | Demonstrative- Clips from June 1, 2023 Facebook Video Post (07-28_08-05) | |
| 142. | | Demonstrative- Clips from June 1, 2023 Facebook Video Post (14-50_16-11) | |
| 143. | | Demonstrative- Clips from June 1, 2023 Facebook Video Post (44-12_44-43) | |
| 144. | | Screenshot from June 1, 2023 Facebook Video Post by Kayla McNeill holding Hot Tools Curling Iron | |
| 145. | | Screenshot from June 1, 2023 Facebook Video Post by Kayla McNeill holding Cake The Hold Out Hairspray | |
| 146. | | Screenshot from June 1, 2023 Facebook Video Post by Kayla McNeill holding Style Me Texture Spray | |

| Exhibit No. | Date Admitted | Description of Exhibit | Objections[1] |
|---|---|---|---|
| 147. | | Screenshot from June 1, 2023 Facebook Video Post by Kayla McNeill holding OGX Shampoo | |
| 148. | | Screenshot of headcandypro.com "Squad Goals Shampoo" https://www.headkandypro.com/collections/wash-condition/products/the-main-squeeze?variant=2946699919384 | |
| 149. | | Screenshot from June 1, 2023 Facebook Video Post by Kayla McNeill holding Loreal Blow Dry Primer | |
| 150. | | Demonstrative- Clips from June 6, 2023 Facebook Video Post (4-16  4-31) | |
| 151. | | Demonstrative- Clips from June 6, 2023 Facebook Video Post (5-20  5-34) | |
| 152. | | Screenshot from June 6, 2023 Facebook Video Post by Kayla McNeill holding SGX The Bodyguard Protective Texture Spray | |
| 153. | | Screenshot from June 6, 2023 Facebook Video Post by Kayla McNeill holding Dorisilk Hair Flat Iron | |
| 154. | | Screenshot from June 7, 2023 Facebook Video Post by Kayla McNeill holding Loreal Paris 8 Second Wonder Water | |
| 155. | | July 4, 2023 ExportComments.com Facebook Post Outline | |
| 156. | | November 1, 2023 Alpha OES, LLC Ecommerce Master Services Agreement | |
| 157. | | March 13, 2024 Text messages between Kayla McNeill and alexischristine_xo | |
| 158. | | March 15-20, 2024, Text messages between Kayla McNeill and Shawna Webb | |
| 159. | | March 25-26, 2024 Text messages between Kayla McNeill and Shawna Webb | |
| 160. | | March 27, 2024 Text messages between Kayla McNeill and Shawna Webb | |
| 161. | | March 28, 2024 Text messages between Kayla McNeill and Shawna Webb | |
| 162. | | March 29, 2024 Text messages between Kayla McNeill and Shawna Webb | |
| 163. | | March 29, 2024 Personnel Action Form for Amber Teaster | |
| 164. | | April 1, 2024 Text messages between Kayla McNeill and Shawna Webb | |

