UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HEAD KANDY, LLC,

    Plaintiff/Counterclaim Defendant,

v.                                                                  CASE NO. 23-CV-60345-JB/JMS

KAYLA MARIE MCNEILL,

    Defendant/Counterclaimant/Third-Party Claimant,

v.

JEROME FALIC,

    Third-Party Defendant.
_____/

**PLAINTIFF/COUNTERCLAIM DEFENDANT, HEAD KANDY, LLC
AND THIRD-PARTY DEFENDANT JEROME FALIC'S TRIAL WITNESS LIST**

    Plaintiff/Counterclaim Defendant, Head Kandy, LLC ("Head Kandy") and Third-Party Defendant, Jerome Falic ("Mr. Falic"), through its undersigned counsel and pursuant to the May 8, 2024 Order Setting Trial, Calendar Call, References to Magistrate Judge, Pretrial Deadlines, and Pretrial Procedures [DE 259], Local Rule 16.1 and Federal Rule of Civil Procedure 26(a)(3) hereby identify the following trial witness:

    I.    **Witnesses Head Kandy and Mr. Falic expect to call**

1. Nicole Cook (by deposition)
   765 Leprechaun Lane
   Howard, Colorado 81233

2. Kaylin Culp (by deposition)
   178 HD Meadows Lane
   Lexington, North Carolina 27292

3. David DeRamus (Expert)
   Bates White Economic Consulting

{00089653:3}

      c/o Ethan J. Loeb, Esquire
      1001 Water Street, Suite 475
      Tampa, Florida 33602

4. Jerome Falic
    c/o Ethan J. Loeb, Esquire
    Bartlett Loeb Hinds Thompson & Angelos
    1001 Water Street, Suite 475
    Tampa, Florida 33602

5. Bryan Feldman
    c/o Ethan J. Loeb, Esquire
    Bartlett Loeb Hinds Thompson & Angelos
    1001 Water Street, Suite 475
    Tampa, Florida 33602

6. Christopher Hines (by deposition)
    448 Hwy 50
    East Salida, Colorado 81201

7. Mindy McDermaid
    c/o Ethan J. Loeb, Esquire
    Bartlett Loeb Hinds Thompson & Angelos
    1001 Water Street, Suite 475
    Tampa, Florida 33602

8. Kayla Marie McNeill (live and by deposition)
    c/o Antonio Converse, Esquire
    600 17th Street, Suite 2800 South
    Denver, Colorado 80202

9. Kleitias Petri (Hybrid Fact and Expert)
    c/o Ethan J. Loeb, Esquire
    Bartlett Loeb Hinds Thompson & Angelos
    1001 Water Street, Suite 475
    Tampa, Florida 33602

10. Angela Porta (by deposition)
    Holt, MI 48842
    c/o Ethan J. Loeb, Esquire
    Bartlett Loeb Hinds Thompson & Angelos
    1001 Water Street, Suite 475
    Tampa, Florida 33602

11. Jonathan Rosenbaum
    New Jersey
    c/o Ethan J. Loeb, Esquire
    Bartlett Loeb Hinds Thompson & Angelos
    1001 Water Street, Suite 475
    Tampa, Florida 33602

12. Jennifer Shea (by deposition)
    763 Patriots Way
    Medina, Ohio 44256

13. Bobby "Bo" Stegall (by deposition)
    2101 Pumpkintown Highway
    Pickens, South Carolina 29671

14. Ryan Thompson
    Salida, Colorado
    c/o Ethan J. Loeb, Esquire
    Bartlett Loeb Hinds Thompson & Angelos
    1001 Water Street, Suite 475
    Tampa, Florida 33602

15. Franklin Zemel, Esquire (Expert)
    Saul Ewing, LLP
    c/o Ethan J. Loeb, Esquire
    1001 Water Street, Suite 475
    Tampa, Florida 33602

II.  **Witnesses Head Kandy and/or Mr. Falic may call if the need arises**

16. Sydney Cook
    (719) 221-6616

17. Yvelisse Diaz
    c/o Ethan J. Loeb, Esquire
    Bartlett Loeb Hinds Thompson & Angelos
    1001 Water Street, Suite 475
    Tampa, Florida 33602

18. Jed Ferdinand
    Mesiter Seelig & Fein PLLC
    125 Park Avenue, 7th Floor
    New York, NY 10017

{00089653:3}

19. Adam Frey
    K2 Integrity
    720 Third Avenue
    New York, New York 10017

20. Harmony Hartranft
    7095 McCoy Street
    Salida, CO 81201

21. Ethan J. Loeb, Esquire
    Bartlett Loeb Hinds Thompson & Angelos
    1001 Water Street, Suite 475
    Tampa, Florida 33602

22. Dustin McNeill (by deposition)
    c/o Antonio Converse, Esquire
    600 17th Street, Suite 2800 South
    Denver, CO 80202

23. Dallas Perkins
    (719) 966-9441

24. Sally Kolitz Russell, Ph.D. (Expert)
    c/o Ethan J. Loeb, Esquire
    Bartlett Loeb Hinds Thompson & Angelos
    1001 Water Street, Suite 475
    Tampa, Florida 33602

25. Wendy Sargent
    (719) 239-0094

26. Silvana Tuveri
    North Carolina
    c/o Ethan J. Loeb, Esquire
    Bartlett Loeb Hinds Thompson & Angelos
    1001 Water Street, Suite 475
    Tampa, Florida 33602

27. Damien Woodruff
    (719) 468-7787

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 24, 2025 I filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send notice of this filing to: Laura E. Burgess, Esquire, laura@leburgesslaw.com, L.E. Burgess, P.A., 5966 S. Dixie Highway, Suite 300, Miami, Florida 33143, *Counsel for Defendant*; Antonio L. Converse, Esquire, anthony@converselawgroup.com, Converse Law Group, P.C., 600 17th Street, Denver, Colorado 80202, *Counsel for Defendant;* Jennifer Tiedeken, Esquire, jennifer@lawfortcollins.com, jamie@lawfortcollins.com, Massey, Kelly & Priebe, PLLC, 125 S. Howes Street, Suite 1100, Fort Collins, CO 80521, *co-counsel for Defendant;*. and Jed Ferdinand, Esquire, jferdinand@fiplawgroup.com, Kathleen B. Moore, Esquire, kmoore@fiplawgroup.com, Ferdinand IP Law Group, 450 Seventh Avenue, Suite 2300, New York, New York 10123, *Counsel for Plaintiff*.

               */s/ Edward C. Thompson*
               **ETHAN J. LOEB**
               FL Bar No. 668338
               ethanl@blhtlaw.com
               KerriR@blhtlaw.com
               eservice@blhtlaw.com
               **EDWARD C. THOMPSON**
               FL Bar No. 684929
               colint@blhtlaw.com
               heatherw@blhtlaw.com
               **JALEN A. LARUBBIO**
               FL Bar No. 1039258
               JalenL@blhtlaw.com
               **CARSON A. SADRO**
               FL Bar No. 1026159
               CarsonS@blhtlaw.com
               **BARTLETT LOEB HINDS**
               **THOMPSON & ANGELOS**
               1001 Water Street, Suite 475
               Tampa, FL 33602
               Telephone: 813-223-3888
               Facsimile: 813-228-6422

               *Counsel for Plaintiff/Counter-Claim Defendant*
               *Head Kandy, LLC and*
               *Third-Party Defendant, Jerome Falic*