UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CV-60345- BECERRA/STRAUSS

HEAD KANDY, LLC,

    Plaintiff/Counterclaim Defendant,

v.

KAYLA MARIE MCNEILL,

    Defendant/Counterclaimant/Third-Party Claimant,

JEROME FALIC,

    Third-Party Defendant.

_____/

## DEFENDANT'S TRIAL EXHIBIT LIST

Defendant/Counter-Plaintiff/Third-Party Plaintiff, **KAYLA MCNEILL** ("Ms. McNeill" or "Defendant"), by and through undersigned counsel, and pursuant to the Order Setting Trial, Calendar Call, Reference to Magistrate Judge, Pretrial Deadlines, and Pretrial Procedures [ECF No. 259] and Federal Rules of Civil Procedure, hereby files Ms. McNeill's Exhibit List, reserving right to amend.

    I.    Exhibits Ms. McNeill Expects to Offer:

| D's Exh No. | Objections[1] | Admitted | Description of Exhibit |
|---|---|---|---|
| 1. | | | May 3, 2018 Executive Employment Agreement between Head Kandy, LLC and Ms. McNeill |
| 2. | | | February 17, 2023 Resolutions of Head Kandy, LLC |
| 3. | | | April 27, 2018 Limited Liability Company Agreement of Head Kandy LLC |
| 4. | | | May 3, 2018 Amended and Restated Limited Liability Company Operating Agreement of Head Kandy LLC |

---

[1] A–Authenticity; I–Contains inadmissible matter; R–Relevancy; H–Hearsay; UP–Unduly prejudicial-probative value outweighed by undue prejudice; P–Privileged; C-Completeness; D-Duplicative

| D's Exh No. | Objections[1] | Admitted | Description of Exhibit |
|---|---|---|---|
| 5. | | | May 3, 2018 Asset Purchase Agreement by and between Head Kandy, LL and Lashed Out LLC |
| 6. | | | May 3, 2018 Assignment and Assumption Agreement by and between Head Kandy LLC and Lashed Out LLC |
| 7. | | | May 3, 2018 Bill of Sale by Lashed Out LLC to and in favor of Head Kandy LLC |
| 8. | | | Email string last sent August 26, 2022 by K. Petri re: Outstanding Bonuses (with attachment) |
| 9. | | | June 26, 2023 Bonus Email |
| 10. | | | May 13, 2019 Text String Between K. McNeill and B. Feldman re: Bonuses |
| 11. | | | July 8, 2023 Text String between K. McNeill and J. Rosenbaum re: Bonuses |
| 12. | | | August 24, 2023 Text string between K. McNeill and J. Rosenbaum re: Bonuses |
| 13. | | | August 31, 2023 text string between K. McNeill and J. Rosenbaum re: Bonuses |
| 14. | | | September 2018 Reimbursement Request |
| 15. | | | September 2018 Reimbursement Example |
| 16. | | | Expert Report of Sergio P. Negreira, CPA |
| 17. | | | Credit Card Statements: Head Kandy Amex Account xx44006 – August 2018 – February 2023 |
| 18. | | | Receipts for purchases on Amex Account xx44006 (composite) |
| 19. | | | American Express detailed transaction notes by Ms. McNeill |
| 20. | | | Charges reclassified as Business Related (Exhibit D) |
| 21. | | | Remaining Refunds found on the K2 Report (Exhibit E) |
| 22. | | | Charges Identified as Personal Purchases (Exhibit F) |
| 23. | | | Remaining transactions without sufficient detail to identify (Exhibit G_ |
| 24. | | | Payments from McNeill's bank account made toward the American Express Credit Card (Exhibit H) |
| 25. | | | Deposits received from Head Kandy to pay the American Express Credit Card (Exhibit I) |
| 26. | | | Top 20 Vendors per K2 Report based on Dollar Value (Exhibit J) |
| 27. | | | Top 20 Vendors per K2 Report based on Number of Transactions (Excluding Top 20 based on $) (Exhibit K) |
| 28. | | | Top 120 Remaining Vendors per K2 Report based on Dollar Value (Exhibit L) |
| 29. | | | Remaining Vendors per K2 Report based on Dollar Value (Exhibit M) |
| 30. | | | Report of Daniel J. Korczyk, CAP, ASA, ABV, CFF, MBA |
| 31. | | | Income Statements of Head Kandy LLC from May 2018 to December 2021 |

