UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HEAD KANDY, LLC,

    Plaintiff/Counterclaim Defendant,

v.    CASE NO. 23-CV-60345-JB/JMS

KAYLA MCNEILL,

    Defendant/Counterclaimant/Third-Party Claimant,

v.

JEROME FALIC,

    Third-Party Defendant.

_____/

### DEFENDANT/COUNTER-PLAINTIFF'S NOTICE OF WITHDRAWAL

Defendant/Counterclaimant/Third Party Claimant Kayla McNeill ("Ms. McNeill"), by and through her undersigned counsel, hereby gives notice of withdrawing the filings "Kayla M. McNeill's Motion for Continuance of Trial" (D.E. 546) and "Kayla M. McNeill's Motion for Continuance of Trial" (D.E. 547, D.E. 547-1, and D.E. 547-2) in light of the filing of Ms. McNeill's Corrected Motion for Continuance of Trial filed January 25, 2025 (D.E. 549, D.E. 549-1, and D.E. 549-2). Counsel for Ms. McNeill has refiled as D.E. 549, D.E. 549-1 and D.E. 549-2.

DATED this 25th day of January, 2025.

    Respectfully Submitted,

    By: */s/ Laura Burgess*
    Laura E. Burgess, Esq.
    Florida Bar No. 0105073

L.E. Burgess P.A.
5966 S Dixie Highway, Suite 300
Miami, FL 33143
Tel.: 305.942.8044
Alt. Tel.: 713.818.5055
laura@leburgesslaw.com

and

By: /s/ Antonio L. Converse
Antonio L. Converse, Esq.
Admitted *Pro Hac Vice*
Converse Law Group, P.C.
600 17th Street, Suite 2800 South
Denver, CO 80202
Tel: 303.228.9471
anthony@converselawgroup.com

and

By: /s/ Jennifer A. Tiedeken
Jennifer A. Tiedeken, Esq.
Admitted *Pro Hac Vice*
Davis & Ceriani, P.C.
1600 Stout Street, Suite 1710
Denver, CO 80202
Tel:  303.534.9000
jtiedeken@davisandceriani.com

COUNSEL FOR KAYLA MCNEILL

## CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2025, I electronically served the foregoing document via email upon all counsel of record for Plaintiff.

 /s/ Laura E. Burgess