UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CV-60345- BECERRA/STRAUSS

HEAD KANDY, LLC,

    Plaintiff/Counterclaim Defendant,

v.

KAYLA MARIE MCNEILL,

    Defendant/Counterclaimant/Third-Party Claimant,

JEROME FALIC,

    Third-Party Defendant.
_____/

## DEFENDANT'S AMENDED TRIAL EXHIBIT LIST

Defendant/Counter-Plaintiff/Third-Party Plaintiff, **KAYLA MCNEILL** ("Ms. McNeill" or "Defendant"), by and through undersigned counsel, and pursuant to the Order Setting Trial, Calendar Call, Reference to Magistrate Judge, Pretrial Deadlines, and Pretrial Procedures [ECF No. 259] and Federal Rules of Civil Procedure, hereby files Ms. McNeill's Amended Exhibit List, reserving right to amend.

    I.    Exhibits Ms. McNeill Expects to Offer:

| D's Exh No. | Objections[1] | Admitted | Description of Exhibit |
|---|---|---|---|
| 1. | | | May 3, 2018 Executive Employment Agreement between Head Kandy, LLC and Ms. McNeill [ECF No. 187-1] |
| 2. | | | February 17, 2023 Resolutions of Head Kandy, LLC [ECF No. 187-6] |
| 3. | | | April 27, 2018 Limited Liability Company Agreement of Head Kandy LLC |

---

[1] A–Authenticity; I–Contains inadmissible matter; R–Relevancy; H–Hearsay; UP–Unduly prejudicial-probative value outweighed by undue prejudice; P–Privileged; C-Completeness; D-Duplicative

| D's Exh No. | Objections[1] | Admitted | Description of Exhibit |
|---|---|---|---|
| 4. | | | May 3, 2018 Amended and Restated Limited Liability Company Operating Agreement of Head Kandy LLC [ECF No. 360-3] |
| 5. | | | May 3, 2018 Asset Purchase Agreement by and between Head Kandy, LL and Lashed Out LLC [ECF No. 360-2] |
| 6. | | | May 3, 2018 Assignment and Assumption Agreement by and between Head Kandy LLC and Lashed Out LLC [ECF No. 360-2] |
| 7. | | | May 3, 2018 Bill of Sale by Lashed Out LLC to and in favor of Head Kandy LLC [ECF No. 360-2] |
| 8. | | | Email string last sent August 26, 2022 by K. Petri re: Outstanding Bonuses (with attachment) [Defendant's Exhibit A to PI Hearing] |
| 9. | | | [Intentionally Omitted] |
| 10. | | | May 13, 2019 Text String Between K. McNeill and B. Feldman re: Bonuses [KM5363] |
| 11. | | | July 8, 2023 Text String between K. McNeill and J. Rosenbaum re: Bonuses |
| 12. | | | August 24, 2023 Text string between K. McNeill and J. Rosenbaum re: Bonuses [KM5378, 5372, 5374] |
| 13. | | | August 31, 2023 text string between K. McNeill and J. Rosenbaum re: Bonuses [Defendant's Exhibit D to PI Hearing] |
| 14. | | | K. McNeill September 2018 Reimbursement Documentation [KM5358] |
| 15. | | | [Intentionally Omitted] |
| 16. | | | Expert Report of Sergio P. Negreira, CPA |
| 17. | | | Credit Card Statements: Amex Account xx44006 – August 2018 – February 2023 |
| 18. | | | Receipts for purchases on Amex Account xx44006 (composite) |
| 19. | | | American Express detailed transaction notes by Ms. McNeill |
| 20. | | | Charges reclassified as Business Related (Exhibit D) |
| 21. | | | Remaining Refunds found on the K2 Report (Exhibit E) |
| 22. | | | Charges Identified as Personal Purchases (Exhibit F) |
| 23. | | | Remaining transactions without sufficient detail to identify (Exhibit G) |
| 24. | | | Payments from McNeill's bank account made toward the American Express Credit Card (Exhibit H) |
| 25. | | | Deposits received from Head Kandy to pay the American Express Credit Card (Exhibit I) |
| 26. | | | Top 20 Vendors per K2 Report based on Dollar Value (Exhibit J) |
| 27. | | | Top 20 Vendors per K2 Report based on Number of Transactions (Excluding Top 20 based on $) (Exhibit K) |

