UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HEAD KANDY, LLC,

    Plaintiff,

v.                                    CASE NO. 23-CV-60345-JB/JMS

KAYLA MARIE MCNEILL,

    Defendant,
_____/

**AMENDED[1] JOINT REPORT**

Plaintiff Head Kandy, LLC ("**Head Kandy**") and Defendant Kayla Marie McNeill ("**Ms. McNeill**"), pursuant to the Court's Paperless Order [ECF 589] submit the following joint report:

**1.    Motions Remaining Pending**

The following of Head Kandy's motions remain pending:

- *Daubert* Motion to Exclude Testimony and Opinions of Daniel Korczyk [ECF 430]
- *Daubert* Motion to Exclude Testimony and Opinions of Sergio Negreira [ECF 433]
- *Daubert* Motion to Exclude Testimony and Opinions of Melia Arnett-Archie [ECF 434]

Additionally, Head Kandy's Motion to Enforce the Preliminary Injunction, for an Order to Show Cause, and for Civil Contempt Sanctions [ECF 432] also remains pending. The Court deferred its ruling on that motion pending trial. [*See* ECF 577].

The following of Ms. McNeill's motions remain pending:

- *Daubert* Motion to Exclude Testimony and Opinions of David W. DeRamus [ECF 475]

---

[1] Amended to update available May dates.

{00093155:1}                                      1

- Motion in Limine to Exclude Any Reference to Court Findings, Rulings, and/or Orders Related to the Preliminary Injunction and Any Claims of Violations of Same Made by Plaintiff Head Kandy, LLC Against McNeill [ECF 529]

- Motion in Limine Pursuant to Federal Rule of Evidence 408 [ECF 532]

- Motion to Strike Plaintiff, Head Kandy, LLC's Late Disclosures Served as Late as November 2024 [ECF 534]

- Motion in Limine to Exclude Social Media Comments by Non-Testifying Witnesses [ECF 535]

- Motion in Limine to Exclude Speculative Causation and Purported Damages Evidence at Trial [ECF 536]

As a result of the Court's Orders at ECF Nos. 586 and 588, Ms. McNeill does not believe her pending motions in limine, listed above, need be resolved in advance of trial and, instead, can be addressed when raised during trial. In addition, Ms. McNeill will withdraw her Motion in Limine to Exclude Any Reference to Court Findings, Rulings, and/or Orders Related to the Preliminary Injunction and Any Claims of Violations of Same Made by Plaintiff Head Kandy, LLC Against McNeill [ECF 529].

**2.     Estimated Duration of Trial**

The parties estimate that the bench trial of this matter will take no more than three days.

**3.     Dates Available for Trial**

The parties are available for trial on the following dates:

- April 28 through May 2, 2025

- May 7 through May 9, 2025

- June 23 through 27, 2025

## CERTIFICATE OF SERVICE

   I HEREBY CERTIFY that on March 21st, 2025, I filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send notice of this filing to: Laura E. Burgess, Esquire, laura@leburgesslaw.com, L.E. Burgess, P.A., 5966 S. Dixie Highway, Suite 300, Miami, Florida 33143, *Counsel for Defendant*; Antonio L. Converse, Esquire, anthony@converselawgroup.com, Converse Law Group, P.C., 600 17th Street, Denver, Colorado 80202, *Counsel for Defendant;* Jennifer Tiedeken, Esquire, jennifer@lawfortcollins.com, jamie@lawfortcollins.com, Massey, Kelly & Priebe, PLLC, 125 S. Howes Street, Suite 1100, Fort Collins, CO 80521, *co-counsel for Defendant;*. and Jed Ferdinand, Esquire, jferdinand@fiplawgroup.com, Kathleen B. Moore, Esquire, kmoore@fiplawgroup.com, Ferdinand IP Law Group, 450 Seventh Avenue, Suite 2300, New York, New York 10123, *Counsel for Plaintiff*.

| | |
|---|---|
| */s/ Edward C. Thompson* | */s/ Antonio L. Converse* |
| **ETHAN J. LOEB** | **LAURA E. BURGESS** |
| FL Bar No. 668338 | FL Bar # 0105073 |
| ethanl@blhtlaw.com | L.E. Burgess P.A. |
| KerriR@blhtlaw.com | 5966 South Dixie Highway |
| eservice@blhtlaw.com | Suite 300 |
| **EDWARD C. THOMPSON** | Miami, FL 33143 |
| FL Bar No. 684929 | Laura@leburgesslaw.com |
| colint@blhtlaw.com | Office: (305) 942-8044 |
| heatherw@blhtlaw.com | Direct: (713) 818 - 5055 |
| **JALEN A. LARUBBIO** | and |
| FL Bar No. 1039258 | **ANTONIO L. CONVERSE** |
| JalenL@blhtlaw.com | Admitted *Pro Hac Vice* |
| **CARSON A. SADRO** | Converse Law Group, P.C. |
| FL Bar No. 1026159 | 600 17th Street, Suite 2800 South |
| CarsonS@blhtlaw.com | Denver, CO 80202 |
| **BARTLETT LOEB HINDS** | anthony@converselawgroup.com |
| **THOMPSON & ANGELOS** | Office: (303) 228-9471 |
| 1001 Water St., Suite 475 | Direct: (303) 990-3157 |
| Tampa, FL 33602 | and |
| Telephone: 813-223-3888 | **JENNIFER A. TIEDEKEN** |
| Facsimile: 813-228-6422 | Admitted *Pro Hac Vice* |
| | 125 S. Howes Street, Suite 1100 |
| ***Counsel for Head Kandy LLC*** | Fort Collins, CO 80521 |
| | Tel: 970.482.5058 |
| | jennifer@fortcollinslaw.com |
| | |
| | ***Counsel for Kayla M. McNeill*** |