UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HEAD KANDY, LLC,

    Plaintiff,

v.                                                           CASE NO. 23-CV-60345-JB/JMS

KAYLA MARIE MCNEILL,

    Defendant,

_____/

## JOINT MOTION TO ADOPT PRETRIAL DEADLINES

Plaintiff Head Kandy, LLC ("**Head Kandy**") and Defendant Kayla Marie McNeill ("**Ms. McNeill**"), in light of the Court's Paperless Order setting an April 28, 2025 bench trial [ECF 596], jointly move the Court to adopt the following pretrial deadlines, and in support state:

1. On March 26, 2025, the Court entered its Paperless Order setting a bench trial to begin on April 28, 2025, at 9:30 A.M. [ECF 596].

2. The Local Rules and the Court's previous Order Setting Trial, Calendar Call, Reference to Magistrate Judge, Pretrial Deadlines, and Pretrial Procedures (the "**Scheduling Order**") [ECF 259] set forth various pretrial deadlines and procedures applicable to bench trials.

3. Prior to the continuation of the previous February 24, 2025 trial date so that pending dispositive motions could be heard [Tr. of 2/4/25 Status Conference at 6:21-7:12], the parties had begun to prepare for trial under the deadlines and procedure set forth in the Scheduling Order. However, not all of the applicable deadlines had run as of that date. Moreover, in light of the Court's Order granting summary judgment in Head Kandy's and Mr. Falic's favor on Ms. McNeill's counterclaims and third-party claims [ECF 587], Head Kandy's voluntary dismissal of several of its remaining claims [ECF Nos. 585, 586], and the Court's Order striking Ms. McNeill's jury demand

{00093574:1}

[ECF 588], this case has changed significantly. At bottom, the parties will need to prepare, confer on, and submit a joint pretrial stipulation, along with new witness lists, exhibit lists, deposition designations, and objections thereto reflecting this case as it now will be tried.

4. Accordingly, to ensure that pretrial preparations are completed in a timely and orderly fashion, the parties jointly request that the Court adopt the following deadlines in this case:

| | |
|---|---|
| File Amended Witness Lists | April 11, 2025 |
| Service on Counsel of Amended Exhibit Lists and Copies of Exhibits | April 11, 2025 |
| Service on Counsel of Objections to Exhibits | April 16, 2025 |
| File Amended Exhibit Lists with Objections | April 18, 2025 |
| Service on Counsel of Amended Deposition Designations | April 11, 2025 |
| Service on Counsel of Objections to Deposition Designations and Cross-Designations | April 15, 2025 |
| Jointly File Edited Transcript Including Designations and Objections for Each Deposition to be Used at Trial | April 21, 2025 |
| File Joint Pretrial Stipulation | April 21, 2025 |
| File Proposed Findings of Fact and Conclusions of Law | April 23, 2025 |

WHEREFORE, the parties respectfully request that the Court grant this Joint Motion, adopt the above deadlines, and grant such other and further relief as the Court deems appropriate.

/s/ *Edward C. Thompson*
**ETHAN J. LOEB**
FL Bar #668338
ethanl@blhtlaw.com
kerrir@blhtlaw.com

/s/ *Anthonio L. Converse*
**LAURA E. BURGESS**
FL Bar # 0105073
L.E. Burgess P.A.
5966 South Dixie Highway

eservice@blhtlaw.com
**EDWARD C. THOMPSON**
FL Bar #684929
colint@blhtlaw.com
heatherw@blhtlaw.com
**JALEN A. LARUBBIO**
FL Bar No. 1039258
JalenL@blhtlaw.com
**BARTLETT LOEB HINDS THOMPSON & ANGELOS**
1001 Water Street, Suite 475
Tampa, FL 33602
Telephone: 813-223-3888
Facsimile: 813-228-6422

*Counsel for Head Kandy LLC*

Suite 300
Miami, FL 33143
Laura@leburgesslaw.com
Office: (305) 942-8044
Direct: (713) 818 - 5055

**ANTONIO L. CONVERSE**
Admitted *Pro Hac Vice*
Converse Law Group, P.C.
600 17th Street, Suite 2800 South
Denver, CO 80202
anthony@converselawgroup.com
Office: (303) 228-9471
Direct: (303) 990-3157

**JENNIFER A. TIEDEKEN**
Admitted *Pro Hac Vice*
125 S. Howes Street, Suite 1100
Fort Collins, CO 80521
Tel: 970.482.5058
jennifer@fortcollinslaw.com

*Counsel for Kayla M. McNeill*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 31, 2025 I filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send notice of this filing to: Laura E. Burgess, Esquire, laura@leburgesslaw.com, L.E. Burgess, P.A., 5966 S. Dixie Highway, Suite 300, Miami, Florida 33143, *Counsel for Defendant*; Antonio L. Converse, Esquire, anthony@converselawgroup.com, Converse Law Group, P.C., 600 17th Street, Denver, Colorado 80202, *Counsel for Defendant;* Jennifer Tiedeken, Esquire, jennifer@lawfortcollins.com, jamie@lawfortcollins.com, Massey, Kelly & Priebe, PLLC, 125 S. Howes Street, Suite 1100, Fort Collins, CO 80521*, co-counsel for Defendant;*. and Jed Ferdinand, Esquire, jferdinand@fiplawgroup.com, Kathleen B. Moore, Esquire, kmoore@fiplawgroup.com, Ferdinand IP Law Group, 450 Seventh Avenue, Suite 2300, New York, New York 10123, *Counsel for Plaintiff*.

*/s/ Edward C. Thompson*
**EDWARD C. THOMPSON**
FL Bar No. 684929