**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

HEAD KANDY, LLC,

     Plaintiff,

v.                                  CASE NO. 23-CV-60345-JB/JMS

KAYLA MARIE MCNEILL,

     Defendant.

                                 /

## MOTION TO WITHDRAW *PRO HAC VICE* ADMISSION OF CARSON SADRO

Pursuant to S.D. Fla. L.R. 11.1(d)(3) the undersigned counsel hereby files this Motion requesting entry of an order withdrawing the Court's May 6, 2024 order granting the Motion to Appear *Pro Hac Vice* [ECF 258] for Carson Sadro and further states:

1.     On May 3, 2024 the undersigned filed a Motion to Appear *Pro Hac Vice*, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing [ECF 257] on behalf of Carson Sadro to appear as co-counsel for Plaintiff, Head Kandy LLC ("HK").

2.     Carson Sadro is no longer with the law firm of Bartlett Loeb Hinds Thompson & Angelos effective March 7, 2025, and will no longer represent HK in the above-styled cause.

3.     In accordance with L.R. 11.1(d)(3) HK and opposing counsel have been notified, and have not asserted an objection to the withdrawal.

4.     The undersigned certifies that HK consents to the withdrawal of Carson Sadro, and that HK will continue to be represented in the above-styled cause by the law firm of Bartlett Loeb Hinds Thompson & Angelos.

WHEREFORE, the undersigned counsel requests that the Court enter an order authorizing the withdrawal of Carson Sadro's representation of Plaintiff, Head Kandy LLC in this case.

{00093446:1}

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 1, 2025 I filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send notice of this filing to: Laura E. Burgess, Esquire, laura@leburgesslaw.com, L.E. Burgess, P.A., 5966 S. Dixie Highway, Suite 300, Miami, Florida 33143, *Counsel for Defendant*; Antonio L. Converse, Esquire, anthony@converselawgroup.com, Converse Law Group, P.C., 600 17th Street, Denver, Colorado 80202, *Counsel for Defendant;* Jennifer Tiedeken, Esquire, jennifer@lawfortcollins.com, jamie@lawfortcollins.com, Massey, Kelly & Priebe, PLLC, 125 S. Howes Street, Suite 1100, Fort Collins, CO 80521*, co-counsel for Defendant;.* and Jed Ferdinand, Esquire, jferdinand@fiplawgroup.com, Kathleen B. Moore, Esquire, kmoore@fiplawgroup.com, Ferdinand IP Law Group, 450 Seventh Avenue, Suite 2300, New York, New York 10123, *Counsel for Plaintiff*; and via electronic mail to Carson Sadro, Esquire, carson@law.stetson.edu.

/s/ Ethan J. Loeb
**ETHAN J. LOEB**
FL Bar No. 668338
ethanl@blhtlaw.com
KerriR@blhtlaw.com
eservice@blhtlaw.com
**EDWARD C. THOMPSON**
FL Bar No. 684929
colint@blhtlaw.com
heatherw@blhtlaw.com
**JALEN A. LARUBBIO**
FL Bar No. 1039258
JalenL@blhtlaw.com
**BARTLETT LOEB HINDS
THOMPSON & ANGELOS**
1001 Water Street, Suite 475
Tampa, FL 33602
Telephone: 813-223-3888
Facsimile: 813-228-6422

***Counsel for Plaintiff Head Kandy, LLC***