UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HEAD KANDY, LLC,

    Plaintiff,

v.                                              CASE NO. 23-CV-60345-JB/JMS

KAYLA MARIE MCNEILL,

    Defendant

_____/

**PLAINTIFF, HEAD KANDY, LLC'S AMENDED TRIAL WITNESS LIST**

Plaintiff, Head Kandy, LLC ("Head Kandy"), through its undersigned counsel and pursuant to the March 31, 2025 Order adopting Pre-Trial Deadlines [ECF 598], Local Rule 16.1 and Federal Rule of Civil Procedure 26(a)(3) hereby identify the following trial witness:

**I.**    **Witnesses Head Kandy expect to call**

1. Nicole Cook (by deposition)
   765 Leprechaun Lane
   Howard, Colorado 81233

2. Jerome Falic
   c/o Ethan J. Loeb, Esquire
   Bartlett Loeb Hinds Thompson & Angelos
   1001 Water Street, Suite 475
   Tampa, Florida 33602

3. Christopher Hines (by deposition)
   448 Hwy 50
   East Salida, Colorado 81201

4. Kleitias Petri (Hybrid Fact and Expert)
   New York, New York
   c/o Ethan J. Loeb, Esquire
   Bartlett Loeb Hinds Thompson & Angelos
   1001 Water Street, Suite 475
   Tampa, Florida 33602

{00093772:1}                                         1

5. Jonathan Rosenbaum
   New Jersey
   c/o Ethan J. Loeb, Esquire
   Bartlett Loeb Hinds Thompson & Angelos
   1001 Water Street, Suite 475
   Tampa, Florida 33602

6. Bobby "Bo" Stegall (by deposition)
   2101 Pumpkintown Highway
   Pickens, South Carolina 29671

7. Ryan Thompson
   Salida, Colorado
   c/o Ethan J. Loeb, Esquire
   Bartlett Loeb Hinds Thompson & Angelos
   1001 Water Street, Suite 475
   Tampa, Florida 33602

8. Franklin Zemel, Esquire (Expert)
   Saul Ewing, LLP
   c/o Ethan J. Loeb, Esquire
   1001 Water Street, Suite 475
   Tampa, Florida 33602

II.  **Witnesses Head Kandy may call if the need arises**

9. Sydney Cook
   (719) 221-6616

10. Kaylin Culp (by deposition)
    178 HD Meadows Lane
    Lexington, North Carolina 27292

11. David DeRamus (Expert. Live or by deposition)
    Bates White Economic Consulting
    c/o Ethan J. Loeb, Esquire
    1001 Water Street, Suite 475
    Tampa, Florida 33602

12. Yvelisse Diaz
    c/o Ethan J. Loeb, Esquire
    Bartlett Loeb Hinds Thompson & Angelos
    1001 Water Street, Suite 475
    Tampa, Florida 33602

13. Bryan Feldman
    c/o Ethan J. Loeb, Esquire
    Bartlett Loeb Hinds Thompson & Angelos
    1001 Water Street, Suite 475
    Tampa, Florida 33602

14. Jed Ferdinand
    Mesiter Seelig & Fein PLLC
    125 Park Avenue, 7th Floor
    New York, NY 10017

15. Adam Frey
    K2 Integrity
    720 Third Avenue
    New York, New York 10017

16. Harmony Hartranft
    7095 McCoy Street
    Salida, CO 81201

17. Ethan J. Loeb, Esquire
    Bartlett Loeb Hinds Thompson & Angelos
    1001 Water Street, Suite 475
    Tampa, Florida 33602

18. Mindy McDermaid
    c/o Ethan J. Loeb, Esquire
    Bartlett Loeb Hinds Thompson & Angelos
    1001 Water Street, Suite 475
    Tampa, Florida 33602

19. Kayla Marie McNeill (live and by deposition)
    c/o Antonio Converse, Esquire
    600 17th Street, Suite 2800 South
    Denver, Colorado 80202

20. Dustin McNeill (by deposition)
    c/o Antonio Converse, Esquire
    600 17th Street, Suite 2800 South
    Denver, CO 80202

21. Angela Porta (by deposition)
    Holt, MI 48842
    c/o Ethan J. Loeb, Esquire
    Bartlett Loeb Hinds Thompson & Angelos
    1001 Water Street, Suite 475
    Tampa, Florida 33602

22. Dallas Perkins
    (719) 966-9441

23. Wendy Sargent
    (719) 239-0094

24. Jennifer Shea (by deposition)
    763 Patriots Way
    Medina, Ohio 44256

25. Silvana Tuveri
    North Carolina
    c/o Ethan J. Loeb, Esquire
    Bartlett Loeb Hinds Thompson & Angelos
    1001 Water Street, Suite 475
    Tampa, Florida 33602

26. Damien Woodruff
    (719) 468-7787

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 3, 2025 I filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send notice of this filing to: Laura E. Burgess, Esquire, laura@leburgesslaw.com, L.E. Burgess, P.A., 5966 S. Dixie Highway, Suite 300, Miami, Florida 33143, *Counsel for Defendant*; Antonio L. Converse, Esquire, anthony@converselawgroup.com, Converse Law Group, P.C., 600 17th Street, Denver, Colorado 80202, *Counsel for Defendant;* Jennifer Tiedeken, Esquire, jennifer@lawfortcollins.com, jamie@lawfortcollins.com, Massey, Kelly & Priebe, PLLC, 125 S. Howes Street, Suite 1100, Fort Collins, CO 80521*, co-counsel for Defendant;.* and Jed Ferdinand, Esquire, jferdinand@fiplawgroup.com, Kathleen B. Moore, Esquire, kmoore@fiplawgroup.com,

Ferdinand IP Law Group, 450 Seventh Avenue, Suite 2300, New York, New York 10123, *Counsel for Plaintiff*.

/s/ *Ethan J. Loeb*
**ETHAN J. LOEB**
FL Bar No. 668338
ethanl@blhtlaw.com
KerriR@blhtlaw.com
eservice@blhtlaw.com
**EDWARD C. THOMPSON**
FL Bar No. 684929
colint@blhtlaw.com
heatherw@blhtlaw.com
**ELLIOT P. HANEY**
FL Bar #1018829
ElliotH@blhtlaw.com
MarjorieP@blhtlaw.com
**JALEN A. LARUBBIO**
FL Bar No. 1039258
JalenL@blhtlaw.com
**BARTLETT LOEB HINDS THOMPSON & ANGELOS**
1001 Water Street, Suite 475
Tampa, FL 33602
Telephone: 813-223-3888
Facsimile: 813-228-6422

***Counsel for Plaintiff Head Kandy, LLC***