**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

HEAD KANDY, LLC,

    Plaintiff,

v.                                                                                              CASE NO. 23-CV-60345-JB/JMS

KAYLA MARIE MCNEILL,

    Defendant.
_____/

**<u>JOINT NOTICE OF SETTLEMENT</u>**

Plaintiff, Head Kandy, LLC ("**Head Kandy**") and Defendant, Kayla Marie McNeill ("**Ms. McNeill**"), pursuant to Loc. R. 16.4, hereby file their Joint Notice of Settlement, and in support state:

1. This matter is scheduled for a bench trial on April 28-30, 2025.

2. On April 25, 2025, the parties reached agreement on the terms of a settlement of their claims and executed a Memorandum of Understanding outlining those terms.

3. The parties expect that within 30 days, they will be able to prepare and execute the final Settlement Agreement and related documents. Thereafter, the parties will file a stipulation of dismissal as required by Fed. R. Civ. P. 41.

WHEREFORE, the parties respectfully request that the Court remove the trial of this matter from its docket, stay the case for 30 days to allow the parties to prepare and execute their Settlement Agreement, and order such other and further relief as the Court deems appropriate under the circumstances.

**[signature page to follow]**

Respectfully submitted,

| | |
|---|---|
| */s/ Edward Colin Thompson* | */s/ Antonio L. Converse* |
| **ETHAN J. LOEB** | LAURA E. BURGESS |
| FL Bar No. 668338 | FL Bar # 0105073 |
| ethanl@blhtlaw.com | L.E. Burgess P.A. |
| KerriR@blhtlaw.com | 5966 South Dixie Highway |
| eservice@blhtlaw.com | Suite 300 |
| **EDWARD C. THOMPSON** | Miami, FL 33143 |
| FL Bar No. 684929 | Laura@leburgesslaw.com |
| colint@blhtlaw.com | Office: (305) 942-8044 |
| heatherw@blhtlaw.com | Direct: (713) 818 - 5055 |
| **ELLIOT P. HANEY** | |
| FL Bar No. 1018829 | and |
| ElliotH@blhtlaw.com | |
| MarjorieP@blhtlaw.com | ANTONIO L. CONVERSE |
| **JALEN A. LARUBBIO** | Admitted *Pro Hac Vice* |
| FL Bar No. 1039258 | Converse Law Group, P.C. |
| JalenL@blhtlaw.com | 600 17th Street, Suite 2800 South |
| **BARTLETT LOEB HINDS** | Denver, CO  80202 |
| **THOMPSON & ANGELOS** | anthony@converselawgroup.com |
| 1001 Water St., Suite 475 | Office: (303) 228-9471 |
| Tampa, FL 33602 | Direct: (303) 990-3157 |
| Telephone: 813-223-3888 | |
| Facsimile: 813-228-6422 | ***Counsel for Kayla M. McNeill*** |

***Counsel for Head Kandy LLC***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 25, 2025 I filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send notice of this filing to: Laura E. Burgess, Esquire, laura@leburgesslaw.com, L.E. Burgess, P.A., 5966 S. Dixie Highway, Suite 300, Miami, Florida 33143, *Counsel for Defendant*; Antonio L. Converse, Esquire, anthony@converselawgroup.com, Converse Law Group, P.C., 600 17th Street, Denver, Colorado 80202, *Counsel for Defendant;* Jennifer Tiedeken, Esquire, jennifer@lawfortcollins.com, jamie@lawfortcollins.com, Massey, Kelly & Priebe, PLLC, 125 S. Howes Street, Suite 1100, Fort Collins, CO 80521*, co-counsel for Defendant;*. and Jed Ferdinand, Esquire, jferdinand@fiplawgroup.com, Kathleen B. Moore, Esquire, kmoore@fiplawgroup.com, Ferdinand IP Law Group, 450 Seventh Avenue, Suite 2300, New York, New York 10123, *Counsel for Plaintiff*.

　　　　　　　　　　　　　　　　　　　　　　　*/s/  Edward Colin Thompson*
　　　　　　　　　　　　　　　　　　　　　　　**Attorney**