UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 23-cv-60345-JB

HEAD KANDY, LLC,

        Plaintiff,

v.

KAYLA MARIE MCNEILL,

        Defendant.

_____/

**ORDER REQURING STIPULATION OF DISMISSAL AND
ADMINISTRATIVELY CLOSING CASE**

**THIS CAUSE** came before the Court on the parties' Joint Notice of Settlement. ECF No. [641]. Accordingly, it is **ORDERED AND ADJUDGED as follows:**

1. The parties shall file a Joint Stipulation for Dismissal within thirty (30) days of the date of this Order.

2. If the parties fail to complete the expected settlement, either party may request the Court to reopen the case.

3. The Clerk shall **CLOSE** this case for administrative purposes only. Any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Miami, Florida this 27th day of April, 2025.

                                                           _____
                                                           **JACQUELINE BECERRA**
                                                           **UNITED STATES DISTRICT JUDGE**