UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HEAD KANDY, LLC,

    Plaintiff,

v.                                              CASE NO. 23-CV-60345-JB/JMS

KAYLA MARIE MCNEILL,

    Defendant.

_____/

**MOTION TO EXTEND DEADLINE
TO FILE JOINT STIPULATION FOR DISMISSAL**

Plaintiff, Head Kandy LLC ("**HK**") through undersigned counsel moves to extend the deadline by seven (7) days to file a Joint Stipulation for Dismissal and states as follows:

1. On April 25, 2025, HK and Defendant, Kayla Marie McNeill ("McNeill"), filed their Joint Notice of Settlement [ECF No. 641] and agreeing to settlement terms set out in a Memorandum of Understanding executed by the parties.

2. On April 27, 2025, the Court entered its Order Requiring Stipulation of Dismissal and Administratively Closing Case [ECF 642] by which the Court, among other things, directed the parties to "file a Joint Stipulation for Dismissal within thirty (30) days of the date of this Order."

3. The Parties have exchanged drafts of the contemplated Settlement Agreement to be submitted to the Court before the Joint Stipulation of Dismissal can be filed, but have not yet finalized the Settlement Agreement.

4. The Parties believe they will have completed and executed the Settlement Agreement within seven (7) days, thus by Tuesday, June 3, 2025.

**WHEREFORE**, the Parties request the Court extend the date by which they are to file their Joint Notice of Dismissal or request the Court reopen the case to and including June 3, 2025.

| | |
|---|---|
| /s/ *Edward Colin Thompson* | /s/ *Laura E. Burgess* |
| **ETHAN J. LOEB** | **LAURA E. BURGESS** |
| FL Bar #668338 | FL Bar # 0105073 |
| ethanl@blhtlaw.com | L.E. Burgess P.A. |
| kerrir@blhtlaw.com | 5966 South Dixie Highway |
| eservice@blhtlaw.com | Suite 300 |
| **EDWARD COLIN THOMPSON** | Miami, FL 33143 |
| FL Bar #684929 | Laura@leburgesslaw.com |
| colint@blhtlaw.com | Office: (305) 942-8044 |
| heatherw@blhtlaw.com | Direct: (713) 818 - 5055 |
| **JALEN A. LARUBBIO** | |
| FL Bar No. 1039258 | **ANTONIO L. CONVERSE** |
| JalenL@blhtlaw.com | Admitted *Pro Hac Vice* |
| **BARTLETT LOEB HINDS** | Converse Law Group, P.C. |
| **THOMPSON & ANGELOS** | 600 17th Street, Suite 2800 South |
| 1001 Water Street, Suite 475 | Denver, CO  80202 |
| Tampa, FL 33602 | anthony@converselawgroup.com |
| Telephone: 813-223-3888 | Office: (303) 228-9471 |
| Facsimile: 813-228-6422 | Direct: (303) 990-3157 |
| | |
| *Counsel for Head Kandy LLC* | **JENNIFER A. TIEDEKEN** |
| | Admitted *Pro Hac Vice* |
| | 125 S. Howes Street, Suite 1100 |
| | Fort Collins, CO 80521 |
| | Tel: 970.482.5058 |
| | jennifer@fortcollinslaw.com |
| | |
| | *Counsel for Kayla M. McNeill* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 27, 2025 I filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send notice of this filing to: Laura E. Burgess, Esquire, laura@leburgesslaw.com, L.E. Burgess, P.A., 5966 S. Dixie Highway, Suite 300, Miami, Florida 33143, *Counsel for Defendant*; Antonio L. Converse, Esquire,

anthony@converselawgroup.com, Converse Law Group, P.C., 600 17th Street, Denver, Colorado 80202, *Counsel for Defendant;* Jennifer Tiedeken, Esquire, jennifer@lawfortcollins.com, jamie@lawfortcollins.com, Massey, Kelly & Priebe, PLLC, 125 S. Howes Street, Suite 1100, Fort Collins, CO 80521*, co-counsel for Defendant;.* and Jed Ferdinand, Esquire, jferdinand@fiplawgroup.com, Kathleen B. Moore, Esquire, kmoore@fiplawgroup.com, Ferdinand IP Law Group, 450 Seventh Avenue, Suite 2300, New York, New York 10123, *Counsel for Plaintiff*.

*/s/ Edward Colin Thompson*
**EDWARD COLIN THOMPSON**
FL Bar #684929