UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HEAD KANDY, LLC,

    Plaintiff,

v.                                          CASE NO. 23-CV-60345-JB/JMS

KAYLA MARIE MCNEILL,

    Defendant.
_____/

**JOINT MOTION TO FILE SETTLEMENT AGREEMENT UNDER SEAL**

Plaintiff, Head Kandy, LLC ("**Head Kandy**") and Defendant, Kayla Marie McNeill ("**Ms. McNeill**"), pursuant to Loc. R. 5.4(b)(1), jointly move for leave to file their Confidential Settlement Agreement under seal, and in support state:

1. On April 25, 2025, the parties executed a Memorandum of Understanding memorializing the key terms of their agreement to settle the above-captioned action. The parties' Confidential Settlement Agreement was fully executed on June 1, 2025.

2. As part of their Confidential Settlement Agreement, the parties agreed to request that this Court retain jurisdiction to enforce the terms of the Confidential Settlement Agreement.

3. "The common law right of access [to court filings] may be overcome by a showing of good cause, which requires balancing the asserted right of access against the other party's interest in keeping the information confidential. … In balancing the public interest in accessing court documents against a party's interest in keeping the information confidential, courts consider, among other factors, whether allowing access would impair court functions or harm legitimate

privacy interests, the degree of and likelihood of injury if made public, the reliability of the information, whether there will be an opportunity to respond to the information, whether the information concerns public officials or public concerns, and the availability of a less onerous alternative to sealing the documents. A party's privacy or proprietary interest in information sometimes overcomes the interest of the public in accessing the information." *Romero v. Drummond Co.*, 480 F.3d 1234, 1246 (11th Cir. 2007) (cleaned up).

4. "Courts have found that a company's interest in keeping the terms of confidential agreements private often outweigh the interest in public access." *Lee v. Ocwen Loan Servicing, LLC*, 2014 WL 12546415, at *1 (N.D. Ga. June 17, 2014) (collecting cases, and finding that "there is good cause to grant the Motion to File Settlement Agreement Under Seal because the parties to the settlement agreement did agree to keep it confidential and there is a strong societal interest in giving the parties the opportunity to settle their disputes in private").

5. Accordingly, pursuant to Loc. R. 5.4(b)(1), Head Kandy and Ms. McNeill request leave to file with the Court under seal a copy of their Confidential Settlement Agreement, which will be an exhibit to the parties' forthcoming Joint Stipulation of Dismissal.

WHEREFORE, the parties respectfully request that the Court enter an order permitting the parties to file under seal their Confidential Settlement Agreement and granting all other and further relief the Court deems appropriate under the circumstances.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 3rd, 2025 I filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send notice of this filing to: Laura E. Burgess, Esquire, laura@leburgesslaw.com, L.E. Burgess, P.A., 5966 S. Dixie Highway, Suite 300, Miami, Florida 33143, *Counsel for Defendant*; Antonio L. Converse, Esquire, anthony@converselawgroup.com, Converse Law Group, P.C., 600 17th Street, Denver, Colorado 80202, *Counsel for Defendant;* Jennifer Tiedeken, Esquire, jennifer@lawfortcollins.com, jamie@lawfortcollins.com, Massey, Kelly & Priebe, PLLC, 125 S. Howes Street, Suite 1100, Fort Collins, CO 80521, *co-counsel for Defendant;*. and Jed Ferdinand, Esquire,

{00095927:1} 2

jferdinand@fiplawgroup.com, Kathleen B. Moore, Esquire, kmoore@fiplawgroup.com, Ferdinand IP Law Group, 450 Seventh Avenue, Suite 2300, New York, New York 10123, *Counsel for Plaintiff*.

| | |
|---|---|
| */s/ Edward C. Thompson* | */s/ Antonio L. Converse* |
| **ETHAN J. LOEB** | LAURA E. BURGESS |
| FL Bar No. 668338 | FL Bar # 0105073 |
| ethanl@blhtlaw.com | L.E. Burgess P.A. |
| KerriR@blhtlaw.com | 5966 South Dixie Highway |
| eservice@blhtlaw.com | Suite 300 |
| **EDWARD C. THOMPSON** | Miami, FL 33143 |
| FL Bar No. 684929 | Laura@leburgesslaw.com |
| colint@blhtlaw.com | Office: (305) 942-8044 |
| heatherw@blhtlaw.com | Direct: (713) 818 - 5055 |
| **ELLIOT P. HANEY** | |
| FL Bar No. 1018829 | and |
| ElliotH@blhtlaw.com | |
| MarjorieP@blhtlaw.com | ANTONIO L. CONVERSE |
| **JALEN A. LARUBBIO** | Admitted *Pro Hac Vice* |
| FL Bar No. 1039258 | Converse Law Group, P.C. |
| JalenL@blhtlaw.com | 600 17th Street, Suite 2800 South |
| **BARTLETT LOEB HINDS** | Denver, CO  80202 |
| **THOMPSON & ANGELOS** | anthony@converselawgroup.com |
| 1001 Water St., Suite 475 | Office: (303) 228-9471 |
| Tampa, FL 33602 | Direct: (303) 990-3157 |
| Telephone: 813-223-3888 | |
| Facsimile: 813-228-6422 | ***Counsel for Kayla M. McNeill*** |
| | |
| ***Counsel for Head Kandy LLC*** | |