UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HEAD KANDY, LLC,

    Plaintiff,

v.                                                CASE NO. 23-CV-60345-JB/JMS

KAYLA MARIE MCNEILL,

    Defendant.
_____/

**JOINT STIPULATION OF DISMISSAL**

Plaintiff Head Kandy, LLC ("**Head Kandy**") and Defendant Kayla Marie McNeill ("**Ms. McNeill**"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate and agree to the dismissal of the above-captioned action, with prejudice, and with each party to bear its own attorney's fees and costs.  The parties further jointly request that the Court retain jurisdiction over the enforcement of the parties' Confidential Settlement Agreement, a true and correct copy of which will be filed under seal as **Exhibit 1** to this Stipulation.[1]  *See, e.g.*, *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381-82 (1994) ("If the parties *wish* to provide for the court's enforcement of a dismissal-producing settlement agreement, they can seek to do so. … [T]he court is authorized to … retain jurisdiction over the settlement contract[] if the parties agree."); *Managed Care Advisory Grp., LLC v. CIGNA Healthcare, Inc.*, 939 F.3d 1145, 1156 (11th Cir. 2019) ("If a court retains jurisdiction over a settlement agreement, it retains ancillary jurisdiction to enforce the agreement."); *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1280 (11th Cir. 2012) ("Rule

---

[1] The parties contemporaneously file their Joint Motion to File Settlement Agreement Under Seal.

{00095928:1}

41(a)(1)(A)(ii) … allows a district court to retain jurisdiction through an order … so long as the parties agree to the retention of jurisdiction.").

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 3rd, 2025 I filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send notice of this filing to: Laura E. Burgess, Esquire, laura@leburgesslaw.com, L.E. Burgess, P.A., 5966 S. Dixie Highway, Suite 300, Miami, Florida 33143, *Counsel for Defendant*; Antonio L. Converse, Esquire, anthony@converselawgroup.com, Converse Law Group, P.C., 600 17th Street, Denver, Colorado 80202, *Counsel for Defendant;* Jennifer Tiedeken, Esquire, jennifer@lawfortcollins.com, jamie@lawfortcollins.com, Massey, Kelly & Priebe, PLLC, 125 S. Howes Street, Suite 1100, Fort Collins, CO 80521*, co-counsel for Defendant;.* and Jed Ferdinand, Esquire, jferdinand@fiplawgroup.com, Kathleen B. Moore, Esquire, kmoore@fiplawgroup.com, Ferdinand IP Law Group, 450 Seventh Avenue, Suite 2300, New York, New York 10123, *Counsel for Plaintiff*.

| | |
|---|---|
| */s/ Edward C. Thompson* | */s/ Antonio L. Converse* |
| **ETHAN J. LOEB** | LAURA E. BURGESS |
| FL Bar No. 668338 | FL Bar # 0105073 |
| ethanl@blhtlaw.com | L.E. Burgess P.A. |
| KerriR@blhtlaw.com | 5966 South Dixie Highway |
| eservice@blhtlaw.com | Suite 300 |
| **EDWARD C. THOMPSON** | Miami, FL 33143 |
| FL Bar No. 684929 | Laura@leburgesslaw.com |
| colint@blhtlaw.com | Office: (305) 942-8044 |
| heatherw@blhtlaw.com | Direct: (713) 818 - 5055 |
| **ELLIOT P. HANEY** | |
| FL Bar No. 1018829 | and |
| ElliotH@blhtlaw.com | |
| MarjorieP@blhtlaw.com | ANTONIO L. CONVERSE |
| **JALEN A. LARUBBIO** | Admitted *Pro Hac Vice* |
| FL Bar No. 1039258 | Converse Law Group, P.C. |
| JalenL@blhtlaw.com | 600 17th Street, Suite 2800 South |
| **BARTLETT LOEB HINDS** | Denver, CO  80202 |
| **THOMPSON & ANGELOS** | anthony@converselawgroup.com |
| 1001 Water St., Suite 475 | Office: (303) 228-9471 |
| Tampa, FL 33602 | Direct: (303) 990-3157 |
| Telephone: 813-223-3888 | |
| Facsimile: 813-228-6422 | ***Counsel for Kayla M. McNeill*** |
| | |
| ***Counsel for Head Kandy LLC*** | |