## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 23-cv-60345-JB

HEAD KANDY LLC,

     Plaintiff,

v.

KAYLA MARIE MCNEILL

     Defendant.

_____/

### ORDER GRANTING PLAINTIFF'S MOTION TO SEAL

**THIS CAUSE** is before the Court upon the parties' Joint Motion to File Settlement Agreement Under Seal, (the "Motion") ECF No. [645]. Upon due consideration of the Motion, the pertinent portions of the record, and the relevant authorities, it is hereby **ORDERED AND ADJUDGED** that the Motion, is **GRANTED.** Within **two business days** of this Order, Defendant shall file an unredacted copy of the Settlement Agreement **UNDER SEAL** . The Clerk is directed to maintain the Settlement Agreement **UNDER SEAL** pending further order of the Court.

**DONE AND ORDERED** in Miami, Florida this 4th day of June, 2025.

_____

**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**