UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-cv-60345-JB

HEAD KANDY LLC,

    Plaintiff,

v.

KAYLA MARIE MCNEILL,

    Defendant.
_____/

### ORDER OF DISMISSAL

**THIS CAUSE** came before the Court on the parties' Joint Stipulation for Dismissal. ECF No. [646]. The parties request the Court retain jurisdiction for the purpose of enforcing their settlement agreement, which they filed under seal with the Court. *See* ECF No. [648].

Accordingly, it is **ORDERED AND ADJUDGED** that this case is **DISMISSED WITH PREJUDICE** with each party to bear its own attorney's fees and costs. The Court retains jurisdiction over this matter for purposes of enforcing the parties settlement agreement. The Clerk is directed to **CLOSE** this case, and all pending motions are **DENIED** as moot.

**DONE AND ORDERED** in Miami, Florida this 6th day of June, 2025.

_____
JACQUELINE BECERRA
UNITED STATES DISTRICT JUDGE