| Exhibit No. | Date Admitted | Description of Exhibit | Objections[1] |
|---|---|---|---|
| 165. | | April 13, 2024 Text messages between Kayla McNeill and Amber Teaster | |
| 166. | | April 15, 2024 Text messages between Kayla McNeill and Amber Teaster | |
| 167. | | April 16, 2024 Text messages between Kayla McNeill and Amber Teaster | |
| 168. | | April 19, 2024 Text messages between Kayla McNeill and Amber Teaster | |
| 169. | | April 26, 2024 Text messages between Kayla McNeill and Amber Teaster | |
| 170. | | June 4, 2024 Facebook Post | |
| 171. | | October 15, 2024 TikTok post | |
| 172. | | November 14, 2024 Facebook Post by Kayla McNeill | |
| 173. | | Head Kandy, LLC New Hire/Rehire Data Sheet of Damian Woodruff | |
| 174. | | Head Kandy, LLC New Hire/Rehire Data Sheet of Rhonda Batchelor | |
| 175. | | Head Kandy, LLC New Hire/Rehire Data Sheet of Alyssa Lynchard | |
| 176. | | Screenshot of Full Circle With Kayla My Story post re: Amazon listing for "Great Scalp Scrub" | |
| 177. | | Facebook Kandy Life with Kayla information | |
| 178. | | Summary of Barn Rental Payments | |
| 179. | | Head Kandy Ledger of Rental Payments to Kayla McNeill | |
| 180. | | Dustin and Kayla McNeill Invoices for Equipment Rental | |
| 181. | | Head Kandy Monthly Sales Comparison 2002 vs. 2021 | |
| 182. | | Head Kandy Income Statement January 2021 to February 2024 (CONFIDENTIAL) | |
| 183. | | Head Kandy Balance Sheet January 2021 to February 2024 | |
| 184. | | Head Kandy Sales Comparison 2023 to 2022, including 2021 (CONFIDENTIAL) | |
| 185. | | Payroll Records of Elise Hopkins (Composite) | |
| 186. | | December 2, 2024 Affidavit of Ethan J. Loeb including exhibit (A) Billing Records (Composite) | |
| 187. | | Intentionally Left Blank | |
| 188. | | Intentionally Left Blank | |

## II.    Exhibits Head Kandy and/or Mr. Falic May Offer

| | | | |
|---|---|---|---|
| 189. | | Transaction Detail Spreadsheet for October through December 2020 of American Express Card ending in 440066 | |
| 190. | | 2019-2021 Summary of Payments Made by Kayla from her Bank Account (Confidential_067695) | |
| 191. | | July 19, 2021 Email from Kaylin Culp to Kayla McNeill, Raissa Tejada and Bryan Feldman re: Pay raise | |
| 192. | | July 26, 2021 Email from Jerome Falic to Kayla McNeill re: schedule a call/follow up | |
| 193. | | June 27, 2022 Email from Jerome Falic to Kayla McNeill, Bryan Feldman and Jon Rosenbaum re: Head Kandy Content Strategy & Execution | |
| 194. | | June 28, 2022 Text Messages between Kayla McNeill and Bryan Feldman | |
| 195. | | July 22, 2022 Email from Bryan Feldman to Kayla McNeill FW: Head Kandy | |
| 196. | | July 23, 2022 WhatsApp Messages between Kayla McNeill and Bryan Feldman | |
| 197. | | August 1, 2022 WhatsApp Messages between Kayla McNeill and Bryan Feldman | |
| 198. | | August 8, 2022 Text messages between Kayla McNeill and Jon Rosenbaum | |
| 199. | | August 30, 2022 WhatsApp messages between Kayla McNeill and Bryan Feldman | |
| 200. | | September 14-15, 2022 Text messages between Kayla McNeill and Jon Rosenbaum | |
| 201. | | September 15, 2022 Text messages between Kayla McNeill and Jon Rosenbaum | |
| 202. | | September 20, 2022 Email from Jon Rosenbaum to Jerome Falic re: FW: Sharesales Transaction Level Data | |
| 203. | | September 22, 2022 WhatsApp messages between Kayla McNeill and Bryan Feldman | |
| 204. | | September 22, 2022 Email from Jon Rosenbaum to Kayla McNeill, Bryan Feldman et al re: Audit/Forensic Accounting | |
| 205. | | September 22, 2022 Email from Jerome Falic to Kayla McNeill, Jon Rosenbaum, et al re: Audit/Forensic Accounting | |
| 206. | | October 3, 2022 Text messages between Kayla McNeill and Ryan Thompson | |