| D's Exh No. | Objections[1] | Admitted | Description of Exhibit |
|---|---|---|---|
| 32. | | | HK Income Statements (2018 to present) |
| 33. | | | Plaintiff's Exhibit 162 to PI Hearing [daily sales data from January 1, 2023 to June 25, 2023] |
| 34. | | | Plaintiff's Exhibit 153 to PI Hearing [Melissa Amos Sales Data] |
| 35. | | | Plaintiff's Exhibit 157 to PI Hearing [Katey McKee Sales Data] |
| 36. | | | Plaintiff's Exhibit 159 to PI Hearing [Sharon Rainey Sales Data] |
| 37. | | | Plaintiff's Exhibit 165 to PI Hearing [Sales Data for 2021] |
| 38. | | | HK_067146 Confidential |
| 39. | | | HK_067695_Confidential |
| 40. | | | HK_066279 |
| 41. | | | HK_066313 |
| 42. | | | HK_066333 |
| 43. | | | HK_066354 |
| 44. | | | HK_066372 |
| 45. | | | HK_066393 |
| 46. | | | HK_066408 |
| 47. | | | HK_066424 |
| 48. | | | HK_066447 |
| 49. | | | January 6, 2021 Email from Kaylin Culp to Bryan Feldman, Yvelisse and Ms. McNeill re: "More Accurate Expense Reporting for 2021" |
| 50. | | | HK_010734 |
| 51. | | | HK_066443 |
| 52. | | | KM5308 – June 6, 2019 Email from Y. Lopez to Ryan Thompson re "Please resends us copy of the April American Express bill showing all details." |
| 53. | | | July 11, 2022 Text Message String between K. McNeill and B. Feldman re: Fundamental Change to Head Kandy Business Strategy |
| 54. | | | July 11, 2022 Text Message String Between K. McNeill and J. Rosenbaum re: Fundamental Change to Head Kandy Business Strategy |
| 55. | | | December 29, 2022 Text String btwn J. Falic & K. McNeill re Scope of Non-Compete |
| 56. | | | Email from J. Rosenbaum introducing Klei P. |
| 57. | | | Text string between McNeill and Feldman re: shift to discount brand |
| 58. | | | Text string between McNeill and Rosenbaum re: shift to discount brand |
| 59. | | | J. Rosenbaum text re: "I can't believe the lack of support" |
| 60. | | | October 19, 2022 Text Message String between K. McNeill and J. Falic re: Closing HK |