| D's Exh No. | Objections[1] | Admitted | Description of Exhibit |
|---|---|---|---|
| 28. | | | Top 120 Remaining Vendors per K2 Report based on Dollar Value (Exhibit L) |
| 29. | | | Remaining Vendors per K2 Report based on Dollar Value (Exhibit M) |
| 30. | | | Report of Daniel J. Korczyk, CAP, ASA, ABV, CFF, MBA |
| 31. | | | Income Statements of Head Kandy LLC from May 2018 to December 2021 |
| 32. | | | HK Income Statements (2018 to present) |
| 33. | | | Plaintiff's Exhibit 162 to PI Hearing [daily sales data from January 1, 2023 to June 25, 2023] |
| 34. | | | Plaintiff's Exhibit 153 to PI Hearing [Melissa Amos Sales Data] |
| 35. | | | Plaintiff's Exhibit 157 to PI Hearing [Katey McKee Sales Data] |
| 36. | | | Plaintiff's Exhibit 159 to PI Hearing [Sharon Rainey Sales Data] |
| 37. | | | Plaintiff's Exhibit 165 to PI Hearing [Sales Data for 2021] |
| 38. | | | HK_067146 Confidential |
| 39. | | | HK_067695_Confidential |
| 40. | | | HK_066279 |
| 41. | | | HK_066313 |
| 42. | | | HK_066333 |
| 43. | | | HK_066354 |
| 44. | | | HK_066372 |
| 45. | | | HK_066393 |
| 46. | | | HK_066408 |
| 47. | | | HK_066424 |
| 48. | | | HK_066447 |
| 49. | | | January 6, 2021 Email from Kaylin Culp to Bryan Feldman, Yvelisse and Ms. McNeill re: "More Accurate Expense Reporting for 2021" |
| 50. | | | HK_010734 |
| 51. | | | HK_066443 |
| 52. | | | KM5308 – June 6, 2019 Email from Y. Lopez to Ryan Thompson re "Please resends us copy of the April American Express bill showing all details." [KM5308] |
| 53. | | | July 11, 2022 Text Message String between K. McNeill and B. Feldman re: Fundamental Change to Head Kandy Business Strategy [KM5364, 5366] |
| 54. | | | [Intentionally Omitted] |
| 55. | | | December 29, 2022 Text String btwn J. Falic & K. McNeill re Scope of Non-Compete [KM5370-5371] |
| 56. | | | Email from J. Rosenbaum introducing Klei P. |
| 57. | | | [Intentionally Omitted] |

| D's Exh No. | Objections[1] | Admitted | Description of Exhibit |
|---|---|---|---|
| 58. | | | Text string between McNeill and Rosenbaum re: shift to discount brand [KM5373] |
| 59. | | | J. Rosenbaum text re: "I can't believe the lack of support" |
| 60. | | | October 19, 2022 Text Message String between K. McNeill and J. Falic re: Closing HK [KM5369] |
| 61. | | | October 19, 2022 Text Message String between K. McNeill and B. Feldman re: Closing HK [KM5367] |
| 62. | | | November 28, 2022 Letter from HK to Ms. McNeill |
| 63. | | | December 1, 2022 Letter from J. Ferdinand to K. McNeill re: Employment with Head Kandy |
| 64. | | | December 16, 2022 Letter from J. Ferdinand (Ex. C to Amended Complaint) |
| 65. | | | January 4, 2023 Correspondence from J. Ferdinand |
| 66. | | | January 10, 2023 Letter from J. Ferdinand |
| 67. | | | January 27, 2023 Email Chain between A. Converse and J. Ferdinand |
| 68. | | | January 30, 2023 Letter from J. Ferdinand (Ex. E to Amended Complaint) |
| 69. | | | February 3, 2023 Letter from A. Converse to J. Ferdinand |
| 70. | | | February 20, 2023 email chain between A. Converse and J. Ferdinand |
| 71. | | | February 21, 2023 Letter from by A. Converse to J. Ferdinand re: Unfounded Allegations and Outstanding Disputes (with attachments) |
| 72. | | | [Intentionally Omitted] |
| 73. | | | Picture of anonymous post card sent to McNeill |
| 74. | | | Picture of anonymous letter sent to McNeill |
| 75. | | | November 26, 2022 at 11:21 AM Text message between Mindy McDermaid and Brandi SchaffranWebb "…push her out…." |
| 76. | | | November 26, 2022 at 11:35 AM Text message between Mindy McDermaid and Brandi SchaffranWebb |
| 77. | | | Text message between Mindy McDermaid and Brandi SchaffranWebb "Hk owes her $280k + bonus…." |
| 78. | | | January 14, 2022 at 11:03 AM Text message between Kaylin Culp and Kelsey Slade re "Just wanted to let you know of some doctors appointments i have coming up…." |
| 79. | | | Facebook Page ID 1642077422564196 [KM5305] |
| 80. | | | Screenshot of New K. McNeill Facebook Home Page [Defendant's Exhibit V to PI Hearing] |
| 81. | | | Screenshot of WhipiCo Facebook Home Page [Defendant's Exhibit U to PI Hearing] |
| 82. | | | Screenshot of New K. McNeill Instagram Home Page [Defendant's Exhibit W to PI Hearing] |
| 83. | | | [Intentionally Omitted] |