| 207. | | October 3, 2022 Text messages between Kayla McNeill and Ryan Thompson | |
| 208. | | October 4, 2022 WhatsApp messages between Kayla McNeill and Bryan Feldman | |
| 209. | | October 4, 2022 Text messages between Kayla McNeill, Kaylin Culp and Jon Rosenbaum | |
| 210. | | October 4, 2022 Text messages between Kayla McNeill and Ryan Thompson | |
| 211. | | October 5, 2022 Email from Jerome Falic to Kayla McNeill, Jon Rosenbaum and Bryan Feldman re: Audit Forensic Accounting | |
| 212. | | October 19, 2022 WhatsApp messages between Kayla McNeill and Bryan Feldman | |
| 213. | | October 24, 2022 Email from Kleitias Petri to Kayla McNeill, Brandi Webb, Mindy McDermaid, Kaylin Culp, Ryan Thompson, Dusty McNeill cc: Jerome Falic, Bryan Feldman, JR, Hernan Heiber, Yvelisse Diaz re: Company Credit Card Policy | |
| 214. | | October 24, 2022 WhatsApp messages between Kayla McNeill and Bryan Feldman | |
| 215. | | October 24. 2022 Text messages between Kayla McNeill and Ryan Thompson | |
| 216. | | October 27, 2022 through December 8, 2022 Text Messages between Dustin McNeill and Jon Rosenbaum DM0019-DM0021 | |
| 217. | | November 7, 2022 through December 20, 2022 Text Messages between Dustin McNeill and Jon Rosenbaum DM0020-0022 | |
| 218. | | November 7, 2022 Text messages between Kayla McNeill and Ryan Thompson | |
| 219. | | November 14, 2022 Text Messages between Kayla McNeill and Ryan Thompson | |
| 220. | | November 18, 2022 Text messages between Kayla McNeill and Ryan Thompson | |
| 221. | | August 8, 2022 to November 20, 2022 WhatsApp messages between Kayla McNeill and Jerome Falic | |
| 222. | | November 19, 2022 Text messages between Kayla McNeill and Ryan Thompson | |
| 223. | | November 20, 2022 Text messages between Kayla McNeill and Ryan Thompson | |
| 224. | | November 20, 2022 WhatsApp messages between Kayla McNeill and Bryan Feldman | |

| | | | |
|---|---|---|---|
| 225. | | November 20, 2022 to December 1, 2022 WhatsApp messages between Kayla McNeill and Jerome Falic | |
| 226. | | November 21, 2022 Text messages between Kayla McNeill and Jon Rosenbaum | |
| 227. | | November 20, 2022, to December 27, 2022 WhatsApp messages between Kayla McNeill and Bryan Feldman | |
| 228. | | November 26, 2022, Text messages between Kayla McNeill and Shawna Webb | |
| 229. | | December 2, 2022 Text Messages between Kayla McNeill and Ryan Thompson starting January 1, 2022 through January 2, 2023(excerpt of deposition Exhibit 1 to July 12, 2024 deposition of Kayla McNeill) | |
| 230. | | December 2, 2022 Email from Kaylin Culp to Kleitias Petri re: Employee Handbook | |
| 231. | | December 21, 2022 Draft memorandum from K2 Integrity to Jonathan Rosenbaum re: Head Kandy American Express Expenditures | |
| 232. | | December 23, 2022 Text messages between Kayla McNeill and Ryan Thompson | |
| 233. | | December 27, 2022 Email from Kaylin Culp to Kayla McNeil cc: Kleitias Petri re: May 2022 Amex | |
| 234. | | Head Kandy Balance Sheet January 2021 to December 2022 (Confidential – HK_067146) | |
| 235. | | February 16, 2023 Facebook Video Post https://www.facebook.com/fullcirclewithkayla/videos/1698849380532171 | |
| 236. | | Summary of comments to February 16, 2023 Facebook Video post | |
| 237. | | February 24, 2023 Facebook Video Post https://www.facebook.com/fullcirclewithkayla/videos/537374021795383 | |
| 238. | | Summary of comments to February 24, 2023 Facebook Video post | |
| 239. | | March 13, 2023 Facebook Video Post https://www.facebook.com/fullcirclewithkayla/videos/1327492714492426 | |
| 240. | | Summary of comments to March 13, 2023 Facebook Video post | |