| D's Exh No. | Objections[1] | Admitted | Description of Exhibit |
|---|---|---|---|
| 61. | | | October 19, 2022 Text Message String between K. McNeill and B. Feldman re: Closing HK |
| 62. | | | November 28, 2022 Letter from HK to Ms. McNeill |
| 63. | | | December 1, 2022 Letter from J. Ferdinand to K. McNeill re: Employment with Head Kandy |
| 64. | | | December 16, 2022 Letter from J. Ferdinand (Ex. C to Amended Complaint) |
| 65. | | | January 4, 2023 Correspondence from J. Ferdinand |
| 66. | | | January 10, 2023 Letter from J. Ferdinand |
| 67. | | | January 27, 2023 Email Chain between A. Converse and J. Ferdinand |
| 68. | | | January 30, 2023 Letter from J. Ferdinand (Ex. E to Amended Complaint) |
| 69. | | | February 3, 2023 Letter from A. Converse to J. Ferdinand |
| 70. | | | February 20, 2023 email chain between A. Converse and J. Ferdinand |
| 71. | | | February 21, 2023 Letter from by A. Converse to J. Ferdinand re: Unfounded Allegations and Outstanding Disputes (with attachments) |
| 72. | | | Email string last sent May 26, 2023 by E. Thompson |
| 73. | | | Picture of anonymous post card sent to McNeill |
| 74. | | | Picture of anonymous letter sent to McNeill |
| 75. | | | November 26, 2022 at 11:21 AM Text message between Mindy McDermaid and Brandi SchaffranWebb "…push her out…." |
| 76. | | | November 26, 2022 at 11:35 AM Text message between Mindy McDermaid and Brandi SchaffranWebb |
| 77. | | | Text message between Mindy McDermaid and Brandi SchaffranWebb "Hk owes her $280k + bonus…." |
| 78. | | | January 14, 2022 at 11:03 AM Text message between Kaylin Culp and Kelsey Slade re "Just wanted to let you know of some doctors appointments i have coming up…." |
| 79. | | | Facebook Page ID 1642077422564196 |
| 80. | | | Pic of McNeill Facebook Home Page |
| 81. | | | Pic of WhipiCo Facebook Home Page |
| 82. | | | Pic of K. McNeill Instagram Home Page |
| 83. | | | Pic of WhipiCo Facebook Home Page [follower count] |
| 84. | | | Pic of McNeill Facebook Home Page [follower count] |
| 85. | | | Pic of McNeill Instagram Home Page [follower count] |
| 86. | | | February 4, 2023 HK Facebook video by M. McDermaid (link subsequently deleted) |
| 87. | | | HK Facebook video by McDermaid ["go find Kayla"] |
| 88. | | | May 1, 2023 TikTok video by K. Sarno (https://www.tiktok.com/t/ZT8JWoNuf) |

| D's Exh No. | Objections[1] | Admitted | Description of Exhibit |
|---|---|---|---|
| 89. | | | A. Porta voice messages to R. Gibson (audio files) |
| 90. | | | February 4, 2023 McNeill Facebook video (https://fb.watch/loeKw9l6rM/?mibextid=DqYSjB) |
| 91. | | | February 5, 2023 McNeill Facebook video (https://fb.watch/lofjeO5-jt/?mibextid=DqYSjB) |
| 92. | | | February 16, 2023 McNeill Facebook video (https://fb.watch/lofrlcV7IR/?mibextid=DqYSjB) |
| 93. | | | February 19, 2023 McNeill Facebook video (https://fb.watch/lofu9ri780/?mibextid=DqYSjB) |
| 94. | | | February 24, 2023 McNeill Facebook video (https://fb.watch/logdxBeish/?mibextid=DqYSjB) |
| 95. | | | March 10, 2023 McNeill Facebook video (https://fb.watch/lofy20z4nK/?mibextid=DqYSjB) |
| 96. | | | April 6, 2023 McNeill Facebook video (https://fb.watch/lpzJ8Dfn-g/?mibextid=DqYSjB) |
| 97. | | | May 30, 2023 McNeill Facebook video (https://fb.watch/lofISAIOEv/?mibextid=DqYSjB) |
| 98. | | | June 1, 2023 McNeill Facebook video (https://fb.watch/log8zEL5bH/?mibextid=DqYSjB) |
| 99. | | | June 9, 2023 McNeill Facebook video (https://fb.watch/lofEqXllpV/?mibextid=DqYSjB) |
| 100. | | | February 24, 2023 Kuhn Facebook video (https://m.facebook.com/groups/1139211870057386/permalink/1169264213718818/?mibextid=Nif5oz) |
| 101. | | | Exhibit 1 to Declaration of Ms. McNeill (Text String between Ms. McNeill and Jonathan Rosenbaum) |
| 102. | | | Exhibit 2 to Declaration of Ms. McNeill (Text String between Ms. McNeill and Bryan Feldman) |
| 103. | | | Exhibit 3 to Declaration of Ms. McNeill (Text String between Ms. McNeill and Jerome Falic) |
| 104. | | | Text string re: J. Rosenbaum screaming |
| 105. | | | Correspondence with Porta |
| 106. | | | Messages between McNeill and Porta |