| D's Exh No. | Objections[1] | Admitted | Description of Exhibit |
|---|---|---|---|
| 84. | | | [Intentionally Omitted] |
| 85. | | | [Intentionally Omitted] |
| 86. | | | February 4, 2023 HK Facebook video by M. McDermaid (link subsequently deleted) [Defendant's Exhibit X to PI Hearing] |
| 87. | | | [Intentionally Omitted] |
| 88. | | | May 1, 2023 TikTok video by K. Sarno (https://www.tiktok.com/t/ZT8JWoNuf) [Defendant's Exhibit Y to PI Hearing] |
| 89. | | | A. Porta voice messages to R. Gibson (audio files) [Defendant's Exhibit Z to PI Hearing] |
| 90. | | | February 4, 2023 McNeill Facebook video (https://fb.watch/loeKw9l6rM/?mibextid=DqYSjB) |
| 91. | | | February 5, 2023 McNeill Facebook video (https://fb.watch/lofjeO5-jt/?mibextid=DqYSjB) |
| 92. | | | February 16, 2023 McNeill Facebook video (https://fb.watch/lofrlcV7IR/?mibextid=DqYSjB) |
| 93. | | | February 19, 2023 McNeill Facebook video (https://fb.watch/lofu9ri780/?mibextid=DqYSjB) |
| 94. | | | February 24, 2023 McNeill Facebook video (https://fb.watch/logdxBeish/?mibextid=DqYSjB) |
| 95. | | | March 10, 2023 McNeill Facebook video (https://fb.watch/lofy20z4nK/?mibextid=DqYSjB) |
| 96. | | | April 6, 2023 McNeill Facebook video (https://fb.watch/lpzJ8Dfn-g/?mibextid=DqYSjB) |
| 97. | | | May 30, 2023 McNeill Facebook video (https://fb.watch/lofISAIOEv/?mibextid=DqYSjB) |
| 98. | | | June 1, 2023 McNeill Facebook video (https://fb.watch/log8zEL5bH/?mibextid=DqYSjB) |
| 99. | | | June 9, 2023 McNeill Facebook video (https://fb.watch/lofEqXllpV/?mibextid=DqYSjB) |
| 100. | | | February 24, 2023 Kuhn Facebook video (https://m.facebook.com/groups/1139211870057386/permalink/1169264213718818/?mibextid=Nif5oz) |

| D's Exh No. | Objections[1] | Admitted | Description of Exhibit |
|---|---|---|---|
| 101. | | | Exhibit 1 to Declaration of Ms. McNeill (Text String between Ms. McNeill and Jonathan Rosenbaum) |
| 102. | | | Exhibit 2 to Declaration of Ms. McNeill (Text String between Ms. McNeill and Bryan Feldman) |
| 103. | | | Exhibit 3 to Declaration of Ms. McNeill (Text String between Ms. McNeill and Jerome Falic) |
| 104. | | | [Intentionally Omitted] |
| 105. | | | [Intentionally Omitted] |
| 106. | | | Messages between McNeill and Porta |
| 107. | | | Bottle of Evoque Professional Reconstructive Leave In Conditioner |
| 108. | | | Whatsapp messages between K. McNeill and B. Feldman [KM0068-1560] |
| 109. | | | Text history between K. McNeill and J. Rosenbaum [KM5940-6230] |
| 110. | | | March 6, 2019 text exchange between K. McNeill and B. Feldman |
| 111. | | | [Intentionally Omitted] |
| 112. | | | December 7, 2022 Text chain with K. Petri re: "I might not have the authority" |
| 113. | | | Email string between Ferdinand and Converse [privilege] |
| 114. | | | Email string between McNeill and Ferdinand re: Head Kandy Employment |
| 115. | | | July 23, 2020 Kaylasmusthaves.com receipt |
| 116. | | | July 24, 2021 Kaylasmusthaves.com receipt |
| 117. | | | July 24, 2022 Kaylasmusthaves.com receipt |
| 118. | | | July 24, 2020 Linktree receipt |
| 119. | | | July 24, 2021 Linktree receipt |
| 120. | | | July 24, 2022 Linktree receipt |
| 121. | | | Complaint letter from M. Hass re: S. (Webb) Ream |
| 122. | | | December 21, 2022 K2 Integrity Draft Report [KM4517-4743] |
| 123. | | | January 5, 2023 K2 Integrity Report [ECF No. 1-7] |
| 124. | | | Civil Theft Letter to HK re: Ownership Interest |
| 125. | | | Civil Theft Letter to HK re: Facebook Page (assigned Page ID 1642077422564196) |
| 126. | | | Civil Theft Letter to HK re: Social Media Content |
| 127. | | | Civil Theft Letter to HK re: Forklift |
| 128. | | | Civil Theft Letter to Falic re: Ownership Interest |
| 129. | | | HK_073978 – Lease Doc Forklift |
| 130. | | | HK_073988 – Barn Rental |
| 131. | | | HK's Status Page with State of DE Department of State: Division of Corporations |
| 132. | | | HK's Details on State of Florida Divisions of Corporations for years 2018, 2019, 2020, 2021, 2022, and 2023 (composite) |