| 241. | | March 14, 2023 Facebook Video Post https://www.facebook.com/watch/live/?ref=watch_permalink&v=886610359298178 | |
|------|--|--|--|
| 242. | | Summary of comments to March 14, 2023 Facebook Video post | |
| 243. | | March 17, 2023 Facebook Video Post https://www.facebook.com/watch/?v=1410577376365300 | |
| 244. | | Summary of comments to March 17, 2023 Facebook Video post | |
| 245. | | March 18, 2023 Facebook Video Post https://www.facebook.com/fullcirclewithkayla/videos/1172746026732615 | |
| 246. | | Summary of comments to March 18, 2023 Facebook Video post | |
| 247. | | March 23, 2023 Facebook Video Post https://www.facebook.com/fullcirclewithkayla/videos/2377299179087741 | |
| 248. | | March 30, 2023 Facebook Video Post https://www.facebook.com/fullcirclewithkayla/videos/950890086089737 | |
| 249. | | Summary of comments to March 30, 2023 Facebook Video post | |
| 250. | | March 31, 2023 Facebook Video Post https://www.facebook.com/fullcirclewithkayla/videos/1228556357777607 | |
| 251. | | April 3, 2023 Facebook Video Post https://www.facebook.com/fullcirclewithkayla/videos/166015646356871 | |
| 252. | | Summary of comments to April 3, 2023 Facebook Video post | |
| 253. | | April 4, 2023 Facebook Video Post https://www.facebook.com/fullcirclewithkayla/videos/578189194280455 | |
| 254. | | Summary of comments to April 4, 2023 Facebook Video post | |

| | | | |
|---|---|---|---|
| 255. | | April 5, 2023 Facebook Video Post<br>https://www.facebook.com/fullcirclewithkayla/videos/199184339512732<br><br>https://www.facebook.com/fullcirclewithkayla/videos/1998892807108566 | |
| 256. | | Summary of comments to April 5, 2023 Facebook Video post | |
| 257. | | April 7, 2023 Facebook Video Post<br>https://www.facebook.com/fullcirclewithkayla/videos/160426409948130 | |
| 258. | | Demonstrative- Clips from April 7, 2023 Facebook Video Post (0-10_0-25) | |
| 259. | | April 8, 2023 TikTok Video Post<br>https://www.tiktok.com/@kaylasmusthaves/video/7219685047362702634?lang=en | |
| 260. | | Summary of comments to April 8, 2023 TikTok Video post | |
| 261. | | April 11, 2023 Facebook Video Post<br>https://www.facebook.com/fullcirclewithkayla/videos/739841494289101 | |
| 262. | | April 11, 2023 Facebook Video Post<br>https://www.facebook.com/fullcirclewithkayla/videos/3599064880382388/ | |
| 263. | | Summary of comments to April 11, 2023 Facebook Video post | |
| 264. | | Summary of comments to April 11, 2023 Facebook Video post | |
| 265. | | April 11, 2023 TikTok Video Post<br>https://www.tiktok.com/@kaylasmusthaves/video/7220871415103229226 | |
| 266. | | Demonstrative- Clips from April 11, 2023 Facebook Video Post (16-24_17-24) | |
| 267. | | Demonstrative- Clips from April 11, 2023 Facebook Video Post (18-26_19_00) | |
| 268. | | April 14, 2023 TikTok Video Post<br>https://www.tiktok.com/@kaylasmusthaves/video/7221948172141120810?lang=en | |