| D's Exh No. | Objections[1] | Admitted | Description of Exhibit |
|---|---|---|---|
| 107. | | | Bottle of Evoque Professional Reconstructive Leave In Conditioner |
| 108. | | | Text string between K. McNeill and B. Feldman |
| 109. | | | Text string between K. McNeill and J. Rosenbaum |
| 110. | | | Bryan Feldman March 6, 2019 Text |
| 111. | | | Bryan Feldman "Explain" text at 4:39 chain |
| 112. | | | December 7, 2022 Text chain with K. Petri re: "I might not have the authority" |
| 113. | | | Email string between Ferdinand and Converse [privilege] |
| 114. | | | Email string between McNeill and Ferdinand re: disputes |
| 115. | | | July 23, 2020 Kaylasmusthaves.com receipt |
| 116. | | | July 24, 2021 Kaylasmusthaves.com receipt |
| 117. | | | July 24, 2022 Kaylasmusthaves.com receipt |
| 118. | | | July 24, 2020 Linktree receipt |
| 119. | | | July 24, 2021 Linktree receipt |
| 120. | | | July 24, 2022 Linktree receipt |
| 121. | | | Complaint letter from M. Hass re: S. (Webb) Ream |
| 122. | | | K2 Integrity Report Earlier Version [KM 4517 to 5045] |
| 123. | | | January 5, 2023 K2 Integrity Report |
| 124. | | | Civil Theft Letter to HK re: Ownership Interest |
| 125. | | | Civil Theft Letter to HK re: Facebook Page (assigned Page ID 1642077422564196) |
| 126. | | | Civil Theft Letter to HK re: Social Media Content |
| 127. | | | Civil Theft Letter to HK re: Forklift |
| 128. | | | Civil Theft Letter to Falic re: Ownership Interest |
| 129. | | | HK_073978 – Lease Doc Forklift |
| 130. | | | HK_073988 – Barn Rental |
| 131. | | | HK's Status Page with State of DE Department of State: Division of Corporations |
| 132. | | | HK's Details on State of Florida Divisions of Corporations for years 2018, 2019, 2020, 2021, 2022, and 2023 (composite) |
| 133. | | | Hass Ltr |

DATED this 24th day of January, 2025.

                    Respectfully Submitted,

                    By: */s/ Laura Burgess*
                    Laura E. Burgess, Esq. Florida Bar No. 0105073
                    L.E. Burgess P.A.

       5966 S Dixie Highway, Suite 300
       Miami, FL 33143
       Tel.: 305.942.8044
       Alt. Tel.: 713.818.5055
       laura@leburgesslaw.com

       AND

       By:  /s/ Antonio L. Converse
       Antonio L. Converse, Esq.
       Admitted *Pro Hac Vice*
       Converse Law Group, P.C.
       600 17th Street, Suite 2800 South
       Denver, CO 80202
       Tel: 303.228.9471
       anthony@converselawgroup.com

       AND

       By:  /s/ Jennifer A. Tiedeken
       Jennifer A. Tiedeken, Esq.
       Admitted *Pro Hac Vice*
       125 S. Howes Street, Suite 1100
       Fort Collins, CO 80521
       Tel: 970.482.5058
       jennifer@fortcollinslaw.com

       *COUNSEL FOR KAYLA MCNEILL*

## CERTIFICATE OF SERVICE

    I hereby certify that on January 24, 2025, I electronically served the foregoing document via email upon all counsel of record for Plaintiff.

                                             /s/ Laura E. Burgess