| D's Exh No. | Objections[1] | Admitted | Description of Exhibit |
|---|---|---|---|
| 133. | | | [Intentionally Omitted] |
| 134. | | | Grain HK Team Meeting Video dated September 27, 2022 at 11:30 AM |
| 135. | | | Grain HK Team Meeting Video dated September 20, 2022 at 11:30 AM |
| 136. | | | Grain HK Team Meeting Video dated September 13, 2022 at 11:30 AM |
| 137. | | | Grain HK Team Meeting Video dated September 6, 2022 at 11:30 AM |
| 138. | | | Grain HK Team Meeting Video dated September 1, 2022 at 11:30 AM |
| 139. | | | Grain HK Team Meeting Video dated August 31, 2022 at 11:00 AM |
| 140. | | | Grain HK Team Meeting Video dated August 24, 2022 at 11:00 AM |
| 141. | | | Grain HK Team Meeting Video dated August 17, 2022 at 11:00 AM |
| 142. | | | Grain HK Team Meeting Video dated August 03, 2022 at 11:25 AM |
| 143. | | | Grain HK Team Meeting Video dated August 03, 2022 at 10:58 AM |
| 144. | | | Grain HK Team Meeting Video dated July 27, 2022 at 10:56 AM |
| 145. | | | Grain HK Team Meeting Video dated July 20, 2022 at 10:58 AM |
| 146. | | | Grain HK Team Meeting Video dated July 13, 2022 at 10:57 AM |
| 147. | | | Grain HK Team Meeting Video dated June 22, 2022 at 10:59 AM |
| 148. | | | Grain HK Team Meeting Video dated June 15, 2022 at 10:57 AM |
| 149. | | | Grain HK Team Meeting Video dated June 1, 2022 at 10:57 AM |
| 150. | | | Grain HK Team Meeting Video dated May 25, 2022 at 10:56 AM |
| 151. | | | Grain HK Team Meeting Video dated May 18, 2022 at 10:57 AM |
| 152. | | | Grain HK Team Meeting Video dated May 11, 2022 at 10:54 AM |
| 153. | | | Grain HK Team Meeting Video dated May 4, 2022 at 11:26 AM |
| 154. | | | Grain HK Team Meeting Video dated May 4, 2022 at 10:59 AM |
| 155. | | | Grain HK Team Meeting Video dated April 27, 2022 at 12:02 PM |

| D's Exh No. | Objections[1] | Admitted | Description of Exhibit |
|---|---|---|---|
| 156. | | | Grain HK Team Meeting Video dated April 27, 2022 at 10:58 AM |
| 157. | | | Grain HK Team Meeting Video dated April 27, 2022 at 10:57 AM |
| 158. | | | Grain HK Team Meeting Video dated April 13, 2022 at 10:57 AM |
| 159. | | | Grain HK Team Meeting Video dated April 13, 2022 at 10:55 AM |
| 160. | | | Grain HK Team Meeting Video dated April 6, 2022 at 10:55 AM |
| 161. | | | Grain HK Team Meeting Video dated March 30, 2022 at 10:57 AM |
| 162. | | | Grain HK Team Meeting Video dated March 23, 2022 at 10:57 AM |
| 163. | | | Grain HK Team Meeting Video dated March 16, 2022 at 10:58 AM |
| 164. | | | Grain HK Team Meeting Video dated March 9, 2022 at 10:56 AM |
| 165. | | | Grain HK Team Meeting Video dated March 2, 2022 at 10:55 AM |
| 166. | | | Grain HK Team Meeting Video dated February 23, 2022 at 10:56 AM |
| 167. | | | Grain HK Team Meeting Video dated February 17, 2022 at 4:01 PM |
| 168. | | | Grain HK Team Meeting Video dated February 16, 2022 at 10:57 AM |
| 169. | | | Grain HK Team Meeting Video dated February 9, 2022 at 10:57 AM |
| 170. | | | Grain HK Team Meeting Video dated January 26, 2022 at 10:58 AM |
| 171. | | | Grain HK Team Meeting Video dated January 26, 2022 at 10:52 AM |
| 172. | | | Grain HK Team Meeting Video dated January 19, 2022 at 10:56 AM |
| 173. | | | Grain HK Team Meeting Video dated November 24, 2021 at 8:56 PM |
| 174. | | | Grain HK Team Meeting Video dated November 17, 2021 at 11:55 AM |
| 175. | | | Grain HK Team Meeting Video dated November 11, 2021 at 10:00 AM |
| 176. | | | Grain HK Team Meeting Video dated November 10, 2021 at 11:54 AM |
| 177. | | | Grain HK Team Meeting Video dated November 03, 2021 at 11:59 AM |
| 178. | | | Grain HK Team Meeting Video dated November 3, 2021 at |

| D's Exh No. | Objections[1] | Admitted | Description of Exhibit |
|---|---|---|---|
|  |  |  | 11:30 AM |
| 179. |  |  | Grain HK Team Meeting Video dated October 20, 2021 at 11:59 AM |
| 180. |  |  | Grain HK Team Meeting Video dated October 20, 2021 at 11:58 AM |
| 181. |  |  | Grain HK Team Meeting Video dated October 18, 2021 at 9:59 AM |
| 182. |  |  | Grain HK Team Meeting Video dated October 13, 2021 at 11:56 AM |
| 183. |  |  | Grain HK Team Meeting Video dated October 13, 2021 at 11:56 AM |
| 184. |  |  | Grain HK Team Meeting Video dated October 13, 2021 at 11:54 AM |
| 185. |  |  | Grain HK Team Meeting Video dated October 7, 2021 at 10:00 AM |
| 186. |  |  | Grain HK Team Meeting Video dated October 6, 2021 at 11:55 AM |
| 187. |  |  | Grain HK Team Meeting Video dated September 22, 2021 at 11:53 AM |
| 188. |  |  | Grain HK Team Meeting Video dated September 15, 2021 at 11:53 AM |
| 189. |  |  | Grain HK Team Meeting Video dated September 22, 2021 at 9:00 AM |
| 190. |  |  | Grain HK Team Meeting Video dated September 08, 2021 at 11:54 AM |
| 191. |  |  | Grain HK Team Meeting Video dated September 2, 2021 at 3:56 PM |
| 192. |  |  | Grain HK Team Meeting Video dated September 1, 2021 at 11:52 AM |
| 193. |  |  | Grain HK Team Meeting Video dated September 1, 2021 at 11:50 AM |
| 194. |  |  | Grain HK Team Meeting Video dated August 19, 2021 at 10:00 AM |
| 195. |  |  | Grain HK Team Meeting Video dated August 18, 2021 at 11:55 AM |
| 196. |  |  | Grain HK Team Meeting Video dated August 18, 2021 at 11:47 AM |
| 197. |  |  | Grain HK Team Meeting Video dated August 12, 2021 at 1:59 PM |
| 198. |  |  | Grain HK Team Meeting Video dated August 11, 2021 at 11:53 AM |
| 199. |  |  | Grain HK Team Meeting Video dated August 4, 2021 at 11:59 AM |
| 200. |  |  | Grain HK Team Meeting Video dated July 28, 2021 at 12:02 PM |