| | | | |
|---|---|---|---|
| 269. | | Summary of comments to April 14, 2023 TikTok Video post | |
| 270. | | April 17, 2023 TikTok Video Post https://www.tiktok.com/@kaylasmusthaves/video/7223005166579010858?lang=en | |
| 271. | | Summary of comments to April 17, 2023 TikTok Video post | |
| 272. | | April 18, 2023 Facebook Video Post https://www.facebook.com/fullcirclewithkayla/videos/929239255167136 | |
| 273. | | Summary of comments to April 18, 2023 Facebook Video post | |
| 274. | | April 25, 2023 Facebook Video Post https://www.facebook.com/fullcirclewithkayla/videos/775587453856820 | |
| 275. | | Summary of comments to April 25, 2023 Facebook Video post | |
| 276. | | May 15, 2023 TikTok Video Post https://www.tiktok.com/@kaylasmusthaves/video/7233505796129131822?lang=en | |
| 277. | | Summary of comments to May 15, 2023 TikTok Video post | |
| 278. | | May 24, 2023 Facebook Video Post https://www.facebook.com/fullcirclewithkayla/videos/6289776957783777 | |
| 279. | | Summary of comments to May 24, 2023 Facebook Video post | |
| 280. | | May 30, 2023 Facebook Video Post https://www.facebook.com/fullcirclewithkayla/videos/1240160513277961/ | |
| 281. | | Summary of comments to May 30, 2023 Facebook Video post | |
| 282. | | Summary of comments to June 1, 2023 Facebook Video post | |
| 283. | | Summary of comments to June 6, 2023 Facebook Video post | |
| 284. | | Summary of comments to June 7, 2023 Facebook Video post | |
| 285. | | Summary of comments to June 9, 2023 Facebook Video post | |

| 286. | | Summary of comments to June 14, 2023 Facebook Video post | |
| 287. | | Summary of comments to June 14, 2023 Facebook Video post | |
| 288. | | Summary of comments to June 16, 2023 Facebook Video post | |
| 289. | | Summary of comments to June 20, 2023 Facebook Video post | |
| 290. | | Summary of comments to June 20, 2023 Facebook Video post | |
| 291. | | 2023 Head Kandy, LLC Revenue daily (filed under seal) | |
| 292. | | 2023 Head Kandy, LLC Revenue by Month (filed under seal) | |
| 293. | | Head Kandy, LLC Daily Sales Report, 2021 to June 25, 2023 | |
| 294. | | Head Kandy, LLC 2021 Monthly Sales | |
| 295. | | Head Kandy, LLC 2022 Monthly Sales | |
| 296. | | May 30, 2023 Facebook Video Post https://www.facebook.com/fullcirclewithkayla/videos/1240160513277961/ | |
| 297. | | Demonstrative- Clips from May 30, 2023 Facebook Video Post (10-42_10-48) | |
| 298. | | Demonstrative- Clips from May 30, 2023 Facebook Video Post (15-28_17_08) | |
| 299. | | Demonstrative- Clips from May 30, 2023 Facebook Video Post (43-56_45_22) | |
| 300. | | Demonstrative- Clips from June 1, 2023 Facebook Video Post (31-50_32-40) | |
| 301. | | Demonstrative- Clips from June 1, 2023 Facebook Video Post (41-18_42-33) | |
| 302. | | June 6, 2023 Facebook Video Post https://www.facebook.com/fullcirclewithkayla/videos/101652289629789 | |
| 303. | | June 6, 2023 Screenshots of Comments to Facebook Post | |
| 304. | | June 7, 2023 Facebook Video Post https://www.facebook.com/fullcirclewithkayla/videos/111075338661269 | |
| 305. | | Screenshot from June 7, 2023 Facebook Video Post by Kayla McNeill holding Loreal Paris 8 Second Wonder Water | |