| D's Exh No. | Objections[1] | Admitted | Description of Exhibit |
|---|---|---|---|
| 201. | | | Grain HK Team Meeting Video dated July 28, 2021 at 11:58 AM |
| 202. | | | Grain HK Team Meeting Video dated July 21, 2021 at 2:26 PM |
| 203. | | | Grain HK Team Meeting Video dated July 14, 2021 at 11:57 AM |
| 204. | | | Grain HK Team Meeting Video dated July 7, 2021 at 2:02 PM |
| 205. | | | Grain HK Team Meeting Video dated July 2, 2021 at 12:27 PM |
| 206. | | | Preliminary Injunction Hearing Transcript dated August 2023 |
| 207. | | | December 15, 2022 at 11:35 PM Text Message Chain between Brandi Webb and Mindy McDermaid re: "Too bad Kayla is going to jail" |
| 208. | | | Text Message Chain between Brandi Webb and Mindy McDermaid re: "I just don't trust her…She'll be gone…" |
| 209. | | | [Intentionally Omitted] |
| 210. | | | Text Message Chain between Brandi Webb and Mindy McDermaid re: "Jon was silent…Go to headkandypro.com and use my code…." |
| 211. | | | Text Message Chain between Brandi Webb and Mindy McDermaid re: "She can't even do her job" |
| 212. | | | September 16, 2022 at 9:32 AM Text Message Chain between Brandi Webb and Mindy McDermaid and J. Rosenbaum re: "Need u guys to work On a complete back up loan for replacing kayla. It will Eventually happen" |
| 213. | | | September 16, 2022 at 9:32 AM Text Message Chain between Brandi Webb and Mindy McDermaid and J. Rosenbaum re: "Jerome is pissed" |
| 214. | | | September 21, 2022 at 2:30 PM Text Message Chain between Brandi Webb and Mindy McDermaid and J. Rosenbaum re: "10/22 last year was 28k day." |
| 215. | | | Text Message Chain between Brandi Webb and Mindy McDermaid and J. Rosenbaum re: "No more sexting for them" |
| 216. | | | J. Rosenbaum Text Message re: "My CC says Head Kandy though…I know but it's not" |
| 217. | | | Text Message Chain between Brandi Webb and Mindy McDermaid re: "They claimed we paid for it…" |
| 218. | | | Jan. 31, 2023 at 10:35 PM Text Message Chain between Brandi Webb and Mindy McDermaid re: "Allison Willey has been telling anyone who will listen…" |
| 219. | | | Text Message Chain between Brandi Webb and Mindy McDermaid re: "She says that Jon called her and told her he knows the truth and that they're lying I believe her" |
| 220. | | | Text Message Chain between Brandi Webb and Mindy McDermaid and R.T. re: "I spoke to JR…" |
| 221. | | | Text Message Chain between Brandi Webb and Mindy McDermaid re: "I'm reporting Kayla's page…" |

| D's Exh No. | Objections[1] | Admitted | Description of Exhibit |
|---|---|---|---|
| 222. | | | Text Message Chain between Brandi Webb and Mindy McDermaid re: "Jon is worried Ryan doesn't have 40 hrs each week. I was like. Some weeks yes. Some no." |
| 223. | | | Text Message Brandi Webb re: "Custom Sales Summary B2B January 1, 2023 – December 31, 2023 and Hard Candy Licensing LLC |
| 224. | | | Text Message Chain between Brandi Webb and Mindy McDermaid re: "I got access to all of the Amex receipts" |
| 225. | | | Message Chain between Brandi Webb and Mindy McDermaid re: "And because they suck" |
| 226. | | | Message Chain between Brandi Webb and Mindy McDermaid re: "Wtf does he actually do" |
| 227. | | | Text Message Chain between Brandi Webb and Mindy McDermaid re: "…So HK owns that whole huge piece of property…she owns 20%" |
| 228. | | | Text Message Chain between Brandi Webb and Mindy McDermaid re: "No new products??? I got an anonymous text this weekend…." |
| 229. | | | Text Message Chain between Brandi Webb and Mindy McDermaid re: "Then she asked me to call Klei and ask for $2k Christmas deco budget" |
| 230. | | | Picture of Ms. McNeill in holiday sweatshirt on HK Website after her termination |
| 231. | | | Text Message Chain between Brandi Webb and Mindy McDermaid re: "I hate her!" |
| 232. | | | Text Message Chain between Brandi Webb and Mindy McDermaid and J. Rosenbaum re: "Hernan would approve…And u can sell a forklift too" |
| 233. | | | Text Message Chain between Brandi Webb and Mindy McDermaid re: "Move all ad Spend charges to Jerome's CC immediately…" |
| 234. | | | Text Message Chain between Brandi Webb and Mindy McDermaid re: "She's a 36 year old entitled imbecile…" |
| 235. | | | Text Message Chain between Brandi Webb and Mindy McDermaid and J. Rosenbaum re: "What an idiot" |
| 236. | | | Text Message Chain between Brandi Webb and Mindy McDermaid re: "Need to blow out all inventory over a year" |
| 237. | | | Text Message Chain between Brandi Webb and Mindy McDermaid re: screenshot of lawsuit complaint |
| 238. | | | Text Message Chain between Brandi Webb and Mindy McDermaid re: second screenshot of lawsuit complaint |
| 239. | | | Text Message Chain between Brandi Webb and Mindy McDermaid re: "some light reading" |
| 240. | | | Text Message Chain between Brandi Webb and Mindy McDermaid re: "That is fine. I approved the campaign. |