| 306. | | June 9, 2023 Facebook Video Post https://www.facebook.com/fullcirclewithkayla/videos/6222803901129358 | |
| 307. | | Demonstrative- Clips from June 9, 2023 Facebook Video Post (16-37_16-51) | |
| 308. | | Demonstrative- Clips from June 9, 2023 Facebook Video Post (23-38_23-46) | |
| 309. | | June 14, 2023 Facebook Video Post (1 of 2) https://www.facebook.com/watch/live/?ref=watch_permalink&v=972434680686907 | |
| 310. | | June 14, 2023 Facebook Video Post (2 of 2) https://www.facebook.com/watch/live/?ref=watch_permalink&v=216098544596406 | |
| 311. | | June 16, 2023 Facebook Video Post https://www.facebook.com/fullcirclewithkayla/videos/2437691396404870 | |
| 312. | | June 20, 2023 Facebook Video Post https://www.facebook.com/watch/live/?ref=watch_permalink&v=946078486684326 | |
| 313. | | June 20, 2023 Facebook Video Post https://www.facebook.com/watch/live/?ref=watch_permalink&v=770163018124128 | |
| 314. | | Whipi Warriors Facebook Group post and comments regarding Seas the Day body product | |
| 315. | | Nude photographs of Kayla McNeill distributed by Kayla McNeill though text messages to Head Kandy Employees | |
| 316. | | Head Kandy Ledger of Barn Rental Payments | |
| 317. | | Dustin and Kayla McNeill Invoices for "Barn" and "Office" Rental | |
| 318. | | Head Kandy December 31, 2020 Balance Sheet (CONFIDENTIAL) | |
| 319. | | Head Kandy December 31, 2020 Income Statement (CONFIDENTIAL) | |
| 320. | | Head Kandy December 31, 2019 Balance Sheet (CONFIDENTIAL) | |
| 321. | | Head Kandy December 31, 2019 Income Statement (CONFIDENTIAL) | |

| 322. |  | Head Kandy December 30, 2018 Balance Sheet |  |
| 323. |  | Head Kandy December 30, 2018 Income Statement |  |
| 324. |  | Exhibits necessary for rebuttal |  |
| 325. |  | Exhibits necessary for impeachment |  |
| 326. |  | Exhibits identified by Defendant to which neither Head Kandy nor Mr. Falic object |  |
| 327. |  | Demonstrative Exhibits |  |

*/s/ Edward Colin Thompson*

**ETHAN J. LOEB**
FL Bar No. 668338
ethanl@blhtlaw.com
KerriR@blhtlaw.com
eservice@blhtlaw.com
**EDWARD C. THOMPSON**
FL Bar No. 684929
colint@blhtlaw.com
heatherw@blhtlaw.com
**JALEN A. LARUBBIO**
FL Bar No. 1039258
JalenL@blhtlaw.com
**CARSON A. SADRO**
FL Bar No. 1026159
CarsonS@blhtlaw.com
**BARTLETT LOEB HINDS**
**THOMPSON & ANGELOS**
1001 Water Street, Suite 475
Tampa, FL 33602
Telephone: 813-223-3888
Facsimile: 813-228-6422

***Counsel for Plaintiff/Counter-Claim Defendant
Head Kandy, LLC and Third-Party Defendant,
Jerome Falic***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 24, 2025 I filed the foregoing with the Clerk of the

Court by using the CM/ECF system, which will send notice of this filing to: Laura E. Burgess,

Esquire, laura@leburgesslaw.com, L.E. Burgess, P.A., 5966 S. Dixie Highway, Suite 300, Miami,

Florida 33143, *Counsel for Defendant*; Antonio L. Converse, Esquire, anthony@converselawgroup.com, Converse Law Group, P.C., 600 17th Street, Denver, Colorado 80202, *Counsel for Defendant;* Jennifer Tiedeken, Esquire, jennifer@lawfortcollins.com, jamie@lawfortcollins.com, Massey, Kelly & Priebe, PLLC, 125 S. Howes Street, Suite 1100, Fort Collins, CO 80521*, co-counsel for Defendant;.* and Jed Ferdinand, Esquire, jferdinand@fiplawgroup.com, Kathleen B. Moore, Esquire, kmoore@fiplawgroup.com, Ferdinand IP Law Group, 450 Seventh Avenue, Suite 2300, New York, New York 10123, *Counsel for Plaintiff*.

*/s/ Edward C. Thompson*
**EDWARD C. THOMPSON**
FL Bar No. 684929