| D's Exh No. | Objections[1] | Admitted | Description of Exhibit |
|---|---|---|---|
| | | | Jonathon Rosenbaum" |
| 241. | | | Text Message Chain between Brandi Webb and Mindy McDermaid Photo re: "That is fine. I approved the campaign. Jonathon Rosenbaum" |
| 242. | | | Text Message Chain between Brandi Webb and Mindy McDermaid re: "…if they liquidate…" |
| 243. | | | Text Message Chain between Brandi Webb and Mindy McDermaid re: "I want to ask JR But I don't trust him" |
| 244. | | | Text Message Chain between Brandi Webb and Mindy McDermaid re: "I bet they're going to liquidate it in April" |
| 245. | | | Text Message Chain between Brandi Webb and Mindy McDermaid re: "I don't trust any of these people We've black listed…" |
| 246. | | | Text Message Chain between Brandi Webb and Mindy McDermaid re: "We've gone over it at least 3x in our meetings." |
| 247. | | | Text Message Chain between Brandi Webb and Mindy McDermaid re: "Just screen shot everything you can" |
| 248. | | | May 14, 2020 Paving Invoice – Pavement Maintenance Services Inc. |
| 249. | | | Email Attaching May 14, 2020 Paving Invoice – Pavement Maintenance Services Inc. |
| 250. | | | Barn Drawings (6 pages) |
| 251. | | | Message from Leah Rebekah Speer "it's frustrating…but why isn't that being told" |
| 252. | | | Kelly Sarno Post – DUPE – May 1, 2023 at 11:18 AM |
| 253. | | | Barn Photo – IMG_9638 |
| 254. | | | Barn Photo – IMG_9631 |
| 255. | | | Barn Photo – IMG_9584 |
| 256. | | | IMG_6574 – "…they are still using ur card inside the box." |
| 257. | | | Customer Service Issue Message – Christina Alfarano |
| 258. | | | Image of Dustin McNeill Lashed Out LLC American Express Business – 5260 |
| 259. | | | Image of Dustin McNeill Lashed Out LLC American Express Business – 9456 |
| 260. | | | [Intentionally Omitted] |
| 261. | | | J. Rosenbaum text chain – "Did they ever go over the P&L with u? In 4 years? Never" |
| 262. | | | J. Rosenbaum text chain "U can sell ice in the winter" |
| 263. | | | J. Rosenbaum text chain "Ur the brand so u need to look good" |
| 264. | | | Bryan Feldman text chain "Ryan was stealing" |
| 265. | | | Picture of Hard Candy Curling Irons – Img. 1000003412 jpg |
| 266. | | | Picture of Hard Candy Hair Products – Img. 1000003411 jpg |
| 267. | | | Image of Hard Dancy Hair Dryer – 1000003409 jpg |

| D's Exh No. | Objections[1] | Admitted | Description of Exhibit |
|---|---|---|---|
| 268. | | | Jerome Falic Message Chain – December 30, 2022 - 1000003402jpg |
| 269. | | | Image of HK selling Hard Candy Watches |
| 270. | | | Melanie Hill Post – Img. 1000003400 |
| 271. | | | Bryan Feldman text – "We bought a forklift yesterday…nice" |
| 272. | | | [Intentionally Omitted] |
| 273. | | | Text message between Mindy McDermaid and Brandi SchaffranWebb "That's how Jerome gets his money." |
| 274. | | | Text message between Mindy McDermaid and Brandi SchaffranWebb "They've thihk [sic] all of this will push her to get [sic] breaking point" |
| 275. | | | All pleadings filed |
| 276. | | | Image of American Express Account *44006 Credit Card Issued to Kayla McNeill |
| 277. | | | September 8, 2020 Text Exchange between K. McNeill and N. Cook |
| 278. | | | Go Getter Ipsy Advertisement |
| 279. | | | Perfectionist Instruction Manual |
| 280. | | | M. McDermaid Supplier Correspondence re Founder |
| 281. | | | December 21, 2022 K2 Integrity Draft Report (revised December 23, 2022) [KM4744-4894] |
| 282. | | | December 30, 2022 K2 Integrity Draft Report [KM9084-9229] |
| 283. | | | Screenshot of April 11, 2023 Post on Whipin Life with Kayla [KM5306] |
| 284. | | | Screenshot of landing page for URL: https://fb.watch/hWIv8wFCoR/?mibextid=r5uJeJ [KM5307] |
| 285. | | | Text exchange between B. Feldman and K. McNeill re: USAC Sponsorship [KM5368; ECF No. 53-2 at 29] |
| 286. | | | K. McNeill Business Expense Documents [KM9232-9938] |
| 287. | | | Text Exchange re: HK Discount Codes [KM10050-10055] |
| 288. | | | June 28, 2022 Text Exchange between K. McNeill and J. Rosenbaum [KM5310-5312] |
| 289. | | | June 29-30, 2022 Text Exchange between K. McNeill and J. Rosenbaum [KM5320-5321] |
| 290. | | | July 1-8, 2022 Text Exchange between K. McNeill and J. Rosenbaum [KM5324-5329] |
| 291. | | | December 5, 2022 Text exchange between Klei P. and Kayla McNeill |
| 292. | | | Text Exchange between K. McNeill and J. Rosenbaum [KM5344-5351] |
| 293. | | | Text Exchange between K. McNeill and B. Feldman re: Alissa McNabb [KM5360] |
| 294. | | | Text Exchange between K. McNeill and B. Feldman re: assistant [KM5362] |

| D's Exh No. | Objections[1] | Admitted | Description of Exhibit |
|---|---|---|---|
| 295. | | | Text Exchange between K. McNeill and B. Feldman re: Schankerman [KM5365] |
| 296. | | | Text Exchange between K. McNeill and J. Rosenbaum re: reconciling bank accounts [KM5374] |
| 297. | | | Text Exchange between K. McNeill and R. Thompson re: employment with HK [KM5375-5377] |
| 298. | | | McNeill Medical Records [KM10057-10085] |
| 299. | | | 10092022 - Head Kandy Sales |
| 300. | | | Text Exchange between K. McNeill and B. Feldman re: dump removal |
| 301. | | | March 12, 2024 HK email re: Hard Candy watches |
| 302. | | | Image packet for Hard Candy haircare presentation |
| 303. | | | Screenshots of Amazon.com listing for Perfectionist |
| 304. | | | Sidekick Owners Manual |
| 305. | | | HK thank you card |
| 306. | | | Plaintiff's Exhibit 163 to PI Hearing |
| 307. | | | Plaintiff's Exhibit 164 to PI Hearing |
| 308. | | | Plaintiff's Exhibit 166 to PI Hearing |
| 309. | | | Expedited Motion for Preliminary Injunction and Incorporated Memorandum of Law [ECF No. 47] |
| 310. | | | Exhibit B to Expedited Motion for Preliminary Injunction [ECF No. 47-2] |
| 311. | | | Exhibit C to Expedited Motion for Preliminary Injunction [ECF No. 47-3] |
| 312. | | | Exhibit D to Expedited Motion for Preliminary Injunction [ECF No. 47-4] |
| 313. | | | Whatsapp messages between K. McNeill and J. Falic [KM0055-67] |
| 314. | | | Whatsapp messages between K. McNeill and J. Rosenbaum [HK_33182 – 40147] |
| 315. | | | Plaintiff's Exhibit 154 to PI Hearing [Chayanne Brown Data] |
| 316. | | | June 2020 Expense Report |
| 317. | | | July 2020 Expense Report |
| 318. | | | August 2020 Expense Report |
| 319. | | | September 2020 Expense Report |
| 320. | | | October 2020 Expense Report |
| 321. | | | November 2020 Expense Report |
| 322. | | | January 2021 Expense Report |
| 323. | | | February 2021 Expense Report |
| 324. | | | March 2021 2021 Expense Report |
| 325. | | | April 2021 Expense Report |
| 326. | | | May 2021 Expense Report |
| 327. | | | June 2021 Expense Report |
| 328. | | | July 2021 Expense Report |

| D's Exh No. | Objections[1] | Admitted | Description of Exhibit |
|---|---|---|---|
| 329. | | | August 2021 Expense Report |
| 330. | | | September 2021 Expense Report |
| 331. | | | October 2021 Expense Report |
| 332. | | | November 2021 Expense Report |
| 333. | | | December 2021 Expense Report |
| 334. | | | HK_066256_CONFIDENTIAL |
| 335. | | | HK_066680_CONFIDENTIAL |
| 336. | | | HK_066691_CONFIDENTIAL |
| 337. | | | HK_066784_CONFIDENTIAL |
| 338. | | | HK_066785_CONFIDENTIAL |
| 339. | | | HK_066841_CONFIDENTIAL |
| 340. | | | HK_066845_CONFIDENTIAL |
| 341. | | | HK_066847_CONFIDENTIAL |
| 342. | | | HK_066849_CONFIDENTIAL |
| 343. | | | HK_066852_CONFIDENTIAL |
| 344. | | | HK_066854_CONFIDENTIAL |
| 345. | | | HK_066856_CONFIDENTIAL |
| 346. | | | HK_066859_CONFIDENTIAL |
| 347. | | | HK_066868_CONFIDENTIAL |
| 348. | | | HK_066880_CONFIDENTIAL |
| 349. | | | HK_066882_CONFIDENTIAL |
| 350. | | | HK_066884_CONFIDENTIAL |
| 351. | | | HK_066886_CONFIDENTIAL |
| 352. | | | HK_066892_CONFIDENTIAL |
| 353. | | | HK_066896_CONFIDENTIAL |
| 354. | | | HK_066904_CONFIDENTIAL |
| 355. | | | HK_066909_CONFIDENTIAL |
| 356. | | | HK_066914_CONFIDENTIAL |
| 357. | | | HK_066927_CONFIDENTIAL |
| 358. | | | HK_066929_CONFIDENTIAL |
| 359. | | | HK_066933_CONFIDENTIAL |
| 360. | | | HK_066941_CONFIDENTIAL |
| 361. | | | HK_066947_CONFIDENTIAL |
| 362. | | | HK_066952_CONFIDENTIAL |
| 363. | | | HK_066962_CONFIDENTIAL |
| 364. | | | HK_066978_CONFIDENTIAL |
| 365. | | | HK_066998_CONFIDENTIAL |
| 366. | | | HK_067003_CONFIDENTIAL |
| 367. | | | HK_067015_CONFIDENTIAL |
| 368. | | | HK_067025_CONFIDENTIAL |
| 369. | | | HK_067031_CONFIDENTIAL |
| 370. | | | HK_067036_CONFIDENTIAL |
| 371. | | | HK_067040_CONFIDENTIAL |
| 372. | | | HK_067049_CONFIDENTIAL |

| D's Exh No. | Objections[1] | Admitted | Description of Exhibit |
|---|---|---|---|
| 373. | | | HK_067052_CONFIDENTIAL |
| 374. | | | HK_067057_CONFIDENTIAL |
| 375. | | | HK_067060_CONFIDENTIAL |
| 376. | | | HK_067066_CONFIDENTIAL |
| 377. | | | HK_067074_CONFIDENTIAL |
| 378. | | | HK_067080_CONFIDENTIAL |
| 379. | | | HK_067085_CONFIDENTIAL |
| 380. | | | HK_067089_CONFIDENTIAL |
| 381. | | | HK_067093_CONFIDENTIAL |
| 382. | | | HK_067096_CONFIDENTIAL |
| 383. | | | HK_067099_CONFIDENTIAL |
| 384. | | | HK_067124_CONFIDENTIAL |
| 385. | | | HK_067131_CONFIDENTIAL |
| 386. | | | HK_067142_CONFIDENTIAL |
| 387. | | | HK_067146_CONFIDENTIAL |
| 388. | | | HK_067694_CONFIDENTIAL |
| 389. | | | HK_067695_CONFIDENTIAL |
| 390. | | | HK_067731_CONFIDENTIAL |
| 391. | | | HK_067754_CONFIDENTIAL |
| 392. | | | HK_067787_CONFIDENTIAL |
| 393. | | | HK_067853_CONFIDENTIAL |
| 394. | | | HK_067856_CONFIDENTIAL |
| 395. | | | HK_067949_CONFIDENTIAL |
| 396. | | | HK_067967_CONFIDENTIAL |
| 397. | | | HK_068048_CONFIDENTIAL |
| 398. | | | HK_068188_CONFIDENTIAL |
| 399. | | | HK_069182_CONFIDENTIAL |
| 400. | | | HK_066257 |
| 401. | | | HK_066266 |
| 402. | | | HK_066279 |
| 403. | | | HK_066313 |
| 404. | | | HK_066333 |
| 405. | | | HK_066354 |
| 406. | | | HK_066372 |
| 407. | | | HK_066393 |
| 408. | | | HK_066424 |
| 409. | | | HK_066447 |
| 410. | | | HK_066408 |
| 411. | | | HK_074048 |
| 412. | | | HK_074097 |
| 413. | | | Phone Call between J. Rosenbaum and K. McNeill - M4A File (.m4a) |
| 414. | | | Report of Melia Archie-Arnett |
| 415. | | | Report of Dr. Tonia Werner |

| D's Exh No. | Objections[1] | Admitted | Description of Exhibit |
|---|---|---|---|
| 416. | | | All exhibits designated by any other party |
| 417. | | | All documents necessary for rebuttal or impeachment |
| 418. | | | Any document identified as a result of McNeill deposition designations or counter-designations |
| 419. | | | Demonstrative Exhibits |

DATED this 3rd day of February, 2025.

Respectfully Submitted,

By: /s/ Laura Burgess
Laura E. Burgess, Esq. Florida Bar No. 0105073
L.E. Burgess P.A.
5966 S Dixie Highway, Suite 300
Miami, FL 33143
Tel.: 305.942.8044
Alt. Tel.: 713.818.5055
laura@leburgesslaw.com

AND

By: /s/ Antonio L. Converse
Antonio L. Converse, Esq.
Admitted *Pro Hac Vice*
Converse Law Group, P.C.
600 17th Street, Suite 2800 South
Denver, CO 80202
Tel: 303.228.9471
anthony@converselawgroup.com

AND

By: /s/ Jennifer A. Tiedeken
Jennifer A. Tiedeken, Esq.
Admitted *Pro Hac Vice*
125 S. Howes Street, Suite 1100
Fort Collins, CO 80521
Tel: 970.482.5058
jennifer@fortcollinslaw.com

COUNSEL FOR KAYLA MCNEILL

**CERTIFICATE OF SERVICE**

I hereby certify that on February 3, 2025, I electronically served the foregoing document via email upon all counsel of record for Plaintiff.

/s/ Laura E. Burgess